**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  21-cv-02597-LTB-SKC

ROBBIN WARD,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
NATIONAL CREDIT SYSTEMS, INC.,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Party Equifax Information Services, LLC With Prejudice (Doc 42 - filed May 16, 2022), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Equifax Information Services, LLC only,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:  May 17, 2022