# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:21-cv-02597-LTB-SKC

Robbin Ward,
    Plaintiff,

v.

Equifax Information Services, LLC,
Experian Information Solutions, Inc,
and National Credit Systems, Inc,
    Defendants.

---

## STIPULATION TO DISMISS PARTY EXPERIAN INFORMATION SOLUTIONS, INC WITH PREJUDICE

---

    Plaintiff Robbin Ward ("Plaintiff") and Defendant Experian Information Solutions, Inc ("Experian") file this Stipulation To Dismiss Experian with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff and Experian to be determined by the Court.  Plaintiff hereby stipulates that all claims or causes of action against Experian, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, without costs or fees to any party.

    IT IS SO STIPULATED.

2

| | |
|---|---|
| Dated: May 26, 2022 | s/Angela M. Taylor |
| | Angela M. Taylor |
| | JONES DAY |
| | 3161 Michelson Drive, Suite 800 Irvine, CA 92612.4408 |
| | (949) 851-3939 Telephone |
| | (949) 553-7539 Facsimile |
| | Email: angelataylor@jonesday.com |
| | |
| | *Counsel for Defendant Experian Information Solutions, Inc.* |

| | |
|---|---|
| Dated: May 26, 2022 | s/ Matthew R. Osborne |
| | Matthew R. Osborne |
| | |
| | Matthew R. Osborne |
| | 11178 Huron Street, Suite 7 |
| | Northglenn, CO 80234 |
| | Telephone: (303) 759-7018 |
| | Email: matt@mrosbornelawpc.com |
| | |
| | *Attorney for Plaintiff* |

Case No. 1:21-cv-02597-NYW-JPO   Document 44   filed 05/26/22   USDC Colorado   pg 2 of 3

3

## CERTIFICATE OF SERVICE

I certify that on 05/26/22, I served a true and correct copy of the Stipulation to Dismiss Experian with Prejudice via CM/ECF to:

All counsel of record.

s/ Mike Nobel