# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 21-cv-02597-LTB-SKC

ROBBIN WARD,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and
NATIONAL CREDIT SYSTEMS, INC.,

    Defendants.
_____

# ORDER
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Party Experian Information Solutions, Inc. With Prejudice (Doc 44 - filed May 26, 2022), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Experian Information Solutions, Inc. only,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:  May 27, 2022