**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

ROBBIN WARD,                                            Case No. 1:21-cv-02597-LTB

        Plaintiff,

        v.

EQUIFAX  INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
NATIONAL CREDIT SYSTEMS INC., and
TRANS UNION, LLC.

        Defendants

**[PROPOSED] ORDER FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

Based upon the unopposed motion filed by Defendant National Credit Systems, Inc., in this matter, and all files, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      The unopposed motion for an extension of time at ECF 49 is GRANTED;

2.      The expert disclosure and report deadline shall run through and including September 15, 2022;

3.      Any rebuttal expert witness disclosures and reports due through and including October 15, 2022; and, lastly,

4.      The dispositive motion deadline shall be extended through and including November 15, 2022.

BY THE COURT:

Dated:_____          _____
                                       United States District Court Judge