**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

---

ROBBIN WARD

              CASE NO. 1:21-cv-02597-LTB

      Plaintiff,

   vs.

TRANSUNION, LLC. et al,

      Defendants.

---

## APPENDIX REGARDING EXHIBITS

Exhibit 1: Main Street Application

Exhibit 2: Plaintiff's Supplemental Responses to NCS's Requests for Admissions

Exhibit 3: Copy of Main Street Email Regarding Drivers License

Exhibit 4: Plaintiff's Supplemental Responses to NCS's Interrogatories

Exhibit 5: Pay Advices Accompanying Application

Exhibit 6: Social Security Notice

Exhibit 7: Quen Allen pay advices

Exhibit 8: Declaration of Neal Maynard

Exhibit 9: Neiman Marcus Time Clock Data

Exhibit 10: Google User Information

Exhibit 11: Main Street Payment IP Addresses and Information

Exhibit 12: Main Street Lease Approval Email

Exhibit 13: Security Deposit Email with Main Street

Exhibit 14: MoneyGram Records for Main Street Account

Exhibit 15: Main Street Move-in Email

Exhibit 16: Main Street Account Notes

Exhibit 17: Data Regarding Emails provided from Google

Exhibit 18: Main Street Eviction Documents

Exhibit 19: Facebook Video Posted by Quen Allen

Exhibit 20: Main Street Property Pictures as provided by Main Street

Exhibit 21: Tarrant County Case Documents

Exhibit 22: Irving Police Department Case Documents for Case No. MA1432990

Exhibit 23: NCS Account Notes for Main Street Account

Exhibit 24: Main Street Placement Acknowledgement Report

Exhibit 25: Declaration of Ronald V. Sapp, Vice President of Operations for National Credit Systems, Inc.

Exhibit 26: Berkshire Account Notes

Exhibit 27: Equifax Credit Freeze

Exhibit 28: Equifax Request for more Information

Exhibit 29: Trans Union Dispute Receipt

Exhibit 30: Equifax Dispute Results

Exhibit 31: Experian Consumer Report

Exhibit 32: Trans Union Consumer Report

Exhibit 33: Equifax Consumer Report

Exhibit 34: Experian August 2022 Consumer Report

Exhibit 35: Robbin Ward Pay Advices for 2018-2019

Exhibit 36: FTC Affidavit

Exhibit 37: Bellco Signature

Exhibit 38: Fair Way/Wells Fargo Mortgage Application

Exhibit 39: Complaint as it relates to Police Report

Exhibit 40: Letter regarding Berkshire Account

Exhibit 41: Quen Allen Resume

Exhibit 42: Plaintiff's Supplemental Responses to NCS's Requests for Production

Exhibit 43: ACDV Records

Exhibit 44: Report of John Ulzheimer

Exhibit 45: Confirmed picture of Plaintiff

Exhibit 46: Main Street Lease

Exhibit 47: Advantage Credit Documents

Exhibit 48: Account Statement