EXHIBIT 1

|  | Application For "229 Cliff Heights Circle"<br><br>229 Cliff Heights Circle,<br>Dallas,TX ,<br>75232<br>Phone:  (214) 865-6008 |
|---|---|

## Apartment Information

| Apartment: | P0692439 | Move in Date: | 2/15/2019 |
|---|---|---|---|
| Floor Plan: | 3/2.5 1885 sqft | Lease Term : | 12 |
| Bed: | 3 | Deposit: | $0.00 |
| Bath: | 2.50 | Rent: | $1395 |
| Area: | 1885 | | |

## Applicant Information

| | | | |
|---|---|---|---|
| Name: | Robbin  Ward | Date Of Birth: | ******** |
| Marital Status: | | Do you have a Social Security Number?: | No |
| Email: | robbinward61@gmail.com | SSN: | XXX-XX-2993 |
| Phone: | (469) 263-7309 | Government Issued Identification Number: | ******** |
| Country: | US | Government Issuing Entity: | CO |
| Address: | 5390 S Sherman St | License Country: | US |
| | Littleton,CO. 80121 | Have you ever been evicted?: If yes, details | No |
| Residency From: | 1/1/2015 | | |
| Monthly Rent/Monthly mortgage payments: | $1450 | Have you ever been convicted of a felony?: | No |
| Reason for Moving: | Relocated with job and to be with famil | If yes, details | |
| Apartment Community: | Mortgage | Do you have any criminal charges pending, awaiting disposition or looming in any way?: | No |
| Management Company: | | | |
| Management Company Phone: | | If yes, details | |

| Was 30 days notice given | Yes | | Do you have a Housing Voucher? | No |

## Employment  Information

| | | | | |
|---|---|---|---|---|
| Country: | US | | Job Title: | Warehouse Supervisor |
| Employment Status: | Employed | | Employed Since: | 3/6/2013 |
| Employer: | Neiman Marcus | | Monthly Income: | $3000 |
| Supervisors Name: | Marcy Feagin | | Additional Income: | $2003 |
| Address: | 1201 Elm St | | Additional Income Source: | Social Security Income |
| | Dallas.TX, 75270 | | Employers Phone: | 2147612780 |

## Previous Employment  Information

| | | | |
|---|---|---|---|
| Employer: | | Job Title: | |
| Supervisors Name: | | Previous Employer Start Date: | |
| Address: | | Previous Employer End Date: | |
| | | Monthly Income: | $0 |
| | | Additional Income: | $0 |
| Employers Phone: | | Additional Income Source: | |

## Emergency  Information

| | |
|---|---|
| Name: | Quen Green |
| Relationship: | Daughter |
| Phone: | (469) 666-7605 |
| Country: | US |
| Address: | 624 Priscilla Ln |
| | Desoto,TX, 75115 |

## Pets Information

| Pet Type | Weight(lbs) | Age | Color | Breed | Name | Gender | Spayed/Neutered |
|----------|-------------|-----|-------|-------|------|--------|-----------------|
|          |             |     |       |       |      |        |                 |
|          |             |     |       |       |      |        |                 |

## Vehicle Information

| Make | Model | Year | Color | License | State |
|------|-------|------|-------|---------|-------|
| Chevrolet | Impala | 2010 | Blue | 557-kwn | |
|      |       |      |       |         |       |
|      |       |      |       |         |       |
|      |       |      |       |         |       |

## MSR Application Agreement

| App Requirements Agreement | I Agree |
|---|---|

## MSR Occupancy Information

| Additional Occupancy Info | I want to be a MSR resident |
|---|---|

Additional Address Info

## MSR Renters Insurance

| Opt In Decision | I elect to enroll into a renters insurance policy with Assurant Insurance Services |
|---|---|

## Terms Accepted

| Terms | Date Time | IP |
|---|---|---|
| Registration Terms-<br>I have read and accept the Terms and Conditions | Jan 30 2019 12:00PM | 192.100.72.2 |
| Signature in Application Information-<br>By signing this application, I agree that the information provided in this application is true and correct. | Jan 30 2019 12:07PM | 192.100.72.2 |
| Screening Terms-<br>I have read Section 7.4 of the Terms and Conditions, and I authorize the use of the information and contacts provided in this application to complete a credit, reference, and/or background check. | Jan 30 2019 12:07PM | 192.100.72.2 |
| Legal Terms-<br>By submitting this application, I verify that the statements provided in this application are true and correct and I | Jan 30 2019 12:07PM | 192.100.72.2 |

Case No. 1:21-cv-02597-NYW-JPO    Document 55-3    filed 11/15/22    USDC Colorado
pg 4 of 4

agree to be screened after payment of application fees.

| | | |
|---|---|---|
| Payment Terms-<br>I have read and accept Terms and Conditions. | Jan 30 2019 12:16PM | 192.100.72.2 |
| Application fee disclaimer-<br>I accept that Application fees are non-refundable, even if the application is denied, except to the extent otherwise required by applicable law. | Jan 30 2019 12:16PM | 192.100.72.2 |

## Events Completed

| Event | Date Time | IP |
|---|---|---|
| Application Information Completed | Jan 30 2019 12:07PM | 192.100.72.2 |
| Payment Completed | Jan 30 2019 12:16PM | 192.100.72.2 |
| Lease Execution Completed | Feb 1 2019 1:31PM | 198.54.90.4 |

| Name | Signature | Date Time | IP |
|---|---|---|---|
| Robbin Ward | *Robbin Ward* | Jan 30 2019 12:07PM | 192.100.72.2 |

## Activity Log

| Activity | Date Time | IP |
|---|---|---|
| Registration | Jan 30 2019 12:00PM | 192.100.72.2 |