WARD V. NCS
EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**ROBBIN WARD,**

      **Plaintiff,**

**v.**                                          **Civil Action No.:  1:21-cv-02597**

**TRANSUNION, LLC, EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC. AND NATIONAL CREDIT SYSTEMS, INC.**

      **Defendants.**

**PLAINTIFF'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NATIONAL
CREDIT SYSTEMS, INC.'S FIRST SET OF DISCOVRY –
REQUESTS FOR ADMISSION**

COMES NOW the Plaintiff, ROBBIN WARD ("Mr. Ward" or "Plaintiff"), by counsel, as and for his supplemental objections and responses to Defendant National Credit Systems, Inc., ("NCS" or "Defendant") First Set of Discovery – Requests for Admission and states as follows:

1. Admit that as of the date Plaintiff's Complaint was filed, the Account has not been paid.

**RESPONSE:**  Plaintiff is without sufficient knowledge to admit or deny this request.

2. Admit that Plaintiff owes the Original Creditor money.

**RESPONSE:**  Denied.

3. Admit that Quen Green owes the Original Creditor money.

**RESPONSE:** Plaintiff is without sufficient knowledge to admit or deny this request.

*Supplemental Response:  Denied*

4. Admit that that in January of 2019, one of Plaintiff's vehicles was a 2010 Chevrolet Impala bearing license plate number 557-KWN.

**RESPONSE:**  Denied.

*Supplemental Response:  Plaintiff stands on his response.*

5.  Admit that in January of 2019, Quen Green utilized a 2010 Chevrolet Impala bearing license plate number 557-KWN.

**RESPONSE:**  Plaintiff is without sufficient knowledge to admit or deny this request.

6.  Admit that Quen Green has been convicted of a crime.

**RESPONSE:**  Plaintiff is without sufficient knowledge to admit or deny this request.

*Supplemental Response:*

*Plaintiff has been informed by Quen Green that she has never been convicted of a crime.*

7.  Admit that Plaintiff has been convicted of a crime.

**OBJECTION**:

**This request  is overly broad as propounded and seeks information beyond the scope of the issues or consumer reports in this case and is irrelevant to the Defendant's violations in this case.**

**RESPONSE:**  Plaintiff stands on his objection.

*Supplemental Response:  Plaintiff stands on his response.*

8.  Admit that Quen Green has had a prior criminal conviction involving identity theft crimes.

**RESPONSE:**  Plaintiff is without sufficient knowledge to admit or deny this request.

*Supplemental Response:*

*Plaintiff states that after returning from his honeymoon, he contacted Quen Green and asked if she had ever been convicted of a crime.  Quen Green advised that she had received traffic tickets in the past but has never been convicted of a crime, especially not identity theft.*

9.  Admit that Plaintiff never filed a police report detailing identity theft surrounding the rental of the Main Street Renewal Property.

**RESPONSE:**  Admitted.

10. Admit that Quen Green may have stolen Plaintiff's identity to rent the property through Main Street Renewal.

**RESPONSE:** Denied.

*Supplemental Response: Plaintiff stands on his response.*

11. Admit that you have not submitted a police report because you believe that Quen Green stole your identity.

**RESPONSE:** Denied.

12. Admit that Phone number (469) 263-7309 belongs to Plaintiff.

**RESPONSE:** Denied.

13. Admit that Phone number (469) 263-7309 belongs to Quen Green.

**RESPONSE:** Admitted.

14. Admit that e-mail address robbinward61@gmail.com belongs to Plaintiff.

**RESPONSE:** Plaintiff is without sufficient information to confirm this email address.

*Supplemental Response: Plaintiff stands on his response.*

15. Admit that Plaintiff knows an individual named Marcy Feagin.

**RESPONSE:** Denied.

16. Admit that Plaintiff receives Social Security benefits.

**RESPONSE:** Denied.

17. Admit that Quen Green receives Social Security benefits.

**RESPONSE:** Plaintiff is without sufficient knowledge to either admit or deny this request.

*Supplemental Response:*

*Plaintiff states that upon returning from his honeymoon, he spoke with Quen Green, and it has been determined that she does receive social security benefits.*

18. Admit that Plaintiff's fiancée, Megan Henderson, receives Social Security benefits.

**RESPONSE:** Denied.

19. Admit that Plaintiff has resided in Texas.

**RESPONSE:** Denied.

20. Admit that Plaintiff has visited Texas.

**RESPONSE:** Admitted.

21. Admit that Plaintiff has visited Quen Green at 229 Cliff Heights Circle, Dallas, TX 75241.

**RESPONSE:** Denied.

22. Admit that plaintiff has knowledge that at one point in their life, Quen Green resided at

229 Cliff Heights Circle, Dallas, TX 75241.

**RESPONSE:** Denied.

23. Admit Quen Green was in a car accident in 2019.

**RESPONSE:** Plaintiff is without sufficient knowledge to admit or deny this request.

***Supplemental Response:***

***Plaintiff states that after returning from his honeymoon, he contacted Quen Green and she advised that she was not in a car accident in 2019.***

24. Admit that Plaintiff has provided Quen Green with his social security number.

**RESPONSE:** Admitted.

25. Admit that Plaintiff has provided Quen Green with his driver's license.

**RESPONSE:** Admitted.

Respectfully submitted,

**ROBBIN WARD**

By:_____ */s/ Craig C. Marchiando*_____
                    Counsel

Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Matthew R. Osborne
Matthew R. Osborne, P.C.
11178 Huron Street, Suite 7
Northglenn, CO 80234
Telephone:  303-759-7018
Facsimile: 720-210-9870
Email:  matt@mrosbornelawpc.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 2nd  day of September 2022, I served the foregoing via electronic mail to all counsel of record.

Katrina M. DeMarte
DeMarte Law
PMB 6338
39555 Orchard Hill Place
Suite 600
Novi, MI 48375-6338
Email:  katrina@demartelaw.com

*Counsel for National Credit Systems, Inc.*

_____/s/_____
Craig C. Marchiando, Esq., VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com
*Counsel for Plaintiff*
