WARD V. NCS

EXHIBIT 3

**From:** Collection Disputes <collectiondisputes@msrenewal.com>
**Sent:** Friday, April 22, 2022 1:14 PM
**To:** kmarch@nationalcreditsystems.com; Magali Ponce <mponce@msrenewal.com>; Collection Disputes <collectiondisputes@msrenewal.com>; ResidentAR <residentAR@msrenewal.com>
**Cc:** Jonathan Sanchez <jsanchez@msrenewal.com>
**Subject:** RE: [EXTERNAL] !! RE:RE: Ward Subpoena to Main Street P0692439 NCS 4273220

Hello,

The ID was provided in the office at this time.

I sent over this morning messages we have from resident.

Kennesha Williams

Licensed Default

O: 8336773639

E: collectiondisputes@Msrenewal.com

Main Street Renewal LLC is a licensed real estate brokerage.
Information about Brokerage Services: https://www.trec.state.tx.us/pdf/contracts/IABS1-0.pdf and Consumer Protection:
https://www.trec.state.tx.us/pdf/forms/Miscellaneous/CN1-2.pdf



**From:** kmarch@nationalcreditsystems.com <kmarch@nationalcreditsystems.com>
**Sent:** Friday, April 22, 2022 9:33 AM
**To:** Magali Ponce <mponce@msrenewal.com>; Collection Disputes <collectiondisputes@msrenewal.com>; ResidentAR <residentAR@msrenewal.com>
**Cc:** Jonathan Sanchez <jsanchez@msrenewal.com>
**Subject:** RE: [EXTERNAL] !! RE:RE: Ward Subpoena to Main Street P0692439 NCS 4273220

Good morning,

Did the resident apply online, or did apply and provide the id in person?  The Attorney is trying to confirm how the id was received by the property.

Thank you,

**Katie March | Legal Accounts Coordinator**



1775 The Exchange SE, Ste 300 | Atlanta, GA 30339
800-367-1050 Ext. 356 Office
888-511-2169  Fax

