WARD V. NCS
EXHIBIT 5

The
Nciman
Marcus
Group

| CO. | FILE | LOC | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| NEG | 261437 | 0092 | 50092 | 0000519043 | 1 |
| | | | 21005 | 00688 | |

078-0092

THE NEIMAN MARCUS GROUP LLC
214-761-2780
1201 ELM STREET-RENAISSANCE    TOWER 20TH FLOOR
DALLAS, TX 75270

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:    3
   TX:            No State Income Tax

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 12/02/2018 |
| Period Ending: | 12/15/2018 |
| Pay Date: | 12/21/2018 |

**ROBBIN WARD**
**5390 S SHERMAN ST**
**LITTLETON, CO 80121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.2700 | 77.33 | 1,412.82 | 31,923.38 |
| Overtime | | | | 9.99 |
| Holiday | | | | 726.48 |
| Pers Holiday | | | | 288.00 |
| Vacation Pay | | | | 2,182.47 |
| **Gross Pay** | | | | 35,130.32 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -62.43 | 1,473.54 |
| | Social Security Tax | | -78.05 | 1,893.40 |
| | Medicare Tax | | -18.25 | 442.81 |
| | **Other** | | | |
| | AD&D | | -3.46 | 89.96 |
| | Credit Union | | -129.00 | 4,277.00 |
| | Dental | | -47.22* | 977.37 |
| | Ltd Ins | | -5.11 | 132.30 |
| | Pretax Parking | | -100.00* | 1,200.00 |
| | Pst Chld Opt Lf | | -0.76 | 19.76 |
| | Pst Opt Lif Ins | | -1.21 | 31.46 |
| | Rsp 401K | | -56.51* | 761.36 |
| | Vision Ded | | -6.68* | 242.68 |
| | Xmas Club | | -25.00 | 635.00 |
| | Medical Ins | | | 2,171.55 |
| **Net Pay** | | | | |
| | Checking 1 | | -879.14 | 4,501.31 |
| **Net Check** | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,202.41

| Other Benefits and Information | total to date |
|---|---|
| Vac Credit | 3.57 |
| Vac Annual Elig | 78.50 |
| Vac Balance | -30.30 |

**Important Notes**

THE PAYROLL YEAR IS COMPLETE. YOUR FORM W-2 WILL
PRINT WITH THIS NAME AND BE MAILED TO THIS ADDRESS

2000 ADP, LLC

---

The
Neiman
Marcus
Group

THE NEIMAN MARCUS GROUP LLC

Advice number:     00000519043
                   12/21/2018

| sit | ABA | amount |
|---|---|---|
| X | XXXX | $879.14 |

THIS IS NOT A CHECK

EGOTIABLE

| CO. | FILE | LOC | CLOCK | VCHR. NO. | |
|-----|------|-----|-------|-----------|--|
| NEG | 261437 | 0092 | 50092 | 0000018935 | 1 |
| | | | 21005 00688 | | |

078-0092

## The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC
214-761-2780
1201 ELM STREET-RENAISSANCE    TOWER 20TH FLOOR
DALLAS, TX 75270

**Earnings Statement**

ADP

Period Beginning:    12/16/2018
Period Ending:    12/29/2018
Pay Date:    01/04/2019

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    3
   TX:    No State Income Tax

**ROBBIN WARD**
**5390 S SHERMAN ST**
**LITTLETON, CO 80121**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 18.2700 | 54.22 | 990.60 | 990.60 |
| Holiday | 18.2700 | 8.00 | 146.16 | 146.16 |
| Pers Holiday | 18.2700 | 8.00 | 146.16 | 146.16 |
| Vacation Pay | 18.2700 | 8.00 | 146.16 | 146.16 |
| Gross Pay | | | | 1,429.08 |

Your federal taxable wages this period are
$1,318.02

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | -75.01 | 75.01 |
| | Social Security Tax | -85.26 | 85.26 |
| | Medicare Tax | -19.94 | 19.94 |
| | **Other** | | |
| | AD&D | -3.46 | 3.46 |
| | Credit Union | -129.00 | 129.00 |
| | Dental | -47.22* | 47.22 |
| | Ltd Ins | -5.11 | 5.11 |
| | Pst Chld Opt Lf | -0.76 | 0.76 |
| | Pst Opt Lif Ins | -1.21 | 1.21 |
| | Rsp 401K | -57.16* | 57.16 |
| | Vision Ded | -6.68* | 6.68 |
| | Xmas Club | -25.00 | 25.00 |
| Net Pay | | | |
| | Checking 1 | -973.27 | 973.27 |
| Net Check | | | |

**Other Benefits and Information**

| | total to date |
|--|---------------|
| Avg 4 Qtr Hrs | 40.00 |
| Vac Credit | 3.64 |
| Personal Bal | 8.00 |
| Vac Annual Elig | 80.00 |
| Vac Balance | -34.66 |

**\* Excluded from federal taxable wages**

© 2000 ADP LLC

## The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC

Advice number:    00000018935
01/04/2019

THIS IS NOT A CHECK

NEGOTIABLE

| slt | ABA | amount |
|-----|-----|--------|
| X | XXXX | $973.27 |

The
Nciman
Marcus
Group

CO. NEG 079-0092
FILE 261437
LOC 0092
CLOCK 50092
VCHR. NO. 0000038812  1
21005 00688

THE NEIMAN MARCUS GROUP LLC
214-761-2780
1201 ELM STREET-RENAISSANCE        TOWER 20TH FLOOR
DALLAS, TX 75270

**Earnings Statement**    ADP

Period Beginning:    12/30/2018
Period Ending:    01/12/2019
Pay Date:    01/18/2019

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    3
   TX:    No State Income Tax

**ROBBIN WARD**
**5390 S SHERMAN ST**
**LITTLETON, CO 80121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.2700 | 62.69 | 1,145.35 | 2,135.95 |
| Holiday | 18.2700 | 8.00 | 146.16 | 292.32 |
| Pers Holiday | 18.2700 | 8.00 | 146.16 | 292.32 |
| Vacation Pay | | | | 146.16 |
| Gross Pay | | | | 2,866.75 |

Your federal taxable wages this period are
$1,211.89

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.27 | 137.28 |
| | Social Security Tax | -79.59 | 164.85 |
| | Medicare Tax | -18.61 | 38.55 |
| | **Other** | | |
| | AD&D | -3.46 | 6.92 |
| | Credit Union | -129.00 | 258.00 |
| | Dental | -47.22* | 94.44 |
| | Ltd Ins | -5.11 | 10.22 |
| | Pretax Parking | -100.00* | 100.00 |
| | Pst Chld Opt Lf | -0.76 | 1.52 |
| | Pst Opt Lif Ins | -1.21 | 2.42 |
| | Rsp 401K | -71.88* | 129.04 |
| | Vision Ded | -6.68* | 13.36 |
| | Xmas Club | -25.00 | 50.00 |
| **Net Pay** | | | |
| | Checking 1 | -886.88 | 1,860.15 |
| **Net Check** | | | |

**Other Benefits and Information**

| | total to date |
|---|---|
| Avg 4 Qtr Hrs | 40.00 |
| Vac Credit | 3.64 |
| Personal Bal | 0.00 |
| Vac Annual Elig | 80.00 |
| Vac Balance | -31.02 |

* Excluded from federal taxable wages

© 2000 ADP, LLC

The
Neiman
Marcus
Group

THE NEIMAN MARCUS GROUP LLC

Advice number:    00000038812
01/18/2019

THIS IS NOT A CHECK

| sit | ABA | amount |
|---|---|---|
| X | xxxx | $886.88 |

ΞGOTIABLE