WARD V. NCS
EXHIBIT 6

# Social Security Administration

Robbin Ward
5390 S Sherman St
Littleton, CO 80121

Date: January 4, 2019
Claim Number: xxx-xx-2993A
xxx-xx-2993DI

You asked us for information from your record. The information you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2018, the full monthly Social Security benefit before any deductions is $2380.20.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2380.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Information About Past Social Security Benefits

From December 2017 to November 2018, the full monthly Social Security benefit before any deductions was $2003.70.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2003.00
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly benefits for surviving spouses.

## Date of Birth Information

The date of birth shown on our records is April 26, 1961.

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213. We can answer most questions over the phone. You can also write or visit any social security office. The office that serves your area is located at:

SOCIAL SECURITY
2431 REIGNDALE DR.
LITTLETON, CO 80121

If you call or visit an office, please have this letter with you. It will help us answer any questions.