WARD V. NCS
EXHIBIT 7

## The Neiman Marcus Group

| CO. | FILE | LOC. | CLOCK | VCHR. NO. | |
|-----|------|------|-------|-----------|---|
| **NEG** | 261437 | **0092** | 50092 | 0000038812 | 1 |
| | | | 21005 | 00688 | |
| | | | | 079-0092 | |

THE NEIMAN MARCUS GROUP LLC
214-761-2564
1201 ELM STREET-RENAISSANCE    TOWER 20TH FLOOR
DALLAS, TX 75270

# Earnings Statement

**ADP®**

Period Beginning: 12/30/2018
Period Ending: 01/12/2019
Pay Date: 01/18/2019

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:        3
  TX:              No State Income Tax

**LAQUENCILLA GREEN**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular Pay | 18.2700 | 62.69 | 1,145.35 | 2,135.95 |
| Holiday | 18.2700 | 8.00 | 146.16 | 292.32 |
| Pers Holiday | 18.2700 | 8.00 | 146.16 | 292.32 |
| Vacation Pay | | | | 146.16 |
| **Gross Pay** | | | **$1,437.67** | 2,866.75 |

Your federal taxable wages this period are
$1,211.89

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Avg 4 Qtr Hrs | | 40.00 |
| Vac Credit | | 3.64 |
| Personal Bal | | 0.00 |
| Vac Annual Elig | | 80.00 |
| Vac Balance | | -31.02 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -62.27 | 137.28 |
| | Social Security Tax | -79.59 | 164.85 |
| | Medicare Tax | -18.61 | 38.55 |
| | **Other** | | |
| | AD&D | -3.46 | 6.92 |
| | Credit Union | -129.00 | 258.00 |
| | Dental | -47.22* | 94.44 |
| | Ltd Ins | -5.11 | 10.22 |
| | Pretax Parking | -100.00* | 100.00 |
| | Pst Chld Opt Lf | -0.76 | 1.52 |
| | Pst Opt Lif Ins | -1.21 | 2.42 |
| | Rsp 401K | -71.88* | 129.04 |
| | Vision Ded | -6.68* | 13.36 |
| | Xmas Club | -25.00 | 50.00 |
| | **Net Pay** | **$886.88** | |
| | Checking 1 | -886.88 | 1,860.15 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 A DP, LLC

---

## The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC
214-761-2564
1201 ELM STREET-RENAISSANCE  TOWER 20TH FLOOR
DALLAS, TX 75270

**Advice number:**    00000038812
Pay date:    01/18/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **LAQUENCILLA GREEN** | | xxxx xxxx | $886.88 |

**NON-NEGOTIABLE**

NEIMAN MARCUS/GREEN 000003

# The Neiman Marcus Group

| CO. | FILE | LOC | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| **NEG** | 261437 | **0092** | 50092 | 0000519043 | 1 |
| | | | 21005 | 00688 | |

078-0092

THE NEIMAN MARCUS GROUP LLC
214-761-2564
1201 ELM STREET-RENAISSANCE    TOWER 20TH FLOOR
DALLAS,  TX 75270

## Earnings  Statement



Period Beginning:      12/02/2018
Period Ending:         12/15/2018
Pay Date:              12/21/2018

Taxable  Marital  Status:      Single
Exemptions/Allowances:
   Federal:              3
   TX:                   No State Income  Tax

**LAQUENCILLA   GREEN**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.2700 | 77.33 | 1,412.82 | 31,923.38 |
| Overtime | | | | 9.99 |
| Holiday | | | | 726.48 |
| Pers Holiday | | | | 288.00 |
| Vacation Pay | | | | 2,182.47 |
| **Gross Pay** | | | **$1,412.82** | 35,130.32 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | | -62.43 | 1,473.54 |
| | Social Security Tax | | -78.05 | 1,893.40 |
| | Medicare Tax | | -18.25 | 442.81 |
| | **Other** | | | |
| | AD&D | | -3.46 | 89.96 |
| | Credit Union | | -129.00 | 4,277.00 |
| | Dental | | -47.22* | 977.37 |
| | Ltd Ins | | -5.11 | 132.30 |
| | Pretax Parking | | -100.00* | 1,200.00 |
| | Pst Chld Opt Lf | | -0.76 | 19.76 |
| | Pst Opt Lif Ins | | -1.21 | 31.46 |
| | Rsp 401K | | -56.51* | 761.36 |
| | Vision Ded | | -6.68* | 242.68 |
| | Xmas Club | | -25.00 | 635.00 |
| | Medical Ins | | | 2,171.55 |
| | **Net Pay** | | **$879.14** | |
| | Checking 1 | | -879.14 | 4,501.31 |
| | **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**

Your  federal  taxable  wages  this  period  are
$1,202.41

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Credit | | 3.57 |
| Vac Annual Elig | | 78.50 |
| Vac Balance | | -30.30 |

**Important Notes**

THE PAYROLL  YEAR IS COMPLETE.  YOUR FORM W-2 WILL
PRINT WITH THIS NAME  AND BE MAILED  TO THIS ADDRESS

© 2000 ADP, LLC

# The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC
214-761-2564
1201 ELM STREET-RENAISSANCE  TOWER 20TH FLOOR
DALLAS, TX 75270

**Advice number:**      00000519043
Pay date:               12/21/2018



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **LAQUENCILLA   GREEN** | | xxxx xxxx | $879.14 |

# NON-NEGOTIABLE

NEIMAN MARCUS/GREEN 000004

CO. FILE LOC CLOCK VCHR. NO.
**NEG** 261437 **0092** 50092 0000018935 1
21005 00688
078-0092

# The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC
214-761-2564
1201 ELM STREET-RENAISSANCE    TOWER 20TH FLOOR
DALLAS, TX 75270

# Earnings Statement

**ADP**®

Period Beginning: 12/16/2018
Period Ending: 12/29/2018
Pay Date: 01/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  TX: No State Income Tax

**LAQUENCILLA GREEN**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.2700 | 54.22 | 990.60 | 990.60 |
| Holiday | 18.2700 | 8.00 | 146.16 | 146.16 |
| Pers Holiday | 18.2700 | 8.00 | 146.16 | 146.16 |
| Vacation Pay | 18.2700 | 8.00 | 146.16 | 146.16 |
| **Gross Pay** | | | **$1,429.08** | 1,429.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.01 | 75.01 |
| | Social Security Tax | -85.26 | 85.26 |
| | Medicare Tax | -19.94 | 19.94 |
| | **Other** | | |
| | AD&D | -3.46 | 3.46 |
| | Credit Union | -129.00 | 129.00 |
| | Dental | -47.22* | 47.22 |
| | Ltd Ins | -5.11 | 5.11 |
| | Pst Chld Opt Lf | -0.76 | 0.76 |
| | Pst Opt Lif Ins | -1.21 | 1.21 |
| | Rsp 401K | -57.16* | 57.16 |
| | Vision Ded | -6.68* | 6.68 |
| | Xmas Club | -25.00 | 25.00 |
| | **Net Pay** | **$973.27** | |
| | Checking 1 | -973.27 | 973.27 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,318.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Avg 4 Qtr Hrs | | 40.00 |
| Vac Credit | | 3.64 |
| Personal Bal | | 8.00 |
| Vac Annual Elig | | 80.00 |
| Vac Balance | | -34.66 |

**\* Excluded from federal taxable wages**

© 2000 ADP, LLC

# The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC
214-761-2564
1201 ELM STREET-RENAISSANCE  TOWER 20TH FLOOR
DALLAS, TX 75270

**Advice number:** 00000018935
Pay date: 01/04/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **LAQUENCILLA GREEN** | | xxxx xxxx | $973.27 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

NEIMAN MARCUS/GREEN 000005