WARD V. NCS
EXHIBIT 8

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

ROBBIN WARD,

**Case No.  1:21-cv-02597-LTB-SKC**
HON. LEWIS T. BABCOCK

Plaintiff,

MAGITRATE JUDGE

v.

S. KATO CREWS

TRANS UNION, LLC et al.,

Defendants.

1.      My name is Neal Maynard. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I am fully competent to provide this Declaration and the foregoing statements are true and correct, and within my personal knowledge.

2.      I am an employee of DeMarte Law, PLLC, a Michigan Professional Limited Liability Company.

3.      I am familiar with the facts and claims set forth in the litigation styled: Civil Action No. 1:21-cv-02597; *Robbin Ward* v. *Trans Union, LLC et al,* now pending in the United States District Court for the District of Colorado (hereinafter, this "Litigation").

4.      I am a Legal Assistant with DeMarte Law PLLC who assists in Litigation matters and am authorized on behalf of DeMarte Law to make this Declaration.

5.      My career experience prior to working exclusively for DeMarte Law PLLC included approximately 8 years of experience as an Investigator working in the Public Defender Systems in Alaska and Wisconsin.

6.      This career experience afforded me multiple opportunities to cull case data,

analyze case data as well as multimedia data, and create a variety of reports detailing my findings.

7.    In this litigation, which includes claims of identity theft, I examined e-mail traffic involving the e-mail address robbinward61@gmail.com which was used by the applicant and resident of the rental home at 229 Cliff Heights Circle in Dallas, Texas.

8.    Data was provided by Google, LLC pursuant to a subpoena which revealed a multitude of information about this e-mail address.  As provided by Google, the details of the creation of the e-mail address are:

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 779609846178
Name: Robbin Ward
Given Name: Robbin
Family Name: Ward
e-Mail: robbinward61@gmail.com
Alternate e-Mails:

Created on: 2019-01-23 17:50:22 Z
Terms of Service IP: 192.100.72.2
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): May 19, 1961

*(Source: Exhibit 10 – Google User Info)*

9.    The above information indicates that when the computer user accepted the terms of service to create the Gmail account on January 23, 2019, the computer user was accessing and using the internet via IP address 192.100.72.2.

10.    Information was provided from Main Street Renewal, pursuant to a subpoena.  Main Street Renewal is the management company of the rental home at 229

Cliff Heights Circle in Dallas, Texas.    Information Main Street Renewal captured

regarding the computer user completing the rental application was:

**Terms Accepted**

| Terms | Date Time | IP |
|---|---|---|
| Registration Terms-<br>I have read and accept the Terms and Conditions | Jan 30 2019 12:00PM | 192.100.72.2 |
| Signature in Application Information-<br>By signing this application, I agree that the information provided in this application is true and correct. | Jan 30 2019 12:07PM | 192.100.72.2 |
| Screening Terms-<br>I have read Section 7.4 of the Terms and Conditions, and I authorize the use of the information and contacts provided in this application to complete a credit, reference, and/or background check. | Jan 30 2019 12:07PM | 192.100.72.2 |
| Legal Terms-<br>By submitting this application, I verify that the statements provided in this application are true and correct and I | Jan 30 2019 12:07PM | 192.100.72.2 |

| | | |
|---|---|---|
| agree to be screened after payment of application fees. | | |
| Payment Terms-<br>I have read and accept Terms and Conditions. | Jan 30 2019 12:16PM | 192.100.72.2 |
| Application fee disclaimer-<br>I accept that Application fees are non-refundable, even if the application is denied, except to the extent otherwise required by applicable law. | Jan 30 2019 12:16PM | 192.100.72.2 |

*(Source: Exhibit 1 – Rental Application)*

11.    The above information indicates that when the computer user completed and

submitted the rental application on January 30, 2019, the computer user was accessing

and using the internet via IP address 192.100.72.2.

12.    Main Street Renewal also provided information about six payments they

received         from         the         applicant,         and         later         tenant:

| Description | Date (EST)(m/d/yyyy) | Source | Apartment # |
|---|---|---|---|
| Receipt#: 602166123 | 5/10/2019 7:04 | Mobile | P0692439 |
| Receipt#: 602011708 | 4/11/2019 11:38 | Mobile | P0692439 |
| Receipt#: 601980822 | 4/8/2019 9:27 | Mobile | P0692439 |
| Receipt#: 601862683 | 3/5/2019 15:00 | Desktop | P0692439 |
| Receipt#: 601723560 | 2/14/2019 12:24 | Desktop | P0692439 |
| Application Fee (Receipt#: 601442597) | 1/30/2019 13:16 | Desktop | P0692439 |

| User Email | Type | Method | Amount | Status |
|---|---|---|---|---|
| robbinward61@gmail.com | One Time | Bank Account | 1,412.00 | Success |
| robbinward61@gmail.com | One Time | Bank Account | 1,412.00 | Success |
| robbinward61@gmail.com | One Time | Bank Account | 800 | Success |
| robbinward61@gmail.com | One Time | Bank Account | 1,411.67 | Success |
| robbinward61@gmail.com | One Time | Debit Card | 709.79 | Success |
| robbinward61@gmail.com | App Fee | Bank Account | 40 | Success |

| Voyager Property Code | IP Address |
|---|---|
| p0692439 | 76.183.4.207 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |

*(Source: Exhibit 11 – Main Street Payment Report)*

13.     The above information indicates that when the computer user submitted online payments, for five out of the six payments, the computer user was accessing and using the internet via IP address 192.100.72.2.

14.     Google also provided, pursuant to the subpoena, data about every e-mail sent and received by robbinward61@gmail.com.  This e-mail data was supplied by Google in the .mbox format.  I downloaded and used a publicly available free software program called Mozilla Thunderbird to be able to access and review the .mbox files. Upon opening Mozilla Thunderbird and loading the .mbox files.



I found that there were 3,992 e-mails included in the production from Google. There is an option to filter the messages to assist users in searching the messages.

15.    I filtered the 3,992 e-mails using the terms "msrenewal.com" (which references Main Street Renewal) "amherst.com" (which is a company affiliated with Main Street Renewal) and "laquenallen" (which references Plaintiff Robbin Ward's daughter).

16.    Plaintiff's daughter Laquencilla Allen Antoinette Green, a.k.a. Quen Green is relevant to the case because her personal information was also included in the rental application.   The application, by way of listing an emergency contact, notes that Quen Green is the daughter of Plaintiff Robbin Ward.

17.    Once these filters were executed on the e-mails, I copied data from these e-mails and looked at e-mails where robbinward61@gmail.com had either sent a message or

replied to someone else's message.

18.    I went back into the Mozilla Thunderbird program and was able to examine the IP addresses of the messages where robbinward61@gmail.com was the sender.

19.    I followed the steps outlined below to find the IP addresses.

    a.  Opened a message where robbinward61@gmail.com is the sender:



    b.  Then, clicked on the "More" drop down on the far right, and chose "View Source":



    c.  The source code for the e-mail message then appeared in a new window:

```
From 1637231108561280010@xxx Mon Jun 24 14:07:38 +0000 2019
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
X-Mozilla-Keys:
X-GM-THRID: 1635703958452836787
MIME-Version: 1.0
Date: Mon, 24 Jun 2019 09:07:38 -0500
References: <f5883cedf0fa4d9c8c0637fcc4c031f0@msrenewal.com> <CAM0jV2ob69B
In-Reply-To: <2c708d8a87f542d28970a45175e02d97@msrenewal.com>
Message-ID: <CAM0jV2pqn8=wJbuH4V10j2Vs69TAir1G6e00jhieQDo0p-77_A@mail.gmai
From: robbinward61@gmail.com
To: sben-scudder@msrenewal.com
Content-Type: multipart/mixed; boundary="000000000000aebb9c058c1255ff"

X-Originating-IP: ::192.100.72.2
```

   d.  The originating IP appears in the source code.  I copied the originating IP

   addresses and added them next to the corresponding e-mail in the

   spreadsheet.

20. Reviewing the spreadsheet, which is attached hereto as Exhibit 17, it

indicates that more often than not, when robbinward61@gmail.com is sending an e-

mail or replying to an e-mail, the computer user was accessing and using the internet

to send the e-mail via IP address 192.100.72.2.

21. There are many publicly available and free websites which can be accessed

to learn more information about any given IP address.  One can also search by typing

the address in the search bar of Google, as shown below:



22.     An indication of the reliability of these sites is evidenced by the fact that multiple sites are returning the same result.  Furthermore, ipinfo.io provides insight

about how they ensure they are providing the most accurate data to users.  This information can be found at:  https://ipinfo.io/ip-data

23.     All of the above information as outlined and detailed indicates that the computer user who created the Gmail address robbinward61@gmail.com: completed the rental application for 229 Cliff Heights Circle: made online payments to Main Street Renewal, and corresponded via e-mail with Main Street Renewal is - depending on the task - either frequently or solely accessing the internet via IP address 192.100.72.2 which is a network provided by The Neiman Marcus Group, LLC.

24.     On October 12, 2022 I accessed "https://www.facebook.com/laquenallen". At the time I accessed it, it appeared to be a public profile.  I did not have to make a Friend Request to see postings.   By way of Robbin Ward being "tagged" by Quen in multiple posts, it was discerned that this profile belonged to the daughter.

25.     I began to search the profile towards July of 2019, as that is when the eviction of the tenants of 229 Cliff Heights Circle occurred.

26.     There is a live video archived in a post on July 6, 2019 where Quen is celebrating her birthday.  This video is being submitted via jump drive pursuant to ECF procedures for the District of Colorado.

27.      The video shows floor tile in a kitchen which matches the pattern of the 229 Cliff Heights Circle residence, based on Move-Out Condition photos taken by Main Street Renewal.  The Move-Out photos showing the kitchen will be attached hereto as Exhibit 20, pgs. 6, 14-15, and pasted below for ease of reference.

| Screenshot from Video | Move Out Photos |
| --- | --- |
| | |



28.     The next shot in the video appears to show the left edge of the stove, a skinny kitchen cabinet with drawer, a narrow wall, and then some more kitchen cabinets:

| **Screenshot from Video** | **Move Out Photos** |
| --- | --- |
| | |

 

*See* Exhibit 20, pgs. 6, 14-15.

29.　I took note of the kitchen sink and dishwasher.  Later in the video, Quen has the camera in selfie mode, so the image is reversed.  In the image with Quen's face, the dishwasher would be behind the man wearing the white shirt. However, the kitchen sink is visible. Also note in the screenshot next to Quen's head what appears to be a white plastic shopping bag on the floor which corresponds to the white bag on the floor next to the stove pictured above.  Additionally, later in the video a man in a white shirt is shown dancing in front of the kitchen sink.  The kitchen sink is distinct because there is no window above it, or no cabinetry above it. In a later shot, the stainless steel dishwasher with a black control panel across the top is shown next to the woman in the white dress with the sink located to the right of the dishwasher.

| **Screenshot from Video** | **Move Out Photos** |
|---|---|







*See* Exhibit 20, pgs. 6, 14-15.

30.    I also captured a picture of the kitchen from the real estate sale site Zillow which has a Main Street Renewal watermark and provides a nice overall picture of the kitchen which assisted me in understanding the layout better.

Image retrieved from:  https://www.zillow.com/homedetails/229-Cliff-Heights-Cir-

| Dallas-TX-75241/69670561_zpid/ |
| --- |
|  |

*See also* Exhibit 20, pgs. 6, 14-15.

31.     Toward the end of the video I noticed the three lower cabinets and three upper cabinets next to the white door with the silver doorknob:

| **Screenshot from Video** | **Picture from Zillow** |
| --- | --- |
|  |  |



*See also* Exhibit 20, pgs. 6, 14-15.

**Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.**

Dated: November 15, 2022

/s/Neal Maynard
(original signature on file)