WARD V. NCS
EXHIBIT 9

## Kronos Daily Punch Report

| Employee PIN | First Name | Last Name | Job | Department | Expense Center | Date | Punch IN | Punch Out | Pay Code | Pay Code Hours | Total Daily Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|



NEIMAN MARCUS/GREEN 000001



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Total Hours for the Day** | | | 7.98 |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 28-Jan-19 | 8:15:00 AM | 1:44:00 PM | | | |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 28-Jan-19 | 2:02:00 PM | 4:32:00 PM | | | |
| | | | | | | | | **Total Hours for the Day** | | | 7.98 |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 29-Jan-19 | 8:21:00 AM | 11:28:00 AM | | | |
| | | | | | | | | **Total Hours for the Day** | | | 3.12 |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 30-Jan-19 | 8:31:00 AM | 1:42:00 PM | | | |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 30-Jan-19 | 2:00:00 PM | 4:58:00 PM | | | |
| | | | | | | | | **Total Hours for the Day** | | | 8.15 |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 31-Jan-19 | 8:09:00 AM | 1:42:00 PM | | | |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 31-Jan-19 | 2:07:00 PM | 4:33:00 PM | | | |
| | | | | | | | | **Total Hours for the Day** | | | 7.98 |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 01-Feb-19 | 8:21:00 AM | 12:25:00 PM | | | |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 01-Feb-19 | 1:58:00 PM | 5:14:00 PM | | | |
| | | | | | | | | **Total Hours for the Day** | | | 7.34 |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 04-Feb-19 | 8:18:00 AM | 1:40:00 PM | | | |
| 261437 | LaQuencilla | Green | Support | Accounts Payable | NEG/9405/21005/00688/001/50/0 | 04-Feb-19 | 2:00:00 PM | 4:40:00 PM | | | |
| | | | | | | | | **Total Hours for the Day** | | | 8.04 |

NEIMAN MARCUS/GREEN 000002