############### * **Google Confidential and Proprietary** * ###############

# GOOGLE SUBSCRIBER INFORMATION

WARD V. NCS
EXHIBIT 10

Google Account ID: 779609846178
Name: Robbin Ward
Given Name: Robbin
Family Name: Ward
e-Mail: robbinward61@gmail.com
Alternate e-Mails:

Created on: 2019-01-23 17:50:22 Z
Terms of Service IP: 192.100.72.2
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): May 19, 1961

Services: Gmail, Web & App Activity, Location History, Google Hangouts, Google Voice, Android, Google Calendar, Google My Maps, YouTube
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-08-30 00:33:28 Z
Last Logins: 2022-08-30 00:33:28 Z, 2022-07-26 23:29:57 Z, 2022-06-13 19:27:15 Z

## ACCOUNT RECOVERY

Contact e-Mail: robbinward61@gmail.com
Recovery e-Mail: Fixrimpa@gmail.com
Recovery SMS: +19452447405 [US]

## PHONE NUMBERS

User Phone Numbers: +19452447405 [US]
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-08-30 00:35:38 Z | 2600:1700:e81:da20:7400:ce2:d1fc:ecf9 | Login | | | Mozilla/5.0 (Linux; Android 12; SM-A515F Build/SP1A.210812.016; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/104.0.5112.97 Mobile Safari/537.36 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | OcIdWebView ({"os":"Android","osVersion |
| 2022-08-30 00:33:52 Z | 2600:1700:e81:da20:7400:ce2:d1fc:ecf9 | Login | | | Mozilla/5.0 (Linux; Android 12; SM-A515F Build/SP1A.210812.016; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/104.0.5112.97 Mobile Safari/537.36 OcIdWebView ({"os":"Android","osVersion |
| 2022-08-30 00:33:28 Z | 2600:1700:e81:da20:7400:ce2:d1fc:ecf9 | Login | | | |
| 2022-07-26 23:29:58 Z | 2600:1700:e81:da20:112e:2531:e437:d511 | Login | | | Mozilla/5.0 (Linux; Android 12; SM-A515F) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Mobile Safari/537.36,gzip(gfe) |
| 2022-06-13 19:27:15 Z | 2607:fb90:e00b:65c5:0:26:7922:3801 | Login | 3900f1f813fb7902 | | GoogleAuth/1.4 (a51 SP1A.210812.016); gzip,gzip(gfe),gzip(gfe) |
| 2022-01-12 10:05:34 Z | 2607:fb90:dc9:26e7:0:3b:adee:be01 | Login | | | Mozilla/5.0 (Linux; Android 11; SM-A515F) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.70 Mobile Safari/537.36,gzip(gfe) |
| 2021-12-19 23:21:31 Z | 108.199.233.149 | Login | | | Mozilla/5.0 (Linux; Android 11; SM-A515F) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.104 Mobile Safari/537.36,gzip(gfe) |

## MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

**############### * Google Confidential and Proprietary * ###############**