WARD V. NCS
EXHIBIT 11

| Region | Market | Submarket | Property Name | User Name |
|--------|--------|-----------|---------------|-----------|
| West | Dallas | | 229 Cliff Heights Circle | Robbin Ward |
| West | Dallas | | 229 Cliff Heights Circle | Robbin Ward |
| West | Dallas | | 229 Cliff Heights Circle | Robbin Ward |
| West | Dallas | | 229 Cliff Heights Circle | Robbin Ward |
| West | Dallas | | 229 Cliff Heights Circle | Robbin Ward |
| West | Dallas | | 229 Cliff Heights Circle | Robbin Ward |

Case No. 1:21-cv-02597-NYW-JPO     Document 55-13     filed 11/15/22     USDC Colorado
pg 1 of 4

WARD V. NCS
EXHIBIT 11

| User Email | Type | Method | Amount | Status |
|---|---|---|---|---|
| robbinward61@gmail.com | One Time | Bank Account | 1,412.00 | Success |
| robbinward61@gmail.com | One Time | Bank Account | 1,412.00 | Success |
| robbinward61@gmail.com | One Time | Bank Account | 800 | Success |
| robbinward61@gmail.com | One Time | Bank Account | 1,411.67 | Success |
| robbinward61@gmail.com | One Time | Debit Card | 709.79 | Success |
| robbinward61@gmail.com | App Fee | Bank Account | 40 | Success |

| Description | Date (EST)(m/d/yyyy) | Source | Apartment # |
|---|---|---|---|
| Receipt#: 602166123 | 5/10/2019 7:04 | Mobile | P0692439 |
| Receipt#: 602011708 | 4/11/2019 11:38 | Mobile | P0692439 |
| Receipt#: 601980822 | 4/8/2019 9:27 | Mobile | P0692439 |
| Receipt#: 601862683 | 3/5/2019 15:00 | Desktop | P0692439 |
| Receipt#: 601723560 | 2/14/2019 12:24 | Desktop | P0692439 |
| Application Fee (Receipt#: 601442597) | 1/30/2019 13:16 | Desktop | P0692439 |

| Voyager Property Code | IP Address |
| --- | --- |
| p0692439 | 76.183.4.207 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |
| p0692439 | 192.100.72.2 |