WARD V. NCS
EXHIBIT 12

| | |
|---|---|
| From: | "Dallas Leasing" <dallasleasing@msrenewal.com> |
| To: | robbinward61@gmail.com |
| Date: | 1/30/2019 6:10:42 PM |
| Subject: | Main Street Renewal // Approved Applicant Notification! Robbin Ward229 Cliff Heights Circle |

## CONGRATULATIONS! YOUR APPLICATION HAS BEEN APPROVED!

Reserve your home in *3* easy steps!

**Reserve the home by signing your lease and delivering the move-in funds within 48 hours!**

**Your reservation expires:** 48 hours from delivery of this email

**Your reservation is for: 229 Cliff Heights Circle Move-in date: 2/15/2019**

### 1)   Delivering move in funds:

You must deliver the total move-in costs to our office or have it overnighted to arrive at our office within 48 hours of approval. Funds must be certified; either a cashier's check or money order, payable to Main Street Renewal LLC. Dropping off the funds is available in person during our normal business hours or you may overnight via express mail to our office. Our appointment hours are Monday-Friday: 8:30 am – 5:00 pm and Saturday by appointment only (ask us about Saturday appointment hours).

**Office Address:**

*Main Street Renewal LLC // Attn: Leasing Department*
*2225 E. Randol Mill Road #101*
*Arlington, TX 76011*

❖ **Security Deposit $1,395.00 (Minimum required to secure home)**

❖ **1st Month Rent $697.50**

❖ **Renter's Insurance $8.34**

❖ **Pet Fees No Pets**

❖ **TOTAL Move-In $2,100.84**

*\*NOTE: If your move-in date is within the last seven days of the month, move –in costs will include one full month's rent plus prorated rent for the current month.*

### 2)   Signing your lease:

Your lease contract is available for review and electronic signature through your **applicant portal**. Please review your lease prior to signing as changes cannot be made one the contract is executed. **To access your lease,** each leaseholder must log into the portal: www.MSRenewal.com    > Applicant Login > Click the green Approved button > Click Continue at the bottom of each page until you reach the Lease Summary tab *(the portal operates ideally from a desktop computer)*

*Due to the steady increase of rental rates, taxes and insurance across the Dallas/Ft. Worth Metroplex, we are now offering multi-year leases to protect our valued Residents from the rapid rise of such costs. A multi-year lease allows our Residents to lock in their rental rate for 12 months with a minimal 5% annual increase thereafter. Please let us know if you would like to take advantage of this opportunity to lock in your rental rates by signing a 2 year or 3 year lease with Main Street Renewal LLC.*

### 3)   Renter's Insurance:

If you have opted IN to coverage through Assurant:
·      Your first month of renter's insurance is due with other applicable move in funds
·      Your policy is mailed to your new home after coverage begins

If you have opted OUT and will carry 3rd party coverage:
·      Main Street Renewal must receive a copy of your renter's insurance declaration page meeting the minimum requirements before your lease start date (please email to TReynolds@msrenewal.com    )
·      Main Street Renewal requires all residents to carry a minimum of $100,000 in general liability coverage and name "Main Street Renewal – 8300 North Mopac Expressway Suite 200 Austin, TX 78759" as the interested party

### Turning on Your Utilities

All utilities (water, electricity, and gas if applicable) must be connected **5 days** before move in. A Main Street Renewal maintenance technician will perform a final walk through to check for any necessary repairs prior to your move in date. If you do not connect all utilities during this timeframe, move in repairs may be delayed.

### Accessing your Keys

Prior to move in, the home is rekeyed and the combination lockbox code is changed. If there is a Rently box present, this will be removed as well. You will receive your move in lockbox code the evening before your lease start date through email. All keys must

be left in the lockbox until your lease start date. If you do not receive your move in code for any reason, please contact our Resident Experience Team at msrdallas@msrenewal.com    for assistance.

**\*\*PLEASE DO NOT TAKE OCCUPANCY OR MOVE ANY BELONGINGS IN UNTIL YOUR LEASE START DATE\*\***

Thank you again and welcome to the Main Street Renewal family!

Texas Law requires all real estate licensees to give the following Information about Brokerage Services: https://www.trec.state.tx.us/pdf/contracts/IABS1-0.pdf    and Consumer Protection: https://www.trec.state.tx.us/pdf/forms/Miscellaneous/CN1-2.pdf

Best regards,
**Dallas Applications Team**

 

2225 E Randol Mill Rd • Suite 101 • Arlington, TX 76011
Phone: 214-865-6008 • Fax: 469-713-5540
www.msrenewal.com

This e-mail message and any attachment(s) may contain confidential information that is privileged.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of the information contained in this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you



10/21/2022