| | |
|---|---|
| From: | "Robbin Ward" <robbinward61@gmail.com> |
| To: | "Dallas Leasing" <dallasleasing@msrenewal.com> |
| Date: | 2/1/2019 9:54:14 AM |
| Subject: | Re: Main Street Renewal // Approved Applicant Notification! RobbinWard 229 Cliff Heights Circle |

I am out of town. My daughter will be there around 1pm to drop the deposit off for me .

On Wed, Jan 30, 2019 at 5:10 PM Dallas Leasing <dallasleasing@msrenewal.com    > wrote:

# CONGRATULATIONS! YOUR APPLICATION HAS BEEN APPROVED!
# Reserve your home in _3_ easy steps!

**Reserve the home by signing your lease and delivering the move-in funds within 48 hours!**

**Your reservation expires: 48 hours from delivery of this email**

**Your reservation is for: 229 Cliff Heights Circle Move-in date: 2/15/2019**

**1)   Delivering move in funds:**

You must deliver the total move-in costs to our office or have it overnighted to arrive at our office within 48 hours of approval. Funds must be certified; either a cashier's check or money order, payable to Main Street Renewal LLC. Dropping off the funds is available in person during our normal business hours or you may overnight via express mail to our office. Our appointment hours are Monday-Friday: 8:30 am – 5:00 pm and Saturday by appointment only (ask us about Saturday appointment hours).

**Office Address:**

Main Street Renewal LLC // Attn: Leasing Department
*2225 E. Randol Mill Road #101*
*Arlington, TX 76011*

❖ **Security Deposit $1,395.00 (Minimum required to secure home)**

❖ **1st Month Rent $697.50**

❖ **Renter's Insurance $8.34**

❖ **Pet Fees No Pets**

❖ **TOTAL Move-In $2,100.84**

*NOTE: If your move-in date is within the last seven days of the month, move –in costs will include one full month's rent plus prorated rent for the current month.*

**2)   Signing your lease:**

Your lease contract is available for review and electronic signature through your applicant portal. Please review your lease prior to signing as changes cannot be made one the contract is executed. To access your lease, each leaseholder must log into the portal: www.MSRenewal.com    > Applicant Login > Click the green Approved button > Click Continue at the bottom of each page until you reach the Lease Summary tab *(the portal operates ideally from a desktop computer)*

*Due to the steady increase of rental rates, taxes and insurance across the Dallas/Ft. Worth Metroplex, we are now offering multi-year leases to protect our valued Residents from the rapid rise of such costs. A multi-year lease allows our Residents to lock in their rental rate for 12 months with a minimal 5% annual increase thereafter. Please let us know if you would like to take advantage of this opportunity to lock in your rental rates by signing a 2 year or 3 year*

10/21/2022