WARD V. NCS
EXHIBIT 14



