| | |
|---|---|
| From: | "Robbin Ward" <robbinward61@gmail.com> |
| To: | "Shawn Wilcox" <swilcox@msrenewal.com> |
| Date: | 2/13/2019 1:44:21 PM |
| Subject: | Re: 229 Cliff Heights Cir |

ok I will make it tomorrow. I just didn't know that's how it worked. I thought it was to be paid on the day of. My daughter usually handles all this stuff for me. I will make the payment tomorrow morning.

On Wed, Feb 13, 2019 at 12:07 PM Shawn Wilcox <swilcox@msrenewal.com > wrote:

No that's okay, you just won't get your code until we received payment.

---

**From:** Robbin Ward [mailto:robbinward61@gmail.com ]
**Sent:** Wednesday, February 13, 2019 11:35 AM
**To:** Shawn Wilcox <swilcox@msrenewal.com >
**Subject:** Re: 229 Cliff Heights Cir

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning

I apologize for the misunderstanding, I was under the impression that I made the payment online on Friday, the 15th. Is that not the case?

On Wed, Feb 13, 2019 at 9:42 AM Shawn Wilcox <swilcox@msrenewal.com > wrote:

Good Morning

Our records indicate that we have not received the full amount due for your move-in funds. Move in funds include both, your deposit, and your (prorated rent/first month's rent). With your move in coming up on (02/15/19), I need to make you aware that the lockbox code cannot be released prior to verifying funds received. I am available Monday-Friday until 5:30pm, please let me know when you are able to make the remainder of your move in funds, (697.50), so that I can make sure the email containing your lockbox code is set to go out to you at midnight the day of your move in. Please let me know if you have any questions or concerns. Thank you!

*Shawn Wilcox*

## Dallas Branch

Resident Support Specialist

*Direct Line: 469-713-5549*

 

2225 E Randol Mill Rd • Suite 101 • Arlington, TX 76011

10/21/2022

Work: 214-865-6008 • Fax: 469-713-5540

[www.msrenewal.com](www.msrenewal.com)

This e-mail message and any attachment(s) may contain confidential information that is privileged.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of the information contained in this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you



10/21/2022