Documents
EXHIBIT 16

| Resident | Date | Time | Type | Status | Result | Agent | Notes |
|---|---|---|---|---|---|---|---|
| Ward- (t0023576) | 02/04/2019 | 11:27 AM | | Memo | | | Subject: 229 Cliff Height circle. Removed rently. Move in update<br><br>Removed rently box 901360 Need smoke alarm battery in back upstairs bedroom. No other notes for move in home looks good<br><br>Sent from my iPhone |
| Ward- (t0023576) | 02/11/2019 | 12:31 PM | | Memo | | | Subject: 229 Cliff Heights Circle Dallas, TX 75232 United States<br><br>Completed inspection<br><br>New lockbox code: 5622 New key code:35652 Power: on Water: off<br><br>Replaced 6 bulbs throughout the house<br><br>Replaced 5 smoke alarm batteries throughout home<br><br>Cleaned out to dirty toilets<br><br>Adjusted door latch in front door<br><br>Programmed garage door controller<br><br>Reset garbage disposal<br><br>Adjusted doors to laundry room |
| Ward- (t0023576) | 03/03/2019 | 4:00 PM | Notification | Completed | | | ExternalId:624 Template Name: Main Street Renewal - Outstanding Balance Reminder |
| Ward- (t0023576) | 03/05/2019 | 4:00 PM | Notification | Completed | | | ExternalId:631 Template Name: Action Required! MSR Lease Account Balance |
| Ward- (t0023576) | 03/07/2019 | 3:04 PM | Collections | Memo | Paid and Current | | Paid and current |
| Ward- (t0023576) | 03/19/2019 | 3:46 PM | Notification | Completed | | | ExternalId:687 Template Name: 2019 March Madness |
| Ward- (t0023576) | 03/19/2019 | 5:19 PM | 30 Day F... | Completed | | | Resident is happy with her home. We are in the process of fixing her dishwasher and HVAC. |
| Ward- (t0023576) | 04/03/2019 | 3:00 PM | Notification | Completed | | | ExternalId:740 Template Name: Main Street Renewal - Outstanding Balance Reminder |
| Ward- (t0023576) | 04/05/2019 | 1:23 PM | | Memo | | | On Fri, Apr 5, 2019 at 11:10 AM Robbin Ward robbinward61@gmail.com wrote: Hello, I called and left a message yesterday. I just got out the hospital Wednesday and had been in there almost two weeks after a bad car accident. Because of that my finances are running behind which going to make me late on my rent. I have $850 to pay today and can pay the remainder Thursday morning. I was hoping you can work with me on the late charges. maybe do a payment plan or something. I usually don't have this issue with my bills but because of the incident, dealing with the insurance company and being out from work for two weeks it put me in a bad spot. I hope it is understood that this will not be a usual thing for me and you all are understanding. Thank you. |

| Resident | Date | Time | Type | Status | Result | Agent | Notes |
|---|---|---|---|---|---|---|---|
| Ward- (t0023576) | 04/05/2019 | 2:27 PM | Collections | Memo | Intends To Pay | Sheila Ben-Scudder | Hello Robbin,<br><br>I am sorry to hear about your accident and hope all is well now. You can log into your portal and pay the $850.00 today and the other portion next Thursday. Once you have made payment I can waive your late few on next Friday as a one-time courtesy. Please let me know if you have any questions.<br><br>Thanks,<br>JP, Evictions |
| Ward- (t0023576) | 04/09/2019 | 3:00 PM | Notification | Completed | | | ExternalId:775<br>Template Name: Main Street Renewal Eviction Warning |
| Ward- (t0023576) | 04/11/2019 | 12:30 PM | Collections | Memo | Custom | Sheila Ben-Scudder | Sent NSF EMAIL |
| Ward- (t0023576) | 05/03/2019 | 3:00 PM | Notification | Completed | | | ExternalId:850<br>Template Name: Main Street Renewal - Outstanding Balance Reminder |
| Ward- (t0023576) | 05/08/2019 | 5:12 PM | Notification | Completed | | | ExternalId:868<br>Template Name: Action Required! MSR Lease Account Balance |
| Ward- (t0023576) | 05/16/2019 | 7:20 AM | Collections | Memo | Custom | Sarah French | Sent email about NSF |
| Ward- (t0023576) | 06/03/2019 | 3:00 PM | Notification | Completed | | | ExternalId:929<br>Template Name: Main Street Renewal - Outstanding Balance Reminder |
| Ward- (t0023576) | 06/07/2019 | 12:33 PM | Collections | Memo | Custom | Sheila Ben-Scudder | MSR Eviction Status - emailed |
| Ward- (t0023576) | 06/07/2019 | 3:20 PM | Social W... | Memo | | | Was able to speak to resident who informed me that she was unable to pay her rent due to her being hospitalized for the last two weeks. Sent resources to the resident. Will follow up next week. |
| Ward- (t0023576) | 06/11/2019 | 3:10 PM | Default Call | Memo | Custom | Sheila Ben-Scudder | I will overnight a check on Friday that will bring the account current. I apologize for late reply.  Just now seeing this message. |
| Ward- (t0023576) | 06/23/2019 | 2:59 PM | Collections | Memo | Custom | Sheila Ben-Scudder | EMAILED A COPY OF CERTIFIED CHECK, EMAILED SARA TO SEE IF SHE HAS IT.<br><br>I forgot to take a picture of the actual check before I sent it. But I was able to get a copy from my account. This check is on the way to u. I overnighted it Saturday. This includes past due and July rent. |
| Ward- (t0023576) | 06/25/2019 | 12:52 PM | | Memo | | | Subject: 229 Cliff Heights Dr<br><br>Please close, resident paid in full.<br><br>Thank you, |
| Ward- (t0023576) | 07/08/2019 | 8:03 AM | Collections | Memo | Custom | Sarah French | resident disputed the Cashiers Check. Sent email to the branch and Janene, I have called the resident and left a voicemail, sent NSF letter |
| Ward- (t0023576) | 07/12/2019 | 8:08 AM | Default Call | Memo | Custom | Barbra Pace | bp- adv resident to send over proof of pmt gave eviction email |
| Ward- (t0023576) | 07/12/2019 | 10:35 AM | Default Call | Memo | Custom | Barbra Pace | bp- adv resident the "proof" she sent was not enough. it was a word doc with screenshots/ eviction will continue |
| Ward- (t0023576) | 07/12/2019 | 11:26 AM | Default Call | Memo | Custom | Sheila Ben-Scudder | Resident call ed for a manager and hung |
| Ward- (t0023576) | 07/12/2019 | 12:30 PM | Social W... | Memo | | | Spoke with resident and referred them to speak with the collections and evictions team about the NSF check that was sent. |

| Resident | Date | Time | Type | Status | Result | Agent | Notes |
|---|---|---|---|---|---|---|---|
| Ward- (t0023576) | 07/17/2019 | 11:09 AM | | Memo | | | Subject: 229 Cliff Heights Circle<br><br>Please close, lockout complete.<br><br>Thank you,<br>Robin Dearick |
| Ward- (t0023576) | 12/04/2019 | 8:44 AM | Collections | Memo | | | 12/4 Ronald - Sent to NCS |