Case No. 1:21-cv-02597-NYW-JPO    Document 55-19    filed 11/15/22    USDC Colorado
WARD V. NCS    pg 1 of 2
EXHIBIT 17

| Date | Who is Corresponding | Notes | IP |
|---|---|---|---|
| 1/30/2019 | dallasleasing@msrenewal.com | This is a thread where this address writes to Robbin and Cc: cdegrate@msrenewal.com, jasmith@msrenewal.com, osmith@msrenewal.com, treynolds@msrenewal.com.  Last message date for this thread is 03/05/2019 | (Neiman Marcus is ISP 192.100.72.2 each time Robbin writes back) |
| 2/13/2019 | swilcox@msrenweal.com | This is a thread, Robbin and this address write back and forth approximately 6 times | (Neiman Marcus is ISP 192.100.72.2 when Robbin writes back) |
| 2/14/2019 | swilcox@msrenewal.com | This address writes to Robbin, Robbin replies | X-Originating-IP: ::174.255.132.161, Hostname: 161.sub-174-255-132.myvzw.com, ASN: 22394, ISP: Verizon Business, Services: None detected, Assignment: Likely Static IP, Country: United States, State: Louisiana, City: Monroe |
| 2/25/2019 | residentcareteam@msrenewal.com | Robbin replies | (Neiman Marcus is ISP when Robbin writes back) 192.100.72.2 |
| 2/28/2019 | residentcareteam@msrenewal.com | A thread, they write to Robbin twice, Robbin replies once | (Neiman Marcus is ISP when Robbin writes back) 192.100.72.2 |
| 2/28/2019 | jira@amherst.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 3/4/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 3/7/2019 | msrdallas@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 3/7/2019 | dallasleasing@msrenewal.com | Robbin writes to this address | X-Originating-IP: ::192.100.72.2 - (Neiman Marcus is ISP) |
| 3/12/2019 | RESIDENTCARETEAM@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 3/21/2019 | scheduling@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 4/5/2019 | msrdallas@msrenewal.com | This is a thread where this address writes to Robbin and Cc: jperry@msrenewal.com and sben-scudder@amherst.com | *nothing to trace, no message from Robbin* |
| 4/5/2019 | dallasleasing@msrenewal.com | Robbin writes to this address 2 times in quick succession | both e-mails: X-Originating-IP: ::192.100.72.2 (Neiman Marcus is ISP) |
| 4/5/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 4/5/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 4/10/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 4/11/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 4/11/2019 | collections@msrenewal.com | This address writes to Robbin using Bcc: feature | *nothing to trace, no message from Robbin* |
| 4/18/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 5/9/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 5/16/2019 | sfrench@msrenewal.com | This is a thread starting 05/16 going through 06/06/2019 | 2 of Robbin's responses in thread Neiman Marcus is ISP 192.100.72.2.  Third: Hostname: 2605:6000:1519:ea:7164:a362:d211:6d6d, ASN: 11427, ISP: Charter Communications Inc, Assignment: Likely Static IP, Country: United States, State: Texas, City: Dallas |
| 5/17/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 5/21/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 5/22/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 5/30/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 6/4/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 6/7/2019 | sben-scudder@msrenewal.com | This is a thread that continues through 06/29/2019 with sben-scudder and others added in along the way are sfrench@msrenewal.com, collections@msrenewal.com, | 06/10/19 - Robbin is sender, I.P. is 174.255.135.190, is a Verizon Business IP out of Leander, TX.  06/24/19 - Robbin responds twice using Neiman ISP 192.100.72.2 each time. |
| 6/7/2019 | airving@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 6/21/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 6/24/2019 | collections@msrenewal.com | This is a thread spanning 06/24/19 to 06/26/19 | Originating-IP: ::192.100.72.2 (Neiman Marcus is ISP) |
| 6/24/2019 | laquenallen@gmail.com | Robbin e-mails Quen | Originating-IP: ::192.100.72.2 - (Neiman Marcus is ISP) |
| 6/26/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 7/3/2019 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |
| 7/3/2019 | residentcareteam@msrenewal.com | Resident Care Team e-mails Robbin Ward | *nothing to trace, no message from Robbin* |
| 7/10/2019 | Collections@msrenewal.com | It looks like Main Street Renewal e-mails Robbin but must have him in the Blind Carbon Copy line because his email doesn't show up in the sender / recipient portion | *nothing to trace, no message from Robbin* |
| 7/10/2019 | Collections@msrenewal.com | It looks like Main Street Renewal e-mails Robbin but must have him in the Blind Carbon Copy line because his email doesn't show up in the sender / recipient portion | *nothing to trace, no message from Robbin* |
| 7/12/2019 | robbinward61@gmail.com | Robbin writes to laquenallen@yahoo.com | Hostname: 2605:6000:1519:ea:bdfa:751a:6aa8:eb35, ASN: 11427, ISP: Charter Communications Inc, Assignment: Likely Static IP, Country: United States, State: Texas, City: Dallas |
| 7/12/2019 | Robbinward61@gmail.com | There is no recipient identified, I am not sure if this email is just a draft or what this represents. | Originating-IP: 2605:6000:1519:ea:bdfa:751a:6aa8:eb35, Hostname: 2605:6000:1519:ea:bdfa:751a:6aa8:eb35, ASN: 11427, ISP: Charter Communications Inc, Assignment: Likely Static IP, Country: United States, State: Texas, City: Dallas |
| 7/12/2019 | bpace@msrenewal.com | This is a thread, bpace@msrenewal.com e-mails Robbin, then robbinward61@gmail.com responds to bpace 4 times the same day | Each response, Robbin's Originating-IP: 2605:6000:1519:ea:bdfa:751a:6aa8:eb35 |
| 7/12/2019 | bpace@msrenewal.com | This is a thread, bpace@msrenewal.com e-mails Robbin, then robbinward61@gmail.com responds to bpace 3 times the same day. | 2 of Robbin's replies: Robbin's Originating-IP: 2605:6000:1519:ea:bdfa:751a:6aa8:eb35. (Charter, Dallas, TX) Final Reply: 2607:fb90:46ac:fbc9:4f51:b0f7:d561:34b3 (T-Mobile USA Inc. Dallas, Texas) |

| | | | |
|---|---|---|---|
| 11/19/2019 | kcwilliams@msrenewal.com | It looks like Main Street Renewal e-mails Robbin but must have him in the Blind Carbon Copy line because his email doesn't show up in the sender / recipient portion | *nothing to trace, no message from Robbin* |
| 11/19/2019 | Collections@msrenewal.com | It looks like Main Street Renewal e-mails Robbin but must have him in the Blind Carbon Copy line because his email doesn't show up in the sender / recipient portion | *nothing to trace, no message from Robbin* |
| 11/26/2019 | Collections@msrenewal.com | It looks like Main Street Renewal e-mails Robbin but must have him in the Blind Carbon Copy line because his email doesn't show up in the sender / recipient portion | *nothing to trace, no message from Robbin* |
| 11/28/2020 | robbinward61@gmail.com | Robbin e-mails laquenallen@gmail.com | Hostname: 2600:1700:dec0:5250:d018:a503:bd6c:2bf0, ASN:7018, ISP: AT&T Corp., Assignment: Likely Static IP, Country: United States, State: Washington, City:Redmond |
| 11/28/2020 | robbinward61@gmail.com | Robbin e-mails laquenallen@gmail.com | Hostname: 2600:1700:dec0:5250:d018:a503:bd6c:2bf0, ASN:7018, ISP: AT&T Corp., Assignment: Likely Static IP, Country: United States, State: Washington, City:Redmond |
| 12/18/2020 | Robbinward61@gmail.com | Robbinward61@gmail.com is the sender, laquenallen@gmail.com is the recipient | Hostname: 2600:1700:dec0:5250:c65:674e:d362:dfa9, ASN:7018, ISP: AT&T Corp., Assignment: Likely Static IP, Country: United States, State: Washington, City:Redmond |
| 3/19/2021 | noreply@msrenewal.com | This address writes to Robbin | *nothing to trace, no message from Robbin* |