# TEXAS 3-DAY NOTICE TO VACATE
## (NONPAYMENT OF RENT)

STATE OF TEXAS

COUNTY OF Dallas

TO:

Robbin Ward,   and All Other Occupants

ADDRESS:

229 Cliff Heights Circle , Dallas, TX 75232

**As outlined in Article 24.005, Texas Property Code,** you and all other occupants are hereby notified that Main Street Renewal, LLC demands possession of said property listed above, now occupied by you, within three (3) days of this notice.

**Main Street Renewal, LLC HEREBY DEMANDS** that you vacate the property within three (3) days of this notice or Main Street Renewal, LLC shall proceed against you to recover the above-listed property in accordance with the Texas Property Code.  As stated in your lease agreement, you will be responsible for any and all attorney fees and costs incurred during this process. Keys to the Property should be mailed to Main Street Renewal 2225 E. Randol Mill Road Suite 101, Arlington, TX 76011, 2148656008

Main Street Renewal, LLC

8300 N. Mopac Expressway, Suite 200

This notice was executed at the above address on 6 May 2019, at  9:48 AM  by:

☐  - Sent via Certified Mail.

☑  - Sent via First Class Mail.

☐  - Posting a true copy of this notice to the premises according to the law.

☐  - Sent via Email.

# NVM

**NESBITT, VASSAR & McCOWN, L.L.P.**
attorneys | counselors

15851 DALLAS PARKWAY, SUITE 800, ADDISON, TEXAS 75001
PHONE: 972.371.2411 FAX: 972.371.2410 WEB: WWW.NVMLAW.COM

June 4, 2019

**VIA US MAIL**
Clerk of the Court
Honorable Judge Valencia Nash
Dallas JP 1-2
107 Texas St.
Lancaster, Texas 75146

> Re:   Plaintiff's Verified Petition for Forcible Entry and Detainer; *US SFE Asset Company 3, LLC v. Robbin Ward, AND ALL OTHER OCCUPANTS,* in the Justice of the Peace, Precinct 1, Place 2, Dallas County, Texas; 229 Cliff Heights Circle, Dallas, Texas 75241 (the "Property")

Dear Clerk:

Enclosed for filing please find Plaintiff's Verified Petition for Forcible Entry and Detainer (the "Petition"). Also enclosed please find the Civil Case Information Sheet, copies of the Petition for service on the Defendant(s), and the $141.00 filing fee for filing of the Petition and obtaining service of citation on Defendants.

Please arrange for issuance of citation for each of the Defendants and forward copies of same to the Constable for service of the citation and Petition on Defendants. Please contact me at (972) 371-2411 if you have any questions or concerns. Thank you very much for your help and guidance in this matter.

Sincerely,

Patrick P. Sicotte

Enclosures



**NESBITT,
VASSAR &
McCOWN, L.L.P.**
attorneys | counselors

15851 DALLAS PARKWAY, SUITE 800, ADDISON, TEXAS 75001
PHONE: 972.371.2411 FAX: 972.371.2410 WEB: WWW.NVMLAW.COM

July 8, 2019

**Via U.S. Mail**
Clerk of the Court
Honorable Valencia Nash
Dallas JP 1-2
107 Texas St.
Lancaster, Texas 75146

Re:    Cause No. JE-1901033K; *US SFE Asset Company 3, LLC v. Robbin Ward, AND ALL OTHER OCCUPANTS,* in the Justice of the Peace, Precinct 1, Place 2, Dallas County, Texas

Dear Clerk:

On June 25, 2019, the Court entered a Final Judgment in the above-referenced eviction case (the "Judgment").

In accordance with the Judgment, I respectfully request issuance of a Writ of Possession. Enclosed please find a check in the amount of $175.00 to cover the fee for issuance of the Writ of Possession and service by the Constable. Please issue the Writ, send it to the Constable, and instruct the Constable to forward a copy of the completed Writ to me after service.

Should you have any questions or concerns, please contact me. Thank you for your attention to this matter.

Sincerely,

Patrick P. Sicotte

Enclosure