WARD V. NGS
EXHIBIT 19

**Address:** 229 Cliff Heights Circle
**City/State/Zip:** Dallas/TX/75232
**Branch:** Dallas
**Inspector:** Melton Rice
**Phone:** 2147380819
**Email:** mrice@msrenewal.com
**Inspection Date:** 7/23/2019
**Property Id:** 692439
**Beds:** 3 **Baths:** 2.1
**Sqft:** 1,885

## Front Side of Home



Front of House

General Exterior 1

| **Front Side of Home - Overall** | **Front Side of Home - Siding/Brick** | **Front Side of Home - Screens** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |
| **Front Side of Home - Landscaping** | **Front Side of Home - Mailbox/Numbers** | **Front Side of Home - Doors** |
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |
| **Front Side of Home - Light Fixtures** | **Front Side of Home - Switches/Plugs** | **Front Side of Home - Doorbell** |
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |
| **Front Side of Home - Deck/Porch** | **Front Side of Home - Driveway** | **Front Side of Home - Other** |
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

## Back Side of Home



Fence



General Exterior 1









### Back Side of Home - Overall

**Condition:** Satisfactory

### Back Side of Home - Siding/Brick

**Condition:** Satisfactory

### Back Side of Home - Screens

**Condition:** Satisfactory

### Back Side of Home - Fence

**Condition:** Satisfactory

### Back Side of Home - Landscaping

**Condition:** Satisfactory

### Back Side of Home - Doors

**Condition:** Unsatisfactory
**Notes:**
- Remove and replace 18" of damaged/rotten door frame on both sides of back door leading to garage, and paint to match. Also, touch up paint rear entry door trim.

### Back Side of Home - Light Fixtures

**Condition:** Satisfactory

### Back Side of Home - Switches/Plugs

**Condition:** Satisfactory

### Back Side of Home - Deck/Porch

**Condition:** Satisfactory

### Back Side of Home - Other

**Condition:** Satisfactory

## Roof



Roof Overall 1



Roof Overall 2





| Roof - Overall | Roof - Chimney | Roof - Fascia |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| Roof - Gutters | Roof - Soffit/Soffit Vents | Roof - Other |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Replace six missing shingles on second story roof, and re-nail three shingles on roof above front door. |

## Global



















  

| **Global - Baseboards** | **Global - Blinds** | **Global - Carpet** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Steam clean carpet in all rooms. 5 total. |

| **Global - Cleaning** | **Global - Drywall** | **Global - Exterior Paint** |
|---|---|---|
| **Condition:** Unsatisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Global - Fence** | **Global - Foundation** | **Global - Interior Paint** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Throughout house: Fill all holes and cracks, and touch up paint ceiling and walls where needed. |

| **Global - Landscaping** | **Global - Light Bulbs** | **Global - Plumbing** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Global - Required Permits** | **Global - Smoke Detector** | **Global - Switch Plates** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Global - Switches/Plugs** | **Global - Tile** | **Global - Trash/Debris** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory<br>**Notes:**<br>• Remove all trash and debris from front and backyard. |

| **Global - Windows** | **Global - Wiring** | **Global - Other** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

**Utility and Occupancy Check**



Meter



Meter

| **Utility and Occupancy Check - Power Check** | **Utility and Occupancy Check - Water Check** | **Utility and Occupancy Check - Gas Check** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Utility and Occupancy Check - Occupancy** | **Utility and Occupancy Check - Water (meter picture required)** | **Utility and Occupancy Check - Electric (meter picture required)** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

# HVAC



Condenser



Furnace

## HVAC - Overall

**Condition:** Satisfactory

## HVAC - Air Handler/Furnace

**Condition:** Satisfactory

## HVAC - Condenser

**Condition:** Satisfactory

## HVAC - Ducts

**Condition:** Satisfactory

## HVAC - Heat Pump

**Condition:** Satisfactory

## HVAC - Thermostat

**Condition:** Satisfactory

## HVAC - Other

**Condition:** Satisfactory

**Interior Entry**



Overall









| **Interior Entry - Overall** | **Interior Entry - Doors** | **Interior Entry - Walls** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Paint south wall of entryway. |

| **Interior Entry - Flooring** | **Interior Entry - Ceiling** | **Interior Entry - Light Fixtures** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Interior Entry - Interior Windows/Blinds** | **Interior Entry - Switches/Plugs/Smoke Detectors** | **Interior Entry - Other** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

**Living Room**













### Living Room - Overall

**Condition:** Satisfactory

### Living Room - Doors

**Condition:** Satisfactory

### Living Room - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint east wall from back door to front door, going up 9' at entryway.

### Living Room - Flooring

**Condition:** Satisfactory

### Living Room - Ceiling

**Condition:** Unsatisfactory
**Notes:**
- In living room: Paint 84 sq.ft. of ceiling in southeast corner above back door to match rest of ceiling color.

### Living Room - Light Fixtures

**Condition:** Satisfactory

### Living Room - Interior Windows/Blinds

**Condition:** Satisfactory

### Living Room - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Living Room - Fireplace/Mantel

**Condition:** Satisfactory

### Living Room - Other

**Condition:** Satisfactory

## Kitchen



Overall



Flooring



Appliances







 

| **Kitchen - Overall** | **Kitchen - Doors** | **Kitchen - Walls** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Kitchen - Flooring** | **Kitchen - Ceiling** | **Kitchen - Light Fixtures** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Kitchen - Interior Windows/Blinds** | **Kitchen - Switches/Plugs/Smoke Detectors** | **Kitchen - Refrigerator** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Install stainless steel refrigerator in kitchen. (Refrigerator is missing. No break in.) |

| **Kitchen - Stove** | **Kitchen - Microwave/Hood** | **Kitchen - Dishwasher** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Kitchen - Garbage Disposal** | **Kitchen - Sink** | **Kitchen - Faucet** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Kitchen - Countertops** | **Kitchen - Cabinets** | **Kitchen - Hardware** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Reinstall two cabinet drawer slides in kitchen. | **Condition:** Satisfactory |

| **Kitchen - Pantry** | **Kitchen - Other** | |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | |

**Master Bedroom**



Overall

### Master Bedroom - Overall

**Condition:** Satisfactory

### Master Bedroom - Doors

**Condition:** Satisfactory

### Master Bedroom - Walls

**Condition:** Satisfactory

### Master Bedroom - Flooring

**Condition:** Satisfactory

### Master Bedroom - Ceiling

**Condition:** Satisfactory

### Master Bedroom - Light Fixtures

**Condition:** Satisfactory

### Master Bedroom - Interior Windows/Blinds

**Condition:** Satisfactory

### Master Bedroom - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Master Bedroom - Other

**Condition:** Satisfactory

**Bedroom-1**

  

  

### Bedroom-1 - Overall

**Condition:** Satisfactory

### Bedroom-1 - Doors

**Condition:** Satisfactory

### Bedroom-1 - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint all walls in bedroom #1.

### Bedroom-1 - Flooring

**Condition:** Satisfactory

### Bedroom-1 - Ceiling

**Condition:** Satisfactory

### Bedroom-1 - Light Fixtures

**Condition:** Satisfactory

### Bedroom-1 - Interior Windows/Blinds

**Condition:** Satisfactory

### Bedroom-1 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Bedroom-1 - Other

**Condition:** Satisfactory

**Bedroom-2**













### Bedroom-2 - Overall

**Condition:** Satisfactory

### Bedroom-2 - Doors

**Condition:** Satisfactory

### Bedroom-2 - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint north wall in bedroom #2.

### Bedroom-2 - Flooring

**Condition:** Satisfactory

### Bedroom-2 - Ceiling

**Condition:** Satisfactory

### Bedroom-2 - Light Fixtures

**Condition:** Satisfactory

### Bedroom-2 - Interior Windows/Blinds

**Condition:** Satisfactory

### Bedroom-2 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Bedroom-2 - Other

**Condition:** Satisfactory

**Master Bathroom**



Overall



Flooring











| Master Bathroom - Overall | Master Bathroom - Doors | Master Bathroom - Walls |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

## Master Bathroom - Flooring

**Condition:** Satisfactory

## Master Bathroom - Ceiling

**Condition:** Satisfactory

## Master Bathroom - Light Fixtures

**Condition:** Satisfactory

## Master Bathroom - Interior Windows/Blinds

**Condition:** Satisfactory

## Master Bathroom - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

## Master Bathroom - Bathtub/Shower/Surround

**Condition:** Satisfactory

## Master Bathroom - Faucet

**Condition:** Satisfactory

## Master Bathroom - Plumbing Fixtures

**Condition:** Satisfactory

## Master Bathroom - Vanity

**Condition:** Unsatisfactory
**Notes:**
- Reattach drawer slide in master bathroom.

## Master Bathroom - Vanity Top

**Condition:** Unsatisfactory
**Notes:**
- Resurface vanity top in master bathroom.

## Master Bathroom - Mirrors

**Condition:** Satisfactory

## Master Bathroom - Sink

**Condition:** Satisfactory

## Master Bathroom - Toilet

**Condition:** Satisfactory

## Master Bathroom - Hardware

**Condition:** Satisfactory

## Master Bathroom - Other

**Condition:** Satisfactory

**Bathroom-1**



Overall



Flooring

### Bathroom-1 - Overall

**Condition:** Satisfactory

### Bathroom-1 - Doors

**Condition:** Satisfactory

### Bathroom-1 - Walls

**Condition:** Satisfactory

### Bathroom-1 - Flooring

**Condition:** Satisfactory

### Bathroom-1 - Ceiling

**Condition:** Satisfactory

### Bathroom-1 - Light Fixtures

**Condition:** Satisfactory

### Bathroom-1 - Interior Windows/Blinds

**Condition:** Satisfactory

### Bathroom-1 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Bathroom-1 - Bathtub/Shower/Surround

**Condition:** Satisfactory

### Bathroom-1 - Faucet

**Condition:** Satisfactory

### Bathroom-1 - Plumbing Fixtures

**Condition:** Satisfactory

### Bathroom-1 - Vanity

**Condition:** Satisfactory

### Bathroom-1 - Vanity Top

**Condition:** Satisfactory

### Bathroom-1 - Mirrors

**Condition:** Satisfactory

### Bathroom-1 - Sink

**Condition:** Satisfactory

### Bathroom-1 - Toilet

**Condition:** Satisfactory

### Bathroom-1 - Hardware

**Condition:** Satisfactory

### Bathroom-1 - Other

**Condition:** Satisfactory

**Bathroom-2**



Overall



Flooring

### Bathroom-2 - Overall

**Condition:** Satisfactory

### Bathroom-2 - Doors

**Condition:** Satisfactory

### Bathroom-2 - Walls

**Condition:** Satisfactory

### Bathroom-2 - Flooring

**Condition:** Satisfactory

### Bathroom-2 - Ceiling

**Condition:** Satisfactory

### Bathroom-2 - Light Fixtures

**Condition:** Satisfactory

### Bathroom-2 - Interior Windows/Blinds

**Condition:** Satisfactory

### Bathroom-2 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Bathroom-2 - Bathtub/Shower/Surround

**Condition:** Satisfactory

### Bathroom-2 - Faucet

**Condition:** Satisfactory

### Bathroom-2 - Plumbing Fixtures

**Condition:** Satisfactory

### Bathroom-2 - Vanity

**Condition:** Satisfactory

### Bathroom-2 - Vanity Top

**Condition:** Satisfactory

### Bathroom-2 - Mirrors

**Condition:** Satisfactory

### Bathroom-2 - Sink

**Condition:** Satisfactory

### Bathroom-2 - Toilet

**Condition:** Satisfactory

### Bathroom-2 - Hardware

**Condition:** Satisfactory

### Bathroom-2 - Other

**Condition:** Satisfactory


Overall


Flooring







## Stairs - Overall

**Condition:** Satisfactory

## Stairs - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint north wall at top of first stair landing.

## Stairs - Rails/Banister

**Condition:** Satisfactory

## Stairs - Flooring

**Condition:** Satisfactory

## Stairs - Ceiling

**Condition:** Satisfactory

## Stairs - Light Fixtures

**Condition:** Satisfactory

## Stairs - Interior Windows/Blinds

**Condition:** Satisfactory

## Stairs - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

## Stairs - Other

**Condition:** Satisfactory

**Hallway 1**



Overall

**Hallway 1 - Overall**

Condition: Satisfactory

**Hallway 1 - Doors**

Condition: Satisfactory

**Hallway 1 - Walls**

Condition: Satisfactory

**Hallway 1 - Flooring**

Condition: Satisfactory

**Hallway 1 - Ceiling**

Condition: Satisfactory

**Hallway 1 - Light Fixtures**

Condition: Satisfactory

**Hallway 1 - Interior Windows/Blinds**

Condition: Satisfactory

**Hallway 1 - Switches/Plugs/Smoke Detectors**

Condition: Satisfactory

**Hallway 1 - Other**

Condition: Satisfactory

**Hallway 2**



Overall

**Hallway 2 - Overall**

**Condition:** Satisfactory

**Hallway 2 - Doors**

**Condition:** Satisfactory

**Hallway 2 - Walls**

**Condition:** Satisfactory

**Hallway 2 - Flooring**

**Condition:** Satisfactory

**Hallway 2 - Ceiling**

**Condition:** Satisfactory

**Hallway 2 - Light Fixtures**

**Condition:** Satisfactory

**Hallway 2 - Interior Windows/Blinds**

**Condition:** Satisfactory

**Hallway 2 - Switches/Plugs/Smoke Detectors**

**Condition:** Satisfactory

**Hallway 2 - Other**

**Condition:** Satisfactory

**Attic**



Overall

### Attic - Overall

**Condition:** Satisfactory

### Attic - Access/Ladder

**Condition:** Satisfactory

### Attic - Insulation

**Condition:** Satisfactory

### Attic - Light Fixtures

**Condition:** Satisfactory

### Attic - Trash/Debris

**Condition:** Satisfactory

### Attic - Other

**Condition:** Satisfactory

**Laundry Room**



Overall

| Laundry Room - Overall | Laundry Room - Doors | Laundry Room - Walls |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| Laundry Room - Flooring | Laundry Room - Ceiling | Laundry Room - Light Fixtures |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| Laundry Room - Interior Windows/Blinds | Laundry Room - Switches/Plugs/Smoke Detectors | Laundry Room - Water Connection |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| Laundry Room - Other |
|---|
| **Condition:** Satisfactory |

**Garage**



Overall





  

  

 

### Garage - Overall

**Condition:** Satisfactory

### Garage - Doors

**Condition:** Unsatisfactory
**Notes:**
- On door between entryway and garage: Reattach threshold. Adjust door to close gap at top.

### Garage - Walls

**Condition:** Satisfactory

**Garage - Flooring**

Condition: Satisfactory

**Garage - Ceiling**

Condition: Satisfactory

**Garage - Light Fixtures**

Condition: Satisfactory

**Garage - Switches/Plugs**

Condition: Satisfactory

**Garage - Garage Door**

Condition: Satisfactory

**Garage - Garage Opener**

Condition: Satisfactory

**Garage - Shelving**

Condition: Satisfactory

**Garage - Other**

Condition: Satisfactory
**Notes:**
- Pressure wash garage floor only, to remove battery acid, oil, and strong pet odor.

## Undefined Location

**Undefined Location - Septic**

Condition: Satisfactory

**Undefined Location - Water Heater**

Condition: Satisfactory

**Undefined Location - Water Softener**

Condition: Satisfactory

**Undefined Location - Well**

Condition: Satisfactory

**Undefined Location - Sump Pump**

Condition: Satisfactory

## Remediation

**Remediation - Asbestos**

Condition: Satisfactory

**Remediation - Lead**

Condition: Satisfactory

**Remediation - Mold**

Condition: Satisfactory

**Remediation - Pests**

Condition: Satisfactory