THE STATE OF TEXAS            )

                          )    **AFFIDAVIT FOR ARREST WARRANT OR CAPIAS**

COUNTY OF DALLAS            )


BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is **B. MORALEZ #843**, and I am a peace officer of the City of Irving, Dallas County, Texas.

I have good reason to believe and do believe that on or about the **09th** day of **January, 2014**, one **ALLEN-GREEN,LAQUENCILLA**, did then and there in the City of Irving, Dallas County, Texas commit the offense of **FAIL TO IDENTIFY FUGITIVE GIVE FALSE INFO**, a violation of section **38.02(d)(2)**, Texas **PENAL CODE**, a **CLASS 'A' MISDEMEANOR**.

My belief is based upon the following facts and information:

**PALMS,KEVIN #725**, Officer, Irving Police Department, who participated in the investigation of the alleged offense, furnished to me, the Affiant, on **01-23-14**, the following information:

**On January 9, 2014 at approximately 12:55 PM the defendant, Laquencilla Allen-Green, B/F/7-8-85, was stopped for disregard traffic control device-no U turn. This occurred N/B MacArthur Boulevard @ Ranchview Drive, Irving, Dallas County, TX 75063. The defendant said she did not have her license with her and identified herself as Quen Green B/F/7-8-84. The defendant was run on NCIC and there was no TX DL located. The affiant, Officer K. Palms #725, contacted the defendant again and verified the spelling of her name and DOB. The affiant asked the defendant if Quen was short for anything and she said no. The affiant was asked if she had a maiden name and she advised her DL was under the name of Green, but later said her maiden name was Allen. The affiant ran the name Quen Allen with a DOB of 7-8-84 and received numerous warrant hits on the name Laquencilla Allen-Green B/F/7-8-85. The defendant was confronted with the information, which did contain her TX ID number and social security number on one of the hits. The defendant admitted that the person was her and her DOB was 7-8-85. The defendant had warrants confirmed out of Fort Worth PD, Farmers Branch PD, Plano PD, and Collin County SO. One of the defendant's warrants was a felony. The defendant was arrested and taken to jail and also charged with fail to ID fugitive-false information.**

Booking Number:        1400258
Report Number:        140000639 - ORIG

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 505

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or capias be issued for the above accused individual(s) in accordance with the law.

AFFIANT

SWORN TO BEFORE ME on the **23rd** day of **January**, **2014**.

Magistrate / Notary Public / Peace Officer pursuant to 602.002 Texas Government Code
**(Cross out inapplicable authorities)**

MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the **23rd** day of **January**, **2014**, the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of a capias for the individual(s) accused therein and hereby orders the Clerk of the Court of proper jurisdiction to issue a capias for the arrest of said individual(s).

MAGISTRATE, IN AND FOR
DALLAS COUNTY, TEXAS

Booking Number:    1400258
Report Number:     140000639 -- ORIG

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 506

 

**M1432990    ALLEN-GREEN,LAQUENCILLA**



TRS#_____A001_____

# WARRANT OF ARREST
# DALLAS COUNTY, TEXAS

☐ **FELONY**        ☒ **MISDEMEANOR**

BOND AMOUNT: $_____

COURT NO.:  **IRVING MUNICIPAL COURT**                    **DME** ○

The State of Texas VS: **ALLEN-GREEN, LAQUENCILLA**
                 (AKA: )
Arrest Status:   **BOND**
Race: B  Sex: F      DOB: 07-08-85        Ht: 5'02"  Wt: 120  Hair: BLK  Eyes: BRO
Driver's License / State ID Card:        **TX ID #26594931**
Residence: **4500 PEAR RIDGE DR 713, DALLAS, TX  75287**

Date of Offense: 01-09-2014        Date Complaint Filed: _____
Warrant of Arrest Issued To: **IRVING POLICE DEPARTMENT**

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE
STATE OF TEXAS -- GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of: **ALLEN-GREEN,LAQUENCILLA**
hereinafter called the accused, and **HER** safely keep so that **SHE** may be dealt with according to law, and to
hold accused to answer to the State of Texas for an offense against the laws of the said State, namely: **FAIL
TO IDENTIFY FUGITIVE GIVE FALSE INFO, PC 38.02(d)(2)** of which **CLASS 'A' MISDEMEANOR** offense
**SHE** is accused by written complaint, made under oath that has been presented to me and that is by this
reference incorporated herein for all purposes.

WITNESS MY SIGNATURE THIS **23rd** DAY OF **January**, **2014**

_____
MAGISTRATE
Municipal Court
City of Irving, Texas

........................................................................................................

**FEES**

ARREST.......... ...............$
COMMITMENT.............. ....$
RELEASE....... ................$
APPROVE BOND..............$
MILEAGE.....................$
OTHER.... ....................$
**TOTAL** ...........................$

**RETURN**

CAME TO HAND THE _____ day of _____, A.D. 20____, and executed the _____ day of
_____, A.D. 20____, by arresting and detaining above named and accused and

_____
_____

Booking Number:      1400258             BY:_____
Report Number:       140000639 - ORIG

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 507

Mil

**DEFENDANT** Allen-Green, Laquencilla    BF    07081985    **CHARGE** FAIL ID/FALSE INFORMATION

**AKA:**

**Address**    4500 Pear Ridge Dr 713, Dallas, Tx    **LOCATION** BOND

**FILING AGENCY** TX0571500    **DATE FILED** March 04, 2014    **COURT** 6

**COMPLAINANT** Palms, K    MA1432990 G    VT#:

**C/C**

**SERVICE NO.** 140000639    **ARREST NO.** 1400258    **I. D. NO.**

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court _____ 6 _____ of Dallas County, State aforesaid, that one

**Allen-Green, Laquencilla**

hereinafter styled Defendant, heretofore, on or about the    9 th    day of January A.D., 2014

in the County of Dallas and State of Texas, did unlawfully

then and there intentionally give a false and fictitious name, residence address, and date of birth to K. PALMS, whom defendant knew was a peace officer for the City of IRVING, County of Dallas, State of Texas, who had lawfully arrested said defendant and lawfully detained said defendant, and the said defendant was then a fugitive from justice, to-wit: Warrant No. 11F002109 for POSSESSION OF IDENTIFYING INFORMATION, at the time of the offense,

against the peace and dignity of the state.

_____
Criminal District Attorney of Dallas County, Texas

BLUE

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 508

MH

**DEFENDANT** Allen-Green, Laquencilla      BF      07081985   **CHARGE** FAIL. ID/FALSE
                                                                          INFORMATION

**AKA:**

**ADDRESS**      4500 Pear Ridge Dr 713, Dallas, Tx_____   **LOCATION** BOND_____

**FILING AGENC**  TX0571500   **DATE FILED** March 04, 2014   _____ **COURT** __ _6_ _____

**COMPLAINANT**  Palms, K   _____   MA1432990 (_7_   VT#: _____

**C/C**   _____   _____

**SERVICE NO.** 140000639 _____ **ARREST NO.** 1400258 _____   **I. D. NO.** _____

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me

duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

**Allen-Green, Laquencilla**

hereinafter styled Defendant, heretofore, on or about the      9 th    day of January A.D., 2014

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally give a false and fictitious name, residence address, and date of birth to
K. PALMS, whom defendant knew was a peace officer for the City of IRVING, County of Dallas,
State of Texas, who had lawfully arrested said defendant and lawfully detained said defendant, and
the said defendant was then a fugitive from justice, to-wit: Warrant No. 11F002109 for
POSSESSION OF IDENTIFYING INFORMATION, at the time of the offense,**

Against the peace and dignity of the state.

Sworn to and subscribed before me this the
____7__ day of _____A.D., 20 _14_

_____
Assistant Criminal District Attorney of
Dallas County, Texas

}

_____
                                           Affiant.

PINK

Received:

9727213616        Irving PD Jail

Fax:                    Jan 10 2014 01:04am  P002/004

BAIL BOND
THE STATE OF TEXAS COUNTY OF DALLAS

No 16527

**FILED**
JOHN F. WARREN, COUNTY CLERK

MAR 2 0 2014

VS.

Irving _____ Laquencilla Allen-Green
**Cowboy  Bail  Bonds**

COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS

MISD: _____    RACE: B    SEX: F    DOB: 7/8/85

BY _____ DEPUTY

FELONY: _____

JUDGE  :

DATE  : 1-9-14

BNO  # 1400258

CASE  # M1432990-5

KNOW ALL MEN BY THESE PRESENTS: THAT WE, Laquencilla Allen Green _____, AS PRINCIPAL, AND UNDERSIGNED **BANKERS INSURANCE COMPANY**, AS SURETY, ARE HELD FIRMLY BOUND UNTO THE STATE OF TEXAS IN THE PENAL SUM OF FIVE HUNDRED DOLLARS ($ 500.00 ) AND IN ADDITION THERETO, WE ARE BOUND FOR THE PAYMENT OF ALL FEES AND EXPENSES THAT MAY BE INCURRED BY ANY PEACE OFFICER IN RE-ARRESTING THE SAID PRINCIPAL IN THE EVENT ANY OF THE STATED CONDITIONS OF THIS BOND ARE VIOLATED FOR THE PAYMENT OF WHICH SUM OR SUMS WILL AND TRULY TO BE MADE, WE DO BIND OURSELVES, AND EACH OF US, OUR HEIRS, EXECUTORS AND ADMINISTRATORS, JOINTLY AND SEVERALLY. THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH FTID FUG _____ AND TO SECURE HIS RELEASE FROM CUSTODY IS ENTERING INTO THIS OBLIGATION BINDING HIM TO MAKE A PERSONAL APPEARANCE (INSTANTER) BEFORE COURT TO WHICH THE SAME MAY BE TRANSFERRED AND BASED ON SAID CHARGE. HABEAS CORPUS WITH WRIT-THAT IS SAID PRINCIPAL SHALL WELL AND TRULY APPEAR IN THE _____ COURT OF DALLAS, TEXAS, ____ AM., ON THE ____ DAY OF _____instanter___, A.D. 20__ IN THE COURTROOM OF SAID COURT, IN THE COURTHOUSE IN THE CITY OF Dallas, Dallas County, TEXAS PURSUANT TO THE ORDER OF THE JUDGE THIS DAY MADE, GRANTING A WRIT OF HABEAS CORPUS ON APPLICATION OF SAID PRINCIPAL, IT HAVING BEEN CALLED TO HIS ATTENTION THAT SAID PRINCIPAL IS RESTRAINED OF HIS LIBERTY BY A PEACE OFFICER OF DALLAS COUNTY, TEXAS, UNDER ACCUSATION OF SAID CHARGE AGAINST THE LAWS OF THE STATE OF TEXAS, SAID WRIT BEING DEPART THERE FROM WITHOUT LEAVE OF SAID COURT, PENDING EXAMINATION OF AND HEARING OF SAID WRIT, IN ORDER TO ABIDE FINAL DETERMINATION THEREOF BY SAID COURT.

I, **BANKERS INSURANCE COMPANY, SURETY**, DO SWEAR THAT I AM WORTH AT LEAST THE SUM OF $ 1,000.00 DOLLARS, AFTER DEDUCTING FROM MY PROPERTY ALL THAT WHICH IS EXEMPT BY THE CONSTITUTION AND LAWS OF THE STATE FROM FORCED SALE, AND AFTER PAYMENT OF ALL MY DEBTS, WHETHER INDIVIDUAL OR SECURITY DEBTS, AND AFTER SATISFYING ALL ENCUMBRANCES UPON MY PROPERTY WHICH ARE KNOWN TO ME, AND THAT I RESIDE IN ROCKWALL COUNTY AND HAVE PROPERTY IN THIS STATE LIABLE TO EXECUTION WORTH SAID AMOUNT, OR MORE, AND THAT I PERSONALLY SIGNED MY NAME AS EXECUTING AGENT FOR SURETY TO THIS BOND. I FURTHER SWEAR THAT TO THE BEST OF MY KNOWLEDGE THERE ARE NO OUTSTANDING JUDGEMENTS IN DALLAS COUNTY, TEXAS, OR ELSEWHERE AGAINST THE AFFIANT AND THAT THE AFFIANT MAKES THIS STATEMENT FOR THE EXPRESS PURPOSE OF INDUCING THE APPROVAL AND ACCEPTANCE OF SAID BOND WITH BANKERS AS A SURETY THEREON, WELL KNOWING, BELIEVING AND INTENDING THAT THE MAKING OF THIS STATEMENT WILL INDUCE THE OFFICIAL CHARGED WITH THE DUTY OF ACCEPTING AND APPROVING SAID BOND TO ACCEPT AND APPROVE THE SAME, AND THAT ALL STATEMENTS HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE, SO HELP ME GOD.

PRINCIPAL

ADDRESS 2300 Katherin Ln.

CITY Plano    ST TX    ZIP 75025

PHONE 469 5318101

JAILER WILLIS C1980    IRVINGPD    AGENCY

TAKEN AND APPROVED BY ME THIS 9
DAY OF JAN _____, 20 14

LUPE VALDEZ SHERIFF, DALLAS COUNTY
BY: _____ DEPUTY

**BANKERS INSURANCE COMPANY,  SURETY,**

**BUCKLEY CHAPPELL, Agent, DBA Cowboy Bail Bonds.**
AFFIANT – SURETY

ADDRESS  314 S. Riverfront Blvd.

CITY  Dallas    ST  Texas    ZIP 75207
PHONE  214-741-7600

SWORN TO AND SUBSCRIBED BEFORE ME, ON THIS THE 9th DAY OF January _____, 20 14.

NOTARY PUBLIC IN AND FOR DALLAS CO, TX

**BONDSMAN  ACCOUNT #  1088 12450**

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 510

COUNTY CRIMINAL COURT # 6

133 North Riverfront Blvd.
Dallas, Texas 75207
(214) 653-_____

CAUSE NO. M _1432990_

TODAY'S DATE
_4, 29, 15_

STATE OF TEXAS VS.

_Laquencilla-Allen Loreen_
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:
    On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: _6, 4, 15_        TIME: _9: 00 AM_

❏ Announcement (Defense has received a recommendation from the State)
❏ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
❏ Announcement: _____ need to file SR-22 _____ filed and awaiting clearance letter
☑ Plea of Guilty (Agreed)
❏ Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
❏ Revocation Hearing (Agreed)    Signature of Court PO _____
❏ Probation Violations        Signature of Court PO _____
❏ Contested Revocation Hearing  Signature of Court PO _____
❏ Jury Trial
❏ Trial Before the Court
❏ Motion to Suppress
❏ Motion to Quash
❏ Pre-Trial Hearing, please specify _____
❏ Dismissal: Reason _____ DA initial _____
❏ Restitution on checks
❏ Felony pending - felon cause no._____
❏ Arraignment (**Defendant must be present**)
❏ Other, specify _____ _Class C Plea_

_Mark Robinius_
Counsel for Defense or Pro Se

_____
Please print name of Counsel
❏ Defendant in court

Phone (_972_) _487-3785_

Bar # _24025865_

Recommendation by State or
Probation officer:

_____

_____

_____

| ❏ | Defendant to Hire Attorney |
|---|---|
| | |
| | **Defendant** |

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY
Cause No. _____ M-1432990 M-1432990

TP3

THE STATE OF TEXAS                                                IN THE COUNTY CRIMINAL COURT

VS.

Laquandilla Allen Green

2015 JUL 13 PM 3: 21

BY _____ DEPUTY

CO. CRIMINAL COURT NO. 6
DALLAS COUNTY, TEXAS

6 _____ OF

DALLAS COUNTY, TEXAS

## COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL
## RIGHTS AND DEFENDANT'S ACKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitution of the State of Texas and the United States of America:

1) You are charged with the offense of _____ Fail ID _____
   and the maximum range of punishment is: a fine not to exceed $500/$2000/$4000, confinement in jail for a term not to exceed 180 days/one year; or both such fine and imprisonment.

2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.

3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion of admission to this country, or a denial of naturalization under Federal law.

4) If you have a court-appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.

5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

## PLEA RECOMMENDATION

[ ] _____ days in jail

[✓] $ 100 _____ fine plus cost of court

[ ] Jail term probated for _____ months

[ ] Deferred adjudication for _____ months

[ ] Restitution in the amount of $_____

to: _____

[✓] Other: reduce to class C

_____

## PLEA OF GUILTY/NOLO CONTENDERE

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, and the right to present witnesses on defendant's behalf and submits this case to the Judge on all issues of law and fact. The Defendant waives the right to the record of this proceeding.

I understand that under Federal Law, if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant request that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understand and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

_____
Defendant

_____ 24082753
Attorney for Defendant & Bar Card Number

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation.

_____ 24077368
Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this _____ day of _____, 20_____. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____ L
_____ Judge

**Form M-90 Revised 11-19-2007**

OVER

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 512

## ORDER APPOINTING ATTORNEY AND TEN DAY WAIVER

The Judge having determined that the Defendant is indigent and not represented by counsel or that the interests of justice require representation of the Defendant by counsel, hereby order the appointment of

_____
(Please Print)
A licensed attorney practicing in the State of Texas, to represent the Defendant in this cause.

The Defendant in the above styled and numbered cause and Defendant's Court Appointed Attorney hereby waive the statutorily provided ten days in which to prepare for trial and agree that this cause may be tried this date or any date thereafter.

_____          _____
Defendant (in person, open court)          Attorney for Defendant & Bar Card Number

Signed and entered this _____ day of _____, 20_____.

_____
Judge

## APPLICATION FOR COMMUNITY SUPERVISION

To the Honorable Judge of said Court:

Comes now the Defendant in the above styled and numbered cause and, before the trial begins, moves this Honorable Court to grant community supervision of any sentence imposed in this cause. In support of said application, the Defendant would show the Court the following:

The ends of justice and best interests of society and the Defendant will be served by suspending the imposition of the sentence and placing the Defendant on community supervision.

The Defendant further requests that no community supervision report be prepared in this case. If a community supervision report is requested, the defendant authorizes the Judge to inspect the report.

### DWI Community Supervision Only

1.  I [   ] have or [   ] have not successfully completed an approved DWI Education Program.
2.  I [   ] am or [   ] am not currently under a court order to attend a DWI Educational Program.

THE STATE OF TEXAS
COUNTY OF DALLAS

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared the Defendant in the above styled and numbered cause, who being by me duly sworn, deposes and says under oath that every claim in the foregoing petition and application for community supervision and in the "Defendant's Personal Data Sheet", if any, attached to this application, is true and correct, and that defendant understands and acknowledges that any untrue statement in said application, or in said attachment, may be grounds for denial or revocation of any community supervision in said cause.

_____
Defendant

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ day of _____, 20_____.

_____
Deputy County Clerk, Dallas County, Texas

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 513

Cause No. _____ 990    M-1432990

THE STATE OF TEXAS    IN THE COUNTY CRIMINAL COURT

VS.    2015 JUL 13 PM 3:21    _____6_____ OF

Laquandilla Allen Green CO. CRIMINAL COURT NO. 6    DALLAS COUNTY, TEXAS
DALLAS COUNTY, TEXAS

## COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL
## RIGHTS AND DEFENDANT'S ACKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitution of the State of Texas and the United States of America:

1) You are charged with the offense of ___Fail ID_____ and the maximum range of punishment is: a fine not to exceed $500/$2000/$4000, confinement in jail for a term not to exceed 180 days/one year; or both such fine and imprisonment.

2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.

3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion of admission to this country, or a denial of naturalization under Federal law.

4) If you have a court-appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.

5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

### PLEA RECOMMENDATION

[ ] _____ days in jail    [ ] Restitution in the amount of $_____

[✓] $ 100 ____ fine plus cost of court    to: _____

[ ] Jail term probated for _____ months    [✓] Other: reduce to class C

[ ] Deferred adjudication for _____ months    _____

### PLEA OF GUILTY/NOLO CONTENDERE

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, and the right to present witnesses on defendant's behalf and submits this case to the Judge on all issues of law and fact. The Defendant waives the right to the record of this proceeding.

I understand that under Federal Law, if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant request that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understand and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

_____    The State hereby consents to and approves the
Defendant    Defendant's waiver of jury and agrees to the above plea
    recommendation.

_____ 24082753    _____ 24077368
Attorney for Defendant & Bar Card Number    Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this _____ day of _____, 20_____. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____
Judge    OVER

**Form M-90 Revised 11-19-2007**

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 514

## ORDER APPOINTING ATTORNEY AND TEN DAY WAIVER

The Judge having determined that the Defendant is indigent and not represented by counsel or that the interests of justice require representation of the Defendant by counsel, hereby order the appointment of

_____

(Please Print)

A licensed attorney practicing in the State of Texas, to represent the Defendant in this cause.

The Defendant in the above styled and numbered cause and Defendant's Court Appointed Attorney hereby waive the statutorily provided ten days in which to prepare for trial and agree that this cause may be tried this date or any date thereafter.

_____          _____
Defendant (in person, open court)            Attorney for Defendant & Bar Card Number

Signed and entered this _____ day of _____, 20_____.

_____
Judge

## APPLICATION FOR COMMUNITY SUPERVISION

To the Honorable Judge of said Court:

Comes now the Defendant in the above styled and numbered cause and, before the trial begins, moves this Honorable Court to grant community supervision of any sentence imposed in this cause. In support of said application, the Defendant would show the Court the following:

The ends of justice and best interests of society and the Defendant will be served by suspending the imposition of the sentence and placing the Defendant on community supervision.

The Defendant further requests that no community supervision report be prepared in this case. If a community supervision report is requested, the defendant authorizes the Judge to inspect the report.

### DWI Community Supervision Only

1.  I [   ] have or [   ] have not successfully completed an approved DWI Education Program.
2.  I  [   ] am or [   ] am not currently under a court order to attend a DWI Educational Program.

THE STATE OF TEXAS
COUNTY OF DALLAS

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared the Defendant in the above styled and numbered cause, who being by me duly sworn, deposes and says under oath that every claim in the foregoing petition and application for community supervision and in the "Defendant's Personal Data Sheet", if any, attached to this application, is true and correct, and that defendant understands and acknowledges that any untrue statement in said application, or in said attachment, may be grounds for denial or revocation of any community supervision in said cause.

_____
Defendant

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ day of _____, 20_____.

_____
Deputy County Clerk, Dallas County, Texas

PAYMENT INFORMATION SHEET
COUNTY CRIMINAL COURT 6

DATE 07/13/15
TIME 10:57 A.M.

ASSESS NO. 001

CASE NO M-1432990    MG

DEFENDANT NAME.- ALLENGREEN LAQUENCILLA
OFFENSE DATE...- 01 09 14
OFFENSE TYPE...- FAIL ID/FALSE INFORMATION


COST AND FINE ASSESSMENT:

COST      AMT - $      224.00
FINE      AMT - $      100.00
TOTAL     AMT - $      324.00


BALANCE   AMT - $      324.00


*2ND FLOOR COLLECTIONS
  A $2.00 TRANSACTION FEE WILL BE ADDED FOR EACH PAYMENT MADE.




JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS




NO PERSONAL CHECKS - CASH, MONEY ORDER, OR CASHIERS CHECK ONLY
MAKE PAYABLE TO:    JOHN F. WARREN, COUNTY CLERK
MAILING ADDRESS:    FRANK CROWLEY COURTS BLDG., LEVEL TWO
                    ATTENTION:  CENTRAL CASHIER
                    133 NORTH RIVERFRONT BLVD LB43
                    DALLAS, TEXAS 75207-4313

PHONE NO.  653-2979                COLLECTIONS DEPT.

NIGHT DEPOSIT BOX AVAILABLE

*****************************************************************
*     THIS IS NOT A RECEIPT AND MUST BE TAKEN TO THE      *
*      COUNTY  CLERK CENTRAL CASHIER TO MAKE PAYMENT.     *
*****************************************************************

*** IF PAYMENT IS NOT RECEIVED ON OR BEFORE DUE DATE, ***
*** CLERK WILL ISSUE WARRANT ***

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 516

CASE NO. M-1432990

THE STATE OF TEXAS                                      IN THE COUNTY CRIMINAL COURT
VS.                                                        COUNTY CRIMINAL COURT 6
ALLENGREEN LAQUENCILLA                                       DALLAS COUNTY, TEXAS

BILL OF COSTS

| TRAN CODE | FEE DESCRIPTION | ASSESSED |
|---|---|---|
| 008 | JUDICIAL SALARY FEE | 5.40 |
| 031 | CLERK'S FEE | 40.60 |
| 032 | DISTRICT ATTY FEE | 25.00 |
| 038 | INDINGENT DEFENSE FE | 2.00 |
| 056 | CCDC TECHNOLOGY FEE | 4.00 |
| 065 | COURT HOUSE SEC FEE | 3.00 |
| 066 | RECORDS MGT & PRES | 22.50 |
| 077 | CONS STATE FEES | 40.00 |
| 096 | JUDICIAL SALARY FEE | 15.00 |
| 098 | COUNTY RECORDS MGT | 2.50 |
| 099 | JURY FEE | 4.00 |
| 035 | SHERIFF'S FEE | 60.00 |
| 061 | FINES | 100.00 |

INITIAL AMOUNT DUE:      $      324.00
AMOUNT PAID:      $        0.00
REMAINING AMOUNT DUE:      $      324.00

I, JOHN F. WARREN   , CLERK OF THE   COUNTY   CRIMINAL COURTS OF DALLAS COUNTY, TEXAS
DO HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT ITEMIZED BILL OF COSTS ON
THIS CASE. AN ADDITIONAL $2.00 TRANSACTION FEE WILL BE ASSESSED ON EACH PAYMENT
TOWARD THE FINE AND OR COURT COSTS THAT ARE ASSESSED. SEE TEXAS CODE OF CRIMINAL
PROCEDURE, ARTICLE 102.072.
A TIME PAYMENT FEE OF $25 WILL BE ASSESSED IN ACCORDANCE WITH TEXAS GOVERNMENT CODE,
SECTION 133.103 FOR ANY FINES AND OR COURT COSTS REMAINING ON OR AFTER THE 31ST DAY
FROM THE DATE OF JUDGMENT ASSESSING THE FINE AND OR COURT COST.

WITNESS MY HAND, ON THIS THE 13TH DAY OF JULY, 2015

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS

ENTERED BY BACON T
DEPUTY CLERK

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 517

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. MA1432990

**THE STATE OF TEXAS**

**VS.**

Laquanella Allen Green

IN COUNTY CRIMINAL

COURT # 6

DALLAS COUNTY, TEXAS

2015 JUL 13 PM 3:21

CO. CRIMINAL COURT NO. 6
DALLAS COUNTY, TEXAS

BY____TPB____DEPUTY

## CERTIFICATE OF THUMB PRINT

_____
**Right Thumb***

Defendant's _____ hand

This is to certify the fingerprints above are the above-named Defendant's fingerprints taken at the time of the disposition of the above styled and numbered cause.

Did in Court this __13th__ day of __July__, 20__15__.

_____
**Bailiff/Deputy Sheriff**

\* Indicate here if print other than defendant's right thumb print is placed above:

☐ **Left Thumb Print**

☐ **Left/right index finger**

☐ **other, please specify**

_____

Revised 4/2006
Form No. M-130

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 518

**Cause No. <u>MC14-32990-G</u>**

THE STATE OF TEXAS
VS.
**<u>ALLENGREEN, LAQUENCILLA</u>**

COUNTY CRIMINAL COURT # **06**
OF DALLAS COUNTY, TEXAS

July Term, A.D. 20**15**

SID **50422941**                   TRN **9213511108**                   TRS **A001**
**Probation Order & Deferral, Reduction to Class "C"**

On this the **13TH** day of **JULY**, 2015, the Defendant having been charged in the above entitled and numbered cause for the misdemeanor offense as charged in the complaint of: **FAIL ID/ FALSE INFORMATION**

This cause being called for trial, both parties announced ready for trial. No jury having been demanded, the Defendant waived arraignment and formal reading of the complaint and pled No Contest to said charge of **NO LICENSE.**

And after considering said plea and arguments of counsel, the Court is of the opinion that said matters substantiate the Defendant's guilt in this cause and defers the further proceedings without entering an adjudication of guilt and hereby places the Defendant on Community Supervision.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Judge that the imposition of sentence is hereby suspended for **3** ☐ days ☒ months from this date on the following terms and conditions, to-wit:

(1) **Commit no offense against the laws of this or any other state of the United States;**
(2) **Pay a fine of $<u>100.00</u> and all costs of Court, including any special expense, if required;**
(3) **Notify the Court of any change of address;**
(4) **Pay a total of $_____ to the victim of the offense to compensate the victim for any property damage or medical expense sustained by the victim;**
(5) **Other:**

Community supervision ends on the **13TH** day of **OCTOBER** A.D. 2015.
Signed and entered this the **13TH** day of **JULY** A.D. 2015

Judge **ANGELA KING**
County Criminal Court # **6**

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. MA1432990

2015 JUL 13 PM 3:21

CO. CRIMINAL COURT NO. 6
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

Laquencilla Allengreen

§
§
§
§
§
§
§

IN THE COUNTY

COURT NO.

DALLAS COUNTY, TEXAS

BY ___ TPB ___ DEPUTY

## DEFENDANT'S ACKNOWLEDGEMENT OF DISCOVERY RIGHTS
## UNDER ART. 39.14, TX. CODE OF CRIMINAL PROCEDURE

COMES NOW the defendant in the above-styled and numbered cause and would state as follows:

"My attorney has explained to me that I, as the defendant in a criminal case in the State of Texas, have certain rights regarding the inspection and reproduction of the evidence in the case that the state has filed against me, specifically that my attorney has the right to review and obtain copies of the offense report, witness statements, books, accounts, letters, photographs, video recordings, laboratory reports, objects or tangible items, or any designated evidence that may be material to any matter involved in the action that is in the possession of the state or any person under contract with the state. My attorney has explained to me that he/she has reviewed all available discovery items provided to him/her on before today's date 1/13/16 .

In the event that other discovery items may exist, my attorney has explained that I have the right to have him/her review those items prior to entering my plea.

I understand that the state has a continuing duty to disclose to me or to the court any document, item, or information that is exculpatory, impeaching, or mitigating, or that would tend to negate my guilt or would tend to reduce the punishment for my offense.

UNDERSTANDING THAT I HAVE THESE RIGHTS, I DO KNOWINGLY WAIVE (GIVE UP) MY RIGHT TO FURTHER DISCOVERY, EXCEPT AS PROVIDED BY LAW."

_____
Defendant

_____
Attorney for the Defendant

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 520

MOTION TO Reduce the Offense Charged

No. M14-32990

# THE STATE OF TEXAS,

| | | |
|---|---|---|
| | § | IN THE COUNTY |
| | § | |
| | § | CRIMINAL COURT NO. 6 |
| VS. | § | |
| | § | OF DALLAS COUNTY, TEXAS |
| | § | |
| ALLENGREEN, LAQUENCILLA | § | |

Now comes the District Attorney of Dallas County, Texas and asks the Court to reduce the offense for which the Defendant stands charged in the Information to the lesser and included offense of:

Class C – NO LICENSE

Respectfully submitted,

SUSAN HAWK
District Attorney
Dallas County, Texas

By _____

ORDER

The foregoing Motion having been presented to the Court, same is hereby in all things (granted)

(overruled).

Judge _____

2015 JUL 13 PM 3: 21
CO. CRIMINAL COURT NO. 6
DALLAS COUNTY, TEXAS
COUNTY CLERK
DALLAS COUNTY
BY_____ DEPUTY

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 521

JOHN F. WARREN
COUNTY CLERK
Cause No. _____ M14-32990

THE STATE OF TEXAS          2015 JUL 13  PM 3: 2  IN THE COUNTY CRIMINAL
VS.                                                            COURT NUMBER ____6____
Lequincilla Allen Green     CO. CRIMINAL COURT NO. 6
                            DALLAS COUNTY. TEXAS  DALLAS COUNTY, TEXAS

                            BY_____TPB____DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial,
and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has
the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____          ___7/13/15_____
Judge                                      Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                                  Defendant's Counsel
Mailing Address: 4615 Country Creek        State Bar No.: 24081753
Telephone #:  Dallas TX 75234              Mailing Address: 1940 Forest Ln Ste B
Fax # (if any): 214 971 2606               Garland Tx 75042
                                           Telephone #:
                                           Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 1/2012

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 522



# DALLAS COUNTY
## CRIMINAL COURTS
## COLLECTIONS DEPARTMENT



JU... ...RREN
COUNTY CLERK
DALLAS COUNTY

TPV

15 JUL 15 AM 9: 42

CO. CRIMINAL COURT NO.6
DALLAS COUNTY TEXAS

BY_____ .. DEPUTY

# EXTENSION FOR PAYMENT AGREEMENT

July 13, 2015

State of Texas, Plaintiff

vs.

Case No.
**CCC06-M1432990**
Court No.**CCC06**

**LAQUENCILLA ALLENGREEN**, defendant

**WHERE AS**, on the 13th day of July, 2015, in the above styled case and court the defendant was assessed and ordered to pay the Court the sum of $324.00 and,

**WHERE AS**, the defendant does hereby acknowledge and understand said sum is due and payable immediately to the County of Dallas County, and,

**WHERE AS**, the defendant has petitioned the Court for an extension of time for payment of said sum.

**NOW THEREFORE**, the County of Dallas County does hereby grant without waiver or modification of any previous court order or judgment, an extension of time for payment of said sum owing by the defendant.  Said agreement is subject to the following Terms and Conditions:

## Terms and Conditions

4 bi-weekly payments to complete condition.
-3 bi-weekly payment(s) of $90.00 to begin on 7/19/2015
-1 final bi-weekly payment of $87.00 due on 8/30/2015.
Estimated time payment and transaction fees included (if applicable).

Next Payment of $90.00 due on 07/19/2015.

Violation of any part of this agreement is cause for immediate cancellation and could subject the defendant to arrest.

Signed and entered on this the 13th day of July, 2015.

By: _____
Deputy

X: _____
Defendant

## ATTENTION:
It is <u>your</u> responsibility to immediately notify this department of any change of address or change of financial status.

Court Copy

WARD_ROBBIN_SEPTEMBER 7, 2022 BATES PRODUCTION NO. 523

**COUNTY CRIMINAL COURT** _____

133 North Riverfront Blvd.
Dallas, Texas 75207
(214) 653- _____

CAUSE NO. M ___14·32990_____

FILED
JOHN F. WARREN, COUNTY CLERK
SEP 05 2014
COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS
BY _____ DEPUTY

TODAY'S DATE
9 / 4 / 14

STATE OF TEXAS VS.

___Allen Green, Laquencilla___
Defendant

**TO THE HONORABLE JUDGE OF SAID COURT:**
 On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: ___10 / 15 / 14___   TIME: ___9 : 00___

- ❏ Announcement (Defense has received a recommendation from the State)
- ❏ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
- ❏ Announcement: _____ need to file SR-22 _____ filed and awaiting clearance letter
- ☒ Plea of Guilty (Agreed)
- ❏ Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
- ❏ Revocation Hearing (Agreed) Signature of Court PO _____
- ❏ Probation Violations Signature of Court PO _____
- ❏ Contested Revocation Hearing Signature of Court PO _____
- ❏ Jury Trial
- ❏ Trial Before the Court
- ❏ Motion to Suppress
- ❏ Motion to Quash
- ❏ Pre-Trial Hearing, please specify _____
- ❏ Dismissal: Reason _____ DA initial _____
- ❏ Restitution on checks
- ❏ Felony pending - felon cause no. _____
- ❏ Arraignment (**Defendant must be present**)
- ❏ Other, specify _____

*memo eligible?*

___Laura Phelan for___
Counsel for Defense or Pro Se

___Mark Robinius___
Please print name of Counsel

- ❏ Defendant in court

Phone (972) 487 3785

Bar # 24063941

Recommendation by State or Probation officer:

_____

_____

_____

_____

- ❏ Defendant to Hire Attorney

_____
Defendant

Form 520-A

WARREN_ROBBINS/SEPTEMBER 7, 2022 DATES PRODUCTION NO A524
Defendant's Request for Action

COUNTY CRIMINAL COURT _____6_____

133 North Riverfront Blvd.
Dallas, Texas 75207
(214) 653-_____

CAUSE NO. M __1432990_____

**TODAY'S DATE**
__10/15/14__

**STATE OF TEXAS VS.**

___Allen Gran  Laguercilla___
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:
On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: _____/ __4__/ __14__     TIME: __9__ : __00__

- ❏ Announcement (Defense has received a recommendation from the State)
- ❏ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
- ❏ Announcement: _____ need to file SR-22 _____ filed and awaiting clearance letter
- ☒ Plea of Guilty (Agreed)
- ❏ Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
- ❏ Revocation Hearing (Agreed)     Signature of Court PO _____
- ❏ Probation Violations     Signature of Court PO _____
- ❏ Contested Revocation Hearing  Signature of Court PO _____
- ❏ Jury Trial
- ❏ Trial Before the Court
- ❏ Motion to Suppress
- ❏ Motion to Quash
- ❏ Pre-Trial Hearing, please specify _____
- ❏ Dismissal: Reason_____ DA initial _____
- ❏ Restitution on checks
- ❏ Felony pending - felon cause no._____
- ❏ Arraignment (**Defendant must be present**)
- ❏ Other, specify _____

```
FILED
JOHN F. WARREN, COUNTY CLERK
OCT 16 2014
COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS
BY_____DEPUTY
```

_____
Counsel for Defense or Pro Se

__Mark Robbins__
Please print name of Counsel
- ❏ Defendant in court

Phone (_____)_____

Bar # _____

Recommendation by State or
Probation officer:

_____

_____

_____

_____

- ❏ Defendant to Hire Attorney

**Defendant**

WARD v ROBBINS / SEPTEMBER 7, 2022 BATES PRODUCTION NO. 525
Defendant's Production



# DALLAS COUNTY
## CRIMINAL COURTS
## COLLECTIONS DEPARTMENT

## NOTICE OF HEARING

LAQUENCILLA ALLENGREEN                                      October 15, 2015
4615 COUNTRY CREEK DR #1030
DALLAS, TX   75236

**Balance: $167.00 + $2.00 Transaction Fee**

RE:  Cause No. CCC06-M1432990

LAQUENCILLA ALLENGREEN

Your have failed to meet the terms and conditions as part of the "Extension for Payment Agreement" in the above referenced case.  In accordance with those terms and conditions, your agreement has been cancelled and your file is being returned to the Judge of County Criminal Court CCC06 for further action.

You must appear in County Criminal Court CCC06 on Monday, October 26, 2015 at 9:00AM. Be prepared to show cause why a warrant should not be issued for your arrest for failure to pay your court cost and fines.  If you have good reasons why you have not financially been able to fulfill this obligation, you should present those to the court at this hearing.  If you fail to appear for this hearing, **a warrant may be issued for your arrest.**  You could avoid this hearing by paying the balance of $167.00 immediately.

**Please note that if a warrant is issued, a $50 Sheriff's fee will be added to your court cost and fines.**

**In addition, please be aware that this debt may be referred to a third-party for collection.  In the event that it is, a thirty percent (30%) collection fee will be added to this debt in accordance with Article 103.0031 of the Texas Code of Criminal Procedure.**

Sincerely,



Court Collector
Dallas County Criminal Courts
133 Riverfront Blvd, 2nd Flr
Dallas, TX  75207
(214)712-5014