WARD V. NCS
EXHIBIT 23

# Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 1 of 1

---

Client Account #: ▮▮▮▮▮▮

Account ID: ▮▮▮▮▮

SSN: ▮▮▮▮▮▮▮

Client : MAIN STREET RENEWAL LLC

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $5375.82 | Last Payment : | Date Placed: 12/12/2019 | Current Phone: ▮▮▮▮▮-3632 |
| Amount Collected: $0.00 | Current Status: AATT | Last Worked: 09/22/2020 | |
| Current Balance: $5375.82 | Strategy: PLG | Last Letter: 08/04/2020 | |

---

12/12/2019 01:59:28 PM (CMT)

LOCKOUT OCCURRED12/12/2019 02:00:28 PM (CMT) LexisNexis Banko Bankruptcy/Deceased Requests requested.

12/13/2019 09:00:51 AM (GAP) LexisNexis deceased search no hit.

12/16/2019 04:40:22 PM (GAP1) 1.3 Letter Sent to ROBBIN WARD at 229 CLIFF HEIGHTS CIRCLE DALLAS TX 75232

12/18/2019 04:20:55 PM (C119) Tel Poe. (▮▮▮▮▮7309 Current Employer No answer.
Data changed on Account ID ▮▮▮▮▮:
Work Section changed from T93 to T12

01/21/2020 05:16:34 PM (GAP1) 2.0 Letter Sent to ROBBIN WARD at 229 CLIFF HEIGHTS CIRCLE DALLAS TX 75232

01/23/2020 11:26:21 AM (GAP) NCOASource NCOA Source Requests requested.

01/24/2020 11:08:05 AM (C119) Tel Poe. ▮▮▮▮▮7309 Current Employer No answer.

02/14/2020 09:08:29 AM (GAP) NCOASource NCOA Source Requests requested.

02/21/2020 05:41:53 AM (*EOD*) Account ▮▮▮▮▮ reported to credit bureaus.

02/21/2020 03:38:58 PM (MWC1) 229 CLIFF HEIGHTS CIRCLE Dallas TX 75232 Marked as Return Mail.
Address is Returned Mail Per Compumail NCOA. Moved Date: /

02/24/2020 09:50:52 AM (GAP) Accurint Accurint CSV Outgoing requested.

03/06/2020 12:24:53 PM (C119) Tel Poe. ▮▮▮▮▮7309 Current Employer Left message with Voice Mail Recorder.

03/06/2020 12:25:21 PM (C119) Tel contact / Robbin's Addl Hp No answer.
Data changed on Account ID▮▮▮▮▮
Work Section changed from T12 to T11

03/06/2020 12:39:54 PM (C119) Tel Poe. (▮▮▮▮▮-7309 Current Employer No answer.

03/18/2020 04:22:03 PM (GAP) NCOASource NCOA Source Requests requested.

04/24/2020 02:31:46 PM (GAP) NCOASource NCOA Source Requests requested.

05/20/2020 03:39:39 PM (GAP) NCOASource NCOA Source Requests requested.

06/11/2020 04:36:45 AM (RM2) Add address: 5390 S SHERMAN ST Littleton CO 80121 added as Current Residence.
Address Removed: 229 CLIFF HEIGHTS CIRCLE Dallas TX 75232
Data changed on Robbin Ward:
Default Time Zone changed from CST to MST

06/11/2020 04:38:06 AM (RM2) Phone phone number: ▮▮▮▮▮-6324 entered as Current Residence.

06/11/2020 06:56:38 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
Data changed on Account ID ▮▮▮▮▮:
Work Section changed from T93 to T99
Collector Id. changed from (none) to C806

06/11/2020 06:59:21 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
dtr called in says fraud affavadit 2 signature

06/11/2020 07:08:51 PM (C806) Phone phone number: ▮▮▮▮▮-3632 entered as Current Residence.

06/11/2020 07:26:26 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
megan Henderson ok to speak with her spouse ///id theft

06/12/2020 09:49:12 AM (C800) Account info changed: Folder Id changed.
Data changed on Account ID ▮▮▮▮▮:
Folder changed from GEMA to GEMA6

06/15/2020 10:58:13 AM (C806) Tel Res. ▮▮▮▮▮3632 Current Residence Talked to Debtor/Gave MM Negotiating Debt.
dtr called in says he sent in the information with account being fraud

06/15/2020 10:58:57 AM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.

06/16/2020 01:48:30 PM (MAM) I received assignment of consumer dispute and claim of not his/hers. I have reviewed the consumer's claim and the information provided to us. During my investigation, I compared the name, ssn/dob, and address with our information on file. No documentation supporting the consumer's claim was provided. I'm reporting the account as disputed and an active collection account based on the matching information provided by our client.

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 2 of 1

Client Account #: ▮▮▮▮▮▮▮▮

Account ID: ▮▮▮▮▮▮

SSN: ▮▮▮▮▮▮▮

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

Client : MAIN STREET RENEWAL LLC

| | | | |
|---|---|---|---|
| Amount Placed: $5375.82 | Last Payment : | Date Placed: 12/12/2019 | Current Phone: ▮▮▮▮▮▮3632 |
| Amount Collected: $0.00 | Current Status: AATT | Last Worked: 09/22/2020 | |
| Current Balance: $5375.82 | Strategy: PLG | Last Letter: 08/04/2020 | |

unrelated to dispute.(Investigated by: Neha Mahi)

06/16/2020 01:48:31 PM (MAM) I received assignment of consumer dispute and claim of not his/hers. I have reviewed the consumer's claim and the information provided to us. During my investigation, I compared the name, ssn/dob, and address with our information on file. No documentation supporting the consumer's claim was provided. I'm reporting the account as disputed and an active collection account based on the matching information provided by our client. RPC 23 - Updated account information unrelated to dispute.(Investigated by: Nisha Rawat)

06/16/2020 01:49:27 PM (MAM) I received assignment of consumer dispute and claim of not aware of collection. I have reviewed the consumer's claim and the information provided to us. During my investigation, I compared the name, ssn/dob, and address with our information on file. I have also reviewed the system notes for past efforts. No documentation supporting the consumer's claim was provided. The initial DUN letter was sent to the address provided by the client upon placement. The account will report as disputed and an active collection account, unless the consumer provides other supporting information allowing us to further investigate the claim. RPC 23 - Updated account information unrelated to dispute.(Investigated by: Neha Mahi)

06/18/2020 03:34:58 PM (C800) Free Hand Note:
Sara,
Please forward the attached ID theft affidavit to the client to research.
Thank You.

06/18/2020 03:35:04 PM (C800) Marked account ▮▮▮▮▮▮ for CBR dispute. Account investigation commenced

06/19/2020 09:14:02 AM (SLR) Client email 71 was sent to sfrench@msrenewal.com,. Status changed from Ò to Ò.
Data changed on Account ID ▮▮▮▮▮▮:
Account Status Code changed from APLG to ACIR

06/19/2020 09:14:22 AM (SLR) Free Hand Note:
FRAUD-APLG-The former resident is claiming fraud and/or identity theft. Please see the attached fraud affidavit and id. Please provide any information or documentation that may be of assistance to us in investigating this claim. Helpful information may include, but is not limited to: driver's license, other picture ID(s), document(s) bearing former resident's signature, social security card, or specific recollection of the former resident.

06/21/2020 10:44:48 PM (*EOD*) Account ▮▮▮▮▮▮ reported to credit bureaus.

06/23/2020 08:25:04 PM (*EOD*) Reminder to client email FCRA Info Request|▮▮▮▮▮▮|MAIN STREET RENEWAL LLC|Robbin Ward|▮▮▮▮▮▮▮▮▮▮▮▮:Second Request sent.

06/24/2020 04:42:11 PM (LRF) Client email reminders cancelled.

06/25/2020 10:38:45 AM (LRF) Free Hand Note:
see jdv

06/25/2020 10:44:05 AM (JDV) Free Hand Note:
From: Sarah Cooper [mailto:sfrench@msrenewal.com]
Sent: Wednesday, June 24, 2020 4:11 PM
To: legal@nationalcreditsystems.com
Subject: RE: FCRA Info Request|4▮▮▮▮▮|MAIN STREET RENEWAL LLC|Robbin Ward|P▮▮▮▮▮▮▮▮▮▮:Second Request
Here are all the documents that I will be able to provide
Thank you
Sarah Cooper
Collections Supervisor

06/25/2020 10:52:00 AM (JDV) Free Hand Note:
client provided ID, pay stub, and social security benefits letter, ID's match

06/25/2020 10:52:33 AM (JDV) Account info changed: Status Code changed from Ò to Ò.
Data changed on Account ID ▮▮▮▮▮▮

Robbin Ward vs. TransUnion, LLC et al, District Court of Colorado - 1:21-cv-02597-LTB-SKC

NCS_0002

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 3 of 1

Client Account #: ▓▓▓▓▓▓

Account ID: ▓▓▓▓▓▓

SSN: ▓▓▓▓▓▓

**WARD ROBBIN**
**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

Client : MAIN STREET RENEWAL LLC

Amount Placed: $5375.82

Amount Collected: $0.00

Current Balance: $5375.82

Last Payment :

Current Status: AATT

Strategy: PLG

Date Placed: 12/12/2019

Last Worked: 09/22/2020

Last Letter: 08/04/2020

Current
Phone: ▓▓▓▓3632

---

Account Status Code changed from ACIR to APLG

06/25/2020 10:53:46 AM (JDV) Free Hand Note:
emailing RSC to mail validation

06/29/2020 12:22:16 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
dtr never work for neiman marcus ***sending in more proof

07/07/2020 08:26:35 AM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
all the info does not go o this person he never worked at neiman marcus idenity theft***

07/07/2020 08:27:53 AM (C806) Debtor called in Talked to Debtor/ Gave MM
Marked account for CBR dispute. Account investigation commenced

07/07/2020 05:58:39 PM (C806) Marked account ▓▓▓▓ for CBR dispute. Account investigation commenced

07/07/2020 06:10:26 PM (C806) Add/Edit New Email Address
Edited e-mail address: robbinward96@yahoo.com.
E-Mail permission granted.

07/07/2020 06:11:51 PM (C806) Send Debt Verification Email with -01 Charges
Robbin Ward[robbinward96@yahoo.com]

07/07/2020 06:12:50 PM (C806) Send Debt Verification Email with -02 Lease
Robbin Ward[robbinward96@yahoo.com]

07/10/2020 12:03:57 PM (C809) Free Hand Note:
received written dispute from debtor

07/10/2020 12:06:14 PM (C809) Marked account ▓▓▓▓ for CBR dispute. Account investigation commenced

07/13/2020 05:11:54 AM (RM2) Data changed on Debtor 'Robbin Ward':
Date of Birth changed from / / : : AM to 0▓▓/1961 12:00:00 AM

07/16/2020 02:46:52 PM (C701) Free Hand Note:
signatures are the same

07/16/2020 03:58:48 PM (C809) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.

07/21/2020 08:29:26 AM (MAM) Received escalation to Level 2 investigation: reviewed information submitted by consumer who claims true identity fraud/account fraudulently opened with information supplied by client. I reviewed name, address, ssn/dob, account information, checked for accuracy and matching information. I have also reviewed the system notes for past efforts. Documentation supporting the consumer's claim was provided. The initial DUN letter was sent to the address provided by the client upon placement. The account will report as disputed and an active collection account, unless the consumer provides other supporting information allowing us to further investigate the claim. RPC 23 – Accurate as of date reported.
(Investigated by: Diana Woodward)

07/21/2020 08:30:12 AM (MAM) Received escalation to Level 2 investigation: reviewed information submitted by consumer who claims true identity fraud/account fraudulently opened with information supplied by client. I reviewed name, address, ssn/dob, account information, checked for accuracy and matching information. I have also reviewed the system notes for past efforts. Documentation supporting the consumer's claim was provided. The initial DUN letter was sent to the address provided by the client upon placement. The account will report as disputed and an active collection account, unless the consumer provides other supporting information allowing us to further investigate the claim. RPC 23 – Accurate as of date reported.
(Investigated by: Cathy Boehler)

07/21/2020 03:22:39 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
dtr called in says she needs the account id she said she has contacted neiman marcus to provide docs that he never worked for that company***vp

07/21/2020 09:14:31 PM (C809) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.

NCS_0003

**Property of National Credit Systems, Inc. - Confidential**

# Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 4 of 1

---

Client Account #: ███████

Account ID: ███████

SSN: ███████

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

Client : MAIN STREET RENEWAL LLC

Amount Placed: $5375.82

Last Payment :

Date Placed: 12/12/2019

Current Phone: ███████3632

Amount Collected:   $0.00

Current Status: AATT

Last Worked: 09/22/2020

Current Balance: $5375.82

Strategy: PLG

Last Letter: 08/04/2020

---

07/24/2020 12:47:21 PM (C800) Free Hand Note:

Received email fromd debtor's mother (MEGAN):

Good Afternoon,

Please have the consumer fill out and return the attached ID theft/fraud affidavit with proof of identity(coy of Driver's license or SS card). Our office would then forward the information to our client to research and advise.

Thank You.

\*\*Confidentiality Notice\*\*

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are

not the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in

reliance of the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

This communication is from a debt collector, any information obtained will be used for that purpose.
From: Megan Henderson <megagain4@gmail.com>
Sent: Friday, July 24, 2020 10:46 AM
To: Richard Chin <rchin@bborlandlaw.com>
Subject: Re: RE: R. Ward identity theft/collections
Hello Richard,
I left you a message a few days ago. This email is in regards to Case#███████ (Robbin Ward).
I have attached proof of employment letters and payroll to this email. We are asking that National Credit please remove the collections from Robbin Ward's credit reports since the debt was acquired through false means. I believe that if Main Street Renewal had completed an employment verification they would have found the information to be fraudulent. We are

happy to provide you with any other documentation that might be helpful to clear Robbin's credit up and remove this fraudulent debt from his records.
Please let me know if you have any other questions or concerns,
Megan Henderson
███████3632

07/24/2020 12:47:46 PM (C800) Marked account ███████ CBR dispute. Account investigation commenced

07/28/2020 08:57:40 AM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.

waiting for a response from client

07/28/2020 11:59:16 AM (C800) Free Hand Note:

The consumer will need to fill out and send us an ID theft/Fraud affidavit or Police Report along with copy of ID to further

this dispute. we received employer paycheck stubs but this does not serve as proof of identity.

07/30/2020 02:03:04 PM (C800) Free Hand Note:

Sara,

Please forward the attached to the client to research. The debtor is claiming ID theft/Fraud. We submitted her fraud affidavit to the client last month but the client's responding by only sending us the documents they have. We need to know

how the client wants us to proceed. This debtor claims he never lived in TX.

Thank You.

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 5 of 1

Client Account #: ████████

Account ID: ████████

SSN: ████████

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

Client : MAIN STREET RENEWAL LLC

Amount Placed: $5375.82

Amount Collected:   $0.00

Current Balance: $5375.82

Last Payment :

Current Status: AATT

Strategy: PLG

Date Placed: 12/12/2019

Last Worked: 09/22/2020

Last Letter: 08/04/2020

Current Phone: ████████-3632

---

07/30/2020 03:24:44 PM (SLR) Free Hand Note:
From: Richard Chin [mailto:rchin@bborlandlaw.com]
Sent: Thursday, July 30, 2020 2:04 PM
To: Sara Rennie
Subject: ████████
Sara,Please forward the attached to the client to research. The debtor is claiming ID theft/Fraud. We submitted her fraud affidavit to the client last month but the client's responding by only sending us the documents they have. We need to know how the client wants us to proceed. This debtor claims he never lived in TX.
Thank You.

07/30/2020 03:26:19 PM (SLR) Client email 71 was sent to sfrench@msrenewal.com,. Status changed from Ò to Ò.
Data changed on Account ID ████████
Account Status Code changed from APLG to ACIR

07/30/2020 03:26:42 PM (SLR) Free Hand Note:
FRAUD-APLG-The former resident is claiming fraud and/or identity theft. Please see attached and advise on how to proceed as Robbin claims to have never lived in Texas.

07/30/2020 05:08:04 PM (LRF) Client email reminders cancelled.

07/31/2020 09:15:50 AM (LRF) Free Hand Note:
From: Sarah Cooper [mailto:sfrench@msrenewal.com]
Sent: Thursday, July 30, 2020 4:44 PM
To: Legal
Subject: RE: FCRA Info Request|████████|MAIN STREET RENEWAL LLC|Robbin Ward ████████
We have sent over the exact documents over to you and on our side the DL etc is a match.
Is there anything further you need from me?
Thank you
Sarah Cooper

07/31/2020 09:15:53 AM (LRF) Free Hand Note:
this is not fraud, emailgn rhcin

07/31/2020 09:15:59 AM (LRF) Account info changed: Status Code changed from Ò to Ò.
Data changed on Account ID ████████
Account Status Code changed from ACIR to APLG

08/03/2020 03:35:04 PM (C800) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.

08/04/2020 09:21:54 AM (RSC) -- Borland SIF Campaign letter mailed --

08/05/2020 02:51:05 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
dtr never lived in tx hisa daughter lives in tx he never worked for neiman marcus he sent in pay stubs from his job in CO...

08/06/2020 11:22:08 AM (C806) Tel Res. ████████-6324 Current Residence Left Message with Voice Mail Recorder.

08/15/2020 02:07:45 PM (C800) Free Hand Note:
Received another dispute from debtor's wife. THe letter acknowledged receipt of the VOD sent on 8/3

08/15/2020 02:08:25 PM (C800) Account info changed: Status Code changed from Ò to Ò.
Data changed on Account ID ████████
Account Status Code changed from APLG to ACND

08/21/2020 10:16:10 AM (C800) Free Hand Note:
Sara,
This debtor is adamant that this is an Identity theft case. We have sent the dispute documents(Police Report and fraud affidavit) to the client in the past and they responded with confirmation that the account is not fraud. The debtor is now threatening to get an attorney to file suit against the client because he is trying to purchase a home and this is preventing him from being approved. Please ask the client to look at the attached documents again and advise:

Robbin Ward vs. TransUnion, LLC; US District Court District of Colorado at 1:21-cv-02597-LTB-SKC    NCS_0005

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 6 of 1

Client Account #: P██████████

Account ID: ████████

SSN: ████████████

Client : MAIN STREET RENEWAL LLC

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $5375.82 | Last Payment : | Date Placed: 12/12/2019 | Current |
| Amount Collected:   $0.00 | Current Status: AATT | Last Worked: 09/22/2020 | Phone: ████████-3632 |
| Current Balance: $5375.82 | Strategy: PLG | Last Letter: 08/04/2020 | |

1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431

Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and
pasted.
We are aware of the client's position with this matter but whenever our debtors threaten suit, we believe it is best practice
to have them look at it again.
Thank You.

08/21/2020 10:42:47 AM (SLR) Free Hand Note:
From: Richard Chin [mailto:rchin@bborlandlaw.com]
Sent: Friday, August 21, 2020 10:16 AM
To: Sara Rennie
Subject: ██████
Sara,This debtor is adamant that this is an Identity theft case. We have sent the dispute documents(Police Report and fraud

affidavit) to the client in the past and they responded with confirmation that the account is not fraud. The debtor is now
threatening to get an attorney to file suit against the client because he is trying to purchase a home and this is preventing
him from being approved. Please ask the client to look at the attached documents again and advise:
1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431
Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and
pasted.
We are aware of the client's position with this matter but whenever our debtors threaten suit, we believe it is best practice
to have them look at it again.
Thank You.

08/21/2020 10:45:45 AM (SLR) Client email 71 was sent to sfrench@msrenewal.com,. Status changed from Ò to Ò.
Data changed on Account ID ████████
Account Status Code changed from ACND to ACID

08/21/2020 10:46:23 AM (SLR) Free Hand Note:
FRAUD-ACND-The former resident is claiming fraud and/or identity theft. NCS previously sent the dispute documents
(Police Report and fraud affidavit) to you in the past and you responded with confirmation that the account is not fraud.
Robbin is now threatening to get an attorney to file suit against Main Street Renewal LLC as he is trying to purchase a home

and this is preventing him from being approved. Please review the attached documents again and advise:
1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431
Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and
pasted.
Please see attached.

08/25/2020 08:27:39 PM (*EOD*) Reminder to client email FCRA Info Request ██████|MAIN STREET RENEWAL LLC|Robbin
Ward|████████████████ :Second Request sent.
08/26/2020 01:37:39 PM (RWC) Client email reminders cancelled.
09/14/2020 02:54:18 PM (KRH) Emailed Client;
From: Kendra Henderson [mailto:khenderson@nationalcreditsystems.com]
Sent: Monday, September 14, 2020 2:54 PM
To: 'sfrench@msrenewal.com'
Subject: ***DISPUTE DUE 09/18/2020-NCS#4██████ or Robbin Ward_split#P███████-Main Street Renewal***

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

**Date:** 10/13/2021
**Time:** 09:27:22
**Page:** 7 of 1

Client Account #: ▉▉▉▉▉

Account ID: ▉▉▉▉▉

SSN: ▉▉▉▉▉

Client : MAIN STREET RENEWAL LLC

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $5375.82 | Last Payment : | Date Placed: 12/12/2019 | Current Phone: (▉▉▉)-3632 |
| Amount Collected:   $0.00 | Current Status: AATT | Last Worked: 09/22/2020 | |
| Current Balance: $5375.82 | Strategy: PLG | Last Letter: 08/04/2020 | |

Importance: High

Good Afternoon,

The former resident Robbin Ward, is claiming fraud and/or identity theft. NCS previously sent the dispute documents (Police Report and fraud affidavit) to you in the past and you responded with confirmation that the account is not fraud. Robbin is now threatening to get an attorney to file suit against Main Street Renewal LLC as he is trying to purchase a home and this is preventing him from being approved. Please review the attached documents again and advise:

1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431 Reigndale Drive, Littleton, CO 80121.

2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and pasted. Please see attached.

Please be advised, this is the final attempt to verify the information for the account in question as NCS only has 30 days to respond to the dispute. Otherwise the account may be adjusted or closed. It is imperative that a response is received as soon as possible.

Kendra Henderson | Client Services Representative

09/14/2020 03:37:59 PM (KRH) Free Hand Note:
rcvd response forwarded to Anna

09/14/2020 04:06:24 PM (ASF) Received Email from Client; Per Client: Obtained Information;
From: Sarah Cooper [mailto:sfrench@msrenewal.com]
Sent: Monday, September 14, 2020 3:11 PM
To: Kendra Henderson
Subject: RE: ***DISPUTE DUE 09/18/2020-NCS#▉▉▉▉-Robbin Ward-unit#▉▉▉▉-Main Street Renewal***
The balance is correct and identifying documents are correct
Thank you
Sarah Cooper
Collections Supervisor

09/14/2020 04:17:54 PM (ASF) Account info changed: Status Code changed from Ò to Ò.
Data changed on Account ID ▉▉▉▉ :
Account Status Code changed from ACID to ACND

09/14/2020 04:18:04 PM (ASF) Free Hand Note:
Client confirmed balance is correct & debtor owes.
Forwarded clients response to R Chin.

09/22/2020 12:19:46 PM (C809) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.

11/23/2020 05:46:55 AM (*EOD*) Moved Back From GEMA to NCS

06/07/2021 08:04:02 AM (RVS) LexisNexis Banko Bankruptcy/Deceased Requests requested.

10/13/2021 09:10:45 AM (C600) Account info changed: Status Code changed from Ò to Ò.
Data changed on Account ID ▉▉▉▉
Account Status Code changed from ACND to AATT

10/13/2021 09:12:46 AM (C600) Account info changed: Folder Id changed.
Data changed on Account ID ▉▉▉▉
Folder changed from F900 to F950

10/13/2021 09:13:10 AM (C600) Free Hand Note:
***ALERT LAWSUIT RECEIVED***

**Property of National Credit Systems, Inc. - Confidential**