WARD V. NCS
EXHIBIT 24

## Placement Acknowledgment From National Credit Systems (39439)

acknowledgment @nationalcredit y tem  com
12/13/2019 at 05:19 AM
To:  Details ^

| | |
|---|---|
| **From:** | < acknowledgments@nationalcreditsystems.com > |
| **Sent:** | 12/13/2019 at 05:19 AM |
| **To** | Collection @m renewal com |

Display Images   ⚠ For your  ecurity, image  aren't automatically di played

📎 1 Attachment(s) Total 15.7 KB   View ⌄

Dear Valued Client,

Please find the attached Account Acknowledgement Report.

This report contains a list of the collection accounts recently placed with our agency. It is of critical importance that NCS pursues recovery on verifiably correct account balances from the parties who are legally responsible. It is important that you review thi  report to confirm the accuracy of the information in our  y tem and retain for future reference. If any of the information contained in this report does not look to be accurate, please contact our office as soon as possible so we may update our records.

We appreciate your bu ine   and look forward to  erving your future collection need

Sincerely,

Your collection team at National Credit Systems, Inc.

404-629-9595 or 800-367-1050

# National Credit Systems, Inc.
## New Business Acknowledgment Report

Date: 12/13/2019
Time: 06:19:42 AM
Page: 1

MAIN STREET RENEWAL LLC

Client No:        39439
Rate:        40.00

8300 N MOPAC EXPRESSWAY STE
220
AUSTIN, TX 78759

Please review the information below and confirm the accuracy of the amounts being submitted for collection.
It is of critical importance that NCS pursues recovery on verifiably correct account balances only from the parties
who are legally responsible. NCS must be informed immediately if a former resident is represented by an attorney,
has filed bankruptcy, or if any adjustments to the account are necessary.

\*\* Indicates the account cannot be reported to credit bureaus, as it is missing the consumer's social security number AND date of birth.

| Name | Your Acct # | Amount Placed | Remarks | Our ID # |
|------|-------------|---------------|---------|----------|



# National Credit Systems, Inc.
## New Business Acknowledgment Report

Date: 12/13/2019
Time: 06:19:42 AM
Page: 2



# National Credit Systems, Inc.
## New Business Acknowledgment Report

Date: 12/13/2019
Time: 06:19:42 AM
Page: 3



WARD,ROBBIN    P0692439    $5,375.82    4273220

# National Credit Systems, Inc.
## New Business Acknowledgment Report

Date: 12/13/2019
Time: 06:19:42 AM
Page: 4

