WARD V. NCS
EXHIBIT 25

