WARD V. NCS
EXHIBIT 26

## Account Demographics & Notes

Date: 08/30/2022
Time:    10:06:10
Page: 1 of 1

---

Client Account #: **719**

Account ID: **800295**

SSN: ▇▇▇-2993

Client : BERKSHIRE SQUARE / MOUNTAIN CREST

**WARD ROBBIN**

**5390 S SHERMAN ST**

**LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $1696.40 | Last Payment : | Date Placed: 08/20/2003 | Current |
| Amount Collected:   $0.00 | Current Status: AFLR | Last Worked: 04/05/2022 | Phone:   (303) 204-3632 |
| Current Balance: $1696.40 | Strategy: S74 | Last Letter: 01/25/2019 | |

---

12/17/2005 03:46:36 PM (LTS) ********** DBID: 800295 **********
Charges: 1214.40RT+87RC+235CLN+360DF-200DEP=1696.40
Date of Birth: 04/26/1961
Income: 2400M
Note: GOOD CREDIT.
===============================08/22/2003 07:51:36 1 Letter Sent to ROBBIN WARD at 1960
MITTENWALD DRIVE #719,COLORADO SPRINGS,CO 80918. (CMT)
08/25/2003 15:51:22 TEL RES / BAD# (126)
08/25/2003 15:51:22 - Res Ph# Chngd From (719) 522-9912 (126)
08/25/2003 15:53:23 TEL POE/NLE (126)
08/25/2003 15:53:23 - Bus Ph# Chngd From (719) 598-9611 (126)
08/25/2003 15:54:23 TEL OTHER / BAD# MOTHER REMOVE (126)
08/25/2003 15:55:37 TEL OTHER / LMTC ADDL# (126)
09/04/2003 08:02:19 Account marked as return mail. (CMT)
11/06/2003 15:34:15 - Reported Debtor to Credit Bureau
11/07/2003 09:40:28 - Reported Debtor to Credit Bureau
11/29/2004 22:05:20 Account changed from strategy 72 to 73 (LTS)
12/04/2004 21:59:29 Account changed from strategy 79 to 73 (LTS)
12/07/2004 22:46:38 Account changed from strategy 73 to 72 (LTS)
12/13/2004 16:03:57 - Reported Debtor to Credit Bureau
01/03/2005 08:46:01 Debtor:800295 Moved Strategy from 72 to 39
Moved Collector from 160 to 910
Moved Que to: 13 (LTS)
01/03/2005 10:40:16 Account changed from strategy 79 to 72 (LTS)
02/16/2005 01:01:22 Account changed from strategy 72 to 73 (LTS)
10/22/2005 22:50:25 Account changed from strategy 73 to 74 (LTS)
01/24/2019 08:44:23 AM (CMT) ***Alert! Debtor applied for an apartment through First Advantage Saferent.*** Applied to: GTIS-643 PM - Dallas 900
Jackson Street Dallas, TX. 75202 513-519-7868 Debtor's address and/or phone number updated. Debtor used SSN of
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 and year DOB of 0 on new application.
01/25/2019 04:36:09 PM (MWC1) FASR Letter Sent to ROBBIN WARD at 5390 S SHERMAN LITTLETON CO 80121
12/18/2019 04:20:55 PM (C119) Tel Poe. (469) 263-7309 Current Employer No answer.
01/24/2020 11:08:05 AM (C119) Tel Poe. (469) 263-7309 Current Employer No answer.
03/06/2020 12:24:53 PM (C119) Tel Poe. (469) 263-7309 Current Employer Left message with Voice Mail Recorder.
03/06/2020 12:25:21 PM (C119) Tel contact / Robbin's Addl Hp No answer.
03/06/2020 12:39:54 PM (C119) Tel Poe. (469) 263-7309 Current Employer No answer.
06/11/2020 04:36:45 AM (RM2) Add address: 5390 S SHERMAN ST Littleton CO 80121 added as Current Residence.
Address Removed: 229 CLIFF HEIGHTS CIRCLE Dallas TX 75232
Data changed on Robbin Ward:
Default Time Zone changed from CST to MST
06/11/2020 04:38:06 AM (RM2) Phone phone number: (219) 902-6324 entered as Current Residence.
06/11/2020 06:56:38 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
06/11/2020 06:59:21 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
dtr called in says fraud affavadit 2 signature
06/11/2020 07:08:51 PM (C806) Phone phone number: (303) 204-3632 entered as Current Residence.
06/11/2020 07:26:26 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
megan Henderson ok to speak with her spouse ///id theft
06/15/2020 10:58:13 AM (C806) Tel Res. (303) 204-3632 Current Residence Talked to Debtor/Gave MM Negotiating Debt.

---

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

**Date:** 08/30/2022
**Time:** 10:06:10
**Page:** 2 of 1

---

Client Account #: **719**

Account ID: **800295**

SSN: ▓▓▓-2993

Client : BERKSHIRE SQUARE / MOUNTAIN CREST

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $1696.40 | Last Payment : | Date Placed: 08/20/2003 | Current Phone: (303) 204-3632 |
| Amount Collected: $0.00 | Current Status: AFLR | Last Worked: 04/05/2022 | |
| Current Balance: $1696.40 | Strategy: S74 | Last Letter: 01/25/2019 | |

---

dtr called in says he sent in the information with account being fraud

06/15/2020 10:58:57 AM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.

06/18/2020 03:34:58 PM (C800) Free Hand Note:

Sara,
Please forward the attached ID theft affidavit to the client to research.
Thank You.

06/18/2020 03:35:04 PM (C800) Marked account 4273220 for CBR dispute. Account investigation commenced

06/19/2020 09:14:22 AM (SLR) Free Hand Note:

FRAUD-APLG-The former resident is claiming fraud and/or identity theft. Please see the attached fraud affidavit and id. Please provide any information or documentation that may be of assistance to us in investigating this claim. Helpful information may include, but is not limited to: driver's license, other picture ID(s), document(s) bearing former resident's signature, social security card, or specific recollection of the former resident.

06/21/2020 10:44:48 PM (*EOD*) Account 800295 reported to credit bureaus.

06/25/2020 10:38:45 AM (LRF) Free Hand Note:

see jdv

06/25/2020 10:44:05 AM (JDV) Free Hand Note:

From: Sarah Cooper [mailto:sfrench@msrenewal.com]
Sent: Wednesday, June 24, 2020 4:11 PM
To: legal@nationalcreditsystems.com
Subject: RE: FCRA Info Request|4273220|MAIN STREET RENEWAL LLC|Robbin Ward|P0692439|39439-t0023576 :Second Request
Here are all the documents that I will be able to provide
Thank you
Sarah Cooper
Collections Supervisor

06/25/2020 10:52:00 AM (JDV) Free Hand Note:

client provided ID, pay stub, and social security benefits letter, ID's match

06/25/2020 10:53:46 AM (JDV) Free Hand Note:

emailing RSC to mail validation

06/29/2020 12:22:16 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.

dtr never work for neiman marcus ***sending in more proof

07/07/2020 08:26:35 AM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.

all the info does not go o this person he never worked at neiman marcus idenity theft***

07/07/2020 05:58:39 PM (C806) Marked account 4273220 for CBR dispute. Account investigation commenced

07/07/2020 06:10:26 PM (C806) Add/Edit New Email Address

Edited e-mail address: robbinward96@yahoo.com.
E-Mail permission granted.

07/07/2020 06:11:51 PM (C806) Send Debt Verification Email with -01 Charges

Robbin Ward[robbinward96@yahoo.com]

07/07/2020 06:12:50 PM (C806) Send Debt Verification Email with -02 Lease

Robbin Ward[robbinward96@yahoo.com]

07/10/2020 12:03:57 PM (C809) Free Hand Note:

received written dispute from debtor

07/13/2020 05:11:54 AM (RM2) Data changed on Debtor 'Robbin Ward':

Date of Birth changed from / /    : :  AM to 04/26/1961 12:00:00 AM

07/16/2020 02:46:52 PM (C701) Free Hand Note:

signatures are the same

---

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

Date: 08/30/2022
Time:    10:06:10
Page: 3 of 1

---

Client Account #: **719**

Account ID:  **800295**

SSN: ▇▇▇-2993

Client : BERKSHIRE SQUARE / MOUNTAIN CREST

**WARD ROBBIN**

**5390 S SHERMAN ST
LITTLETON CO 80121-**

| | | |
|---|---|---|
| Amount Placed: $1696.40 | Last Payment : | Date Placed: 08/20/2003 |
| Amount Collected:   $0.00 | Current Status: AFLR | Last Worked: 04/05/2022 |
| Current Balance: $1696.40 | Strategy: S74 | Last Letter: 01/25/2019 |

Current
Phone:   (303) 204-3632

---

07/16/2020 03:58:48 PM (C809) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.
07/21/2020 03:22:39 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
        dtr called in says she needs the account id she said she has contacted neiman marcus to provide docs that he never worked for that company***vp
07/21/2020 09:14:31 PM (C809) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.
07/24/2020 12:47:21 PM (C800) Free Hand Note:
        Received email fromd debtor's mother (MEGAN):
Good Afternoon,
Please have the consumer fill out and return the attached ID theft/fraud affidavit with proof of identity(coy of Driver's license or SS card). Our office would then forward the information to our client to research and advise.
Thank You.

**Confidentiality Notice**
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are

not the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in

reliance of the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

This communication is from a debt collector, any information obtained will be used for that purpose.
From: Megan Henderson <megagain4@gmail.com>
Sent: Friday, July 24, 2020 10:46 AM
To: Richard Chin <rchin@bborlandlaw.com>
Subject: Re: RE: R. Ward identity theft/collections
Hello Richard,
I left you a message a few days ago. This email is in regards to Case#4273220 (Robbin Ward).
I have attached proof of employment letters and payroll to this email. We are asking that National Credit please remove the collections from Robbin Ward's credit reports since the debt was acquired through false means. I believe that if Main Street Renewal had completed an employment verification they would have found the information to be fraudulent. We are

happy to provide you with any other documentation that might be helpful to clear Robbin's credit up and remove this fraudulent debt from his records.
Please let me know if you have any other questions or concerns,
Megan Henderson
303-204-3632
07/24/2020 12:47:46 PM (C800) Marked account 4273220 for CBR dispute. Account investigation commenced
07/28/2020 08:57:40 AM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
        waiting for a response from client
07/28/2020 11:59:16 AM (C800) Free Hand Note:
        The consumer will need to fill out and send us an ID theft/Fraud affidavit or Police Report along with copy of ID to further

this dispute. we received employer paycheck stubs but this does not serve as proof of identity.
07/30/2020 02:03:04 PM (C800) Free Hand Note:
        Sara,

---

## Account Demographics & Notes

**Date:** 08/30/2022
**Time:** 10:06:10
**Page:** 4 of 1

Client Account #: **719**

Account ID: **800295**

SSN: ███-2993

Client : BERKSHIRE SQUARE / MOUNTAIN CREST

**WARD ROBBIN**

**5390 S SHERMAN ST
LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $1696.40 | Last Payment : | Date Placed: 08/20/2003 | Current |
| Amount Collected:  $0.00 | Current Status: AFLR | Last Worked: 04/05/2022 | Phone:  (303) 204-3632 |
| Current Balance: $1696.40 | Strategy: S74 | Last Letter: 01/25/2019 | |

Please forward the attached to the client to research. The debtor is claiming ID theft/Fraud. We submitted her fraud affidavit to the client last month but the client's responding by only sending us the documents they have. We need to know how the client wants us to proceed. This debtor claims he never lived in TX.
Thank You.

07/30/2020 03:24:44 PM (SLR) Free Hand Note:
From: Richard Chin [mailto:rchin@bborlandlaw.com]
Sent: Thursday, July 30, 2020 2:04 PM
To: Sara Rennie
Subject: 4273220
Sara,Please forward the attached to the client to research. The debtor is claiming ID theft/Fraud. We submitted her fraud affidavit to the client last month but the client's responding by only sending us the documents they have. We need to know how the client wants us to proceed. This debtor claims he never lived in TX.
Thank You.

07/30/2020 03:26:42 PM (SLR) Free Hand Note:
FRAUD-APLG-The former resident is claiming fraud and/or identity theft. Please see attached and advise on how to proceed as Robbin claims to have never lived in Texas.

07/31/2020 09:15:50 AM (LRF) Free Hand Note:
From: Sarah Cooper [mailto:sfrench@msrenewal.com]
Sent: Thursday, July 30, 2020 4:44 PM
To: Legal
Subject: RE: FCRA Info Request|4273220|MAIN STREET RENEWAL LLC|Robbin Ward|P0692439|39439-t0023576
We have sent over the exact documents over to you and on our side the DL etc is a match.
Is there anything further you need from me?
Thank you
Sarah Cooper

07/31/2020 09:15:53 AM (LRF) Free Hand Note:
this is not fraud, emailgn rhcin

08/03/2020 03:35:04 PM (C800) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.

08/05/2020 02:51:05 PM (C806) Debtor called in Talked to Debtor/ Gave MM Negotiating Debt.
dtr never lived in tx hisa daughter lives in tx he never worked for neiman marcus he sent in pay stubs from his job in CO...

08/06/2020 11:22:08 AM (C806) Tel Res. (219) 902-6324 Current Residence Left Message with Voice Mail Recorder.

08/15/2020 02:07:45 PM (C800) Free Hand Note:
Received another dispute from debtor's wife. THe letter acknowledged receipt of the VOD sent on 8/3

08/21/2020 10:16:10 AM (C800) Free Hand Note:
Sara,
This debtor is adamant that this is an Identity theft case. We have sent the dispute documents(Police Report and fraud affidavit) to the client in the past and they responded with confirmation that the account is not fraud. The debtor is now threatening to get an attorney to file suit against the client because he is trying to purchase a home and this is preventing him from being approved. Please ask the client to look at the attached documents again and advise:
1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431
Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and pasted.
We are aware of the client's position with this matter but whenever our debtors threaten suit, we believe it is best practice

## Account Demographics & Notes

**Date:** 08/30/2022
**Time:**   10:06:10
**Page:** 5 of 1

Client Account #: **719**

Account ID: **800295**

SSN: ███-2993

Client : BERKSHIRE SQUARE / MOUNTAIN CREST

**WARD ROBBIN**

**5390 S SHERMAN ST**
**LITTLETON CO 80121-**

Amount Placed: $1696.40

Amount Collected:   $0.00

Current Balance: $1696.40

Last Payment :

Current Status: AFLR

Strategy: S74

Date Placed: 08/20/2003

Last Worked: 04/05/2022

Last Letter: 01/25/2019

Current
Phone:   (303) 204-3632

---

to have them look at it again.
Thank You.

08/21/2020 10:42:47 AM (SLR) Free Hand Note:

From: Richard Chin [mailto:rchin@bborlandlaw.com]
Sent: Friday, August 21, 2020 10:16 AM
To: Sara Rennie
Subject: 4273220
Sara,This debtor is adamant that this is an Identity theft case. We have sent the dispute documents(Police Report and fraud
affidavit) to the client in the past and they responded with confirmation that the account is not fraud. The debtor is now
threatening to get an attorney to file suit against the client because he is trying to purchase a home and this is preventing
him from being approved. Please ask the client to look at the attached documents again and advise:
1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431
Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and
pasted.
We are aware of the client's position with this matter but whenever our debtors threaten suit, we believe it is best practice
to have them look at it again.
Thank You.

08/21/2020 10:46:23 AM (SLR) Free Hand Note:

FRAUD-ACND-The former resident is claiming fraud and/or identity theft. NCS previously sent the dispute documents
(Police Report and fraud affidavit) to you in the past and you responded with confirmation that the account is not fraud.
Robbin is now threatening to get an attorney to file suit against Main Street Renewal LLC as he is trying to purchase a home
and this is preventing him from being approved. Please review the attached documents again and advise:
1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431
Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and
pasted.
Please see attached.

09/14/2020 02:54:18 PM (KRH) Emailed Client;

From: Kendra Henderson [mailto:khenderson@nationalcreditsystems.com]
Sent: Monday, September 14, 2020 2:54 PM
To: 'sfrench@msrenewal.com'
Subject: ***DISPUTE DUE 09/18/2020-NCS#4273220-Robbin Ward-unit#PO692439-Main Street Renewal***
Importance: High
Good Afternoon,
The former resident Robbin Ward, is claiming fraud and/or identity theft. NCS previously sent the dispute documents (Police
Report and fraud affidavit) to you in the past and you responded with confirmation that the account is not fraud. Robbin is
now threatening to get an attorney to file suit against Main Street Renewal LLC as he is trying to purchase a home and this
is preventing him from being approved. Please review the attached documents again and advise:
1. The debtor claims the address at the bottom of the Social Security Administration document is not a valid address: 2431
Reigndale Drive, Littleton, CO 80121.
2. The name and address on the paycheck stubs is slightly slanted. The debtor is disputing that this was cut and pasted.
Please see attached.
Please be advised, this is the final attempt to verify the information for the account in question as NCS only has 30 days to
respond to the dispute. Otherwise the account may be adjusted or closed. It is imperative that a response is received as

**Property of National Credit Systems, Inc. - Confidential**

## Account Demographics & Notes

Date: 08/30/2022
Time:    10:06:10
Page: 6 of 1

Client Account #: **719**

Account ID: **800295**

SSN: ▉-2993

Client : BERKSHIRE SQUARE / MOUNTAIN CREST

**WARD ROBBIN**

**5390 S SHERMAN ST
LITTLETON CO 80121-**

| | | | |
|---|---|---|---|
| Amount Placed: $1696.40 | Last Payment : | Date Placed: 08/20/2003 | Current |
| Amount Collected:   $0.00 | Current Status: AFLR | Last Worked: 04/05/2022 | Phone:   (303) 204-3632 |
| Current Balance: $1696.40 | Strategy: S74 | Last Letter: 01/25/2019 | |

soon as possible.
Kendra Henderson | Client Services Representative
09/14/2020 03:37:59 PM (KRH) Free Hand Note:
    rcvd response forwarded to Anna
09/14/2020 04:06:24 PM (ASF) Received Email from Client; Per Client: Obtained Information;
    From: Sarah Cooper [mailto:sfrench@msrenewal.com]
    Sent: Monday, September 14, 2020 3:11 PM
    To: Kendra Henderson
    Subject: RE: ***DISPUTE DUE 09/18/2020-NCS#4273220-Robbin Ward-unit#PO692439-Main Street Renewal***
    The balance is correct and identifying documents are correct
    Thank you
    Sarah Cooper
    Collections Supervisor
09/14/2020 04:18:04 PM (ASF) Free Hand Note:
    Client confirmed balance is correct & debtor owes.
    Forwarded clients response to R Chin.
09/22/2020 12:19:46 PM (C809) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.
10/13/2021 09:13:10 AM (C600) Free Hand Note:
    ***ALERT LAWSUIT RECEIVED***
04/05/2022 11:33:48 AM (BBB) On Demand Letter: GEMA Verification was Sent to 5390 S SHERMAN ST Littleton CO 80121.
04/05/2022 11:39:48 AM (BBB) Free Hand Note:
    last letter printed 4/05 was not mailed. For informational purposes only

**Property of National Credit Systems, Inc. - Confidential**