QARDVACS
EXHIBIT 27

061306560-FLT                                                      June 13, 2020
Robbin U Ward
5390 Sherman St
Littleton CO 80121-1032

Dear Robbin U Ward:

We are writing to confirm that a security freeze was placed on your Equifax credit report.

Before applying for credit, you must temporarily lift or permanently remove your security freeze by:
  * Logging in or creating an account at www.myEquifax.com
  * Calling us at 1-(888) 298-0045
  * Or sending a written request that includes your name, address and social security number to:
    **Equifax Information Services LLC**
    **P.O. Box 105788**
    **Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Drives License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

Placing, lifting and removing a security freeze on your Equifax credit report is free.

To learn how to make a security freeze request with the other two nationwide credit bureaus, visit:
  * TransUnion at www.transunion.com
  * Experian at www.experian.com

*Equifax Information Services LLC maintains your credit file and provides information to certain customers, including credit card companies and lenders so that they may extend pre-approved offers to consumers as permitted by the FCRA. If you prefer not to receive such offers, please visit www.optoutprescreen.com or call toll free at 1-888-5-OPT OUT (or 1-888-567-8688).*

You may also send your request in writing to:
Equifax Information Services LLC
P.O. Box 740123
Atlanta, GA 30374-0123

Please include your complete name, address, social security number and signature. Equifax will remove your name from its pre-approved offer database and share your request with the other two nationwide credit reporting agencies.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

Plaintiff's Exhibits 000025

CFL6560-KGD-061306560- 1991 - 4929 A N

Equifax Information Services LLC
P.O. Box 105788
Atlanta, Georgia 30348

June 13, 2020

061306560-FLT
Robbin U Ward
5390 Sherman St
Littleton CO 80121-1032

CFL6560-KGD-061306560- 1991 -  4929 A N

Plaintiff's Exhibits 000026