WARD V. NCS
EXHIBIT 29

*350709791-014***

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| File Number: | 350709791 |
|---|---|
| Page: | 1 of 2 |
| Date Issued: | 6/12/2020 |



PCA58N00201915-I003829-071347486

ROBBIN U WARD
5390 S SHERMAN ST
LITTLETON, CO 80121-1032

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Credit Freeze Added

We received your credit freeze request and a freeze is now in place on your TransUnion credit report. It will stay in place until you request its removal.

This is your PIN: ▮▮▮▮▮ Make sure not to lose it. You will need it to make changes to your freeze via phone. You will not need a PIN to make changes online. Simply go to www.transunion.com/creditfreeze where you can find more information or make a change to your freeze. There you will also find instructions for changing your PIN should you need to.

What is a credit freeze?

A credit freeze prevents lenders from checking your credit report in order to open a new account. A freeze may also prevent your information from being released for other inquiries (such as opening a bank account). Federal law allows certain transactions - such as those for insurance purposes - to continue even while a credit freeze is in place, and you'll continue to be able to take advantage of credit monitoring services. If you have a freeze on your credit report, you will need to lift or remove it before you apply for credit.

If I freeze with TransUnion do I need to freeze with the other bureaus?

You can freeze your TransUnion credit report with us, but to freeze your other credit reports you must contact each of the other bureaus. Their information is below.

Equifax
P.O. Box 105788
Atlanta, GA 30348
1-888-298-0045
https://www.freeze.equifax.com

Experian
P.O. Box 9554
Allen, TX 75013
1-888-397-3742
http://www.experian.com/freeze

Plaintiff's Exhibits 000004

| | |
|---|---|
| **File Number:** | 350709791 |
| **Page:** | 2 of 2 |
| **Date Issued:** | 6/12/2020 |

**TransUnion**

We understand you have some questions about freeze exemptions and we wanted to give you some more information. When there is a credit freeze on a TransUnion credit report, there are situations and organizations that are exempt from it.

Your credit report may be released for any of the following reasons or to the following parties even if there is a freeze in place:

- Companies that have a current financial relationship with you. This could include reviewing your account for maintenance, monitoring, increasing credit lines, account upgrades and enhancements, or collecting the financial obligation owed.
- Any Federal, State, or local agency, law enforcement agency, trial court, or private collection agency acting pursuant to a court order, warrant, or subpoena.
- A child support agency acting pursuant to part D of title IV of the Social Security Act.
- A Federal agency or a State or its agents or assigns acting to investigate fraud or acting to investigate or collect delinquent taxes or unpaid court orders or to fulfill any of its other statutory responsibilities, provided such responsibilities are consistent with a permissible purpose under section 604.
- By a person using credit information for the purposes described under section 604(c).
- Any person or entity administering a credit file monitoring subscription or similar service to which the consumer has subscribed.
- Any person or entity for the purpose of providing a consumer with a copy of the consumer's consumer report or credit score, upon the request of the consumer.
- Any person using the information in connection with the underwriting of insurance.
- Any person using the information for employment, tenant, or background screening purposes.
- Any person using the information for assessing, verifying, or authenticating a consumer's identity for purposes other than the granting of credit, or for investigating or preventing actual or potential fraud.

(Note: The current exempted uses listed for your credit freeze may change without notice if there are updated or new laws.)

To change your Transunion Credit Freeze Personal Identification Number (PIN) simply go online to www.transunion.com/creditfreeze. As you would expect, we have made it fast and easy with step by step instructions so you can immediately change your PIN. Alternatively, you may call (888) 909-8872 to request a new PIN through the automated system. You will be asked a series of questions to confirm your identity and, if your responses match, we will send a letter with a replacement PIN to the address on your credit report.

Please note, you will need your PIN to make changes to your freeze via phone. You will not need a PIN to make any changes online.

Still have questions? Go to www.transunion.com/credit-freeze where we share a list of Frequently Asked Questions which will hopefully address any outstanding concerns.





Plaintiff's Exhibits 000005

P CA58N-002 01915-I003830 02/02