WARD V. NCS
EXHIBIT 30

P.O. Box 105069
Atlanta, GA 30348

July 13, 2020

**EQUIFAX**



To Start An Investigation, Please Visit Us At:
www.equifax.com/personal/disputes

000000349 FFECA2007140050090000 01 000000

002761764-2379
ROBBIN U WARD
5390 S SHERMAN ST
LITTLETON, CO 80121-1032

0186029091APP-002761764- 2379 - 3011  - ASD

**EQUIFAX**

CREDIT FILE: July 13, 2020

Confirmation # 0186029091

Dear ROBBIN U WARD:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

* We request that the reporting company verify the accuracy of the information you disputed;

* We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

* We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

* You should contact the reporting companies about the information you believe is fraudulent. Ask them to explain their fraud investigation process and what steps you should take. If they agree the information does not belong to you, have them confirm this to you in writing. You can then send us the written confirmation if the item continues to report on your credit file.
* You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
* You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
* You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.
* You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

Plaintiff's Exhibits 000033

0186029091APP-002761764- 2379 - 3011 - ASD

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may  request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.



For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

*   If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
*   If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
*   If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

**Collection Agency Information**    (This section includes accounts that have been placed for collection with a collection agency.)

**>>**  *We have researched the collection account.  Account # - 4273220  The results are:* We verified that this item belongs to you. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *STATUS DATE *BALANCE DATE *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: *National Credit Systems Inc, 3750 Naturally Fresh Blvd, Atlanta, GA 30349-2964  Phone: (678) 244-2841*

**National Credit Systems Inc      3750 NATURALLY FRESH BLVD  ATLANTA GA 30349-2964 : (678) 244-2841**

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
|---|---|---|---|---|---|
| 4273220 | 07/2020 | 12/2019 | Rental/Leasing | Main Street Renewal LLC | $5,375 |

| Status Date  Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
|---|---|---|---|---|---|
| 07/2020 Unpaid | 07/2019 | 07/2020 | $5,375 | | Individual Account |

ADDITIONAL INFORMATION:

Consumer Disputes This Account Information

*Collection Account*

Plaintiffs Exhibits 000835

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/personal/disputes** or Call us at 866-349-5191.



Plaintiff's Exhibits 000036

0186029091APP-002761764- 2379 - 3011  - ASD

## *State of Colorado - Notice to Colorado Consumers*

If you have requested the credit file and not the credit score, you may request and obtain a credit score.

The charge for the credit score is $0.00. To obtain a credit score from Equifax, call (800) 685-1111. For your convenience, our automated ordering system will facilitate the handling and charging of your request.

You may also mail your request to: Equifax, P.O. Box 105379, Atlanta, GA 30348-5379. Using any other address may delay the processing of your request. The charge for the credit score is $0.00. Please enclose a check for $0.00 payable to Equifax Information Services LLC with your request. Also include your name, address and social security number.

Additional Notice to Consumer:
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past twelve months for any purpose or in the past two years for employment purposes.

You may bring an action to enforce any obligation of Equifax Information Services LLC (Equifax) to you under Colorado law in any court of competent jurisdiction as provided by the federal "Fair Credit Reporting Act" or you may submit a claim to binding arbitration after you have followed all dispute procedures in Colorado law and have received this notice or have followed all of the block procedures in Colorado law, or have followed all of the freeze procedures in Colorado law, in the manner set forth in the rules of the American Arbitration Association to determine whether Equifax met its obligations under applicable law. No decision by an arbitrator pursuant to this section shall affect the validity of any obligations or debts owed to any party. If you are successful in such an arbitration proceeding, you shall be compensated for the costs and attorney fees of the proceeding as determined by the court or arbitration. You may not submit more than one action to arbitration against any consumer-reporting agency during any one-hundred-twenty-day period. The results of an arbitration action brought against a consumer reporting agency doing business in this state shall be communicated in a timely manner with all other consumer reporting agencies doing business in this state. If, as a result of an arbitration a determination is made in your favor, any adverse information in your file or record shall be blocked, removed or stricken in a timely manner, or the consumer report shall be frozen within five days of receipt of such determination by the consumer reporting agency. If such adverse information is not so blocked, removed or stricken, or the file is not frozen, you may bring an action against the non-complying agency pursuant to this section notwithstanding the one-hundred-twenty-day waiting period.

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE



You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:
* Log in or create an account at www.myEquifax.com
* Call us at 1-(888) 298-0045
* Or send a written request that includes your name, address and social security number to:
**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Drives License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

## *State of Colorado - Notice to Colorado Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past twelve months for any purpose or in the past two years for employment purposes.

You may bring an action to enforce any obligation of Equifax Information Services LLC (Equifax) to you under Colorado law in any court of competent jurisdiction as provided by the federal "Fair Credit Reporting Act" or you may submit a claim to binding arbitration after you have followed all dispute procedures in Colorado law and have received this notice or have followed all of the block procedures in Colorado law, or have followed all of the freeze procedures in Colorado law, in the manner set forth in the rules of the American Arbitration Association to determine whether Equifax met its obligations under applicable law. No decision by an arbitrator pursuant to this section shall affect the validity of any obligations or debts owed to any party. If you are successful in such an arbitration proceeding, you shall be compensated for the costs and attorney fees of the proceeding as determined by the court or arbitration. You may not submit more than one action to arbitration against any consumer-reporting agency during any one-hundred-twenty-day period. The results of an arbitration action brought against a consumer reporting agency doing business in this state shall be communicated in a timely manner with all other consumer reporting agencies doing business in this state. If, as a result of an arbitration a determination is made in your favor, any adverse information in your file or record shall be blocked, removed or stricken in a timely manner, or the consumer report shall be frozen within five days of receipt of such determination by the consumer reporting agency. If such adverse information is not so blocked, removed or stricken, or the file is not frozen, you may bring an action against the non-complying agency pursuant to this section notwithstanding the one-hundred-twenty-day waiting period.

Case No. 1:21-cv-02597-NYW-JPO    Document 55-31    filed 11/15/22    USDC Colorado    pg 9 of 28

# EQUIFAX

## CREDIT FILE : July 13, 2020

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | Robbin U Ward |
| Social Security # | XXX-XX-2993    Date of Birth: April 26, 1961 |
| Current Address: | 5390 S Sherman St, Littleton, CO  80121  Reported: 07/2020 |
| Previous Address(es): | 1960 Mittenwald Dr Apt 719, Colorado Springs, CO  80918  Reported: 07/2020 |
| | 229 Cliff Heights Cir, Dallas, TX  75241  Reported: 07/2020 |
| | 5398 S Grant St, Littleton, CO  80121  Reported: 03/2014 |
| Formerly Known As: | Robin A Ward |

**ALERT(s):    Fraud Alert**

**File Blocked For Promotional Purposes**

**Legislative Security Freeze in Place**

Contact Information:  Expiration Date: 09/10/2020 ;  Date Reported: 06/12/2020 ;  Daytime Phone: 219-902-6324 ;

**Please address all future correspondence to:**

www.equifax.com/personal/disputes

Equifax Information Services LLC
P. O. Box 105069
Atlanta, GA 30348

Phone: (877) 528-6481
M - F 9:00am to 5:00pm in your time zone.

**Collection Agency Information**    *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

National Credit Systems Inc;  Collection Reported 07/2020; Assigned 12/2019; Creditor Class - Rental/Leasing; Original Creditor - Main Street Renewal LLC; Amount - $5,375 ; Status as of 07/2020 - Unpaid; Date of 1st Delinquency 07/2019; Balance as of 07/2020 - $5,375 ; Individual Account; Account # - 4273220; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account;  **Address:** 3750 NATURALLY FRESH BLVD  ATLANTA GA 30349-2964 : (678) 244-2841

**Credit Account Information**

**(For your security, the last 4 digits of account number(s) have been replaced by *)** *(This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| Account History Status Code Descriptions | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011 - ASD

**Barclays Bank Delaware**    *PO Box 8803 Wilmington DE 19899-8803 : (888) 232-0780*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 15192135* | 05/05/2012 | $9,453 | $3,000 | | Monthly | 97 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05/2020 | $0 | | 02/2020 | | | | 02/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Authorized User;    ADDITIONAL INFORMATION - Credit Card;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $0 | | | 2/1/2020 | $9,453 | $3,000 | | Credit Card | |
| 05/20 | $0 | | | 2/1/2020 | $9,453 | $3,000 | | Credit Card | |
| 04/20 | $0 | | | 2/1/2020 | $9,453 | $3,000 | | Credit Card | |
| 03/20 | $0 | | $68 | 2/1/2020 | $9,453 | $3,000 | | Credit Card | |
| 02/20 | $34 | $27 | $33 | 1/1/2020 | $9,453 | $3,000 | | Credit Card | |
| 01/20 | $33 | $33 | $1,823 | 1/1/2020 | $9,453 | $3,000 | | Credit Card | |
| 12/19 | $1,676 | $52 | $300 | 11/1/2019 | $9,453 | $3,000 | | Credit Card | |
| 11/19 | $1,940 | $60 | $400 | 10/1/2019 | $9,453 | $3,000 | | Credit Card | |
| 10/19 | $2,298 | $72 | $500 | 9/1/2019 | $9,453 | $3,000 | | Credit Card | |
| 09/19 | $2,748 | $80 | $30 | 8/1/2019 | $9,453 | $3,000 | | Credit Card | |
| 08/19 | $2,507 | $27 | $150 | 7/1/2019 | $9,453 | $3,000 | | Credit Card | |
| 07/19 | $102 | $27 | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 06/19 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 05/19 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 04/19 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |

Plaintiff's Exhibits 000041

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/19 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 02/19 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 01/19 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 12/18 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 11/18 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 10/18 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 09/18 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 08/18 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |
| 07/18 | $0 | | | 2/1/2018 | $9,453 | $3,000 | | Credit Card | |

**B I O Tires/CBNA**    PO Box 6217 SIOUX FALLS SD 57117

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 60 54934426* | 02/06/2016 | $1,321 | $1,600 | | Monthly | 52 | |

| Item# As of Date Reported | Balance Amount | Amount Past Due | Actual Paymnt Amount | Date of Last Paymnt | Scheduled Paymnt Amount | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Date of Last Activity | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2020 | $0 | | | 10/2018 | | | | 10/2018 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 05/20 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 04/20 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 03/20 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |

( Continued On Next Page )

Plaintiff's Exhibits 000042
0186029091APP-0027761764- 2379 - 3011 - ASD

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/20 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 01/20 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 12/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 11/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 10/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 09/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 08/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 07/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 06/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 05/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 04/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 03/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 02/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 01/19 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 12/18 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 11/18 | $0 | | | 10/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 10/18 | $289 | $27 | | 9/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 09/18 | $439 | $27 | | 8/1/2018 | $1,321 | $1,600 | | Charge Account | |

Plaintiff's Exhibits 000043

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $659 | $27 | | 8/1/2018 | $1,321 | $1,600 | | Charge Account | |
| 07/18 | $879 | $27 | | 7/1/2018 | $1,321 | $1,600 | | Charge Account | |

### Citicards CBNA    PO Box 6241 Sioux Falls SD 57117-6241 : (800) 950-5114

Account Number 54241812534 2*

| Date Opened 11/18/2011 | High Credit $3,560 | Credit Limit $5,900 | Terms Duration | Terms Frequency Monthly | | Months Revd 23 | Activity Designator Paid and Closed | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 11/20/2013 | Balance Amount $0 | Amount Past Due | Actual Paymnt Amount | Date of Last Paymnt 06/2013 | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity 06/2013 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Authorized User;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

### Colorado Credit Union    717 17th St 2nd Fl Denver CO 80202-3330 : (303) 978-2274

Account Number 78 840*

| Date Opened 03/24/2017 | High Credit $23,892 | Credit Limit $25,000 | Terms Duration | Terms Frequency Monthly | | Months Revd 33 | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 01/1/2020 | Balance Amount $23,255 | Amount Past Due | Actual Paymnt Amount $200 | Date of Last Paymnt 12/2019 | Scheduled Paymnt Amount $155 | Date of 1st Delinquency | Date of Last Activity 01/2020 | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Home Equity Line Of Credit; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Home Equity Line Of Credit; Whose Account - Home Equity Line Of Credit; Type of Loan - Home Equity Line Of Credit; Line of Credit;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | No Data Available | | | | | | | | |
| 05/20 | No Data Available | | | | | | | | |
| 04/20 | No Data Available | | | | | | | | |
| 03/20 | No Data Available | | | | | | | | |
| 02/20 | No Data Available | | | | | | | | |
| 01/20 | $23,255 | $155 | $200 | 12/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 12/19 | $23,345 | $155 | $200 | 11/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |

Plaintiff's Exhibits 000044

( Continued On Next Page )

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/19 | $23,420 | $158 | $200 | 10/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 10/19 | $23,509 | $162 | $200 | 9/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 09/19 | $23,584 | $162 | $200 | 8/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 08/19 | $23,651 | $166 | $200 | 7/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 07/19 | $23,635 | $166 | $200 | 6/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 06/19 | $23,518 | $164 | $200 | 5/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 05/19 | $23,547 | $164 | $200 | 4/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 04/19 | No Data Available | | | | | | | | |
| 03/19 | $23,321 | $162 | $200 | 2/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 02/19 | $23,240 | $162 | $200 | 1/1/2019 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 01/19 | $23,292 | $157 | $200 | 12/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 12/18 | $23,105 | $157 | $200 | 11/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 11/18 | $23,178 | $157 | $200 | 10/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 10/18 | $23,266 | $154 | $200 | 9/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 09/18 | $23,347 | $154 | $200 | 8/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 08/18 | $23,427 | $154 | $200 | 7/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |
| 07/18 | $23,514 | $152 | $200 | 6/1/2018 | $23,892 | $25,000 | | Home Equity Line Of Credit | |

Plaintiff's Exhibits 000045

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD

Case No. 1:21-cv-02597-NYW-JPO   Document 55-31   filed 11/15/22   USDC Colorado
pg 15 of 28

**Discover Bank**   PO Box 15316 Wilmington DE 19850-5316

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 601100010275* | 06/06/2013 | $4,660 | $4,750 | | Monthly | 84 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/2020 | $200 | | 06/2020 | | $35 | | 06/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Authorized User;   ADDITIONAL INFORMATION - Credit Card;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $200 | $35 | | 6/1/2020 | $4,660 | $4,750 | | Credit Card | |
| 05/20 | $57 | $35 | | 4/1/2020 | $4,660 | $4,750 | | Credit Card | |
| 04/20 | $0 | | | 4/1/2020 | $4,660 | $4,750 | | Credit Card | |
| 03/20 | $57 | $35 | | 3/1/2020 | $4,660 | $4,750 | | Credit Card | |
| 02/20 | $21 | $21 | | 1/1/2020 | $4,660 | $4,750 | | Credit Card | |
| 01/20 | $4,660 | $94 | | 1/1/2020 | $4,660 | $4,750 | | Credit Card | |
| 12/19 | $3,770 | $76 | | 12/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 11/19 | $3,228 | $65 | | 11/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 10/19 | $3,287 | $66 | | 10/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 09/19 | $3,050 | $61 | | 9/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 08/19 | $2,193 | $47 | | 8/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 07/19 | $1,972 | $42 | | 7/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 06/19 | $1,431 | $37 | | 6/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 05/19 | $738 | $35 | | 5/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 04/19 | $808 | $35 | | 4/1/2019 | $4,575 | $4,750 | | Credit Card | |

Plaintiff's Exhibit 000046

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/19 | $1,270 | $37 | | 3/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 02/19 | $1,125 | $35 | | 2/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 01/19 | $476 | $35 | | 1/1/2019 | $4,575 | $4,750 | | Credit Card | |
| 12/18 | No Data Available | | | | | | | | |
| 11/18 | $0 | | | 11/1/2018 | $4,575 | $4,750 | | Credit Card | |
| 10/18 | $318 | $35 | | 10/1/2018 | $4,575 | $4,750 | | Credit Card | |
| 09/18 | $514 | $35 | | 9/1/2018 | $4,575 | $4,750 | | Credit Card | |
| 08/18 | $128 | $35 | | 8/1/2018 | $4,575 | $4,750 | | Credit Card | |
| 07/18 | $247 | $35 | | 7/1/2018 | $4,575 | $4,750 | | Credit Card | |

**Firstbank of Westland N.A.**    10403 W Colfax Ave Lakewood CO 80215-3811 : (303) 232-2000

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 480379380925* | | 02/18/2014 | $2,250 | $2,500 | | | Monthly | | 76 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2020 | $0 | | 06/2020 | $16 | | | 06/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Credit Card;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $0 | | $16 | 6/1/2020 | $2,250 | $2,500 | | Credit Card | |
| 05/20 | $16 | $16 | $16 | 5/1/2020 | $2,250 | $2,500 | | Credit Card | |
| 04/20 | $0 | | $16 | 4/1/2020 | $2,250 | $2,500 | | Credit Card | |
| 03/20 | $16 | $16 | $66 | 3/1/2020 | $2,250 | $2,500 | | Credit Card | |

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/20 | $50 | $20 | $1,801 | 2/1/2020 | $2,250 | $2,500 | | Credit Card | |
| 01/20 | $1,801 | $54 | $200 | 1/1/2020 | $2,250 | $2,500 | | Credit Card | |
| 12/19 | $1,910 | $57 | $400 | 12/1/2019 | $2,250 | $2,500 | | Credit Card | |
| 11/19 | $1,878 | $56 | $57 | 11/1/2019 | $1,878 | $2,500 | | Credit Card | |
| 10/19 | $1,859 | $56 | $54 | 10/1/2019 | $1,872 | $2,500 | | Credit Card | |
| 09/19 | $1,806 | $54 | $100 | 9/1/2019 | $1,831 | $2,500 | | Credit Card | |
| 08/19 | $1,831 | $55 | $60 | 8/1/2019 | $1,831 | $2,500 | | Credit Card | |
| 07/19 | $1,799 | $54 | $52 | 7/1/2019 | $1,810 | $2,500 | | Credit Card | |
| 06/19 | $1,735 | $52 | $100 | 6/1/2019 | $1,810 | $2,500 | | Credit Card | |
| 05/19 | $1,684 | $51 | $45 | 5/1/2019 | $1,691 | $2,500 | | Credit Card | |
| 04/19 | $1,485 | $45 | | 3/1/2019 | $1,674 | $2,500 | | Credit Card | |
| 03/19 | No Data Available | | | | | | | | |
| 02/19 | $1,456 | $44 | $220 | 2/1/2019 | $1,674 | $2,500 | | Credit Card | |
| 01/19 | $1,510 | $45 | $109 | 1/1/2019 | $1,674 | $2,500 | | Credit Card | |
| 12/18 | $1,090 | $33 | $150 | 12/1/2018 | $1,674 | $2,500 | | Credit Card | |
| 11/18 | $1,047 | $31 | $100 | 11/1/2018 | $1,674 | $2,500 | | Credit Card | |
| 10/18 | $1,116 | $33 | $100 | 10/1/2018 | $1,674 | $2,500 | | Credit Card | |
| 09/18 | $1,136 | $34 | $300 | 9/1/2018 | $1,674 | $2,500 | | Credit Card | |

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD

Plaintiff's Exhibits 000048

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $1,306 | $39 | $100 | 8/1/2018 | $1,674 | $2,500 | | Credit Card | |
| 07/18 | $1,324 | $40 | $200 | 7/1/2018 | $1,674 | $2,500 | | Credit Card | |

**Freedom Mortgage**    *10500 Kincaid Dr Ste 3 Fishers IN 46037-9764 ; (317) 537-3748*

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9305* | | 12/10/2015 | $268,300 | | | 30Y | Monthly | | 48 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $0 | | 01/2020 | $246,103 | | | 01/2020 | | | | | | 01/2020 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | No Data Available | | | | | | | | |
| 05/20 | No Data Available | | | | | | | | |
| 04/20 | No Data Available | | | | | | | | |
| 03/20 | No Data Available | | | | | | | | |
| 02/20 | No Data Available | | | | | | | | |
| 01/20 | No Data Available | | | | | | | | |
| 12/19 | $245,144 | $2,236 | $2,300 | 12/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 11/19 | $245,640 | $2,236 | $2,300 | 11/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 10/19 | $246,134 | $2,236 | $2,400 | 10/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |

Plaintiff's Exhibits 000049

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011 - ASD



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/19 | $246,726 | $2,236 | $2,300 | 9/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 08/19 | $247,216 | $2,236 | $2,300 | 8/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 07/19 | $247,704 | $2,236 | $2,300 | 7/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 06/19 | $248,190 | $2,236 | $2,300 | 6/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 05/19 | $248,674 | $2,236 | $2,300 | 5/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 04/19 | $249,157 | $1,870 | $2,300 | 4/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 03/19 | $250,003 | $1,870 | $1,900 | 3/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 02/19 | $250,447 | $1,870 | $1,900 | 2/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 01/19 | $250,889 | $1,696 | $1,900 | 1/1/2019 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 12/18 | $251,503 | $1,696 | $1,800 | 12/1/2018 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 11/18 | $252,016 | $1,696 | $1,800 | 11/1/2018 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 10/18 | $252,526 | $1,696 | $1,800 | 10/1/2018 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |
| 09/18 | $253,034 | $1,696 | $1,800 | 9/1/2018 | $268,300 | | | Conventional Re Mortgage | |
| Additional Information: Fannie Mae Account | | | | | | | | | |

( Continued On Next Page )

Plaintiff's Exhibits 000050

0186029091APP-002761764- 2379 - 3011 - ASD

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $253,540 | $1,696 | $1,800 | 8/1/2018 | $268,300 | | | Conventional Re Mortgage | |

Additional Information: Fannie Mae Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | $254,044 | $1,696 | $1,800 | 7/1/2018 | $268,300 | | | Conventional Re Mortgage | |

Additional Information: Fannie Mae Account

### Jpmcb - Card Services    PO BOX 15369 WILMINGTON DE 19850-5369 : (800) 945-2000

Account Number 426684160032*

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 02/09/2019 | $5,129 | $8,700 | | Monthly | 16 | | |

| Items As of / Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Date of 1st Delinquency | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2020 | $1,085 | | 06/2020 | | | $35 | 07/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Credit Card;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $0 | | | 6/1/2020 | $5,129 | $8,700 | | Credit Card | |
| 05/20 | $0 | | | 5/1/2020 | $5,129 | $8,700 | | Credit Card | |
| 04/20 | $0 | | | 4/1/2020 | $5,129 | $8,700 | | Credit Card | |
| 03/20 | $69 | $35 | | 2/1/2020 | $5,129 | $8,700 | | Credit Card | |
| 02/20 | $0 | | | 2/1/2020 | $5,129 | $8,700 | | Credit Card | |
| 01/20 | $3,523 | $134 | | 12/1/2019 | $3,523 | $8,700 | | Credit Card | |
| 12/19 | $3,424 | $104 | | 12/1/2019 | $3,503 | $8,700 | | Credit Card | |
| 11/19 | $3,372 | $101 | | 10/1/2019 | $3,454 | $8,700 | | Credit Card | |
| 10/19 | $2,726 | $82 | | 9/1/2019 | $2,821 | $8,700 | | Credit Card | |
| 09/19 | $2,701 | $84 | | 8/1/2019 | $2,719 | $8,700 | | Credit Card | |

Plaintiff's Exhibits 000051

0186029091 APP-0027761764- 2379 - 3011 - ASD

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/19 | $2,719 | $72 | | 7/1/2019 | $2,719 | $6,200 | | Credit Card | |
| 07/19 | $621 | $25 | | 7/1/2019 | $1,424 | $6,200 | | Credit Card | |
| 06/19 | $1,037 | $34 | | 5/1/2019 | $1,424 | $6,200 | | Credit Card | |
| 05/19 | $1,238 | $61 | | 3/1/2019 | $1,424 | $6,200 | | Credit Card | |
| 04/19 | $799 | $25 | | 3/1/2019 | $1,424 | $6,200 | | Credit Card | |
| 03/19 | $69 | $25 | | | $69 | $6,200 | | Credit Card | |

**Jpmcb - Card Services**     PO BOX 15369 WILMINGTON DE 19850-5369 : (800) 945-2000

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 4225684145913* | 02/03/2016 | $0 | $3,200 | | Monthly | | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02/2016 | $0 | | | | | | | | | | | | 02/2016 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Authorized User;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

**Syncb/JC Penneys**     PO Box 965036 Orlando FL 32896-5036 : (866) 396-8254

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 600889140580* | 11/23/2018 | $346 | $2,200 | | Monthly | 20 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/2020 | $0 | | 01/2020 | | | | 01/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $0 | | | 1/1/2020 | $346 | $2,200 | | Charge Account | |
| 05/20 | $0 | | | 1/1/2020 | $346 | $2,200 | | Charge Account | |
| 04/20 | $0 | | | 1/1/2020 | $346 | $2,200 | | Charge Account | |

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/20 | $0 | | | 1/1/2020 | $346 | $2,200 | | Charge Account | |
| 02/20 | $0 | | $19 | 1/1/2020 | $346 | $2,200 | | Charge Account | |
| 01/20 | $19 | $19 | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 12/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 11/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 10/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 09/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 08/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 07/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 06/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 05/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 04/19 | $0 | | | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 03/19 | $0 | | $121 | 2/1/2019 | $346 | $2,200 | | Charge Account | |
| 02/19 | $121 | $27 | $53 | 1/1/2019 | $346 | $2,200 | | Charge Account | |
| 01/19 | $80 | $38 | | 12/1/2018 | $346 | $2,200 | | Charge Account | |
| 12/18 | $319 | $27 | | | $319 | $1,900 | | Charge Account | |
| 11/18 | $319 | | | | $319 | $1,900 | | Charge Account | |

Plaintiff's Exhibits 009053



**Syncb/Lowes    PO Box 965036 Orlando FL 32896-5036 : (866) 396-8254**

| Account Number 798192406916* | Date Opened 09/11/2016 | High Credit $1,600 | Credit Limit $5,800 | Terms Duration | Terms Frequency Monthly | Months Revd 45 | Activity Designator | Creditor Classification 45 | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 06/15/2020 | Balance Amount $769 | Amount Past Due | Date of Last Paymnt 06/2020 | Actual Paymnt Amount $193 | Scheduled Paymnt Amount $28 | Date Maj. Del. 1st Rptd | Date of Last Activity 06/2020 | Date of 1st Delinquency | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

**Historical Account Information**

| Balance | | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $769 | $28 | $193 | 6/1/2020 | $1,600 | $5,800 | | Charge Account | |
| 05/20 | $144 | $28 | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 04/20 | $0 | | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 03/20 | $0 | | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 02/20 | $0 | | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 01/20 | $0 | | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 12/19 | $0 | | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 11/19 | $0 | | | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 10/19 | $0 | | $398 | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 09/19 | $398 | $39 | $30 | 9/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 08/19 | $428 | $28 | | 8/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 07/19 | $858 | $25 | $30 | 7/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 06/19 | $883 | $25 | $200 | 6/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 05/19 | $1,076 | $25 | $200 | 5/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 04/19 | $1,264 | $60 | $200 | 4/1/2019 | $1,600 | $5,800 | | Charge Account | |

Plaintiff's Exhibits 000054

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011 - ASD

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/19 | $1,418 | $32 | $200 | 3/1/2019 | $1,600 | $5,800 | | Charge Account | |
| 02/19 | $1,458 | $26 | $100 | 2/1/2019 | $1,548 | $4,700 | | Charge Account | |
| 01/19 | $947 | $25 | $400 | 1/1/2019 | $1,178 | $4,700 | | Charge Account | |
| 12/18 | No Data Available | | | | | | | | |
| 11/18 | $1,032 | $25 | $161 | 11/1/2018 | $1,077 | $3,700 | | Charge Account | |
| 10/18 | $161 | $25 | | 8/1/2018 | $1,077 | $3,700 | | Charge Account | |
| 09/18 | $0 | | | 8/1/2018 | $1,077 | $3,700 | | Charge Account | |
| 08/18 | $0 | | $90 | 8/1/2018 | $1,077 | $3,700 | | Charge Account | |
| 07/18 | $90 | $25 | | 8/1/2017 | $1,077 | $3,700 | | Charge Account | |

**TD Bank USA/Target Credit**      PO Box 673 Minneapolis MN 55440-0673 : (800) 424-6888

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 585975207031* | 12/22/2012 | $1,060 | $2,100 | | Monthly | 89 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/20/2020 | $0 | | 06/2020 | $58 | | | 06/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Credit Card;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $0 | | $58 | 6/1/2020 | $1,060 | $2,100 | | Credit Card | |
| 05/20 | $0 | | $107 | 5/1/2020 | $1,060 | $2,100 | | Credit Card | |
| 04/20 | $106 | $29 | $121 | 4/1/2020 | $1,060 | $2,100 | | Credit Card | |
| 03/20 | $121 | $29 | $359 | 3/1/2020 | $1,060 | $2,100 | | Credit Card | |

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011 - ASD

Case No. 1:21-cv-02597-NYW-JPO    Document 55-31    filed 11/15/22    USDC Colorado    pg 25 of 28



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/20 | $359 | $29 | $315 | 2/1/2020 | $1,060 | $2,100 | | Credit Card | |
| 01/20 | $315 | $28 | $541 | 1/1/2020 | $1,060 | $2,100 | | Credit Card | |
| 12/19 | $541 | $28 | $108 | 12/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 11/19 | $108 | $28 | $450 | 11/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 10/19 | $502 | $28 | $28 | 10/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 09/19 | $90 | $28 | $60 | 9/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 08/19 | $49 | $28 | $15 | 8/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 07/19 | $15 | $15 | $479 | 7/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 06/19 | $479 | $28 | | 5/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 05/19 | $0 | | $96 | 5/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 04/19 | $96 | $28 | $242 | 4/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 03/19 | $242 | $28 | $103 | 3/1/2019 | $1,060 | $2,100 | | Credit Card | |
| 02/19 | $103 | $28 | $394 | 2/1/2019 | $1,060 | $1,600 | | Credit Card | |
| 01/19 | $394 | $27 | $300 | 1/1/2019 | $1,060 | $1,600 | | Credit Card | |
| 12/18 | $686 | $27 | $374 | 12/1/2018 | $1,060 | $1,600 | | Credit Card | |
| 11/18 | $174 | $27 | $93 | 11/1/2018 | $1,036 | $1,600 | | Credit Card | |
| 10/18 | $93 | $27 | | 9/1/2018 | $1,036 | $1,100 | | Credit Card | |
| 09/18 | $0 | | $289 | 9/1/2018 | $1,036 | $1,100 | | Credit Card | |

Plaintiff's Exhibits 000056

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $237 | $27 | $278 | 7/1/2018 | $1,036 | $1,100 | | Credit Card | |
| 07/18 | $278 | $27 | | 6/1/2018 | $1,036 | $1,100 | | Credit Card | |

**Wells FARGO Home Mortgage**   PO Box 10335 Des Moines IA 50306-0335 : (800) 288-3212

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 936060053* | 01/21/2020 | $310,000 | | 30Y | Monthly | 4 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/2020 | $307,410 | | 05/2020 | $2,200 | $1,973 | | 06/2020 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Real Estate Mortgage; Fixed Rate;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/20 | $307,410 | $1,973 | $2,200 | 5/1/2020 | $310,000 | | | Conventional Re Mortgage | |

Additional Information: Freddie Mac Account; Fixed Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/20 | $308,061 | $1,973 | | 4/1/2020 | $310,000 | | | Conventional Re Mortgage | |

Additional Information: Freddie Mac Account; Fixed Rate

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

**Inquiries that may impact your credit rating/score.**
These are inquiries made by companies to whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Company Information | Inquiry Date(s) |
|---|---|
| Advantage Credit::FAIRWAY INDEPENDENT 32065 CASTLE CT STE 300  EVERGREEN, CO 80439--350 | 06/08/2020   12/16/2019 |
| Equifax Mortgage Services::FREEDOM MORTGAGE CO EMS FREEDOM MORTGAGE CO 815 E GATE DR STE 102 MOUNT LAUREL, NJ 08054--124 | 12/03/2019 |
| Advantage Credit,inc::FAIRWAY INDEPENDENT 7100 E Belleview Ave Ste 2 Greenwood Village, CO 80111-1632 | 04/25/2019 |

( Continued On Next Page )

Page 26 of 36

0186029091APP-002761764- 2379 - 3011 - ASD

## Inquiries that do not impact your credit rating/score.

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

### Company Information - Prefix Descriptions:

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Equifax<br>PO Box 740250 Atlanta, GA 30374-0250 | 07/13/2020 | 07/04/2020 | 06/12/2020 | 06/12/2020 | 06/12/2020 | 06/10/2020 | | |
| AR-Private LBL Retail/Citibank Na<br>PO Box 6497 Sioux Falls, SD 57117-6497 Phone: (423) 467-8484 | 06/28/2020 | 05/28/2020 | 04/28/2020 | 03/28/2020 | 02/28/2020 | 01/27/2020 | 12/29/2019 | 11/28/2019 |
| | 10/31/2019 | 09/28/2019 | 08/28/2019 | 07/29/2019 | | | | |

Plaintiff's Exhibits 000058

( Continued On Next Page )

0186029091APP-002761764- 2379 - 3011  - ASD

| Company Information | Inquiry Date(s) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CONS RPT-Credit Karma, Inc<br>760 MARKET ST  SAN FRANCISCO, CA 94102--240 | 06/13/2020 | 06/12/2020 | 06/11/2020 | 06/10/2020 | 06/09/2020 | 06/07/2020 | 06/05/2020 | 06/04/2020 |
| | 06/02/2020 | 05/23/2020 | 05/22/2020 | 04/29/2020 | 04/22/2020 | 04/21/2020 | 04/17/2020 | 04/07/2020 |
| | 04/04/2020 | 03/31/2020 | 03/29/2020 | 03/22/2020 | 03/20/2020 | 03/18/2020 | 03/13/2020 | 03/08/2020 |
| | 03/07/2020 | 03/04/2020 | 02/29/2020 | 02/22/2020 | 02/20/2020 | 02/18/2020 | 02/16/2020 | 02/11/2020 |
| | 02/09/2020 | 02/07/2020 | 02/06/2020 | 01/31/2020 | 01/13/2020 | 01/12/2020 | 01/10/2020 | 01/08/2020 |
| | 01/07/2020 | 01/04/2020 | 01/02/2020 | 01/01/2020 | 12/22/2019 | 12/20/2019 | 12/03/2019 | 12/02/2019 |
| | 11/22/2019 | 11/20/2019 | 11/17/2019 | 11/13/2019 | 11/10/2019 | 11/08/2019 | 11/02/2019 | 10/31/2019 |
| | 10/25/2019 | 10/12/2019 | 10/08/2019 | 10/04/2019 | 10/02/2019 | | | |
| Trusted ID/Equifax<br>EQUIFAX / TRUSTED ID 1201 W PEACHTREE ST NW # 1201 ATLANTA, GA 30309--344 | 06/10/2020 | | | | | | | |
| CONS RPT-Equifax Consumer Services<br>1550 PEACHTREE ST NW  ATLANTA, GA 30309--240 | 06/10/2020 | | | | | | | |
| ND-Equifax<br>PO BOX 740250  ATLANTA, GA 30374-0250  Phone: (800) 685-1111 | 06/10/2020 | | | | | | | |
| AR-Equifax<br>PO Box 740241  Atlanta, GA 30374-0241  Phone: (800) 685-1111 | 05/15/2020 | | | | | | | |
| ND-Advantage Credit::FAIRWAY INDEPENDENT<br>32065 Castle Ct Ste 300  Evergreen, CO 80439-3501 | 01/13/2020 | | | | | | | |
| AR-Equifax Mortgage Services::FREEDOM MORTGAGE CO<br>EAST GATE CORPORATE CENTER 815 E GATE DR STE 102 MOUNT LAUREL, NJ 08054--124 | 12/03/2019 | | | | | | | |

Plaintiff's Exhibits 000059

**** End of Credit File ****

0186029091APP-002761764- 2379 - 3011  - ASD