WARD V. NCS
EXHIBIT 31

PO Box 9701
Allen, TX 75013



ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN E WARD
### Your Credit Report
### Report # **1864-6306-72** for **06/10/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current | **150** | Account 150 days past due | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Account 30 days past due | **180** | Account 180 days past due | **R** | Repossession | **C** | Collection |
| **60** | Account 60 days past due | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Account 90 days past due | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Account 120 days past due | **F** | Foreclosed | **G** | Claim filed with government | **ND** | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## **Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

0184136739

**ROBBIN E WARD | Report # 1864-6306-72 for 06/10/20**

| | | |
|---|---|---|
| **Date opened** Dec 2019 | **First reported** Feb 2020 | **Recent balance** $5,375 as of Jun 2020 |
| **Address ID #** 0618403931 | **Terms** 1 Months | **Status** Collection account. $5,375 past due as of Jun 2020. |
| **Original creditor** MAIN STREET RENEWAL LLC | **Monthly payment** Not reported | This account is scheduled to continue on record until Apr 2026. |
| **Type** Collection | **Credit limit or original amount** $5,375 | **Date of Status** Dec 2019 |
| **Responsibility** Individual | **High balance** Not reported | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA – Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

The original amount of this account was $5,375

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

| | | | |
|---|---|---|---|
| **Date opened** May 2012 | **Responsibility** Authorized user | **Monthly payment** Not reported | **Recent balance** $0 /paid as of Jun 2020 |
| **Address ID #** 0152940643 | **First reported** Dec 2013 | **Credit limit or original amount** $3,000 | **Status** Open/Never late. |
| **Type** Credit card | **Terms** Not reported | **High balance** $9,453 | **Date of Status** Jun 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 | 2,507 | 102 | 0 | 0 | 0 | 0 |
| DPR | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 | 27 | 27 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 | 150 | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $3,000

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

| | | | |
|---|---|---|---|
| **Date opened** Feb 2016 | **Responsibility** Individual | **Monthly payment** Not reported | **Recent balance** $0 /paid as of Jun 2020 |
| **Address ID #** 0152940643 | **First reported** Mar 2016 | **Credit limit or original amount** $1,600 | **Status** Open/Never late. |
| **Type** Charge Card | **Terms** Not reported | **High balance** $1,321 | **Date of Status** Jun 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 289 | 439 | 659 | 879 | 1,100 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Sep20 | Aug27 | Aug02 | Jul02 | May21 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $1,600

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

| | | | |
|---|---|---|---|
| **Date opened** Nov 2011 | **Responsibility** Authorized user | **Monthly payment** Not reported | **Recent balance** Not reported |
| **Address ID #** 0152940643 | **First reported** Sep 2012 | **Credit limit or original amount** $5,900 | **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Aug 2023. |
| **Type** Credit card | **Terms** Not reported | **High balance** $3,560 | **Comment** Account closed at consumer's request. |
| | | | **Date of Status** Aug 2013 |

0184136739

EXP-WARD 000002

**ROBBIN E WARD** | Report # **1864-6306-72** for **06/10/20**

## COLORADO CU/ MDT Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

| | |
|---|---|
| **Date opened** Mar 2017 | **Responsibility** Joint with MEGAN HENDERSON |
| **Address ID #** 0152940643 | **First reported** Apr 2017 |
| **Type** Home Equity | **Terms** Not reported |

| | |
|---|---|
| **Monthly payment** Not reported | **Recent balance** Not reported |
| **Credit limit or original amount** $25,000 | **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Jan 2030. |
| **High balance** $23,892 | **Date of Status** Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 | 23,105 | 23,178 | 23,266 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 | Nov13 | Oct112 | Sep13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 | 157 | 157 | 154 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 23,347 | 23,427 | 23,514 | 23,592 |
| DPR | Aug13 | Jul13 | Jun13 | May11 |
| SPA ($) | 154 | 154 | 152 | 152 |
| AAP ($) | 200 | 200 | 200 | 200 |

*Between Jun 2018 and Dec 2019, your credit limit/high balance was $25,000*

## DISCOVER FINANCIAL SERVICES Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

| | |
|---|---|
| **Date opened** Jun 2013 | **Responsibility** Authorized user |
| **Address ID #** 0152940643 | **First reported** Jun 2013 |
| **Type** Credit card | **Terms** Not reported |

| | |
|---|---|
| **Monthly payment** $35 | **Recent balance** $57 as of May 2020 |
| **Credit limit or original amount** $4,750 | **Status** Open/Never late. |
| **High balance** $4,660 | **Date of Status** May 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 | 2,193 | 1,972 | 1,431 | 738 | 808 | 1,270 | 1,125 |
| DPR | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 | Aug13 | Jul11 | Jun12 | May13 | Apr09 | Mar12 | Feb11 |
| SPA ($) | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 | 47 | 42 | 37 | 35 | 35 | 37 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 690 | 0 | 318 | 514 | 128 | 247 | 401 |
| DPR | Jan13 | Nov09 | Nov09 | Oct10 | Sep12 | Aug13 | Jul13 | Jun13 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jun 2018 and Apr 2020, your credit limit/high balance was $4,750*

## FIRSTBANK Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 No phone # available

| | |
|---|---|
| **Date opened** Feb 2014 | **Responsibility** Joint with MEGAN HENDERSON |
| **Address ID #** 0152940643 | **First reported** Feb 2014 |
| **Type** Credit card | **Terms** Not reported |
| | **Recent payment** $16 |

| | |
|---|---|
| **Monthly payment** $16 | **Recent balance** $16 as of May 2020 |
| **Credit limit or original amount** $2,500 | **Status** Open/Never late. |
| **High balance** $2,250 | **Date of Status** May 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 | 1,831 | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 | 1,456 |
| DPR | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 | Aug20 | Jul22 | Jun26 | May28 | Mar20 | Mar20 | Feb11 |
| SPA ($) | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 | 55 | 54 | 52 | 51 | 45 | 45 | 44 |
| AAP ($) | 16 | 66 | 1,801 | 200 | 400 | 57 | 54 | 100 | 60 | 52 | 100 | 45 | ND | 150 | 220 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,510 | 1,090 | 1,047 | 1,116 | 1,136 | 1,306 | 1,324 | 1,209 |
| DPR | Jan18 | Dec27 | Nov28 | Oct22 | Sep21 | Aug21 | Jul20 | Jun12 |
| SPA ($) | 45 | 33 | 31 | 33 | 34 | 39 | 40 | 36 |
| AAP ($) | 109 | 150 | 100 | 100 | 300 | 100 | 200 | 1,015 |

*Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,500*

## FREEDOM MORTGAGE CORP Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

**ROBBIN E WARD** | Report # **1864-6306-72** for **06/10/20**

**Date opened**
Dec 2015
**Address ID #**
0152940643
**Fannie Mae ID**
1736222572
**Type**
Mortgage

**Responsibility**
Joint with
MEGAN HENDERSON
**First reported**
Apr 2016
**Terms**
30 Years

**Monthly payment**
Not reported
**Credit limit or original amount**
$268,300
**High balance**
Not reported

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to
continue on record until Jan 2030.
**Date of Status**
Jan 2020

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Dec19   | Nov19   | Oct19   | Sep19   | Aug19   | Jul19   | Jun19   | May19   | Apr19   | Mar19   | Feb19   | Jan19   | Dec18   | Nov18   | Oct18   |
|----------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| AB ($)   | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 | 251,503 | 252,016 | 252,526 |
| DPR      | Dec23   | Nov22   | Oct18   | Sep23   | Aug23   | Jul22   | Jun21   | May21   | Apr22   | Mar22   | Feb20   | Jan23   | Dec20   | Nov20   | Oct22   |
| SPA ($)  | 2,236   | 2,236   | 2,236   | 2,236   | 2,236   | 2,236   | 2,236   | 2,236   | 1,870   | 1,870   | 1,870   | 1,696   | 1,696   | 1,696   | 1,696   |
| AAP ($)  | 2,300   | 2,300   | 2,400   | 2,300   | 2,300   | 2,300   | 2,300   | 2,300   | 2,300   | 1,900   | 1,900   | 1,900   | 1,800   | 1,800   | 1,800   |
|          | Sep18   | Aug18   | Jul18   | Jun18   |         |         |         |         |         |         |         |         |         |         |         |
| AB ($)   | 253,034 | 253,540 | 254,044 | 254,547 |         |         |         |         |         |         |         |         |         |         |         |
| DPR      | Sep20   | Aug21   | Jul23   | Jun21   |         |         |         |         |         |         |         |         |         |         |         |
| SPA ($)  | 1,696   | 1,696   | 1,696   | 1,696   |         |         |         |         |         |         |         |         |         |         |         |
| AAP ($)  | 1,800   | 1,800   | 1,800   | 1,800   |         |         |         |         |         |         |         |         |         |         |         |

The original amount of this account was $268,300

**JPMCB CARD** Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**Date opened**
Feb 2016
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Mar 2016
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$3,200
**High balance**
Not reported

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to
continue on record until Mar 2026.
**Comment**
Account closed at consumer's
request.
**Date of Status**
Mar 2016

**JPMCB CARD** Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**Date opened**
Feb 2019
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Individual
**First reported**
Mar 2019
**Terms**
Not reported

**Monthly payment**
$35
**Credit limit or original amount**
$8,700
**High balance**
$5,129

**Recent balance**
$46 as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 0     | 0     | 69    | 0     | 0     | 3,424 | 3,372 | 2,726 | 2,701 | 2,719 | 621   | 1,037 | 1,238 | 799   | 0     |
| DPR      | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 | Aug23 | Jul22 | Jul03 | May26 | Mar31 | Mar31 | Mar31 |
| SPA ($)  | 0     | 0     | 35    | 134   | 134   | 104   | 101   | 82    | 84    | 72    | 25    | 34    | 61    | 25    | 25    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
|          | Mar19 |       |       |       |       |       |       |       |       |       |       |       |       |       |       |
| AB ($)   | 69    |       |       |       |       |       |       |       |       |       |       |       |       |       |       |
| DPR      | ND    |       |       |       |       |       |       |       |       |       |       |       |       |       |       |
| SPA ($)  | 25    |       |       |       |       |       |       |       |       |       |       |       |       |       |       |
| AAP ($)  | ND    |       |       |       |       |       |       |       |       |       |       |       |       |       |       |

Between Sep 2019 and May 2020, your credit limit/high balance was $8,700        Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200

**SYNCB/JCPENNEY** Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

**Date opened**
Nov 2018
**Address ID #**
0152940643
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Nov 2018
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$2,200
**High balance**
$346

**Recent balance**
$0 /paid as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 0     | 0     | 0     | 0     | 19    | 0     | 0     | 0     | 0     | 0     | 0     | 0     | 0     | 0     | 0     |
| DPR      | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($)  | 0     | 19    | 19    | 19    | 19    | 27    | 27    | 27    | 27    | 27    | 27    | 27    | 27    | 27    | 27    |
| AAP ($)  | ND    | ND    | ND    | 19    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | 121   |

EXP-WARD 000004

**ROBBIN E WARD | Report # 1864-6306-72 for 06/10/20**

| | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|
| AB ($) | 121 | 80 | 319 | 319 |
| DPR | Jan22 | Dec31 | ND | ND |
| SPA ($) | 27 | 38 | 27 | ND |
| AAP ($) | 53 | ND | ND | ND |

Between Jan 2019 and May 2020, your credit limit/high balance was $2,200    Between Nov 2018 and Dec 2018, your credit limit/high balance was $1,900

## SYNCB/LOWES Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

| | | |
|---|---|---|
| **Date opened** Sep 2016 | **Responsibility** Individual | **Monthly payment** $28 |
| **Address ID #** 0152940643 | **First reported** Sep 2016 | **Credit limit or original amount** $5,800 |
| **Type** Charge Card | **Terms** Not reported | **High balance** $1,600 |

**Recent balance** $144 as of May 2020
**Status** Open/Never late.
**Date of Status** May 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 428 | 858 | 883 | 1,076 | 1,264 | 1,418 | 1,458 |
| DPR | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep08 | Aug09 | Jul09 | Jun09 | May08 | Apr10 | Mar10 | Feb08 |
| SPA ($) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 28 | 25 | 25 | 25 | 60 | 32 | 26 |
| AAP ($) | ND | ND | ND | ND | ND | ND | 398 | 30 | ND | 30 | 200 | 200 | 200 | 200 | 100 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 947 | 1,178 | 1,032 | 161 | 0 | 0 | 90 | 0 |
| DPR | Jan01 | Nov04 | Nov04 | Aug09 | Aug09 | Aug09 | Aug30 | Aug30 |
| SPA ($) | 25 | 37 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 400 | ND | 161 | ND | ND | ND | 90 | ND |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $5,800    Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700
Between Jun 2018 and Dec 2018, your credit limit/high balance was $3,700

## TD BANK USA/TARGETCREDIT Partial Acct # 585975207031.... PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

| | | |
|---|---|---|
| **Date opened** Dec 2012 | **Responsibility** Individual | **Monthly payment** Not reported |
| **Address ID #** 0152940643 | **First reported** Jan 2013 | **Credit limit or original amount** $2,100 |
| **Type** Credit card | **Terms** Not reported | **High balance** $1,060 |
| | **Recent payment** $107 | |

**Recent balance** $0 /paid as of May 2020
**Status** Open/Never late.
**Date of Status** May 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 106 | 121 | 359 | 315 | 541 | 108 | 502 | 90 | 49 | 15 | 479 | 0 | 96 | 242 | 103 |
| DPR | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 | Aug12 | Jul15 | May13 | May13 | Apr09 | Mar11 | Feb15 |
| SPA ($) | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 15 | 28 | 28 | 28 | 28 | 28 |
| AAP ($) | 121 | 359 | 315 | 541 | 108 | 450 | 28 | 60 | 15 | 479 | ND | 96 | 242 | 103 | 394 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 394 | 686 | 174 | 93 | 0 | 237 | 278 | 0 |
| DPR | Jan15 | Dec18 | Nov16 | Sep16 | Sep16 | Jul23 | Jun15 | Jun15 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | 300 | 374 | 93 | ND | 289 | 278 | ND | 103 |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $2,100    Between Nov 2018 and Feb 2019, your credit limit/high balance was $1,600
Between Jun 2018 and Oct 2018, your credit limit/high balance was $1,100

## WELLS FARGO HOME MORTGAGE Partial Acct # 936060053.... PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

| | | |
|---|---|---|
| **Date opened** Jan 2020 | **Responsibility** Joint | **Monthly payment** $1,973 |
| **Address ID #** 0152940643 | **First reported** May 2020 | **Credit limit or original amount** $310,000 |
| **Mortgage ID #** 100392411205269452 | **Terms** 30 Years | **High balance** Not reported |
| **Freddie Mac ID** 1331976 | | |
| **Type** Mortgage | | |

**Recent balance** $308,061 as of May 2020
**Status** Open/Never late.
**Date of Status** May 2020

## <u>Record of requests for your credit history</u> We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

## CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

EXP-WARD 000005

**ROBBIN E WARD | Report # 1864-6306-72 for 06/10/20**

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

**ADVANTAGE/FAIRWAY INDEPE No phone # available Address ID #:** 0152940643 **Date 12/16/19 Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**EQUIFAX MORTGAGE SOLUTIO** 815 E GATE DR STE 102 MOUNT LAUREL NJ 08054 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

**RENTGROW** 177 HUNTINGTON AVESTE 1703 BOSTON MA 02115 (800) 898 1351 **Address ID #:** 0152940643 **Date 01/30/19 Reason** Rental on behalf of MAIN STREET RENEWAL. This inquiry is scheduled to continue on record until Feb 2021.

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date 01/23/19 Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

**SYNCB/JC PENNEY** PO BOX 965007 ORLANDO FL 32896 (866) 227 5213 **Address ID #:** 0152940643 **Date 11/23/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Dec 2020.

## CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 05/21/20**

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available  Date: 05/05/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19**

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212  **Date: 03/02/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available  Date: 02/27/20**

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available  Date: 01/26/20**

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date: 01/13/20**

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available  Date: 12/13/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date: 11/04/19**

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622  **Date: 09/15/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 08/27/19; 03/03/19**

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730  **Date: 05/28/19**

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829  **Date: 05/28/19**

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713  **Date: 05/28/19**

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9733  **Date: 05/28/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of SAFE AUTO INSURANCE CO for Insurance underwriting **Date: 05/07/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 03/03/19**

**DIRECT ENERGY LP** 12 GREENWAY PLZ STE 600 HOUSTON TX 77046 (713) 877 3500  **Date: 02/12/19**

**EQUIFAX INC/TID** 1550 PEACHTREE ST NE # H56B ATLANTA GA 30309 (866) 640 2273  **Date: 02/09/19; 01/30/19; 01/23/19; 11/26/18; 11/23/18**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 02/09/19**

**CLARITY SERVICES/CNU ONL** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 **No phone # available  Date: 01/25/19**

**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of OPPORTUNITY FINANCIA (12 for 30 **Date: 01/24/19**

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650 CHICAGO IL 60601 **No phone # available  Date: 01/24/19**

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 (866) 419 4096  **Date: 12/07/18; 11/24/18**

**SYNCHRONY FINANCIAL No phone # available  Date: 11/24/18**

**ROBBIN E WARD | Report # 1864-6306-72 for 06/10/20**

**Personal information** The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

**Names**

| ROBBIN WARD Name ID #: 13719 |
| ROBBIN U WARD Name ID #: 29965 |
| ROBIN A WARD Name ID #: 2 |
| ROBBIN WARDE Name ID #: 26971 |
| WARD ROBBIN Name ID #: 11981 |

**Addresses**

5390 S SHERMAN ST LITTLETON CO 80121-1032 Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940643

5398 S GRANT ST LITTLETON CO 80121-1013 Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940486

PO BOX 7729 COLORADO SPRINGS CO 80933-7729 Type: Post office box **Geo Code:** 0-40030-41-1720 Address ID #: 0167593189

1188 MAGNOLIA ST APTA COLORADO SPRINGS CO 80907-9633 Type: Apartment complex **Geo Code:** 0-20330-41-1720 Address ID #: 0167346154

1960 MITTENWALD DR APT719 COLORADO SPRINGS CO 80918-8222 Type: Apartment complex **Geo Code:** 0-770020-41-1720 Address ID #: 0167552898

1527 SWOPE AVE COLORADO SPRINGS CO 80909-2846 Type: Single family **Geo Code:** 0-70030-41-1720 Address ID #: 0167376475

2831 ULTCA ST DENVER CO 80212- Type: Single family **Geo Code:** 0-00- 0- Address ID #: 0605313398

1522 N COCKRELL HILL RD DALLAS TX 75211-1316 Type: Single family **Geo Code:** 0-1070110-113-2080 Address ID #: 0903188313

229 CLIFF HEIGHTS CIR DALLAS TX 75241-5330 Type: Single family **Geo Code:** 0-1120040-113- Address ID #: 0618403931

2831 UTICA ST DENVER CO 80212-3047 Type: Single family **Geo Code:** 0-50110-31-1720 Address ID #: 0153300041

103 W POWERS CIR APT301 LITTLETON CO 80120-2461 Type: Apartment complex **Geo Code:** 0-660140- 5-0220 Address ID #: 0152929447

US 80918- **Geo Code:** 0-00- 0-1920 Address ID #: 0316507434

3114 WISE ST ALEXANDRIA LA 71301-4153 Type: Single family **Geo Code:** 0-1200020-79- Address ID #: 0140928945

**Social Security number variations None**

**Year of birth 1961**

**Telephone numbers 219 902 6324 Cellular; 303 433 2316 Residential; 719 633 1342 Residential**

**Spouse or co-applicant MEGAN**

**Former or current employers PIKE TOOL & GRINDING**

**Notices This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121.; GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121.**

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

0184136739

EXP-WARD 000007

ROBBIN E WARD | Report # 1864-6306-72 for **06/10/20**

# A Summary of Your Rights under the Fair Credit Reporting Act

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

• You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: a person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

• You have the right to ask for a credit score. Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

• The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the

0184136739

**ROBBIN E WARD** | Report # 1864-6306-72 for **06/10/20**

purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

• You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• Identity theft victims and active duty military personnel have additional rights. For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division, Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E St, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third St, SW, Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St, NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Dr. McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |

0184136739

www.experian.com

ROBBIN E WARD | Report # 1864-6306-72 for 06/10/20

THIS PAGE INTENTIONALLY LEFT BLANK

ROBBIN E WARD | Report # 1864-6306-72 for 06/10/20

0184136739

EXP-WARD 000010

PO Box 9701
Allen, TX 75013



ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN E WARD
### Your Credit Report
**Report # 2267-2851-36** for **06/10/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession | C | Collection |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government | ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## <u>Your accounts that may be considered negative</u> The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/10/20**

**Date opened**
Dec 2019
**Address ID #**
0618403931
**Original creditor**
MAIN STREET
RENEWAL LLC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Feb 2020
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$5,375
**High balance**
Not reported

**Recent balance**
$5,375 as of Jun 2020
**Status**
Collection account. $5,375 past due as of Jun 2020. This account is scheduled to continue on record until Apr 2026.
**Date of Status**
Dec 2019

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

The original amount of this account was $5,375

## Your accounts in good standing These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

**Date opened**
May 2012
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Dec 2013
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$3,000
**High balance**
$9,453

**Recent balance**
$0 /paid as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 | 2,507 | 102 | 0 | 0 | 0 | 0 |
| DPR | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 | 27 | 27 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 | 150 | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $3,000

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

**Date opened**
Feb 2016
**Address ID #**
0152940643
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Mar 2016
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$1,600
**High balance**
$1,321

**Recent balance**
$0 /paid as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 289 | 439 | 659 | 879 | 1,100 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Sep20 | Aug27 | Aug02 | Jul02 | May21 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $1,600

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

**Date opened**
Nov 2011
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Sep 2012
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$5,900
**High balance**
$3,560

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late. This account is scheduled to continue on record until Aug 2023.
**Comment**
Account closed at consumer's request.
**Date of Status**
Aug 2013

EXP-WARD 000012

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/10/20**

## COLORADO CU/ MDT Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

**Date opened**
Mar 2017
**Address ID #**
0152940643
**Type**
Home Equity

**Responsibility**
Joint with
MEGAN HENDERSON
**First reported**
Apr 2017
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$25,000
**High balance**
$23,892

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to
continue on record until Jan 2030.
**Date of Status**
Jan 2020

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 | 23,105 | 23,178 | 23,266 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 | Nov13 | Oct12 | Sep13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 | 157 | 157 | 154 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 23,347 | 23,427 | 23,514 | 23,592 |
| DPR | Aug13 | Jul13 | Jun13 | May11 |
| SPA ($) | 154 | 154 | 152 | 152 |
| AAP ($) | 200 | 200 | 200 | 200 |

Between Jun 2018 and Dec 2019, your credit limit/high balance was $25,000

## DISCOVER FINANCIAL SERVICES Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

**Date opened**
Jun 2013
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Jun 2013
**Terms**
Not reported

**Monthly payment**
$35
**Credit limit or original amount**
$4,750
**High balance**
$4,660

**Recent balance**
$57 as of May 2020
**Status**
Open/Never late.
**Date of Status**
May 2020

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 | 2,193 | 1,972 | 1,431 | 738 | 808 | 1,270 | 1,125 |
| DPR | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 | Aug13 | Jul11 | Jun12 | May13 | Apr09 | Mar12 | Feb11 |
| SPA ($) | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 | 47 | 42 | 37 | 35 | 35 | 37 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 690 | 0 | 318 | 514 | 128 | 247 | 401 |
| DPR | Jan13 | Nov09 | Nov09 | Oct10 | Sep12 | Aug13 | Jul13 | Jun13 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and Apr 2020, your credit limit/high balance was $4,750

## FIRSTBANK Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 No phone # available

**Date opened**
Feb 2014
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Joint with
MEGAN HENDERSON
**First reported**
Feb 2014
**Terms**
Not reported
**Recent payment**
$16

**Monthly payment**
$16
**Credit limit or original amount**
$2,500
**High balance**
$2,250

**Recent balance**
$16 as of May 2020
**Status**
Open/Never late.
**Date of Status**
May 2020

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 | 1,831 | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 | 1,456 |
| DPR | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 | Aug20 | Jul22 | Jun26 | May28 | Mar20 | Mar20 | Feb11 |
| SPA ($) | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 | 55 | 54 | 52 | 51 | 45 | 45 | 44 |
| AAP ($) | 16 | 66 | 1,801 | 200 | 400 | 57 | 54 | 100 | 60 | 52 | 100 | 45 | ND | 150 | 220 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,510 | 1,090 | 1,047 | 1,116 | 1,136 | 1,306 | 1,324 | 1,209 |
| DPR | Jan18 | Dec27 | Nov28 | Oct22 | Sep21 | Aug21 | Jul20 | Jun12 |
| SPA ($) | 45 | 33 | 31 | 33 | 34 | 39 | 40 | 36 |
| AAP ($) | 109 | 150 | 100 | 100 | 300 | 100 | 200 | 1,015 |

Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,500

## FREEDOM MORTGAGE CORP Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

**ROBBIN E WARD | Report # 2267-2851-36 for 06/10/20**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2015 | Joint with | Not reported | Not reported |
| **Address ID #** | MEGAN HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $268,300 | Paid, Closed/Never late. |
| **Fannie Mae ID** | Apr 2016 | **High balance** | This account is scheduled to |
| 1736222572 | **Terms** | Not reported | continue on record until Jan 2030. |
| **Type** | 30 Years | | **Date of Status** |
| Mortgage | | | Jan 2020 |

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 | 251,503 | 252,016 | 252,526 |
| DPR | Dec23 | Nov22 | Oct18 | Sep23 | Aug23 | Jul22 | Jun21 | May21 | Apr22 | Mar22 | Feb20 | Jan23 | Dec20 | Nov20 | Oct22 |
| SPA ($) | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 1,870 | 1,870 | 1,870 | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 2,300 | 2,300 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 1,900 | 1,900 | 1,900 | 1,800 | 1,800 | 1,800 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 253,034 | 253,540 | 254,044 | 254,547 |
| DPR | Sep20 | Aug21 | Jul23 | Jun21 |
| SPA ($) | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 1,800 | 1,800 | 1,800 | 1,800 |

*The original amount of this account was $268,300*

**JPMCB CARD** Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2016 | Authorized user | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2016 | $3,200 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to |
| Credit card | Not reported | Not reported | continue on record until Mar 2026. |
| | | | **Comment** |
| | | | Account closed at consumer's request. |
| | | | **Date of Status** |
| | | | Mar 2016 |

**JPMCB CARD** Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2019 | Individual | $35 | $46 as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2019 | $8,700 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $5,129 | Jun 2020 |

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 69 | 0 | 0 | 3,424 | 3,372 | 2,726 | 2,701 | 2,719 | 621 | 1,037 | 1,238 | 799 | 0 |
| DPR | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 | Aug23 | Jul22 | Jul03 | May26 | Mar31 | Mar31 | Mar31 |
| SPA ($) | 0 | 0 | 35 | 134 | 134 | 104 | 101 | 82 | 84 | 72 | 25 | 34 | 61 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 |
|---|---|
| AB ($) | 69 |
| DPR | ND |
| SPA ($) | 25 |
| AAP ($) | ND |

Between Sep 2019 and May 2020, your credit limit/high balance was $8,700      Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200

**SYNCB/JCPENNEY** Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Nov 2018 | Individual | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Nov 2018 | $2,200 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $346 | Jun 2020 |

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($) | 0 | 19 | 19 | 19 | 19 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | 19 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 121 |

**ROBBIN E WARD | Report # 2267-2851-36 for 06/10/20**

|         | Feb19 | Jan19 | Dec18 | Nov18 |
|---------|-------|-------|-------|-------|
| AB ($)  | 121   | 80    | 319   | 319   |
| DPR     | Jan22 | Dec31 | ND    | ND    |
| SPA ($) | 27    | 38    | 27    | ND    |
| AAP ($) | 53    | ND    | ND    | ND    |

Between Jan 2019 and May 2020, your credit limit/high balance was $2,200     Between Nov 2018 and Dec 2018, your credit limit/high balance was $1,900

## SYNCB/LOWES Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Sep 2016 | Individual | $28 | $144 as of May 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Sep 2016 | $5,800 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,600 | May 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 428 | 858 | 883 | 1,076 | 1,264 | 1,418 | 1,458 |
| DPR     | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep08 | Aug09 | Jul09 | Jun09 | May08 | Apr10 | Mar10 | Feb08 |
| SPA ($) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 28 | 25 | 25 | 25 | 60 | 32 | 26 |
| AAP ($) | ND | ND | ND | ND | ND | ND | 398 | 30 | ND | 30 | 200 | 200 | 200 | 200 | 100 |

|         | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 947   | 1,178 | 1,032 | 161   | 0     | 0     | 90    | 0     |
| DPR     | Jan01 | Nov04 | Nov04 | Aug09 | Aug09 | Aug09 | Aug30 | Aug30 |
| SPA ($) | 25    | 37    | 25    | 25    | 25    | 25    | 25    | 25    |
| AAP ($) | 400   | ND    | 161   | ND    | ND    | 90    | ND    | ND    |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $5,800     Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700
Between Jun 2018 and Dec 2018, your credit limit/high balance was $3,700

## TD BANK USA/TARGETCREDIT Partial Acct # 585975207031.... PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Dec 2012 | Individual | Not reported | $0 /paid as of May 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Jan 2013 | $2,100 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $1,060 | May 2020 |
| | **Recent payment** | | |
| | $107 | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 106 | 121 | 359 | 315 | 541 | 108 | 502 | 90 | 49 | 15 | 479 | 0 | 96 | 242 | 103 |
| DPR     | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 | Aug12 | Jul15 | May13 | May13 | Apr09 | Mar11 | Feb15 |
| SPA ($) | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 15 | 28 | 28 | 28 | 28 | 28 |
| AAP ($) | 121 | 359 | 315 | 541 | 108 | 450 | 28 | 60 | 15 | 479 | ND | 96 | 242 | 103 | 394 |

|         | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 394   | 686   | 174   | 93    | 0     | 237   | 278   | 0     |
| DPR     | Jan15 | Dec18 | Nov16 | Sep16 | Sep16 | Jul23 | Jun15 | Jun15 |
| SPA ($) | 27    | 27    | 27    | 27    | 27    | 27    | 27    | 27    |
| AAP ($) | 300   | 374   | 93    | ND    | 289   | 278   | ND    | 103   |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $2,100     Between Nov 2018 and Feb 2019, your credit limit/high balance was $1,600
Between Jun 2018 and Oct 2018, your credit limit/high balance was $1,100

## WELLS FARGO HOME MORTGAGE Partial Acct # 936060053.... PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Jan 2020 | Joint | $1,973 | $308,061 as of May 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | May 2020 | $310,000 | Open/Never late. |
| **Mortgage ID #** | **Terms** | **High balance** | **Date of Status** |
| 100392411205269452 | 30 Years | Not reported | May 2020 |
| **Freddie Mac ID** | | | |
| 1331976 | | | |
| **Type** | | | |
| Mortgage | | | |

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

## CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

0184136739

**ROBBIN E WARD | Report # 2267-2851-36 for 06/10/20**

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

**ADVANTAGE/FAIRWAY INDEPE No phone # available Address ID #:** 0152940643 **Date 12/16/19 Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**EQUIFAX MORTGAGE SOLUTIO** 815 E GATE DR STE 102 MOUNT LAUREL NJ 08054 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

**RENTGROW** 177 HUNTINGTON AVESTE 1703 BOSTON MA 02115 (800) 898 1351 **Address ID #:** 0152940643 **Date 01/30/19 Reason** Rental on behalf of MAIN STREET RENEWAL. This inquiry is scheduled to continue on record until Feb 2021.

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date 01/23/19 Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

**SYNCB/JC PENNEY** PO BOX 965007 ORLANDO FL 32896 (866) 227 5213 **Address ID #:** 0152940643 **Date 11/23/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Dec 2020.

## CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769  **Date: 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 05/21/20**

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available  Date: 05/05/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19**

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212  **Date: 03/02/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available  Date: 02/27/20**

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available  Date: 01/26/20**

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date: 01/13/20**

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available  Date: 12/13/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date: 11/04/19**

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622  **Date: 09/15/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 08/27/19; 03/03/19**

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730  **Date: 05/28/19**

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829  **Date: 05/28/19**

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713  **Date: 05/28/19**

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9733  **Date: 05/28/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of SAFE AUTO INSURANCE CO for Insurance underwriting **Date: 05/07/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 03/03/19**

**DIRECT ENERGY LP** 12 GREENWAY PLZ STE 600 HOUSTON TX 77046 (713) 877 3500  **Date: 02/12/19**

**EQUIFAX INC/TID** 1550 PEACHTREE ST NE # H56B ATLANTA GA 30309 (866) 640 2273  **Date: 02/09/19; 01/30/19; 01/23/19; 11/26/18; 11/23/18**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 02/09/19**

**CLARITY SERVICES/CNU ONL** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 **No phone # available  Date: 01/25/19**

**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of OPPORTUNITY FINANCIA (12 for 30 **Date: 01/24/19**

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650 CHICAGO IL 60601 **No phone # available  Date: 01/24/19**

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 (866) 419 4096  **Date: 12/07/18; 11/24/18**

**SYNCHRONY FINANCIAL No phone # available  Date: 11/24/18**

**ROBBIN E WARD | Report # 2267-2851-36 for 06/10/20**

**Personal information** The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

**Names**
**ROBBIN WARD** Name ID #: 13719
**ROBBIN U WARD** Name ID #: 29965
**ROBIN A WARD** Name ID #: 2
**ROBBIN WARDE** Name ID #: 26971
**WARD ROBBIN** Name ID #: 11981

**Addresses**
**5390 S SHERMAN ST LITTLETON CO 80121-1032** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940643
**5398 S GRANT ST LITTLETON CO 80121-1013** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940486
**PO BOX 7729 COLORADO SPRINGS CO 80933-7729** Type: Post office box **Geo Code:** 0-40030-41-1720 Address ID #: 0167593189
**1188 MAGNOLIA ST APTA COLORADO SPRINGS CO 80907-9633** Type: Apartment complex **Geo Code:** 0-20330-41-1720 Address ID #: 0167346154
**1960 MITTENWALD DR APT719 COLORADO SPRINGS CO 80918-8222** Type: Apartment complex **Geo Code:** 0-770020-41-1720 Address ID #: 0167552898
**1527 SWOPE AVE COLORADO SPRINGS CO 80909-2846** Type: Single family **Geo Code:** 0-70030-41-1720 Address ID #: 0167376475
**2831 ULTCA ST DENVER CO 80212-** Type: Single family **Geo Code:** 0-00- 0- Address ID #: 0605313398
**1522 N COCKRELL HILL RD DALLAS TX 75211-1316** Type: Single family **Geo Code:** 0-1070110-113-2080 Address ID #: 0903188313
**229 CLIFF HEIGHTS CIR DALLAS TX 75241-5330** Type: Single family **Geo Code:** 0-1120040-113- Address ID #: 0618403931
**2831 UTICA ST DENVER CO 80212-3047** Type: Single family **Geo Code:** 0-50110-31-1720 Address ID #: 0153300041
**103 W POWERS CIR APT301 LITTLETON CO 80120-2461** Type: Apartment complex **Geo Code:** 0-660140- 5-0220 Address ID #: 0152929447
**US 80918-** Geo Code: 0-00- 0-1920 Address ID #: 0316507434
**3114 WISE ST ALEXANDRIA LA 71301-4153** Type: Single family **Geo Code:** 0-1200020-79- Address ID #: 0140928945

**Social Security number variations None**

**Year of birth 1961**

**Telephone numbers 219 902 6324 Cellular; 303 433 2316 Residential; 719 633 1342 Residential**

**Spouse or co-applicant MEGAN**

**Former or current employers PIKE TOOL & GRINDING**

**Notices This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121.; GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121.**

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

0184136739

EXP-WARD 000017

page 7 of 10

# A Summary of Your Rights under the Fair Credit Reporting Act

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

• You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: a person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

• You have the right to ask for a credit score. Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

• The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/10/20**

purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

• You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• Identity theft victims and active duty military personnel have additional rights. For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division, Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E St, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third St, SW, Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St, NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Dr. McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |

www.experian.com    **ROBBIN E WARD |** Report # **2267-2851-36** for **06/10/20**

THIS PAGE INTENTIONALLY LEFT BLANK

**ROBBIN E WARD |** Report # **2267-2851-36** for **06/10/20**

0184136739

EXP-WARD 000020

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | |
|---|---|---|---|---|---|
| RUN DATE: | 02/23/2022 | ACDV Response | DOCUMENT VIEWED: | | |
| RUN TIME: | 08:31:26 | **Auto Response:** | | 2267285136001 | |
| SUBCODE: | 2980803 | ACCOUNT #: 4273220 | | | |
| | | SUBSCRIBER: National Credit Systems Inc | | | |

| DISPUTE REASON: | 001- Not his/hers. Provide complete ID. I HAVE NO KNOWLEDGE OF THIS ACCOUNT. I HAVE NOT OPENED A NEW ACCOUNT AND DO NOT RECOGNIZE THIS CREDIT LENDER. | Office: | 1 |
|---|---|---|---|
| | | Date Sent: | 06/10/2020 |
| | | Date Due: | 07/03/2020 |
| REMARKS: | | Resp Date: | 06/11/2020 |

| CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | | | |
|---|---|---|---|---|---|
| | | | **DNR Date:** | **07/03/2020** | |
| Name: | ROBBIN E WARD | ROBBIN WARD | Name Flag: | S U | S |
| SSN: 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 | DOB: 04/26/1961 | | Second Name: | | |
| Curr Address: | 5390 S SHERMAN ST | | Curr Addr Flag: | Same | |
| | LITTLETON, CO | | Prev Addr Flag: | | |
| ZIP: | 80121 | | SSN Flag: | Same | |
| Prev Addr 1: | | | DOB Flag: | Unknown | |
| Prev Addr 2: | | | Authorized Verifier: | Neha Mahi | |
| Account Name: | | | Phone: | (404) 629-9595 | |
| RESPONSE: | **23 - Change-Disp info accurate-Updated acct info unrelated to dispute** | | DF Contact Phone #: | | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS |
|---|---|---|---|---|
| Acct Condition/Cumm Status: | | / COLL ACCT | | |
| Act Status/Rating: | | | | |
| Payment Rating: | | | | |
| CII: | ECOA: | | 1 | |
| Balance: | Balance Date: 06/11/2020 | 5,375 | 06/07/2020 | |
| Amt Past Due: | | 5,375 | | |
| Orig Delinq Date: | | | | |
| Credit Limit/Orig Amt: | | | | |
| High Credit Balance: | | 5,375 | | |
| Charge Off Amt: | | | | |
| Sch Monthly Pay: | Act Pay: | | | |
| Portfolio Name: | | | | |
| Date Last Pay: | | | | |
| Open Date: | Closed Date: | 12/12/2019 | | |
| Spec Comm Code: | | | | |
| Cons Compl Code: | | | | |
| Type: Terms: Freq: | | 48 | 001 | |
| Original Creditor: | | MAIN STREET RENEWAL LLC | | |
| Special Payment/Date/Amt: | | | | |

| Response History Grid | | | | | | | | | | | | On-File History Grid | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2020 | | | | | | | | | | | | | 2020 | | | | | | | | G | G | G | | |
| 2019 | | | | | | | | | | | | | 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | 2013 | | | | | | | | | | | | |

EXP-WARD 000021

PO Box 9701
Allen, TX 75013


**experian**™

ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN E WARD
### Dispute Results
### Report # **2267-2851-36** for **06/11/20**

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report.  **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.  **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

**NATIONAL CREDIT SYSTEM** 4273220 **Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.**

**Before dispute**

NATIONAL CREDIT SYSTEMS Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2019 | Feb 2020 | $5,375 as of Jun 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0618403931 | 1 Months | Collection account. $5,375 | |
| **Original creditor** | **Monthly payment** | past due as of Jun 2020. | |
| MAIN STREET | Not reported | This account is scheduled | |
| RENEWAL LLC | **Credit limit or original** | to continue on record until | |
| **Type** | **amount** | Apr 2026. | |
| Collection | $5,375 | **Date of Status** | |
| **Responsibility** | **High balance** | Dec 2019 | |
| Individual | Not reported | | |

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

If our reinvestigation has not resolved your dispute, you have several options:

0184136739

EXP-WARD 000022

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

# Your Updated Credit Report

## Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government |

| | |
|---|---|
| D | Defaulted on contract |
| C | Collection |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

---

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

| Date opened | First reported | Recent balance |
|---|---|---|
| Dec 2019 | Feb 2020 | $5,375 as of Jun 2020 |
| **Address ID #** | **Terms** | **Status** |
| 0618403931 | 1 Months | Collection account. $5,375 past due as of Jun 2020. This account is scheduled to continue on record until Apr 2026. |
| **Original creditor** | **Monthly payment** | |
| MAIN STREET RENEWAL LLC | Not reported | |
| **Type** | **Credit limit or original amount** | **Date of Status** |
| Collection | $5,375 | Dec 2019 |
| **Responsibility** | **High balance** | |
| Individual | Not reported | |

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

The original amount of this account was $5,375

ROBBIN E WARD | Report # 2267-2851-36 for **06/11/20**

## Your accounts in good standing These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| May 2012 | Authorized user | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Dec 2013 | $3,000 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $9,453 | Jun 2020 |

**Account History \*** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 | 2,507 | 102 | 0 | 0 | 0 | 0 |
| DPR | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 | 27 | 27 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 | 150 | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $3,000

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2016 | Individual | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2016 | $1,600 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,321 | Jun 2020 |

**Account History \*** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 289 | 439 | 659 | 879 | 1,100 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Sep20 | Aug27 | Aug02 | Jul02 | May21 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $1,600

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Nov 2011 | Authorized user | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Sep 2012 | $5,900 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to continue on record until Aug 2023. |
| Credit card | Not reported | $3,560 | **Comment** Account closed at consumer's request. |
| | | | **Date of Status** Aug 2013 |

**COLORADO CU/ MDT** Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Mar 2017 | Joint with MEGAN HENDERSON | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Apr 2017 | $25,000 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to continue on record until Jan 2030. |
| Home Equity | Not reported | $23,892 | **Date of Status** Jan 2020 |

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 | 23,105 | 23,178 | 23,266 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 | Nov13 | Oct12 | Sep13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 | 157 | 157 | 154 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 23,347 | 23,427 | 23,514 | 23,592 |
| DPR | Aug13 | Jul13 | Jun13 | May11 |
| SPA ($) | 154 | 154 | 152 | 152 |
| AAP ($) | 200 | 200 | 200 | 200 |

*Between Jun 2018 and Dec 2019, your credit limit/high balance was $25,000*

**DISCOVER FINANCIAL SERVICES** Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

**Date opened**
Jun 2013
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Jun 2013
**Terms**
Not reported

**Monthly payment**
$35
**Credit limit or original amount**
$4,750
**High balance**
$4,660

**Recent balance**
$57 as of May 2020
**Status**
Open/Never late.
**Date of Status**
May 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 | 2,193 | 1,972 | 1,431 | 738 | 808 | 1,270 | 1,125 |
| DPR | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 | Aug13 | Jul11 | Jun12 | May13 | Apr09 | Mar12 | Feb11 |
| SPA ($) | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 | 47 | 42 | 37 | 35 | 35 | 37 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 690 | 0 | 318 | 514 | 128 | 247 | 401 |
| DPR | Jan13 | Nov09 | Nov09 | Oct10 | Sep12 | Aug13 | Jul13 | Jun13 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jun 2018 and Apr 2020, your credit limit/high balance was $4,750*

**FIRSTBANK** Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 **No phone # available**

**Date opened**
Feb 2014
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Joint with
MEGAN HENDERSON
**First reported**
Feb 2014
**Terms**
Not reported
**Recent payment**
$16

**Monthly payment**
$16
**Credit limit or original amount**
$2,500
**High balance**
$2,250

**Recent balance**
$16 as of May 2020
**Status**
Open/Never late.
**Date of Status**
May 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 | 1,831 | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 | 1,456 |
| DPR | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 | Aug20 | Jul22 | Jun26 | May28 | Mar20 | Mar20 | Feb11 |
| SPA ($) | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 | 55 | 54 | 52 | 51 | 45 | 45 | 44 |
| AAP ($) | 16 | 66 | 1,801 | 200 | 400 | 57 | 57 | 54 | 100 | 60 | 52 | 100 | 45 | ND | 150 | 220 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,510 | 1,090 | 1,047 | 1,116 | 1,136 | 1,306 | 1,324 | 1,209 |
| DPR | Jan18 | Dec27 | Nov28 | Oct22 | Sep21 | Aug21 | Jul20 | Jun12 |
| SPA ($) | 45 | 33 | 31 | 33 | 34 | 39 | 40 | 36 |
| AAP ($) | 109 | 150 | 100 | 100 | 300 | 100 | 200 | 1,015 |

*Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,500*

**FREEDOM MORTGAGE CORP** Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

**Date opened**
Dec 2015
**Address ID #**
0152940643
**Fannie Mae ID**
1736222572
**Type**
Mortgage

**Responsibility**
Joint with
MEGAN HENDERSON
**First reported**
Apr 2016
**Terms**
30 Years

**Monthly payment**
Not reported
**Credit limit or original amount**
$268,300
**High balance**
Not reported

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to
continue on record until Jan 2030.
**Date of Status**
Jan 2020

0184136739

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 | 251,503 | 252,016 | 252,526 |
| DPR | Dec23 | Nov22 | Oct18 | Sep23 | Aug23 | Jul22 | Jun21 | May21 | Apr22 | Mar22 | Feb20 | Jan23 | Dec20 | Nov20 | Oct22 |
| SPA ($) | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 1,870 | 1,870 | 1,870 | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 2,300 | 2,300 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 1,900 | 1,900 | 1,900 | 1,800 | 1,800 | 1,800 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 253,034 | 253,540 | 254,044 | 254,547 |
| DPR | Sep20 | Aug21 | Jul23 | Jun21 |
| SPA ($) | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 1,800 | 1,800 | 1,800 | 1,800 |

*The original amount of this account was $268,300*

**JPMCB CARD** Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Feb 2016 | Authorized user | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2016 | $3,200 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to |
| Credit card | Not reported | Not reported | continue on record until Mar 2026. |
| | | | **Comment** |
| | | | Account closed at consumer's |
| | | | request. |
| | | | **Date of Status** |
| | | | Mar 2016 |

**JPMCB CARD** Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Feb 2019 | Individual | $35 | $46 as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2019 | $8,700 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $5,129 | Jun 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 69 | 0 | 0 | 3,424 | 3,372 | 2,726 | 2,701 | 2,719 | 621 | 1,037 | 1,238 | 799 | 0 |
| DPR | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 | Aug23 | Jul22 | Jul03 | May26 | Mar31 | Mar31 | Mar31 |
| SPA ($) | 0 | 0 | 35 | 134 | 134 | 104 | 101 | 82 | 84 | 72 | 25 | 34 | 61 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 |
|---|---|
| AB ($) | 69 |
| DPR | ND |
| SPA ($) | 25 |
| AAP ($) | ND |

*Between Sep 2019 and May 2020, your credit limit/high balance was $8,700*          *Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200*

**SYNCB/JCPENNEY** Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Nov 2018 | Individual | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Nov 2018 | $2,200 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $346 | Jun 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($) | 0 | 19 | 19 | 19 | 19 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | 19 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 121 |

| | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|
| AB ($) | 121 | 80 | 319 | 319 |
| DPR | Jan22 | Dec31 | ND | ND |
| SPA ($) | 27 | 38 | 27 | ND |
| AAP ($) | 53 | ND | ND | ND |

*Between Jan 2019 and May 2020, your credit limit/high balance was $2,200*          *Between Nov 2018 and Dec 2018, your credit limit/high balance was $1,900*

**SYNCB/LOWES** Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

| | |
|---|---|
| **Date opened** Sep 2016<br>**Address ID #** 0152940643<br>**Type** Charge Card | **Responsibility** Individual<br>**First reported** Sep 2016<br>**Terms** Not reported |
| **Monthly payment** $28<br>**Credit limit or original amount** $5,800<br>**High balance** $1,600 | **Recent balance** $144 as of May 2020<br>**Status** Open/Never late.<br>**Date of Status** May 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 428 | 858 | 883 | 1,076 | 1,264 | 1,418 | 1,458 |
| DPR | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep08 | Aug09 | Jul09 | Jun09 | May08 | Apr10 | Mar10 | Feb08 |
| SPA ($) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 28 | 25 | 25 | 25 | 60 | 32 | 26 |
| AAP ($) | ND | ND | ND | ND | ND | ND | 398 | 30 | ND | 30 | 200 | 200 | 200 | 200 | 100 |

|  | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 947 | 1,178 | 1,032 | 161 | 0 | 0 | 90 | 0 |
| DPR | Jan01 | Nov04 | Nov04 | Aug09 | Aug09 | Aug09 | Aug30 | Aug30 |
| SPA ($) | 25 | 37 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 400 | ND | 161 | ND | ND | 90 | ND | ND |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $5,800
Between Jun 2018 and Dec 2018, your credit limit/high balance was $3,700
Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031.... PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

| | |
|---|---|
| **Date opened** Dec 2012<br>**Address ID #** 0152940643<br>**Type** Credit card | **Responsibility** Individual<br>**First reported** Jan 2013<br>**Terms** Not reported<br>**Recent payment** $107 |
| **Monthly payment** Not reported<br>**Credit limit or original amount** $2,100<br>**High balance** $1,060 | **Recent balance** $0 /paid as of May 2020<br>**Status** Open/Never late.<br>**Date of Status** May 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 106 | 121 | 359 | 315 | 541 | 108 | 502 | 90 | 49 | 15 | 479 | 0 | 96 | 242 | 103 |
| DPR | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 | Aug12 | Jul15 | May13 | May13 | Apr09 | Mar11 | Feb15 |
| SPA ($) | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 15 | 28 | 28 | 28 | 28 | 28 |
| AAP ($) | 121 | 359 | 315 | 541 | 108 | 450 | 28 | 60 | 15 | 479 | ND | 96 | 242 | 103 | 394 |

|  | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 394 | 686 | 174 | 93 | 0 | 237 | 278 | 0 |
| DPR | Jan15 | Dec18 | Nov16 | Sep16 | Sep16 | Jul23 | Jun15 | Jun15 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | 300 | 374 | 93 | ND | 289 | 278 | ND | 103 |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $2,100
Between Jun 2018 and Oct 2018, your credit limit/high balance was $1,100
Between Nov 2018 and Feb 2019, your credit limit/high balance was $1,600

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053.... PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

| | |
|---|---|
| **Date opened** Jan 2020<br>**Address ID #** 0152940643<br>**Mortgage ID #** 100392411205269452<br>**Freddie Mac ID** 1331976<br>**Type** Mortgage | **Responsibility** Joint<br>**First reported** May 2020<br>**Terms** 30 Years |
| **Monthly payment** $1,973<br>**Credit limit or original amount** $310,000<br>**High balance** Not reported | **Recent balance** $308,061 as of May 2020<br>**Status** Open/Never late.<br>**Date of Status** May 2020 |

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

## CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

**ADVANTAGE/FAIRWAY INDEPE No phone # available Address ID #:** 0152940643 **Date 12/16/19 Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

**EQUIFAX MORTGAGE SOLUTIO** 815 E GATE DR STE 102 MOUNT LAUREL NJ 08054 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

**RENTGROW** 177 HUNTINGTON AVESTE 1703 BOSTON MA 02115 (800) 898 1351 **Address ID #:** 0152940643 **Date 01/30/19 Reason** Rental on behalf of MAIN STREET RENEWAL. This inquiry is scheduled to continue on record until Feb 2021.

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date 01/23/19 Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

**SYNCB/JC PENNEY** PO BOX 965007 ORLANDO FL 32896 (866) 227 5213 **Address ID #:** 0152940643 **Date 11/23/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Dec 2020.

## CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769  **Date: 06/10/20; 06/10/20**

**EXPERIAN No phone # available  Date: 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471  **Date: 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 05/21/20**

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available  Date: 05/05/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19**

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212  **Date: 03/02/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available  Date: 02/27/20**

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available  Date: 01/26/20**

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date: 01/13/20**

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available  Date: 12/13/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date: 11/04/19**

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622  **Date: 09/15/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 08/27/19; 03/03/19**

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730  **Date: 05/28/19**

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829  **Date: 05/28/19**

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713  **Date: 05/28/19**

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9733  **Date: 05/28/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of SAFE AUTO INSURANCE CO for Insurance underwriting **Date: 05/07/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 03/03/19**

**DIRECT ENERGY LP** 12 GREENWAY PLZ STE 600 HOUSTON TX 77046 (713) 877 3500  **Date: 02/12/19**

**EQUIFAX INC/TID** 1550 PEACHTREE ST NE # H56B ATLANTA GA 30309 (866) 640 2273  **Date: 02/09/19; 01/30/19; 01/23/19; 11/26/18; 11/23/18**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 02/09/19**

**CLARITY SERVICES/CNU ONL** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 **No phone # available  Date: 01/25/19**

**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of OPPORTUNITY FINANCIA (12 for 30 **Date: 01/24/19**

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650 CHICAGO IL 60601 **No phone # available  Date: 01/24/19**

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 (866) 419 4096  **Date: 12/07/18; 11/24/18**

**SYNCHRONY FINANCIAL No phone # available  Date: 11/24/18**

0184136739

EXP-WARD 000028

**ROBBIN E WARD** | Report # 2267-2851-36 for 06/11/20

**Personal information** The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

**Names**

| | |
|---|---|
| **ROBBIN WARD** Name ID #: 13719 | |
| **ROBBIN U WARD** Name ID #: 29965 | |
| **ROBIN A WARD** Name ID #: 2 | |
| **ROBBIN WARDE** Name ID #: 26971 | |
| **WARD ROBBIN** Name ID #: 11981 | |

**Addresses**

**5390 S SHERMAN ST LITTLETON CO 80121-1032** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940643
**5398 S GRANT ST LITTLETON CO 80121-1013** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940486
**PO BOX 7729 COLORADO SPRINGS CO 80933-7729** Type: Post office box **Geo Code:** 0-40030-41-1720 Address ID #: 0167593189
**1188 MAGNOLIA ST APTA COLORADO SPRINGS CO 80907-9633** Type: Apartment complex **Geo Code:** 0-20330-41-1720 Address ID #: 0167346154
**1960 MITTENWALD DR APT719 COLORADO SPRINGS CO 80918-8222** Type: Apartment complex **Geo Code:** 0-770020-41-1720 Address ID #: 0167552898
**1527 SWOPE AVE COLORADO SPRINGS CO 80909-2846** Type: Single family **Geo Code:** 0-70030-41-1720 Address ID #: 0167376475
**2831 ULTCA ST DENVER CO 80212-** Type: Single family **Geo Code:** 0-00- 0- Address ID #: 0605313398
**1522 N COCKRELL HILL RD DALLAS TX 75211-1316** Type: Single family **Geo Code:** 0-1070110-113-2080 Address ID #: 0903188313
**229 CLIFF HEIGHTS CIR DALLAS TX 75241-5330** Type: Single family **Geo Code:** 0-1120040-113- Address ID #: 0618403931
**2831 UTICA ST DENVER CO 80212-3047** Type: Single family **Geo Code:** 0-50110-31-1720 Address ID #: 0153300041
**103 W POWERS CIR APT301 LITTLETON CO 80120-2461** Type: Apartment complex **Geo Code:** 0-660140- 5-0220 Address ID #: 0152929447
**US 80918- Geo Code:** 0-00- 0-1920 Address ID #: 0316507434
**3114 WISE ST ALEXANDRIA LA 71301-4153** Type: Single family **Geo Code:** 0-1200020-79- Address ID #: 0140928945

**Social Security number variations None**

**Year of birth** 1961

**Telephone numbers** 219 902 6324 Cellular; 303 433 2316 Residential; 719 633 1342 Residential

**Spouse or co-applicant MEGAN**

**Former or current employers PIKE TOOL & GRINDING**

**Notices This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121.; GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121.**

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

PO Box 9701
Allen, TX 75013



ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN E WARD
### Your Credit Report
### Report # 2267-2851-36 for **06/11/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | |
|---|---|---|---|---|
| **OK** Current | **150** Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| **60** Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## <u>Your accounts that may be considered negative</u> The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2019 | Feb 2020 | $5,375 as of Jun 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0618403931 | 1 Months | Collection account. $5,375 | |
| **Original creditor** | **Monthly payment** | past due as of Jun 2020. | |
| MAIN STREET | Not reported | This account is scheduled | |
| RENEWAL LLC | **Credit limit or original** | to continue on record until | |
| **Type** | **amount** | Apr 2026. | |
| Collection | $5,375 | This item remained | |
| **Responsibility** | **High balance** | unchanged from our | |
| Individual | Not reported | processing of your dispute | |
| | | in Jun 2020. | |
| | | **Date of Status** | |
| | | Dec 2019 | |

Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

The original amount of this account was $5,375

## Your accounts in good standing
These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| May 2012 | Authorized user | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Dec 2013 | $3,000 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $9,453 | Jun 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 | 2,507 | 102 | 0 | 0 | 0 | 0 |
| DPR | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 | 27 | 27 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 | 150 | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jun 2018 and May 2020, your credit limit/high balance was $3,000*

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2016 | Individual | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2016 | $1,600 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,321 | Jun 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 289 | 439 | 659 | 879 | 1,100 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Sep20 | Aug27 | Aug02 | Jul02 | May21 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jun 2018 and May 2020, your credit limit/high balance was $1,600*

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

| | |
|---|---|
| **Date opened** Nov 2011 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Authorized user **First reported** Sep 2012 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $5,900 **High balance** $3,560 | **Recent balance** Not reported **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Aug 2023. **Comment** Account closed at consumer's request. **Date of Status** Aug 2013 |

**COLORADO CU/ MDT** Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

| | |
|---|---|
| **Date opened** Mar 2017 **Address ID #** 0152940643 **Type** Home Equity | **Responsibility** Joint with MEGAN HENDERSON **First reported** Apr 2017 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $25,000 **High balance** $23,892 | **Recent balance** Not reported **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Jan 2030. **Date of Status** Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 | 23,105 | 23,178 | 23,266 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 | Nov13 | Oct12 | Sep13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 | 157 | 157 | 154 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 23,347 | 23,427 | 23,514 | 23,592 |
| DPR | Aug13 | Jul13 | Jun13 | May11 |
| SPA ($) | 154 | 154 | 152 | 152 |
| AAP ($) | 200 | 200 | 200 | 200 |

Between Jun 2018 and Dec 2019, your credit limit/high balance was $25,000

**DISCOVER FINANCIAL SERVICES** Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

| | |
|---|---|
| **Date opened** Jun 2013 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Authorized user **First reported** Jun 2013 **Terms** Not reported |
| **Monthly payment** $35 **Credit limit or original amount** $4,750 **High balance** $4,660 | **Recent balance** $57 as of May 2020 **Status** Open/Never late. **Date of Status** May 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 | 2,193 | 1,972 | 1,431 | 738 | 808 | 1,270 | 1,125 |
| DPR | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 | Aug13 | Jul11 | Jun12 | May13 | Apr09 | Mar12 | Feb11 |
| SPA ($) | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 | 47 | 42 | 37 | 35 | 35 | 37 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 690 | 0 | 318 | 514 | 128 | 247 | 401 |
| DPR | Jan13 | Nov09 | Nov09 | Oct10 | Sep12 | Aug13 | Jul13 | Jun13 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and Apr 2020, your credit limit/high balance was $4,750

**FIRSTBANK** Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 **No phone # available**

| | |
|---|---|
| **Date opened** Feb 2014 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Joint with MEGAN HENDERSON **First reported** Feb 2014 **Terms** Not reported **Recent payment** $16 |
| **Monthly payment** $16 **Credit limit or original amount** $2,500 **High balance** $2,250 | **Recent balance** $16 as of May 2020 **Status** Open/Never late. **Date of Status** May 2020 |

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 | 1,831 | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 | 1,456 |
| DPR | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 | Aug20 | Jul22 | Jun26 | May28 | Mar20 | Mar20 | Feb11 |
| SPA ($) | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 | 55 | 54 | 52 | 51 | 45 | 45 | 44 |
| AAP ($) | 16 | 66 | 1,801 | 200 | 400 | 57 | 54 | 100 | 60 | 52 | 100 | 45 | ND | 150 | 220 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,510 | 1,090 | 1,047 | 1,116 | 1,136 | 1,306 | 1,324 | 1,209 |
| DPR | Jan18 | Dec27 | Nov28 | Oct22 | Sep21 | Aug21 | Jul20 | Jun12 |
| SPA ($) | 45 | 33 | 31 | 33 | 34 | 39 | 40 | 36 |
| AAP ($) | 109 | 150 | 100 | 100 | 300 | 100 | 200 | 1,015 |

*Between Jun 2018 and Apr 2020, your credit limit/high balance was $2,500*

**FREEDOM MORTGAGE CORP** Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

**Date opened**
Dec 2015
**Address ID #**
0152940643
**Fannie Mae ID**
1736222572
**Type**
Mortgage

**Responsibility**
Joint with
MEGAN  HENDERSON
**First reported**
Apr 2016
**Terms**
30 Years

**Monthly payment**
Not reported
**Credit limit or original amount**
$268,300
**High balance**
Not reported

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to
continue on record until Jan 2030.
**Date of Status**
Jan 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 | 251,503 | 252,016 | 252,526 |
| DPR | Dec23 | Nov22 | Oct18 | Sep23 | Aug23 | Jul22 | Jun21 | May21 | Apr22 | Mar22 | Feb20 | Jan23 | Dec20 | Nov20 | Oct22 |
| SPA ($) | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 1,870 | 1,870 | 1,870 | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 2,300 | 2,300 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 1,900 | 1,900 | 1,900 | 1,800 | 1,800 | 1,800 |

| | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|
| AB ($) | 253,034 | 253,540 | 254,044 | 254,547 |
| DPR | Sep20 | Aug21 | Jul23 | Jun21 |
| SPA ($) | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 1,800 | 1,800 | 1,800 | 1,800 |

*The original amount of this account was $268,300*

**JPMCB CARD** Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**Date opened**
Feb 2016
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Mar 2016
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$3,200
**High balance**
Not reported

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to
continue on record until Mar 2026.
**Comment**
Account closed at consumer's
request.
**Date of Status**
Mar 2016

**JPMCB CARD** Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**Date opened**
Feb 2019
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Individual
**First reported**
Mar 2019
**Terms**
Not reported

**Monthly payment**
$35
**Credit limit or original amount**
$8,700
**High balance**
$5,129

**Recent balance**
$46 as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 69 | 0 | 0 | 3,424 | 3,372 | 2,726 | 2,701 | 2,719 | 621 | 1,037 | 1,238 | 799 | 0 |
| DPR | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 | Aug23 | Jul22 | Jul03 | May26 | Mar31 | Mar31 | Mar31 |
| SPA ($) | 0 | 0 | 35 | 134 | 134 | 104 | 101 | 82 | 84 | 72 | 25 | 34 | 61 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 |
|---|---|
| AB ($) | 69 |
| DPR | ND |
| SPA ($) | 25 |
| AAP ($) | ND |

*Between Sep 2019 and May 2020, your credit limit/high balance was $8,700*    *Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200*

**SYNCB/JCPENNEY** Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

0184136739

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Nov 2018 | Individual | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Nov 2018 | $2,200 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $346 | Jun 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($) | 0 | 19 | 19 | 19 | 19 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | 19 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 121 |

| | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|
| AB ($) | 121 | 80 | 319 | 319 |
| DPR | Jan22 | Dec31 | ND | ND |
| SPA ($) | 27 | 38 | 27 | ND |
| AAP ($) | 53 | ND | ND | ND |

Between Jan 2019 and May 2020, your credit limit/high balance was $2,200      Between Nov 2018 and Dec 2018, your credit limit/high balance was $1,900

**SYNCB/LOWES** Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Sep 2016 | Individual | $28 | $144 as of May 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Sep 2016 | $5,800 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,600 | May 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 428 | 858 | 883 | 1,076 | 1,264 | 1,418 | 1,458 |
| DPR | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep08 | Aug09 | Jul09 | Jun09 | May08 | Apr10 | Mar10 | Feb08 |
| SPA ($) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 28 | 25 | 25 | 25 | 60 | 32 | 26 |
| AAP ($) | ND | ND | ND | ND | ND | ND | 398 | 30 | ND | 30 | 200 | 200 | 200 | 200 | 100 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 947 | 1,178 | 1,032 | 161 | 0 | 0 | 90 | 0 |
| DPR | Jan01 | Nov04 | Nov04 | Aug09 | Aug09 | Aug09 | Aug30 | Aug30 |
| SPA ($) | 25 | 37 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 400 | ND | 161 | ND | ND | 90 | ND | ND |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $5,800      Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700
Between Jun 2018 and Dec 2018, your credit limit/high balance was $3,700

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031.... PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2012 | Individual | Not reported | $0 /paid as of May 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Jan 2013 | $2,100 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $1,060 | May 2020 |
| | **Recent payment** | | |
| | $107 | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 106 | 121 | 359 | 315 | 541 | 108 | 502 | 90 | 49 | 15 | 479 | 0 | 96 | 242 | 103 |
| DPR | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 | Aug12 | Jul15 | May13 | May13 | Apr09 | Mar11 | Feb15 |
| SPA ($) | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 15 | 28 | 28 | 28 | 28 | 28 |
| AAP ($) | 121 | 359 | 315 | 541 | 108 | 450 | 28 | 60 | 15 | 479 | ND | 96 | 242 | 103 | 394 |

| | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 394 | 686 | 174 | 93 | 0 | 237 | 278 | 0 |
| DPR | Jan15 | Dec18 | Nov16 | Sep16 | Sep16 | Jul23 | Jun15 | Jun15 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | 300 | 374 | 93 | ND | 289 | 278 | ND | 103 |

Between Mar 2019 and Apr 2020, your credit limit/high balance was $2,100      Between Nov 2018 and Feb 2019, your credit limit/high balance was $1,600
Between Jun 2018 and Oct 2018, your credit limit/high balance was $1,100

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053.... PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jan 2020 | Joint | $1,973 | $308,061 as of May 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | May 2020 | $310,000 | Open/Never late. |
| **Mortgage ID #** | **Terms** | **High balance** | **Date of Status** |
| 100392411205269452 | 30 Years | Not reported | May 2020 |
| **Freddie Mac ID** | | | |

0184136739

1331976
**Type**
Mortgage

## Record of requests for your credit history We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

**ADVANTAGE/FAIRWAY INDEPE No phone # available Address ID #:** 0152940643 **Date 12/16/19 Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**EQUIFAX MORTGAGE SOLUTIO** 815 E GATE DR STE 102 MOUNT LAUREL NJ 08054 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

**RENTGROW** 177 HUNTINGTON AVESTE 1703 BOSTON MA 02115 (800) 898 1351 **Address ID #:** 0152940643 **Date 01/30/19 Reason** Rental on behalf of MAIN STREET RENEWAL. This inquiry is scheduled to continue on record until Feb 2021.

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date 01/23/19 Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

**SYNCB/JC PENNEY** PO BOX 965007 ORLANDO FL 32896 (866) 227 5213 **Address ID #:** 0152940643 **Date 11/23/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Dec 2020.

### CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471  **Date: 06/11/20; 06/10/20**

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/11/20; 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769  **Date: 06/10/20; 06/10/20**

**EXPERIAN No phone # available  Date: 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date: 06/10/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date: 05/21/20**

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available  Date: 05/05/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19**

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212  **Date: 03/02/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available  Date: 02/27/20**

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available  Date: 01/26/20**

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date: 01/13/20**

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available  Date: 12/13/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date: 11/04/19**

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622  **Date: 09/15/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date: 08/27/19; 03/03/19**

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730  **Date: 05/28/19**

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829  **Date: 05/28/19**

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713  **Date: 05/28/19**

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9733  **Date: 05/28/19**

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/11/20**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of SAFE AUTO INSURANCE CO for Insurance underwriting **Date: 05/07/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729 **Date: 03/03/19**

**DIRECT ENERGY LP** 12 GREENWAY PLZ STE 600 HOUSTON TX 77046 (713) 877 3500 **Date: 02/12/19**

**EQUIFAX INC/TID** 1550 PEACHTREE ST NE # H56B ATLANTA GA 30309 (866) 640 2273 **Date: 02/09/19; 01/30/19; 01/23/19; 11/26/18; 11/23/18**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **Date: 02/09/19**

**CLARITY SERVICES/CNU ONL** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 **No phone # available Date: 01/25/19**

**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of OPPORTUNITY FINANCIA (12 for 30 **Date: 01/24/19**

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650 CHICAGO IL 60601 **No phone # available Date: 01/24/19**

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 (866) 419 4096 **Date: 12/07/18; 11/24/18**

**SYNCHRONY FINANCIAL No phone # available Date: 11/24/18**

## Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

### Names

**ROBBIN WARD** Name ID #: 13719
**ROBBIN U WARD** Name ID #: 29965
**ROBIN A WARD** Name ID #: 2
**ROBBIN WARDE** Name ID #: 26971
**WARD ROBBIN** Name ID #: 11981

### Addresses

**5390 S SHERMAN ST LITTLETON CO 80121-1032** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940643

**5398 S GRANT ST LITTLETON CO 80121-1013** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940486

**PO BOX 7729 COLORADO SPRINGS CO 80933-7729** Type: Post office box **Geo Code:** 0-40030-41-1720 Address ID #: 0167593189

**1188 MAGNOLIA ST APTA COLORADO SPRINGS CO 80907-9633** Type: Apartment complex **Geo Code:** 0-20330-41-1720 Address ID #: 0167346154

**1960 MITTENWALD DR APT719 COLORADO SPRINGS CO 80918-8222** Type: Apartment complex **Geo Code:** 0-770020-41-1720 Address ID #: 0167552898

**1527 SWOPE AVE COLORADO SPRINGS CO 80909-2846** Type: Single family **Geo Code:** 0-70030-41-1720 Address ID #: 0167376475

**2831 ULTCA ST DENVER CO 80212-** Type: Single family **Geo Code:** 0-00- 0- Address ID #: 0605313398

**1522 N COCKRELL HILL RD DALLAS TX 75211-1316** Type: Single family **Geo Code:** 0-1070110-113-2080 Address ID #: 0903188313

**229 CLIFF HEIGHTS CIR DALLAS TX 75241-5330** Type: Single family **Geo Code:** 0-1120040-113- Address ID #: 0618403931

**2831 UTICA ST DENVER CO 80212-3047** Type: Single family **Geo Code:** 0-50110-31-1720 Address ID #: 0153300041

**103 W POWERS CIR APT301 LITTLETON CO 80120-2461** Type: Apartment complex **Geo Code:** 0-660140- 5-0220 Address ID #: 0152929447

**US 80918-** Geo Code: 0-00- 0-1920 Address ID #: 0316507434

**3114 WISE ST ALEXANDRIA LA 71301-4153** Type: Single family **Geo Code:** 0-1200020-79- Address ID #: 0140928945

**Social Security number variations None**

**Year of birth 1961**

**Telephone numbers 219 902 6324 Cellular; 303 433 2316 Residential; 719 633 1342 Residential**

**Spouse or co-applicant MEGAN**

**Former or current employers PIKE TOOL & GRINDING**

**Notices This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121.; GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121.**

### Notification of Rights for Colorado Consumers

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following

events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

# A Summary of Your Rights under the Fair Credit Reporting Act

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

• You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: a person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

• You have the right to ask for a credit score. Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

• The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from

EXP-WARD 000037

**ROBBIN E WARD | Report # 2267-2851-36 for 06/11/20**

releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

• You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
• Identity theft victims and active duty military personnel have additional rights. For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division, Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E St, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third St, SW, Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St, NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Dr. McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |

0184136739

EXP-WARD 000038

www.experian.com

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/11/20**

THIS PAGE INTENTIONALLY LEFT BLANK

0184136739

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/11/20**

PO Box 9701
Allen, TX 75013


experian.™

ROBBIN WARD
5390 S SHERMAN ST
LITTLETON CO  80121-1032

ROBBIN WARD
Important Information
Report # **2670-1720-63** for **06/12/20**

As you requested, we have placed a security freeze on your personal credit report from Experian. Your personal identification number is 2670172063.  Please retain the number as **you must submit this number in order to temporarily or permanently remove the security freeze from your credit report.** If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

To **temporarily** remove a security freeze for a period of time in order to apply for credit or for any transaction that requires that another party access your personal credit report, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742), then enter your identification information and personal identification number. To temporarily remove a security freeze for a specific party, provide your single-use personal identification number to the party you wish to grant access to your report.

To **permanently** remove a security freeze, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742). You also may write to us. Send your request to: Experian Security Freeze, P.O. Box 9554, Allen, TX 75013.

Be sure to include the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- Your personal identification number
- One copy of a government issued identification

card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). Send **copies** of any documents you wish to provide to us and always retain your original documents.

Your security freeze will be removed once we receive your request for a temporary or permanent removal. If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

If you are the a **protected consumer's** parent or legal guardian should write to us with all of the above information for both you and the protected consumer, plus a copy of the protected consumer's birth certificate and social security card, the protected consumer's date of birth and full name including middle initial and generation, the protected consumer's complete addresses for the last two years. Include a request that we remove the security

continued >

0184136739

EXP-WARD 000040

freeze from the minor's file.

0184136739

EXP-WARD 000041

PO Box 9701
Allen, TX 75013



ROBBIN U WARD
5390 S SHERMAN ST
LITTLETON CO  80121

ROBBIN U WARD

Important Information

Report # **1193-7981-32** for **06/13/20**

We have added an Initial Security Alert to your credit file as requested on your behalf by one or more of the nationwide consumer credit reporting companies. This Alert last for one year and alerts credit grantors to verify your identity in case someone is using your information without your consent. As an additional precaution, we have removed your name and address from prescreened offer mailing lists for six months.

You can request a free copy of your credit report at experian.com/initialfraudreport, by calling 1 800 360 7540 or in writing. If you write to us, indicate that you are or feel you may become a victim of fraud or including identity theft, and are requesting your free credit report. Send all of the following: 1) Your full name including middle initial and generation; 2) Social Security number; 3) complete addresses for the past two years; 4) date of birth; 5) government issued ID card, such as a driver's license, state ID card, etc.; 6) utility bill, bank or insurance statement, etc. Send copies of any documents you provide. Mail your request to Experian, P.O. Box 9554 Allen, Texas 75013.

You may access a more detailed statement of your rights online at Experian.com/fraudrights or by calling 1 877 534 7030.

0184136739

EXP-WARD 000042

page 1 of 2

THIS PAGE INTENTIONALLY LEFT BLANK

Robbin Ward
5390 South Sherman Street
Littleton, CO 80121

June 30, 2020

Experian
P.O. Box 9530
Allen, TX 75013

To Whom it May Concern,

I am contacting you to request that you remove the collections account originally issued by Main Street Renewal, L.L.C. I am requesting that you do this due to the inaccuracy of this information. I am the victim of identity theft and this account is not mine. The collections were due to someone using my personal information to obtain a lease for a property located in Dallas, TX. I have never lived in Texas. I am a resident of Colorado and have been since 1989.

I have included a copy of my Identity Theft Report that I filed with the FTC on June 12, 2020. I have also included a copy of my driver's license. I have already requested a fraud alert be added to my credit report for the next year as well as placed a freeze on my credit report. I ask that you block this information immediately.

Sincerely,

Robbin Ward
219-902-6324
Robbin Ward96@yahoo.com

EXP-WARD 000044



**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | 219-902-6324 | robbinward96@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com  I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Page 1 of 2

EXP-WARD 000045

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward** _____     **06/12/2020** _____
Robbin U Ward                           Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EXP-WARD 000046



## YOUR SOCIAL SECURITY CARD

ns important

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job, whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.





COLORADO DL ★

DRIVER LICENSE

1 WARD
2 ROBBIN UNDRA
8 5190 S SHERMAN ST
LITTLETON, CO 80121
3 DOB        4a Iss
04/26/1961    08/21/2017
4d Customer Identifier  4b Exp
                        04/26/2022
5          Previous Type
                        A
15 Sex      16 Hgt
M           5'-07"
18 Eyes     17 Wgt
BRO         177 lb
19 Hair
BLK

9a Endorsements

12 Restrictions
NONE
9 Vehicle Classifications
R

EXP-WARD 000047

EXP-WARD 000048

R. Ward
5390 S. Sherman St
Littleton, CO
80121

Experian
PO Box 9530
Allen, TX
75013

75013-971599

EXP-WARD 000049

PO Box 9701
Allen, TX 75013

 experian.™

ROBBIN UNDRA WARD
5390 S SHERMAN ST
LITTLETON CO  80121

**ROBBIN UNDRA WARD**

Dispute Results

Report # **3612-6299-91** for **07/14/20**

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-

We store address information as it is sent to us by your credit grantors or from information contained in public records. One or more sources of information reported the address you questioned and it is a part of your credit history.

If you believe an address in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone at 1 (800) 509-8495 if you need additional assistance to determine the specific sources of particular address information on your credit report.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute.  When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue. We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. **For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

0184136739

EXP-WARD 000050

page 1 of 10

**ROBBIN UNDRA WARD | Report # 3612-6299-91 for 07/14/20**

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Experian: 1 (888) 397-3742; www.experian.com
- Equifax: 1 (800) 525-6285; www.equifax.com
- TransUnion: 1 (800) 680-7289; www.transunion.com

An initial fraud alert stays in your file for at least 90 days. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

0184136739

EXP-WARD 000051

**ROBBIN UNDRA WARD** | Report # **3612-6299-91** for **07/14/20**

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

We received a copy of your identity theft report and notification that you are a victim of identity theft. However, we do not know which items on your credit report are the result of identity theft. Please indicate the specific items on your personal credit report that appeared as a result of the fraudulent activity, and include the information listed below:

- Account name(s)
- Account numbers
- The dates of the fraudulent activity
- One copy of a government issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Please also include the following identification information:

- Your full name including middle initial (and generation - JR, SR, II, III)
- Social Security number
- Date of birth
- Complete addresses for the past two years

Make sure that each copy is legible and displays your name and current mailing address and the date of issue. We are unable to accept voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents.

Mail the information to: Experian, P.O. Box 9554, Allen, Texas 75013. You may also submit your request or documents supporting your claim electronically at experian.com/upload. If you do not provide Experian with the required information specified above, you will not have submitted a valid request to block information in your personal credit report due to an identity theft and no information will be blocked.

The items that you requested to be blocked as a result of identity theft have been blocked from your personal credit report. The credit grantor that supplied the information also has been notified.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items
**NATIONAL CREDIT SYSTEM** 4273220 **Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.**
Record of requests for your credit history
**RENTGROW 01302019 Outcome: Deleted**

0184136739

EXP-WARD 000052

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them.  If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address.  In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

# Your Updated Credit Report

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current | **150** | Account 150 days past due | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Account 30 days past due | **180** | Account 180 days past due | **R** | Repossession | **C** | Collection |
| **60** | Account 60 days past due | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Account 90 days past due | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Account 120 days past due | **F** | Foreclosed | **G** | Claim filed with government | **ND** | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

---

***Personal statements you've asked us to include***  You've given us the following statement to include every time a company asks us for your credit report:

"ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 219-902-6324. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 06-13-20."

"FILE FROZEN DUE TO FEDERAL LEGISLATION."

---

**<u>Your accounts in good standing</u>** These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

## Credit items

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

**ROBBIN UNDRA WARD** | Report # 3612-6299-91 for **07/14/20**

| | |
|---|---|
| **Date opened** May 2012 | **Responsibility** Authorized user |
| **Address ID #** 0152940643 | **First reported** Dec 2013 |
| **Type** Credit card | **Terms** Not reported |

| | |
|---|---|
| **Monthly payment** Not reported | **Recent balance** $0 /paid as of Jul 2020 |
| **Credit limit or original amount** $3,000 | **Status** Open/Never late. |
| **High balance** $9,453 | **Date of Status** Jul 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 | 2,507 | 102 | 0 | 0 | 0 |
| DPR | Feb20 | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 0 | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 | 27 | 27 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 | 150 | ND | ND | ND | ND |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jul 2018 and Jun 2020, your credit limit/high balance was $3,000*

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

| | |
|---|---|
| **Date opened** Feb 2016 | **Responsibility** Individual |
| **Address ID #** 0152940643 | **First reported** Mar 2016 |
| **Type** Charge Card | **Terms** Not reported |

| | |
|---|---|
| **Monthly payment** Not reported | **Recent balance** $0 /paid as of Jul 2020 |
| **Credit limit or original amount** $1,600 | **Status** Open/Never late. |
| **High balance** $1,321 | **Date of Status** Jul 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 289 | 439 | 659 | 879 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Sep20 | Aug27 | Aug02 | Jul02 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jul 2018 and Jun 2020, your credit limit/high balance was $1,600*

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

| | |
|---|---|
| **Date opened** Nov 2011 | **Responsibility** Authorized user |
| **Address ID #** 0152940643 | **First reported** Sep 2012 |
| **Type** Credit card | **Terms** Not reported |

| | |
|---|---|
| **Monthly payment** Not reported | **Recent balance** Not reported |
| **Credit limit or original amount** $5,900 | **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Aug 2023. |
| **High balance** $3,560 | **Comment** Account closed at consumer's request. |
| | **Date of Status** Aug 2013 |

**COLORADO CU/ MDT** Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

| | |
|---|---|
| **Date opened** Mar 2017 | **Responsibility** Joint with MEGAN HENDERSON |
| **Address ID #** 0152940643 | **First reported** Apr 2017 |
| **Type** Home Equity | **Terms** Not reported |

| | |
|---|---|
| **Monthly payment** Not reported | **Recent balance** Not reported |
| **Credit limit or original amount** $25,000 | **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Jan 2030. |
| **High balance** $23,892 | **Date of Status** Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 | 23,105 | 23,178 | 23,266 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 | Nov13 | Oct12 | Sep13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 | 157 | 157 | 154 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

**ROBBIN UNDRA WARD | Report # 3612-6299-91 for 07/14/20**

|         | Sep18 | Aug18 | Jul18 |
|---------|-------|-------|-------|
| AB ($)  | 23,347 | 23,427 | 23,514 |
| DPR     | Aug13 | Jul13 | Jun13 |
| SPA ($) | 154   | 154   | 152   |
| AAP ($) | 200   | 200   | 200   |

*Between Jul 2018 and Dec 2019, your credit limit/high balance was $25,000*

## DISCOVER FINANCIAL SERVICES Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Jun 2013 | Authorized user | $35 | $200 as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Jun 2013 | $4,750 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $4,660 | Jun 2020 |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 57 | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 | 2,193 | 1,972 | 1,431 | 738 | 808 | 1,270 |
| DPR     | Apr19 | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 | Aug13 | Jul11 | Jun12 | May13 | Apr09 | Mar12 |
| SPA ($) | 35 | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 | 47 | 42 | 37 | 35 | 35 | 37 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

|         | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 1,125 | 476 | 690 | 0 | 318 | 514 | 128 | 247 |
| DPR     | Feb11 | Jan13 | Nov09 | Nov09 | Oct10 | Sep12 | Aug13 | Jul13 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jul 2018 and May 2020, your credit limit/high balance was $4,750*

## FIRSTBANK Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 No phone # available

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Feb 2014 | Joint with | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | MEGAN  HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $2,500 | Open/Never late. |
| **Type** | Feb 2014 | **High balance** | **Date of Status** |
| Credit card | **Terms** | $2,250 | Jun 2020 |
|  | Not reported |  |  |
|  | **Recent payment** |  |  |
|  | $16 |  |  |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 16 | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 | 1,831 | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 |
| DPR     | May20 | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 | Aug20 | Jul22 | Jun26 | May28 | Mar20 | Mar20 |
| SPA ($) | 16 | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 | 55 | 54 | 52 | 51 | 45 | 45 |
| AAP ($) | 16 | 16 | 66 | 1,801 | 200 | 400 | 57 | 54 | 100 | 60 | 52 | 100 | 45 | ND | 150 |

|         | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 1,456 | 1,510 | 1,090 | 1,047 | 1,116 | 1,136 | 1,306 | 1,324 |
| DPR     | Feb11 | Jan18 | Dec27 | Nov28 | Oct22 | Sep21 | Aug21 | Jul20 |
| SPA ($) | 44 | 45 | 33 | 31 | 33 | 34 | 39 | 40 |
| AAP ($) | 220 | 109 | 150 | 100 | 100 | 300 | 100 | 200 |

*Between Jul 2018 and May 2020, your credit limit/high balance was $2,500*

## FREEDOM MORTGAGE CORP Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

| **Date opened** | **Responsibility** | **Monthly payment** | **Recent balance** |
|---|---|---|---|
| Dec 2015 | Joint with | Not reported | Not reported |
| **Address ID #** | MEGAN  HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $268,300 | Paid, Closed/Never late. |
| **Fannie Mae ID** | Apr 2016 | **High balance** | This account is scheduled to |
| 1736222572 | **Terms** | Not reported | continue on record until Jan 2030. |
| **Type** | 30 Years |  | **Date of Status** |
| Mortgage |  |  | Jan 2020 |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 | 251,503 | 252,016 | 252,526 |
| DPR     | Dec23 | Nov22 | Oct18 | Sep23 | Aug23 | Jul22 | Jun21 | May21 | Apr22 | Mar22 | Feb20 | Jan23 | Dec20 | Nov20 | Oct22 |
| SPA ($) | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 1,870 | 1,870 | 1,870 | 1,696 | 1,696 | 1,696 | 1,696 |
| AAP ($) | 2,300 | 2,300 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 1,900 | 1,900 | 1,900 | 1,800 | 1,800 | 1,800 |

|         | Sep18 | Aug18 | Jul18 |
|---------|-------|-------|-------|
| AB ($)  | 253,034 | 253,540 | 254,044 |
| DPR     | Sep20 | Aug21 | Jul23 |

0184136739

EXP-WARD 000055

**ROBBIN UNDRA WARD | Report # 3612-6299-91 for 07/14/20**

| | | | |
|---|---|---|---|
| SPA ($) | 1,696 | 1,696 | 1,696 |
| AAP ($) | 1,800 | 1,800 | 1,800 |

*The original amount of this account was $268,300*

## JPMCB CARD Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**Date opened**
Feb 2016
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Mar 2016
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$3,200
**High balance**
Not reported

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late.
This account is scheduled to continue on record until Mar 2026.
**Comment**
Account closed at consumer's request.
**Date of Status**
Mar 2016

## JPMCB CARD Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**Date opened**
Feb 2019
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Individual
**First reported**
Mar 2019
**Terms**
Not reported

**Monthly payment**
$35
**Credit limit or original amount**
$8,700
**High balance**
$5,129

**Recent balance**
$1,085 as of Jul 2020
**Status**
Open/Never late.
**Date of Status**
Jul 2020

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 69 | 0 | 0 | 3,424 | 3,372 | 2,726 | 2,701 | 2,719 | 621 | 1,037 | 1,238 | 799 |
| DPR | Jun12 | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 | Aug23 | Jul22 | Jul03 | May26 | Mar31 | Mar31 |
| SPA ($) | 0 | 0 | 0 | 35 | 134 | 134 | 104 | 101 | 82 | 84 | 72 | 25 | 34 | 61 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 | Mar19 |
|---|---|---|
| AB ($) | 0 | 69 |
| DPR | Mar31 | ND |
| SPA ($) | 25 | 25 |
| AAP ($) | ND | ND |

*Between Sep 2019 and Jun 2020, your credit limit/high balance was $8,700*       *Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200*

## SYNCB/JCPENNEY Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

**Date opened**
Nov 2018
**Address ID #**
0152940643
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Nov 2018
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$2,200
**High balance**
$346

**Recent balance**
$0 /paid as of Jul 2020
**Status**
Open/Never late.
**Date of Status**
Jul 2020

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($) | 0 | 0 | 19 | 19 | 19 | 19 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | 19 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 |
|---|---|---|---|---|---|
| AB ($) | 0 | 121 | 80 | 319 | 319 |
| DPR | Feb22 | Jan22 | Dec31 | ND | ND |
| SPA ($) | 27 | 27 | 38 | 27 | ND |
| AAP ($) | 121 | 53 | ND | ND | ND |

*Between Jan 2019 and Jun 2020, your credit limit/high balance was $2,200*       *Between Nov 2018 and Dec 2018, your credit limit/high balance was $1,900*

## SYNCB/LOWES Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

**Date opened**
Sep 2016
**Address ID #**
0152940643
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Sep 2016
**Terms**
Not reported
**Recent payment**
$193

**Monthly payment**
$28
**Credit limit or original amount**
$5,800
**High balance**
$1,600

**Recent balance**
$769 as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

0184136739

EXP-WARD 000056

**ROBBIN UNDRA WARD | Report # 3612-6299-91 for 07/14/20**

**Account History \*** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 144 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 398 | 428 | 858 | 883 | 1,076 | 1,264 | 1,418 |
| DPR | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep08 | Aug09 | Jul09 | Jun09 | May08 | Apr10 | Mar10 |
| SPA ($) | 28 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 28 | 25 | 25 | 25 | 60 | 32 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | 398 | 30 | ND | 30 | 200 | 200 | 200 | 200 |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,458 | 947 | 1,178 | 1,032 | 161 | 0 | 0 | 90 |
| DPR | Feb08 | Jan01 | Nov04 | Nov04 | Aug09 | Aug09 | Aug09 | Aug30 |
| SPA ($) | 26 | 25 | 37 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | 100 | 400 | ND | 161 | ND | ND | 90 | ND |

Between Mar 2019 and May 2020, your credit limit/high balance was $5,800        Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700
Between Jul 2018 and Dec 2018, your credit limit/high balance was $3,700

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031.... PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2012 | Individual | Not reported | $0 /paid as of Jun 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Jan 2013 | $2,100 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $1,060 | Jun 2020 |
| | **Recent payment** | | |
| | $58 | | |

**Account History \*** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 106 | 121 | 359 | 315 | 541 | 108 | 502 | 90 | 49 | 15 | 479 | 0 | 96 | 242 |
| DPR | May15 | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 | Aug12 | Jul15 | May13 | May13 | Apr09 | Mar11 |
| SPA ($) | 0 | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 15 | 28 | 28 | 28 | 28 |
| AAP ($) | 107 | 121 | 359 | 315 | 541 | 108 | 450 | 28 | 60 | 15 | 479 | ND | 96 | 242 | 103 |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 103 | 394 | 686 | 174 | 93 | 0 | 237 | 278 |
| DPR | Feb15 | Jan15 | Dec18 | Nov16 | Sep16 | Sep16 | Jul23 | Jun15 |
| SPA ($) | 28 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | 394 | 300 | 374 | 93 | ND | 289 | 278 | ND |

Between Mar 2019 and May 2020, your credit limit/high balance was $2,100        Between Nov 2018 and Feb 2019, your credit limit/high balance was $1,600
Between Jul 2018 and Oct 2018, your credit limit/high balance was $1,100

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053.... PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jan 2020 | Joint with | $1,973 | $307,410 as of Jun 2020 |
| **Address ID #** | MEGAN HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $310,000 | Open/Never late. |
| **Mortgage ID #** | Feb 2020 | **High balance** | **Date of Status** |
| 100392411205269452 | **Terms** | Not reported | Jun 2020 |
| **Freddie Mac ID** | 30 Years | | |
| 1331976 | **Recent payment** | | |
| **Type** | $2,200 | | |
| Mortgage | | | |

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

**ADVANTAGE/FAIRWAY INDEPE No phone # available Address ID #:** 0152940643 **Date 12/16/19 Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**EQUIFAX MORTGAGE SOLUTIO** 815 E GATE DR STE 102 MOUNT LAUREL NJ 08054 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

0184136739

EXP-WARD 000057

**ROBBIN UNDRA WARD | Report # 3612-6299-91 for 07/14/20**

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date** 01/23/19 **Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

**SYNCB/JC PENNEY** PO BOX 965007 ORLANDO FL 32896 (866) 227 5213 **Address ID #:** 0152940643 **Date** 11/23/18 **Reason** Unspecified. This inquiry is scheduled to continue on record until Dec 2020.

## CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **Date:** 06/27/20; 06/11/20; 06/10/20

**JPMCB** PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 **Date:** 06/25/20

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available** **Date:** 06/17/20

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** **Date:** 06/16/20; 05/15/20; 05/05/20; 05/02/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 03/14/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **Date:** 06/13/20

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **Date:** 06/11/20; 06/10/20; 06/10/20

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **Date:** 06/11/20; 06/10/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **Date:** 06/10/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **Date:** 06/10/20

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **Date:** 06/10/20

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **Date:** 06/08/20

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212 **Date:** 06/03/20

**WELLS FARGO BANK MTG No phone # available** **Date:** 03/02/20

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available** **Date:** 02/27/20

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available** **Date:** 01/26/20

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date:** 01/13/20

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date:** 11/04/19

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date:** 11/04/19

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date:** 11/04/19

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622 **Date:** 09/15/19

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729 **Date:** 08/27/19; 03/03/19

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730 **Date:** 05/28/19

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829 **Date:** 05/28/19

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713 **Date:** 05/28/19

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9733 **Date:** 05/28/19

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of SAFE AUTO INSURANCE CO for Insurance underwriting **Date:** 05/07/19

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729 **Date:** 03/03/19

**DIRECT ENERGY LP** 12 GREENWAY PLZ STE 600 HOUSTON TX 77046 (713) 877 3500 **Date:** 02/12/19

**EQUIFAX INC/TID** 1550 PEACHTREE ST NE # H56B ATLANTA GA 30309 (866) 640 2273 **Date:** 02/09/19; 01/30/19; 01/23/19; 11/26/18; 11/23/18

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **Date:** 02/09/19

**CLARITY SERVICES/CNU ONL** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 **No phone # available** **Date:** 01/25/19

**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of OPPORTUNITY FINANCIA (12 for 30 **Date:** 01/24/19

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650 CHICAGO IL 60601 **No phone # available** **Date:** 01/24/19

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 (866) 419 4096 **Date:** 12/07/18; 11/24/18

**SYNCHRONY FINANCIAL No phone # available** **Date:** 11/24/18

**Personal information** The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

**Names**

**ROBBIN WARD** Name ID #: 13719

**ROBBIN U WARD** Name ID #: 29965

**ROBIN A WARD** Name ID #: 2

**ROBBIN WARDE** Name ID #: 26971

**WARD ROBBIN** Name ID #: 11981

**ROBBIN UNDRA WARD | Report # 3612-6299-91 for 07/14/20**

**Addresses**

**5390 S SHERMAN ST LITTLETON CO 80121-1032** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940643

**5398 S GRANT ST LITTLETON CO 80121-1013** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940486

**PO BOX 7729 COLORADO SPRINGS CO 80933-7729** Type: Post office box **Geo Code:** 0-40030-41-1720 Address ID #: 0167593189

**1188 MAGNOLIA ST APTA COLORADO SPRINGS CO 80907-9633** Type: Apartment complex **Geo Code:** 0-20330-41-1720 Address ID #: 0167346154

**1960 MITTENWALD DR APT719 COLORADO SPRINGS CO 80918-8222** Type: Apartment complex **Geo Code:** 0-770020-41-1720 Address ID #: 0167552898

**1527 SWOPE AVE COLORADO SPRINGS CO 80909-2846** Type: Single family **Geo Code:** 0-70030-41-1720 Address ID #: 0167376475

**2831 ULTCA ST DENVER CO 80212-** Type: Single family **Geo Code:** 0-00- 0- Address ID #: 0605313398

**1522 N COCKRELL HILL RD DALLAS TX 75211-1316** Type: Single family **Geo Code:** 0-1070110-113-2080 Address ID #: 0903188313

**229 CLIFF HEIGHTS CIR DALLAS TX 75241-5330** Type: Single family **Geo Code:** 0-1120040-113- Address ID #: 0618403931

**2831 UTICA ST DENVER CO 80212-3047** Type: Single family **Geo Code:** 0-50110-31-1720 Address ID #: 0153300041

**103 W POWERS CIR APT301 LITTLETON CO 80120-2461** Type: Apartment complex **Geo Code:** 0-660140- 5-0220 Address ID #: 0152929447

**US 80918- Geo Code:** 0-00- 0-1920 Address ID #: 0316507434

**3114 WISE ST ALEXANDRIA LA 71301-4153** Type: Single family **Geo Code:** 0-1200020-79- Address ID #: 0140928945

**Social Security number variations None**

**Year of birth 1961**

**Telephone numbers 219 902 6324 Cellular; 303 433 2316 Residential; 719 633 1342 Residential**

**Spouse or co-applicant MEGAN**

**Former or current employers PIKE TOOL & GRINDING**

**Notices This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121.; GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121.**

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

0184136739

EXP-WARD 000059

PO Box 9701
Allen, TX 75013


**experian.**™

ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

# ROBBIN E WARD
## Important Information
### Report # 3082-8404-53 for 09/22/20

As you requested, we have changed the personal identification number for removing a security freeze from your file.  Your new personal identification number is 3082840453.  Please retain this number as **you must submit this number in order to temporarily or permanently remove the security freeze from your credit report.** If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

To **temporarily** remove a security freeze for a period of time in order to apply for credit or for any transaction that requires that another party access your personal credit report, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742), then enter your identification information and personal identification number. To temporarily remove a security freeze for a specific party, provide your single-use personal identification number to the party you wish to grant access to your report. If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

To **permanently** remove a security freeze, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742). You also may write to us. Send your request to: Experian Security Freeze, P.O. Box 9554, Allen, TX 75013.

Be sure to include the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth

- Your personal identification number
- One copy of a government issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). Send **copies** of any documents you wish to provide to us and always retain your original documents.

All other states have no charge for permanently removing a security freeze. There is no fee in any state for victims of identity theft who provide a copy of a valid identity theft report filed with a law enforcement agency.

Your security freeze will be removed once we receive your request for a temporary or permanent removal. If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

0184136739

THIS PAGE INTENTIONALLY LEFT BLANK

PO Box 9701
Allen, TX 75013


experian.™

ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

**ROBBIN E WARD**
Important Information
Report # **3082-8404-53** for **09/23/20**

As you requested, we have changed the personal identification number for removing a security freeze from your file.  Your new personal identification number is 3082840453.  Please retain this number as **you must submit this number in order to temporarily or permanently remove the security freeze from your credit report.** If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

To **temporarily** remove a security freeze for a period of time in order to apply for credit or for any transaction that requires that another party access your personal credit report, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742), then enter your identification information and personal identification number. To temporarily remove a security freeze for a specific party, provide your single-use personal identification number to the party you wish to grant access to your report. If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

To **permanently** remove a security freeze, log on to www.experian.com/freeze or call 1 (888) EXPERIAN (1 888 397-3742). You also may write to us. Send your request to: Experian Security Freeze, P.O. Box 9554, Allen, TX 75013.

Be sure to include the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth

- Your personal identification number
- One copy of a government issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). Send **copies** of any documents you wish to provide to us and always retain your original documents.

All other states have no charge for permanently removing a security freeze. There is no fee in any state for victims of identity theft who provide a copy of a valid identity theft report filed with a law enforcement agency.

Your security freeze will be removed once we receive your request for a temporary or permanent removal. If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

If you would like to create a single-use personal identification number to be used by a certain credit grantor, log on to www.experian.com/freeze.

If you move to a new address and wish to keep the security freeze on your file, submit your request in writing and include all of your personal identification information and proof of your new address as specified in this letter.

0184136739

EXP-WARD 000062

THIS PAGE INTENTIONALLY LEFT BLANK

PO Box 9701
Allen, TX 75013



ROBBIN U WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN U WARD
### Your Credit Report
### Report # **1345-2633-90** for **12/07/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current | **150** | Account 150 days past due | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Account 30 days past due | **180** | Account 180 days past due | **R** | Repossession | **C** | Collection |
| **60** | Account 60 days past due | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Account 90 days past due | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Account 120 days past due | **F** | Foreclosed | **G** | Claim filed with government | **ND** | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

> ***Personal statements you've asked us to include*** You've given us the following statement to include every time a company asks us for your credit report:
>
> "ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 219-902-6324. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 06-13-20."
>
> "FILE FROZEN DUE TO FEDERAL LEGISLATION."

## Your accounts in good standing
These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

## Credit items

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

0184136739

**ROBBIN U WARD** | Report # **1345-2633-90** for **12/07/20**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| May 2012 | Authorized user | Not reported | $0 /paid as of Dec 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Dec 2013 | $3,000 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $9,453 | Dec 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 |
| DPR | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 |

| | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,507 | 102 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 27 | 27 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | 150 | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Dec 2018 and Nov 2020, your credit limit/high balance was $3,000*

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2016 | Individual | Not reported | $0 /paid as of Dec 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2016 | $1,600 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,321 | Dec 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Dec 2018 and Oct 2020, your credit limit/high balance was $1,600*

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Nov 2011 | Authorized user | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Sep 2012 | $5,900 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to continue on record until Aug 2023. |
| Credit card | Not reported | $3,560 | **Comment** Account closed at consumer's request. |
| | | | **Date of Status** Aug 2013 |

**COLORADO CU/ MDT** Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Mar 2017 | Joint with MEGAN HENDERSON | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Apr 2017 | $25,000 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to continue on record until Jan 2030. |
| Home Equity | Not reported | $23,892 | **Date of Status** Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 | 23,105 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 | Nov13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 | 157 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

*Between Dec 2018 and Dec 2019, your credit limit/high balance was $25,000*

**DISCOVER FINANCIAL SERVICES** Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

**ROBBIN U WARD | Report # 1345-2633-90 for 12/07/20**

| | |
|---|---|
| **Date opened** Jun 2013 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Authorized user **First reported** Jun 2013 **Terms** Not reported |
| **Monthly payment** $35 **Credit limit or original amount** $4,750 **High balance** $4,660 | **Recent balance** $350 as of Nov 2020 **Status** Open/Never late. **Date of Status** Nov 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 912 | 77 | 281 | 266 | 200 | 57 | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 | 2,193 |
| DPR | Oct13 | Sep11 | Aug13 | Jul13 | Jun16 | Apr19 | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 | Aug13 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 | 47 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,972 | 1,431 | 738 | 808 | 1,270 | 1,125 | 476 | 690 |
| DPR | Jul11 | Jun12 | May13 | Apr09 | Mar12 | Feb11 | Jan13 | Nov09 |
| SPA ($) | 42 | 37 | 35 | 35 | 37 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Dec 2018 and Oct 2020, your credit limit/high balance was $4,750*

**FIRSTBANK** Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 **No phone # available**

| | |
|---|---|
| **Date opened** Feb 2014 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Joint with MEGAN HENDERSON **First reported** Feb 2014 **Terms** Not reported |
| **Monthly payment** $20 **Credit limit or original amount** $2,500 **High balance** $2,250 | **Recent balance** $141 as of Nov 2020 **Status** Open/Never late. **Date of Status** Nov 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 88 | 395 | 0 | 16 | 0 | 16 | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 | 1,831 |
| DPR | Oct15 | Aug24 | Aug24 | Jul20 | Jun19 | May20 | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 | Aug20 |
| SPA ($) | 20 | 20 | 0 | 16 | 0 | 16 | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 | 55 |
| AAP ($) | 411 | ND | 281 | 40 | 16 | 16 | 16 | 66 | 1,801 | 200 | 400 | 57 | 54 | 100 | 60 |

| | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 | 1,456 | 1,510 | 1,090 |
| DPR | Jul22 | Jun26 | May28 | Mar20 | Mar20 | Feb11 | Jan18 | Dec27 |
| SPA ($) | 54 | 52 | 51 | 45 | 45 | 44 | 45 | 33 |
| AAP ($) | 52 | 100 | 45 | ND | 150 | 220 | 109 | 150 |

*Between Dec 2018 and Oct 2020, your credit limit/high balance was $2,500*

**FREEDOM MORTGAGE CORP** Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

| | |
|---|---|
| **Date opened** Dec 2015 **Address ID #** 0152940643 **Fannie Mae ID** 1736222572 **Type** Mortgage | **Responsibility** Joint with MEGAN HENDERSON **First reported** Apr 2016 **Terms** 30 Years |
| **Monthly payment** Not reported **Credit limit or original amount** $268,300 **High balance** Not reported | **Recent balance** Not reported **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Jan 2030. **Date of Status** Jan 2020 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 | 251,503 |
| DPR | Dec23 | Nov22 | Oct18 | Sep23 | Aug23 | Jul22 | Jun21 | May17 | Apr22 | Mar22 | Feb20 | Jan23 | Dec20 |
| SPA ($) | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 1,870 | 1,870 | 1,870 | 1,696 | 1,696 |
| AAP ($) | 2,300 | 2,300 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 1,900 | 1,900 | 1,900 | 1,800 |

*The original amount of this account was $268,300*

**JPMCB CARD** Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

0184136739

EXP-WARD 000066

**ROBBIN U WARD | Report # 1345-2633-90 for 12/07/20**

| | |
|---|---|
| **Date opened** Feb 2016 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Authorized user **First reported** Mar 2016 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $3,200 **High balance** Not reported | **Recent balance** Not reported **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Mar 2026. **Comment** Account closed at consumer's request. **Date of Status** Mar 2016 |

**JPMCB CARD** Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| | |
|---|---|
| **Date opened** Feb 2019 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Individual **First reported** Mar 2019 **Terms** Not reported |
| **Monthly payment** $35 **Credit limit or original amount** $8,700 **High balance** $5,129 | **Recent balance** $574 as of Nov 2020 **Status** Open/Never late. **Date of Status** Nov 2020 |

**Account History *** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 799 | 101 | 420 | 1,085 | 0 | 0 | 0 | 69 | 0 | 0 | 3,424 | 3,372 | 2,726 | 2,701 | 2,719 |
| DPR | Sep18 | Sep04 | Aug05 | Jun12 | Jun12 | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 | Aug23 | Jul22 |
| SPA ($) | 35 | 35 | 35 | 35 | 0 | 0 | 0 | 35 | 134 | 134 | 104 | 101 | 82 | 84 | 72 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Mar19 |
|---|---|---|---|---|---|---|
| AB ($) | 621 | 1,037 | 1,238 | 799 | 0 | 69 |
| DPR | Jul03 | May26 | Mar31 | Mar31 | Mar31 | ND |
| SPA ($) | 25 | 34 | 61 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND |

Between Sep 2019 and Oct 2020, your credit limit/high balance was $8,700          Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200

**MOUNTAIN AMERICA FCU** Partial Acct # 12130890.... 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302

| | |
|---|---|
| **Date opened** Sep 2020 **Address ID #** 0152940643 **Type** Auto Loan | **Responsibility** Joint with MEGAN ELIZABETH HENDERSON **First reported** Oct 2020 **Terms** 72 Months **Recent payment** $500 |
| **Monthly payment** $481 **Credit limit or original amount** $31,195 **High balance** Not reported | **Recent balance** $30,830 as of Dec 2020 **Status** Open/Never late. **Date of Status** Dec 2020 |

**SYNCB/JCPENNEY** Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

| | |
|---|---|
| **Date opened** Nov 2018 **Address ID #** 0152940643 **Type** Charge Card | **Responsibility** Individual **First reported** Nov 2018 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $2,200 **High balance** $346 | **Recent balance** $0 /paid as of Dec 2020 **Status** Open/Never late. **Date of Status** Dec 2020 |

**Account History *** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 |
| DPR | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 19 | 19 | 19 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | 19 | ND | ND | ND | ND | ND |

| | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 121 | 80 | 319 |
| DPR | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Jan22 | Dec31 | ND |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 38 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | 121 | 53 | ND | ND |

Between Jan 2019 and Nov 2020, your credit limit/high balance was $2,200          Between Dec 2018 and Dec 2018, your credit limit/high balance was $1,900

**SYNCB/LOWES** Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

EXP-WARD 000067

**ROBBIN U WARD** | Report # **1345-2633-90** for **12/07/20**

**Date opened**
Sep 2016
**Address ID #**
0152940643
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Sep 2016
**Terms**
Not reported
**Recent payment**
$100

**Monthly payment**
$28
**Credit limit or original amount**
$5,800
**High balance**
$1,600

**Recent balance**
$400 as of Nov 2020
**Status**
Open/Never late.
**Date of Status**
Nov 2020

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 500   | 700   | 880   | 1,060 | 769   | 144   | 0     | 0     | 0     | 0     | 0     | 0     | 0     | 398   | 428   |
| DPR     | Oct09 | Sep06 | Aug09 | Jul03 | Jun09 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep08 | Aug09 |
| SPA ($) | 28    | 28    | 28    | 28    | 28    | 28    | 39    | 39    | 39    | 39    | 39    | 39    | 39    | 39    | 28    |
| AAP ($) | 200   | 180   | 180   | 269   | 193   | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    | 398   | 30    |

|         | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 858   | 883   | 1,076 | 1,264 | 1,418 | 1,458 | 947   | 1,178 |
| DPR     | Jul09 | Jun09 | May08 | Apr10 | Mar10 | Feb08 | Jan01 | Nov04 |
| SPA ($) | 25    | 25    | 25    | 60    | 32    | 26    | 25    | 37    |
| AAP ($) | 30    | 200   | 200   | 200   | 200   | 100   | 400   | ND    |

Between Mar 2019 and Oct 2020, your credit limit/high balance was $5,800     Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700
Between Dec 2018 and Dec 2018, your credit limit/high balance was $3,700

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031.... PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

**Date opened**
Dec 2012
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Individual
**First reported**
Jan 2013
**Terms**
Not reported
**Recent payment**
$427

**Monthly payment**
$29
**Credit limit or original amount**
$2,100
**High balance**
$1,060

**Recent balance**
$109 as of Nov 2020
**Status**
Open/Never late.
**Date of Status**
Nov 2020

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 427   | 100   | 13    | 77    | 0     | 0     | 106   | 121   | 359   | 315   | 541   | 108   | 502   | 90    | 49    |
| DPR     | Oct08 | Sep16 | Aug14 | Jun16 | Jun16 | May15 | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 | Aug12 |
| SPA ($) | 29    | 13    | 13    | 0     | 0     | 0     | 29    | 29    | 29    | 28    | 28    | 28    | 28    | 28    | 28    |
| AAP ($) | 100   | 166   | 78    | ND    | 58    | 107   | 121   | 359   | 315   | 541   | 108   | 450   | 28    | 60    | 15    |

|         | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 |
|---------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)  | 15    | 479   | 0     | 96    | 242   | 103   | 394   | 686   |
| DPR     | Jul15 | May13 | May13 | Apr09 | Mar11 | Feb15 | Jan15 | Dec18 |
| SPA ($) | 15    | 28    | 28    | 28    | 28    | 28    | 27    | 27    |
| AAP ($) | 479   | ND    | 96    | 242   | 103   | 394   | 300   | 374   |

Between Mar 2019 and Oct 2020, your credit limit/high balance was $2,100     Between Dec 2018 and Feb 2019, your credit limit/high balance was $1,600

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053.... PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

**Date opened**
Jan 2020
**Address ID #**
0152940643
**Mortgage ID #**
100392411205269452
**Freddie Mac ID**
1331976
**Type**
Mortgage

**Responsibility**
Joint with
MEGAN HENDERSON
**First reported**
Feb 2020
**Terms**
30 Years
**Recent payment**
$2,200

**Monthly payment**
$1,973
**Credit limit or original amount**
$310,000
**High balance**
Not reported

**Recent balance**
$304,321 as of Nov 2020
**Status**
Open/Never late.
**Date of Status**
Nov 2020

## Record of requests for your credit history
We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### CREDIT APPLICATIONS/HARD INQUIRIES
Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**MOUNTAIN AMERICA CU** 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302 **Address ID #:** 0152940643
**Date 09/23/20 Reason** Auto loan. This inquiry is scheduled to continue on record until Oct 2022.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643
**Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

0184136739

EXP-WARD 000068

**ROBBIN U WARD | Report # 1345-2633-90 for 12/07/20**

**ADVANTAGE/FAIRWAY INDEPE** No phone # available **Address ID #:** 0152940643 **Date** 12/16/19 **Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**EQUIFAX MORTGAGE SOLUTIO** 4300 WESTOWN PKWY STE 200 WEST DES MOINES IA 50266 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date 01/23/19 Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

## CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date:** 12/07/20; 06/10/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date:** 12/07/20; 06/10/20

**JPMCB** PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550  **Date:** 11/27/20; 10/29/20; 10/04/20; 10/02/20; 09/23/20; 09/03/20; 08/06/20; 07/20/20; 06/25/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809  **Date:** 11/24/20; 11/10/20; 10/27/20; 10/13/20; 09/29/20; 09/15/20; 09/01/20; 08/18/20; 08/04/20; 07/21/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date:** 11/22/20; 10/22/20; 10/20/20; 10/03/20; 09/30/20; 09/23/20; 07/11/20; 06/13/20

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date:** 11/12/20; 11/04/19

**LEXISNEXIS/INS/P&C No phone # available** On behalf of NATIONWIDE INSURANCE for Insurance underwriting **Date:** 11/12/20

**CITI COMMERCE SOLUTIONS** 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703  **Date:** 11/09/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471  **Date:** 11/08/20; 09/21/20; 08/22/20; 07/24/20; 06/27/20; 06/11/20; 06/10/20

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date:** 11/08/20

**SYNCHRONY FINANCIAL** 4125 WINDARD PLAZA ALPHARETTA GA 30005 **No phone # available  Date:** 11/03/20

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available  Date:** 10/03/20

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622  **Date:** 09/28/20

**CUDL/MOUNTAIN AMERICA CU** 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 **No phone # available  Date:** 09/23/20

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available  Date:** 09/16/20

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212  **Date:** 09/03/20

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available  Date:** 06/16/20; 05/24/20; 05/19/20; 05/15/20; 05/05/20; 05/02/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 03/14/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769  **Date:** 06/11/20; 06/10/20; 06/10/20

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available  Date:** 06/11/20; 06/10/20

**EXPERIAN CREDITMATCH No phone # available  Date:** 06/10/20

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available  Date:** 01/26/20

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date:** 01/13/20

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date:** 11/04/19

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date:** 11/04/19

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date:** 08/27/19; 03/03/19

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730  **Date:** 05/28/19

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829  **Date:** 05/28/19

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713  **Date:** 05/28/19

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773  **Date:** 05/28/19

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of SAFE AUTO INSURANCE CO for Insurance underwriting **Date:** 05/07/19

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729  **Date:** 03/03/19

**DIRECT ENERGY LP** 12 GREENWAY PLZ STE 600 HOUSTON TX 77046 (713) 877 3500  **Date:** 02/12/19

**EQUIFAX INC/TID** 1550 PEACHTREE ST NE # H56B ATLANTA GA 30309 (866) 640 2273  **Date:** 02/09/19; 01/30/19; 01/23/19; 11/26/18; 11/23/18

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  **Date:** 02/09/19

**CLARITY SERVICES/CNU ONL** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 **No phone # available  Date:** 01/25/19

**ROBBIN U WARD** | Report # **1345-2633-90** for **12/07/20**

**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of OPPORTUNITY FINANCIA (12 for 30 **Date: 01/24/19**

**CLARITY/OPPORTUNITY FINA** 130 E RANDOLPH ST STE 1650 CHICAGO IL 60601 **No phone # available  Date: 01/24/19**

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 (866) 419 4096  **Date: 12/07/18; 11/24/18**

**SYNCHRONY FINANCIAL No phone # available  Date: 11/24/18**

**Personal information** The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc.  As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

**Names**

**ROBBIN WARD**  Name ID #: 13719

**ROBBIN U WARD**  Name ID #: 29965

**ROBBIN UNDRA WARD**  Name ID #: 707

**ROBIN A WARD**  Name ID #: 2

**ROBBIN WARDE**  Name ID #: 26971

**WARD ROBBIN**  Name ID #: 11981

**Addresses**

**5390 S SHERMAN ST LITTLETON CO 80121-1032** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940643

**5398 S GRANT ST LITTLETON CO 80121-1013** Type: Single family **Geo Code:** 0-561220- 5-2080 Address ID #: 0152940486

**PO BOX 7729 COLORADO SPRINGS CO 80933-7729** Type: Post office box **Geo Code:** 0-40030-41-1720 Address ID #: 0167593189

**1188 MAGNOLIA ST APTA COLORADO SPRINGS CO 80907-9633** Type: Apartment complex **Geo Code:** 0-20330-41-1720 Address ID #: 0167346154

**1960 MITTENWALD DR APT719 COLORADO SPRINGS CO 80918-8222** Type: Apartment complex **Geo Code:** 0-770020-41-1720 Address ID #: 0167552898

**1527 SWOPE AVE COLORADO SPRINGS CO 80909-2846** Type: Single family **Geo Code:** 0-70030-41-1720 Address ID #: 0167376475

**2831 ULTCA ST DENVER CO 80212-** Type: Single family **Geo Code:** 0-00- 0- Address ID #: 0605313398

**1522 N COCKRELL HILL RD DALLAS TX 75211-1316** Type: Single family **Geo Code:** 0-1070110-113-2080 Address ID #: 0903188313

**229 CLIFF HEIGHTS CIR DALLAS TX 75241-5330** Type: Single family **Geo Code:** 0-1120040-113- Address ID #: 0618403931

**2831 UTICA ST DENVER CO 80212-3047** Type: Single family **Geo Code:** 0-50110-31-1720 Address ID #: 0153300041

**103 W POWERS CIR APT301 LITTLETON CO 80120-2461** Type: Apartment complex **Geo Code:** 0-660140- 5-0220 Address ID #: 0152929447

**US 80918-** Geo Code: 0-00- 0-1920 Address ID #: 0316507434

**3114 WISE ST ALEXANDRIA LA 71301-4153** Type: Single family **Geo Code:** 0-1200020-79- Address ID #: 0140928945

**Social Security number variations None**

**Year of birth** 1961

**Telephone numbers 219 902 6324 Cellular; 303 204 3632 Cellular; 303 433 2316 Residential**

**Spouse or co-applicant MEGAN**

**Former or current employers PIKE TOOL & GRINDING**

**Notices This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121.; GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121.**

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure

Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

# A Summary of Your Rights under the Fair Credit Reporting Act

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

• You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: a person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

• You have the right to ask for a credit score. Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

• The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

EXP-WARD 000071

**ROBBIN U WARD** | Report # **1345-2633-90** for **12/07/20**

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

• You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• Identity theft victims and active duty military personnel have additional rights. For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division, Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E St, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third St, SW, Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St, NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Dr. McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |

www.experian.com

ROBBIN U WARD | Report # 1345-2633-90 for 12/07/20

THIS PAGE INTENTIONALLY LEFT BLANK

0184136739

EXP-WARD 000073

PO Box 9701
Allen, TX 75013



**experian**™

ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN E WARD
### Your Credit Report
#### Report # **2267-2851-36** for **01/18/21**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession | C | Collection |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government | ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

---

***Personal statements you've asked us to include*** You've given us the following statement to include every time a company asks us for your credit report:

"ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 219-902-6324. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 06-13-20."

"FILE FROZEN DUE TO FEDERAL LEGISLATION."

---

## **Your accounts in good standing** These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

## Credit items

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

0184136739

**ROBBIN E WARD | Report # 2267-2851-36 for 01/18/21**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| May 2012 | Authorized user | Not reported | $0 /paid as of Jan 2021 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Dec 2013 | $3,000 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $9,453 | Jan 2021 |

**Account History *** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 |
| DPR | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 |
| | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | | | | | | |
| AB ($) | 2,748 | 2,507 | 102 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| DPR | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | | | | | | |
| SPA ($) | 80 | 27 | 27 | 19 | 19 | 19 | 19 | 19 | 19 | | | | | | |
| AAP ($) | 30 | 150 | ND | ND | ND | ND | ND | ND | ND | | | | | | |

*Between Jan 2019 and Dec 2020, your credit limit/high balance was $3,000*

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2016 | Individual | Not reported | $0 /paid as of Jan 2021 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Mar 2016 | $1,600 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,321 | Jan 2021 |

**Account History *** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | | | | | | |
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | | | | | | |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

*Between Jan 2019 and Dec 2020, your credit limit/high balance was $1,600*

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Nov 2011 | Authorized user | Not reported | Not reported |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Sep 2012 | $5,900 | Paid, Closed/Never late. |
| **Type** | **Terms** | **High balance** | This account is scheduled to |
| Credit card | Not reported | $3,560 | continue on record until Aug 2023. |
| | | | **Comment** |
| | | | Account closed at consumer's |
| | | | request. |
| | | | **Date of Status** |
| | | | Aug 2013 |

**COLORADO CU/ MDT** Partial Acct # 784840.... 8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127 (720) 981 2300

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Mar 2017 | Joint with | Not reported | Not reported |
| **Address ID #** | MEGAN HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $25,000 | Paid, Closed/Never late. |
| **Type** | Apr 2017 | **High balance** | This account is scheduled to |
| Home Equity | **Terms** | $23,892 | continue on record until Jan 2030. |
| | Not reported | | **Date of Status** |
| | | | Jan 2020 |

**Account History *** (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 23,345 | 23,420 | 23,509 | 23,584 | 23,651 | 23,635 | 23,518 | 23,547 | 23,461 | 23,321 | 23,240 | 23,292 |
| DPR | Nov13 | Oct11 | Sep13 | Aug13 | Jul12 | Jun13 | May13 | Apr12 | Mar13 | Feb13 | Jan11 | Dec13 |
| SPA ($) | 155 | 158 | 162 | 162 | 166 | 166 | 164 | 164 | 162 | 162 | 162 | 157 |
| AAP ($) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |

*Between Jan 2019 and Dec 2019, your credit limit/high balance was $25,000*

**DISCOVER FINANCIAL SERVICES** Partial Acct # 601100010275.... PO BOX 15316 WILMINGTON DE 19850 (800) 347 2683

EXP-WARD 000075

**ROBBIN E WARD | Report # 2267-2851-36 for 01/18/21**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jun 2013 | Authorized user | $40 | $1,990 as of Dec 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Jun 2013 | $4,750 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $4,660 | Dec 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 350 | 912 | 77 | 281 | 266 | 200 | 57 | 0 | 57 | 21 | 4,660 | 3,770 | 3,228 | 3,287 | 3,050 |
| DPR | Oct20 | Oct13 | Sep11 | Aug13 | Jul13 | Jun16 | Apr19 | Apr19 | Mar09 | Jan31 | Jan12 | Dec03 | Nov12 | Oct08 | Sep12 |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 0 | 35 | 21 | 94 | 76 | 65 | 66 | 61 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

|  | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,193 | 1,972 | 1,431 | 738 | 808 | 1,270 | 1,125 | 476 |
| DPR | Aug13 | Jul11 | Jun12 | May13 | Apr09 | Mar12 | Feb11 | Jan13 |
| SPA ($) | 47 | 42 | 37 | 35 | 35 | 37 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jan 2019 and Nov 2020, your credit limit/high balance was $4,750*

**FIRSTBANK** Partial Acct # 480379380925.... 12345 W COLFAX AVE LAKEWOOD CO 80215 **No phone # available**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Feb 2014 | Joint with | Not reported | $0 /paid as of Dec 2020 |
| **Address ID #** | MEGAN  HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $2,500 | Open/Never late. |
| **Type** | Feb 2014 | **High balance** | **Date of Status** |
| Credit card | **Terms** | $2,250 | Dec 2020 |
|  | Not reported |  |  |
|  | **Recent payment** |  |  |
|  | $162 |  |  |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 141 | 88 | 395 | 0 | 16 | 0 | 16 | 0 | 16 | 50 | 1,801 | 1,910 | 1,878 | 1,859 | 1,806 |
| DPR | Oct15 | Oct15 | Aug24 | Aug24 | Jul20 | Jun19 | May20 | Apr20 | Mar09 | Feb03 | Jan21 | Dec27 | Nov21 | Oct25 | Sep20 |
| SPA ($) | 20 | 20 | 20 | 0 | 16 | 0 | 16 | 0 | 16 | 20 | 54 | 57 | 56 | 56 | 54 |
| AAP ($) | ND | 411 | ND | 281 | 40 | 16 | 16 | 16 | 66 | 1,801 | 200 | 400 | 57 | 54 | 100 |

|  | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,831 | 1,799 | 1,735 | 1,684 | 1,485 | 1,502 | 1,456 | 1,510 |
| DPR | Aug20 | Jul22 | Jun26 | May28 | Mar20 | Mar20 | Feb11 | Jan18 |
| SPA ($) | 55 | 54 | 52 | 51 | 45 | 45 | 44 | 45 |
| AAP ($) | 60 | 52 | 100 | 45 | ND | 150 | 220 | 109 |

*Between Jan 2019 and Nov 2020, your credit limit/high balance was $2,500*

**FREEDOM MORTGAGE CORP** Partial Acct # 9305.... 6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037 (800) 220 3333

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2015 | Joint with | Not reported | Not reported |
| **Address ID #** | MEGAN  HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $268,300 | Paid, Closed/Never late. |
| **Fannie Mae ID** | Apr 2016 | **High balance** | This account is scheduled to |
| 1736222572 | **Terms** | Not reported | continue on record until Jan 2030. |
| **Type** | 30 Years |  | **Date of Status** |
| Mortgage |  |  | Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 245,144 | 245,640 | 246,134 | 246,726 | 247,216 | 247,704 | 248,190 | 248,674 | 249,157 | 250,003 | 250,447 | 250,889 |
| DPR | Dec23 | Nov22 | Oct18 | Sep23 | Aug23 | Jul22 | Jun21 | May21 | Apr22 | Mar22 | Feb20 | Jan23 |
| SPA ($) | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 1,870 | 1,870 | 1,870 | 1,696 |
| AAP ($) | 2,300 | 2,300 | 2,400 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 1,900 | 1,900 | 1,900 |

*The original amount of this account was $268,300*

**JPMCB CARD** Partial Acct # 426684145913.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

**ROBBIN E WARD | Report # 2267-2851-36 for 01/18/21**

| | |
|---|---|
| **Date opened** Feb 2016 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Authorized user **First reported** Mar 2016 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $3,200 **High balance** Not reported | **Recent balance** Not reported **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Mar 2026. **Comment** Account closed at consumer's request. **Date of Status** Mar 2016 |

**JPMCB CARD** Partial Acct # 426684160032.... PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000

| | |
|---|---|
| **Date opened** Feb 2019 **Address ID #** 0152940643 **Type** Credit card | **Responsibility** Individual **First reported** Mar 2019 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $8,700 **High balance** $5,129 | **Recent balance** $0 /paid as of Jan 2021 **Status** Open/Never late. **Date of Status** Jan 2021 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 574 | 799 | 101 | 420 | 1,085 | 0 | 0 | 0 | 69 | 0 | 0 | 3,424 | 3,372 | 2,726 |
| DPR | Dec18 | Oct30 | Sep18 | Sep04 | Aug05 | Jun12 | Jun12 | May21 | Apr18 | Feb14 | Feb14 | Jan31 | Dec03 | Oct21 | Sep23 |
| SPA ($) | 0 | 35 | 35 | 35 | 35 | 35 | 0 | 0 | 0 | 35 | 134 | 134 | 104 | 101 | 82 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|
| AB ($) | 2,701 | 2,719 | 621 | 1,037 | 1,238 | 799 | 0 |
| DPR | Aug23 | Jul22 | Jul03 | May26 | Mar31 | Mar31 | Mar31 |
| SPA ($) | 84 | 72 | 25 | 34 | 61 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND |

Between Sep 2019 and Dec 2020, your credit limit/high balance was $8,700     Between Mar 2019 and Aug 2019, your credit limit/high balance was $6,200

**MOUNTAIN AMERICA FCU** Partial Acct # 12130890.... 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302

| | |
|---|---|
| **Date opened** Sep 2020 **Address ID #** 0152940643 **Type** Auto Loan | **Responsibility** Joint with MEGAN ELIZABETH HENDERSON **First reported** Oct 2020 **Terms** 72 Months **Recent payment** $500 |
| **Monthly payment** $481 **Credit limit or original amount** $31,195 **High balance** Not reported | **Recent balance** $30,412 as of Jan 2021 **Status** Open/Never late. **Date of Status** Jan 2021 |

**SYNCB/JCPENNEY** Partial Acct # 600889140580.... PO BOX 965007 ORLANDO FL 32896 (800) 542 0800

| | |
|---|---|
| **Date opened** Nov 2018 **Address ID #** 0152940643 **Type** Charge Card | **Responsibility** Individual **First reported** Nov 2018 **Terms** Not reported |
| **Monthly payment** Not reported **Credit limit or original amount** $2,200 **High balance** $346 | **Recent balance** $0 /paid as of Jan 2021 **Status** Open/Never late. **Date of Status** Jan 2021 |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 |
| DPR | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Jan14 | Feb22 | Feb22 | Feb22 | Feb22 |
| SPA ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 19 | 19 | 19 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | 19 | ND | ND | ND | ND | ND |

| | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 121 | 80 |
| DPR | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Feb22 | Jan22 | Dec31 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 38 |
| AAP ($) | ND | ND | ND | ND | ND | ND | 121 | 53 | ND |

Between Jan 2019 and Dec 2020, your credit limit/high balance was $2,200

**SYNCB/LOWES** Partial Acct # 798192406916.... PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

0184136739

EXP-WARD 000077

**ROBBIN E WARD** | Report # **2267-2851-36** for **01/18/21**

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Sep 2016 | Individual | $29 | $278 as of Jan 2021 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Sep 2016 | $5,800 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Charge Card | Not reported | $1,600 | Jan 2021 |
| | **Recent payment** | | |
| | $100 | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 350 | 400 | 500 | 700 | 880 | 1,060 | 769 | 144 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Dec09 | Nov08 | Oct09 | Sep06 | Aug09 | Jul03 | Jun09 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 | Sep24 |
| SPA ($) | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| AAP ($) | 50 | 100 | 200 | 180 | 180 | 269 | 193 | ND | ND | ND | ND | ND | ND | ND | 398 |

| | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 398 | 428 | 858 | 883 | 1,076 | 1,264 | 1,418 | 1,458 | 947 |
| DPR | Sep08 | Aug09 | Jul09 | Jun09 | May08 | Apr10 | Mar10 | Feb08 | Jan01 |
| SPA ($) | 39 | 28 | 25 | 25 | 25 | 60 | 32 | 26 | 25 |
| AAP ($) | 30 | ND | 30 | 200 | 200 | 200 | 200 | 100 | 400 |

*Between Mar 2019 and Dec 2020, your credit limit/high balance was $5,800          Between Jan 2019 and Feb 2019, your credit limit/high balance was $4,700*

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031....  PO BOX 673 MINNEAPOLIS MN 55440 (888) 755 5856

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Dec 2012 | Individual | $29 | $45 as of Dec 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0152940643 | Jan 2013 | $2,100 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $1,060 | Dec 2020 |
| | **Recent payment** | | |
| | $276 | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 109 | 427 | 100 | 13 | 77 | 0 | 0 | 106 | 121 | 359 | 315 | 541 | 108 | 502 | 90 |
| DPR | Nov02 | Oct08 | Sep16 | Aug14 | Jun16 | Jun16 | May15 | Apr16 | Mar09 | Feb10 | Jan14 | Dec13 | Nov15 | Oct16 | Sep12 |
| SPA ($) | 29 | 29 | 13 | 13 | 0 | 0 | 0 | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 28 |
| AAP ($) | 427 | 100 | 166 | 78 | ND | 58 | 107 | 121 | 359 | 315 | 541 | 108 | 450 | 28 | 60 |

| | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 49 | 15 | 479 | 0 | 96 | 242 | 103 | 394 |
| DPR | Aug12 | Jul15 | May13 | May13 | Apr09 | Mar11 | Feb15 | Jan15 |
| SPA ($) | 28 | 15 | 28 | 28 | 28 | 28 | 28 | 27 |
| AAP ($) | 15 | 479 | ND | 96 | 242 | 103 | 394 | 300 |

*Between Mar 2019 and Nov 2020, your credit limit/high balance was $2,100          Between Jan 2019 and Feb 2019, your credit limit/high balance was $1,600*

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053....  PO BOX 10335 DES MOINES IA 50306 (800) 288 3212

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jan 2020 | Joint with | $1,973 | $302,989 as of Jan 2021 |
| **Address ID #** | MEGAN  HENDERSON | **Credit limit or original amount** | **Status** |
| 0152940643 | **First reported** | $310,000 | Open/Never late. |
| **Mortgage ID #** | Feb 2020 | **High balance** | **Date of Status** |
| 100392411205269452 | **Terms** | Not reported | Jan 2021 |
| **Freddie Mac ID** | 30 Years | | |
| 1331976 | **Recent payment** | | |
| **Type** | $2,200 | | |
| Mortgage | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 303,656 | 304,321 | 304,983 | 305,643 | 306,301 | 306,756 | 307,410 | 308,061 |
| DPR | Nov20 | Oct20 | Sep21 | Aug21 | Jul21 | Jun22 | May21 | Apr21 |
| SPA ($) | 1,973 | 1,973 | 1,973 | 1,973 | 1,973 | 1,973 | 1,973 | 1,973 |
| AAP ($) | 2,200 | 2,200 | 2,200 | 2,200 | 2,000 | 2,200 | 2,200 | ND |

*The original amount of this account was $310,000*

## Record of requests for your credit history
We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

## CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

0184136739

EXP-WARD 000078

Case No. 1:21-cv-02597-NYW-JPO    Document 55-32    filed 11/15/22    USDC Colorado    pg 80 of 115

Case No. 1:21-cv-02597-NYW-JPO    Document 55-32    filed 11/15/22    USDC Colorado
pg 81 of 115

**Your Positive Account Activity (Continued)**

## FREEDOM MORTGAGE CORP Partial Acct # 9305....
6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037; (800) 220 3333

**Status (Jan 2020)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Mortgage | **Date opened** Dec 2015 | **Address ID #** 0152940643 |
| **Terms** 30 Years | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $268,300

**Recent balance** Not reported

**Responsibility** Joint with MEGAN HENDERSON

This account is scheduled to continue on record until Jan 2030.

**Fannie Mae ID** 1736222572

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $245,144 | $245,640 | $246,134 | $246,726 | $247,216 | $247,704 | $248,190 | $248,674 | $249,157 |
| Date Payment Received | 12.23.19 | 11.22.19 | 10.18.19 | 09.23.19 | 08.23.19 | 07.22.19 | 06.21.19 | 05.21.19 | 04.22.19 |
| Scheduled Payment Amount | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $1,870 |
| Actual Amount Paid | $2,300 | $2,300 | $2,400 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 |

The original amount of this account was $268,300

## JPMCB CARD Partial Acct # 426684145913....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Mar 2016)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2016 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $3,200

**Recent balance** Not reported
**Comment** Account closed at consumer's request.

**Responsibility** Authorized user
This account is scheduled to continue on record until Mar 2026.

## JPMCB CARD Partial Acct # 426684160032....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Apr 2021)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2019 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $5,129 |

**Credit limit or original amount** $8,700

**Recent balance** $0 /paid as of Apr 2021

**Responsibility** Individual

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $146 | $0 | $0 | $0 | $574 | $799 | $101 | $420 | $1,085 | $0 | $0 | $0 | $69 | $0 |
| Date Payment Received | 12.18.20 | 12.18.20 | 12.18.20 | 12.18.20 | 10.30.20 | 09.18.20 | 09.04.20 | 08.05.20 | 06.12.20 | 06.12.20 | 05.21.20 | 04.18.20 | 02.14.20 | 02.14.20 |
| Scheduled Payment Amount | $35 | $0 | $0 | $0 | $35 | $35 | $35 | $35 | $35 | $0 | $0 | $0 | $35 | $134 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 |
|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $3,424 | $3,372 | $2,726 | $2,701 | $2,719 | $621 |
| Date Payment Received | 01.31.20 | 12.03.19 | 10.21.19 | 09.23.19 | 08.23.19 | 07.22.19 | 07.03.19 |
| Scheduled Payment Amount | $134 | $104 | $101 | $82 | $84 | $72 | $25 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Sep 2019 and Mar 2021, your credit limit/high balance was $8,700    Between Jul 2019 and Aug 2019, your credit limit/high balance was $6,200

## MOUNTAIN AMERICA FCU Partial Acct # 12130890....
7181 S CAMPUS VIEW DR WEST JORDAN UT 84084; (800) 748 4302

**Status (Apr 2021)** Open/Never late.

| | | |
|---|---|---|
| **Type** Auto Loan | **Date opened** Sep 2020 | **Address ID #** 0152940643 |
| **Terms** 72 Months | **Monthly payment** $481 | **High balance** Not reported |

**Credit limit or original amount** $31,195

**Recent balance** $29,173 as of Apr 2021
**Recent payment** $500

**Responsibility** Joint with MEGAN ELIZABETH HENDERSON

## Your Positive Account Activity (Continued)

### SYNCB/JCPENNEY Partial Acct # 600889140580....
PO BOX 965007 ORLANDO FL 32896; (800) 542 0800

**Status (Apr 2021)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Nov 2018 | 0152940643 | amount | $0 /paid as of Apr 2021 | Individual |
| Terms | Monthly payment | High balance | $2,200 | | |
| Not reported | Not reported | $346 | | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19 | $19 | $19 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $19 |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 |
| Scheduled Payment Amount | $19 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Apr 2019 and Mar 2021, your credit limit/high balance was $2,200*

### SYNCB/LOWES Partial Acct # 798192406916....
PO BOX 965005 ORLANDO FL 32896; (800) 444 1408

**Status (Apr 2021)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Sep 2016 | 0152940643 | amount | $1,021 as of Apr 2021 | Individual |
| Terms | Monthly payment | High balance | $5,800 | | |
| Not reported | $34 | $1,600 | Recent payment | | |
| | | | $150 | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,096 | $1,007 | $278 | $350 | $400 | $500 | $700 | $880 | $1,060 | $769 | $144 | $0 | $0 | $0 |
| Date Payment Received | 03.07.21 | 02.09.21 | 01.10.21 | 12.09.20 | 11.08.20 | 10.09.20 | 09.06.20 | 08.09.20 | 07.03.20 | 06.09.20 | 09.24.19 | 09.24.19 | 09.24.19 | 09.24.19 |
| Scheduled Payment Amount | $32 | $29 | $29 | $29 | $28 | $28 | $28 | $28 | $28 | $28 | $28 | $39 | $39 | $39 |
| Actual Amount Paid | No Data | $278 | $100 | $50 | $100 | $200 | $180 | $180 | $269 | $193 | No Data | No Data | No Data | No Data |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $398 | $428 | $858 | $883 | $1,076 | $1,264 |
| Date Payment Received | 09.24.19 | 09.24.19 | 09.24.19 | 09.24.19 | 09.08.19 | 08.09.19 | 07.09.19 | 06.09.19 | 05.08.19 | 04.10.19 |
| Scheduled Payment Amount | $39 | $39 | $39 | $39 | $39 | $28 | $25 | $25 | $25 | $60 |
| Actual Amount Paid | No Data | No Data | No Data | $398 | $30 | No Data | $30 | $200 | $200 | $200 |

*Between Apr 2019 and Mar 2021, your credit limit/high balance was $5,800*

### TD BANK USA/TARGETCREDIT Partial Acct # 585975207031....
PO BOX 673 MINNEAPOLIS MN 55440; (888) 755 5856

**Status (Mar 2021)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Dec 2012 | 0152940643 | amount | $47 as of Mar 2021 | Individual |
| Terms | Monthly payment | High balance | $2,100 | | |
| Not reported | $29 | $1,060 | Recent payment | | |
| | | | $206 | | |

| | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $206 | $0 | $45 | $109 | $427 | $100 | $13 | $77 | $0 | $0 | $106 | $121 | $359 | $315 |
| Date Payment Received | 02.06.21 | 12.29.20 | 12.18.20 | 11.02.20 | 10.08.20 | 09.16.20 | 08.14.20 | 06.16.20 | 06.16.20 | 05.15.20 | 04.16.20 | 03.09.20 | 02.10.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $29 | $29 | $29 | $13 | $13 | $0 | $0 | $0 | $29 | $29 | $29 | $28 |
| Actual Amount Paid | $13 | $45 | $276 | $427 | $100 | $166 | $78 | No Data | $58 | $107 | $121 | $359 | $315 | $541 |

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $541 | $108 | $502 | $90 | $49 | $15 | $479 | $0 | $96 |
| Date Payment Received | 12.13.19 | 11.15.19 | 10.16.19 | 09.12.19 | 08.12.19 | 07.15.19 | 05.13.19 | 05.13.19 | 04.09.19 |
| Scheduled Payment Amount | $28 | $28 | $28 | $28 | $28 | $15 | $28 | $28 | $28 |
| Actual Amount Paid | $108 | $450 | $28 | $60 | $15 | $479 | No Data | $96 | $242 |

*Between Apr 2019 and Feb 2021, your credit limit/high balance was $2,100*

**Your Positive Account Activity (Continued)**

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053....    **Status (Apr 2021)** Open/Never late.
PO BOX 10335 DES MOINES IA 50306; (800) 288 3212

| | | | | |
|---|---|---|---|---|
| **Type**<br>Mortgage | **Date opened**<br>Jan 2020 | **Address ID #**<br>0152940643 | **Credit limit or original<br>amount**<br>$310,000 | **Responsibility**<br>Joint with<br>MEGAN  HENDERSON |
| **Terms**<br>30 Years | **Monthly payment**<br>$1,981 | **High balance**<br>Not reported | **Recent balance**<br>$301,016 as of Apr 2021 | |
| | | | **Recent payment**<br>$2,200 | |

**Mortgage ID #**
100392411205269452

**Freddie Mac ID**
1331976

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $301,682 | $302,319 | $302,989 | $303,656 | $304,321 | $304,983 | $305,643 | $306,301 | $306,756 | $307,410 | $308,061 |
| Date Payment Received | 03.01.21 | 01.20.21 | 12.18.20 | 11.20.20 | 10.20.20 | 09.21.20 | 08.21.20 | 07.21.20 | 06.22.20 | 05.21.20 | 04.21.20 |
| Scheduled Payment Amount | $1,981 | $2,008 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 |
| Actual Amount Paid | $2,520 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,000 | $2,200 | $2,200 | No Data |

*The original amount of this account was $310,000*

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.

MOUNTAIN AMERICA CU 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302    **Sep 23, 2020**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2022.

ADVANTAGE/FAIRWAY INDEPE 4801 S BILTMORE LN MADISON WI 53718 **No phone # available**    **Jun 08, 2020**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2022.

ADVANTAGE/FAIRWAY INDEPE **No phone # available**    **Dec 16, 2019**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2022.

EQUIFAX MORTGAGE SOLUTIO 4300 WESTOWN PKWY STE 200 WEST DES MOINES IA 50266 (800) 333 0037    **Dec 03, 2019**

**REASON:** Mortgage on behalf of FREEDOM MORTGAGE CO.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2022.

FREEDOM FINC/CROSS RIVER 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000    **Jun 19, 2019**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2021.

ADVANTAGE/FAIRWAY INDEPE 4801 S BILTMORE LN MADISON WI 53718 **No phone # available**    **Apr 25, 2019**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until May 2021.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

**Who Has Viewed Your Consumer Information** (Continued)

 Soft inquiries DO NOT impact your credit score.

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 **INQUIRY DATES:** 04.13.21 | 03.30.21 | 03.16.21 | 03.02.21 | 02.16.21 | 02.02.21 | 01.19.21 | 01.12.21 | 12.22.20 | 12.08.20 | 11.24.20 | 11.10.20 | 10.27.20 | 10.13.20 | 09.29.20 | 09.15.20 | 09.01.20 | 08.18.20 | 08.04.20 | 07.21.20 |

CITI COMMERCE SOLUTIONS 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703 **INQUIRY DATES:** 04.12.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 04.10.21 | 03.16.21 | 02.13.21 | 01.04.21 | 12.07.20 | 11.08.20 | 09.21.20 | 08.22.20 | 07.24.20 | 06.27.20 | 06.11.20 | 06.10.20 |

JPMCB CJ PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 **INQUIRY DATES:** 04.09.21 | 03.17.21 | 02.18.21 | 01.20.21 | 12.23.20 | 12.22.20 | 11.27.20 | 10.29.20 | 10.04.20 | 10.02.20 | 09.23.20 | 09.03.20 | 08.06.20 | 07.20.20 | 06.25.20 |

TD/TARGET PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622 **INQUIRY DATES:** 03.23.21 |

SYNCHRONY FINANCIAL 4125 WINDARD PLAZA ALPHARETTA GA 30005 **No phone # available INQUIRY DATES:** 03.22.21 |

TD BANK PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available INQUIRY DATES:** 03.15.21 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 03.08.21 |

WELLS FARGO BANK MTG PO BOX 10335 DES MOINES IA 50306 (800) 288 3212 **INQUIRY DATES:** 03.03.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 02.28.21 | 01.31.21 | 12.21.20 | 11.22.20 | 10.22.20 | 10.20.20 | 10.03.20 | 09.30.20 | 09.23.20 | 07.11.20 | 06.13.20 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 01.18.21 | 12.07.20 | 06.11.20 | 06.10.20 | 06.10.20 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.07.20 | 06.10.20 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.07.20 | 06.10.20 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 11.12.20 | 11.04.19 |

LEXISNEXIS/INS/P&C **No phone # available INQUIRY DATES:** 11.12.20 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 **No phone # available INQUIRY DATES:** 10.03.20 |

CUDL/MOUNTAIN AMERICA CU 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 **No phone # available INQUIRY DATES:** 09.23.20 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 06.16.20 | 05.24.20 | 05.19.20 | 05.15.20 | 05.05.20 | 05.02.20 | 04.22.20 | 04.15.20 | 04.10.20 | 03.28.20 | 03.21.20 | 03.14.20 | 02.25.20 | 02.18.20 | 02.13.20 | 02.07.20 | 01.26.20 | 01.22.20 | 01.15.20 | 01.09.20 | 01.02.20 | 12.20.19 | 12.13.19 |

EXPERIAN CREDITMATCH 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 06.11.20 | 06.10.20 |

EXPERIAN CREDITMATCH **No phone # available INQUIRY DATES:** 06.10.20 |

PROGRESSIVE INSURANCE 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available INQUIRY DATES:** 01.26.20 |

ADVANTAGE CREDIT INC 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 **INQUIRY DATES:** 01.13.20 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 11.04.19 |

LEXISNEXIS/INS/P&C **No phone # available INQUIRY DATES:** 11.04.19 |

AFFIRM INC/CROSS RIVER B 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729 **INQUIRY DATES:** 08.27.19 |

BEST EGG 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730 **INQUIRY DATES:** 05.28.19 |

FREEDOM PLUS/CRB 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829 **INQUIRY DATES:** 05.28.19 |

LENDINGPOINT LLC 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713 **INQUIRY DATES:** 05.28.19 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 **INQUIRY DATES:** 05.28.19 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 05.07.19 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| ROBBIN WARD | Name ID #: 13719 |
| ROBBIN U WARD | Name ID #: 29965 |
| ROBBIN UNDRA WARD | Name ID #: 707 |
| ROBIN A WARD | Name ID #: 2 |
| ROBBIN WARDE | Name ID #: 26971 |
| WARD ROBBIN | Name ID #: 11981 |

**ADDRESSES**

| | |
|---|---|
| 5390 S SHERMAN ST<br>LITTLETON CO 80121-1032 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940643 Address Type: Single family |
| 5398 S GRANT ST<br>LITTLETON CO 80121-1013 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940486 Address Type: Single family |
| PO BOX 7729<br>COLORADO SPRINGS CO 80933-7729 | Geo Code: 0-40030-41-1720<br>Address ID #: 0167593189 Address Type: Post office box |
| 1188 MAGNOLIA ST APTA<br>COLORADO SPRINGS CO 80907-9633 | Geo Code: 0-20330-41-1720<br>Address ID #: 0167346154 Address Type: Apartment complex |
| 1960 MITTENWALD DR APT719<br>COLORADO SPRINGS CO 80918-8222 | Geo Code: 0-770020-41-1720<br>Address ID #: 0167552898 Address Type: Apartment complex |
| 1527 SWOPE AVE<br>COLORADO SPRINGS CO 80909-2846 | Geo Code: 0-70030-41-1720<br>Address ID #: 0167376475 Address Type: Single family |
| 2831 ULTCA ST<br>DENVER CO 80212- | Geo Code: 0-00- 0-<br>Address ID #: 0605313398 Address Type: Single family |
| 1522 N COCKRELL HILL RD<br>DALLAS TX 75211-1316 | Geo Code: 0-1070110-113-2080<br>Address ID #: 0903188313 Address Type: Single family |
| 229 CLIFF HEIGHTS CIR<br>DALLAS TX 75241-5330 | Geo Code: 0-1120040-113-<br>Address ID #: 0618403931 Address Type: Single family |
| 2831 UTICA ST<br>DENVER CO 80212-3047 | Geo Code: 0-50110-31-1720<br>Address ID #: 0153300041 Address Type: Single family |
| 103 W POWERS CIR APT301<br>LITTLETON CO 80120-2461 | Geo Code: 0-660140- 5-0220<br>Address ID #: 0152929447 Address Type: Apartment complex |
| US<br>80918- | Geo Code: 0-00- 0-1920<br>Address ID #: 0316507434 |
| 3114 WISE ST<br>ALEXANDRIA LA 71301-4153 | Geo Code: 0-1200020-79-<br>Address ID #: 0140928945 Address Type: Single family |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1961

**TELEPHONE NUMBERS**

| | |
|---|---|
| 219 902-6324 | Cellular |
| 303 204-3632 | Cellular |
| 303 433-2316 | Residential |

**SPOUSE OR CO-APPLICANT**

MEGAN

**FORMER OR CURRENT EMPLOYERS**

PIKE TOOL & GRINDING

**NOTICES**

This address has pertained to a business:
5390 S SHERMAN ST LITTLETON CO 80121    .

EXP-WARD 000091

## Your Personal Information (Continued)

GENERAL BUILDING CONTRACTOR:
5390 S SHERMAN ST, LITTLETON, CO, 80121 .

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

## CALL US

**(833) 796 8634**
M - F 9am - 5pm in your time zone.

## WRITE TO US

Experian, NCAC
PO BOX 9701
Allen, TX 75013

## GO ONLINE (for fastest results)

**Visit experian.com/disputes**

Dispute Online
for faster results

Check Status
Online

### Notification of Rights for Colorado Consumers

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite *www.consumerfinance.gov/learnmore* o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** *www.consumerfinance.gov/learnmore* **or write to:**     Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See *www.consumerfinance.gov/learnmore* for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

EXP-WARD 000092

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit *www.consumerfinance.gov/learnmore.*

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

PO Box 9701
Allen, TX 75013



ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

# Your Credit Report

Report # **2267-2851-36** for **Apr 28, 2021**



# Hi, Robbin E. Welcome to your Credit Report.

# Did You Know?

***Personal statements you've asked us to include*** You've given us the following statement to include every time a company asks us for your credit report: "ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 219-902-6324. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 06-13-20. and FILE FROZEN DUE TO FEDERAL LEGISLATION."

# What's In Your Credit Report?

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

9

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

EXP-WARD 000094

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔️ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

## BARCLAYS BANK DELAWARE Partial Acct # 00015192135....          Status (Apr 2021) Open/Never late.
PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | May 2012 | 0152940643 | amount | $0 /paid as of Apr 2021 | Authorized user |
| Terms | Monthly payment | High balance | $3,000 | | |
| Not reported | Not reported | $9,453 | | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $34 |
| Date Payment Received | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $27 | $27 | $27 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $68 | $33 |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $33 | $1,676 | $1,940 | $2,298 | $2,748 | $2,507 | $102 | $0 | $0 | $0 |
| Date Payment Received | 01.03.20 | 11.30.19 | 10.21.19 | 09.23.19 | 08.23.19 | 07.16.19 | 02.21.18 | 02.21.18 | 02.21.18 | 02.21.18 |
| Scheduled Payment Amount | $33 | $52 | $60 | $72 | $80 | $27 | $27 | $19 | $19 | $19 |
| Actual Amount Paid | $1,823 | $300 | $400 | $500 | $30 | $150 | No Data | No Data | No Data | No Data |

*Between Apr 2019 and Mar 2021, your credit limit/high balance was $3,000*

## BIG O TIRES/CBNA Partial Acct # 601154934426....          Status (Apr 2021) Open/Never late.
PO BOX 6497 SIOUX FALLS SD 57117; No phone # available

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Feb 2016 | 0152940643 | amount | $0 /paid as of Apr 2021 | Individual |
| Terms | Monthly payment | High balance | $1,600 | | |
| Not reported | Not reported | $1,321 | | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $27 | $27 | $27 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 |
| Scheduled Payment Amount | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Apr 2019 and Mar 2021, your credit limit/high balance was $1,600*

## CITI CARDS/CITIBANK Partial Acct # 542418125342....          Status (Aug 2013) Paid, Closed/Never late.
PO BOX 6241 SIOUX FALLS SD 57117; (800) 843 0777

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Nov 2011 | 0152940643 | amount | Not reported | Authorized user |
| Terms | Monthly payment | High balance | $5,900 | Comment | This account is scheduled |
| Not reported | Not reported | $3,560 | | Account closed at | to continue on record until |
| | | | | consumer's request. | Aug 2023. |

EXP-WARD 000095

## Your Positive Account Activity (Continued)

### COLORADO CU/ MDT Partial Acct # 784840....
8331 S CONTINENTAL DIVIDE RD LITTLETON CO 80127; (720) 981 2300

**Status (Jan 2020)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Home Equity | **Date opened** Mar 2017 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $23,892 |

**Credit limit or original amount** $25,000

**Recent balance** Not reported

**Responsibility** Joint with MEGAN HENDERSON

This account is scheduled to continue on record until Jan 2030.

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $23,345 | $23,420 | $23,509 | $23,584 | $23,651 | $23,635 | $23,518 | $23,547 | $23,461 |
| Date Payment Received | 11.13.19 | 10.11.19 | 09.13.19 | 08.13.19 | 07.12.19 | 06.13.19 | 05.13.19 | 04.12.19 | 03.13.19 |
| Scheduled Payment Amount | $155 | $158 | $162 | $162 | $166 | $166 | $164 | $164 | $162 |
| Actual Amount Paid | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |

*Between Apr 2019 and Dec 2019, your credit limit/high balance was $25,000*

### DISCOVER FINANCIAL SERVICES Partial Acct # 601100010275....
PO BOX 15316 WILMINGTON DE 19850; (800) 347 2683

**Status (Apr 2021)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Jun 2013 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** $35 | **High balance** $4,660 |

**Credit limit or original amount** $4,750

**Recent balance** $59 as of Apr 2021

**Responsibility** Authorized user

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $740 | $1,031 | $1,536 | $1,990 | $350 | $912 | $77 | $281 | $266 | $200 | $57 | $0 | $57 | $21 |
| Date Payment Received | 03.12.21 | 02.12.21 | 01.13.21 | 11.20.20 | 10.20.20 | 10.13.20 | 09.11.20 | 08.13.20 | 07.13.20 | 06.16.20 | 04.19.20 | 04.19.20 | 03.09.20 | 01.31.20 |
| Scheduled Payment Amount | $35 | $36 | $37 | $40 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $0 | $35 | $21 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $4,660 | $3,770 | $3,228 | $3,287 | $3,050 | $2,193 | $1,972 | $1,431 | $738 | $808 |
| Date Payment Received | 01.12.20 | 12.03.19 | 11.12.19 | 10.08.19 | 09.12.19 | 08.13.19 | 07.11.19 | 06.12.19 | 05.13.19 | 04.09.19 |
| Scheduled Payment Amount | $94 | $76 | $65 | $66 | $61 | $47 | $42 | $37 | $35 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Apr 2019 and Mar 2021, your credit limit/high balance was $4,750*

### FIRSTBANK Partial Acct # 480379380925....
12345 W COLFAX AVE LAKEWOOD CO 80215; No phone # available

**Status (Mar 2021)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2014 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** $10 | **High balance** $2,250 |

**Credit limit or original amount** $2,500

**Recent balance** $10 as of Mar 2021

**Responsibility** Joint with MEGAN HENDERSON

| | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $434 | $0 | $141 | $88 | $395 | $0 | $16 | $0 | $16 | $0 | $16 | $50 | $1,801 |
| Date Payment Received | 02.19.21 | 01.11.21 | 12.07.20 | 10.15.20 | 10.15.20 | 08.24.20 | 08.24.20 | 07.20.20 | 06.19.20 | 05.20.20 | 04.20.20 | 03.09.20 | 02.03.20 | 01.21.20 |
| Scheduled Payment Amount | $0 | $20 | $0 | $20 | $20 | $20 | $0 | $16 | $0 | $16 | $0 | $16 | $20 | $54 |
| Actual Amount Paid | $497 | $24 | $162 | No Data | $411 | No Data | $281 | $40 | $16 | $16 | $16 | $66 | $1,801 | $200 |

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,910 | $1,878 | $1,859 | $1,806 | $1,831 | $1,799 | $1,735 | $1,684 | $1,485 |
| Date Payment Received | 12.27.19 | 11.21.19 | 10.25.19 | 09.20.19 | 08.20.19 | 07.22.19 | 06.26.19 | 05.28.19 | 03.20.19 |
| Scheduled Payment Amount | $57 | $56 | $56 | $54 | $55 | $54 | $52 | $51 | $45 |
| Actual Amount Paid | $400 | $57 | $54 | $100 | $60 | $52 | $100 | $45 | No Data |

*Between Apr 2019 and Feb 2021, your credit limit/high balance was $2,500*

EXP-WARD 000096

## Your Positive Account Activity (Continued)

### FREEDOM MORTGAGE CORP Partial Acct # 9305....
6800 SOUTHPOINT PARKWAY SUITE JACKSONVILLE IN 46037; (800) 220 3333

**Status (Jan 2020)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Mortgage | **Date opened** Dec 2015 | **Address ID #** 0152940643 |
| **Terms** 30 Years | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $268,300

**Recent balance** Not reported

**Responsibility** Joint with MEGAN HENDERSON

This account is scheduled to continue on record until Jan 2030.

**Fannie Mae ID** 1736222572

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $245,144 | $245,640 | $246,134 | $246,726 | $247,216 | $247,704 | $248,190 | $248,674 | $249,157 |
| Date Payment Received | 12.23.19 | 11.22.19 | 10.18.19 | 09.23.19 | 08.23.19 | 07.22.19 | 06.21.19 | 05.21.19 | 04.22.19 |
| Scheduled Payment Amount | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $2,236 | $1,870 |
| Actual Amount Paid | $2,300 | $2,300 | $2,400 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 |

*The original amount of this account was $268,300*

### JPMCB CARD Partial Acct # 426684145913....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Mar 2016)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2016 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $3,200

**Recent balance** Not reported

**Comment** Account closed at consumer's request.

**Responsibility** Authorized user

This account is scheduled to continue on record until Mar 2026.

### JPMCB CARD Partial Acct # 426684160032....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Apr 2021)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2019 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $5,129 |

**Credit limit or original amount** $8,700

**Recent balance** $0 /paid as of Apr 2021

**Responsibility** Individual

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $146 | $0 | $0 | $0 | $574 | $799 | $101 | $420 | $1,085 | $0 | $0 | $0 | $69 | $0 |
| Date Payment Received | 12.18.20 | 12.18.20 | 12.18.20 | 12.18.20 | 10.30.20 | 09.18.20 | 09.04.20 | 08.05.20 | 06.12.20 | 06.12.20 | 05.21.20 | 04.18.20 | 02.14.20 | 02.14.20 |
| Scheduled Payment Amount | $35 | $0 | $0 | $0 | $35 | $35 | $35 | $35 | $35 | $0 | $0 | $0 | $35 | $134 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 |
|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $3,424 | $3,372 | $2,726 | $2,701 | $2,719 | $621 |
| Date Payment Received | 01.31.20 | 12.03.19 | 10.21.19 | 09.23.19 | 08.23.19 | 07.22.19 | 07.03.19 |
| Scheduled Payment Amount | $134 | $104 | $101 | $82 | $84 | $72 | $25 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Sep 2019 and Mar 2021, your credit limit/high balance was $8,700*        *Between Jul 2019 and Aug 2019, your credit limit/high balance was $6,200*

### MOUNTAIN AMERICA FCU Partial Acct # 12130890....
7181 S CAMPUS VIEW DR WEST JORDAN UT 84084; (800) 748 4302

**Status (Apr 2021)** Open/Never late.

| | | |
|---|---|---|
| **Type** Auto Loan | **Date opened** Sep 2020 | **Address ID #** 0152940643 |
| **Terms** 72 Months | **Monthly payment** $481 | **High balance** Not reported |

**Credit limit or original amount** $31,195

**Recent balance** $29,173 as of Apr 2021

**Recent payment** $500

**Responsibility** Joint with MEGAN ELIZABETH HENDERSON

EXP-WARD 000097

**Your Positive Account Activity (Continued)**

## SYNCB/JCPENNEY Partial Acct # 600889140580....
PO BOX 965007 ORLANDO FL 32896; (800) 542 0800 — **Status (Apr 2021)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Nov 2018 | 0152940643 | $2,200 | $0 /paid as of Apr 2021 | Individual |
| Terms | Monthly payment | High balance | | | |
| Not reported | Not reported | $346 | | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19 | $19 | $19 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $19 |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $19 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 | 02.22.19 |
| Scheduled Payment Amount | $19 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between Apr 2019 and Mar 2021, your credit limit/high balance was $2,200

## SYNCB/LOWES Partial Acct # 798192406916....
PO BOX 965005 ORLANDO FL 32896; (800) 444 1408 — **Status (Apr 2021)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Sep 2016 | 0152940643 | $5,800 | $1,021 as of Apr 2021 | Individual |
| Terms | Monthly payment | High balance | Recent payment | | |
| Not reported | $34 | $1,600 | $150 | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,096 | $1,007 | $278 | $350 | $400 | $500 | $700 | $880 | $1,060 | $769 | $144 | $0 | $0 | $0 |
| Date Payment Received | 03.07.21 | 02.09.21 | 01.10.21 | 12.09.20 | 11.08.20 | 10.09.20 | 09.06.20 | 08.09.20 | 07.03.20 | 06.09.20 | 09.24.19 | 09.24.19 | 09.24.19 | 09.24.19 |
| Scheduled Payment Amount | $32 | $29 | $29 | $29 | $28 | $28 | $28 | $28 | $28 | $28 | $28 | $39 | $39 | $39 |
| Actual Amount Paid | No Data | $278 | $100 | $50 | $100 | $200 | $180 | $180 | $269 | $193 | No Data | No Data | No Data | No Data |

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $398 | $428 | $858 | $883 | $1,076 | $1,264 |
| Date Payment Received | 09.24.19 | 09.24.19 | 09.24.19 | 09.24.19 | 09.08.19 | 08.09.19 | 07.09.19 | 06.09.19 | 05.08.19 | 04.10.19 |
| Scheduled Payment Amount | $39 | $39 | $39 | $39 | $39 | $28 | $25 | $25 | $25 | $60 |
| Actual Amount Paid | No Data | No Data | No Data | $398 | $30 | No Data | $30 | $200 | $200 | $200 |

Between Apr 2019 and Mar 2021, your credit limit/high balance was $5,800

## TD BANK USA/TARGETCREDIT Partial Acct # 585975207031....
PO BOX 673 MINNEAPOLIS MN 55440; (888) 755 5856 — **Status (Apr 2021)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Dec 2012 | 0152940643 | $2,100 | $51 as of Apr 2021 | Individual |
| Terms | Monthly payment | High balance | Recent payment | | |
| Not reported | $29 | $1,060 | $47 | | |

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $47 | $206 | $0 | $45 | $109 | $427 | $100 | $13 | $77 | $0 | $0 | $106 | $121 | $359 |
| Date Payment Received | 03.05.21 | 02.06.21 | 12.29.20 | 12.18.20 | 11.02.20 | 10.08.20 | 09.16.20 | 08.14.20 | 06.16.20 | 06.16.20 | 05.15.20 | 04.16.20 | 03.09.20 | 02.10.20 |
| Scheduled Payment Amount | $29 | $0 | $0 | $29 | $29 | $29 | $13 | $13 | $0 | $0 | $0 | $29 | $29 | $29 |
| Actual Amount Paid | $206 | $13 | $45 | $276 | $427 | $100 | $166 | $78 | No Data | $58 | $107 | $121 | $359 | $315 |

## Your Positive Account Activity (Continued)

| | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $315 | $541 | $108 | $502 | $90 | $49 | $15 | $479 | $0 | $96 |
| Date Payment Received | 01.14.20 | 12.13.19 | 11.15.19 | 10.16.19 | 09.12.19 | 08.12.19 | 07.15.19 | 05.13.19 | 05.13.19 | 04.09.19 |
| Scheduled Payment Amount | $28 | $28 | $28 | $28 | $28 | $28 | $15 | $28 | $28 | $28 |
| Actual Amount Paid | $541 | $108 | $450 | $28 | $60 | $15 | $479 | No Data | $96 | $242 |

*Between Apr 2019 and Mar 2021, your credit limit/high balance was $2,100*

---

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053....    **Status (Apr 2021)** Open/Never late.
PO BOX 10335 DES MOINES IA 50306; (800) 288 3212

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Mortgage | Jan 2020 | 0152940643 | amount | $301,016 as of Apr 2021 | Joint with |
| | | | $310,000 | | MEGAN HENDERSON |
| **Terms** | **Monthly payment** | **High balance** | | | |
| 30 Years | $1,981 | Not reported | **Recent payment** | | |
| | | | $2,200 | | |

**Mortgage ID #**
100392411205269452

**Freddie Mac ID**
1331976

| | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $301,682 | $302,319 | $302,989 | $303,656 | $304,321 | $304,983 | $305,643 | $306,301 | $306,756 | $307,410 | $308,061 |
| Date Payment Received | 03.01.21 | 01.20.21 | 12.18.20 | 11.20.20 | 10.20.20 | 09.21.20 | 08.21.20 | 07.21.20 | 06.22.20 | 05.21.20 | 04.21.20 |
| Scheduled Payment Amount | $1,981 | $2,008 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 |
| Actual Amount Paid | $2,520 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,000 | $2,200 | $2,200 | No Data |

*The original amount of this account was $310,000*

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

---

MOUNTAIN AMERICA CU 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302    **Sep 23, 2020**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2022.

---

ADVANTAGE/FAIRWAY INDEPE 4801 S BILTMORE LN MADISON WI 53718 **No phone # available**    **Jun 08, 2020**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2022.

---

ADVANTAGE/FAIRWAY INDEPE **No phone # available**    **Dec 16, 2019**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2022.

---

EQUIFAX MORTGAGE SOLUTIO 4300 WESTOWN PKWY STE 200 WEST DES MOINES IA 50266 (800) 333 0037    **Dec 03, 2019**

**REASON:** Mortgage on behalf of FREEDOM MORTGAGE CO.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2022.

---

FREEDOM FINC/CROSS RIVER 885 TENECK RD TEANECK NJ 07666 (201) 808 7000    **Jun 19, 2019**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2021.

---

## Who Has Viewed Your Consumer Information (Continued)

ADVANTAGE/FAIRWAY INDEPE 4801 S BILTMORE LN MADISON WI 53718 **No phone # available**                    Apr 25, 2019

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until May 2021.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

**Soft inquiries** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 04.19.21 | 01.18.21 | 12.07.20 | 06.11.20 | 06.10.20 | 06.10.20 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 04.19.21 | 04.10.21 | 03.16.21 | 02.13.21 | 01.04.21 | 12.07.20 | 11.08.20 | 09.21.20 | 08.22.20 | 07.24.20 | 06.27.20 | 06.11.20 | 06.10.20 |

SYNCHRONY FINANCIAL 4125 WINDARD PLAZA ALPHARETTA GA 30005 **No phone # available INQUIRY DATES:** 04.14.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 **INQUIRY DATES:** 04.13.21 | 03.30.21 | 03.16.21 | 03.02.21 | 02.16.21 | 02.02.21 | 01.19.21 | 01.12.21 | 12.22.20 | 12.08.20 | 11.24.20 | 11.10.20 | 10.27.20 | 10.13.20 | 09.29.20 | 09.15.20 | 09.01.20 | 08.18.20 | 08.04.20 | 07.21.20 |

CITI COMMERCE SOLUTIONS 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703 **INQUIRY DATES:** 04.12.21 |

JPMCB CJ PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 **INQUIRY DATES:** 04.09.21 | 03.17.21 | 02.18.21 | 01.20.21 | 12.23.20 | 12.22.20 | 11.27.20 | 10.29.20 | 10.04.20 | 10.02.20 | 09.23.20 | 09.03.20 | 08.06.20 | 07.20.20 | 06.25.20 |

TD/TARGET PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622 **INQUIRY DATES:** 03.23.21 |

TD BANK PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available INQUIRY DATES:** 03.15.21 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 03.08.21 |

WELLS FARGO BANK MTG PO BOX 10335 DES MOINES IA 50306 (800) 288 3212 **INQUIRY DATES:** 03.03.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 02.28.21 | 01.31.21 | 12.21.20 | 11.22.20 | 10.22.20 | 10.20.20 | 10.03.20 | 09.30.20 | 09.23.20 | 07.11.20 | 06.13.20 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.07.20 | 06.10.20 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 12.07.20 | 06.10.20 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 11.12.20 | 11.04.19 |

LEXISNEXIS/INS/P&C **No phone # available INQUIRY DATES:** 11.12.20 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 **No phone # available INQUIRY DATES:** 10.03.20 |

CUDL/MOUNTAIN AMERICA CU 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 **No phone # available INQUIRY DATES:** 09.23.20 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available INQUIRY DATES:** 06.16.20 | 05.24.20 | 05.19.20 | 05.15.20 | 05.05.20 | 05.02.20 | 04.22.20 | 04.15.20 | 04.10.20 | 03.28.20 | 03.21.20 | 03.14.20 | 02.25.20 | 02.18.20 | 02.13.20 | 02.07.20 | 01.26.20 | 01.22.20 | 01.15.20 | 01.09.20 | 01.02.20 | 12.20.19 | 12.13.19 |

EXPERIAN CREDITMATCH 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available INQUIRY DATES:** 06.11.20 | 06.10.20 |

EXPERIAN CREDITMATCH **No phone # available INQUIRY DATES:** 06.10.20 |

PROGRESSIVE INSURANCE 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available INQUIRY DATES:** 01.26.20 |

ADVANTAGE CREDIT INC 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 **INQUIRY DATES:** 01.13.20 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 11.04.19 |

LEXISNEXIS/INS/P&C **No phone # available INQUIRY DATES:** 11.04.19 |

AFFIRM INC/CROSS RIVER B 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729 **INQUIRY DATES:** 08.27.19 |

BEST EGG 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730 **INQUIRY DATES:** 05.28.19 |

FREEDOM PLUS/CRB 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829 **INQUIRY DATES:** 05.28.19 |

LENDINGPOINT LLC 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713 **INQUIRY DATES:** 05.28.19 |

**Who Has Viewed Your Consumer Information** (Continued)

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 **INQUIRY DATES:** 05.28.19 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 05.07.19 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| ROBBIN WARD | Name ID #: 13719 |
| ROBBIN U WARD | Name ID #: 29965 |
| ROBBIN UNDRA WARD | Name ID #: 707 |
| ROBIN A WARD | Name ID #: 2 |
| ROBBIN WARDE | Name ID #: 26971 |
| WARD ROBBIN | Name ID #: 11981 |

**ADDRESSES**

| | |
|---|---|
| 5390 S SHERMAN ST<br>LITTLETON CO 80121-1032 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940643 Address Type: Single family |
| 5398 S GRANT ST<br>LITTLETON CO 80121-1013 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940486 Address Type: Single family |
| PO BOX 7729<br>COLORADO SPRINGS CO 80933-7729 | Geo Code: 0-40030-41-1720<br>Address ID #: 0167593189 Address Type: Post office box |
| 1188 MAGNOLIA ST APTA<br>COLORADO SPRINGS CO 80907-9633 | Geo Code: 0-20330-41-1720<br>Address ID #: 0167346154 Address Type: Apartment complex |
| 1960 MITTENWALD DR APT719<br>COLORADO SPRINGS CO 80918-8222 | Geo Code: 0-770020-41-1720<br>Address ID #: 0167552898 Address Type: Apartment complex |
| 1527 SWOPE AVE<br>COLORADO SPRINGS CO 80909-2846 | Geo Code: 0-70030-41-1720<br>Address ID #: 0167376475 Address Type: Single family |
| 2831 ULTCA ST<br>DENVER CO 80212- | Geo Code: 0-00- 0-<br>Address ID #: 0605313398 Address Type: Single family |
| 1522 N COCKRELL HILL RD<br>DALLAS TX 75211-1316 | Geo Code: 0-1070110-113-2080<br>Address ID #: 0903188313 Address Type: Single family |
| 229 CLIFF HEIGHTS CIR<br>DALLAS TX 75241-5330 | Geo Code: 0-1120040-113-<br>Address ID #: 0618403931 Address Type: Single family |
| 2831 UTICA ST<br>DENVER CO 80212-3047 | Geo Code: 0-50110-31-1720<br>Address ID #: 0153300041 Address Type: Single family |
| 103 W POWERS CIR APT301<br>LITTLETON CO 80120-2461 | Geo Code: 0-660140- 5-0220<br>Address ID #: 0152929447 Address Type: Apartment complex |
| US<br>80918- | Geo Code: 0-00- 0-1920<br>Address ID #: 0316507434 |
| 3114 WISE ST<br>ALEXANDRIA LA 71301-4153 | Geo Code: 0-1200020-79-<br>Address ID #: 0140928945 Address Type: Single family |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1961

**TELEPHONE NUMBERS**

| | |
|---|---|
| 219 902-6324 | Cellular |
| 303 204-3632 | Cellular |
| 303 433-2316 | Residential |

**SPOUSE OR CO-APPLICANT**

MEGAN

**FORMER OR CURRENT EMPLOYERS**

PIKE TOOL & GRINDING

## Your Personal Information (Continued)

**NOTICES**

This address has pertained to a business:
5390 S SHERMAN ST LITTLETON CO 80121   .

GENERAL BUILDING CONTRACTOR:
5390 S SHERMAN ST, LITTLETON, CO, 80121   .

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**

**(833) 796 8634**
M - F 9am - 5pm in your time zone.

**WRITE TO US**

Experian, NCAC
PO BOX 9701
Allen, TX 75013

**GO ONLINE (for fastest results)**

**Visit experian.com/disputes**



Dispute Online
for faster results



Check Status
Online

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite *www.consumerfinance.gov/learnmore* o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** *www.consumerfinance.gov/learnmore* or write to:

Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See *www.consumerfinance.gov/learnmore* for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

EXP-WARD 000102

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit *www.consumerfinance.gov/learnmore.*

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXP-WARD 000103

PO Box 9701
Allen, TX 75013



**experian**™

ROBBIN U WARD
5390 S SHERMAN ST
LITTLETON CO  80121

# Your Credit Report

Report # **3145-0439-89** for **Feb 18, 2022**



# Hi, Robbin U. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

## Payment History
*100% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

## Amount of Debt
*You have 3% revolving credit utilization*

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

**EXCEPTIONAL**

**802**

**FICO**SCORE

## Credit History Length
*Your average account age is 4.9 years*

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

## Amount of New Credit
*You have initiated 0 credit application(s) in the past year*

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

## Credit Mix
*Different Types of accounts*

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

EXP-WARD 000104

# Credit Report Insights (10) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

 **What May Be Helping...**

**What May Be Hurting...**

**10**
ACCOUNT(S) PAID AS AGREED

**100%**
OF ACCOUNTS HAVE
ONTIME PAYMENTS

**3%**
REVOLVING CREDIT
UTILIZATION



**802**

FICO SCORE 8
Experian data February 18, 2022

300                    850

Get more out of your score and report with a
free online account. visit experian.com/view.

**0**
ACCOUNT(S) WITH LATE PAYMENTS

**0%**
OF ACCOUNTS WITH
LATE PAYMENTS

**0**
COLLECTIONS
ACCOUNT(S)

**0**
BANKRUPTCY (CIES)

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Great job making payments on time. Keep up the great work.*

*Great job keeping your credit utilization under 30 percent.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*

### Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost
by adding your utility and phone payment history
to your Experian credit file.



experian. | Boost

Create your free account at **experian.com/scoreboost**
Results may vary. See Experian.com for details.

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries

EXP-WARD 000105

# Did You Know?

***Personal statements you've asked us to include*** You've given us the following statement to include every time a company asks us for your credit report: "FILE FROZEN DUE TO FEDERAL LEGISLATION."

# What's In Your Credit Report?

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . 7

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

 # Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135....                    Status (Dec 2021) Paid, Closed/Never late.
PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | May 2012 | 0152940643 | amount | Not reported | Authorized user |
| | | | $3,000 | | This account is scheduled |
| **Terms** | **Monthly payment** | **High balance** | | **Comment:** | to continue on record until |
| Not reported | Not reported | $9,453 | | Closed due to inactivity | Dec 2031. |

| | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $34 |
| Date Payment Received | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $27 | $27 | $27 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | $68 | $33 |

*Between Feb 2020 and Nov 2021, your credit limit/high balance was $3,000*

EXP-WARD 000106

## Your Positive Account Activity (Continued)

### BIG O TIRES/CBNA Partial Acct # 601154934426....
PO BOX 6497 SIOUX FALLS SD 57117; (800) 950 5114

**Status (Feb 2022)** Open/Never late.

| | | |
|---|---|---|
| **Type** Charge Card | **Date opened** Feb 2016 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $1,321 |

**Credit limit or original amount** $1,600

**Recent balance** $0 /paid as of Feb 2022

**Responsibility** Individual

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Date Payment Received** | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Date Payment Received** | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $27 | $27 | $27 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Feb 2020 and Jan 2022, your credit limit/high balance was $1,600*

### CITI CARDS/CITIBANK Partial Acct # 542418125342....
PO BOX 6241 SIOUX FALLS SD 57117; (800) 843 0777

**Status (Aug 2013)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Nov 2011 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $3,560 |

**Credit limit or original amount** $5,900

**Recent balance** Not reported
**Comment** Account closed at consumer's request.

**Responsibility** Authorized user
This account is scheduled to continue on record until Aug 2023.

### COLORADO CU/ MDT Partial Acct # 784840....
10026 W SAN JUAN WAY STE 200 LITTLETON CO 80127; (720) 981 2300

**Status (Jan 2020)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Home Equity | **Date opened** Mar 2017 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $23,892 |

**Credit limit or original amount** $25,000

**Recent balance** Not reported

**Responsibility** Joint with MEGAN HENDERSON
This account is scheduled to continue on record until Jan 2030.

### DISCOVER BANK Partial Acct # 601100010275....
PO BOX 15316 WILMINGTON DE 19850; (800) 347 2683

**Status (Jan 2022)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Jun 2013 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** $56 | **High balance** $4,660 |

**Credit limit or original amount** $4,750

**Recent balance** $2,797 as of Jan 2022

**Responsibility** Authorized user

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $2,839 | $1,143 | $406 | $406 | $950 | $408 | $41 | $264 | $59 | $740 | $1,031 | $1,536 | $1,990 | $350 |
| **Date Payment Received** | 12.13.21 | 11.12.21 | 10.17.21 | 09.17.21 | 07.26.21 | 06.20.21 | 06.11.21 | 05.13.21 | 03.19.21 | 03.12.21 | 02.12.21 | 01.13.21 | 11.20.20 | 10.20.20 |
| **Scheduled Payment Amount** | $56 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $36 | $37 | $40 | $35 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $912 | $77 | $281 | $266 | $200 | $57 | $0 | $57 | $21 |
| **Date Payment Received** | 10.13.20 | 09.11.20 | 08.13.20 | 07.13.20 | 06.16.20 | 04.19.20 | 04.19.20 | 03.09.20 | 01.31.20 |
| **Scheduled Payment Amount** | $35 | $35 | $35 | $35 | $35 | $35 | $0 | $35 | $21 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Feb 2020 and Dec 2021, your credit limit/high balance was $4,750*

## Your Positive Account Activity (Continued)

### FIRSTBANK Partial Acct # 480379380925....
12345 W COLFAX AVE LAKEWOOD CO 80215; No phone # available

**Status (Jan 2022)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2014 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** $20 | **High balance** $2,250 |

**Credit limit or original amount** $2,500
**Recent payment** $188

**Recent balance** $495 as of Jan 2022

**Responsibility** Joint with MEGAN HENDERSON

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $187 | $142 | $172 | $112 | $90 | $24 | $58 | $0 | $0 | $10 | $0 | $434 | $0 | $141 |
| Date Payment Received | 12.20.21 | 11.19.21 | 10.20.21 | 09.09.21 | 08.23.21 | 07.20.21 | 04.23.21 | 04.23.21 | 04.23.21 | 02.19.21 | 02.19.21 | 01.11.21 | 12.07.20 | 10.15.20 |
| Scheduled Payment Amount | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $0 | $0 | $10 | $0 | $20 | $0 | $20 |
| Actual Amount Paid | $142 | $172 | $722 | $90 | $139 | $143 | No Data | No Data | $10 | No Data | $497 | $24 | $162 | No Data |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $88 | $395 | $0 | $16 | $0 | $16 | $0 | $16 | $50 |
| Date Payment Received | 10.15.20 | 08.24.20 | 08.24.20 | 07.20.20 | 06.19.20 | 05.20.20 | 04.20.20 | 03.09.20 | 02.03.20 |
| Scheduled Payment Amount | $20 | $20 | $0 | $16 | $0 | $16 | $0 | $16 | $20 |
| Actual Amount Paid | $411 | No Data | $281 | $40 | $16 | $16 | $16 | $66 | $1,801 |

Between Feb 2020 and Dec 2021, your credit limit/high balance was $2,500

### FREEDOM MORTGAGE CORP Partial Acct # 9305....
PO BOX 50485 INDIANAPOLIS IN 46250; No phone # available

**Status (Jan 2020)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Mortgage | **Date opened** Dec 2015 | **Address ID #** 0152940643 |
| **Terms** 30 Years | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $268,300

**Recent balance** Not reported

**Responsibility** Joint with MEGAN HENDERSON

This account is scheduled to continue on record until Jan 2030.

**Fannie Mae ID** 1736222572

### JPMCB CARD Partial Acct # 426684145913....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Mar 2016)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2016 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount** $3,200

**Recent balance** Not reported
**Comment** Account closed at consumer's request.

**Responsibility** Authorized user

This account is scheduled to continue on record until Mar 2026.

### JPMCB CARD Partial Acct # 426684160032....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Feb 2022)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Feb 2019 | **Address ID #** 0152940643 |
| **Terms** Not reported | **Monthly payment** $40 | **High balance** $5,129 |

**Credit limit or original amount** $8,700

**Recent balance** $137 as of Feb 2022

**Responsibility** Individual

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $659 | $0 | $261 | $83 | $0 | $0 | $0 | $0 | $0 | $146 | $0 | $0 | $0 |
| Date Payment Received | 01.08.22 | 11.14.21 | 11.14.21 | 09.21.21 | 08.20.21 | 08.20.21 | 05.21.21 | 05.21.21 | 05.21.21 | 04.09.21 | 12.18.20 | 12.18.20 | 12.18.20 | 12.18.20 |
| Scheduled Payment Amount | $0 | $40 | $0 | $40 | $40 | $0 | $0 | $0 | $0 | $0 | $35 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $574 | $799 | $101 | $420 | $1,085 | $0 | $0 |
| Date Payment Received | 10.30.20 | 09.18.20 | 09.04.20 | 08.05.20 | 06.12.20 | 06.12.20 | 05.21.20 |
| Scheduled Payment Amount | $35 | $35 | $35 | $35 | $35 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Between May 2020 and Jan 2022, your credit limit/high balance was $8,700

EXP-WARD 000108

## Your Positive Account Activity (Continued)

**MOUNTAIN AMERICA FCU** Partial Acct # 12130890....
7181 S CAMPUS VIEW DR WEST JORDAN UT 84084; (800) 748 4302

**Status (Feb 2022)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Sep 2020 | 0152940643 | $31,195 | $24,969 as of Feb 2022 | Joint with MEGAN ELIZABETH HENDERSON |
| **Terms** | **Monthly payment** | **High balance** | **Recent payment** | | |
| 72 Months | $481 | Not reported | $500 | | |

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $25,394 | $25,822 | $26,242 | $26,666 | $27,090 | $27,504 | $27,924 | $28,340 | $28,757 | $29,173 | $29,594 | $30,002 | $30,412 | $30,830 |
| Date Payment Received | 12.07.21 | 11.08.21 | 10.07.21 | 09.07.21 | 08.09.21 | 07.07.21 | 06.07.21 | 05.07.21 | 04.07.21 | 03.08.21 | 02.08.21 | 01.07.21 | 12.07.20 | 11.09.20 |
| Scheduled Payment Amount | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 |
| Actual Amount Paid | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |

| | Nov20 | Oct20 |
|---|---|---|
| Account Balance | $31,195 | $31,195 |
| Date Payment Received | No Data | No Data |
| Scheduled Payment Amount | $481 | $481 |
| Actual Amount Paid | No Data | No Data |

*The original amount of this account was $31,195*

---

**SYNCB/JCPENNEY** Partial Acct # 600889140580....
PO BOX 965007 ORLANDO FL 32896; (800) 542 0800

**Status (Feb 2022)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Nov 2018 | 0152940643 | $500 | $0 /paid as of Feb 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $346 | | | |

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19 | $19 | $19 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $19 |

*Between Jul 2021 and Jan 2022, your credit limit/high balance was $500          Between Feb 2020 and Jun 2021, your credit limit/high balance was $2,200*

---

**SYNCB/LOWES** Partial Acct # 798192406916....
PO BOX 965005 ORLANDO FL 32896; (800) 444 1408

**Status (Feb 2022)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Sep 2016 | 0152940643 | $7,600 | $0 /paid as of Feb 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $1,600 | | | |

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $112 | $205 | $349 | $539 | $607 | $779 | $1,074 | $1,021 | $1,096 | $1,007 | $278 | $350 |
| Date Payment Received | 11.24.21 | 11.24.21 | 10.22.21 | 10.03.21 | 09.05.21 | 07.27.21 | 07.11.21 | 05.20.21 | 04.06.21 | 04.06.21 | 03.07.21 | 02.09.21 | 01.10.21 | 12.09.20 |
| Scheduled Payment Amount | $0 | $0 | $29 | $29 | $29 | $29 | $29 | $29 | $64 | $34 | $32 | $29 | $29 | $29 |
| Actual Amount Paid | No Data | $112 | $205 | $150 | $200 | $200 | $416 | $300 | No Data | $150 | No Data | $278 | $100 | $50 |

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $400 | $500 | $700 | $880 | $1,060 | $769 | $144 | $0 | $0 | $0 |
| Date Payment Received | 11.20.20 | 10.09.20 | 09.06.20 | 08.09.20 | 07.03.20 | 06.09.20 | 09.24.19 | 09.24.19 | 09.24.19 | 09.24.19 |
| Scheduled Payment Amount | $28 | $28 | $28 | $28 | $28 | $28 | $28 | $39 | $39 | $39 |
| Actual Amount Paid | $100 | $200 | $180 | $180 | $269 | $193 | No Data | No Data | No Data | No Data |

*Between Oct 2021 and Jan 2022, your credit limit/high balance was $7,600          Between Feb 2020 and Sep 2021, your credit limit/high balance was $5,800*

EXP-WARD 000109

## Your Positive Account Activity (Continued)

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031....    **Status (Jan 2022)** Open/Never late.
PO BOX 673 MINNEAPOLIS MN 55440; (888) 755 5856

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Dec 2012 | 0152940643 | amount | $0 /paid as of Jan 2022 | Individual |
| | | | $2,100 | | |
| Terms | Monthly payment | High balance | Recent payment | | |
| Not reported | Not reported | $1,060 | $382 | | |

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $220 | $16 | $62 | $112 | $93 | $44 | $0 | $44 | $51 | $47 | $206 | $0 | $45 | $109 |
| Date Payment Received | 12.04.21 | 11.12.21 | 10.15.21 | 09.16.21 | 08.16.21 | 07.10.21 | 06.14.21 | 05.14.21 | 04.16.21 | 03.05.21 | 02.06.21 | 12.29.20 | 12.18.20 | 11.02.20 |
| Scheduled Payment Amount | $16 | $16 | $29 | $29 | $29 | $0 | $0 | $29 | $29 | $29 | $0 | $0 | $29 | $29 |
| Actual Amount Paid | $32 | $62 | $112 | $187 | $150 | $247 | $44 | $51 | $47 | $206 | $13 | $45 | $276 | $427 |

| | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $427 | $100 | $13 | $77 | $0 | $0 | $106 | $121 | $359 |
| Date Payment Received | 10.08.20 | 09.16.20 | 08.14.20 | 06.16.20 | 06.16.20 | 05.15.20 | 04.16.20 | 03.09.20 | 02.10.20 |
| Scheduled Payment Amount | $29 | $13 | $13 | $0 | $0 | $0 | $29 | $29 | $29 |
| Actual Amount Paid | $100 | $166 | $78 | No Data | $58 | $107 | $121 | $359 | $315 |

*Between Feb 2020 and Dec 2021, your credit limit/high balance was $2,100*

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053....    **Status (Feb 2022)** Open/Never late.
PO BOX 10335 DES MOINES IA 50306; (800) 416 1472

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Jan 2020 | 0152940643 | amount | $294,540 as of Feb 2022 | Joint with |
| | | | $310,000 | | MEGAN HENDERSON |
| Terms | Monthly payment | High balance | Recent payment | | |
| 30 Years | $1,995 | Not reported | $2,200 | | |

**Mortgage ID #**
100392411205269452

**Freddie Mac ID**
1331976

| | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $295,216 | $295,889 | $296,560 | $297,228 | $297,894 | $298,557 | $299,218 | $299,877 | $300,348 | $301,016 | $301,682 | $302,319 | $302,989 | $303,656 |
| Date Payment Received | 12.20.21 | 11.19.21 | 10.21.21 | 10.07.21 | 08.20.21 | 07.18.21 | 06.18.21 | 06.04.21 | 04.20.21 | 03.19.21 | 03.01.21 | 01.20.21 | 12.18.20 | 11.20.20 |
| Scheduled Payment Amount | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,981 | $1,981 | $1,981 | $2,008 | $1,973 | $1,973 |
| Actual Amount Paid | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,183 | $2,200 | $2,200 | $2,520 | $2,200 | $2,200 | $2,200 |

| | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $304,321 | $304,983 | $305,643 | $306,301 | $306,756 | $307,410 | $308,061 |
| Date Payment Received | 10.20.20 | 09.21.20 | 08.21.20 | 07.21.20 | 06.22.20 | 05.21.20 | 04.21.20 |
| Scheduled Payment Amount | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 |
| Actual Amount Paid | $2,200 | $2,200 | $2,200 | $2,000 | $2,200 | $2,200 | No Data |

*The original amount of this account was $310,000*

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**BELLCO CREDIT UNION** 7600 E ORCHARD RD STE 400N GREENWOOD VILLAGE CO 80111 (303) 689 7800    **Feb 14, 2022**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Mar 2024.

EXP-WARD 000110

## Who Has Viewed Your Consumer Information (Continued)

MOUNTAIN AMERICA CU 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302          **Sep 23, 2020**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2022.

ADVANTAGE/FAIRWAY INDEPE 4801 S BILTMORE LN MADISON WI 53718 **No phone # available**          **Jun 08, 2020**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

**Soft inquiries** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

**i** Soft inquiries DO NOT impact your credit score.

ECS/ MCE WEB AUTHENTICAT 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 02.14.22 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 02.14.22 | 12.21.21 | 11.22.21 | 10.19.21 | 07.03.21 | 02.28.21 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 INQUIRY DATES: 02.14.22 |

JPMCB CJ PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 INQUIRY DATES: 02.14.22 | 02.05.22 | 01.09.22 | 12.22.21 | 12.11.21 | 11.18.21 | 10.21.21 | 10.20.21 | 09.28.21 | 09.01.21 | 08.03.21 | 07.21.21 | 06.23.21 | 05.29.21 | 05.01.21 | 04.09.21 | 03.17.21 | 02.18.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 02.01.22 | 01.18.22 | 01.04.22 | 12.21.21 | 12.05.21 | 11.23.21 | 11.09.21 | 08.07.21 | 06.11.21 | 04.19.21 | 04.10.21 | 03.16.21 |

SYNCHRONY FINANCIAL 4125 WINDARD PLAZA ALPHARETTA GA 30005 **No phone # available** INQUIRY DATES: 01.18.22 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 INQUIRY DATES: 01.08.22 |

TD BANK PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available** INQUIRY DATES: 12.20.21 |

WELLS FARGO BANK MTG PO BOX 29482 DES MOINES IA 50306 (800) 288 3212 INQUIRY DATES: 12.03.21 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 INQUIRY DATES: 11.05.21 |

LEXISNEXIS/INS/P&C **No phone # available** INQUIRY DATES: 11.01.21 |

LEXISNEXIS/INS/P&C **No phone # available** INQUIRY DATES: 11.01.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 INQUIRY DATES: 10.26.21 | 10.12.21 | 09.28.21 | 09.14.21 | 08.31.21 | 08.17.21 | 08.03.21 | 07.20.21 | 07.06.21 | 06.22.21 | 06.08.21 | 05.25.21 | 05.11.21 | 04.27.21 | 04.13.21 | 03.30.21 | 03.16.21 | 03.02.21 |

CITI COMMERCE SOLUTIONS 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703 INQUIRY DATES: 06.07.21 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 INQUIRY DATES: 04.28.21 | 04.19.21 |

TD/TARGET PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622 INQUIRY DATES: 03.23.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

### NAMES

| | |
|---|---|
| ROBBIN WARD | Name ID #: 13719 |
| ROBBIN U WARD | Name ID #: 29965 |
| ROBBIN UNDRA WARD | Name ID #: 707 |
| ROBIN A WARD | Name ID #: 2 |
| ROBBIN WARDE | Name ID #: 26971 |
| WARD ROBBIN | Name ID #: 11981 |

### ADDRESSES

EXP-WARD 000111

## Your Personal Information (Continued)

| | |
|---|---|
| 5390 S SHERMAN ST<br>LITTLETON CO 80121-1032 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940643 Address Type: Single family |
| 5398 S GRANT ST<br>LITTLETON CO 80121-1013 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940486 Address Type: Single family |
| PO BOX 7729<br>COLORADO SPRINGS CO 80933-7729 | Geo Code: 0-40030-41-1720<br>Address ID #: 0167593189 Address Type: Post office box |
| 1188 MAGNOLIA ST APTA<br>COLORADO SPRINGS CO 80907-9633 | Geo Code: 0-20330-41-1720<br>Address ID #: 0167346154 Address Type: Apartment complex |
| 1960 MITTENWALD DR APT719<br>COLORADO SPRINGS CO 80918-8222 | Geo Code: 0-770020-41-1720<br>Address ID #: 0167552898 Address Type: Apartment complex |
| 1527 SWOPE AVE<br>COLORADO SPRINGS CO 80909-2846 | Geo Code: 0-70030-41-1720<br>Address ID #: 0167376475 Address Type: Single family |
| 2831 ULTCA ST<br>DENVER CO 80212- | Geo Code: 0-00- 0-<br>Address ID #: 0605313398 Address Type: Single family |
| 1522 N COCKRELL HILL RD<br>DALLAS TX 75211-1316 | Geo Code: 0-1070110-113-2080<br>Address ID #: 0903188313 Address Type: Single family |
| 229 CLIFF HEIGHTS CIR<br>DALLAS TX 75241-5330 | Geo Code: 0-1120040-113-<br>Address ID #: 0618403931 Address Type: Single family |
| 2831 UTICA ST<br>DENVER CO 80212-3047 | Geo Code: 0-50110-31-1720<br>Address ID #: 0153300041 Address Type: Single family |
| 103 W POWERS CIR APT301<br>LITTLETON CO 80120-2461 | Geo Code: 0-660140- 5-0220<br>Address ID #: 0152929447 Address Type: Apartment complex |
| US<br>80918- | Geo Code: 0-00- 0-1920<br>Address ID #: 0316507434 |
| 3114 WISE ST<br>ALEXANDRIA LA 71301-4153 | Geo Code: 0-1200020-79-<br>Address ID #: 0140928945 Address Type: Single family |

### SOCIAL SECURITY NUMBER VARIATIONS

None

### YEAR OF BIRTH

1961

### TELEPHONE NUMBERS

| | |
|---|---|
| 219 902-6324 | Cellular |
| 303 204-3632 | Cellular |
| 303 433-2316 | Residential |

### SPOUSE OR CO-APPLICANT

MEGAN

### FORMER OR CURRENT EMPLOYERS

PIKE TOOL & GRINDING

### NOTICES

This address has pertained to a business:
5390 S SHERMAN ST LITTLETON CO 80121   .

GENERAL BUILDING CONTRACTOR:
5390 S SHERMAN ST, LITTLETON, CO, 80121   .

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**

**(833) 796 8634**
M - F 9am - 5pm in your time zone.

**WRITE TO US**

Experian, NCAC
PO BOX 9701
Allen, TX 75013

**GO ONLINE (for fastest results)**

Visit experian.com/disputes



Dispute Online
for faster results



Check Status
Online

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a

EXP-WARD 000112

consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite *www.consumerfinance.gov/learnmore* o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** *www.consumerfinance.gov/learnmore* or write to:     Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See *www.consumerfinance.gov/learnmore* for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit *www.consumerfinance.gov/learnmore.*

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

A credit score is a number that reflects your credit risk level, typically a higher number indicates lower risk. Using information from your personal credit report, a score is generated through a Statistical model that uses your past credit behavior and current credit relationships to predict likely future behavior. Your credit score changes as the elements in your personal credit report change over time. For example, payment updates, opening a new account or closing an account could cause your score to fluctuate. The financial services industry uses many different scores so your FICO® Score may be different from the score used by a lender, depending on the scoring model that was used. FICO® Score is a registered trademark of Fair Isaac Corporation.

**About your FICO® Score 8**
Your FICO® Score 8 powered by Experian® Date is formulated using the information in your credit file at the time it is requested. Your FICO® Score 8 can range between 300 and 850, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

**What this means to you:**
Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. The Credit Score we provide is FICO® Score 8. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or different scoring models to determine how you score.

THIS PAGE INTENTIONALLY LEFT BLANK

EXP-WARD 000115