WARD V. NCS
EXHIBIT 34

Prepared For
**ROBBIN WARD**
**Personal & Confidential**

Date Generated
Aug 29, 2022
Report Number
3444-0022-98

| At a Glance | 15 Accounts | 0 Public Records | 2 Hard Inquiries |
|---|---|---|---|

## Personal Information

| 6 Names | 11 Addresses | 1 Employers | 1 Personal Statements | 7 Other Records |
|---|---|---|---|---|

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

| | | | |
|---|---|---|---|
| **ROBBIN WARD**<br>Name ID #13719 | **ROBBIN U WARD**<br>Name ID #29965 | **ROBBIN UNDRA WARD**<br>Name ID #707 | **ROBIN A WARD**<br>Name ID #2 |
| **ROBBIN WARDE**<br>Name ID #26971 | **WARD ROBBIN**<br>Name ID #11981 | | |

### Addresses

| | | | |
|---|---|---|---|
| **5390 S SHERMAN ST**<br>**LITTLETON CO, 80121-1032**<br>Address ID #0152940643<br>Single family | **5398 S GRANT ST**<br>**LITTLETON CO, 80121-1013**<br>Address ID #0152940486<br>Single family | **PO BOX 7729**<br>**COLORADO SPRINGS CO, 80933-7729**<br>Address ID #0167593189<br>Post office box | **1188 MAGNOLIA ST APTA**<br>**COLORADO SPRINGS CO, 80907-9633**<br>Address ID #0167346154<br>Apartment complex |
| **1960 MITTENWALD DR APT719**<br>**COLORADO SPRINGS CO, 80918-8222**<br>Address ID #0167552898<br>Apartment complex | **1527 SWOPE AVE**<br>**COLORADO SPRINGS CO, 80909-2846**<br>Address ID #0167376475<br>Single family | **2831 ULTCA ST**<br>**DENVER CO, 80212**<br>Address ID #0605313398<br>Single family | **2831 UTICA ST**<br>**DENVER CO, 80212-3047**<br>Address ID #0153300041<br>Single family |
| **103 W POWERS CIR APT301**<br>**LITTLETON CO, 80120-2461**<br>Address ID #0152929447<br>Apartment complex | **US**<br>**, 80918**<br>Address ID #0316507434 | **3114 WISE ST**<br>**ALEXANDRIA LA, 71301-4153**<br>Address ID #0140928945<br>Single family | |

### Year of Birth

**1961**

## Phone Numbers

| (219) 902-6324 | (303) 204-3632 | (303) 433-2316 |
|---|---|---|
| Cellular | Cellular | Residential |

## Spouse or Co-Applicant

**MEGAN**

## Employers

**PIKE TOOL & GRINDING**

## Notices

This address has pertained to a business: 5390 S SHERMAN ST LITTLETON CO 80121 .

GENERAL BUILDING CONTRACTOR: 5390 S SHERMAN ST, LITTLETON, CO, 80121 .

## Personal Statements

FILE FROZEN DUE TO FEDERAL LEGISLATION.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

### BARCLAYS BANK DELAWARE

#### Account Info

| | | | |
|---|---|---|---|
| Account Name | **BARCLAYS BANK DELAWARE** | Balance | - |
| Account Number | **000151XXXXXXXXX** | Balance Updated | - |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Authorized user** | Monthly Payment | **$0** |
| Date Opened | **05/05/2012** | Credit Limit | **$3,000** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$9,453** |
| Status Updated | **Dec 2021** | Terms | **NA** |
| | | On Record Until | **Dec 2031** |

Ward_Plaintiff_002771

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | O | O | O | O | O | O | O | O | O | O | O | CLS |
| 2020 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2019 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2018 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2017 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2016 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2015 | O | O | O | O | O | O | O | O | O | O | O | O |

O  Current on payments      CLS  Closed

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2021 | $0 | $0 | $0 on 2/20/2020 |
| Oct 2021 | $0 | $0 | $0 on 2/20/2020 |
| Sep 2021 | $0 | $0 | $0 on 2/20/2020 |
| Aug 2021 | $0 | $0 | $0 on 2/20/2020 |
| Jul 2021 | $0 | $0 | $0 on 2/20/2020 |
| Jun 2021 | $0 | $0 | $0 on 2/20/2020 |
| May 2021 | $0 | $0 | $0 on 2/20/2020 |
| Apr 2021 | $0 | $0 | $0 on 2/20/2020 |
| Mar 2021 | $0 | $0 | $0 on 2/20/2020 |
| Feb 2021 | $0 | $0 | $0 on 2/20/2020 |
| Jan 2021 | $0 | $0 | $0 on 2/20/2020 |
| Dec 2020 | $0 | $0 | $0 on 2/20/2020 |
| Nov 2020 | $0 | $0 | $0 on 2/20/2020 |
| Oct 2020 | $0 | $0 | $0 on 2/20/2020 |
| Sep 2020 | $0 | $0 | $0 on 2/20/2020 |
| Aug 2020 | $0 | $0 | $0 on 2/20/2020 |

### Additional info

Between Aug 2020 and Nov 2021, your credit limit/high balance was $3,000

## Contact Info

| | |
|---|---|
| Address | PO BOX 8803,<br>WILMINGTON DE 19899 |
| Phone Number | (888) 232-0780 |

## Comment

**Current:**

Closed due to inactivity

**Previous:**

None

## BELLCO CREDIT UNION

### Account Info

| | | | |
|---|---|---|---|
| Account Name | BELLCO CREDIT UNION | Balance | $33,502 |
| Account Number | 60594XXXX | Balance Updated | 07/31/2022 |
| Account Type | Home Equity | Recent Payment | $500 |
| Responsibility | Joint with MEGAN HENDERSON | Monthly Payment | $212 |

| | | | |
|---|---|---|---|
| Date Opened | **03/07/2022** | Credit Limit | **$35,000** |
| Status | **Open/Never late.** | Highest Balance | **$35,000** |
| Status Updated | **Jul 2022** | Terms | **NA** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | — | O | O | O | O | O | — | — | — | — | — |

O  Current on payments

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2022** | **$33,891** | **$212** | **$500 on 6/22/2022** |
| **May 2022** | **$34,278** | **$212** | **$500 on 5/23/2022** |
| **Apr 2022** | **$34,661** | **$212** | **$500 on 4/22/2022** |
| **Mar 2022** | **$35,000** | **$212** | **$0** |

**Additional info**

Between Mar 2022 and Jun 2022, your credit limit/high balance was $35,000

### Contact Info

| | |
|---|---|
| Address | **7600 E ORCHARD RD STE 400N, GREENWOOD VILLAGE CO 80111** |
| Phone Number | **(303) 689-7800** |

## BIG O TIRES/CBNA

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **BIG O TIRES/CBNA** | Balance | - |
| Account Number | **601154XXXXXXXXXX** | Balance Updated | - |
| Account Type | **Charge Card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **02/06/2016** | Credit Limit | **$1,600** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$1,321** |
| Status Updated | **Aug 2022** | Terms | **NA** |
| | | On Record Until | **Aug 2032** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | O | O | O | O | O | O | O | **CLS** | — | — | — | — |
| 2021 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2020 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2019 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2018 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2017 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2016 | — | — | O | O | O | O | O | O | O | O | O | O |

O  Current on payments    CLS  Closed

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2022** | **$0** | **$0** | **$0 on 10/24/2018** |
| **Jun 2022** | **$0** | **$0** | **$0 on 10/24/2018** |
| **May 2022** | **$0** | **$0** | **$0 on 10/24/2018** |
| **Apr 2022** | **$0** | **$0** | **$0 on 10/24/2018** |
| **Mar 2022** | **$0** | **$0** | **$0 on 10/24/2018** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2022 | $0 | $0 | $0 on 10/24/2018 |
| Jan 2022 | $0 | $0 | $0 on 10/24/2018 |
| Dec 2021 | $0 | $0 | $0 on 10/24/2018 |
| Nov 2021 | $0 | $0 | $0 on 10/24/2018 |
| Oct 2021 | $0 | $0 | $0 on 10/24/2018 |
| Sep 2021 | $0 | $0 | $0 on 10/24/2018 |
| Aug 2021 | $0 | $0 | $0 on 10/24/2018 |
| Jul 2021 | $0 | $0 | $0 on 10/24/2018 |
| Jun 2021 | $0 | $0 | $0 on 10/24/2018 |
| May 2021 | $0 | $0 | $0 on 10/24/2018 |
| Apr 2021 | $0 | $0 | $0 on 10/24/2018 |
| Mar 2021 | $0 | $0 | $0 on 10/24/2018 |
| Feb 2021 | $0 | $0 | $0 on 10/24/2018 |
| Jan 2021 | $0 | $0 | $0 on 10/24/2018 |
| Dec 2020 | $0 | $0 | $0 on 10/24/2018 |
| Nov 2020 | $0 | $0 | $0 on 10/24/2018 |
| Oct 2020 | $0 | $0 | $0 on 10/24/2018 |
| Sep 2020 | $0 | $0 | $0 on 10/24/2018 |
| Aug 2020 | $0 | $0 | $0 on 10/24/2018 |

**Additional info**

Between Aug 2020 and Jul 2022, your credit limit/high balance was $1,600

---

### Contact Info

| | |
|---|---|
| Address | PO BOX 6497, SIOUX FALLS SD 57117 |
| Phone Number | (800) 950-5114 |

---

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

---

## CITI CARDS/CITIBANK

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CITI CARDS/CITIBANK | Balance | - |
| Account Number | 542418XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Authorized user | Monthly Payment | $0 |
| Date Opened | 11/18/2011 | Credit Limit | $5,900 |
| Status | Paid, Closed/Never late. | Highest Balance | $3,560 |
| Status Updated | Aug 2013 | Terms | NA |
| | | On Record Until | Aug 2023 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | CLS | — | — | — | — |
| 2012 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2011 | — | — | — | — | — | — | — | — | — | — | ○ | ○ |

Ward_Plaintiff_002774

○  Current on payments    CLS  Closed

### ✉ Contact Info

| | |
|---|---|
| Address | PO BOX 6241, SIOUX FALLS SD 57117 |
| Phone Number | (800) 950-5114 |

### 🗎 Comment

**Current:**

**Account closed at consumer's request.**

**Previous:**

**None**

---

## COLORADO CU/ MDT

### 🗎 Account Info

| | | | |
|---|---|---|---|
| Account Name | COLORADO CU/ MDT | Balance | - |
| Account Number | 784840XXXX | Balance Updated | - |
| Account Type | Home Equity | Recent Payment | - |
| Responsibility | Joint with MEGAN HENDERSON | Monthly Payment | $0 |
| Date Opened | 03/24/2017 | Credit Limit | $25,000 |
| Status | Paid, Closed/Never late. | Highest Balance | $23,892 |
| Status Updated | Jan 2020 | Terms | NA |
| | | On Record Until | Jan 2030 |

### $ Payment History



| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | CLS | — | — | — | — | — | — | — | — | — | — | — |
| 2019 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2018 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2017 | — | — | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

○  Current on payments    CLS  Closed

### ✉ Contact Info

| | |
|---|---|
| Address | 10026 W SAN JUAN WAY STE 200, LITTLETON CO 80127 |
| Phone Number | (720) 981-2300 |

---

## DISCOVER BANK

### 🗎 Account Info

| | | | |
|---|---|---|---|
| Account Name | DISCOVER BANK | Balance | $16 |
| Account Number | 601100XXXXXXXXXX | Balance Updated | 08/18/2022 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Authorized user | Monthly Payment | $16 |
| Date Opened | 06/06/2013 | Credit Limit | $4,750 |
| Status | Open/Never late. | Highest Balance | $4,660 |
| Status Updated | Aug 2022 | Terms | NA |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | — | — | — | — |
| 2021 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2020 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2019 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2018 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Ward_Plaintiff_002775

| Year | | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2016 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2015 | — | — | — | — | — | — | — | — | ○ | ○ | ○ | ○ |

○ Current on payments

## 📑 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2022** | **$90** | **$35** | **$0 on 7/12/2022** |
| **Jun 2022** | **$31** | **$31** | **$0 on 6/13/2022** |
| **May 2022** | **$1,065** | **$35** | **$0 on 5/2/2022** |
| **Apr 2022** | **$1,078** | **$35** | **$0 on 3/13/2022** |
| **Mar 2022** | **$0** | **$0** | **$0 on 3/13/2022** |
| **Feb 2022** | **$2,294** | **$49** | **$0 on 2/7/2022** |
| **Jan 2022** | **$2,797** | **$56** | **$0 on 1/11/2022** |
| **Dec 2021** | **$2,839** | **$56** | **$0 on 12/13/2021** |
| **Nov 2021** | **$1,143** | **$35** | **$0 on 11/12/2021** |
| **Oct 2021** | **$406** | **$35** | **$0 on 10/17/2021** |
| **Sep 2021** | **$406** | **$35** | **$0 on 9/17/2021** |
| **Aug 2021** | **$950** | **$35** | **$0 on 7/26/2021** |
| **Jul 2021** | **$408** | **$35** | **$0 on 6/20/2021** |
| **Jun 2021** | **$41** | **$35** | **$0 on 6/11/2021** |
| **May 2021** | **$264** | **$35** | **$0 on 5/13/2021** |
| **Apr 2021** | **$59** | **$35** | **$0 on 3/19/2021** |
| **Mar 2021** | **$740** | **$35** | **$0 on 3/12/2021** |
| **Feb 2021** | **$1,031** | **$36** | **$0 on 2/12/2021** |
| **Jan 2021** | **$1,536** | **$37** | **$0 on 1/13/2021** |
| **Dec 2020** | **$1,990** | **$40** | **$0 on 11/20/2020** |
| **Nov 2020** | **$350** | **$35** | **$0 on 10/20/2020** |
| **Oct 2020** | **$912** | **$35** | **$0 on 10/13/2020** |
| **Sep 2020** | **$77** | **$35** | **$0 on 9/11/2020** |
| **Aug 2020** | **$281** | **$35** | **$0 on 8/13/2020** |

**Additional info**

Between Aug 2020 and Jul 2022, your credit limit/high balance was $4,750

## ✉ Contact Info

| | |
|---|---|
| Address | **PO BOX 30939,**<br>**SALT LAKE CITY UT 84130** |
| Phone Number | **(800) 347-2683** |

## FIRSTBANK

### 📑 Account Info

| | | | |
|---|---|---|---|
| Account Name | **FIRSTBANK** | Balance | **$380** |
| Account Number | **480379XXXXXXXXXX** | Balance Updated | **07/29/2022** |
| Account Type | **Credit card** | Recent Payment | **$179** |
| Responsibility | **Joint with MEGAN HENDERSON** | Monthly Payment | **$20** |
| Date Opened | **02/18/2014** | Credit Limit | **$2,500** |
| Status | **Open/Never late.** | Highest Balance | **$2,250** |
| Status Updated | **Jul 2022** | Terms | **NA** |

Ward_Plaintiff_002776

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | — | — | — | — | — |
| 2021 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2020 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2019 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2018 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2017 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2016 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2015 | — | — | — | — | — | — | — | ○ | ○ | ○ | ○ | ○ |

○ Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2022 | $28 | $20 | $372 on 6/17/2022 |
| May 2022 | $296 | $20 | $424 on 5/20/2022 |
| Apr 2022 | $260 | $20 | $267 on 4/21/2022 |
| Mar 2022 | $115 | $20 | $434 on 3/21/2022 |
| Feb 2022 | $294 | $20 | $637 on 2/16/2022 |
| Jan 2022 | $495 | $20 | $188 on 1/20/2022 |
| Dec 2021 | $187 | $20 | $142 on 12/20/2021 |
| Nov 2021 | $142 | $20 | $172 on 11/19/2021 |
| Oct 2021 | $172 | $20 | $722 on 10/20/2021 |
| Sep 2021 | $112 | $20 | $90 on 9/9/2021 |
| Aug 2021 | $90 | $20 | $139 on 8/23/2021 |
| Jul 2021 | $24 | $20 | $143 on 7/20/2021 |
| Jun 2021 | $58 | $20 | $0 on 4/23/2021 |
| May 2021 | $0 | $0 | $0 on 4/23/2021 |
| Apr 2021 | $0 | $0 | $10 on 4/23/2021 |
| Mar 2021 | $10 | $10 | $0 on 2/19/2021 |
| Feb 2021 | $0 | $0 | $497 on 2/19/2021 |
| Jan 2021 | $434 | $20 | $24 on 1/11/2021 |
| Dec 2020 | $0 | $0 | $162 on 12/7/2020 |
| Nov 2020 | $141 | $20 | $0 on 10/15/2020 |
| Oct 2020 | $88 | $20 | $411 on 10/15/2020 |
| Sep 2020 | $395 | $20 | $0 on 8/24/2020 |
| Aug 2020 | $0 | $0 | $281 on 8/24/2020 |

### Additional info

Between Aug 2020 and Jun 2022, your credit limit/high balance was $2,500

### Contact Info

Address    **12345 W COLFAX AVE,
LAKEWOOD CO 80215**

## FREEDOM MORTGAGE CORP

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **FREEDOM MORTGAGE CORP** | Balance | - |
| Account Number | **9305XXXX** | Balance Updated | - |

Ward_Plaintiff_002777

| | | | |
|---|---|---|---|
| Account Type | **Mortgage** | Recent Payment | - |
| Responsibility | **Joint with MEGAN HENDERSON** | Monthly Payment | **$0** |
| Date Opened | **12/10/2015** | Original Balance | **$268,300** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$0** |
| Status Updated | **Jan 2020** | Terms | **30 Years** |
| | | On Record Until | **Jan 2030** |
| | | Mortgage Agency Name | **Fannie Mae ID** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | **CLS** | — | — | — | — | — | — | — | — | — | — | — |
| 2019 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2018 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2017 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2016 | — | — | — | O | O | O | O | O | O | O | O | O |

O  Current on payments    CLS  Closed

### Contact Info

| | |
|---|---|
| Address | **PO BOX 50485,**<br>**INDIANAPOLIS IN 46250** |

## JPMCB CARD

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **JPMCB CARD** | Balance | - |
| Account Number | **426684XXXXXXXXXX** | Balance Updated | - |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Authorized user** | Monthly Payment | **$0** |
| Date Opened | **02/03/2016** | Credit Limit | **$3,200** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$0** |
| Status Updated | **Mar 2016** | Terms | **NA** |
| | | On Record Until | **Mar 2026** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | — | — | **CLS** | — | — | — | — | — | — | — | — | — |

CLS  Closed

### Contact Info

| | |
|---|---|
| Address | **PO BOX 15369,**<br>**WILMINGTON DE 19850** |
| Phone Number | **(800) 935-9935** |

### Comment

**Current:**

**Account closed at consumer's request.**

**Previous:**

**None**

## JPMCB CARD

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **JPMCB CARD** | Balance | **$0** |
| Account Number | **426684XXXXXXXXXX** | Balance Updated | **08/19/2022** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **02/09/2019** | Credit Limit | **$8,700** |

| | | | |
|---|---|---|---|
| Status | Open/Never late. | Highest Balance | $5,129 |
| Status Updated | Aug 2022 | Terms | NA |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | O | O | O | O | O | O | O | O | — | — | — | — |
| 2021 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2020 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2019 | — | — | O | O | O | O | O | O | O | O | O | O |

O   Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2022 | $0 | $0 | $0 on 7/5/2022 |
| Jun 2022 | $513 | $40 | $0 on 3/22/2022 |
| May 2022 | $0 | $0 | $0 on 3/22/2022 |
| Apr 2022 | $0 | $0 | $0 on 3/22/2022 |
| Mar 2022 | $0 | $0 | $0 on 3/22/2022 |
| Feb 2022 | $0 | $0 | $0 on 2/18/2022 |
| Jan 2022 | $0 | $0 | $0 on 1/8/2022 |
| Dec 2021 | $659 | $40 | $0 on 11/14/2021 |
| Nov 2021 | $0 | $0 | $0 on 11/14/2021 |
| Oct 2021 | $261 | $40 | $0 on 9/21/2021 |
| Sep 2021 | $83 | $40 | $0 on 8/20/2021 |
| Aug 2021 | $0 | $0 | $0 on 8/20/2021 |
| Jul 2021 | $0 | $0 | $0 on 5/21/2021 |
| Jun 2021 | $0 | $0 | $0 on 5/21/2021 |
| May 2021 | $0 | $0 | $0 on 5/21/2021 |
| Apr 2021 | $0 | $0 | $0 on 4/9/2021 |
| Mar 2021 | $146 | $35 | $0 on 12/18/2020 |
| Feb 2021 | $0 | $0 | $0 on 12/18/2020 |
| Jan 2021 | $0 | $0 | $0 on 12/18/2020 |
| Dec 2020 | $0 | $0 | $0 on 12/18/2020 |

### Additional info

Between Dec 2020 and Jul 2022, your credit limit/high balance was $8,700

## Contact Info

| | |
|---|---|
| Address | PO BOX 15369, WILMINGTON DE 19850 |
| Phone Number | (800) 935-9935 |

## MOUNTAIN AMERICA FCU

### Account Info

| | | | |
|---|---|---|---|
| Account Name | MOUNTAIN AMERICA FCU | Balance | $22,383 |
| Account Number | 121308XXXXXX | Balance Updated | 08/01/2022 |
| Account Type | Auto Loan | Recent Payment | $500 |
| Responsibility | Joint with MEGAN HENDERSON | Monthly Payment | $481 |
| Date Opened | 09/25/2020 | Original Balance | $31,195 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | Aug 2022 | Terms | 72 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | O | O | O | O | O | O | O | O | — | — | — | — |
| 2021 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2020 | — | — | — | — | — | — | — | — | O | O | O | O |

O  Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2022 | $22,817 | $481 | $500 on 6/7/2022 |
| Jun 2022 | $23,253 | $481 | $500 on 5/9/2022 |
| May 2022 | $23,680 | $481 | $500 on 4/7/2022 |
| Apr 2022 | $24,109 | $481 | $500 on 3/7/2022 |
| Mar 2022 | $24,543 | $481 | $500 on 2/7/2022 |
| Feb 2022 | $24,969 | $481 | $500 on 1/7/2022 |
| Jan 2022 | $25,394 | $481 | $500 on 12/7/2021 |
| Dec 2021 | $25,822 | $481 | $500 on 11/8/2021 |
| Nov 2021 | $26,242 | $481 | $500 on 10/7/2021 |
| Oct 2021 | $26,666 | $481 | $500 on 9/7/2021 |
| Sep 2021 | $27,090 | $481 | $500 on 8/9/2021 |
| Aug 2021 | $27,504 | $481 | $500 on 7/7/2021 |
| Jul 2021 | $27,924 | $481 | $500 on 6/7/2021 |
| Jun 2021 | $28,340 | $481 | $500 on 5/7/2021 |
| May 2021 | $28,757 | $481 | $500 on 4/7/2021 |
| Apr 2021 | $29,173 | $481 | $500 on 3/8/2021 |
| Mar 2021 | $29,594 | $481 | $500 on 2/8/2021 |
| Feb 2021 | $30,002 | $481 | $500 on 1/7/2021 |
| Jan 2021 | $30,412 | $481 | $500 on 12/7/2020 |
| Dec 2020 | $30,830 | $481 | $500 on 11/9/2020 |
| Nov 2020 | $31,195 | $481 | $0 |
| Oct 2020 | $31,195 | $481 | $0 |

### Additional info

The original amount of this account was $31,195

## Contact Info

| | |
|---|---|
| Address | 7181 S CAMPUS VIEW DR, WEST JORDAN UT 84084 |
| Phone Number | (800) 748-4302 |

## SYNCB/JCPENNEY

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/JCPENNEY | Balance | $0 |
| Account Number | 600889XXXXXXXXXX | Balance Updated | 08/02/2022 |
| Account Type | Charge Card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 11/23/2018 | Credit Limit | $500 |
| Status | Open/Never late. | Highest Balance | $346 |
| Status Updated | Aug 2022 | Terms | NA |

Ward_Plaintiff_002780

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | — | — | — | — |
| 2021 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2020 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2019 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | ○ |

○ Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2022 | $0 | $0 | $0 on 1/14/2020 |
| Jun 2022 | $0 | $0 | $0 on 1/14/2020 |
| May 2022 | $0 | $0 | $0 on 1/14/2020 |
| Apr 2022 | $0 | $0 | $0 on 1/14/2020 |
| Mar 2022 | $0 | $0 | $0 on 1/14/2020 |
| Feb 2022 | $0 | $0 | $0 on 1/14/2020 |
| Jan 2022 | $0 | $0 | $0 on 1/14/2020 |
| Dec 2021 | $0 | $0 | $0 on 1/14/2020 |
| Nov 2021 | $0 | $0 | $0 on 1/14/2020 |
| Oct 2021 | $0 | $0 | $0 on 1/14/2020 |
| Sep 2021 | $0 | $0 | $0 on 1/14/2020 |
| Aug 2021 | $0 | $0 | $0 on 1/14/2020 |
| Jul 2021 | $0 | $0 | $0 on 1/14/2020 |
| Jun 2021 | $0 | $0 | $0 on 1/14/2020 |
| May 2021 | $0 | $0 | $0 on 1/14/2020 |
| Apr 2021 | $0 | $0 | $0 on 1/14/2020 |
| Mar 2021 | $0 | $0 | $0 on 1/14/2020 |
| Feb 2021 | $0 | $0 | $0 on 1/14/2020 |
| Jan 2021 | $0 | $0 | $0 on 1/14/2020 |
| Dec 2020 | $0 | $0 | $0 on 1/14/2020 |
| Nov 2020 | $0 | $0 | $0 on 1/14/2020 |
| Oct 2020 | $0 | $0 | $0 on 1/14/2020 |
| Sep 2020 | $0 | $0 | $0 on 1/14/2020 |
| Aug 2020 | $0 | $0 | $0 on 1/14/2020 |

### Additional info

Between Jul 2021 and Jul 2022, your credit limit/high balance was $500

Between Aug 2020 and Jun 2021, your credit limit/high balance was $2,200

### Contact Info

| Address | PO BOX 965007, ORLANDO FL 32896 |
|---|---|
| Phone Number | (800) 542-0800 |

## SYNCB/LOWES

### Account Info

| Account Name | SYNCB/LOWES | Balance | $2,481 |
|---|---|---|---|
| Account Number | 798192XXXXXXXXXX | Balance Updated | 08/16/2022 |

Ward_Plaintiff_002781

| Account Type | Charge Card | Recent Payment | $500 |
|---|---|---|---|
| Responsibility | Individual | Monthly Payment | $32 |
| Date Opened | 09/11/2016 | Credit Limit | $7,600 |
| Status | Open/Never late. | Highest Balance | $3,845 |
| Status Updated | Aug 2022 | Terms | NA |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | — | — | — | — |
| 2021 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2020 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2019 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2018 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2017 | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 2016 | — | — | — | — | — | — | — | — | ○ | ○ | ○ | ○ |

○ Current on payments

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2022 | $2,975 | $30 | $500 on 6/28/2022 |
| Jun 2022 | $3,679 | $37 | $150 on 5/22/2022 |
| May 2022 | $398 | $29 | $0 on 11/24/2021 |
| Apr 2022 | $0 | $0 | $0 on 11/24/2021 |
| Mar 2022 | $0 | $0 | $0 on 11/24/2021 |
| Feb 2022 | $0 | $0 | $0 on 11/24/2021 |
| Jan 2022 | $0 | $0 | $0 on 11/24/2021 |
| Dec 2021 | $0 | $0 | $112 on 11/24/2021 |
| Nov 2021 | $112 | $29 | $205 on 10/22/2021 |
| Oct 2021 | $205 | $29 | $150 on 10/3/2021 |
| Sep 2021 | $349 | $29 | $200 on 9/5/2021 |
| Aug 2021 | $539 | $29 | $200 on 7/27/2021 |
| Jul 2021 | $607 | $29 | $416 on 7/11/2021 |
| Jun 2021 | $779 | $29 | $300 on 5/20/2021 |
| May 2021 | $1,074 | $64 | $0 on 4/6/2021 |
| Apr 2021 | $1,021 | $34 | $150 on 4/6/2021 |
| Mar 2021 | $1,096 | $32 | $0 on 3/7/2021 |
| Feb 2021 | $1,007 | $29 | $278 on 2/9/2021 |
| Jan 2021 | $278 | $29 | $100 on 1/10/2021 |
| Dec 2020 | $350 | $29 | $50 on 12/9/2020 |
| Nov 2020 | $400 | $28 | $100 on 11/8/2020 |
| Oct 2020 | $500 | $28 | $200 on 10/9/2020 |
| Sep 2020 | $700 | $28 | $180 on 9/6/2020 |
| Aug 2020 | $880 | $28 | $180 on 8/9/2020 |

## Additional info

Between Oct 2021 and Jul 2022, your credit limit/high balance was $7,600

Between Aug 2020 and Sep 2021, your credit limit/high balance was $5,800

## Contact Info

| Address | PO BOX 965005, ORLANDO FL 32896 |
|---|---|
| Phone Number | (800) 444-1408 |

## TD BANK USA/TARGETCREDIT

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **TD BANK USA/TARGETCREDIT** | Balance | **$72** |
| Account Number | **585975XXXXXXXXXX** | Balance Updated | **08/19/2022** |
| Account Type | **Credit card** | Recent Payment | **$54** |
| Responsibility | **Individual** | Monthly Payment | **$30** |
| Date Opened | **12/22/2012** | Credit Limit | **$5,000** |
| Status | **Open/Never late.** | Highest Balance | **$1,060** |
| Status Updated | **Aug 2022** | Terms | **NA** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | O | O | O | O | O | O | O | O | — | — | — | — |
| 2021 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2020 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2019 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2018 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2017 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2016 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2015 | — | — | — | — | — | — | — | — | O | O | O | O |

O  Current on payments

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2022** | **$54** | **$29** | **$155 on 7/15/2022** |
| **Jun 2022** | **$155** | **$0** | **$0 on 5/2/2022** |
| **May 2022** | **$0** | **$0** | **$26 on 5/2/2022** |
| **Apr 2022** | **$26** | **$0** | **$0 on 1/8/2022** |
| **Mar 2022** | **$0** | **$0** | **$0 on 1/8/2022** |
| **Feb 2022** | **$0** | **$0** | **$0 on 1/8/2022** |
| **Jan 2022** | **$0** | **$0** | **$382 on 1/8/2022** |
| **Dec 2021** | **$220** | **$16** | **$32 on 12/4/2021** |
| **Nov 2021** | **$16** | **$16** | **$62 on 11/12/2021** |
| **Oct 2021** | **$62** | **$29** | **$112 on 10/15/2021** |
| **Sep 2021** | **$112** | **$29** | **$187 on 9/16/2021** |
| **Aug 2021** | **$93** | **$29** | **$150 on 8/16/2021** |
| **Jul 2021** | **$44** | **$0** | **$247 on 7/10/2021** |
| **Jun 2021** | **$0** | **$0** | **$44 on 6/14/2021** |
| **May 2021** | **$44** | **$29** | **$51 on 5/14/2021** |
| **Apr 2021** | **$51** | **$29** | **$47 on 4/16/2021** |
| **Mar 2021** | **$47** | **$29** | **$206 on 3/5/2021** |
| **Feb 2021** | **$206** | **$0** | **$13 on 2/6/2021** |
| **Jan 2021** | **$0** | **$0** | **$45 on 12/29/2020** |
| **Dec 2020** | **$45** | **$29** | **$276 on 12/18/2020** |
| **Nov 2020** | **$109** | **$29** | **$427 on 11/2/2020** |
| **Oct 2020** | **$427** | **$29** | **$100 on 10/8/2020** |
| **Sep 2020** | **$100** | **$13** | **$166 on 9/16/2020** |
| **Aug 2020** | **$13** | **$13** | **$78 on 8/14/2020** |

Ward_Plaintiff_002783

**Additional info**

Between Jul 2022 and Jul 2022, your credit limit/high balance was $5,000

Between Aug 2020 and Jun 2022, your credit limit/high balance was $2,100

---

**Contact Info**

| | |
|---|---|
| Address | PO BOX 673,<br>MINNEAPOLIS MN 55440 |
| Phone Number | (888) 755-5856 |

---

## WELLS FARGO HOME MORTGAGE

**Account Info**

| | | | |
|---|---|---|---|
| Account Name | WELLS FARGO HOME MORTGAGE | Balance | $290,529 |
| Account Number | 936060XXXXXXX | Balance Updated | 08/09/2022 |
| Account Type | Mortgage | Recent Payment | $2,200 |
| Responsibility | Joint with MEGAN HENDERSON | Monthly Payment | $2,043 |
| Date Opened | 01/21/2020 | Original Balance | $310,000 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | Aug 2022 | Terms | 30 Years |
| | | Mortgage Agency Name | Freddie Mac ID |
| | | Mortgage Identification Number | 100392411205269452 |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | O | O | O | O | O | O | O | O | — | — | — | — |
| 2021 | O | O | O | O | O | O | O | O | O | O | O | O |
| 2020 | — | — | — | — | O | O | O | O | O | O | O | O |

O  Current on payments

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2022 | $291,172 | $2,043 | $2,550 on 6/17/2022 |
| Jun 2022 | $291,813 | $2,101 | $2,557 on 5/27/2022 |
| May 2022 | $292,499 | $1,995 | $2,200 on 4/20/2022 |
| Apr 2022 | $293,182 | $1,995 | $2,200 on 3/22/2022 |
| Mar 2022 | $293,862 | $1,995 | $2,200 on 2/18/2022 |
| Feb 2022 | $294,540 | $1,995 | $2,200 on 1/21/2022 |
| Jan 2022 | $295,216 | $1,995 | $2,200 on 12/20/2021 |
| Dec 2021 | $295,889 | $1,995 | $2,200 on 11/19/2021 |
| Nov 2021 | $296,560 | $1,995 | $2,200 on 10/21/2021 |
| Oct 2021 | $297,228 | $1,995 | $2,200 on 10/7/2021 |
| Sep 2021 | $297,894 | $1,995 | $2,200 on 8/20/2021 |
| Aug 2021 | $298,557 | $1,995 | $2,200 on 7/18/2021 |
| Jul 2021 | $299,218 | $1,995 | $2,200 on 6/18/2021 |
| Jun 2021 | $299,877 | $1,995 | $2,183 on 6/4/2021 |
| May 2021 | $300,348 | $1,981 | $2,200 on 4/20/2021 |
| Apr 2021 | $301,016 | $1,981 | $2,200 on 3/19/2021 |
| Mar 2021 | $301,682 | $1,981 | $2,520 on 3/1/2021 |
| Feb 2021 | $302,319 | $2,008 | $2,200 on 1/20/2021 |
| Jan 2021 | $302,989 | $1,973 | $2,200 on 12/18/2020 |
| Dec 2020 | $303,656 | $1,973 | $2,200 on 11/20/2020 |

Ward_Plaintiff_002784

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Nov 2020** | **$304,321** | **$1,973** | **$2,200 on 10/20/2020** |
| **Oct 2020** | **$304,983** | **$1,973** | **$2,200 on 9/21/2020** |
| **Sep 2020** | **$305,643** | **$1,973** | **$2,200 on 8/21/2020** |
| **Aug 2020** | **$306,301** | **$1,973** | **$2,000 on 7/21/2020** |

**Additional info**

The original amount of this account was $310,000

**Contact Info**

| Address | PO BOX 10335, DES MOINES IA 50306 |
|---------|-----------------------------------|
| Phone Number | (800) 416-1472 |

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**BELLCO CREDIT UNION**

Inquired on 02/14/2022

7600 E ORCHARD RD STE 400N GREENWOOD VILLAGE CO, 80111

Unspecified. This inquiry is scheduled to continue on record until Mar 2024.

**MOUNTAIN AMERICA CU**

Inquired on 09/23/2020

7181 S CAMPUS VIEW DR WEST JORDAN UT, 84084

Auto loan. This inquiry is scheduled to continue on record until Oct 2022.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit.

Ward_Plaintiff_002785

**EXPERIAN**

Inquired on 08/29/2022, 08/16/2022, 08/02/2022, 07/19/2022, 07/05/2022, 06/21/2022, 06/07/2022, 05/24/2022, 05/10/2022, 04/26/2022, 04/12/2022, 03/31/2022, 03/29/2022, 03/15/2022, 03/01/2022, 02/15/2022, 02/01/2022, 01/18/2022, 01/04/2022, 12/21/2021, 12/05/2021, 11/23/2021 and 11/09/2021

475 ANTON BLVD,
COSTA MESA CA 92626
(866) 431-3471

**EXPERIAN**

Inquired on 08/29/2022

475 ANTON BLVD,
COSTA MESA CA 92626

**JPMCB CJ**

Inquired on 08/29/2022, 08/19/2022, 08/11/2022, 08/01/2022, 07/04/2022, 06/26/2022, 06/18/2022, 05/28/2022, 05/01/2022, 04/14/2022, 04/02/2022, 03/22/2022, 03/06/2022, 02/14/2022, 02/05/2022, 01/09/2022, 12/22/2021, 12/11/2021, 11/18/2021, 10/21/2021, 10/20/2021, 09/28/2021 and 09/01/2021

PO BOX 15298,
WILMINGTON DE 19850
(888) 401-0550

**SYNCHRONY FINANCIAL**

Inquired on 08/18/2022

4125 WINDARD PLAZA,
ALPHARETTA GA 30005

**EXPERIAN**

Inquired on 08/10/2022, 07/22/2022, 06/21/2022, 06/17/2022, 04/21/2022, 04/20/2022, 04/13/2022, 03/20/2022, 02/14/2022, 12/21/2021, 11/22/2021 and 10/19/2021

475 ANTON BLVD,
COSTA MESA CA 92626

**JPMCB CARD**

Inquired on 08/08/2022

PO BOX 15298,
WILMINGTON DE 19850
(800) 432-3117

**JPMCB CARD**

Inquired on 07/08/2022

PO BOX 15298,
WILMINGTON DE 19850
(800) 432-3117

**TD BANK**

Inquired on 06/16/2022

PO BOX 9500,
MINNEAPOLIS MN 55440

**WELLS FARGO BANK MTG**

Inquired on 06/03/2022

PO BOX 29482,
DES MOINES IA 50306
(800) 288-3212

**EXPERIAN**

Inquired on 05/10/2022, 05/10/2022, 05/04/2022 and 02/18/2022

701 EXPERIAN PKWY,
ALLEN TX 75013
(972) 390-3000

**EXPERIAN**

Inquired on 02/18/2022

None Provided

**ECS/ MCE WEB AUTHENTICAT**

Inquired on 02/14/2022

475 ANTON BLVD,
COSTA MESA CA 92626

**LEXISNEXIS/INS/P&C**

Inquired on 11/05/2021

1000 ALDERMAN DR,
ALPHARETTA GA 30005
(866) 323-0932

On behalf of STATE AUTO INSURANCE COM for Insurance underwriting

**LEXISNEXIS/INS/P&C**

Inquired on 11/01/2021

None Provided

On behalf of AUTOOWNERS INSURANCE COM for Insurance underwriting

**LEXISNEXIS/INS/P&C**

Inquired on 11/01/2021

None Provided

On behalf of NATIONWIDE INSURANCE for Insurance underwriting

**EXPERIAN**

Inquired on 10/26/2021, 10/12/2021, 09/28/2021, 09/14/2021 and 08/31/2021

475 ANTON BLVD,
COSTA MESA CA 92626
(866) 252-8809

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

Ward_Plaintiff_002786

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Phone**

**Monday - Friday**

9am to 5pm

(855) 414-6047

**Mail**

**Experian**

PO Box 9701

Allen, TX 75013

## Know Your Rights

### Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

Ward_Plaintiff_002787

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>**b.** Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| **2.** To the extent not included in item 1 above:<br><br>**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>**d.** Federal Credit Unions | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>**b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>**c.** FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>**d.** National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| **3.** Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| **4.** Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| **6.** Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

Ward_Plaintiff_002788

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA
Washington, DC 20580
(877) 382-4357

Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers