WARD V. NCS
EXHIBIT 35

# E M J D CORPORATION

Precision Sheet Metal Fabrication

4590 South Windermere Street
Englewood, CO 80110

(303) 761-5236
(303) 789-3985 Fax
www.emjd.com

July 23, 2020

To whom it may concern:

This letter is being written on behalf of Robbin Ward. Robbin has been a fulltime employee of EMJD Corporation since March 29, 2016. He is a key contributor and valued member of our team.

Robbin manages EMJD's Shipping and Receiving Department. In his role he provides daily instruction to other employees as well as prioritizing their activities. Robbin operates in a position of trust for EMJD and daily contracts with our vendors and communicates with our customers.

Please feel free to contact me if I can provide any additional information or be of any further assistance.

Regards,
EMJD CORPORATION

Scott P. Noyes
General Manager

```
7/23/20  8:50 AM              Hours Worked Register              Page   1
EMJD Corporation               6/01/18 -  7/31/20
```

| Emp# | Name | Regular Regular2 | O.T. | Pers Day | Vacation | Holiday | Other Pd | TOTAL |
|------|------|---------|------|----------|----------|---------|----------|-------|
| 108 | Robbin U Ward | | | | | | | |
| 6/14/18 | | 72.00 | 24.75 | .00 | .00 | 8.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 104.75 |
| 6/28/18 | | 79.50 | 13.75 | 8.00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 101.25 |
| 7/12/18 | | 72.00 | 14.50 | .00 | .00 | 8.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 94.50 |
| 7/26/18 | | 80.00 | 11.50 | .00 | 8.00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 99.50 |
| 7/31/18 | | 8.00- | 9.50 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 1.50 |
| 8/ 9/18 | | 72.00 | 25.00 | .00 | 8.00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 105.00 |
| 8/23/18 | | 80.00 | 22.75 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 102.75 |
| 9/ 6/18 | | 80.00 | 29.50 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 109.50 |
| 9/20/18 | | 48.00 | 11.50 | .00 | 24.00 | 8.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 91.50 |
| 10/ 4/18 | | 80.00 | 29.25 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 109.25 |
| 10/18/18 | | 67.25 | 16.50 | 8.00 | 8.00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 99.75 |
| 11/ 1/18 | | 80.00 | 32.75 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 112.75 |
| 11/15/18 | | 80.00 | 21.50 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 101.50 |
| 11/29/18 | | 72.00 | 7.00 | 8.00 | .00 | 8.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 95.00 |
| 12/13/18 | | 80.00 | 23.25 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 103.25 |
| 12/27/18 | | 80.00 | 21.00 | .00 | .00 | .00 | 3.00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 104.00 |
| 1/10/19 | | 56.00 | 11.75 | .00 | 8.00 | 16.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 91.75 |
| 1/24/19 | | 80.00 | 25.25 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 105.25 |
| 2/ 7/19 | | 80.00 | 11.50 | 8.00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 99.50 |
| 2/21/19 | | 80.00 | 20.75 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 100.75 |
| 3/ 7/19 | | 80.00 | 23.50 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 103.50 |
| 3/21/19 | | 76.50 | 11.25 | 8.00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 95.75 |
| 4/ 4/19 | | 72.00 | 18.75 | .00 | 8.00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 98.75 |
| 4/18/19 | | 80.00 | 21.50 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 101.50 |
| 5/ 2/19 | | 72.00 | 17.25 | .00 | .00 | 8.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 97.25 |
| 5/16/19 | | 80.00 | 15.75 | .00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 95.75 |
| 5/30/19 | | 80.00 | 15.50 | .00 | .00 | .00 | .00 | |

7/23/20  8:50 AM                    Hours Worked Register                              Page
EMJD Corporation                      6/01/18 -  7/31/20

| Emp# | Name | Regular Regular2 | O.T. | Pers Day | Vacation | Holiday | Other Pd | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 6/25/20 | | 77.50 .00 | 6.75 .00 | 8.00 .00 | .00 .00 | .00 .00 | .00 .00 | 92.25 |
| 7/ 9/20 | | 72.00 .00 | 11.50 .00 | .00 .00 | .00 .00 | 8.00 .00 | .00 .00 | 91.50 |
| 7/23/20 | | 40.00 .00 | 6.75 .00 | .00 .00 | 40.00 .00 | .00 .00 | .00 .00 | 86.75 |
| Total | | 4,148.75 .00 | 999.25 .00 | 88.00 .00 | 184.00 .00 | 128.00 .00 | 6.00 .00 | 5,554.00 |