WARD V. NCS
EXHIBIT 36



**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | 219-902-6324 | robbinward96@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**                 **06/12/2020**
Robbin U Ward                      Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Name __Robbin Ward__     Phone number __219-902-6324__     Page 1

# ID Theft Affidavit

## Victim Information

(1)  My full legal name is __Robbin  Undra  Ward__
          (First)   (Middle)   (Last)   (Jr., Sr., III)

(2)  (If different from above) When the events described in this affidavit took place, I was known as

__Robbin__     __Ward__
(First)   (Middle)   (Last)   (Jr., Sr., III)

(3)  My date of birth is __28/04/1961__
          (day/month/year)

(4)  My Social Security number is ▮▮▮▮▮ - __2993__

(5)  My driver's license or identification card state and number are ▮▮▮▮▮ __0622__

(6)  My current address is __5390 South Sherman St.__
     City __Littleton__   State __CO__   Zip Code __80121__

(7)  I have lived at this address since __12 / 2010__
            (month/year)

(8)  (If different from above) When the events described in this affidavit took place, my address was

_____

City _____  State _____  Zip Code _____

(9)  I lived at the address in Item 8 from _____ until _____
           (month/year)  (month/year)

(10)  My daytime telephone number is (__219__) __902-6324__

My evening telephone number is (____) __same as above__

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Plaintiff's Exhibits 000008

Name _____ Phone number _____ Page 2

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were ☐ stolen ☐ lost on or about _____.
    (day/month/year)

(14) ☐ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

_____    _____
Name (if known)                      Name (if known)

_____    _____
Address (if known)                   Address (if known)

_____    _____
Phone number(s) (if known)           Phone number(s) (if known)

_____    _____
Additional information (if known)    Additional information (if known)

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)

(Attach additional pages as necessary.)

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Plaintiff's Exhibits 000009

Name _____  Phone number _____  *Page 3*

## Victim's Law Enforcement Actions

(17) (check one) I ☒ am ☐ am not willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☒ am ☐ am not authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☒ have ☐ have not reported the events described in this affidavit to the police or other law enforcement agency. The police ☐ did ☒ did not write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission

**(Agency #1)** _____  (Officer/Agency personnel taking report)

06/12/20  _____  1194747117222

(Date of report)  _____  (Report number, if any)

(Phone number) _____  (email address, if any)

**(Agency #2)** _____  (Officer/Agency personnel taking report)

(Date of report) _____  (Report number, if any)

(Phone number) _____  (email address, if any)

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill). mortgage statement from Dec 2019 can provide more if needed

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER
GOVERNMENT AGENCY

Plaintiff's Exhibits 000010

*Name* _____ Phone number _____ *Page 4*

(22) ☐ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

### Signature

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_Koltin Ward_ _____    _6-12-2020_ _____

(signature)                                  (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_Hamilton Flake_ _____

(Notary)

HAMILTON FLAKE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154032441
MY COMMISSION EXPIRES 09/05/2023

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____          _____

(signature)                                  (printed name)

_____          _____

(date)                                       (telephone number)

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Plaintiff's Exhibits 000011

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They  listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

Plaintiff's Exhibits 000012

 Gmail

Megan Henderson <megagain4@gmail.com>

## Affidavit of fraud

1 message

**Megan Henderson** <megagain4@gmail.com>
To: rchin@bborlandlaw.com

Fri, Jun 12, 2020 at 4:28 PM

Please find attached an affidavit and copy of i.d.'s with signatures. This is in regards to the property at 229 Cliff Heights in Texas leased without my knowledge by someone who used my identity,

If needed I can provide mortgage statements for my home in Colorado during the time of the theft. Please let me know if there is anything else needed from me.

Thanks,
Robbin Ward

--
megagain4@gmail.com

**Robbin Ward Affidavit of ID theft.pdf**
3392K

Plaintiff's Exhibits 000013

 Gmail

Megan Henderson <megagain4@gmail.com>

## Fwd: RE: R. Ward identity theft/collections

5 messages

**Megan Henderson** <megagain4@gmail.com>                                Fri, Jul 10, 2020 at 12:56 PM
To: rchin@bborlandlaw.com
Cc: RobbinWard96@yahoo.com

I sent this email originally on June 29th, I am not sure why you did not receive it. Please let me know if any further documentation is needed.

Thank you,

Megan Henderson

---------- Forwarded message ---------
From: **Megan Henderson** <megagain4@gmail.com>
Date: Mon, Jun 29, 2020 at 12:56 PM
Subject: R. Ward proof of income and residents
To: <rchin@bborlandlaw.com>
Cc: <RobbinWard96@yahoo.com>, **Megan Henderson** <megagain4@gmail.com>

I have attached Robbin Ward's paystubs from Dec. 2019 through March of 2020. I have also attached our December Mortgage statement with our current address. Robbin has resided at this residence in Colorado for the past 10 years.

I am asking that the collections be removed. I am not sure how Robbin's identifying information was acquired. We did travel to Dallas, to visit our daughter in October (at this time, my baggage was lost and never found). Robbin also provided his social and other information to his daughter, Quen Green, last fall so that she could add him as her beneficiary. Quen does work in Dallas for Neiman Marcus, in the accounting department.

It is our belief that the person(s) who stole Robbin's identity committed forgery by using his daughter's pay stubs but adding Robbin's name to them. In December, the same time that the property at 229 Cliff Heights Circle was rented, someone also purchased a car using his daughter's identity.

Robbin has contacted the social security office and has been informed that there aren't any current benefits being paid out using his social security number. We have provided ample documentation to prove that the house was not leased by Robbin as we do not live in the state of Texas.

In addition to this information, it is important to note that the employment number listed on the lease application is our daughter's number rather than Neiman Marcus. It seems to me that there was no employment verification just acceptance of pay stubs that are falsified. I encourage Main Street LLC or anyone else involved in this case to contact the HR department at Nemian Marcus to confirm that Robbin Ward has never been employed with their company. I would also request that someone confirm Robbin's residency in Colorado, as he has lived here for more than 30 years.

We are requesting a thorough investigation in order to clear up these fraudulent charges that have been placed on Robbin Ward's credit report.

We look forward to a resolution quickly,

Megan Henderson & Robbin Ward

--
megagain4@gmail.com
robbinward96@yahoo.com

--
megagain4@gmail.com

Plaintiff's Exhibits 000014

**4 attachments**

**Robbin's Dec. Paystub.jpg**
871K

**Robbin's Feb-March pay stubs.jpeg**
1253K

**Robbin's Jan-Feb pay stubs.jpeg**
1241K

**Dec. mortgage statement.jpeg**
1445K

---

**Richard Chin** <rchin@bborlandlaw.com>
To: Megan Henderson <megagain4@gmail.com>                          Wed, Jul 15, 2020 at 12:02 PM

Good Afternoon,

I received you email but with the information provided I am unable to access the account in question. Please reply with the Robin's account number with us, or call our office at 888-281-6788 to discuss this further.

Plaintiff's Exhibits 000015

Thank You.



**RICHARD CHIN**

OPERATIONS MANAGER

📞 678-385-5352    📠 678-385-5357

✉ RCHIN@BBORLANDLAW.COM

📍 2440 SANDY PLAINS RD BLDG 1, SUITE 200 MARIETTA, GA 30066

**Confidentiality Notice**
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance of the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

*This communication is from a debt collector, any information obtained will be used for that purpose.*

[Quoted text hidden]

---

**Megan Henderson** <megagain4@gmail.com>                      Fri, Jul 24, 2020 at 8:45 AM
To: Richard Chin <rchin@bborlandlaw.com>

Hello Richard,

I left you a message a few days ago. This email is in regards to **Case#4273220** (Robbin Ward).

I have attached proof of employment letters and payroll to this email. We are asking that National Credit please remove the collections from Robbin Ward's credit reports since the debt was acquired through false means. I believe that if Main Street Renewal had completed an employment verification they would have found the information to be fraudulent. We are happy to provide you with any other documentation that might be helpful to clear Robbin's credit up and remove this fraudulent debt from his records.

Please let me know if you have any other questions or concerns,

Megan Henderson
303-204-3632
[Quoted text hidden]
--
megagain4@gmail.com

📄 **Employement verification RW.pdf**
2031K

---

**Richard Chin** <rchin@bborlandlaw.com>                      Fri, Jul 24, 2020 at 10:47 AM
To: Megan Henderson <megagain4@gmail.com>

Good Afternoon,

Please have the consumer fill out and return the attached ID theft/fraud affidavit with proof of identity(coy of Driver's license or SS card).  Our office would then forward the information to our client to research and advise.

[Quoted text hidden]

 **ID theft - Fraud affidavit.pdf**
47K

---

**Megan Henderson** <megagain4@gmail.com>                          Fri, Jul 24, 2020 at 11:50 AM
To: Richard Chin <rchin@bborlandlaw.com>

We have already sent all these things to you in June. We have been working with Virginia, who by the way has been amazing.  She has done a great job communicating with us.

Please let us know if you can not locate these items.  I can resend them, although according to Virginia they have been reviewed already.

In addition we have frozen Robbin's credit reports, placed a fraud watch, filed with the FTC, sent letters to all the credit bureaus, spoke with the local courts in Texas, filed a complaint with the BBB, and sent a certified letter to the leasing agency.

One odd the credit bureaus has removed the connections from Robbin' s account and the other two are continuing their investigation.

We have requested all documentation regarding this case but have only received the lease agreement, collections statement, and a breakdown of expenses  related to the fraud.  We would like the complete folder for our records including; the money order that was signed and any other informstion as it pertains to the lease that was obtained via fraudulent means.

Thank you,


Megan Henderson
[Quoted text hidden]

---

**4 attachments**



**image002.jpg**
15K

**image003.jpg**
15K

**image002.jpg**
15K

**image003.jpg**
15K

Plaintiff's Exhibits 000017

 Gmail                                     Megan Henderson <megagain4@gmail.com>

## R. Ward proof of income and residents

1 message

**Megan Henderson** <megagain4@gmail.com>                    Mon, Jun 29, 2020 at 12:56 PM
To: rchin@bborlandlaw.com
Cc: RobbinWard96@yahoo.com, Megan Henderson <megagain4@gmail.com>

I have attached Robbin Ward's paystubs from Dec. 2019 through March of 2020. I have also attached our December Mortgage statement with our current address. Robbin has resided at this residence in Colorado for the past 10 years.

I am asking that the collections be removed. I am not sure how Robbin's identifying information was acquired. We did travel to Dallas, to visit our daughter in October (at this time, my baggage was lost and never found). Robbin also provided his social and other information to his daughter, Quen Green, last fall so that she could add him as her beneficiary. Quen does work in Dallas for Neiman Marcus, in the accounting department.

It is our belief that the person(s) who stole Robbin's identity committed forgery by using his daughter's pay stubs but adding Robbin's name to them. In December, the same time that the property at 229 Cliff Heights Circle was rented, someone also purchased a car using his daughter's identity.

Robbin has contacted the social security office and has been informed that there aren't any current benefits being paid out using his social security number. We have provided ample documentation to prove that the house was not leased by Robbin as we do not live in the state of Texas.

In addition to this information, it is important to note that the employment number listed on the lease application is our daughter's number rather than Neiman Marcus. It seems to me that there was no employment verification just acceptance of pay stubs that are falsified. I encourage Main Street LLC or anyone else involved in this case to contact the HR department at Nemian Marcus to confirm that Robbin Ward has never been employed with their company. I would also request that someone confirm Robbin's residency in Colorado, as he has lived here for more than 30 years.

We are requesting a thorough investigation in order to clear up these fraudulent charges that have been placed on Robbin Ward's credit report.

We look forward to a resolution quickly,

Megan Henderson & Robbin Ward


--
megagain4@gmail.com
robbinward96@yahoo.com


**4 attachments**

**Robbin's Dec. Paystub.jpg**
871K


**Robbin's Feb-March pay stubs.jpeg**
1253K

Plaintiff's Exhibits 000018

 Gmail

Megan Henderson <megagain4@gmail.com>

## Case # 4273220

1 message

**Megan Henderson** <megagain4@gmail.com>
To: Richard Chin <rchin@bborlandlaw.com>

Tue, Aug 11, 2020 at 4:12 PM

Hello Richard,

I just left you a voicemail regarding the collections against Robbin Ward. I wanted to let you know that I received the paperwork that was sent. I did have a chance to go through the documents. The social security document that states benefits, is a fraud. Main Street Renewal and National credit systems have not done their due diligence in vetting/investigating the information provided. The document supposedly states the amount of benefits received by Robbin Ward.If the investigation team had typed the address located at the bottom of the letter, Social Security 2431 ReigndaleDr. Littleton, CO. 80121, they would find that not only does this address not exist in Colorado, but when inputted into Google Earth, it doesn't exist anywhere in the world!!! In addition, we have called the social security offices and they have confirmed that there are no benefits being drawn under Robbin's s.s. number. We are currently working on scheduling an appointment with our local s.s. office to turn over a copy of the fraudulent document.

I am requesting that we receive a copy of the investigation team's report. This is the one document that we have yet to receive. I am also requesting an explanation as to why we have never received any notice of collections, paperwork, or notifications,(without request) since our home address in Colorado was used to obtain the lease with Main Street Renewal?

I look forward to the requested documentation and again ask that you please work with the credit service to remove the fraudulent collections from Robbin's credit reports.

Thank you,

Megan Henderson
303-204-3632

--
megagain4@gmail.com

Plaintiff's Exhibits 000019

# E M J D CORPORATION

Precision Sheet Metal Fabrication

4590 South Windermere Street
Englewood, CO 80110

(303) 761-5236
(303) 789-3985 Fax
www.emjd.com

July 23, 2020

To whom it may concern:

This letter is being written on behalf of Robbin Ward.  Robbin has been a fulltime employee of
EMJD Corporation since March 29, 2016.  He is a key contributor and valued member of our
team.

Robbin manages EMJD's Shipping and Receiving Department.  In his role he provides daily
instruction to other employees as well as prioritizing their activities.  Robbin operates in a
position of trust for EMJD and daily contracts with our vendors and communicates with our
customers.

Please feel free to contact me if I can provide any additional information or be of any further
assistance.

Regards,
EMJD CORPORATION

Scott P. Noyes
General Manager

Plaintiff's Exhibits 000020

# E M J D CORPORATION

Precision Sheet Metal Fabrication

4590 South Windermere Street
Englewood, CO 80110

(303) 761-5236
(303) 789-3985 Fax
www.emjd.com

July 23, 2020

To whom it may concern:

Robbin Ward is an employee of EMJD Corporation and has been in our employment since March 29, 2016. A report identifying his hours worked during the time period in question is attached to verify his residence in Colorado.

Please let us know if any additional information is required.

Sincerely,

Keri Madsen
Accounting/Human Resources

Plaintiff's Exhibits 000021

7/23/20  8:50 AM                    Hours Worked Register                        Page   1
EMJD Corporation                     6/01/18 -  7/31/20

| Emp# | Name | Regular Regular2 | O.T. | Pers Day | Vacation | Holiday | Other Pd | TOTAL |
|------|------|------------------|------|----------|----------|---------|----------|-------|

108    Robbin    U   Ward

| Date | Regular / Regular2 | O.T. | Pers Day | Vacation | Holiday | Other Pd | TOTAL |
|------|--------------------|------|----------|----------|---------|----------|-------|
| 6/14/18 | 72.00 | 24.75 | .00 | .00 | 8.00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 104.75 |
| 6/28/18 | 79.50 | 13.75 | 8.00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 101.25 |
| 7/12/18 | 72.00 | 14.50 | .00 | .00 | 8.00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 94.50 |
| 7/26/18 | 80.00 | 11.50 | .00 | 8.00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 99.50 |
| 7/31/18 | 8.00- | 9.50 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 1.50 |
| 8/ 9/18 | 72.00 | 25.00 | .00 | 8.00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 105.00 |
| 8/23/18 | 80.00 | 22.75 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 102.75 |
| 9/ 6/18 | 80.00 | 29.50 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 109.50 |
| 9/20/18 | 48.00 | 11.50 | .00 | 24.00 | 8.00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 91.50 |
| 10/ 4/18 | 80.00 | 29.25 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 109.25 |
| 10/18/18 | 67.25 | 16.50 | 8.00 | 8.00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 99.75 |
| 11/ 1/18 | 80.00 | 32.75 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 112.75 |
| 11/15/18 | 80.00 | 21.50 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 101.50 |
| 11/29/18 | 72.00 | 7.00 | 8.00 | .00 | 8.00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 95.00 |
| 12/13/18 | 80.00 | 23.25 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 103.25 |
| 12/27/18 | 80.00 | 21.00 | .00 | .00 | .00 | 3.00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 104.00 |
| 1/10/19 | 56.00 | 11.75 | .00 | 8.00 | 16.00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 91.75 |
| 1/24/19 | 80.00 | 25.25 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 105.25 |
| 2/ 7/19 | 80.00 | 11.50 | 8.00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 99.50 |
| 2/21/19 | 80.00 | 20.75 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 100.75 |
| 3/ 7/19 | 80.00 | 23.50 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 103.50 |
| 3/21/19 | 76.50 | 11.25 | 8.00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 95.75 |
| 4/ 4/19 | 72.00 | 18.75 | .00 | 8.00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 98.75 |
| 4/18/19 | 80.00 | 21.50 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 101.50 |
| 5/ 2/19 | 72.00 | 17.25 | .00 | .00 | 8.00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 97.25 |
| 5/16/19 | 80.00 | 15.75 | .00 | .00 | .00 | .00 | |
| | .00 | .00 | .00 | .00 | .00 | .00 | 95.75 |
| 5/30/19 | 80.00 | 15.50 | .00 | .00 | .00 | .00 | |

7/23/20  8:50 AM  Hours Worked Register  Page   2
EMJD Corporation  6/01/18 - 7/31/20

| Emp# Name / Date | Regular / Regular2 | O.T. | Pers Day | Vacation | Holiday | Other Pd | TOTAL |
|---|---|---|---|---|---|---|---|
|  | .00 | .00 | .00 | .00 | .00 | .00 | 95.50 |
| 6/13/19 | 72.00 | 19.25 | .00 | .00 | 8.00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 99.25 |
| 6/27/19 | 80.00 | 15.25 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 95.25 |
| 7/11/19 | 72.00 | 12.25 | .00 | .00 | 8.00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 92.25 |
| 7/25/19 | 56.00 | 9.00 | .00 | 24.00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 89.00 |
| 8/ 8/19 | 56.00 | 11.50 | .00 | 24.00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 91.50 |
| 8/22/19 | 80.00 | 20.00 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 100.00 |
| 9/ 5/19 | 79.00 | 10.25 | 8.00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 97.25 |
| 9/19/19 | 72.00 | 16.75 | .00 | .00 | 8.00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 96.75 |
| 10/ 3/19 | 80.00 | 19.00 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 99.00 |
| 10/17/19 | 80.00 | 16.50 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 96.50 |
| 10/31/19 | 64.00 | 15.75 | .00 | 16.00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 95.75 |
| 11/14/19 | 80.00 | 20.25 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 100.25 |
| 11/28/19 | 80.00 | 18.50 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 98.50 |
| 12/12/19 | 72.00 | 16.50 | .00 | .00 | 8.00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 96.50 |
| 12/26/19 | 80.00 | 23.00 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 103.00 |
| 1/ 9/20 | 61.00 | 10.00 | .00 | .00 | 16.00 | 3.00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 90.00 |
| 1/23/20 | 80.00 | 20.25 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 100.25 |
| 2/ 6/20 | 72.00 | 15.00 | 8.00 | 8.00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 103.00 |
| 2/20/20 | 77.00 | 10.50 | 8.00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 95.50 |
| 3/ 5/20 | 80.00 | 27.00 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 107.00 |
| 3/19/20 | 80.00 | 12.50 | 8.00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 100.50 |
| 4/ 2/20 | 72.00 | 27.00 | .00 | 8.00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 107.00 |
| 4/16/20 | 71.00 | 8.50 | 8.00 | .00 | 8.00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 95.50 |
| 4/30/20 | 80.00 | 26.00 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 106.00 |
| 5/14/20 | 80.00 | 28.75 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 108.75 |
| 5/28/20 | 80.00 | 24.50 | .00 | .00 | .00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 104.50 |
| 6/ 8/20 | 72.00 | 13.75 | .00 | .00 | 8.00 | .00 |  |
|  | .00 | .00 | .00 | .00 | .00 | .00 | 93.75 |

Plaintiff's Exhibits 000023

| Emp# | Name | Regular Regular2 | O.T. | Pers Day | Vacation | Holiday | Other Pd | TOTAL |
|------|------|---------|------|----------|----------|---------|----------|-------|
| 6/25/20 | | 77.50 | 6.75 | 8.00 | .00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 92.25 |
| 7/ 9/20 | | 72.00 | 11.50 | .00 | .00 | 8.00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 91.50 |
| 7/23/20 | | 40.00 | 6.75 | .00 | 40.00 | .00 | .00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 86.75 |
| Total | | 4,148.75 | 999.25 | 88.00 | 184.00 | 128.00 | 6.00 | |
| | | .00 | .00 | .00 | .00 | .00 | .00 | 5,554.00 |

Plaintiff's Exhibits 000024