**BELLCO** *Banking for Everyone.*

**Processing Center**
P.O. BOX 2042
Glen Burnie, MD 21060

WARD V. NCS
EXHIBIT 37

Application ID: 0001116735

**RETURN SERVICE REQUESTED**

165-1.00-02549S13.ps  493690952  1-4  RBP_EXTVEL  HE14

MEGAN ELIZABETH. HENDERSON
5390 S. SHERMAN ST
LITTLETON CO 80121-1032

## Authorization to Release Information

To Whom It May Concern:

I/We have applied for a home equity product from Bellco. As part of the application process, Bellco and its agents may verify information contained in my/our application and in other documents required in connection with the account, either before the account is closed or as part of its quality control program. Agents shall include all real estate brokers and their salespersons or assistants, title or escrow companies and their employees, and attorneys and their employees.

I/We authorize you to provide to Bellco, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market and similar account balances; credit history; and copy of income tax returns.

A copy of this authorization may be accepted as an original. You may reproduce this document to acquire reference from more than one source.

Your prompt reply to any request is appreciated.

For your convenience, you have the following options for returning these documents:

- Branch
- Fax: 855-332-0671
- Mail: P.O. Box 2042 Glen Burnie, MD 21060
- Email: BellcoHE@CUOpsCenter.org

All applicants must sign: Megan Elizabeth. Henderson, Robbin Undra. Ward

_Megan Elizabeth Henderson_     _2-22-2022_
Megan Elizabeth. Henderson     Date

_Robbin Undra Ward_     _2-22-2022_
Robbin Undra. Ward     Date

 **BELLCO**