WARD V. NCS
EXHIBIT 38

Fairway Independent Mortgage Corporation

# Uniform Residential Loan Application

LOAN #: ▓▓▓▓▓▓

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [X] the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

| Borrower | ▓▓▓▓▓ 11D52409 | 12/27/2019 | 13:58:54 PST | Co-Borrower | Robbin Ward  B1681ABA10064AA | 12/27/2019 | 14:01:49 PST |

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: [ ] VA  [X] Conventional  [ ] Other (explain):  [ ] FHA  [ ] USDA/Rural Housing Service

Agency Case Number:

Lender Case Number: 2870500568

| Amount | Interest Rate | No. of Months | Amortization Type: |
|---|---|---|---|
| $ 300,000.00 | 4.375 % | 360 | [X] Fixed Rate  [ ] Other (explain):  [ ] GPM  [ ] ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 5390 South Sherman Street, Littleton, CO 80121 County: Arapahoe — No. of Units: 1

Legal Description of Subject Property (attach description if necessary) — Year Built:

Purpose of Loan: [ ] Purchase  [ ] Construction  [ ] Other (explain):  [X] Refinance  [ ] Construction-Permanent

Property will be: [X] Primary Residence  [ ] Secondary Residence  [ ] Investment

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [ ] made [ ] to be made |
|---|---|---|---|---|
| 2000 | $ 350,000.00 | $ 271,221.00 | Cash-Out Debt Consolidation | Cost: $ |

Title will be held in what Name(s): ▓▓▓▓ Robbin Ward

Manner in which Title will be held: Joint tenants

Estate will be held in: [X] Fee Simple  [ ] Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain): **Equity On Subject Property**

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | ▓▓▓▓▓▓▓▓ | Robbin Ward |

| | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|
| Co-Borrower | ▓▓▓-2993 | 219-902-6324 | 04/26/1961 | 16 |

Borrower: [ ] Married [X] Unmarried (include single, divorced, widowed) [ ] Separated — Dependents (not listed by Co-Borrower): no. 0, ages

Co-Borrower: [ ] Married [X] Unmarried (include single, divorced, widowed) [ ] Separated — Dependents (not listed by Borrower): no. 0, ages

Borrower Present Address (street, city, state, ZIP) [X] Own [ ] Rent No. Yrs. 19Y 8M: 5390 South Sherman Street, Littleton, CO 80121

Co-Borrower Present Address (street, city, state, ZIP) [X] Own [ ] Rent No. Yrs. 4Y 4M: 5390 South Sherman Street, Littleton, CO 80121

Borrower Mailing Address, if different from Present Address: 5390 South Sherman Street, Littleton, CO 80121

Co-Borrower Mailing Address, if different from Present Address: 5390 South Sherman Street, Littleton, CO 80121

**If residing at present address for less than two years, complete the following:**

Borrower Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs.

Co-Borrower Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs.

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Douglas County School District, 701 Prarie Hawk Drive, Castle Rock, CO 80109 [ ] Self Employed | EMJD CORP, 4590 South Windermere Street, Englewood, CO 80110 [ ] Self Employed |
| Yrs. on this job | 4Y 11M | 3Y 1M |
| Yrs. employed in this line of work/profession | 5 | 4 |
| Position/Title/Type of Business | Special Education Teacher | Shipping Manager |
| Business Phone (incl. area code) | 303-387-0100 | 303-761-5236 |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev.6/09)

Ellie Mae, Inc.

Page 1 of 6

Fannie Mae Form 1003   7/05 (rev.6/09)
GURLA09_S  0817
GURLA09S (POD)
12/19/2019 09:35 AM PST

**Fairway Independent Mortgage Corporation**

ULI: ███████████████   LOAN # █████████

|  | Borrower | IV. EMPLOYMENT INFORMATION | Co-Borrower |  |
|---|---|---|---|---|
| Name & Address of Employer | ☐ Self Employed | Dates (from–to) | Name & Address of Employer ☐ Self Employed | Dates (from–to) |
|  |  | Monthly Income $ |  | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from–to) | Name & Address of Employer ☐ Self Employed | Dates (from–to) |
|  |  | Monthly Income $ |  | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 4,416.67 | $ 4,800.00 | $ 9,216.67 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,236.00 | $ 1,497.86 |
| Bonuses | | | | Other Financing (P&I) | 155.00 | |
| Commissions | | | | Hazard Insurance | | 120.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 204.81 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | 0.00 |
| Total | $ 4,416.67 | $ 4,800.00 | $ 9,216.67 | Total | $ 2,391.00 | $ 1,822.67 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**   *Notice:*   Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed   ☒ Jointly   ☐ Not Jointly

| ASSETS<br>Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| | | Borrower (B), Co-Borrower (C), Joint (J)<br>**LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company  (J)<br>**FREEDOM MORTGAGE CORP** | $ Payment/Months<br>*2,236.00<br>312 | $<br>*247,876.00 |
| Name and address of Bank, S&L, or Credit Union<br>1st Bank | | | | |
| | | Acct. no.  93051241 | | |
| Acct. no. | $ 100.00 | Name and address of Company  (B)<br>**FED LOAN SERV** | $ Payment/Months<br>121.00<br>198 | $<br>32,371.00 |
| Name and address of Bank, S&L, or Credit Union<br>1st Bank | | | | |
| | | Acct. no.   8233057145FD00002 | | |
| Acct. no. | $ 800.00 | Name and address of Company  (B)<br>**BELLCO CREDIT UNION**<br><br>7600 E ORCHARD RD STE 40<br>GREENWOOD VILLAGE, CO 80111 | $ Payment/Months<br>395.00<br>24 | $<br>31,249.00 |
| Name and address of Bank, S&L, or Credit Union<br>Colorado Pera 401k | | | | |
| | | Acct. no.  599724218 | | |

| Uniform Residential Loan Application<br>Freddie Mac Form 65   7/05 (rev.6/09)<br><br>Ellie Mae, Inc. | Megan Henderson<br>Page 2 of 6<br><br>Robbin Ward 3rd Suppl. Prod. Bates no. 100487 | Fannie Mae Form 1003   7/05 (rev.6/09)<br><br>GURLA09_S  0817<br>GURLA09S (POD)<br>12/19/2019 09:35 AM PST |
|---|---|---|



**Fairway Independent Mortgage Corporation**

ULI: 549300MGPZBLQDIL7538287050056840                                          LOAN #: 2870500568

## VI. ASSETS AND LIABILITIES (cont'd)

| Acct. no. | $ 3,070.00 | Name and address of Company (J)<br>COLORADO CU/MDT<br><br>8331 S CONTINENTAL DIVID<br>LITTLETON, CO 80127 | $ Payment/Months<br>*155.000 | $ *23,345.00 |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no.  7848400001 | | |
| Acct. no. | $ | Name and address of Company (B)<br>ALLY FINANCIAL | $ Payment/Months<br>253.00<br>69 | $ 14,677.00 |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no.  611929042822 | | |
| Life insurance net cash value | $ | Name and address of Company (B)<br>ALLY FINANCIAL | $ Payment/Months<br>244.00<br>62 | $ 13,300.00 |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ 3,970.00 | Acct. no.  611927663434 | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company<br>*See Sch Of Liabilities | $ Payment/Months<br>615.00 | $ 20,455.00 |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 1,628.00 | |
| **Total Assets a.** $ 3,970.00 | | Net Worth (a minus b) $ (379,303.00) | **Total Liabilities b.** $ | 383,273.00 |

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 5390 South Sherman Street<br>Littleton, CO 80121 | SFR | $ | $ 271,221.00 | $ | $ 2,391.00 | $ 0.00 | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ 271,221.00 | $ | $ 2,391.00 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 271,221.00 |
| e. Estimated prepaid items | 2,272.50 |
| f. Estimated closing costs | 3,923.75 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| **i. Total costs (add items a through h)** | 277,417.25 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☒ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☒ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☒ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☒ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☒ | ☐ | ☒ |

(This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.)

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev.6/09)

Ellie Mae, Inc.

Megan Henderson

Fannie Mae Form 1003   7/05 (rev.6/09)

GURLA09_S   0817
GURLA09S (POD)
12/19/2019 09:35 AM PST

Robbin Ward 3rd Suppl. Prod. Bates No. 000738

Fairway Independent Mortgage Corporation

ULI: 549300MGPZBLQDIL7538287050056840

LOAN #: 2870500568

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |

## VII. DETAILS OF TRANSACTION

I. Other Credits (explain)

| | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|
| If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Yes | No | Yes | No |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | ☐ | ☒ | ☐ | ☒ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☒ | ☐ | ☒ |
| h. Is any part of the down payment borrowed? | | ☐ | ☒ | ☐ | ☒ |
| i. Are you a co-maker or endorser on a note? | | ☒ | ☐ | ☐ | ☒ |
| j. Are you a U.S. citizen? | | ☒ | ☐ | ☒ | ☐ |
| k. Are you a permanent resident alien? | | ☐ | ☒ | ☐ | ☒ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | ☒ | ☐ | ☒ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | | ☐ | ☒ | ☐ | ☒ |

| | | | |
|---|---|---|---|
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 300,000.00 | (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | |
| n. PMI, MIP, Funding Fee financed | | | |
| o. Loan amount (add m & n) | 300,000.00 | (2) How did you hold title to the home – by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | (22,582.75) | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date 12/27/2019 | 13:58:54 PST | Co-Borrower's Signature X Robbin Ward | Date 12/27/2019 | 14:01:49 PST |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | CO-BORROWER | ☐ I do not wish to furnish this information. |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White | Race: | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| Sex: | ☐ Female  ☐ Male | Sex: | ☐ Female  ☐ Male |

To be Completed by Loan Originator:
This information was provided:
☐ In a face-to-face interview
☐ In a telephone interview
☐ By the applicant and submitted by fax or mail
☐ By the applicant and submitted via e-mail or the Internet

| Loan Originator's Signature X Will Hamilton | Date 12/16/2019 | 12/19/2019 | 09:40:59 PST |
|---|---|---|
| Loan Originator's Name (print or type) Will Hamilton | Loan Originator Identifier 172617 / State License # - 100022278 | Loan Originator's Phone Number (including area code) 303-475-6267 |
| Loan Origination Company's Name Fairway Independent Mortgage Corporation | Loan Origination Company Identifier 2289 | Loan Origination Company's Address 7600 E Orchard Rd, Suite 130S Greenwood Village, CO 80111 |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev.6/09)

Ellie Mae, Inc.

Page 4 of 6

Fannie Mae Form 1003   7/05 (rev.6/09)
GURLA09DI_S   0418
GURLA09S (POD)
12/19/2019 09:35 AM PST



Robbin Ward 3rd Suppl. Prod. Bates No. 000239



Fairway Independent Mortgage Corporation

ULI: 549300MGPZBLQDIL7538287050056840                                                    LOAN #: 2870500568

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. | | Agency Case Number: |
|---|---|---|
| Co-Borrower:<br>Robbin Ward | | Lender Case Number:<br>2870500568 |

### VI. ASSETS AND LIABILITIES

| Assets | Cash or Market Value | Borrower (B), Co-Borrower (C), Joint (J)<br>Liabilities | Monthly Payment &<br>Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (B)<br>CITI | $ Payment/Months<br>161.00<br>41 | $<br>6,543.00 |
| Acct. No. | $ | Acct. No.  4100390150292502 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (J)<br>JPMCB CARD<br><br>800 BROOKSEDGE BLVD<br>WESTERVILLE, OH 43081 | $ Payment/Months<br>104.00<br>33 | $<br>3,424.00 |
| Acct. No. | $ | Acct. No.  426684160032 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (J)<br>DISCOVER FIN SVCS LLC<br><br>PO BOX 15316<br>WILMINGTON, DE 19850 | $ Payment/Months<br>65.00<br>50 | $<br>3,228.00 |
| Acct. No. | $ | Acct. No.  601100010275 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (B)<br>FIRSTBANK<br><br>12345 W COLFAX AVE<br>LAKEWOOD, CO 80215 | $ Payment/Months<br>57.00<br>34 | $<br>1,887.00 |
| Acct. No. | $ | Acct. No.  7742701561 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (J)<br>FIRSTBANK<br><br>12345 W COLFAX AVE<br>LAKEWOOD, CO | $ Payment/Months<br>56.00<br>34 | $<br>1,878.00 |
| Acct. No. | $ | Acct. No.  4803793809251045 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (J)<br>BARCLAYS BANK DELAWARE<br><br>125 S WEST ST<br>WILMINGTON, DE 19801 | $ Payment/Months<br>52.00<br>33 | $<br>1,676.00 |
| Acct. No. | $ | Acct. No.  000151921359504 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company  (B)<br>WF/AM FURN | $ Payment/Months<br>64.00<br>15 | $<br>902.00 |
| Acct. No. | $ | Acct. No.  5774421903048727 | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| | 12/27/2019 | 13:58:54 PST | X  Robbin Ward<br>42C51C64DF064AA... | 12/27/2019 | 14:01:49 PST |

Uniform Residential Loan Application<br>Freddie Mac Form 65   7/05 (rev.6/09)

Ellie Mae, Inc.

Robbin Ward 3rd Suppl. Prod. Bates No. 000040



Fannie Mae Form 1003   7/05 (rev.6/09)<br>GURLA09AL_S   0817<br>GURLA09S (POD)<br>12/19/2019 09:35 AM PST

Fairway Independent Mortgage Corporation

ULI: 549300MGPZBLQDIL7538287050056840                                LOAN #: 2870500568

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. | ██████████ | Agency Case Number: |
|---|---|---|
| | Co-Borrower: Robbin Ward | Lender Case Number: 2870500568 |

### VI. ASSETS AND LIABILITIES

| Assets | Cash or Market Value | Borrower (B), Co-Borrower (C), Joint (J) Liabilities | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** THD/CBNA PO BOX 6497 SIOUX FALLS, SD 57117 | $ Payment/Months 28.00 29 | $ 809.00 |
| Acct. No. | $ | Acct. No. 6035320403829128 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(C)** TD BANK USA/TARGETCRED | $ Payment/Months 28.00 4 | $ 108.00 |
| Acct. No. | $ | Acct. No. 5859752070316580 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| ██████████ | 12/27/2019 \| 13:58:54 PST | X DocuSigned by: *Robbin Ward* 42C51C84DF064AA... | 12/27/2019 \| 14:01:49 PST |

**Uniform Residential Loan Application**
**Freddie Mac Form 65   7/05 (rev.6/09)**

Ellie Mae, Inc.

Robbin Ward 3rd Suppl. Prod. Bates No. 000241

**Fannie Mae Form 1003   7/05 (rev.6/09)**
GURLA09AL_S   0817
GURLA09S (POD)
12/19/2019 09:35 AM PST




ULI: 549300MGPZBLQDIL7538287050056840

## Demographic Information Addendum. This section asks about your ethnicity, sex and race.

### Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all the applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** Check one or more
- [ ] Hispanic Or Latino
  - [ ] Mexican      [ ] Puerto Rican      [ ] Cuban
  - [ ] Other Hispanic or Latino -  *Print origin:*
  
    _____
    *For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
- [x] Not Hispanic or Latino
- [ ] I do not wish to provide this information

**Sex**
- [ ] Female
- [x] Male
- [ ] I do not wish to provide this information

**Race:** Check one or more
- [ ] American Indian or Alaska Native -  *Print name of enrolled or principal tribe:* _____
- [ ] Asian
  - [ ] Asian Indian    [ ] Chinese      [ ] Filipino
  - [ ] Japanese        [ ] Korean       [ ] Vietnamese
  - [ ] Other Asian -  *Print Race:* _____
  
    *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
- [x] Black or African American
- [ ] Native Hawaiian or Other Pacific Islander
  - [ ] Native Hawaiian  [ ] Guamanian or Chamorro    [ ] Samoan
  - [ ] Other Pacific Islander -  *Print race:* _____
  
    *For example: Fijian, Tongan, and so on.*
- [ ] White
- [ ] I do not wish to provide this information

### To Be Completed by Financial Institution (for application taken in person):

| | | |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ⦿ NO | ○ YES |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ⦿ NO | ○ YES |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ⦿ NO | ○ YES |

### The Demographic Information was provided through:

○ Face-to-Face Interview (includes Electronic Media w/ Video Component)   ○ Telephone Interview   ○ Fax or Mail   ⦿ Email or Internet

**Borrower Name:**  Robbin Ward
Uniform Residential Loan Application
Freddie Mac Form 65  •  Fannie Mae Form 1003
*Revised 09/2017*



Robbin Ward 3rd Suppl. Prod. Bates No 000 142

GURLADI_S   1017

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester.
Do not send to the IRS.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

ROBBIN WARD

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes:

[X] Individual/sole proprietor or single-member LLC    [ ] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemptions from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

5 Address (number, street, and apt. or suite no.) See instructions.

5390 S SHERMAN ST

6 City, state, and ZIP code

LITTLETON, COLORADO 80121

7 List account number(s) here (optional)

Requester's name and address (optional).

Print or type
See Specific Instructions on page 3.

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

Note. If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

Social security number

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

or

Employer identification number

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

Sign Here    Signature of U.S. person ▶ *Robbin Ward*    Date ▶ 1-21-20

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting, later, for further information.

Request for Taxpayer Identification Number and Certification

Wolters Kluwer Financial Services

2870500568
Form W-9 (Rev. 10-2018)
VMP9030 (1810).00
Page 1 of 5


Robbin Ward Gro Supp. Prod. Sales No. 000743

Form W-9 (Rev. 10-2018)

Note. If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien;

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

● An estate (other than a foreign estate); or

● A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

● In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

● In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

● In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

Foreign person. If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

Nonresident alien who becomes a resident alien. Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Example. Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

What is backup withholding? Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See Exempt payee code, later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see Special rules for partnerships, earlier.

## What is FATCA reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See Exemption from FATCA reporting code, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Line 1

You must enter one of the following on this line; do not leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. Individual. Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

Request for Taxpayer Identification Number and Certification

Wolters Kluwer Financial Services

2870500568
Form W-9 (Rev. 10-2018)
VMP9D30 (1810).00
Page 2 of 5

Robbin W and Brd Suppl Prod Bates No. 000744

Form W-9 (Rev. 10-2018)

Note. ITIN applicant: Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. Sole proprietor or single-member LLC. Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. Partnership, LLC that is not a single-member LLC, C Corporation, or S Corporation. Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. Other entities. Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. Disregarded entity. For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box in line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box in line 3.

| IF the entity/person on line 1 is a(n)... | THEN check the box for... |
| --- | --- |
| ● Corporation | Corporation |
| ● Individual<br>● Sole proprietorship, or<br>● Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| ● LLC treated as a partnership for U.S. federal tax purposes,<br>● LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>● LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P = Partnership; C = C corporation; or S = S corporation) |
| ● Partnership | Partnership |
| ● Trust/estate | Trust/estate |

## Line 4. Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

Exempt payee code.

● Generally, individuals (including sole proprietors) are not exempt from backup withholding.

Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

● Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1-An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2-The United States or any of its agencies or instrumentalities

3-A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4-A foreign government or any of its political subdivisions, agencies, or instrumentalities

5-A corporation

6-A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7-A futures commission merchant registered with the Commodity Futures Trading Commission

8-A real estate investment trust

9-An entity registered at all times during the tax year under the Investment Company Act of 1940

10-A common trust fund operated by a bank under section 584(a)

11-A financial institution

12-A middleman known in the investment community as a nominee or custodian

13-A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
| --- | --- |
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 5 [2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

1 See Form 1099-MISC, Miscellaneous Income, and its Instructions.

2 However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

Exemption from FATCA reporting code. The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate

Request for Taxpayer Identification Number and Certification

Wolters Kluwer Financial Services

2870500568
Form W-9 (Rev. 10-2018)
VMP9030 (1810) 00
Page 3 of 5



Robbin Ward 3rd Supply Prod. Bates No. 000745

Form W-9 (Rev. 10-2018)

that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A-An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B-The United States or any of its agencies or instrumentalities

C-A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D-A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E-A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F-A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G-A real estate investment trust

H-A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I-A common trust fund as defined in section 584(a)

J-A bank as defined in section 581

K-A broker

L-A trust exempt from tax under section 664 or described in section 4947(a)(1)

M-A tax exempt trust under a section 403(b) plan or section 457(g) plan

Note. You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

### Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

### Line 6

Enter your city, state, and ZIP code.

### Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

Note. See What Name and Number To Give the Requester, later, for further clarification of name and TIN combinations.

How to get a TIN. If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at www.SSA.gov. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/Businesses and clicking on Employer Identification Number (EIN) under Starting a Business. Go to www.irs.gov/Forms to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to www.irs.gov/OrderForms to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will

have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

Note. Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

Caution: A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

### Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see Exempt payee code earlier.

Signature requirements. Complete the certification as indicated in items 1 through 5 below.

1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983. You must give your correct TIN, but you do not have to sign the certification.

2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983. You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. Real estate transactions. You must sign the certification. You may cross out item 2 of the certification.

4. Other payments. You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions. You must give your correct TIN, but you do not have to sign the certification.

### What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor [*] |

Request for Taxpayer Identification Number and Certification

Wolters Kluwer Financial Services

2870500568
Form W-9 (Rev. 10-2018)
VMP9030 (1810).00
Page 4 of 5

Robbin Ward 3rd Suppl. Prod. Bates No. 000746

Form W-9 (Rev. 10-2018)

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity [4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see Special rules for partnerships, earlier.

* Note. Grantor also must provide a Form W-9 to trustee of trust.

Note. If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

● Protect your SSN,

● Ensure your employer is protecting your SSN, and

● Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

Protect yourself from suspicious emails or phishing schemes. Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to phishing@irs.gov. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: spam@uce.gov or report them at www.ftc.gov/complaint. You can contact the FTC at www.ftc.gov/idtheft or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see www.IdentityTheft.gov and Pub. 5027.

Visit www.irs.gov/IdentityTheft to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

Request for Taxpayer Identification Number and Certification

Wolters Kluwer Financial Services

2670500568
Form W-9 (Rev. 10-2018)
VMP9030 (1810).00
Page 5 of 5



Robbin Ward 3rd Suppl. Prod. Bates No. 000747