WARD V. NCS
EXHIBIT 40

**National Credit Systems, Inc.**

**P.O. Box 672288 Marietta, GA 30006  (800) 459-1539  (404) 629-2728**
**Monday - Thursday 8:00 a.m. - 7:00 p.m., Friday 8:00 a.m. - 5:00 p.m.**

_____

12/20/2017


Michael Stevenson
12401 Michigan Ave.
Houston, TX 77082-2032


Current Creditor: Acme Bank of Texas
Client Account Number: 4000644623190086
NCS Account Number: 987654321

Balance:  $ 2513.56

Our company has received notification that you have recently applied for residency at an apartment community.

In many instances, having an unpaid debt owed to another apartment community will negatively impact the terms under which you may obtain another apartment, or result in an automatic denial of your application for residency.

Thus, we encourage you to contact our office to make suitable arrangements concerning the above referenced debt.  We will take your individual situation into account and are willing to work with you to resolve this matter.  Once paid, our company will promptly submit information indicating that this account has been satisfied.

We urge you contact our office to begin this process and avoid other collection remedies available under the law.


Sincerely,

Bob Daemon
Collection Representative
(281) 555-4678
SW1

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for this purpose.

Robbin Ward 3rd Suppl. Prod. Bates No. 000886