WARD V. NCS
EXHIBIT 41

| | |
|---|---|
| **From:** | Quen Green <laquenallen@gmail.com> |
| **Sent:** | Tuesday, April 30, 2019 5:30 AM |
| **To:** | laquenallen@yahoo.com; laquencilla_green@neimanmarcus.com; Quen Green |
| **Subject:** | [EXTERNAL EMAIL] LaQuencilla-Green.pdf |
| **Attachments:** | LaQuencilla-Green.pdf |

**\*\* External Email. Open Documents and Links With Caution \*\***

Robbin Ward 3rd Suppl. Prod. Bates No. 000946

# LaQuencilla Green

**Accounts Payable**
DeSoto, TX 75115
laquenallen@gmail.com
469-263-7309

I am a loyal and dedicated person who has an ambition to succeed in any given environment. Although I have extensive experience in the Accounting and Customer Service fields, I have a need to learn, and am always up to a challenge for something new. I get along and work well with others, also working even more efficiently on my own. I am seeking a position where I can develop and excel while giving my best to any employer.

Authorized to work in the US for any employer

## Work Experience

### Accounts Payable/Matcher
Neiman Marcus - Dallas, TX
November 2016 to Present

Match invoices to system to pay vendors
Reconcile vendors statements
In charge of assisting 15 of the Top 25 accounts to insure efficient service and prompt payments.
Reconciling and completing settlements
Researching and assisting with any payment issues.
Assists in monthly and yearly close

### Sr Accounts Receivable Supervisor & AP Manager
Wheels America - Dallas, TX
May 2014 to September 2016

• Received cash into system for invoices
• Received credit card payments from supporting stores and customers
• Contact customers for payment status
• Reconcile customer accounts
• Create manual invoices
• Create monthly statements
• Issue credits and refunds
• Train new hires
• Assist customers (internal and external) with any issues on their accounts.
• Setup customer accounts and reviewed credit applications

Accounts Payable Manager
• In charge of paying bills for Corp location and all 8 of our stores
• Organize and enter payables
• Reconcile vendor statements
• Reconcile credit card / bank statements
• General Ledger reviews

Robbin Ward 3rd Suppl. Prod. Bates No. 000947

- Transmit positive pay files
- Responsible for stop pay and check tracers
- Process bank and vendor set-up forms
- Prepares documentation for check run
- Resolving vendor discrepancies
- Execute AP month end close
- Setup vendors
- I-9 forms and W-9 forms

### Sr. Accounts Receivable Analyst
Examination Management Services Inc
August 2012 to April 2014

- Prep incoming cash to be keyed into the system (add account numbers to checks, total check batches to balance with bank sheet, add the total amount of checks)
- Apply cash to invoices (350-450 checks daily)
- Issue refunds to customers for check errors, duplicate payments, over payments, etc.
- Issue credit to invoices for invoice errors
- Reconcile accounts for customers and internal customers
- Make collection calls for past due invoices
- Create weekly spreadsheets to send to our big accounts containing past due information
- Create and send out monthly invoices for our monthly billed customers
- Create manual invoices
- Train new hires on collections and cash posting.

### Customer Support Supervisor
Safety-Kleen Systems
August 2010 to August 2012

- Take incoming calls from customers that are in need of getting rid of their hazardous waste.
- Create tickets to dispatch the appropriate branch to pickup the hazardous waste.
- Waste is to be picked up within 2 business days from when the request is made. It is our job to keep an eye on all of our tickets, if customer has not been serviced in a timely manner then we are to escalate ticket to the appropriate managers.
- Run reports for our numbers, open tickets, and other various reports every Monday, Wednesday, Thursday and Friday.
- Train new hires the SK procedures, ticket entry and phone etiquette.

### Home Retention Specialist
Accountemps
April 2009 to January 2010

- Take incoming calls for customers inquiring about their home loans.
- Take customers financial information to inquire approval for assistance.
- Make outbound calls to customers to secure payment or work out a payment plan.
- Train new associates on phone etiquette and computer applications

### Accounts Receivable Specialist
CompuData Products - Dallas, TX
August 2007 to March 2009

Collections & Accounts Receivable

Robbin Ward 3rd Suppl. Prod. Bates No. 000948

Collections
• Contacting delinquent business customers by phone to secure payment.
• Update collection notes in system.
• Review customer's account history with customers.
• Resolve billing/invoicing issues.
• Verify account's credit limit and increase credit according to payment history for sales representatives.
• Fax and email invoices, credits, W-9 forms and anything else customers' request.

Accounts Receivable
• Post payments via check and credit card.
• Charge credit cards daily.
• Make sure deposit is correct and sent to bank daily.
• Submit pickups for products and issue credits to customers in a timely manner.
• Make sure credits bill in time to go out to customers' for payment.

### Waitress
Denny's Restaurant - Kansas City, MO
December 2003 to May 2007

• Handles cash register.
• Make sure guest has accurate and on time food.
• Help keep the restaurant clean and sanitized.

### Day Care Teacher
Endless Possibilities - Kansas City, MO
April 2003 to March 2004

• Assisted children with alphanumeric materials.
• Prepare food and made sure had correct plates.
• Cleaned and sanitized our stations.

## Education

### BS
Southern New Hampshire University
December 2020

### AAS
El Centro Community College for the Fashion Merchandising and Marketing
May 2015

### Diploma in Medical
Concorde Career Institute - Kansas City, MO

### Diploma
Warren Travis White High School - Dallas, TX

Robbin Ward 3rd Suppl. Prod. Bates No. 000949

## Skills

AP, Accounts Payable, Invoice, Concur, Accounts Receivable, Quickbooks, Peoplesoft, Sage, Yardi

## Certifications/Licenses

**TABC**

## Additional Information

Skills
Windows 95-98, XP, Vista, Windows 7, Office 97-2010 (Word, Excel, Power Point), MSP, MAPS, Oracle, AS400, SAP, CRM, Duns & Bradstreet, Medical Terminology, ICD-9-CM (Volume 1,2, 3), CPT Coding, and Vital Signs.

Robbin Ward 3rd Suppl. Prod. Bates No. 000950