WARD V. NCS
EXHIBIT 45

7:12     📶 59%🔋

< **My Heart Quen**    📞  🔍  ⋮
+14692637309

No problem
Megagain4@gmail.com
3:07 PM

Tuesday, April 19, 2022



Miss u daddy and i love u 😘    MMS
10:11 AM

I miss you too, and I love you my mini me❤️❤️❤️
10:25 AM