FAIRWAY INDEPENDENT MORTGAGE CORPORATION 2870
4750 S. BILTMORE LN.
MADISON, WI 53718
(303) 489-7885

Prepared by: Advantage Credit, inc.
32065 Castle Court., Ste 300
Evergreen, CO 80439
Tel: (800) 670-7993
www.advcredit.com



0006973-0013945  896372
WARD, ROBBIN
5390 S SHERMAN ST
LITTLETON CO 80121

## NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

Trans Union (TU)
P.O. Box 4000
Chester, PA 19022
866-887-2673
www.transunion.com

Experian
P.O. Box 2002
Allen, TX 75013
888-397-3742
www.experian.com

Equifax Credit Information Services
P.O. Box 740256
Atlanta, GA 30374
800-685-1111
www.equifax.com

The following information about your credit scores was created on 6/8/2020 13:27.

**Applicant: WARD, ROBBIN**
**Name of Score: EXPERIAN/FAIR, ISAAC (VER. 2)**
**Credit Score: 671 Range: 300 to 850**
**Key Factors effecting the score**
• DEROGATORY PUBLIC RECORD OR COLLECTION FILED
• TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
• LACK OF RECENT INSTALLMENT LOAN INFORMATION
• TOO MANY INQUIRIES LAST 12 MONTHS

**Applicant: WARD, ROBBIN**
**Name of Score: TRANSUNION/FICO CLASSIC (04)**
**Credit Score: 682 Range: 309 to 839**
**Key Factors effecting the score**
• DEROGATORY PUBLIC RECORD OR COLLECTION FILED
• LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED

Plaintiff's Exhibits 000001

• INQUIRIES IMPACTED THE CREDIT SCORE

**Applicant:** WARD, ROBBIN
**Name of Score:** EQUIFAX/FICO CLASSIC V5 FACTA
**Credit Score:** 660 **Range:** 334 to 818
**Key Factors effecting the score**
• DEROGATORY PUBLIC RECORD OR COLLECTION FILED
• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
• LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
• TOO MANY INQUIRIES LAST 12 MONTHS



• INQUIRIES IMPACTED THE CREDIT SCORE

**Applicant:** WARD, ROBBIN
**Name of Score:** EQUIFAX/FICO CLASSIC V5 FACTA
**Credit Score:** 660 **Range:** 334 to 818
**Key Factors effecting the score**
• DEROGATORY PUBLIC RECORD OR COLLECTION FILED
• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
• LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
• TOO MANY INQUIRIES LAST 12 MONTHS

Plaintiff's Exhibits 000002

**FAIRWAY INDEPENDENT MORTGAGE CORPORATION 2870**
**4750 S. BILTMORE LN.**
**MADISON, WI 53718**
**(303) 489-7885**

## Risk Based Pricing Score Disclosure
### Your Credit Score and the Price You Pay for Credit

WARD, ROBBIN
5390 S SHERMAN ST
LITTLETON CO 80121

| Your Credit Score | | |
|---|---|---|
| Your Credit Score | 671 | MODEL: EXPERIAN/FAIR, ISAAC (VER. 2) |
| | SOURCE: EXPERIAN | DATE: 6/8/2020 13:27 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about your credit scores | Your credit score is a number that reflects the information in your credit report<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan |
| The range of scores | Scores range from a low of 300 to a high of 850<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 35 percent of U.S. consumers. |
| Key Factors that adversely affected your credit score | • DEROGATORY PUBLIC RECORD OR COLLECTION FILED<br>• TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT<br>• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED<br>• LACK OF RECENT INSTALLMENT LOAN INFORMATION<br>• TOO MANY INQUIRIES LAST 12 MONTHS |

| Checking Your Credit Report | |
|---|---|
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the credit reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report:<br><br>By telephone: Call toll-free: 1-877-322-8228<br>On the web: Visit www.annualcreditreport.com<br>By mail: Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov, or the Federal Trade Commission's web site at www.ftc.gov. |