WARD V. NCS
EXHIBIT 48



## Move Out Statement

Date: 07/24/2019

| | |
|---|---|
| Code | t0023576 |
| Name | Robbin Ward |
| Address | 229 Cliff Heights Circle |
| City | Dallas, TX 75232 |

| | | | | |
|---|---|---|---|---|
| Property | p0692439 | Lease From | 02/15/2019 |
| Unit | P0692439 | Lease To | 02/14/2020 |
| Status | Past | Move In | 02/15/2019 |
| Rent | 1,395.00 | Move Out | 07/17/2019 |
| | | Notice | 07/08/2019 |

Telephone

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| | Balance as of 7/01/2019 | | | (1,466.99) | |
| 07/01/2019 | chk# 174471854 NSF receipt Ctrl# 2277997  N  Disputed   TWP5CMGKLJ4 | 0.00 | -5,200.00 | 3,733.01 | 2297968 |
| 07/01/2019 | Base Rent (07/2019) | 1,395.00 | 0.00 | 5,128.01 | 3111566 |
| 07/01/2019 | Renters Insurance Policy (07/2019) | 16.67 | 0.00 | 5,144.68 | 3111567 |
| 07/01/2019 | Returned check charge | 30.00 | 0.00 | 5,174.68 | 3135629 |
| 07/06/2019 | Late Fee | 100.00 | 0.00 | 5,274.68 | 3137194 |
| 07/24/2019 | :Security Deposit credit | -1,395.00 | 0.00 | 3,879.68 | 3191376 |
| 07/24/2019 | Base Rent (07/2019) Credit 14 days | -630.00 | 0.00 | 3,249.68 | 3191377 |
| 07/24/2019 | Renters Insurance Policy (07/2019) Credit 14 days | -7.53 | 0.00 | 3,242.15 | 3191378 |
| 07/24/2019 | Debris/Trash Removal | 132.25 | 0.00 | 3,374.40 | 3191379 |
| 07/24/2019 | Cleaning | 316.25 | 0.00 | 3,690.65 | 3191380 |
| 07/24/2019 | Steam Clean Carpet | 172.50 | 0.00 | 3,863.15 | 3191381 |
| 07/24/2019 | Drywall Repair/Painting | 745.20 | 0.00 | 4,608.35 | 3191382 |
| 07/24/2019 | Cabinet Repair | 17.25 | 0.00 | 4,625.60 | 3191383 |
| 07/24/2019 | Appliances Repair/Replacement/Installation | 750.22 | 0.00 | 5,375.82 | 3191384 |