**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**


ROBBIN WARD,

        Plaintiff,

   v.

TRANS UNION, LLC et al.,


      Defendants.

Case No. 1:21-cv-02597-LTB-SKC

HON. LEWIS T. BABCOCK

MAGISTRATE JUDGE S. KATO CREWS


**DEFENDANT NATIONAL CREDIT SYSTEM, INC.'s**
**NOTICE OF ERRATA AND AMENDMENTS REGARDING EXHIBITS TO MOTION**
**FOR SUMMARU JUDGMENT**


     National Credit Systems, Inc. by and through the undersigned counsel hereby notifies the court and parties of errata and amendments to ECF Filing 55:

1. Exhibit 20: Main Street Property Pictures as Provided by Main Street
    a. The filed exhibit included a stamp with the incorrect exhibit number.

2. Exhibit 25: Declaration of Ronald V. Sapp, Vice President of Operations for National Credit Systems, Inc.
    a. An incorrect PDF file was uploaded and filed as Exhibit 25.

3. Exhibit 43: ACDV Records
    a. This exhibit was unintentionally omitted from the initial filing.


Dated: November 22, 2022

           Respectfully submitted,

           */s/ Katrina M. DeMarte*

KATRINA M. DEMARTE (MI Bar
No. P81476; CO Bar No. 43135)
DEMARTE LAW, PLLC
39555 Orchard Hill Place Suite 600
Novi, MI 48375
Telephone: (313) 509-7047
Katrina@demartelaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served by the Court's CM/ECF service to all counsel of record on November 22, 2022

/s/ Katrina M. DeMarte