WARD V. NCS
EXHIBIT 20

**Address:** 229 Cliff Heights Circle
**City/State/Zip:** Dallas/TX/75232
**Branch:** Dallas
**Inspector:** Melton Rice
**Phone:** 2147380819
**Email:** mrice@msrenewal.com
**Inspection Date:** 7/23/2019
**Property Id:** 692439
**Beds:** 3 **Baths:** 2.1
**Sqft:** 1,885

## Front Side of Home


Front of House


General Exterior 1

### Front Side of Home - Overall
**Condition:** Satisfactory

### Front Side of Home - Siding/Brick
**Condition:** Satisfactory

### Front Side of Home - Screens
**Condition:** Satisfactory

### Front Side of Home - Landscaping
**Condition:** Satisfactory

### Front Side of Home - Mailbox/Numbers
**Condition:** Satisfactory

### Front Side of Home - Doors
**Condition:** Satisfactory

### Front Side of Home - Light Fixtures
**Condition:** Satisfactory

### Front Side of Home - Switches/Plugs
**Condition:** Satisfactory

### Front Side of Home - Doorbell
**Condition:** Satisfactory

### Front Side of Home - Deck/Porch
**Condition:** Satisfactory

### Front Side of Home - Driveway
**Condition:** Satisfactory

### Front Side of Home - Other
**Condition:** Satisfactory

## Back Side of Home



Fence



General Exterior 1









### Back Side of Home - Overall

**Condition:** Satisfactory

### Back Side of Home - Siding/Brick

**Condition:** Satisfactory

### Back Side of Home - Screens

**Condition:** Satisfactory

### Back Side of Home - Fence

**Condition:** Satisfactory

### Back Side of Home - Landscaping

**Condition:** Satisfactory

### Back Side of Home - Doors

**Condition:** Unsatisfactory
**Notes:**
- Remove and replace 18" of damaged/rotten door frame on both sides of back door leading to garage, and paint to match. Also, touch up paint rear entry door trim.

### Back Side of Home - Light Fixtures

**Condition:** Satisfactory

### Back Side of Home - Switches/Plugs

**Condition:** Satisfactory

### Back Side of Home - Deck/Porch

**Condition:** Satisfactory

### Back Side of Home - Other

**Condition:** Satisfactory

## Roof


Roof Overall 1


Roof Overall 2





| Roof - Overall | Roof - Chimney | Roof - Fascia |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| Roof - Gutters | Roof - Soffit/Soffit Vents | Roof - Other |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Replace six missing shingles on second story roof, and re-nail three shingles on roof above front door. |

## Global























### Global - Baseboards

**Condition:** Satisfactory

### Global - Blinds

**Condition:** Satisfactory

### Global - Carpet

**Condition:** Unsatisfactory
**Notes:**
- Steam clean carpet in all rooms. 5 total.

### Global - Cleaning

**Condition:** Unsatisfactory

### Global - Drywall

**Condition:** Satisfactory

### Global - Exterior Paint

**Condition:** Satisfactory

### Global - Fence

**Condition:** Satisfactory

### Global - Foundation

**Condition:** Satisfactory

### Global - Interior Paint

**Condition:** Unsatisfactory
**Notes:**
- Throughout house: Fill all holes and cracks, and touch up paint ceiling and walls where needed.

### Global - Landscaping

**Condition:** Satisfactory

### Global - Light Bulbs

**Condition:** Satisfactory

### Global - Plumbing

**Condition:** Satisfactory

### Global - Required Permits

**Condition:** Satisfactory

### Global - Smoke Detector

**Condition:** Satisfactory

### Global - Switch Plates

**Condition:** Satisfactory

### Global - Switches/Plugs

**Condition:** Satisfactory

### Global - Tile

**Condition:** Satisfactory

### Global - Trash/Debris

**Condition:** Satisfactory
**Notes:**
- Remove all trash and debris from front and backyard.

### Global - Windows

**Condition:** Satisfactory

### Global - Wiring

**Condition:** Satisfactory

### Global - Other

**Condition:** Satisfactory

**Utility and Occupancy Check**



Meter



Meter

| | | |
|---|---|---|
| **Utility and Occupancy Check - Power Check**<br><br>**Condition:** Satisfactory | **Utility and Occupancy Check - Water Check**<br><br>**Condition:** Satisfactory | **Utility and Occupancy Check - Gas Check**<br><br>**Condition:** Satisfactory |
| **Utility and Occupancy Check - Occupancy**<br><br>**Condition:** Satisfactory | **Utility and Occupancy Check - Water (meter picture required)**<br><br>**Condition:** Satisfactory | **Utility and Occupancy Check - Electric (meter picture required)**<br><br>**Condition:** Satisfactory |

**HVAC**



Condenser



Furnace

### HVAC - Overall

**Condition:** Satisfactory

### HVAC - Air Handler/Furnace

**Condition:** Satisfactory

### HVAC - Condenser

**Condition:** Satisfactory

### HVAC - Ducts

**Condition:** Satisfactory

### HVAC - Heat Pump

**Condition:** Satisfactory

### HVAC - Thermostat

**Condition:** Satisfactory

### HVAC - Other

**Condition:** Satisfactory

**Interior Entry**











| **Interior Entry - Overall** | **Interior Entry - Doors** | **Interior Entry - Walls** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Unsatisfactory<br>**Notes:**<br>• Paint south wall of entryway. |

| **Interior Entry - Flooring** | **Interior Entry - Ceiling** | **Interior Entry - Light Fixtures** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Interior Entry - Interior Windows/Blinds** | **Interior Entry - Switches/Plugs/Smoke Detectors** | **Interior Entry - Other** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

**Living Room**













### Living Room - Overall

**Condition:** Satisfactory

### Living Room - Doors

**Condition:** Satisfactory

### Living Room - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint east wall from back door to front door, going up 9' at entryway.

### Living Room - Flooring

**Condition:** Satisfactory

### Living Room - Ceiling

**Condition:** Unsatisfactory
**Notes:**
- In living room: Paint 84 sq.ft. of ceiling in southeast corner above back door to match rest of ceiling color.

### Living Room - Light Fixtures

**Condition:** Satisfactory

### Living Room - Interior Windows/Blinds

**Condition:** Satisfactory

### Living Room - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Living Room - Fireplace/Mantel

**Condition:** Satisfactory

### Living Room - Other

**Condition:** Satisfactory

## Kitchen



Overall



Flooring



Appliances







 

### Kitchen - Overall

**Condition:** Satisfactory

### Kitchen - Doors

**Condition:** Satisfactory

### Kitchen - Walls

**Condition:** Satisfactory

### Kitchen - Flooring

**Condition:** Satisfactory

### Kitchen - Ceiling

**Condition:** Satisfactory

### Kitchen - Light Fixtures

**Condition:** Satisfactory

### Kitchen - Interior Windows/Blinds

**Condition:** Satisfactory

### Kitchen - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Kitchen - Refrigerator

**Condition:** Unsatisfactory
**Notes:**
- Install stainless steel refrigerator in kitchen. (Refrigerator is missing. No break in.)

### Kitchen - Stove

**Condition:** Satisfactory

### Kitchen - Microwave/Hood

**Condition:** Satisfactory

### Kitchen - Dishwasher

**Condition:** Satisfactory

### Kitchen - Garbage Disposal

**Condition:** Satisfactory

### Kitchen - Sink

**Condition:** Satisfactory

### Kitchen - Faucet

**Condition:** Satisfactory

### Kitchen - Countertops

**Condition:** Satisfactory

### Kitchen - Cabinets

**Condition:** Unsatisfactory
**Notes:**
- Reinstall two cabinet drawer slides in kitchen.

### Kitchen - Hardware

**Condition:** Satisfactory

### Kitchen - Pantry

**Condition:** Satisfactory

### Kitchen - Other

**Condition:** Satisfactory

**Master Bedroom**



Overall

### Master Bedroom - Overall

**Condition:** Satisfactory

### Master Bedroom - Doors

**Condition:** Satisfactory

### Master Bedroom - Walls

**Condition:** Satisfactory

### Master Bedroom - Flooring

**Condition:** Satisfactory

### Master Bedroom - Ceiling

**Condition:** Satisfactory

### Master Bedroom - Light Fixtures

**Condition:** Satisfactory

### Master Bedroom - Interior Windows/Blinds

**Condition:** Satisfactory

### Master Bedroom - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Master Bedroom - Other

**Condition:** Satisfactory









### Bedroom-1 - Overall

**Condition:** Satisfactory

### Bedroom-1 - Doors

**Condition:** Satisfactory

### Bedroom-1 - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint all walls in bedroom #1.

### Bedroom-1 - Flooring

**Condition:** Satisfactory

### Bedroom-1 - Ceiling

**Condition:** Satisfactory

### Bedroom-1 - Light Fixtures

**Condition:** Satisfactory

### Bedroom-1 - Interior Windows/Blinds

**Condition:** Satisfactory

### Bedroom-1 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Bedroom-1 - Other

**Condition:** Satisfactory

**Bedroom-2**













### Bedroom-2 - Overall

**Condition:** Satisfactory

### Bedroom-2 - Doors

**Condition:** Satisfactory

### Bedroom-2 - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint north wall in bedroom #2.

### Bedroom-2 - Flooring

**Condition:** Satisfactory

### Bedroom-2 - Ceiling

**Condition:** Satisfactory

### Bedroom-2 - Light Fixtures

**Condition:** Satisfactory

### Bedroom-2 - Interior Windows/Blinds

**Condition:** Satisfactory

### Bedroom-2 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Bedroom-2 - Other

**Condition:** Satisfactory

**Master Bathroom**



Overall



Flooring











| Master Bathroom - Overall | Master Bathroom - Doors | Master Bathroom - Walls |
| --- | --- | --- |
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

## Master Bathroom - Flooring

**Condition:** Satisfactory

## Master Bathroom - Ceiling

**Condition:** Satisfactory

## Master Bathroom - Light Fixtures

**Condition:** Satisfactory

## Master Bathroom - Interior Windows/Blinds

**Condition:** Satisfactory

## Master Bathroom - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

## Master Bathroom - Bathtub/Shower/Surround

**Condition:** Satisfactory

## Master Bathroom - Faucet

**Condition:** Satisfactory

## Master Bathroom - Plumbing Fixtures

**Condition:** Satisfactory

## Master Bathroom - Vanity

**Condition:** Unsatisfactory
**Notes:**
- Reattach drawer slide in master bathroom.

## Master Bathroom - Vanity Top

**Condition:** Unsatisfactory
**Notes:**
- Resurface vanity top in master bathroom.

## Master Bathroom - Mirrors

**Condition:** Satisfactory

## Master Bathroom - Sink

**Condition:** Satisfactory

## Master Bathroom - Toilet

**Condition:** Satisfactory

## Master Bathroom - Hardware

**Condition:** Satisfactory

## Master Bathroom - Other

**Condition:** Satisfactory

**Bathroom-1**


Overall


Flooring

**Bathroom-1 - Overall**

**Condition:** Satisfactory

**Bathroom-1 - Doors**

**Condition:** Satisfactory

**Bathroom-1 - Walls**

**Condition:** Satisfactory

**Bathroom-1 - Flooring**

**Condition:** Satisfactory

**Bathroom-1 - Ceiling**

**Condition:** Satisfactory

**Bathroom-1 - Light Fixtures**

**Condition:** Satisfactory

**Bathroom-1 - Interior Windows/Blinds**

**Condition:** Satisfactory

**Bathroom-1 - Switches/Plugs/Smoke Detectors**

**Condition:** Satisfactory

**Bathroom-1 - Bathtub/Shower/Surround**

**Condition:** Satisfactory

**Bathroom-1 - Faucet**

**Condition:** Satisfactory

**Bathroom-1 - Plumbing Fixtures**

**Condition:** Satisfactory

**Bathroom-1 - Vanity**

**Condition:** Satisfactory

**Bathroom-1 - Vanity Top**

**Condition:** Satisfactory

**Bathroom-1 - Mirrors**

**Condition:** Satisfactory

**Bathroom-1 - Sink**

**Condition:** Satisfactory

**Bathroom-1 - Toilet**

**Condition:** Satisfactory

**Bathroom-1 - Hardware**

**Condition:** Satisfactory

**Bathroom-1 - Other**

**Condition:** Satisfactory

**Bathroom-2**



Overall



Flooring

| **Bathroom-2 - Overall** | **Bathroom-2 - Doors** | **Bathroom-2 - Walls** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Bathroom-2 - Flooring** | **Bathroom-2 - Ceiling** | **Bathroom-2 - Light Fixtures** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Bathroom-2 - Interior Windows/Blinds** | **Bathroom-2 - Switches/Plugs/Smoke Detectors** | **Bathroom-2 - Bathtub/Shower/Surround** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Bathroom-2 - Faucet** | **Bathroom-2 - Plumbing Fixtures** | **Bathroom-2 - Vanity** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Bathroom-2 - Vanity Top** | **Bathroom-2 - Mirrors** | **Bathroom-2 - Sink** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Bathroom-2 - Toilet** | **Bathroom-2 - Hardware** | **Bathroom-2 - Other** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |



**Overall**



**Flooring**







## Stairs - Overall

**Condition:** Satisfactory

## Stairs - Walls

**Condition:** Unsatisfactory
**Notes:**
- Paint north wall at top of first stair landing.

## Stairs - Rails/Banister

**Condition:** Satisfactory

## Stairs - Flooring

**Condition:** Satisfactory

## Stairs - Ceiling

**Condition:** Satisfactory

## Stairs - Light Fixtures

**Condition:** Satisfactory

## Stairs - Interior Windows/Blinds

**Condition:** Satisfactory

## Stairs - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

## Stairs - Other

**Condition:** Satisfactory

**Hallway 1**



Overall

| **Hallway 1 - Overall** | **Hallway 1 - Doors** | **Hallway 1 - Walls** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Hallway 1 - Flooring** | **Hallway 1 - Ceiling** | **Hallway 1 - Light Fixtures** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| **Hallway 1 - Interior Windows/Blinds** | **Hallway 1 - Switches/Plugs/Smoke Detectors** | **Hallway 1 - Other** |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |



Overall

### Hallway 2 - Overall

**Condition:** Satisfactory

### Hallway 2 - Doors

**Condition:** Satisfactory

### Hallway 2 - Walls

**Condition:** Satisfactory

### Hallway 2 - Flooring

**Condition:** Satisfactory

### Hallway 2 - Ceiling

**Condition:** Satisfactory

### Hallway 2 - Light Fixtures

**Condition:** Satisfactory

### Hallway 2 - Interior Windows/Blinds

**Condition:** Satisfactory

### Hallway 2 - Switches/Plugs/Smoke Detectors

**Condition:** Satisfactory

### Hallway 2 - Other

**Condition:** Satisfactory



Overall

| Attic - Overall | Attic - Access/Ladder | Attic - Insulation |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

| Attic - Light Fixtures | Attic - Trash/Debris | Attic - Other |
|---|---|---|
| **Condition:** Satisfactory | **Condition:** Satisfactory | **Condition:** Satisfactory |

**Laundry Room**


Overall

| Laundry Room - Overall | Laundry Room - Doors | Laundry Room - Walls |
|---|---|---|
| Condition: Satisfactory | Condition: Satisfactory | Condition: Satisfactory |

| Laundry Room - Flooring | Laundry Room - Ceiling | Laundry Room - Light Fixtures |
|---|---|---|
| Condition: Satisfactory | Condition: Satisfactory | Condition: Satisfactory |

| Laundry Room - Interior Windows/Blinds | Laundry Room - Switches/Plugs/Smoke Detectors | Laundry Room - Water Connection |
|---|---|---|
| Condition: Satisfactory | Condition: Satisfactory | Condition: Satisfactory |

| Laundry Room - Other |
|---|
| Condition: Satisfactory |

## Garage


Overall





  

  

 

### Garage - Overall

**Condition:** Satisfactory

### Garage - Doors

**Condition:** Unsatisfactory
**Notes:**
- On door between entryway and garage: Reattach threshold. Adjust door to close gap at top.

### Garage - Walls

**Condition:** Satisfactory

### Garage - Flooring

**Condition:** Satisfactory

### Garage - Ceiling

**Condition:** Satisfactory

### Garage - Light Fixtures

**Condition:** Satisfactory

### Garage - Switches/Plugs

**Condition:** Satisfactory

### Garage - Garage Door

**Condition:** Satisfactory

### Garage - Garage Opener

**Condition:** Satisfactory

### Garage - Shelving

**Condition:** Satisfactory

### Garage - Other

**Condition:** Satisfactory
**Notes:**
- Pressure wash garage floor only, to remove battery acid, oil, and strong pet odor.

## Undefined Location

### Undefined Location - Septic

**Condition:** Satisfactory

### Undefined Location - Water Heater

**Condition:** Satisfactory

### Undefined Location - Water Softener

**Condition:** Satisfactory

### Undefined Location - Well

**Condition:** Satisfactory

### Undefined Location - Sump Pump

**Condition:** Satisfactory

## Remediation

### Remediation - Asbestos

**Condition:** Satisfactory

### Remediation - Lead

**Condition:** Satisfactory

### Remediation - Mold

**Condition:** Satisfactory

### Remediation - Pests

**Condition:** Satisfactory