WARD V. NCS
EXHIBIT 43

COLLECTION AUTOMATED CONSUMER DISPUTE VERIFICATION                              EQUIFAX

| Control Number | 99990186029091101 | | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | |
| Date Created | 07/04/2020 | Response Due | 07/27/2020 | Dispute 2 | |
| Subscriber Code | 401YC19990 | | | | |
| Account Number | 4273220 | | | | |
| Grantor Name | National Credit Systems Inc | | | FCRA Relevant Information | IMAGE ATTACHED |
| Responder Name | Cathy Boehler | | | | |
| Responder Phone | 404-629-9595 | Response Date | 07/13/2020 | | |
| Response Code | ☐ Verified As Reported | ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute | ☐ Delete Account | | ☐ Delete Fraud |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | WARD ROBBIN U | ☐ | Name | WARD ROBBIN |
| AKA/FN | WARD ROBIN A | ☐ | AKA/FN | WARD |
| Address | 5390 S SHERMAN ST, LITTLETON, CO 80121 | ☑ | Address | 5390 S SHERMAN ST, LITTLETON, CO 80121 |
| Previous | 1960 MITTENWALD DR APT 719, COLORADO SPRINGS, CO 80918 | ☑ | Previous | 1960 MITTENWALD DR APT 719, COLORADO SPRINGS, CO 80918 |
| SSN | ▮ | ☑ | SSN | ▮ |
| DOB | ▮1961 | ☑ | DOB | ▮1961 |
| Phone | | ☐ | Phone | |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 06/21/2020 | I | 12/2019 | D | [ 166 ] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| 07/06/2020 | | | D | |
| Last Payment Date | Purge Key / DOFD | Original Amount | Current Balance | |
| | 07/2020 | | $5375 | |
| | | | **$5375** | [ 166 ] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| Original Creditor Name | | Creditor Classification | | [ 057 ] COLLECTION ACCOUNT |
| MAIN STREET RENEWAL LLC | | [ 09 ] RENTAL/LEASING | | |
| | | | | |

| Consumer Info Indicator | |
|---|---|
| | |
| Compliance Condition Code | [ XB ] Account information disputed by consumer |
| | |
| Special Comment Code | |
| | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| | |
| Payment Rating | |
| | |

EIS-Ward-000030

Robbin Ward
5390 South Sherman Street
Littleton, CO 80121


June 30, 2020


Equifax
P.O. Box 105788
Atlanta, GA 30348

To Whom it May Concern,

Re: Identity theft

I am contacting you to request that you remove the collections account originally issued by Main Street Renewal, L.L.C. I am requesting that you do this due to the inaccuracy of this information. I am the victim of identity theft and this account is not mine. The collections were due to someone using my personal information to obtain a lease for a property located in Dallas, TX. I have never lived in Texas. I am a resident of Colorado and have been since 1989.

I have included a copy of my Identity Theft Report that I filed with the FTC on June 12, 2020. I have also included a copy of my driver's license. I have already requested a fraud alert be added to my credit report for the next year as well as placed a freeze on my credit report. I ask that you block this information immediately.


Sincerely,

Robbin Ward
219-902-6324
Robbin Ward96@yahoo.com


EFX ORIGINAL DOCUMENT 6 07\03\2020 00362127 100 0426

EIS-Ward-000023



EFX ORIGINAL DOCUMENT 6 07\03\2020 00362127 100 0426

EIS-Ward-000024

# FEDERAL TRADE COMMISSION
# Identity Theft Report



FTC Report Number: 119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |

| Address: | Phone: | Email: |
|---|---|---|
| 5390 S SHERMAN ST LITTLETON, 80121 USA | 219-902-6324 | robbinward96@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| Company or Organization: | Main Street Renewal LLC | |
| Account Number: | 000 | |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 12 / 2019 | 6 / 2020 | $ 5400 |

Page 1 of 2

EFX ORIGINAL DOCUMENT 6 07\03\2020 00362127 100 0427

EIS-Ward-000025

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**                    **06/12/2020**

Robbin U Ward                         Date



Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EFX ORIGINAL DOCUMENT 6 07\03\2020 00362127 100 0427

EIS-Ward-000026



## YOUR SOCIAL SECURITY CARD

ns important

ature line.

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY THIS CARD WITH YOU.**
Do not laminate.



EFX ORIGINAL DOCUMENT 6 07\03\2020 00362127 100 0428

EIS-Ward-000027

R. Ward
5390 S. Sherman St -
Littleton, CO
80121



Equifax
PO Box 105788
Atlanta, GA
30348

30348-578888

EFX ORIGINAL DOCUMENT 6 07\03\2020 00362127 100 0429

EIS-Ward-000028

Case No. 1:21-cv-02597-NYW-JPO   Document 56-3   filed 11/22/22   USDC Colorado   pg 8 of 28

        DEPT:
SUBSCRIBER RESPONSE DATE:  07/16/20                          CONTROL: 350709791   020   003     IMAGE: YES - 1
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 08/02/20 DATE ENTERED: 07/09/20      DATE RECD: 07/09/20
                                                            VERF     SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
    NAME: ROBBIN UNDRA WARD                                 (S) NAME:
     AKA: ROBIN A WARD                                          AKA:
    ADDR: 5390 S SHERMAN ST                                 (S) ADDR:
          LITTLETON, CO 80121-1032
    PREV: 2831 ULTCA ST                                     (U) PREV:
          DENVER, CO 80212
     SSN: ███████                                           (S)  SSN:
     DOB: ████/61                                           (S)  DOB:
   PHONE: 219-902-6324                                      (S) PHONE:
CONSUMER    Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID
 DISPUTE:
CONSUMER MESSAGE:  Provided FTC identity theft report for case 119477722

RESPONSE CODE:   23 DISPUTED INFORMATION ACCURATE. UPDATED ACCOUNT INFORMATION UNRELATED TO THE DISPUTE.
----------------------------------------------------------------------------------------------------------------
SUPPRESS?:                          UPDATE?: X     AUTH BY: Diana Woodward                  / 404-629-9595
----------------------------------------------------------------------------------------------------------------
SUBSCRIBER:  National Credit Systems Inc     ACCOUNT #:4273220                   SUB.CODE:  1GVJ001   OPEN DATE:  12/12/19

UPDATE?        ACCOUNT STATUS       PAYMENT RATING      COMPL COND CODE      SPECIAL COMMENTS      CONS INFO IND

    ORIGINAL-->    93                                        XB
               PORF TP.     ACCOUNT TP.          ECOA                        PAYMENT AMT       PAYMENT DATE

    ORIGINAL-->  O        AG: COLL AGCY/ATTRNY     I
               OPENED          EFFECTIVE                                     CURRENT BLNC      PAST DUE
  *                             07/13/20
    ORIGINAL-->  12/12/19       07/05/20                                        $5375             $5375
               CLOSED                                                        CREDIT LIMIT      HIGH CREDIT

    ORIGINAL-->                                                                                    $5375
               DT 1ST DEL       ORIG CHRG OFF                                PP START DT       PYMT PATTERN   ORIGINAL PP
                                                                              06/2020
    ORIGINAL-->  07/17/19                                                     06/2020
               TERMS (DUE AMT/FREQ/DUR)           ORIGINAL CLIENT - CLASS

    ORIGINAL-->  / /                               MAIN STREET RENEWAL LLC-09
               SP. PAYMENT (BALLOON AMT - DUE DT)  SP. PAYMENT (DEFERRED DT)

    ORIGINAL-->
               PORTFOLIO SALE                      MORTGAGE (ID#/ACCT#/AGCY)

    ORIGINAL-->
----------------------------------------------------------------------------------------------------------------

| | ACCT STATUS | PAYMENT RATING | COMPLIANCE CONDITION CD | SPECIAL COMMENTS | CONSUMER INFO IND | ! | ACCT RATING | RATING REMARK | CMPLNC REMARK | GENERIC REMARK | AFFIL REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | | | | | | ! | | | | | |
| ORIGINAL | 93 | | | | | ! | G | CLA | | AID | |

|  | FIRST NAME | MIDDLE NAME | LAST NAME | GEN SUFFIX | | RESULT |
|---|---|---|---|---|---|---|
| NAME VERIFICATION FLAGS | (S) | (U) | (S) | | | (S) |

TU 74

DR 07/06/2020 (00CM46) 184.99458.077145830

Robbin Ward
5390 South Sherman Street
Littleton, CO 80121

June 30, 2020

TransUnion L.L.C.
P.O. Box 805
Woodlyn, PA 19094-0805

To Whom it May Concern,

Re: Identity theft

I am contacting you to request that you remove the collections account originally issued by Main Street Renewal, L.L.C. I am requesting that you do this due to the inaccuracy of this information. I am the victim of identity theft and this account is not mine. The collections were due to someone using my personal information to obtain a lease for a property located in Dallas, TX. I have never lived in Texas. I am a resident of Colorado and have been since 1989.

I have included a copy of my Identity Theft Report that I filed with the FTC on June 12, 2020. I have also included a copy of my driver's license. I have already requested a fraud alert be added to my credit report for the next year as well as placed a freeze on my credit report. I ask that you block this information immediately.

Sincerely,

Robbin Ward
███████-6324
███████@yahoo.com

DR 07/06/2020 (00CM46) 184.99458.077145830

DR 07/06/2020 (00CM46) 185.99458.077145830

 **FEDERAL TRADE COMMISSION**

# Identity Theft Report

 FTC Report Number: 119477722

---

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST<br>LITTLETON, 80121<br>USA | ██████-6324 | ███████@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info. (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

### Fraudulent Rental of Apartment or House

| Company or Organization: | Main Street Renewal LLC |
|---|---|
| **Account Number:** | 000 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 12 / 2019 | 6 / 2020 | $ 5400 |

---

DR 07/06/2020 (00CM46) 185.99458.077145830

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin  U  Ward**                **06/12/2020**

Robbin  U  Ward                         Date

**Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.**

DR 07/06/2020 (00CM46) 186.99458.077145830





## YOUR SOCIAL SECURITY CARD

ns important

ature line.

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY THIS CARD WITH YOU.**
Do not laminate.



DR 07/06/2020 (00CM46) 186.99458.077145830

R. Ward
5390 S. Sherman St
Littleton, CO
80121

DR 07/06/2020 (00CM46) 187.99458.077145830

DENVER CO 802

30 JUL 2020    PM 7 L

TransUnion LLC
PO Box 805
Woodlyn, PA
19094-0805

DR 07/06/2020 (00CM46) 187.99458.477145830

Name **Robbin Ward**     Phone number [REDACTED]-6324     Page 1

# ID Theft Affidavit

## Victim Information

(1)  My full legal name is **Robbin Undra Ward**
     (First)     (Middle)     (Last)     (Jr., Sr., III)

(2)  (If different from above) When the events described in this affidavit took place, I was known as
     **Robbin          Ward**
     (First)     (Middle)     (Last)     (Jr., Sr., III)

(3)  My date of birth is [REDACTED] 1961
     (day/month/year)

(4)  My Social Security number is [REDACTED]

(5)  My driver's license or identification card state and number are [REDACTED]

(6)  My current address is **5390 South Sherman St.**
     City **Littleton**     State **CO**     Zip Code **80121**

(7)  I have lived at this address since **12/2010**
     (month/year)

(8)  (If different from above) When the events described in this affidavit took place, my address was

     City _____     State _____     Zip Code _____

(9)  I lived at the address in Item 8 from _____ until _____
     (month/year)     (month/year)

(10) My daytime telephone number [REDACTED]-6324
     My evening telephone number is (___) **same as above**

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Name _____ Phone number _____ Page 2

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ❑ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were ❑ stolen ❑ lost on or about _____.
(day/month/year)

(14) ❑ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

_____        _____
Name (if known)                          Name (if known)

_____        _____
Address (if known)                       Address (if known)

_____        _____
Phone number(s) (if known)               Phone number(s) (if known)

_____        _____
Additional information (if known)        Additional information (if known)

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ❑ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)

(Attach additional pages as necessary.)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They  listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Bohren Law Firm. I did so on 8/1/20. I spoke with Virginia Paton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have never lived in Texas. I have been a resident of Colorado since 1955.

Through the discussion, I learned that the work phone number they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Neiman Marcus houses administration, not a warehouse. The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to).

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commission, contacted the local social security office and placed a one year fraud alert with all three credit bureaus.

Name _____    Phone number _____    *Page 3*

---

## Victim's Law Enforcement Actions

(17) (check one) I ☒ am  ❑ am not   willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☒ am  ❑ am not   authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☒ have  ❑ have not   reported the events described in this affidavit to the police or other law enforcement agency. The police  ❑ did ☒ did not   write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission
**(Agency #1)** _____    (Officer/Agency personnel taking report) _____

06/12/20
(Date of report) _____    1194 7/7/22
(Report number, if any) _____

_____    _____
(Phone number)    (email address, if any)

**(Agency #2)** _____    (Officer/Agency personnel taking report) _____

_____    _____
(Date of report)    (Report number, if any)

_____    _____
(Phone number)    (email address, if any)

---

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).

mortgage statement from Dec 2019 can provide more if needed.

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

*Name* _____  *Phone number* _____ *Page 4*

(22) ❑  A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_____          6-12-2020
(signature)                                                                    (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_____
(Notary)

> HAMILTON FLAKE
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20154032441
> MY COMMISSION EXPIRES 09/05/2023

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____          _____
(signature)                                                                    (printed name)

_____          _____
(date)                                                                             (telephone number)

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY



## YOUR SOCIAL SECURITY CARD

ns important

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.





**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | ▇324 | ▇@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office.I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 12 / 2019 | 6 / 2020 | $ 5400 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**                               **06/12/2020**
Robbin U Ward                                   Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0146

Name _____ Phone number _____ Page 5

## Fraudulent Account Statement

**Completing this Statement**
- Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit.
- List only the account(s) you're disputing with the company receiving this form. **See the example below.**
- If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original).

**I declare (check all that apply):**

☒ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor Name/Address (the company that opened the account or provided the goods or services) | Account Number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/Value provided (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example Example National Bank 22 Main Street Columbus, Ohio 22722 | 01234567-89 | auto loan | 01/05/2002 | $25,500.00 |
| Main Street Renewal LLC. | Not sure ends w/ 20 | lease for a house. | 12/12/ 2019 | $5,375 |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

| Creditor Name/Address | Account Number | Type of Good/Service | Date | Amount/Value |
|---|---|---|---|---|
| Main Street Renewal LLC | NOt sure cn8 Sept 2019 | lease for rental plus 2017 | | $3,815 |

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0148