## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number 1:21-cv-02597-LTB-SKC

Robbin Ward,
     Plaintiff,

v.

National Credit Systems, Inc,
     Defendant.

---

## STIPULATION OF EXTENSION OF TIME TO FILE A RESPONSE AND A REPLY IN SUPPORT OF DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

---

COMES NOW Plaintiff Robbin Ward ("Plaintiff"), and Defendant National Credit Systems, Inc ("Defendant"), by and through their undersigned counsel of record, (collectively, the "Parties") and pursuant to D.C.COLO.LCivR 6.1(a), hereby agree and stipulate to extend the time for a response to and reply in support of Defendant's Motion for Summary Judgment:

1.    The current deadline for Plaintiff's response to Defendant's Motion for Summary Judgment is December 6, 2022.

2.    The Parties have agreed to extend Plaintiff's response deadline by two (2) weeks until December 20, 2022.

3.    The Parties have further agreed to extend Defendant's reply in support by three (3) days to January 6, 2023.

4.    The extension is sought in good faith; and no prejudice will result to the Parties as a result of this Stipulation, nor will this Stipulation affect any other deadline. Trial is currently set for May 15, 2023.

1

Dated: November 30, 2022

*Respectfully submitted*,

By:  /s/ Matthew R. Osborne
Matthew R. Osborne
11178 Huron Street
Suite 7
Northglenn, Colorado, 80234
Telephone:    (303) 759-7018
Email: matt@mrosbornelawpc.com

**Attorney for Plaintiff**

-and-

By: /s/  Katrina M. DeMarte
KATRINA M. DEMARTE (MI bar No.
P81476; CO Bar No. 43135)
DEMARTE LAW, PLLC
39555 Orchard Hill Place Suite 600
Novi, MI 48375
Telephone: (313) 509-7047
katrina@demartelaw.com

**Attorney for Defendant National Credit Systems,
Inc.**

2

## CERTIFICATE OF FILING

I hereby certify that the foregoing document was filed electronically with the Clerk of the Court's ECF/CM system on November 30, 2022, which will automatically generate notice of filing to all counsel of record.

/s/ Mike Nobel
Matthew R. Osborne, P.C.
