## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number 1:21-cv-02597-LTB-SKC

Robbin Ward,
     Plaintiff,

v.

National Credit Systems, Inc,
     Defendant.

---

## ORDER GRANTING STIPULATION OF EXTENSION OF TIME TO FILE A RESPONSE AND A REPLY IN SUPPORT OF DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

---

THE COURT, having reviewed the Stipulation of Extension of Time to File a Response and a Reply in Support of Defendant National Credit Systems, Inc.'s Motion for Summary Judgment, and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Stipulation shall be and is hereby GRANTED:

- Plaintiff shall be allowed to respond to Defendant's Motion for Summary Judgment by December 20, 2022.

- Defendant shall be allowed to file its reply in support of its Motion for Summary Judgment by January 6, 2023.

- Trial remains set to begin on May 15, 2023.

1

DONE and ENTERED this _____ day of _____, 2022.

BY THE COURT:

_____

District Court Judge