# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

ROBBIN WARD

        Plaintiff,

vs.                                     CASE NO. 1:21-cv-02597-LTB

TRANSUNION, LLC, *et al.*,

        Defendants.

## DECLARATION OF ROBBIN WARD
### IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
### NATIONAL CREDIT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Robbin Ward, hereby declare:

1.      My name is Robbin Ward. I am over the age of eighteen, of sound mind, and capable of executing this Declaration.

2.      All of the facts stated herein are of my own personal knowledge, and they are all true and correct.

3.      I am the Plaintiff in the above-styled lawsuit, and I submit this Declaration in support of my Opposition to Defendant National Credit Systems, Inc.'s Motion for Summary Judgment.

4.      I have lived exclusively in Colorado since 1989.

5.      I had no reason to apply to rent the Dallas, Texas residence that is at issue in this lawsuit. I was not aware that this application was submitted to the landlord, and someone used my personal information to apply for the property without my permission or knowledge or consent.

6.      I did not apply to rent that residence, did not authorize anyone to apply on my behalf, and did not provide my identifying information or documents so that they could apply.

Exhibit 51 - 001

7. I have never lived in Dallas, TX.

8. I did not sign any Money Grams relating to the application for the Dallas residence.

9. Before I learned of them in this lawsuit, I was not aware of eviction proceedings relating to the Dallas residence. Those proceedings occurred without my knowledge or participation.

10. The account NCS attributes to me does not belong to me.

11. I have never sought or applied for benefits from the Social Security Administration.

12. I have never received benefits from the Social Security Administration.

13. I have never worked for Neiman Marcus.

14. I did not communicate with anyone using the email address "robbinward61@gmail.com," and did not authorize anyone to do that.

15. I did not send the landlord for the Dallas residence an email from the above email address stating my daughter would drop off a security deposit for me.

16. I did not give my daughter permission to communicate with the Dallas landlord on my behalf.

17. I first learned of NCS's reporting of an account as "in collection" that related to the Dallas residence when I sought to refinance my Colorado mortgage in June 2020.

18. Each credit bureau—Experian, Equifax, and Trans Union—was reporting the NCS account as "in collection."

19. This account does not belong to me, and should not appear on my credit report.

20. I, and in some instances my wife, Megan Henderson, with my permission, disputed the inaccurate reporting directly with NCS, calling and writing to it repeatedly and stating that the account resulted from identity theft or confusion of me with another person.

Exhibit 51 - 002

21.    I also disputed the account with all three credit bureaus—Equifax, Experian, and Trans Union.

22.    No one at NCS ever contacted me about any of my credit bureau disputes.

23.    I never received a letter from NCS in 2019 asking about my residence or stating that I had an open account with NCS.

24.    I once provided my drivers license and Social Security number to my daughter, but that was not to complete the application at issue in this lawsuit. I provided those documents to my daughter because she told me she needed it to add me as a beneficiary to her life-insurance policy.

25.    When I completed my F.T.C. Identity Theft Report, I was estimating that the fraud began in December 2019. At that time I did not know when my identity theft was stolen or who was responsible.

26.    When I completed my discovery responses in this lawsuit, I did not know of my daughter Quen Allen's criminal convictions, and at that time, I did not believe that she would have stolen my identity.

27.    In June 2020, I gave permission to run my credit to Will Hamilton at Fairway Independent Mortgage for a mortgage refinance.  I learned for the first time of the NCS account "in collections" after they pulled my credit, and I learned that I would not qualify for the rate I was trying to get, which was 2.75%, due to the fraudulent NCS account appearing on my credit report. I did not receive any letter confirming that adverse action by Fairway Independent Mortgage.

28.    In March 2022, I needed to apply for a home equity loan in the amount of $35,000 for some home renovations we needed.  I had to find a creditor that only pulled Experian reports, because Experian was the only credit agency that eventually deleted it, and in March 2022, the fraudulent NCS account was still being reported on Equifax and Trans Union.  In March 2022, I

Exhibit 51 - 003

finally found Bellco Credit Union, and I went to the Bellco Branch in Sheridan, CO. I met with the Bellco loan specialist, and I had to explain to her that I could only move forward with the loan if they pulled Experian, but I couldn't move forward with the loan if they pulled Equifax and Trans Union because of the fraudulent NCS account. It was embarrassing because I felt like the Bellco loan officer wouldn't believe me and would think I was making it up.

29.    In September 2020, I needed to be a co-signor for my wife's car. I was working with Catherine Johnson, an Auto Broker, who was helping me find a lender, and I had to explain to her that I could only get the loan if she could find a lender that only pulled Experian, because the fraudulent NCS account was still being reported on my Equifax and Trans Union credit report. It was very embarrassing for me to tell Ms. Johnson about the fraudulent NCS loan on my file, because I felt like she wouldn't believe me, and that I was making it up. We were able to get a loan through Mountain America FCU.

30.    Because of NCS's reporting of the account as belonging to me, it damaged me in many ways. First, in my earlier life, I did not have a good credit score. However, starting in about 2010, I started working really hard to rebuild my credit score and to be financially responsible. And it worked, by the end of 2019, my credit score was in the high 700s. When the NCS account was reported, my credit score plummeted to a 671, which was devastating to me because I had worked so hard to rebuild it. I spent a lot of time putting together information to help support my disputes to try to get NCS to investigate it – I sent NCS an FTC affidavit, a letter from my Colorado employer showing I had been working in Colorado, my Colorado time cards, my Colorado mortgage statement, and NCS wouldn't believe me. I felt so hopeless after NCS failed to investigate my disputes, and they just kept saying that it was me, and that they wouldn't take it off my credit, because I had done everything I could think of and given them everything they had

Exhibit 51 - 004

asked for.  I was so angry when NCS refused to take it off my credit, but I had no one to turn to, as I had done everything I could think of.  After and because NCS refused to fix my credit, I lost sleep, I had many nights where I would wake up at 2 or 3am, worrying about how it would affect me going forward because I thought it would get stuck on my credit report for the next 7 years, and because I was so frustrated that they wouldn't believe me.  Then I would toss and turn for a few hours before getting out of bed to leave for work at 5:30am.  My sleeping issues would occur about 3-4 days per week, beginning when NCS refused to fix my credit.  At one point, an NCS agent told me that they had never seen someone have so much evidence of identity theft as I did, and still have their fraud claim denied.  After NCS refused to fix my credit, I gained 32 pounds, because I started stress eating junk food such as chips and constantly eating throughout the day.  I had difficulty concentrating at both work and home because I was so stressed that NCS would not fix my credit, I couldn't focus, I would often forget to do jobs at work, that I never would have forgotten before.  I am a shipping manager and I had a few incidents at work where I shipped things to the wrong people because I was so stressed from NCS, and these types of wrong shipping incidents were not typical of my performance.  I was sad, withdrawn and depressed because of NCS, and it caused me to be withdrawn from my wife at home.  I took a full day off of work to speak to NCS and try to put together all the information they requested, but they still wouldn't fix my credit.  It was inconvenient for me to go to the post office and send multiple disputes to the credit bureaus, along with gathering all the information they requested, only to have NCS blow me off, and refuse to fix it.

Exhibit 51 - 005

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true

and correct.


Dated: December 20, 2022                                    Respectfully submitted,


                                                   _____/s/ Robbin Ward_____
                                                   Robbin Ward

Exhibit 51 - 006