Page: 1 of 10

| File Number: | 350709791 |
|---|---|
| Date Issued: | 06/10/2020 |

**TransUnion®**

## Personal Information

You have been on our files since 10/01/1986

SSN: XXX-XX-2993

Date of Birth: 04/26/1961

**Names Reported:** ROBBIN U. WARD, ROBIN A. WARD, and ROBIN U. WARD

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 5390 S SHERMAN ST, LITTLETON, CO 80121-1032 | 09/20/2012 | 2831 ULTCA ST, DENVER, CO 80212 | 11/30/2005 |
| 1960 MITTENWALD DR APT 719, COLORADO SPRINGS, CO 80918-8222 | 01/12/2007 | 5398 S GRANT ST, LITTLETON, CO 80121-1013 | 01/22/2007 |
| 8545 W DAKOTA AVE APT B202, LAKEWOOD, CO 80226-3060 | 08/31/2004 | 3265 W GIRARD AVE, ENGLEWOOD, CO 80110-1804 | |
| 103 W POWERS CIR APT 301, LITTLETON, CO 80120-2461 | 01/24/2008 | 2831 UTICA ST, DENVER, CO 80212-3047 | 04/06/2007 |
| 1527 SWOPE AVE, COLORADO SPRINGS, CO 80909-2846 | 12/11/2006 | | |

### Telephone Numbers Reported:

(219) 902-6324       (303) 433-2316       (303) 596-4262       (720) 621-9736       (303) 794-3640       (303) 901-6733       (719) 633-1342
(303) 703-3758

### Employment Data Reported:

| Employer Name | Date Verified |
|---|---|
| PIKE TOOLGRINDING | 06/01/1994 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**NATIONAL CREDIT SYSTEMS #42732**** ( PO BOX 312125, ATLANTA, GA 31131-2125, (404) 629-9595 )

| | | | |
|---|---|---|---|
| Placed for collection: 12/12/2019 | Balance: | $5,375 | Pay Status:  ›In Collection‹ |
| Responsibility: Individual Account | Date Updated: | 06/07/2020 | |
| Account Type: Open Account | Original Amount: | $5,375 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: | MAIN STREET RENEWAL LLC (Rental/Leasing) | |
| | Past Due: | ›$5,375‹ | |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 06/2026

## Satisfactory Accounts

**BARCLAYS BANK DELAWARE #00015192135**** ( PO BOX 8803, WILMINGTON, DE 19899, (888) 232-0780 )

| | | | |
|---|---|---|---|
| Date Opened: 05/05/2012 | Date Updated: | 06/05/2020 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Authorized Account | Last Payment Made: 02/20/2020 | | Terms:  Paid Monthly |
| Account Type: Revolving Account | | | Date Paid: 02/20/2020 |
| Loan Type: CREDIT CARD | | | |

High Balance: High balance of $9,453 from 12/2017 to 06/2020
Credit Limit: Credit limit of $3,000 from 12/2017 to 06/2020

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $34 | $33 | $1,676 | $1,940 | $2,298 | $2,748 | $2,507 | $102 |
| Scheduled Payment | | $0 | $0 | $0 | $27 | $33 | $52 | $60 | $72 | $80 | $27 | $27 |
| Amount Paid | | $0 | $0 | $68 | $33 | $1,823 | $300 | $400 | $500 | $30 | $150 | $0 |
| Past Due | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

TU 10

P -I000003        03/12

Exhibit 53