**EQUIFAX**

*CREDIT FILE :  June 12, 2020*
*Confirmation #  0162091415*

Dear ROBBIN U WARD:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete.  Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

* We request that the reporting company verify the accuracy of the information you disputed;

* We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

* We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

* You may add a statement of up to 100 words (200 words for Maine residents) to your credit report.  If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
* You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
* You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes.  You may also mail your documents to PO Box 740256, Atlanta GA 30374−0256 or contact us by calling a Customer Representative at 866−349−5191.
* You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

( Continued On Next Page )                Page 1 of  4                0162091415APPLADM−002758759− 20709− 25571 −

P. O. Box 105518
Atlanta, GA 30348

002758759−20709
ROBBIN U WARD
5390 S SHERMAN ST
LITTLETON, CO 80121−1032

Exhibit 54 - 001

EIS-Ward-000004

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may  request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

Exhibit 54 - 002

EIS-Ward-000005

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

*     If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
*     If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
*     If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
| --- |

| *Collection Agency Information*    *(This section includes accounts that have been placed for collection with a collection agency.)* |
| --- |

**>>>  The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.  Account # − 4273220**
***The results are:*  We verified that this item belongs to you. This account has been updated. THE FOLLOWING FIELDS HAVE BEEN MODIFIED:  \*ADDITIONAL INFORMATION. If you have additional questions about this item please contact:  *National Credit Systems Inc, 3750 Naturally Fresh Blvd, Atlanta  GA 30349−2964 Phone: (678) 244−2841*

| *National Credit Systems Inc*     *3750 NATURALLY FRESH BLVD  ATLANTA GA 30349−2964 : (678) 244−2841* |
| --- |

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
| --- | --- | --- | --- | --- | --- |
| 4273220 | 06/2020 | 12/2019 | Rental/Leasing | Main Street Renewal LLC | $5,375 |

| Status Date  Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
| --- | --- | --- | --- | --- | --- |
| 06/2020 Unpaid | 07/2019 | 06/2020 | $5,375 | | Individual Account |

ADDITIONAL INFORMATION:

*Collection Account*

Exhibit 54 - 003

EIS-Ward-000006