**Pay Stub 1 — Robbin U. Ward   12/12/19**

SSN: ███   100

| Earning: | Rate | Hours | Amount |
|---|---|---|---|
| Regular | 22.250 | 72.00 | 1,602.00 |
| O.T. | 33.375 | 16.50 | 550.69 |
| Holiday | 22.250 | 8.00 | 178.00 |
| Hourly Totals | | 96.50 | 2,330.69 |

EMJD Corporation
4590 S. Windermere Street

Englewood   CO   80110

| Taxes: | | This Check | Year-to-Date |
|---|---|---|---|
| Gross | | 2,330.69 | 58,734.45 |
| FICA | | 170.26 | 4,292.37 |
| Federal | 1S | 231.91 | 5,894.27 |
| Colorado | 1S | 82.00 | 2,103.00 |

| Deductions: | | This Check | To-Date |
|---|---|---|---|
| Health EE | 01 | 55.00 | 1,375.00 |
| Unif./Locker | 08 | 7.00 | 175.00 |
| Health HSA | 11 | 50.00 | 1,250.00 |
| 401K | 02 | 139.84 | 3,524.07 |
| Net Pay | | 1,594.68 | 40,120.74 |
| Pay Period | | 11/24/19 | To 12/ 7/19 |

| Contribution: | This Check | To-Date |
|---|---|---|
| Health-Emplr 16 | 328.56 | 7,451.28 |

Product DLB261   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A

---

# EMJD CORPORATION

**Pay Stub 2 — Robbin U. Ward   12/26/19**

SSN: ███   108

| Earning: | Rate | Hours | Amount |
|---|---|---|---|
| Regular | 22.250 | 80.00 | 1,780.00 |
| O.T. | 33.375 | 23.00 | 767.63 |
| Hourly Totals | | 103.00 | 2,547.63 |

EMJD Corporation
4590 S. Windermere Street

Englewood   CO   80110

| Taxes: | | This Check | Year-to-Date |
|---|---|---|---|
| Gross | | 2,547.63 | 62,482.08 |
| FICA | | 186.86 | 4,571.03 |
| Federal | 1S | 276.77 | 6,171.04 |
| Colorado | 1S | 92.00 | 2,195.00 |

| Deductions: | | This Check | To-Date |
|---|---|---|---|
| Health EE | 01 | 55.00 | 1,430.00 |
| Unif./Locker | 08 | 7.00 | 182.00 |
| Health HSA | 11 | 50.00 | 1,300.00 |
| 401K | 02 | 152.86 | 3,748.93 |
| Net Pay | | 1,727.14 | 42,884.08 |
| Pay Period | | 12/ 8/19 | To 12/21/19 |

| Contribution: | This Check | To-Date |
|---|---|---|
| Health-Emplr 16 | 328.56 | 7,779.84 |

Product DLB261   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC   NCS_0151

Exhibit 56 - 001

```
                 SSN: ▮▮▮▮         108      Robbin U. Ward                    2/20/20
  Earning:    Rate   Hours      Amount      Taxes:              This Check Year-to-Date
                                            Gross                 2,387.78    9,416.00
Regular     23.700   77.00    1,824.90      FICA                   174.63      688.20
O.T.        35.550   10.50      373.28      Federal      1S        241.08      936.37
Pers Day    23.700    8.00      189.60      Colorado     1S         85.00      334.00
Hourly Totals        95.50    2,387.78       Deductions:   This Check    To-Date
EMJD Corporation                            Health EE     01        55.00      220.00
4590 S. Windermere Street                   Unif./Locker  08         7.00       28.00
                                            Health HSA    11        50.00      200.00
Englewood            CO   80110             401K          02       143.27      564.97
                                            Net Pay                1,631.80   6,444.46
                                            Pay Period          2/ 2/20  To  2/15/20
                                            Contribution: This Check    To-Date
                                            Health-Emplr 16    328.56    1,314.24
```

Product DLB261    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

## EMJD CORPORATION

```
                 SSN: ▮▮▮▮         108      Robbin U. Ward                    3/ 5/20
  Earning:    Rate   Hours      Amount      Taxes:              This Check Year-to-Date
                                            Gross                 2,855.85   12,271.85
Regular     23.700   80.00    1,896.00      FICA                   210.44      898.64
O.T.        35.550   27.00      959.85      Federal      1S        337.87    1,274.24
Hourly Totals       107.00    2,855.85      Colorado     1S        105.00      439.00
EMJD Corporation                             Deductions:   This Check    To-Date
4590 S. Windermere Street                   Health EE     01        55.00      275.00
                                            Unif./Locker  08         7.00       35.00
Englewood            CO   80110             Health HSA    11        50.00      250.00
                                            401K          02       171.35      736.32
                                            Net Pay                1,919.19   8,363.65
                                            Pay Period          2/16/20  To  2/29/20
                                            Contribution: This Check    To-Date
                                            Health-Emplr 16    328.56    1,642.80
```

Product DLB261    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

## EMJD CORPORATION

```
                 SSN: ▮▮▮▮         108      Robbin U. Ward                    3/19/20
  Earning:    Rate   Hours      Amount      Taxes:              This Check Year-to-Date
                                            Gross                 2,529.98   14,801.83
Regular     23.700   80.00    1,896.00      FICA                   185.51    1,084.15
O.T.        35.550   12.50      444.38      Federal      1S        270.48    1,544.72
Pers Day    23.700    8.00      189.60      Colorado     1S         91.00      530.00
Hourly Totals       100.50    2,529.98       Deductions:   This Check    To-Date
EMJD Corporation                            Health EE     01        55.00      330.00
4590 S. Windermere Street                   Unif./Locker  08         7.00       42.00
                                            Health HSA    11        50.00      300.00
Englewood            CO   80110             401K          02       151.80      888.12
                                            Net Pay                1,719.19  10,082.84
                                            Pay Period          3/ 1/20  To  3/14/20
                                            Contribution: This Check    To-Date
                                            Health-Emplr 16    328.56    1,971.36
```

Product DLB261    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0152

Exhibit 56 - 002

SSN: ▮▮▮▮   108   Robbin U. Ward   1/ 9/20

| Earning: | Rate | Hours | Amount | Taxes: | | This Check | Year-to-Date |
|---|---|---|---|---|---|---|---|
| | | | | Gross | | 2,113.75 | 2,113.75 |
| Regular | 22.250 | 61.00 | 1,357.25 | FICA | | 153.67 | 153.67 |
| O.T. | 33.375 | 10.00 | 333.75 | Federal | 1S | 184.41 | 184.41 |
| Holiday | 22.250 | 16.00 | 356.00 | Colorado | 1S | 73.00 | 73.00 |
| Other Pd | 22.250 | 3.00 | 66.75 | Deductions: | | This Check | To-Date |
| Hourly Totals | | 90.00 | 2,113.75 | Health EE | 01 | 55.00 | 55.00 |
| EMJD Corporation | | | | Unif./Locker | 08 | 7.00 | 7.00 |
| 4590 S. Windermere Street | | | | Health HSA | 11 | 50.00 | 50.00 |
| | | | | 401K | 02 | 126.83 | 126.83 |
| Englewood | | CO | 80110 | Net Pay | | 1,463.84 | 1,463.84 |
| | | | | Pay Period | | 12/22/19 To | 1/ 4/20 |
| | | | | Contribution: | | This Check | To-Date |
| | | | | Health-Emplr | 16 | 328.56 | 328.56 |

Product DLB261   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A

## EMJD CORPORATION

SSN: ▮▮▮▮   108   Robbin U. Ward   1/23/20

| Earning: | Rate | Hours | Amount | Taxes: | | This Check | Year-to-Date |
|---|---|---|---|---|---|---|---|
| | | | | Gross | | 2,455.84 | 4,569.59 |
| Regular | 22.250 | 80.00 | 1,780.00 | FICA | | 179.84 | 333.51 |
| O.T. | 33.375 | 20.25 | 675.84 | Federal | 1S | 255.15 | 439.56 |
| Hourly Totals | | 100.25 | 2,455.84 | Colorado | 1S | 88.00 | 161.00 |
| EMJD Corporation | | | | Deductions: | | This Check | To-Date |
| 4590 S. Windermere Street | | | | Health EE | 01 | 55.00 | 110.00 |
| | | | | Unif./Locker | 08 | 7.00 | 14.00 |
| Englewood | | CO | 80110 | Health HSA | 11 | 50.00 | 100.00 |
| | | | | 401K | 02 | 147.35 | 274.18 |
| | | | | Net Pay | | 1,673.50 | 3,137.34 |
| | | | | Pay Period | | 1/ 5/20 To | 1/18/20 |
| | | | | Contribution: | | This Check | To-Date |
| | | | | Health-Emplr | 16 | 328.56 | 657.12 |

Product DLB261   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A

## EMJD CORPORATION

SSN: ▮▮▮▮   108   Robbin U. Ward   2/ 6/20

| Earning: | Rate | Hours | Amount | Taxes: | | This Check | Year-to-Date |
|---|---|---|---|---|---|---|---|
| | | | | Gross | | 2,458.63 | 7,028.22 |
| Regular | 22.250 | 72.00 | 1,602.00 | FICA | | 180.06 | 513.57 |
| O.T. | 33.375 | 15.00 | 500.63 | Federal | 1S | 255.73 | 695.29 |
| Vacation | 22.250 | 8.00 | 178.00 | Colorado | 1S | 88.00 | 249.00 |
| Pers Day | 22.250 | 8.00 | 178.00 | Deductions: | | This Check | To-Date |
| Hourly Totals | | 103.00 | 2,458.63 | Health EE | 01 | 55.00 | 165.00 |
| EMJD Corporation | | | | Unif./Locker | 08 | 7.00 | 21.00 |
| 4590 S. Windermere Street | | | | Health HSA | 11 | 50.00 | 150.00 |
| | | | | 401K | 02 | 147.52 | 421.70 |
| Englewood | | CO | 80110 | Net Pay | | 1,675.32 | 4,812.66 |
| | | | | Pay Period | | 1/19/20 To | 2/ 1/20 |
| | | | | Contribution: | | This Check | To-Date |
| | | | | Health-Emplr | 16 | 328.56 | 985.68 |

Product DLB261   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A

Robbin Ward vs. TransUnion, LLC et al US District Court District of Colorado - 1:21-cv-02597-LTB-SKC   NCS_0153

Exhibit 56 - 003