FREEDOM MORTGAGE   DALLAS, TX 75261-9063

Statement Date 12/02/19

4-807-34613-0006419-001-000-010-000-000

MEGAN HENDERSON
ROBBIN WARD
5390 S SHERMAN ST
LITTLETON CO 80121-1032

## Contact Information

| Phone: | 1-855-690-5900 |
|---|---|
| Customer Care: | Monday - Friday 8:00 a.m. - 10:00 p.m. ET |
| | Saturday 9:00 a.m. - 6:00 p.m. ET |
| Find us on the web at: | www.freedommortgage.com |

| Loan Number | |
|---|---|
| Payment Due Date | 01/01/20 |

### Amount Due** $2,236.97

If payment is received after 01/16/20, $68.97 late fee will be charged.

Property Address: 5390 S SHERMAN ST
LITTLETON CO 80121

## Account Information

| | |
|---|---|
| Outstanding Principal | $245,640.03 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | $1,198.80 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $432.70 |
| Interest | $946.74 |
| Escrow/Impound (for Taxes and/or Insurance) | $857.53 |
| **Regular Monthly Payment** | **$2,236.97** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,236.97** |

## Transaction Activity (11/02/19 - 12/02/19)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curtailment | 11/22/19 | 11/01/19 | 11/22/19 | $63.03 | $0.00 | $63.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 11/22/19 | 12/01/19 | 11/22/19 | $2,236.97 | $948.40 | $431.04 | $857.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| Escrow Disbursement | 11/27/19 | 12/01/19 | 11/27/19 | $2,097.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $494.07 | $5,863.93 |
| Interest | $948.40 | $10,542.74 |
| Escrow (Taxes and Insurance) | $857.53 | $7,793.33 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$2,300.00** | **$24,200.00** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Additional Monthly Amounts - This accounts for optional products including but not limited to: Total Protect.

## Important Messages

**Rate Drop:** Megan Henderson

Based on rates as of **11/21/2019** you may be able to **lower your rate** and **monthly mortgage payment**.

Please call **844-383-2908** to discuss your **savings opportunity** with a licensed loan advisor or visit us at **www.FreedomNewRate.com/VIP**. Reference your Reservation # 1086525926.

*Interest rates subject to change due to market conditions.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT


FREEDOM MORTGAGE

LOAN NUMBER: ■■■   MEGAN HENDERSON
ROBBIN WARD

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

*Internet Reprint*

## Amount Due

| Due By 01/01/20: | $2,236.97 |
|---|---|

*$68.97 late fee will be charged after 01/16/20*

| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Charge | $ . |
| **Total Amount Enclosed $** | . |

Make check payable to Freedom Mortgage

To change mailing address and/or contact information, check here and complete form on back.

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC   NCS_0154

## Exhibit 57