

## Social Security Administration

Robbin Ward
5390 S Sherman St
Littleton, CO 80121

Date: January 4, 2019
Claim Number: ████████

You asked us for information from your record. The information you requested is shown below. If you want anyone else to have this information, you may send them this letter

**Information About Current Social Security Benefits**

Beginning December 2018, the full monthly Social Security benefit before any deductions is $2380 20

We deduct $0 00 for medical insurance premiums each month

The regular monthly Social Security payment is $2380 00
(We must round down to the whole dollar )

Social Security benefits for a given month are paid the following month (For example, Social Security benefits for March are paid in April )

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**

From December 2017 to November 2018, the full monthly Social Security benefit before any deductions was $2003 70

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2003 00
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly benefits for surviving spouses

**Date of Birth Information**

The date of birth shown on our records is ████ 961.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213. We can answer most questions over the phone. You can also write or visit any social security office. The office that serves your area is located at:

SOCIAL SECURITY
2431 REIGNDALE DR.
LITTLETON, CO 80121

If you call or visit an office, please have this letter with you. It will help us answer any questions.

Exhibit 58