DR 07/06/2020 (00CM46) 184.99458.077145830

Robbin Ward
5390 South Sherman Street
Littleton, CO 80121

June 30, 2020

TransUnion L.L.C.
P.O. Box 805
Woodlyn, PA 19094-0805

To Whom it May Concern,

Re: Identity theft

I am contacting you to request that you remove the collections account originally issued by Main Street Renewal, L.L.C. I am requesting that you do this due to the inaccuracy of this information. I am the victim of identity theft and this account is not mine. The collections were due to someone using my personal information to obtain a lease for a property located in Dallas, TX. I have never lived in Texas. I am a resident of Colorado and have been since 1989.

I have included a copy of my Identity Theft Report that I filed with the FTC on June 12, 2020. I have also included a copy of my driver's license. I have already requested a fraud alert be added to my credit report for the next year as well as placed a freeze on my credit report. I ask that you block this information immediately.

Sincerely,

Robbin Ward
████-6324
████@yahoo.com

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0129

Exhibit 59 - 001

DR 07/06/2020 (00CM46) 184.99458.077145830

NCS_0130

Exhibit 59 - 002

DR 07/06/2020 (00CM46) 185.99458.077145830



# FEDERAL TRADE COMMISSION
# Identity Theft Report



FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |

| Address: | Phone: | Email: |
|---|---|---|
| 5390 S SHERMAN ST<br>LITTLETON, 80121<br>USA | ███-6324 | ███@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Exhibit 59 - 003

DR 07/06/2020 (00CM46) 185.99458.077145830

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin  U  Ward**                    **06/12/2020**

Robbin  U  Ward                         Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Exhibit 59 - 004

DR 07/06/2020 (00CM46) 186.99458.077145830



## YOUR SOCIAL SECURITY CARD

ns important

ature line.

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY THIS CARD WITH YOU.**
**Do not laminate.**



Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC        NCS_0133

Exhibit 59 - 005

DR 07/06/2020 (00CM46) 186.99458.077145830

Exhibit 59 - 006

NCS_0134

R. Ward
5390 S. Sherman St
Littleton, CO
80121

DR 07/06/2020 (00CM46) 187.99458.077145830

DENVER CO 802

30 JUL 2020   PM 7 L

TransUnion LLC
PO Box 805
Woodlyn, PA
19094-0805

19094-060505

NCS1-0195

Exhibit 59 - 007

DR 07/06/2020 (00CM46) 187.99458.677145830

NCS_0136

Exhibit 59 - 008

Name Robbin Ward    Phone number ████████ -6324    Page 1

# ID Theft Affidavit

## Victim Information

(1) My full legal name is Robbin Undra Ward _____

   (First)        (Middle)        (Last)        (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

   Robbin    Ward _____

   (First)        (Middle)        (Last)        (Jr., Sr., III)

(3) My date of birth is ████ 1961

   (day/month/year)

(4) My Social Security number is ████████

(5) My driver's license or identification card state and number are ████████

(6) My current address is 5390 South Sherman St.

   City Littleton    State CO    Zip Code 80121

(7) I have lived at this address since 12/2010

   (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was

   _____

   City _____    State _____    Zip Code _____

(9) I lived at the address in Item 8 from _____ until _____

   (month/year)        (month/year)

(10) My daytime telephone number ████████ -6324

   My evening telephone number is (___) same as above

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0137

Exhibit 59 - 009

Name _____ Phone number _____ *Page 2*

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ❑ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were ❑ stolen ❑ lost on or about _____.
(day/month/year)

(14) ❑ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

_____        _____
Name (if known)                         Name (if known)

_____        _____
Address (if known)                      Address (if known)

_____        _____
Phone number(s) (if known)              Phone number(s) (if known)

_____        _____
Additional information (if known)       Additional information (if known)

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ❑ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

*I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)*

(Attach additional pages as necessary.)

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0138

Exhibit 59 - 010

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They  listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

NCS_0139

Exhibit 59 - 011

Exhibit 59 - 012

NCS_0140

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Bohena Law Firm. I did so on 9/1/22. I spoke with Virginia Paton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have never lived in Texas. I have been a resident of Colorado since 1985.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Neiman Marcus houses administration, not a warehouse. The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to).

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commission, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

Name _____    Phone number _____    *Page 3*

## Victim's Law Enforcement Actions

(17) (check one) I ☒ am  ☐ am not  willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☒ am  ☐ am not  authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☒ have  ☐ have not  reported the events described in this affidavit to the police or other law enforcement agency. The police ☐ did ☒ did not write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission
**(Agency #1)** _____    (Officer/Agency personnel taking report)

06/12/20
(Date of report) _____    1194 7171722
                                             (Report number, if any)

_____    _____
(Phone number)                              (email address, if any)

_____    _____
**(Agency #2)**                             (Officer/Agency personnel taking report)

_____    _____
(Date of report)                            (Report number, if any)

_____    _____
(Phone number)                              (email address, if any)

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).   mortgage statement from Dec 2019 can provide more if needed.

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0141

Exhibit 59 - 013

Name _____ Phone number _____ Page 4

(22) ❏ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

## Signature

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_Roffin Ward_ _____ _6-12-2020_
(signature)                                    (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_Hamilton Flake_ _____
(Notary)

```
HAMILTON FLAKE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154032441
MY COMMISSION EXPIRES 09/05/2023
```

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____    _____
(signature)                                    (printed name)

_____    _____
(date)                                          (telephone number)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0142

Exhibit 59 - 014





YOUR SOCIAL SECURITY CARD

ns important

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job,
whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.

Robbin Ward vs. TransUnion, LLC, US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0143

Exhibit 59 - 015