**rchin@bborlandlaw.com**

| | |
|---|---|
| **From:** | Megan Henderson <██████@gmail.com> |
| **Sent:** | Friday, June 12, 2020 6:28 PM |
| **To:** | rchin@bborlandlaw.com |
| **Subject:** | Affidavit of fraud |
| **Attachments:** | Robbin Ward Affidavit of ID theft.pdf |

Please find attached an affidavit and copy of i.d.'s with signatures. This is in regards to the property at 229 Cliff Heights in Texas leased without my knowledge by someone who used my identity,

If needed I can provide mortgage statements for my home in Colorado during the time of the theft. Please let me know if there is anything else needed from me.

Thanks,
Robbin Ward

---
██████@gmail.com

Robbin Ward vs. TransUnion, LLC USDistrict Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0090

Exhibit 60 - 001

Name _Robbin Ward_  Phone numbe  __-6324__  Page 1

# ID Theft Affidavit

**Victim Information**

(1)  My full legal name is _Robbin Undra Ward_
          (First)          (Middle)          (Last)          (Jr., Sr., III)

(2)  (If different from above) When the events described in this affidavit took place, I was known as

_Robbin_          _Ward_
(First)          (Middle)          (Last)          (Jr., Sr., III)

(3)  My date of birth is _███████ 1961_
          (day/month/year)

(4)  My Social Security number is ████████

(5)  My driver's license or identification card state and number are ████████

(6)  My current address is _5390 South Sherman St._
      City _Littleton_     State _CO_     Zip Code _80121_

(7)  I have lived at this address since _12 / 2010_
          (month/year)

(8)  (If different from above) When the events described in this affidavit took place, my address was

_____

  City _____  State _____  Zip Code _____

(9)  I lived at the address in Item 8 from _____ until _____
          (month/year)     (month/year)

(10) My daytime telephone number is ( ████ )__-6324_
      My evening telephone number is (____) _same as above_

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Robbin Ward vs. TransUnion, LLC USDistrict Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0091

Exhibit 60 - 002

*Name* _____ *Phone number* _____ *Page 2*

**How the Fraud Occurred**

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were ☐ stolen ☐ lost on or about _____.

(day/month/year)

(14) ☐ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

| | |
|---|---|
| Name (if known) | Name (if known) |
| Address (if known) | Address (if known) |
| Phone number(s) (if known) | Phone number(s) (if known) |
| Additional information (if known) | Additional information (if known) |

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)

(Attach additional pages as necessary.)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0092

Exhibit 60 - 003

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

NCS_0093

Exhibit 60 - 004

NCS_0094

Exhibit 60 - 005

*Name* _____ *Phone number* _____ *Page 3*

### Victim's Law Enforcement Actions

(17) (check one)  I  ☒ am   ☐ am not   willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one)  I  ☒ am   ☐ am not   authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply)  I  ☒ have   ☐ have not   reported the events described in this affidavit to the police or other law enforcement agency. The police   ☐ did   ☒ did not   write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission
**(Agency #1)**                                    (Officer/Agency personnel taking report)

06/12/20                                           1194 77720
(Date of report)                                   (Report number, if any)

_____                            _____
(Phone number)                                     (email address, if any)

_____                            _____
**(Agency #2)**                                    (Officer/Agency personnel taking report)

_____                            _____
(Date of report)                                   (Report number, if any)

_____                            _____
(Phone number)                                     (email address, if any)

### Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).  mortgage statement from Dec 2019 can provide more if needed.

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0095

## Exhibit 60 - 006

Name _____ Phone number _____ Page 4

(22) ❏ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_____        6-12-2020
(signature)                              (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_____
(Notary)

**HAMILTON FLAKE**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20154032441**
**MY COMMISSION EXPIRES 09/05/2023**

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____        _____
(signature)                              (printed name)

_____        _____
(date)                                   (telephone number)

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0096

Exhibit 60 - 007





Robbin Ward vs. TransUnión, LLC USaDistrict Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0097

Exhibit 60 - 008

NCS_0098

Exhibit 60 - 009



FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | ███ 6324 | ███@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc.) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

### Fraudulent Rental of Apartment or House

| Company or Organization: | Main Street Renewal LLC | |
|---|---|---|
| **Account Number:** | 000 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Robbin Ward vs. TransUnion, LLC USDistrict Court District of Colorado - 1:21-cv-02597-LTB-SKC

Page 1 of 2
NCS_0099

Exhibit 60 - 010

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**                        **06/12/2020**

Robbin U Ward                           Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

NCS_0100

Exhibit 60 - 011