## Sara Rennie

| | |
|---|---|
| **From:** | Megan Henderson <█████████@gmail.com> |
| **Sent:** | Friday, July 10, 2020 2:57 PM |
| **To:** | Richard Chin |
| **Cc:** | █████████@yahoo.com |
| **Subject:** | Fwd: RE: R. Ward identity theft/collections |
| **Attachments:** | Robbin's Dec. Paystub.jpg; Robbin's Feb-March pay stubs.jpeg; Robbin's Jan-Feb pay stubs.jpeg; Dec. mortgage statement.jpeg |

I sent this email originally on June 29th, I am not sure why you did not receive it. Please let me know if any further documentation is needed.

Thank you,

Megan Henderson

---------- Forwarded message ---------
From: **Megan Henderson** █████████@gmail.com>
Date: Mon, Jun 29, 2020 at 12:56 PM
Subject: R. Ward proof of income and residents
To: <rchin@bborlandlaw.com>
Cc: █████████@yahoo.com>, Megan Henderson █████████@gmail.com>

I have attached Robbin Ward's paystubs from Dec. 2019 through March of 2020. I have also attached our December Mortgage statement with our current address. Robbin has resided at this residence in Colorado for the past 10 years.

I am asking that the collections be removed. I am not sure how Robbin's identifying information was acquired. We did travel to Dallas, to visit our daughter in October (at this time, my baggage was lost and never found). Robbin also provided his social and other information to his daughter, Quen Green, last fall so that she could add him as her beneficiary. Quen does work in Dallas for Neiman Marcus, in the accounting department.

 It is our belief that the person(s) who stole Robbin's identity committed forgery by using his daughter's pay stubs but adding Robbin's name to them. In December, the same time that the property at 229 Cliff Heights Circle was rented, someone also purchased a car using his daughter's identity.

Robbin has contacted the social security office and has been informed that there aren't any current benefits being paid out using his social security number. We have provided ample documentation to prove that the house was not leased by Robbin as we do not live in the state of Texas.

In addition to this information, it is important to note that the employment  number listed on the lease application is our daughter's number rather than Neiman Marcus. It seems to me that there was no employment verification just acceptance of pay stubs that are falsified. I encourage Main Street LLC or anyone else involved in this case to contact the HR department at Nemian Marcus to confirm that Robbin Ward has never been employed with their company. I would also request that someone confirm Robbin's residency in Colorado, as he has lived here for more than 30 years.

1

NCS_0149

Exhibit 61 - 001

We are requesting a thorough investigation in order to clear up these fraudulent charges that have been placed on Robbin Ward's credit report.

We look forward to a resolution quickly,

Megan Henderson & Robbin Ward


--

gmail.com
@yahoo.com

@gmail.com

Exhibit 61 - 002

NCS_0150