IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:21-CV-02597-LTB-SKC


ROBBIN WARD,

Plaintiff


V.


TRANS UNION, LLC,

EQUIFAX INFORMATION SERVICES, LLC,

EXPERIAN INFORMATION SOLUTIONS, INC.,

AND NATIONAL CREDIT SYSTEMS, INC.,

Defendants


DEPONENT:  CATHY BOEHLER

DATE:      MAY 4, 2022

REPORTER:  ANDIE LAYNE

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com



Exhibit 62 - 001

STIPULATION

The deposition of CATHY BOEHLER was taken at PIKE REPORTING, 600 17TH STREET, SUITE 2800, DENVER, COLORADO 80202, via videoconference in which all participants attended remotely, on WEDNESDAY the 4TH day of MAY 2022 at 10:02 a.m.; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30.

It is agreed that ANDIE LAYNE, being a Notary Public and Court Reporter for the State of COLORADO, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 002

Q    That's not something that NCS ever trained you on?

A    I don't recall.

MS. DEMARTE:  Objection.  Go ahead.

Q    What are the warning signs or red flags that NCS taught you to look for when you're looking for identity theft?

A    Well, what we're looking for is we're looking for irregularities in the information that's provided, as opposed to what the client provides.  We're looking at signatures.  We're looking at IDs.  We're looking at the fraud packet when it comes in, different information that the consumer is actually providing to us along with the information that the client has provided to us.

Q    Okay.  And when you say irregularities, can you explain what you mean by that?

A    Well, like if they're listing the previous addresses and it's not the same previous addresses that they've listed on the rental application, the signatures are not similar at all.  There could be different employment information, possibly.  It would all factor on what documentation we're looking at.

Q    Okay.  Did you receive any training about the use of fake pay stubs?

A    Fake pay stubs?

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 003

Q    Yes.

A    I don't know.

Q    Is it fair to say you don't remember one way or the other if NCS trained you about detecting fake pay stubs?

A    Yes.

Q    All right.  Let me show you another article real quick.

COURT REPORTER:  Did you want to mark that one?

MR. OSBORNE:  Yeah.

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

BY MR. OSBORNE:

Q    Let's mark that one as Exhibit 1.  At the end of the depo, I'll have my staff send out marked copies to all of us.  Okay.  So another article I want to show you here talks about fake pay stubs.  Do you see that right there?

A    Yes.

Q    Okay.  Do you remember any signs that you would look for for fake pay stubs?

MS. DEMARTE:  Objection, form, foundation.

A    Well, I would say that there would be irregularities in the name, possibly the social.  I'm -- I can't think what other information there might be.

Q    Okay.  Would you also look at if the fonts

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 004

Q    Do you have any understanding of what their role is in investigating identity theft disputes?

A    I don't know.

Q    Okay.  So do you now see NCS Bates 91 appears to be an ID theft affidavit?

A    Yes.

Q    And would this have been a document that you would've reviewed as part of your investigation?

A    Yes.  If it was included into our images or the images that the consumer provided.

Q    Okay.  All right.  So do you see where he talks about he discovered this when he applied for -- he was reviewing these credit reports?  You see that?

A    Yes.

Q    Do you recall if you ever interviewed the Borland Law Firm as part of your investigation?

A    No.

Q    All right.  And do you see where he claims that he never lived in Texas?

A    Yes.

Q    And he says he's been a resident of Colorado since 1989.  Did you ever ask Mr. Ward if he had any documentation to prove that?

A    Our procedure would be to request additional documentation if there wasn't sufficient documentation

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 005

to validate.

Q    And how would that request be made?

A    Normally by mail.

Q    And who would make the request, you or somebody else at the company?

A    I believe it would be through our clerical department.

Q    Okay.  So if you were investigating an identity theft dispute and you decided that you needed more information, instead of asking the consumer, you would ask a different department to send them a letter; is that correct?

MS. DEMARTE:  Objection, form, misstates testimony.

A    Yes.

Q    And you would make that request, would it be before or after you responded to the ACDV from the credit bureaus?

A    At the -- at the same time.

Q    So after you had responded -- or at the same time you responded to the credit bureaus that the account was accurate; you would've also asked another department to ask Mr. Ward from more documentation?

MS. DEMARTE:  Sorry.  Could you -- it was kind of more garbled on my end.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 006

Q    Well, let me -- let me ask you this.  So do you recall specifically ever asking Mr. Ward if he had information to prove that he never lived in Texas?

A    I don't know.

Q    If that was something that you did ask, would that have been documented in the account notes?

A    That would have been -- there would've been a request and there would've been a notation by the clerical department into the notes when they sent it out.

Q    Okay.  And if it's -- if that's not in the notes, can we assume that it didn't happen?

MS. DEMARTE:  Objection, form, foundation.

A    I don't know.

Q    Well, would you agree with me that the purpose of the account notes is to document what work was performed on the file and what happened?

A    Yes.

MS. DEMARTE:  Objection.

Q    And isn't there a saying in the collection industry that if it's not in the notes, it didn't happen?

MS. DEMARTE:  Objection, form, foundation.

A    Yes.

Q    All right.  And then do you see where Mr. Ward

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 007

indicates that his daughter lives in Dallas and that she works for Neiman Marcus and that pay stubs were provided from Neiman Marcus, but with his name on it?

A    Yes.

Q    Did you ever contact Neiman Marcus to ask if Robbin Ward worked for them?

MS. DEMARTE:  Objection, foundation.

A    I -- no.

Q    Do you know why not?

A    Pardon me?

Q    Do you know why you didn't contact Neiman Marcus?

A    Well, I don't know what information under privacy that they would even disclose, so

Q    Okay.  So that wasn't something that you would do normally, right?  Contacting an employer to verify employment?

A    No.

Q    If Neiman Marcus had told you that Robbin Ward did not work there ever, would that have had any impact on your investigation?

MS. DEMARTE:  Objection, form, foundation.

A    Yes, I would think so.  Yes.

Q    Would that have made it more likely that he was an identity theft victim?

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 008

MS. DEMARTE:  Objection, foundation.

A    I -- I would say yes.

Q    Okay.  If Mr. Ward had a mortgage statement from December 2019 showing he worked in Colorado, would that have affected your investigation?

MS. DEMARTE:  Objection.  Form, foundation.

A    I don't know.

Q    Okay.  Can you -- can you explain that?

A    Well, it's -- there's always a possibility that someone co-signed for someone else in their family, or there could be other variating reasons as to why there would be an apartment rented somewhere else.  I just don't -- I'm not -- I don't know for sure.

Q    Okay.  Well, if Mr. Ward said, for example, "I never signed a lease in Texas.  I never lived in Texas.  I've been in Colorado since 1989," would the fact that he had a mortgage statement to prove that affect your investigation at all?

MS. DEMARTE:  Objection.  Form, foundation.

A    We would -- we would need to see the proof and contact the client to validate that information.

Q    And by client, are you referring to the rental property company?

A    Yes.

Q    Okay.  All right.  And do you see that

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 009

The Deposition of CATHY BOEHLER, taken on May 04, 2022

31

Q    Did you ever call the Social Security Administration as part of your investigation to verify if Robbin Ward was receiving benefits?

MS. DEMARTE:  Objection, form.

A    No.

Q    All right.  I'm going to go back to the other exhibit here.  So looking at these pay stubs, do you see the name and the address on the pay stubs?

A    Yes.

Q    Okay.  Do you see how the name and the address for Robbin Ward is kind of tilted and slanted downward and to the right?

MS. DEMARTE:  Objection, form.

A    Yes.

Q    Does that look suspicious?

A    Yes.

Q    Was that something that you considered as part of your investigation?

A    I don't know.

Q    Do you see where it says that his address was in Littleton, Colorado?

A    Yes.

Q    And do you see on that same pay stub or the tax exemptions, it indicates the state of Texas?  Do you see that?

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 010

rented, someone purchased a car using his daughter's identity.  Did you ever investigate the claim that the daughter's identity was also stolen?

MS. DEMARTE:  Objection, foundation.

A    No.

Q    All right.  And then they say, "Robbin has contacted the social security office and has been informed there aren't any current benefits being paid out using Social Security number" Did you ever do anything to investigate that?

MS. DEMARTE:  Objection.  Foundation.

A    No.  I wouldn't have called social security.

Q    Is that something that NCS would not allow you to do as part of your investigation?

MS. DEMARTE:  Objection.  Foundation.

A    I just follow the policies and procedures, but I don't look at them on each individual dispute, so I don't know.

Q    Okay.  Do you see the statement where it says, "I encourage Main Street LLC, or anyone else involved in this case to contact the HR department at Neiman Marcus to confirm that Robbin Ward has never been employed with their company?"  See that?

A    Yes.

Q    And did you ever do anything to investigate

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 011

that?

          MS. DEMARTE:  Objection.  Form, foundation.

     A     No.

     Q     Is it fair to say that NCS does not allow you to investigate prior employment information?

          MS. DEMARTE:  Objection.  Form, foundation. Attempts to admit facts that are not evidence.  You can answer if you're able to Cathy.

     A     I don't know.

     Q     Okay.  If the policy said that you were not to investigate prior employment information, does that sound right?

          MS. DEMARTE:  Objection.

     A     I'm sorry, I didn't hear you

     Q     If NCS's policies say that when you're investigating identity theft disputes, you're not to look at prior employment information, would that surprise you?

          MS. DEMARTE:  What?  I for one didn't understand the question, but I'll object to form and foundation, if Cathy does.

     A     I don't know.

     Q     Okay.  Well, let me ask it to you like this. Have you ever when you've investigated identity theft disputes and somebody says, "These pay stubs are false

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 012

or fake.  I never worked there."  Have you ever contacted any employer to verify that?

MS. DEMARTE:  Objection.  Foundation.

A    I don't know.

Q    All right.  Let me -- let me see if I can find it really quick.  Okay.  So for the record, I'm looking at NCS381.  I'll show you the top of the page.  I'll just kind of scroll through this, but do you see where it says, "Policy and procedure investigating and responding to the disputes sent indirectly by agencies." Do you see that?

A    Yes.

Q    Okay.  And you're familiar with these policies, correct?

A    Yes.

Q    So do you see where it says the bottom of 381 it says, "National Credit Systems Inc.  will not conduct an investigation of an indirect dispute if the dispute relates to --"

A    Yes.

Q    And then you go to the next page 382, and it says, "The identity of past or present employers."  Do you see that?

A    Yes.

Q    So does that help refresh your memory that NCS

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 013

The Deposition of CATHY BOEHLER, taken on May 04, 2022

47

did not allow you to contact past or present employers to as part of the investigation?

MS. DEMARTE: Objection, form.

A     Yes.

Q     Did NCS ever tell you why that was the policy?

A     I don't know. Not that I ever saw.

Q     Doesn't it seem kind of important if somebody was saying, "Hey, these pay stubs are fake. I never worked there." Doesn't it seem kind of important to investigate that claim?

MS. DEMARTE: Objection. Form, foundation.

A     I don't know. I do know that employers will not release information due to privacy, so that's just my experience.

Q     Okay. And when you say your experience, can you provide some context? Like, what -- what do you recall about trying to contact employers for --

A     Well, because I deal with garnishments and if it's not a court order, or there is permission in writing from the employee, majority of employers will not release information.

Q     Okay. So -- but that's in the context of garnishments though, right?

A     Well, that's just been my experience, even if you try to verify employment.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 014

The Deposition of CATHY BOEHLER, taken on May 04, 2022

57

because you completed your ACDB response on 7-13-2020.

A    The notes are downloaded off of e-OSCAR -- or the responses are downloaded off e-OSCAR into our collection system.  So that is when it was downloaded into the system.

Q    Okay.  I understand.  So these notes probably would've been made 7-13-2020, and just downloaded into the system 7-21-2020?

A    Yes.

Q    All right.  And is it fair to say that this is a summary of what you did to investigate the claim?

A    Yes.

Q    Okay.  All right.  So where you said, "I reviewed name, address, SSN, DOB account information. Checked for accuracy and matching."  What does that mean?

A    That is checking the name, the address that we have on file.  All the information that we have in our collection system and any documentation that is -- that we have in our system and any information that is provided by the consumer.

Q    Okay.  So essentially, you're making sure that the name, address, SSN, date of birth matches in the collection system versus e-OSCAR; is that right?

A    Right.  We're comparing the two, yes.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 62 - 015