```
1LOC. 03                                     TRANS UNION CORPORATION                          DATE: 06/12/20  TIME: 05:49
RPT-ID: K4CGI500-1                              CONSUMER RELATIONS                                             PAGE:18697
                                         CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED
       DEPT:
SUBSCRIBER RESPONSE DATE:  06/11/20                           CONTROL: 350709791   008  001    IMAGE: YES - 0
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 07/07/20  DATE ENTERED: 06/10/20           DATE RECD: 06/10/20
                                                             VERF    SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
       NAME: ROBBIN U WARD                                   (S) NAME:
        AKA: ROBIN A WARD                                         AKA:
       ADDR: 5390 S SHERMAN ST                               (S) ADDR:
             LITTLETON, CO 80121-1032
       PREV: 2831 ULTCA ST                                   (U) PREV:
             DENVER, CO 80212
        SSN: 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                                     (S)  SSN:
        DOB: 04/26/61                                        (U)  DOB:
      PHONE: 219-902-6324                                    (S) PHONE:
CONSUMER    Not aware of collection. Provide or confirm complete ID and verify Account Information
 DISPUTE:
CONSUMER MESSAGE:  I have not opened any new credit or had any interaction with the original creditor Times Disputed In Last 120 Da
             s 0
RESPONSE CODE:   23 DISPUTED INFORMATION ACCURATE. UPDATED ACCOUNT INFORMATION UNRELATED TO THE DISPUTE.
-----------------------------------------------------------------------------------------------------------------------
SUPPRESS?:                               UPDATE?: X    AUTH BY: Neha Mahi                    / 404-629-9595
-----------------------------------------------------------------------------------------------------------------------
SUBSCRIBER:  National Credit Systems Inc     ACCOUNT #:4273220               SUB.CODE:  1GVJ001   OPEN DATE:  12/12/19

  UPDATE?      ACCOUNT STATUS      PAYMENT RATING     COMPL COND CODE      SPECIAL COMMENTS     CONS INFO IND

       ORIGINAL-->    93
                 PORF TP.    ACCOUNT TP.         ECOA                     PAYMENT AMT      PAYMENT DATE

       ORIGINAL-->  O         AG: COLL AGCY/ATTRNY    I
                 OPENED          EFFECTIVE                                CURRENT BLNC      PAST DUE
   *                             06/11/20
       ORIGINAL-->  12/12/19      06/07/20                                   $5375             $5375
                 CLOSED                                                 CREDIT LIMIT      HIGH CREDIT

       ORIGINAL-->                                                                             $5375
                 DT 1ST DEL      ORIG CHRG OFF                           PP START DT     PYMT PATTERN    ORIGINAL PP
                                                                         05/2020
       ORIGINAL-->  07/17/19                                            05/2020
                 TERMS (DUE AMT/FREQ/DUR)            ORIGINAL CLIENT - CLASS

       ORIGINAL-->  / /                               MAIN STREET RENEWAL LLC-09
                 SP. PAYMENT (BALLOON AMT - DUE DT)   SP. PAYMENT (DEFERRED DT)

       ORIGINAL-->
                 PORTFOLIO SALE                          MORTGAGE (ID#/ACCT#/AGCY)

       ORIGINAL-->
-----------------------------------------------------------------------------------------------------------------------
            ACCT      PAYMENT      COMPLIANCE      SPECIAL     CONSUMER   ! ACCT    RATING   CMPLNC    GENERIC   AFFIL
            STATUS    RATING       CONDITION CD    COMMENTS    INFO IND   ! RATING  REMARK   REMARK    REMARK    REMARK
   RECEIVED                                                              !
   ORIGINAL  93                                                          !  G       CLA

                  FIRST      MIDDLE     LAST     GEN
                  NAME       NAME       NAME     SUFFIX      RESULT
   NAME VERIFICATION FLAGS  (S)         (U)      (S)         (S)                              TU 20
```

Exhibit 64 - 001

File Number:      350709791            Page 4 of 5
Date Issued:      06/12/2020

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**NATIONAL CREDIT SYSTEMS** #42732** ( PO BOX 312125, ATLANTA, GA 31131-2125, (404) 629-9595 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 12/12/2019 | **Balance:** | $5,375 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 06/11/2020 | | |
| **Account Type:** | Open Account | **Original Amount:** | $5,375 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MAIN STREET RENEWAL LLC (Rental/Leasing) | | |
| | | **Past Due:** | >$5,375< | | |

**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 06/2026



TU 32

P -I000004      04/10

Exhibit 64 - 002

```
1LOC. 03                               TRANS UNION CORPORATION              DATE: 07/17/20  TIME: 07:50
RPT-ID: K4CGI500-1                       CONSUMER RELATIONS                              PAGE:22384
                                  CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED
        DEPT:
SUBSCRIBER RESPONSE DATE:  07/16/20              CONTROL: 350709791   020  003    IMAGE: YES - 1
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 08/02/20   DATE ENTERED: 07/09/20    DATE RECD: 07/09/20
                                                VERF    SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
    NAME: ROBBIN UNDRA WARD                     (S) NAME:
    AKA: ROBIN A WARD                               AKA:
    ADDR: 5390 S SHERMAN ST                     (S) ADDR:
          LITTLETON, CO 80121-1032
    PREV: 2831 ULTCA ST                         (U) PREV:
          DENVER, CO 80212
    SSN: 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                            (S)  SSN:
    DOB: 04/26/61                               (S)  DOB:
    PHONE: 219-902-6324                         (S) PHONE:
CONSUMER    Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID
 DISPUTE:
CONSUMER MESSAGE:  Provided FTC identity theft report for case 119477722

RESPONSE CODE:   23 DISPUTED INFORMATION ACCURATE. UPDATED ACCOUNT INFORMATION UNRELATED TO THE DISPUTE.
--------------------------------------------------------------------------------------------------
SUPPRESS?:                           UPDATE?: X     AUTH BY: Diana Woodward         / 404-629-9595
--------------------------------------------------------------------------------------------------
SUBSCRIBER:  National Credit Systems Inc    ACCOUNT #:4273220          SUB.CODE:  1GVJ001   OPEN DATE:  12/12/19

 UPDATE?      ACCOUNT STATUS      PAYMENT RATING    COMPL COND CODE    SPECIAL COMMENTS    CONS INFO IND

    ORIGINAL-->    93                            XB
          PORF TP.   ACCOUNT TP.         ECOA            PAYMENT AMT      PAYMENT DATE

    ORIGINAL-->  O        AG: COLL AGCY/ATTRNY    I
          OPENED         EFFECTIVE                       CURRENT BLNC     PAST DUE
   *                     07/13/20
    ORIGINAL-->  12/12/19     07/05/20                   $5375            $5375
          CLOSED                                 CREDIT LIMIT     HIGH CREDIT

    ORIGINAL-->                                                   $5375
          DT 1ST DEL       ORIG CHRG OFF             PP START DT    PYMT PATTERN    ORIGINAL PP
                                                     06/2020
    ORIGINAL-->  07/17/19                            06/2020
          TERMS (DUE AMT/FREQ/DUR)         ORIGINAL CLIENT - CLASS

    ORIGINAL-->  / /                       MAIN STREET RENEWAL LLC-09
          SP. PAYMENT (BALLOON AMT - DUE DT)   SP. PAYMENT (DEFERRED DT)

    ORIGINAL-->
          PORTFOLIO SALE                     MORTGAGE (ID#/ACCT#/AGCY)

    ORIGINAL-->
--------------------------------------------------------------------------------------------------
          ACCT     PAYMENT    COMPLIANCE    SPECIAL    CONSUMER  !  ACCT    RATING   CMPLNC   GENERIC   AFFIL
          STATUS   RATING     CONDITION CD  COMMENTS   INFO IND  !  RATING  REMARK   REMARK   REMARK    REMARK
  RECEIVED                                                       !
  ORIGINAL  93                                                   !  G       CLA      AID

                  FIRST     MIDDLE    LAST     GEN
                  NAME      NAME      NAME     SUFFIX      RESULT
  NAME VERIFICATION FLAGS  (S)       (U)       (S)                 (S)
```

TU 74

Exhibit 64 - 003

File Number:          350709791                    Page 4 of 6
Date Issued:          07/17/2020

## Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**NATIONAL CREDIT SYSTEMS** #42732** ( PO BOX 312125, ATLANTA, GA 31131-2125, (404) 629-9595 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated.** Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 12/12/2019 | **Balance:** | $5,375 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 07/13/2020 | | |
| **Account Type:** | Open Account | **Original Amount:** | $5,375 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MAIN STREET RENEWAL LLC (Rental/Leasing) | | |
| | | **Past Due:** | >$5,375< | | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 06/2026



TU 91

P -I000004          04/14

Exhibit 64 - 004