| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 99990162091415007 | | | Dispute 1 | | [ 001 ] NOT HIS/HERS. PROVIDE COMPLETE ID |
|---|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | | |
| Date Created | 06/11/2020 | Response Due | 07/04/2020 | Dispute 2 | | |
| Subscriber Code | 401YC19990 | | | | | |
| Account Number | 4273220 | | | | | |
| Grantor Name | National Credit Systems Inc | | | FCRA Relevant Information | | I have no idea why this is reported. I am wondering if someone stole my identity to access Main Street Renewal LLC |
| Responder Name | Nisha Rawat | | | | | |
| Responder Phone | 404-629-9595 | Response Date | 06/12/2020 | | | |

| Response Code | ☐ Verified As Reported | ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute | ☐ Delete Account | ☐ Delete Fraud |
|---|---|---|---|---|

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | WARD ROBBIN U | ☐ | Name | WARD ROBBIN |
| AKA/FN | | ☐ | AKA/FN | |
| Address | 5390 S SHERMAN ST, LITTLETON, CO 80121 | ☑ | Address | 5390 S SHERMAN ST, LITTLETON, CO 80121 |
| Previous | 1960 MITTENWALD DR APT 719, COLORADO SPRINGS, CO 80918 | ☐ | Previous | |
| SSN | 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 | ☑ | SSN | 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 |
| DOB | 04/26/1961 | ☐ | DOB | |
| Phone | | ☐ | Phone | |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 06/07/2020 | I | 12/2019 | D | |
| **06/12/2020** | | | **D** | |
| Last Payment Date | Purge Key / DOFD | Original Amount | Current Balance | |
| | 07/2020 | | $5375 | |
| | | | | [ 057 ] COLLECTION ACCOUNT |
| Original Creditor Name | | Creditor Classification | | |
| MAIN STREET RENEWAL LLC | | [ 09 ] RENTAL/LEASING | | |

| Consumer Info Indicator | |
|---|---|
| | |
| Compliance Condition Code | |
| | |
| Special Comment Code | |
| | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| | |
| Payment Rating | |
| | |

Exhibit 65 - 001

EIS-Ward-000001

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
| --- |

| *Collection Agency Information*    *(This section includes accounts that have been placed for collection with a collection agency.)* |
| --- |

**>>> The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.  Account # − 4273220 The results are:**  We verified that this item belongs to you. This account has been updated. THE FOLLOWING FIELDS HAVE BEEN MODIFIED:  *ADDITIONAL INFORMATION. If you have additional questions about this item please contact:  **National Credit Systems Inc, 3750 Naturally Fresh Blvd, Atlanta  GA 30349−2964 Phone: (678) 244−2841***

| *National Credit Systems Inc*    *3750 NATURALLY FRESH BLVD  ATLANTA GA 30349−2964 : (678) 244−2841* |
| --- |

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
| --- | --- | --- | --- | --- | --- |
| 4273220 | 06/2020 | 12/2019 | Rental/Leasing | Main Street Renewal LLC | $5,375 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
| --- | --- | --- | --- | --- | --- | --- |
| 06/2020 | Unpaid | 07/2019 | 06/2020 | $5,375 | | Individual Account |

ADDITIONAL INFORMATION:

*Collection Account*

Exhibit 65 - 002

EIS-Ward-000006

| COLLECTION | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Control Number | 9999018602909110 | | | Dispute 1 | [ 020 ] CLAIMS TRUE IDENTITY FRAUD - ACCOUNT FRAUDULENTLY OPENED INITIATE INVESTIGATION. |
|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | |
| Date Created | 07/04/2020 | Response Due | 07/27/2020 | Dispute 2 | |
| Subscriber Code | 401YC19990 | | | | |
| Account Number | 4273220 | | | FCRA Relevant Information | IMAGE ATTACHED |
| Grantor Name | National Credit Systems Inc | | | | |
| Responder Name | Cathy Boehler | | | | |
| Responder Phone | 404-629-9595 | Response Date | 07/13/2020 | | |
| Response Code | ☐ Verified As Reported | ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute | ☐ Delete Account | | ☐ Delete Fraud |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | WARD ROBBIN U | ☐ | Name | WARD ROBBIN |
| AKA/FN | WARD ROBIN A | ☐ | AKA/FN | WARD |
| Address | 5390 S SHERMAN ST, LITTLETON, CO 80121 | ☑ | Address | 5390 S SHERMAN ST, LITTLETON, CO 80121 |
| Previous | 1960 MITTENWALD DR APT 719, COLORADO SPRINGS, CO 80918 | ☑ | Previous | 1960 MITTENWALD DR APT 719, COLORADO SPRINGS, CO 80918 |
| SSN | 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 | ☑ | SSN | 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 |
| DOB | 04/26/1961 | ☑ | DOB | 04/26/1961 |
| Phone | | ☐ | Phone | |

| Date Of Account Info | ECOA | Date Assigned | Collection status | Narratives |
|---|---|---|---|---|
| 06/21/2020 | I | 12/2019 | D | [ 166 ] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| **07/06/2020** | | | **D** | |
| **Last Payment Date** | **Purge Key / DOFD** | **Original Amount** | **Current Balance** | |
| | 07/2020 | | $5375 | |
| | | | **$5375** | [ 166 ] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| **Original Creditor Name** | | **Creditor Classification** | | [ 057 ] COLLECTION ACCOUNT |
| MAIN STREET RENEWAL LLC | | [ 09 ] RENTAL/LEASING | | |

| Consumer Info Indicator | |
|---|---|
| Compliance Condition Code | [ XB ] Account information disputed by consumer |
| Special Comment Code | |
| Account Status | [ 93 ] Account seriously past due and/or assigned to internal or external collections |
| Payment Rating | |

Printed 10/12/2021        Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction        Page 1 of 2

Exhibit 65 - 003

EIS-Ward-000030

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

| *The Results Of Our Reinvestigation* |
| --- |

| *Collection Agency Information*   *(This section includes accounts that have been placed for collection with a collection agency.)* |
| --- |

**>>> *We have researched the collection account.  Account # − 4273220  The results are:*** We verified that this item belongs to you. THE FOLLOWING FIELDS HAVE BEEN MODIFIED:  *STATUS DATE  *BALANCE DATE  *ADDITIONAL INFORMATION. If you have additional questions about this item please contact:
***National Credit Systems Inc, 3750 Naturally Fresh Blvd, Atlanta, GA 30349−2964  Phone: (678) 244−2841***

*National Credit Systems Inc*     *3750 NATURALLY FRESH BLVD  ATLANTA GA 30349−2964 : (678) 244−2841*

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
| --- | --- | --- | --- | --- | --- |
| 4273220 | 07/2020 | 12/2019 | Rental/Leasing | Main Street Renewal LLC | $5,375 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
| --- | --- | --- | --- | --- | --- | --- |
| **07/2020** | Unpaid | 07/2019 | **07/2020** | $5,375 | | Individual Account |

ADDITIONAL INFORMATION:

Consumer Disputes This Account Information

**Collection Account**

Exhibit 65 - 004

EIS-Ward-000036