PO Box 9701
Allen, TX 75013



ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

## ROBBIN E WARD
### Your Credit Report

Report # **1864-6306-72** for **06/10/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession | C | Collection |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government | ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Credit items

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

**ROBBIN E WARD** | Report # **1864-6306-72** for **06/10/20**

**Date opened**
Dec 2019
**Address ID #**
0618403931
**Original creditor**
MAIN STREET RENEWAL LLC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Feb 2020
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$5,375
**High balance**
Not reported

**Recent balance**
$5,375 as of Jun 2020
**Status**
Collection account. $5,375 past due as of Jun 2020. This account is scheduled to continue on record until Apr 2026.
**Date of Status**
Dec 2019

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

The original amount of this account was $5,375

## Your accounts in good standing These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135.... PO BOX 8803 WILMINGTON DE 19899 (888) 232 0780

**Date opened**
May 2012
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Dec 2013
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$3,000
**High balance**
$9,453

**Recent balance**
$0 /paid as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 34 | 33 | 1,676 | 1,940 | 2,298 | 2,748 | 2,507 | 102 | 0 | 0 | 0 | 0 |
| DPR | Feb20 | Feb20 | Feb20 | Jan14 | Jan03 | Nov30 | Oct21 | Sep23 | Aug23 | Jul16 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 0 | 27 | 27 | 27 | 33 | 52 | 60 | 72 | 80 | 27 | 27 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | 68 | 33 | 1,823 | 300 | 400 | 500 | 30 | 150 | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 | Feb21 |
| SPA ($) | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $3,000

**BIG O TIRES/CBNA** Partial Acct # 601154934426.... PO BOX 6497 SIOUX FALLS SD 57117 **No phone # available**

**Date opened**
Feb 2016
**Address ID #**
0152940643
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Mar 2016
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$1,600
**High balance**
$1,321

**Recent balance**
$0 /paid as of Jun 2020
**Status**
Open/Never late.
**Date of Status**
Jun 2020

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 | Oct24 |
| SPA ($) | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 289 | 439 | 659 | 879 | 1,100 |
| DPR | Oct24 | Oct24 | Oct24 | Oct24 | Sep20 | Aug27 | Aug02 | Jul02 | May21 |
| SPA ($) | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jun 2018 and May 2020, your credit limit/high balance was $1,600

**CITI CARDS/CITIBANK** Partial Acct # 542418125342.... PO BOX 6241 SIOUX FALLS SD 57117 (800) 843 0777

**Date opened**
Nov 2011
**Address ID #**
0152940643
**Type**
Credit card

**Responsibility**
Authorized user
**First reported**
Sep 2012
**Terms**
Not reported

**Monthly payment**
Not reported
**Credit limit or original amount**
$5,900
**High balance**
$3,560

**Recent balance**
Not reported
**Status**
Paid, Closed/Never late. This account is scheduled to continue on record until Aug 2023.
**Comment**
Account closed at consumer's request.
**Date of Status**
Aug 2013

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 |
|---|---|---|---|---|
| RUN DATE: | 02/23/2022 | ACDV Response | DOCUMENT VIEWED: | |
| RUN TIME: | 08:31:26 | **Auto Response:** | | |
| SUBCODE: | 2980803 | ACCOUNT #:  4273220 | | |
| | | SUBSCRIBER: National Credit Systems Inc | | |

2267285136001

| DISPUTE REASON: | 001- Not his/hers. Provide complete ID. I HAVE NO KNOWLEDGE OF THIS ACCOUNT. I HAVE NOT OPENED A NEW ACCOUNT AND DO NOT RECOGNIZE THIS CREDIT LENDER. | Office: | 1 |
|---|---|---|---|
| | | Date Sent: | 06/10/2020 |
| | | Date Due: | 07/03/2020 |
| REMARKS: | | Resp Date: | 06/11/2020 |
| | | **DNR Date:** | **07/03/2020** |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | | |
|---|---|---|---|---|
| Name: | ROBBIN E WARD | ROBBIN WARD | Name Flag: | S U S |
| SSN: DOB: | 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    04/26/1961 | | Second Name: | |
| Curr Address: | 5390 S SHERMAN ST | | Curr Addr Flag: | Same |
| | LITTLETON, CO | | Prev Addr Flag: | |
| ZIP: | 80121 | | SSN Flag: | Same |
| Prev Addr 1: | | | DOB Flag: | Unknown |
| Prev Addr 2: | | | Authorized Verifier: | Neha Mahi |
| Account Name: | | | Phone: | (404) 629-9595 |
| RESPONSE: | **23 – Change-Disp info accurate-Updated acct info unrelated to dispute** | | DF Contact Phone #: | |

| TRADE INFORMATION | | SUBSCRIBER RESPONSE | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | / COLL ACCT | | | |
| Act Status/Rating: | | | | | | |
| Payment Rating: | | | | | | |
| CII: | ECOA: | | | 1 | | |
| Balance: | Balance Date: | **06/11/2020** | 5,375 | 06/07/2020 | | |
| Amt Past Due: | | | 5,375 | | | |
| Orig Delinq Date: | | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | | | 5,375 | | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: | Act Pay: | | | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | | | | | | |
| Open Date: | Closed Date: | | 12/12/2019 | | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | | | | | | |
| Type: | Terms: Freq: | | 48 | 001 | | |
| Original Creditor: | | | MAIN STREET RENEWAL LLC | | | |
| Special Payment/Date/Amt: | | | | | | |

### Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

### On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | G | G | G | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |

# Exhibit 66 - 003

EXP-WARD 000021