PO Box 9701
Allen, TX 75013



ROBBIN E WARD
5390 S SHERMAN ST
LITTLETON CO  80121

# ROBBIN E WARD
## Dispute Results
### Report # **2267-2851-36** for **06/11/20**

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report.  **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.  **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

**NATIONAL CREDIT SYSTEM** 4273220 **Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.**

**Before dispute**

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

| **Date opened** Dec 2019 | **First reported** Feb 2020 | **Recent balance** $5,375 as of Jun 2020 | **Payment history** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Date opened** Dec 2019
**Address ID #** 0618403931
**Original creditor** MAIN STREET RENEWAL LLC
**Type** Collection
**Responsibility** Individual

**First reported** Feb 2020
**Terms** 1 Months
**Monthly payment** Not reported
**Credit limit or original amount** $5,375
**High balance** Not reported

**Recent balance** $5,375 as of Jun 2020
**Status** Collection account. $5,375 past due as of Jun 2020. This account is scheduled to continue on record until Apr 2026.
**Date of Status** Dec 2019

**Payment history**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 |  | C | C | C | C | C |  |  |  |  |  |  |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

If our reinvestigation has not resolved your dispute, you have several options:

0184136739

**Exhibit 68 - 001** EXP-WARD 000022

**ROBBIN E WARD** | Report # **2267-2851-36** for **06/11/20**

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

### Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current | **150** | Account 150 days past due | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Account 30 days past due | **180** | Account 180 days past due | **R** | Repossession | **C** | Collection |
| **60** | Account 60 days past due | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Account 90 days past due | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Account 120 days past due | **F** | Foreclosed | **G** | Claim filed with government | **ND** | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Credit items

**NATIONAL CREDIT SYSTEMS** Partial Acct # 4273220 PO BOX 312125 ATLANTA GA 31131 (404) 629 9595

| **Date opened** Dec 2019 | **First reported** Feb 2020 | **Recent balance** $5,375 as of Jun 2020 |
|---|---|---|
| **Address ID #** 0618403931 | **Terms** 1 Months | **Status** Collection account. $5,375 past due as of Jun 2020. |
| **Original creditor** MAIN STREET RENEWAL LLC | **Monthly payment** Not reported | This account is scheduled to continue on record until |
| **Type** Collection | **Credit limit or original amount** $5,375 | Apr 2026. |
| **Responsibility** Individual | **High balance** Not reported | **Date of Status** Dec 2019 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | C | C | C | C | C | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 |
|---|---|---|---|---|
| AB ($) | 5,375 | 5,375 | 5,375 | 5,375 |
| DPR | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND |

The original amount of this account was $5,375