**ROBBIN E WARD** | Report # **2267-2851-36** for **06/11/20**

1331976
**Type**
Mortgage

## Record of requests for your credit history We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 06/08/20 Reason** Real Estate. This inquiry is scheduled to continue on record until Jul 2022.

**ADVANTAGE/FAIRWAY INDEPE No phone # available Address ID #:** 0152940643 **Date 12/16/19 Reason** Real Estate. This inquiry is scheduled to continue on record until Jan 2022.

**EQUIFAX MORTGAGE SOLUTIO** 815 E GATE DR STE 102 MOUNT LAUREL NJ 08054 (800) 333 0037 **Address ID #:** 0152940643 **Date 12/03/19 Reason** Mortgage on behalf of FREEDOM MORTGAGE CO. This inquiry is scheduled to continue on record until Jan 2022.

**FREEDOM FINC/CROSS RIVER** 885 TEANECK RD TEANECK NJ 07666 (201) 808 7000 **Address ID #:** 0903188313 **Date 06/19/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Jul 2021.

**ADVANTAGE/FAIRWAY INDEPE** 4801 S BILTMORE LN MADISON WI 53718 **No phone # available Address ID #:** 0152940643 **Date 04/25/19 Reason** Real Estate. This inquiry is scheduled to continue on record until May 2021.

**JPMCB CARD** PO BOX 15369 WILMINGTON DE 19850 (800) 945 2000 **Address ID #:** 0152940643 **Date 02/09/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2021.

**RENTGROW** 177 HUNTINGTON AVESTE 1703 BOSTON MA 02115 (800) 898 1351 **Address ID #:** 0152940643 **Date 01/30/19 Reason** Rental on behalf of MAIN STREET RENEWAL. This inquiry is scheduled to continue on record until Feb 2021.

**RENTAL PROPERTY SOLUTION** PO BOX 509124 SAN DIEGO CA 92150 (800) 637 2422 **Address ID #:** 0152940643 **Date 01/23/19 Reason** Rental on behalf of GTIS 643 PM DALLAS. This inquiry is scheduled to continue on record until Feb 2021.

**SYNCB/JC PENNEY** PO BOX 965007 ORLANDO FL 32896 (866) 227 5213 **Address ID #:** 0152940643 **Date 11/23/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Dec 2020.

### CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **Date: 06/11/20; 06/10/20**

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available Date: 06/11/20; 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available Date: 06/10/20**

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769 **Date: 06/10/20; 06/10/20**

**EXPERIAN No phone # available Date: 06/10/20**

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available Date: 06/10/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **Date: 05/21/20**

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available Date: 05/05/20; 04/22/20; 04/15/20; 04/10/20; 03/28/20; 03/21/20; 02/25/20; 02/18/20; 02/13/20; 02/07/20; 01/26/20; 01/22/20; 01/15/20; 01/09/20; 01/02/20; 12/20/19; 12/13/19**

**WELLS FARGO BANK MTG** PO BOX 10335 DES MOINES IA 50306 (800) 288 3212 **Date: 03/02/20**

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available Date: 02/27/20**

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available Date: 01/26/20**

**ADVANTAGE CREDIT INC** 32065 CASTLE CT STE 300 EVERGREEN CO 80439 (303) 670 7993 On behalf of FAIRWAY INDEPENDENT MORT for 30 **Date: 01/13/20**

**TD BANK** PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available Date: 12/13/19**

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of STATE AUTO INSURANCE COM for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AUTO OWNERS INSURANCE CO for Insurance underwriting **Date: 11/04/19**

**LEXISNEXIS/INS/P&C No phone # available** On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting **Date: 11/04/19**

**TD/TARGET** PO BOX 673 MINNEAPOLIS MN 55440 (612) 307 8622 **Date: 09/15/19**

**AFFIRM INC/CROSS RIVER B** 30 ISABELLA ST FL 4L12 PITTSBURGH PA 15212 (855) 423 3729 **Date: 08/27/19; 03/03/19**

**BEST EGG** 1523 CONCORD PIKE STE 201 WILMINGTON DE 19803 (302) 358 2730 **Date: 05/28/19**

**FREEDOM PLUS/CRB** 1875 S GRANT ST STE 400 SAN MATEO CA 94402 (888) 950 4829 **Date: 05/28/19**

**LENDINGPOINT LLC** 1201 ROBERTS BLVD NW STE 200 KENNESAW GA 30144 (844) 885 8713 **Date: 05/28/19**

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9733 **Date: 05/28/19**

0184136739

**Exhibit 69**    EXP-WARD 000035