PO Box 9701
Allen, TX 75013



ROBBIN WARD
5390 S SHERMAN ST
LITTLETON CO  80121

# Your Credit Report

Report # **3694-3789-75** for **May 04, 2022**



# Hi, Robbin. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

### Payment History
***100% of your accounts always paid as agreed***

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

***Even one missed or late payment can negatively impact your credit score.***

### Amount of Debt
***You have 1% revolving credit utilization***

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

***The lower the percentage, the better.***

**EXCEPTIONAL**

# 803
FICO SCORE 8

### Credit History Length
***Your average account age is 4.8 years***

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

***A longer active credit history is better for your score.***

### Amount of New Credit
***You have initiated 1 credit application(s) in the past year***

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

***Too many in too short a time can lower your credit score.***

### Credit Mix
***Different Types of accounts***

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

***Repaying a variety of debt products indicates the borrower can handle all sorts of credit.***

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

Exhibit 71 – 001

# Credit Report Insights (11) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

 ## What May Be Helping...

 ## What May Be Hurting...

**11**
**ACCOUNT(S) PAID AS AGREED**

**100%**
**OF ACCOUNTS HAVE ONTIME PAYMENTS**

**1%**
**REVOLVING CREDIT UTILIZATION**



**803**

FICO SCORE 8
Experian data May 04, 2022

300                                              850

Get more out of your score and report with a free online account. visit experian.com/view.

**0**
**ACCOUNT(S) WITH LATE PAYMENTS**

**0%**
**OF ACCOUNTS WITH LATE PAYMENTS**

**0**
**COLLECTIONS ACCOUNT(S)**

**0**
**BANKRUPTCY (CIES)**

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Great job making payments on time. Keep up the great work.*

*Great job keeping your credit utilization under 30 percent.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries

## Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.



experian. | Boost.

Create your free account at experian.com/scoreboost
Results may vary. See Experian.com for details.

Exhibit 71 - 002

# Did You Know?

**Personal statements you've asked us to include**  You've given us the following statement to include every time a company asks us for your credit report: "FILE FROZEN DUE TO FEDERAL LEGISLATION."

# What's In Your Credit Report?

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    3

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    7

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    8

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

# Payment History Legend

| | | | |
|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**BARCLAYS BANK DELAWARE** Partial Acct # 00015192135....          **Status (Dec 2021**) Paid, Closed/Never late.
PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

| **Type** Credit card | **Date opened** May 2012 | **Address ID #** 0152940643 | **Credit limit or original amount** $3,000 | **Recent balance** Not reported | **Responsibility** Authorized user |
|---|---|---|---|---|---|
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $9,453 | | **Comment:** Closed due to inactivity | This account is scheduled to continue on record until Dec 2031. |

| | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 | 02.20.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data |

*Between May 2020 and Nov 2021, your credit limit/high balance was $3,000*

Exhibit 71 - 003

## Your Positive Account Activity (Continued)

### BELLCO CREDIT UNION Partial Acct # 60594....
7600 E ORCHARD RD STE 400N GREENWOOD VILLAGE CO 80111; (303) 689 7800

**Status (Mar 2022)** Open/Never late.

| **Type** Home Equity | **Date opened** Mar 2022 | **Address ID #** 0152940643 | **Credit limit or original amount** $35,000 | **Recent balance** $35,000 as of Mar 2022 | **Responsibility** Joint with MEGAN ELIZABETH HENDERSON |
| --- | --- | --- | --- | --- | --- |
| **Terms** Not reported | **Monthly payment** $212 | **High balance** $35,000 | | | |

### BIG O TIRES/CBNA Partial Acct # 601154934426....
PO BOX 6497 SIOUX FALLS SD 57117; (800) 950 5114

**Status (Apr 2022)** Open/Never late.

| **Type** Charge Card | **Date opened** Feb 2016 | **Address ID #** 0152940643 | **Credit limit or original amount** $1,600 | **Recent balance** $0 /paid as of Apr 2022 | **Responsibility** Individual |
| --- | --- | --- | --- | --- | --- |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $1,321 | | | |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 | 10.24.18 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between May 2020 and Mar 2022, your credit limit/high balance was $1,600*

### CITI CARDS/CITIBANK Partial Acct # 542418125342....
PO BOX 6241 SIOUX FALLS SD 57117; (800) 843 0777

**Status (Aug 2013)** Paid, Closed/Never late.

| **Type** Credit card | **Date opened** Nov 2011 | **Address ID #** 0152940643 | **Credit limit or original amount** $5,900 | **Recent balance** Not reported | **Responsibility** Authorized user This account is scheduled to continue on record until Aug 2023. |
| --- | --- | --- | --- | --- | --- |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $3,560 | | **Comment** Account closed at consumer's request. | |

### COLORADO CU/ MDT Partial Acct # 784840....
10026 W SAN JUAN WAY STE 200 LITTLETON CO 80127; (720) 981 2300

**Status (Jan 2020)** Paid, Closed/Never late.

| **Type** Home Equity | **Date opened** Mar 2017 | **Address ID #** 0152940643 | **Credit limit or original amount** $25,000 | **Recent balance** Not reported | **Responsibility** Joint with MEGAN  HENDERSON This account is scheduled to continue on record until Jan 2030. |
| --- | --- | --- | --- | --- | --- |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $23,892 | | | |

### DISCOVER BANK Partial Acct # 601100010275....
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Apr 2022)** Open/Never late.

| **Type** Credit card | **Date opened** Jun 2013 | **Address ID #** 0152940643 | **Credit limit or original amount** $4,750 | **Recent balance** $1,078 as of Apr 2022 | **Responsibility** Authorized user |
| --- | --- | --- | --- | --- | --- |
| **Terms** Not reported | **Monthly payment** $35 | **High balance** $4,660 | | | |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account Balance | $0 | $2,294 | $2,797 | $2,839 | $1,143 | $406 | $406 | $950 | $408 | $41 | $264 | $59 | $740 | $1,031 |
| Date Payment Received | 03.13.22 | 02.07.22 | 01.11.22 | 12.13.21 | 11.12.21 | 10.17.21 | 09.17.21 | 07.26.21 | 06.20.21 | 06.11.21 | 05.13.21 | 03.19.21 | 03.12.21 | 02.12.21 |
| Scheduled Payment Amount | $0 | $49 | $56 | $56 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $36 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Exhibit 71 - 004

**Your Positive Account Activity (Continued)**

| | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,536 | $1,990 | $350 | $912 | $77 | $281 | $266 | $200 | $57 |
| Date Payment Received | 01.13.21 | 11.20.20 | 10.20.20 | 10.13.20 | 09.11.20 | 08.13.20 | 07.13.20 | 06.16.20 | 04.19.20 |
| Scheduled Payment Amount | $37 | $40 | $35 | $35 | $35 | $35 | $35 | $35 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between May 2020 and Mar 2022, your credit limit/high balance was $4,750*

---

**FIRSTBANK** Partial Acct # 480379380925....
12345 W COLFAX AVE LAKEWOOD CO 80215; No phone # available

**Status (Apr 2022)** Open/Never late.

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Feb 2014 | 0152940643 | $2,500 | $260 as of Apr 2022 | Joint with MEGAN HENDERSON |
| **Terms** | **Monthly payment** | **High balance** | **Recent payment** | | |
| Not reported | $20 | $2,250 | $267 | | |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $115 | $294 | $495 | $187 | $142 | $172 | $112 | $90 | $24 | $58 | $0 | $0 | $10 | $0 |
| Date Payment Received | 03.21.22 | 02.16.22 | 01.20.22 | 12.20.21 | 11.19.21 | 10.20.21 | 09.09.21 | 08.23.21 | 07.20.21 | 04.23.21 | 04.23.21 | 04.23.21 | 02.19.21 | 02.19.21 |
| Scheduled Payment Amount | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $0 | $0 | $10 | $0 |
| Actual Amount Paid | $434 | $637 | $188 | $142 | $172 | $722 | $90 | $139 | $143 | No Data | No Data | $10 | No Data | $497 |

| | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $434 | $0 | $141 | $88 | $395 | $0 | $16 | $0 | $16 |
| Date Payment Received | 01.11.21 | 12.07.20 | 10.15.20 | 10.15.20 | 08.24.20 | 08.24.20 | 07.20.20 | 06.19.20 | 05.20.20 |
| Scheduled Payment Amount | $20 | $0 | $20 | $20 | $20 | $0 | $16 | $0 | $16 |
| Actual Amount Paid | $24 | $162 | No Data | $411 | No Data | $281 | $40 | $16 | $16 |

*Between May 2020 and Mar 2022, your credit limit/high balance was $2,500*

---

**FREEDOM MORTGAGE CORP** Partial Acct # 9305....
PO BOX 50485 INDIANAPOLIS IN 46250; No phone # available

**Status (Jan 2020)** Paid, Closed/Never late.

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Mortgage | Dec 2015 | 0152940643 | $268,300 | Not reported | Joint with MEGAN HENDERSON |
| **Terms** | **Monthly payment** | **High balance** | | | This account is scheduled to continue on record until Jan 2030. |
| 30 Years | Not reported | Not reported | | | |

**Fannie Mae ID**
1736222572

---

**JPMCB CARD** Partial Acct # 426684145913....
PO BOX 15369 WILMINGTON DE 19850; (800) 935 9935

**Status (Mar 2016)** Paid, Closed/Never late.

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Feb 2016 | 0152940643 | $3,200 | Not reported | Authorized user |
| **Terms** | **Monthly payment** | **High balance** | | **Comment** | This account is scheduled to continue on record until Mar 2026. |
| Not reported | Not reported | Not reported | | Account closed at consumer's request. | |

---

**JPMCB CARD** Partial Acct # 426684160032....
PO BOX 15369 WILMINGTON DE 19850; (800) 935 9935

**Status (Apr 2022)** Open/Never late.

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Feb 2019 | 0152940643 | $8,700 | $0 /paid as of Apr 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $5,129 | | | |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $659 | $0 | $261 | $83 | $0 | $0 | $0 | $0 | $0 | $146 | $0 |
| Date Payment Received | 03.22.22 | 02.18.22 | 01.08.22 | 11.14.21 | 11.14.21 | 09.21.21 | 08.20.21 | 08.20.21 | 05.21.21 | 05.21.21 | 05.21.21 | 04.09.21 | 12.18.20 | 12.18.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $40 | $0 | $40 | $40 | $0 | $0 | $0 | $0 | $0 | $35 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

Exhibit 71 - 005

**Your Positive Account Activity (Continued)**

|  | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 |
|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $574 | $799 | $101 | $420 |
| Date Payment Received | 12.18.20 | 12.18.20 | 10.30.20 | 09.18.20 | 09.04.20 | 08.05.20 |
| Scheduled Payment Amount | $0 | $0 | $35 | $35 | $35 | $35 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Aug 2020 and Mar 2022, your credit limit/high balance was $8,700*

---

**MOUNTAIN AMERICA FCU** Partial Acct # 12130890....                    **Status (May 2022)** Open/Never late.
7181 S CAMPUS VIEW DR WEST JORDAN UT 84084; (800) 748 4302

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Sep 2020 | 0152940643 | $31,195 | $23,680 as of May 2022 | Joint with MEGAN ELIZABETH HENDERSON |
| **Terms** | **Monthly payment** | **High balance** | **Recent payment** | | |
| 72 Months | $481 | Not reported | $500 | | |

|  | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $24,109 | $24,543 | $24,969 | $25,394 | $25,822 | $26,242 | $26,666 | $27,090 | $27,504 | $27,924 | $28,340 | $28,757 | $29,173 | $29,594 |
| Date Payment Received | 03.07.22 | 02.07.22 | 01.07.22 | 12.07.21 | 11.08.21 | 10.07.21 | 09.07.21 | 08.09.21 | 07.07.21 | 06.07.21 | 05.07.21 | 04.07.21 | 03.08.21 | 02.08.21 |
| Scheduled Payment Amount | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 | $481 |
| Actual Amount Paid | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |

|  | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 |
|---|---|---|---|---|---|
| Account Balance | $30,002 | $30,412 | $30,830 | $31,195 | $31,195 |
| Date Payment Received | 01.07.21 | 12.07.20 | 11.09.20 | No Data | No Data |
| Scheduled Payment Amount | $481 | $481 | $481 | $481 | $481 |
| Actual Amount Paid | $500 | $500 | $500 | No Data | No Data |

*The original amount of this account was $31,195*

---

**SYNCB/JCPENNEY** Partial Acct # 600889140580....                    **Status (May 2022)** Open/Never late.
PO BOX 965007 ORLANDO FL 32896; (800) 542 0800

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Nov 2018 | 0152940643 | $500 | $0 /paid as of May 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $346 | | | |

|  | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|  | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 | 01.14.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jul 2021 and Apr 2022, your credit limit/high balance was $500*          *Between May 2020 and Jun 2021, your credit limit/high balance was $2,200*

---

**SYNCB/LOWES** Partial Acct # 798192406916....                    **Status (Apr 2022)** Open/Never late.
PO BOX 965005 ORLANDO FL 32896; (800) 444 1408

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Sep 2016 | 0152940643 | $7,600 | $0 /paid as of Apr 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $1,600 | | | |

|  | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $112 | $205 | $349 | $539 | $607 | $779 | $1,074 | $1,021 | $1,096 | $1,007 |
| Date Payment Received | 11.24.21 | 11.24.21 | 11.24.21 | 11.24.21 | 10.22.21 | 10.03.21 | 09.05.21 | 07.27.21 | 07.11.21 | 05.20.21 | 04.06.21 | 04.06.21 | 03.07.21 | 02.09.21 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $29 | $29 | $29 | $29 | $29 | $29 | $64 | $34 | $32 | $29 |
| Actual Amount Paid | No Data | No Data | No Data | $112 | $205 | $150 | $200 | $200 | $416 | $300 | No Data | $150 | No Data | $278 |

**Your Positive Account Activity (Continued)**

|  | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $278 | $350 | $400 | $500 | $700 | $880 | $1,060 | $769 | $144 |
| Date Payment Received | 01.10.21 | 12.09.20 | 11.08.20 | 10.09.20 | 09.06.20 | 08.09.20 | 07.03.20 | 06.09.20 | 09.24.19 |
| Scheduled Payment Amount | $29 | $29 | $28 | $28 | $28 | $28 | $28 | $28 | $28 |
| Actual Amount Paid | $100 | $50 | $100 | $200 | $180 | $180 | $269 | $193 | No Data |

*Between Oct 2021 and Mar 2022, your credit limit/high balance was $7,600*          *Between May 2020 and Sep 2021, your credit limit/high balance was $5,800*

---

**TD BANK USA/TARGETCREDIT** Partial Acct # 585975207031….          **Status (Apr 2022)** Open/Never late.
PO BOX 673 MINNEAPOLIS MN 55440; (888) 755 5856

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Dec 2012 | 0152940643 | $2,100 | $26 as of Apr 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $1,060 | | | |

|  | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $220 | $16 | $62 | $112 | $93 | $44 | $0 | $44 | $51 | $47 | $206 |
| Date Payment Received | 01.08.22 | 01.08.22 | 01.08.22 | 12.04.21 | 11.12.21 | 10.15.21 | 09.16.21 | 08.16.21 | 07.10.21 | 06.14.21 | 05.14.21 | 04.16.21 | 03.05.21 | 02.06.21 |
| Scheduled Payment Amount | $0 | $0 | $0 | $16 | $16 | $29 | $29 | $29 | $0 | $0 | $29 | $29 | $29 | $0 |
| Actual Amount Paid | No Data | No Data | $382 | $32 | $62 | $112 | $187 | $150 | $247 | $44 | $51 | $47 | $206 | $13 |

|  | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $45 | $109 | $427 | $100 | $13 | $77 | $0 | $0 |
| Date Payment Received | 12.29.20 | 12.18.20 | 11.02.20 | 10.08.20 | 09.16.20 | 08.14.20 | 06.16.20 | 06.16.20 | 05.15.20 |
| Scheduled Payment Amount | $0 | $29 | $29 | $29 | $13 | $13 | $0 | $0 | $0 |
| Actual Amount Paid | $45 | $276 | $427 | $100 | $166 | $78 | No Data | $58 | $107 |

*Between May 2020 and Mar 2022, your credit limit/high balance was $2,100*

---

**WELLS FARGO HOME MORTGAGE** Partial Acct # 936060053….          **Status (Apr 2022)** Open/Never late.
PO BOX 10335 DES MOINES IA 50306; (800) 416 1472

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Jan 2020 | 0152940643 | $310,000 | $293,182 as of Apr 2022 | Joint with MEGAN  HENDERSON |
| **Terms** | **Monthly payment** | **High balance** | **Recent payment** | | |
| 30 Years | $1,995 | Not reported | $2,200 | | |

**Mortgage ID #**
100392411205269452

**Freddie Mac ID**
1331976

|  | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $293,862 | $294,540 | $295,216 | $295,889 | $296,560 | $297,228 | $297,894 | $298,557 | $299,218 | $299,877 | $300,348 | $301,016 | $301,682 | $302,319 |
| Date Payment Received | 02.18.22 | 01.21.22 | 12.20.21 | 11.19.21 | 10.21.21 | 10.07.21 | 08.20.21 | 07.18.21 | 06.18.21 | 06.04.21 | 04.20.21 | 03.19.21 | 03.01.21 | 01.20.21 |
| Scheduled Payment Amount | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,995 | $1,981 | $1,981 | $1,981 | $2,008 |
| Actual Amount Paid | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,183 | $2,200 | $2,200 | $2,520 | $2,200 |

|  | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $302,989 | $303,656 | $304,321 | $304,983 | $305,643 | $306,301 | $306,756 | $307,410 | $308,061 |
| Date Payment Received | 12.18.20 | 11.20.20 | 10.20.20 | 09.21.20 | 08.21.20 | 07.21.20 | 06.22.20 | 05.21.20 | 04.21.20 |
| Scheduled Payment Amount | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 | $1,973 |
| Actual Amount Paid | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,000 | $2,200 | $2,200 | No Data |

*The original amount of this account was $310,000*

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

Exhibit 71 - 007

**Who Has Viewed Your Consumer Information** (Continued)

 Hard inquiries may stay on your report up to two years.

BELLCO CREDIT UNION 7600 E ORCHARD RD STE 400N GREENWOOD VILLAGE CO 80111 (303) 689 7800 **Feb 14, 2022**

**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Mar 2024.

MOUNTAIN AMERICA CU 7181 S CAMPUS VIEW DR WEST JORDAN UT 84084 (800) 748 4302 **Sep 23, 2020**

**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Oct 2022.

ADVANTAGE/FAIRWAY INDEPE 4801 S BILTMORE LN MADISON WI 53718 **No phone # available** **Jun 08, 2020**

**REASON:** Real Estate.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

***Soft inquiries*** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

JPMCB CJ PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 **INQUIRY DATES:** 05.01.22 | 04.14.22 | 04.02.22 | 03.22.22 | 03.06.22 | 02.14.22 | 02.05.22 | 01.09.22 | 12.22.21 | 12.11.21 | 11.18.21 | 10.21.21 | 10.20.21 | 09.28.21 | 09.01.21 | 08.03.21 | 07.21.21 | 06.23.21 | 05.29.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **INQUIRY DATES:** 04.26.22 | 04.12.22 | 03.31.22 | 03.29.22 | 03.15.22 | 03.01.22 | 02.15.22 | 02.01.22 | 01.18.22 | 01.04.22 | 12.21.21 | 12.05.21 | 11.23.21 | 11.09.21 | 08.07.21 | 06.11.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 04.21.22 | 04.20.22 | 04.13.22 | 03.20.22 | 02.14.22 | 12.21.21 | 11.22.21 | 10.19.21 | 07.03.21 |

SYNCHRONY FINANCIAL 4125 WINDARD PLAZA ALPHARETTA GA 30005 **No phone # available** **INQUIRY DATES:** 04.18.22 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 04.13.22 |

TD BANK PO BOX 9500 MINNEAPOLIS MN 55440 **No phone # available** **INQUIRY DATES:** 03.18.22 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 03.08.22 |

WELLS FARGO BANK MTG PO BOX 29482 DES MOINES IA 50306 (800) 288 3212 **INQUIRY DATES:** 03.04.22 |

EXPERIAN 701 EXPERIAN PKWY ALLEN TX 75013 (972) 390 3000 **INQUIRY DATES:** 02.18.22 |

ECS/ MCE WEB AUTHENTICAT 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** **INQUIRY DATES:** 02.14.22 |

LEXISNEXIS/INS/P&C 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 **INQUIRY DATES:** 11.05.21 |

LEXISNEXIS/INS/P&C **No phone # available** **INQUIRY DATES:** 11.01.21 |

LEXISNEXIS/INS/P&C **No phone # available** **INQUIRY DATES:** 11.01.21 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 **INQUIRY DATES:** 10.26.21 | 10.12.21 | 09.28.21 | 09.14.21 | 08.31.21 | 08.17.21 | 08.03.21 | 07.20.21 | 07.06.21 | 06.22.21 | 06.08.21 | 05.25.21 | 05.11.21 |

CITI COMMERCE SOLUTIONS 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703 **INQUIRY DATES:** 06.07.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| ROBBIN WARD | Name ID #: 13719 |
| ROBBIN U WARD | Name ID #: 29965 |

Exhibit 71 - 008

Case No. 1:21-cv-02597-NYW-JPO    Document 62-23    filed 12/20/22    USDC Colorado
pg 9 of 12

## Your Personal Information (Continued)

| | |
|---|---|
| ROBBIN UNDRA WARD | Name ID #: 707 |
| ROBIN A WARD | Name ID #: 2 |
| ROBBIN WARDE | Name ID #: 26971 |
| WARD ROBBIN | Name ID #: 11981 |

**ADDRESSES**

| | |
|---|---|
| 5390 S SHERMAN ST<br>LITTLETON CO 80121-1032 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940643 Address Type: Single family |
| 5398 S GRANT ST<br>LITTLETON CO 80121-1013 | Geo Code: 0-561220- 5-2080<br>Address ID #: 0152940486 Address Type: Single family |
| PO BOX 7729<br>COLORADO SPRINGS CO 80933-7729 | Geo Code: 0-40030-41-1720<br>Address ID #: 0167593189 Address Type: Post office box |
| 1188 MAGNOLIA ST APTA<br>COLORADO SPRINGS CO 80907-9633 | Geo Code: 0-20330-41-1720<br>Address ID #: 0167346154 Address Type: Apartment complex |
| 1960 MITTENWALD DR APT719<br>COLORADO SPRINGS CO 80918-8222 | Geo Code: 0-770020-41-1720<br>Address ID #: 0167552898 Address Type: Apartment complex |
| 1527 SWOPE AVE<br>COLORADO SPRINGS CO 80909-2846 | Geo Code: 0-70030-41-1720<br>Address ID #: 0167376475 Address Type: Single family |
| 2831 ULTCA ST<br>DENVER CO 80212- | Geo Code: 0-00- 0-<br>Address ID #: 0605313398 Address Type: Single family |
| 1522 N COCKRELL HILL RD<br>DALLAS TX 75211-1316 | Geo Code: 0-1070110-113-2080<br>Address ID #: 0903188313 Address Type: Single family |
| 229 CLIFF HEIGHTS CIR<br>DALLAS TX 75241-5330 | Geo Code: 0-1120040-113-<br>Address ID #: 0618403931 Address Type: Single family |
| 2831 UTICA ST<br>DENVER CO 80212-3047 | Geo Code: 0-50110-31-1720<br>Address ID #: 0153300041 Address Type: Single family |
| 103 W POWERS CIR APT301<br>LITTLETON CO 80120-2461 | Geo Code: 0-660140- 5-0220<br>Address ID #: 0152929447 Address Type: Apartment complex |
| US<br>80918- | Geo Code: 0-00- 0-1920<br>Address ID #: 0316507434 |
| 3114 WISE ST<br>ALEXANDRIA LA 71301-4153 | Geo Code: 0-1200020-79-<br>Address ID #: 0140928945 Address Type: Single family |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1961

**TELEPHONE NUMBERS**

| | |
|---|---|
| 219 902-6324 | Cellular |
| 303 204-3632 | Cellular |
| 303 433-2316 | Residential |

**SPOUSE OR CO-APPLICANT**

MEGAN

**FORMER OR CURRENT EMPLOYERS**

PIKE TOOL & GRINDING

**NOTICES**

This address has pertained to a business:
5390 S SHERMAN ST LITTLETON CO 80121    .

GENERAL BUILDING CONTRACTOR:
5390 S SHERMAN ST, LITTLETON, CO, 80121    .

Exhibit 71 – 009

0184136739          **ROBBIN WARD**  Report # **3694-3789-75** for **05/04/22**          page 9 of 12

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

## CALL US

**(833) 796 8634**
M - F 9am - 5pm in your time zone.

## WRITE TO US

Experian, NCAC
PO BOX 9701
Allen, TX 75013

## GO ONLINE (for fastest results)

**Visit experian.com/disputes**



Dispute Online
for faster results

Check Status
Online

**Notification of Rights for Colorado Consumers**

Under Colorado law, a consumer reporting agency shall, upon written or verbal request and proper identification of any consumer, clearly, accurately, and in a manner that is understandable to the consumer, disclose to the consumer, in writing, all information in its files at the time of the request pertaining to the consumer, including but not limited to a set of instructions, presented in a manner that is understandable to the consumer, describing how information is presented on its written disclosure of the file, and a consumer reporting agency shall notify a consumer, by letter sent by first-class mail, that the consumer reporting agency will provide the consumer with a disclosure copy of his or her consumer file at no charge and a toll-free telephone number to call to request such copy, when one of the following events occurs within a twelve-month period: the consumer reporting agency has received eight credit inquiries pertaining to the consumer, or the consumer reporting agency has received a report that would add negative information to a consumer's file. Each consumer reporting agency shall, upon request of a consumer, provide the consumer with one disclosure copy of his or her file per year at no charge. If the consumer requests more than one disclosure copy of his or her file per year, the consumer reporting agency may charge the consumer up to eight dollars for each additional disclosure copy. The consumer has the right to request and obtain a copy of his or her credit score report. The fee for a credit score is $7.95 per individual score. A score report may be purchased by visiting our secure Web site, www.experian.com, or by calling 1 888 EXPERIAN (toll-free). Consumers have a right to binding arbitration pursuant to the rules of the American Arbitration Association. Only one arbitration action may be brought by a consumer within any 120-day period, except to enforce an arbitration decision.

Other rights under your state's law, which are also in the federal Fair Credit Reporting Act, are explained in the enclosed Summary of Your Rights under the Fair Credit Reporting Act.

# A Summary of Your Rights Under the Fair Credit Reporting Act

> Para informacion en espanol, visite *www.consumerfinance.gov/learnmore* o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** *www.consumerfinance.gov/learnmore* **or write to:**    Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

---

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See *www.consumerfinance.gov/learnmore* for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

Exhibit 71 - 010

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more Information, visit *www.consumerfinance.gov/learnmore.*

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

A credit score is a number that reflects your credit risk level, typically a higher number indicates lower risk. Using information from your personal credit report, a score is generated through a Statistical model that uses your past credit behavior and current credit relationships to predict likely future behavior. Your credit score changes as the elements in your personal credit report change over time. For example, payment updates, opening a new account or closing an account could cause your score to fluctuate. The financial services industry uses many different scores so your FICO® Score may be different from the score used by a lender, depending on the scoring model that was used. FICO® Score is a registered trademark of Fair Isaac Corporation.

About your FICO® Score 8
Your FICO® Score 8 powered by Experian® Date is formulated using the information in your credit file at the time it is requested. Your FICO® Score 8 can range between 300 and 850, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

What this means to you:
Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. The Credit Score we provide is FICO® Score 8. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or different scoring models to determine how you score.

Exhibit 71 - 011

THIS PAGE INTENTIONALLY LEFT BLANK

Exhibit 71 - 012