IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:21-CV-02597-LTB-SKC


ROBBIN WARD,

Plaintiff


V.


NATIONAL CREDIT SYSTEMS, INC.,

Defendant


DEPONENT:  RON SAPP

DATE:      AUGUST 30, 2022

REPORTER:  ANDIE LAYNE

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 001

STIPULATION

The deposition of RON SAPP was taken at PIKE REPORTING, 410 17th STREET, SUITE 1350, DENVER, COLORADO 80202, via videoconference in which all participants attended remotely, on TUESDAY, the 30TH day of AUGUST 2022 at 9:34 A.M.; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. This notarial act involved the use of communication technology pursuant to 8CCR 1505-11.

It is agreed that ANDIE LAYNE, being a Notary Public and Court Reporter for the State of COLORADO, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 002

The Deposition of RON SAPP, taken on August 30, 2022

it's still owed.  I mean, of course, the statute of limitations has -- has passed and it's off of his credit by now, but the debt is still outstanding and owed.

Q    Okay.  So just because somebody had a collections 20 years ago, that means they can't be an identity theft victim in 2021?

A    Certainly not -- certainly not.  But it does -- it does lay some groundwork when conducting the investigation.

Q    All right.  And so you're just assuming that these investigators saw that other account.  But you don't actually know if that's -- if they did or not, right?

A    No, I'm not assuming.  As I've stated, there's no way you can bring up this particular account from Main Street Renewal and not see the other account and not see -- and not only that, but see the notes, see what occurred, see the amount that's owed, see the personal identification information.  There's no way you can bring up one without seeing the other.

Q    Okay.  But you don't know if they reviewed it and considered it as part of their investigation, do you?

A    Well, it would be part of policy.

Q    Okay.  But you don't know if they followed the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 003

policy, because you weren't there, right?

A     Well, I'm -- I'm not everywhere, but I would -- they should follow the policy.  And I do believe the policy was followed in this particular case.

Q     Okay.  And then I'm a little bit confused about your prior answer about SafeRent.  So you're telling me that -- when did you get a notice from SafeRent about Mr. Ward?

A     Approximately a -- a -- a -- a year before this apartment was rented -- or this house was rented.

Q     Okay.  And what did the notice say?

A     That a Robbin Ward with -- and -- and it matched based on his Social Security number -- had applied for an apartment in Dallas, Texas, and it had an address.  And we in turn sent Mr. Ward -- and it -- it -- it -- excuse me, it provided the address that was used on the application process, which we updated.  And we sent a letter to Mr. Ward asking him about his outstanding apartment and that he had seen -- we had seen that he had recently applied for an apartment, I believe in the Dallas area.  I believe that's what the letter states.  I don't recall verbatim.  And he never responded to it.

Q     Okay.  So you're telling me you sent a debt collection letter on an account that was at least 16

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 004

The Deposition of RON SAPP, taken on August 30, 2022

30

answer if you're able, Ron.

A    I don't have any evidence, other than the statement that was made by someone at the rental company, and I --

Q    What's the name of the person at the rental company that made this statement?

A    I -- I do not know the name.

Q    What's the name of the person at NCS that the statement was made to?

A    I do not know the name.  I don't know where that came -- again, that was -- I just remember -- remember seeing that when researching the facts involved in this case.  So it may have come after the suit was filed.  It may, it may not.  I don't know.  I don't know the answer.

Q    Okay.  So -- and it's not in a document? It's not in these notes, right?

A    Correct.

Q    Is there some secret document out there that hasn't been produced that would have that information?

A    No, not at all.

Q    Okay.  Any -- besides what you told me about the ID, any other reasons you believe Mr. Ward is lying about being a victim of identity theft?

A    Well, I -- I think -- what I think here is we

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 005

followed all of our policies and procedures in this case, and we were contacted regarding this. We right off the bat saw that Mr. Ward had another outstanding debt with us. We also saw that we had sent him notification of that, and that someone was applying for an apartment approximately a year before this apartment was obtained. That was ignored. We were provided with a photo ID that just, it had his picture on it. We confirmed with the original creditor twice that this debt was outstanding, and they had the appropriate -- they had all sorts of documentation that they provided and confirmed that the debt was owing and outstanding. So we certainly followed our policies and procedures.

**Q     Okay.  So there's no other reasons, other than what we've already discussed, that you believe Mr. Ward is lying about being an identity theft victim?**

A     Those reasons are pretty compelling.

**Q     Okay.  All right.  Let me show you another document.  Just give me a moment.  All right.  Can you see that okay?**

MR. OSBORNE:  For the record, this is going to be Exhibit 3.

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

A     Yes, I can see it.

**Q     Okay.  All right.  So I'm going to go -- I'm**

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 006

The Deposition of RON SAPP, taken on August 30, 2022

33

Q    Right.  You're telling me your investigators couldn't spot that?

A    That looks like a legitimate paycheck stub. No.  And there are a number of different variables as to what can happen.  My wife works here in Georgia, and her paycheck stub lists Texas.  Matter of fact, she couldn't get her -- the Covid relief money because they had her -- they were paying her out of a Texas department.  So there's all kinds of things that could happen there. That's -- that's -- that's a stretch to make an assumption of looking at, this was a fake stub.  I mean, that's a very big stretch.

Q    Okay.  But in any event, you -- like, you never trained your employees how to spot a fake pay stub anyway, right?

A    I don't know that there is a training that you can do.  A fake pay stub, if it looks fake, it looks fake.  This does not look fake.  This looks like a legitimate pay stub.  Especially you have to take it in conjunction with the other information that we've already discussed.  We've got his actual photo ID that was provided, matches the photo ID.

Q    Okay.  So you never invested in any technology referenced in the articles we looked at earlier about detecting fake pay stubs, right?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 007

The Deposition of RON SAPP, taken on August 30, 2022

41

A    When's the last trial?  I -- I don't believe so -- I don't believe so.  I --

Q    Did you ever hear of a case called --

A    -- we've had was the Bumpus case, if I'm not mistaken.  And I don't recall if that was FCRA or FDCPA, and I don't recall if that was over five years ago.

Q    Okay.  So there was a Bumpus case, and was that in Georgia?

A    Yes, it was.

Q    Okay.  And what was the result in that case?

A    We lost.

Q    Was there punitive damages?

A    I believe there were.

Q    Okay.

A    It was not a matter of identity theft though. It had nothing to do with identity theft.

Q    But it was FCRA, right?

A    It was FCRA.  We had a creditor who provided us with information and then verified that information to be correct.  And the jury found -- decided that the information that they had provided to us on more than one occasion was incorrect.  So I don't think -- you know, my opinion -- my opinion, we were -- we didn't

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 008

have a good verdict, but the fault wasn't ours.

Q    Okay.  But the jury found that NCS willfully violated the FCRA in that case, didn't they?

A    That was the ruling.

Q    Okay.  And what changes to your investigations, if any, did you make after that case came out?

A    That -- well, as I stated, that case had nothing to do with identity theft.  Okay?  That case was information that was provided by the original creditor and then verified by the original creditor.  NCS really had very little to go on as far as being able to ascertain if that information provided was incorrect in that particular case, since it had to do with damages. It wasn't an identity theft case.  And that being said, that was, I think one trial case out of millions of accounts that are in our database.  It's a very low percentage.

Q    Well, my question, sir, was: What changes did the company make, after that case came out, to the way it does its FCRA investigations?

A    Well, we're -- we're looking for more supporting documentation from original creditors after that particular case.  We're going through their documentation and we're making sure not to -- to do our

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 009

own thinking, and not rely solely upon what they provide.

Q    Okay.  So not just blindly relying on the creditor?

A    Correct, correct, correct.  Which, I'm going to add, was not done in this particular case.  This was investigated, and multiple documents were supplied with the -- with the preexisting issues that I already mentioned.  This -- this was -- well, I think we certainly followed our policies and procedures.

Q    Okay.  And the company never called Neiman Marcus to see if Mr. Ward worked there, did they?

A    I don't believe he gave us permission to do so.  That would be, we don't want to get in the habit of calling third parties in reference to debts.  I'm sure you're well aware of the FDCPA and the issues that could arise in doing things like that.

Q    Well, didn't he actually say in his dispute, "I encourage anyone working for NCS to call Neiman Marcus and confirm I never worked there"?

A    No, he didn't.  I believe his fianc Megan Henderson, made that statement.

Q    Okay.  But -- well, so somebody made that statement, and you guys never did it, right?

A    Well, again, he didn't make that statement.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 010

Case No. 1:21-cv-02597-NYW-JPO    Document 62-24    filed 12/20/22    USDC Colorado
pg 11 of 15
The Deposition of RON SAPP, taken on August 30, 2022
47

right there.  We provided that to him.  We mailed that directly to them.  We didn't ask them to go out and obtain it on their own.  We mailed it to them.

Q    So you think somewhere on the FTC affidavit, it says that you must file a police report and send it to NCS?

A    No, I think it's an -- I -- I think it's an option.

Q    Okay.

A    And I think -- I think most -- and as I stated, I think most victims, true victims of identity thief -- theft do file a police report.

Q    So you have no actual evidence that Mr. Ward allowed anybody to use his information to fill out this apartment application, do you?

MS. DEMARTE:  Objection.  Form, foundation.

A    I -- I -- I do think there's actual evidence. There's a -- a past history of -- of -- I -- I -- I -- I don't know if scamming, of what -- of not paying apartment communities, being evicted from apartment communities.  There are numerous documents, which -- you know, we can sit here and second-hand quarterback and point out some sort of slight inconsistency and make it appear as if it's not a -- an actual document.  There's an actual photo ID that I just really -- it -- it's

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 011

set of eyes.  That doesn't have any -- if -- if we've got some documentation, we want to run it as far up the chain as we can and ensure that we're doing as thorough an investigation as we possibly can.

Q    Okay.  And Ms. Boehler and Ms. Woodward never called Mr. Ward as part of their investigation to interview him, did they?

A    I don't believe they did.

Q    And Ms. Boehler and Ms. Woodward did not call Neiman Marcus or any third party as part of their investigation, right?

A    That is correct.

Q    In fact, NCS' policies actually prohibit people from investigating employment, right?

A    We do not call -- typically call a third party to discuss a debt.  That's just going to -- you risk exposure, third-party exposure.  There are many other ways to conduct an investigation.

Q    Well, yeah, not -- I'm not saying to discuss a debt.  But you could call Neiman Marcus to verify employment, can't you?

A    Again -- once again, we were not given permission or instructions directly from Mr. Ward to contact them.  They were coming -- again, he's got another third party that's doing most of his

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 012

Case No. 1:21-cv-02597-NYW-JPO    Document 62-24    filed 12/20/22    USDC Colorado
pg 13 of 15
The Deposition of RON SAPP, taken on August 30, 2022
71

have actually arrived.

Q    Okay.  And did anybody from NCS ever contact Mr. Ward's actual employer in Colorado and ask him if he had worked there?

A    No, we didn't.  As stated, there -- there's -- there are a number of issues here.  And -- and as I've previously stated, identity theft is often conspiratorial and committed amongst family members or with an individual's knowledge.  What we did certainly followed our policies and procedures, which was to reach out to the original creditor, attain supporting documentation, check that documentation, look, see any past history of previous debts, and confirm that the original creditor said that this was him, and provide -- and provided documentation supporting that.

Q    Okay.  And so you think Ms. Woodward, and Ms. Boehler, and Ms. Raway, and Ms. Mahi all did a good investigation on behalf of NCS?

A    Yes, I did.

Q    And unless the jury tells you otherwise, this is how we can expect NCS to continue investigating consumer disputes going forward, correct?

A    I've -- I -- I don't -- I don't see the issue with this investigation.  I see an issue here.  If -- if what you're alleging is true, then I -- I don't see --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 013

we followed our policies and procedures, which I've outlined.  I think that there was a thorough investigation done here.  I think there are a number of things that Mr. Ward seems to have left out here.

Q    Such as what?

A    Well, I'd like to know a little bit more about his daughter and where she was living during this time.  The fact that he -- he -- I -- I -- I'm under the impression that -- why didn't he respond to that letter that we sent him in, I believe January of '19, let him know that someone was applying for an apartment in the Dallas area?

Q    Did you ever ask him any of those questions as part of the investigation?

A    I don't know if those questions were asked.

Q    Well, we know from the notes, they were definitely not asked, were they?

MS. DEMARTE:  Objection.  Form.

Q    I mean, I can scroll to whatever page you want.  There's nothing in these notes that ask some of these questions, is there?

A    There's a lot in those notes that -- I don't see it in the notes.

Q    You talked a lot about what Mr. Ward could have done.  Could -- would NCS do anything differently

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com



Exhibit 72 - 014

Q     All right.  So let's look at the law enforcement page of the FTC affidavit.  So he says that he is willing to assist in the prosecution, right?

A     Correct.

Q     And he is authorizing the release of information to law enforcement, right?

A     Correct.

Q     And he says he has reported the events to the police or other law enforcement agencies, and then he lists the Federal Trade Commission, right?

A     He also says they -- the police did not write a report.  I -- I find that strange.

Q     Well, I don't know.  I see it all the time, but I guess...

A     My guess is I would see it a lot more than you, I would think.  And I'm not trying to be difficult in saying that.

Q     Okay.  Well, maybe.  I don't know.  Well, this is an FTC report on page 10.  Do you see that?  Do you see where he also mentions that his daughter had some issues with fraud too, and someone used her credit to buy a car?

A     I see where he -- that -- that states that, yes.

Q     Okay.  Was that something that NCS ever looked

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 72 - 015