IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 1 2 2018

JAMES N. HATTEN, Clerk
By: _Sewell_ Deputy Clerk

KAYLA BUMPUS,

Plaintiff,

v.

NATIONAL CREDIT SYSTEMS,
INC.,

Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1209-TWT

## VERDICT

1.

Did the Defendant negligently violate 15 U.S.C. § 1681s-2(b) (Fair Credit Reporting Act)?

✓ Yes

_____ No

If yes, answer question 2.

2.

What damages do you award the Plaintiff as actual damages?

$ 2734.70 + Plaintiffs' court & lawyer fees.

T:\CIVIL\Bumpus v. National\verdict.wpd

Exhibit 73 - 001

3.

Did the Defendant willfully violate 15 U.S.C. § 1681s-2(b) (Fair Credit Reporting Act)?

√ _____   Yes

_____   No

If yes, answer questions 4 and 5.

4.

What damages do you award the Plaintiff as actual or statutory damages? $_____100_____.

5.

What amount of punitive damages, if any, do you award the Plaintiff? $_____105,000_____.

This _12_ day of April, 2018.

_____
FOREPERSON

T:\CIVIL\Bumpus v. National\verdict.wpd                -2-

Exhibit 73 - 002