

## rchin@bborlandlaw.com

**From:** Megan Henderson <​██████████@gmail.com>
**Sent:** Friday, June 12, 2020 6:28 PM
**To:** rchin@bborlandlaw.com
**Subject:** Affidavit of fraud
**Attachments:** Robbin Ward Affidavit of ID theft.pdf

Please find attached an affidavit and copy of i.d.'s with signatures. This is in regards to the property at 229 Cliff Heights in Texas leased without my knowledge by someone who used my identity,

If needed I can provide mortgage statements for my home in Colorado during the time of the theft. Please let me know if there is anything else needed from me.

Thanks,
Robbin Ward

--
██████████@gmail.com

1

Exhibit 74