## Richard Chin

**From:** Megan Henderson <████████@gmail.com>
**Sent:** Tuesday, August 11, 2020 6:13 PM
**To:** Richard Chin
**Subject:** Case # ████████

Hello Richard,

i just left you a voicemail regarding the collections against Robbin Ward. I wanted to let you know that I received the paperwork that was sent. I did have a chance to go through the documents. The social security document that states benefits, is a fraud. Main Street Renewal and National credit systems have not done their due diligence in vetting/investigating the information provided. The document supposedly states the amount of benefits received by Robbin Ward.If the investigation team had typed the address located at the bottom of the letter, Social Security 2431 ReigndaleDr. Littleton, CO. 80121, they would find that not only does this address not exist in Colorado, but when inputted into Google Earth, it doesn't exist anywhere in the world!!! In addition, we have called the social security offices and they have confirmed that there are no benefits being drawn under Robbin's s.s. number. We are currently working on scheduling an appointment with our local s.s. office to turn over a copy of the fraudulent document.

I am requesting that we receive a copy of the investigation team's report. This is the one document that we have yet to receive. I am also requesting an explanation as to why we have never received any notice of collections, paperwork, or notifications,(without request) since our home address in Colorado was used to obtain the lease with Main Street Renewal?

 I look forward to the requested documentation and again ask that you please work with the credit service to remove the fraudulent collections from Robbin's credit reports.

Thank you,

Megan Henderson
████████3632


--
████████)gmail.com

1

## Richard Chin

**From:** Megan Henderson ███████@gmail.com>
**Sent:** Friday, July 24, 2020 10:46 AM
**To:** Richard Chin
**Subject:** Re: RE: R. Ward identity theft/collections
**Attachments:** Employement verification RW.pdf

Hello Richard,

I left you a message a few days ago. This email is in regards to **Case**██████████bbin Ward).

I have attached proof of employment letters and payroll to this email. We are asking that National Credit please remove the collections from Robbin Ward's credit reports since the debt was acquired through false means. I believe that if Main Street Renewal had completed an employment verification they would have found the information to be fraudulent. We are happy to provide you with any other documentation that might be helpful to clear Robbin's credit up and remove this fraudulent debt from his records.

Please let me know if you have any other questions or concerns,


Megan Henderson
███████-3632

On Wed, Jul 15, 2020 at 12:02 PM Richard Chin <rchin@bborlandlaw.com> wrote:

Good Afternoon,


I received you email but with the information provided I am unable to access the account in question. Please reply with the Robin's account number with us, or call our office at 888-281-6788 to discuss this further.


Thank You.



**RICHARD CHIN**
OPERATIONS MANAGER

LAW OFFICE OF
BRETT M BORLAND℠

📞 678-385-5352    📠 678-385-5357

✉ RCHIN@BBORLANDLAW.COM

📍 2440 SANDY PLAINS RD BLDG 1, SUITE 200 MARIETTA, GA 30066

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0176

Exhibit 75 - 002

I am asking that the collections be removed. I am not sure how Robbin's identifying information was acquired. We did travel to Dallas, to visit our daughter in October (at this time, my baggage was lost and never found). Robbin also provided his social and other information to his daughter, Quen Green, last fall so that she could add him as her beneficiary. Quen does work in Dallas for Neiman Marcus, in the accounting department.

It is our belief that the person(s) who stole Robbin's identity committed forgery by using his daughter's pay stubs but adding Robbin's name to them. In December, the same time that the property at 229 Cliff Heights Circle was rented, someone also purchased a car using his daughter's identity.

Robbin has contacted the social security office and has been informed that there aren't any current benefits being paid out using his social security number. We have provided ample documentation to prove that the house was not leased by Robbin as we do not live in the state of Texas.

In addition to this information, it is important to note that the employment number listed on the lease application is our daughter's number rather than Neiman Marcus. It seems to me that there was no employment verification just acceptance of pay stubs that are falsified. I encourage Main Street LLC or anyone else involved in this case to contact the HR department at Nemian Marcus to confirm that Robbin Ward has never been employed with their company. I would also request that someone confirm Robbin's residency in Colorado, as he has lived here for more than 30 years.

We are requesting a thorough investigation in order to clear up these fraudulent charges that have been placed on Robbin Ward's credit report.

We look forward to a resolution quickly,

Megan Henderson & Robbin Ward

@gmail.com

@yahoo.com

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0177

Exhibit 75 - 003