DocuSign Envelope ID: B118C73E-2FA1-4459-B78F-A7091D0CC283

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| Robbin Ward, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-02597 |
| | ) | |
| v. | ) | Honorable Lewis T. Babcock. |
| | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | Magistrate Judge S. Kato Crews |
| LLC; EXPERIAN INFOMRAITON | ) | |
| SOLUTIONS, INC.; TRANS UNION, | ) | |
| LLC., AND NATIONAL CREDIT | ) | |
| SYSTEMS, INC., | | |

Defendants.

## DECLARATION OF CUSTODIAN OF RECORDS

I, Melinda Copeland, swear under penalty of perjury that the following is true and correct:

1.    I am over the age of 18 and competent to testify.

2.    I am the custodian of records or other qualified witness for the Neiman Marcus Group LLC ("NMG"). This Declaration is based upon my personal knowledge, information, belief, and experience in the ordinary course of my capacity and responsibilities for NMG. I am authorized to certify these records.

3.    After performing a diligent search, I affirm that there are no employment records maintained by NMG relating to Robbin Ward, as identified by that Social Security Number provided within that certain Subpoena to Testify dated September 6, 2022.

4.    These employment records are made, prepared, maintained, and kept by the personnel and staff of NMG, or persons acting under the control of personnel of NMG, in the ordinary course of business. These employment records are made at or near the time of the events and matters contained therein by persons with knowledge of such events and matters. It is the

Exhibit 76 - 001

DocuSign Envelope ID: B118C73E-2FA1-4459-B78F-A7091D0CC283

regular practice of NMG to make and maintain these business records, which are kept in the course

of NMG's regularly conducted business activities.

5.      NMG has no record that Robbin Ward was or currently is employed by NMG.


**VERIFICATION**

Under penalty of perjury, pursuant to 28 U.S.C. § 1746, the undersigned verifies that the factual statements set forth in the above and foregoing Declaration are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

By: _____ *Melinda L. Copeland* _____

Print Name: __Melinda Copeland__

Title: _____ Senior Manager, HRIS _____

Dated: __10/3/2022__

2

Exhibit 76 - 002