



YOUR SOCIAL SECURITY CARD

ns important

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job,
whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.

Robbin Ward vs. TransUnion, LLC • USDC District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0097

Exhibit 77