Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They  listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

Exhibit 78 - 001

NCS_0105

Exhibit 78 - 002

NCS_0106

Name _____ Phone number _____ *Page 3*

## Victim's Law Enforcement Actions

(17) (check one) I ☒ am  ☐ am not  willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☒ am  ☐ am not  authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☒ have  ☐ have not  reported the events described in this affidavit to the police or other law enforcement agency. The police  ☐ did  ☒ did not  write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission

**(Agency #1)** _____     (Officer/Agency personnel taking report)

06/12/20     1194 747722

(Date of report)     (Report number, if any)

_____     _____
(Phone number)     (email address, if any)

**(Agency #2)** _____     (Officer/Agency personnel taking report)

_____     _____
(Date of report)     (Report number, if any)

_____     _____
(Phone number)     (email address, if any)

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill). mortgage statement from Dec 2019 can provide more if needed

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 003

NCS_0107

*Name* _____ *Phone number* _____ *Page 4*

(22) ☐ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_Koffin Ward_                    _6-12-2020_
(signature)                          (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_Hamilton Flake_
(Notary)

```
HAMILTON FLAKE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154032441
MY COMMISSION EXPIRES 09/05/2023
```

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____          _____
(signature)                                          (printed name)

_____          _____
(date)                                                  (telephone number)

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 004                                                          NCS_0108



## YOUR SOCIAL SECURITY CARD

as important

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY THIS CARD WITH YOU.**
Do not laminate.





Robbin Ward vs. TransUnion, LLC, US District Court District of Colorado - 1:21-cv-02597-LTB-SKC        NCS_0109

Exhibit 78 - 005

Exhibit 78 - 006

NCS_0110



FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | ▇-6324 | ▇@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info. (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

### Fraudulent Rental of Apartment or House

| Company or Organization: | Main Street Renewal LLC |
|---|---|
| Account Number: | 000 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 12/2019 | 6/2020 | $ 5400 |

Page 1 of 2

Exhibit 78 - 007

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
| --- | --- |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin  U  Ward**                              **06/12/2020**
Robbin U Ward                                        Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Page 2 of 2

Exhibit 78 - 008

NCS_0112

Name _____ Phone number _____ *Page 5*

# Fraudulent Account Statement

| Completing this Statement |
|---|
| • Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit. |
| • List only the account(s) you're disputing with the company receiving this form. **See the example below.** |
| • If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original). |

**I declare (check all that apply):**

☒ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor Name/Address (the company that opened the account or provided the goods or services) | Account Number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/Value provided (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example Example National Bank 22 Main Street Columbus, Ohio 22722 | 01234567-89 | auto loan | 01/05/2002 | $25,500.00 |
| Main Street Renewal LLC. | Not sure ends w/ 20 | lease for a house. | 12/12/ 2019 | $5,375 |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 009

NCS_0113

4273220

**rchin@bborlandlaw.com**

| | |
|---|---|
| **From:** | Megan Henderson <████████@gmail.com> |
| **Sent:** | Friday, June 12, 2020 6:28 PM |
| **To:** | rchin@bborlandlaw.com |
| **Subject:** | Affidavit of fraud |
| **Attachments:** | Robbin Ward Affidavit of ID theft.pdf |

Please find attached an affidavit and copy of i.d.'s with signatures. This is in regards to the property at 229 Cliff Heights in Texas leased without my knowledge by someone who used my identity,

If needed I can provide mortgage statements for my home in Colorado during the time of the theft. Please let me know if there is anything else needed from me.

Thanks,
Robbin Ward

--
████████@gmail.com

1

Robbin Ward vs. TransUnion, LLC-District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0114

Exhibit 78 - 010

Name Robbin Ward    Phone numb[REDACTED]-6324    Page 1

# ID Theft Affidavit

## Victim Information

(1) My full legal name is Robbin Undra Ward _____

    (First)        (Middle)        (Last)        (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

    Robbin        Ward _____

    (First)        (Middle)        (Last)        (Jr., Sr., III)

(3) My date of birth is [REDACTED]

(4) My Social Security number i[REDACTED]

(5) My driver's license or identification card state and number are[REDACTED]

(6) My current address is 5390 South Sherman St.

    City Littleton        State CO        Zip Code 80121

(7) I have lived at this address since 12/2010
    (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was

    _____

    City _____    State _____    Zip Code _____

(9) I lived at the address in Item 8 from _____ until _____
    (month/year)        (month/year)

(10) My daytime telephone number i[REDACTED]-6324

    My evening telephone number is ( ) same as above

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Robbin Ward vs. TransUnion, LLC—US District Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0115

Exhibit 78 - 011

Name _____ Phone number _____ Page 2

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were ☐ stolen ☐ lost  on or about _____.
(day/month/year)

(14) ☐ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

| | |
|---|---|
| Name  (if known) | Name  (if known) |
| Address (if known) | Address (if known) |
| Phone number(s) (if known) | Phone number(s) (if known) |
| Additional information (if known) | Additional information (if known) |

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)

(Attach additional pages as necessary.)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 012

NCS_0116

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

Exhibit 78 - 013    NCS_0117

Exhibit 78 - 014

NCS_0118

Name _____ Phone number _____ *Page 3*

**Victim's Law Enforcement Actions**

(17) (check one)  I  ☒ am   ☐ am not   willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one)  I  ☒ am   ☐ am not   authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply)  I  ☒ have   ☐ have not   reported the events described in this affidavit to the police or other law enforcement agency. The police  ☐ did   ☒ did not   write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission
**(Agency #1)**                                          (Officer/Agency personnel taking report)
06/12/20                                                  1194 7477 22
(Date of report)                                          (Report number, if any)

_____                        _____
(Phone number)                                           (email address, if any)


_____                        _____
**(Agency #2)**                                          (Officer/Agency personnel taking report)

_____                        _____
(Date of report)                                         (Report number, if any)

_____                        _____
(Phone number)                                           (email address, if any)


**Documentation Checklist**

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).
mortgage statement from
Dec 2019  can provide more
if needed.

**DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER
GOVERNMENT AGENCY**

Exhibit 78 - 015

NCS_0119

Name _____   Phone number _____ Page 4

(22) ❑ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_____          _____
(signature)                              (date signed)
                                         6-12-2020

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_____
(Notary)

HAMILTON FLAKE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154032441
MY COMMISSION EXPIRES 09/05/2023

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____          _____
(signature)                              (printed name)

_____          _____
(date)                                   (telephone number)

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 016

NCS_0120



YOUR SOCIAL SECURITY CARD

as important

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job,
whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.





Robbin Ward vs. TransUnion, LLC, US District Court District of Colorado - 1:21-cv-02597-LTB-SKC      NCS_0121

Exhibit 78 - 017

Exhibit 78 - 018

NCS_0122



# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | ███6324 | ███@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info. (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12/2019 | 6/2020 | $5400 |

Page 1 of 2

Exhibit 78 - 019

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**          **06/12/2020**
Robbin U Ward                Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Page 2 of 2

Exhibit 78 - 020

NCS_0124

Name _____ Phone number _____ *Page 5*

# Fraudulent Account Statement

| **Completing this Statement** |
|---|
| • Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit. |
| • List only the account(s) you're disputing with the company receiving this form. **See the example below.** |
| • If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original). |

**I declare (check all that apply):**

☒ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| **Creditor Name/Address** (the company that opened the account or provided the goods or services) | **Account Number** | **Type of unauthorized credit/goods/services provided by creditor** (if known) | **Date issued or opened** (if known) | **Amount/Value provided** (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example Example National Bank 22 Main Street Columbus, Ohio 22722 | 01234567-89 | auto loan | 01/05/2002 | $25,500.00 |
| Main Street Renewal LLC. | NOt sure ends w/ 20 | lease for a house. | 12/12/ 2019 | $5,375 |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 021

NCS_0125



Robbin Ward vs. TransUnion, LLC. USA District Court District of Colorado - 1:21-cv-02597-LTB-SKC

Exhibit 78 - 022

NCS_0126

CO. NEG 261437  FILE  LOC 0092  CLOCK 50092  VCHR. NO. 0000038812
21005 00688

079-0092

## The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC
214-761-2780
1201 ELM STREET-RENAISSANCE    TOWER 20TH FLOOR
DALLAS, TX 75270

## Earnings Statement

**ADP**

Period Beginning:    12/30/2018
Period Ending:       01/12/2019
Pay Date:            01/18/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    3
  TX:         No State Income Tax

**ROBBIN WARD
5390 S SHERMAN ST
LITTLETON, CO 80121**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 18.2700 | 62.69 | 1,145.35 | 2,135.95 |
| Holiday | 18.2700 | 8.00 | 146.16 | 292.32 |
| Pers Holiday | 18.2700 | 8.00 | 146.16 | 292.32 |
| Vacation Pay | | | | 146.16 |
| Gross Pay | | | | 2,866.75 |

Your federal taxable wages this period are
$1,211.89

| Other Benefits and Information | total to date |
|---|---|
| Avg 4 Qtr Hrs | 40.00 |
| Vac Credit | 3.64 |
| Personal Bal | 0.00 |
| Vac Annual Elig | 80.00 |
| Vac Balance | -31.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.27 | 137.28 |
| | Social Security Tax | -79.59 | 164.85 |
| | Medicare Tax | -18.61 | 38.55 |
| | **Other** | | |
| | AD&D | -3.46 | 6.92 |
| | Credit Union | -129.00 | 258.00 |
| | Dental | -47.22* | 94.44 |
| | Ltd Ins | -5.11 | 10.22 |
| | Pretax Parking | -100.00* | 100.00 |
| | Pst Chld Opt Lf | -0.76 | 1.52 |
| | Pst Opt Lif Ins | -1.21 | 2.42 |
| | Rsp 401K | -71.88* | 129.04 |
| | Vision Ded | -6.68* | 13.36 |
| | Xmas Club | -25.00 | 50.00 |
| **Net Pay** | | | |
| | Checking 1 | -886.88 | 1,860.15 |
| **Net Check** | | | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

## The Neiman Marcus Group

THE NEIMAN MARCUS GROUP LLC

Advice number:    00000038812
01/18/2019

THIS IS NOT A CHECK

| sit  ABA | amount |
|---|---|
| X  xxxx | $886.88 |

NEGOTIABLE

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0127

Exhibit 78 - 023

# Social Security Administration

Robbin Ward
5390 S Sherman St
Littleton, CO 80121

Date: January 4, 2019
Claim Number: xxx-xx-
xxx-xx-

You asked us for information from your record. The information you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2018, the full monthly Social Security benefit before any deductions is $2380.20.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $2380.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**

From December 2017 to November 2018, the full monthly Social Security benefit before any deductions was $2003.70.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2003.00
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly benefits for surviving spouses.

**Date of Birth Information**

The date of birth shown on our records is  1961.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213. We can answer most questions over the phone. You can also write or visit any social security office. The office that serves your area is located at:

SOCIAL SECURITY
2431 REIGNDALE DR.
LITTLETON, CO 80121

If you call or visit an office, please have this letter with you. It will help us answer any questions.

Robbin Ward vs. TransUnion, LLC USa District Court District of Colorado - 1:21-cv-02597-LTB-SKC                    NCS_0128

Exhibit 78 - 024

DR 07/06/2020 (00CM46) 184.99458.077145830

Robbin Ward
5390 South Sherman Street
Littleton, CO 80121

June 30, 2020

TransUnion L.L.C.
P.O. Box 805
Woodlyn, PA 19094-0805

To Whom it May Concern,

Re: Identity theft

I am contacting you to request that you remove the collections account originally issued by Main Street Renewal, L.L.C. I am requesting that you do this due to the inaccuracy of this information. I am the victim of identity theft and this account is not mine. The collections were due to someone using my personal information to obtain a lease for a property located in Dallas, TX. I have never lived in Texas. I am a resident of Colorado and have been since 1989.

I have included a copy of my Identity Theft Report that I filed with the FTC on June 12, 2020. I have also included a copy of my driver's license. I have already requested a fraud alert be added to my credit report for the next year as well as placed a freeze on my credit report. I ask that you block this information immediately.

Sincerely,

Robbin Ward
█████-6324
█████@yahoo.com

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0129

Exhibit 78 - 025

DR 07/06/2020 (00CM46) 184.99458.077145830

Exhibit 78 - 026

NCS_0130

DR 07/06/2020 (00CM46) 185.99458.077145830

## FEDERAL TRADE COMMISSION
# Identity Theft Report


FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | ██████-6324 | ███████@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidevit of fraud and contacting the social security office.I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Exhibit 78 - 027

DR 07/06/2020 (00CM46) 185.99458.077145830

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
| --- | --- |

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin  U  Ward**                        **06/12/2020**

Robbin U Ward                        Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Exhibit 78 - 028

DR 07/06/2020 (00CM46) 186.99458.077145830





## YOUR SOCIAL SECURITY CARD

ns important

**ADULTS:** Sign this card in ink immediately.
**CHILDREN:** Do not sign until age 18 or your first job, whichever is earlier.

ature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.



Robbin Ward vs. TransUnion, LLC USA District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0133

Exhibit 78 - 029

DR 07/06/2020 (OOCM46) 186.99458.077145830

Exhibit 78 - 030

NCS_0134

R.Ward
5390 S. Sherman St
Littleton, CO
80121

DR 07/06/2020 (00CM46) 187 99458.077145830

DENVER CO 802

30 JUL 2020  PM 7 L

TransUnion LLC
PO Box 805
Woodlyn, PA
19094-0805

Exhibit 78 = 031

NCSL 0135

DR 07/06/2020 (00CM46) 187.99458.&77145830

Exhibit 78 - 032

NCS_0136

Name Robbin Ward          Phone number ███████-6324          Page 1

# ID Theft Affidavit

## Victim Information

(1) My full legal name is Robbin Undra Ward _____
        (First)         (Middle)         (Last)         (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as
Robbin                    Ward _____
(First)         (Middle)         (Last)         (Jr., Sr., III)

(3) My date of birth is ████████ 1961
        (day/month/year)

(4) My Social Security number is ████████

(5) My driver's license or identification card state and number are ████████

(6) My current address is 5390 South Sherman St.
City Littleton          State CO          Zip Code 80121

(7) I have lived at this address since 12/2010
        (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was
_____

City _____ State _____ Zip Code _____

(9) I lived at the address in Item 8 from _____ until _____
        (month/year)         (month/year)

(10) My daytime telephone number ███████-6324

My evening telephone number is (___) same as above

# DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0137

Exhibit 78 - 033

*Name* _____    *Phone number* _____    *Page 2*

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were ☐ stolen ☐ lost on or about _____.
(day/month/year)

(14) ☐ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

_____    _____
Name  (if known)                          Name  (if known)

_____    _____
Address (if known)                        Address (if known)

_____    _____
Phone number(s) (if known)                Phone number(s) (if known)

_____    _____
Additional information (if known)         Additional information (if known)

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments:  (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)

(Attach additional pages as necessary.)

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER
GOVERNMENT AGENCY

Exhibit 78 - 034

NCS_0138

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They  listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

Exhibit 78 - 035

NCS_0139

Exhibit 78 - 036

NCS_0140

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Bohera Law Firm. I did so on 8/1/20. I spoke with Virginia Paton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have never lived in Texas. I have been a resident of Colorado since 1995.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Neiman Marcus houses administration, not a warehouse. The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to).

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commission, contacted the local social security office and placed a one year fraud alert with all three credit bureaus.

Name _____ Phone number _____ *Page 3*

---

**Victim's Law Enforcement Actions**

(17) (check one) I ☒ am  ☐ am not  willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☒ am  ☐ am not  authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☒ have  ☐ have not  reported the events described in this affidavit to the police or other law enforcement agency. The police  ☐ did  ☒ did not  write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission

**(Agency #1)** _____    (Officer/Agency personnel taking report) _____

06/12/20    1194 7/7/22

(Date of report)    (Report number, if any)

_____    _____
(Phone number)    (email address, if any)


**(Agency #2)** _____    _____
(Officer/Agency personnel taking report)

_____    _____
(Date of report)    (Report number, if any)

_____    _____
(Phone number)    (email address, if any)

---

**Documentation Checklist**

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill). mortgage statement from Dec 2019 can provide more if needed.

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Name _____  Phone number _____  Page 4

(22) ❑  A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

## Signature

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_____Koffin Ward_____          _____6-12-2020_____
(signature)                              (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_____Hamilton Flake_____
(Notary)

> **HAMILTON FLAKE**
> **NOTARY PUBLIC**
> **STATE OF COLORADO**
> **NOTARY ID 20154032441**
> **MY COMMISSION EXPIRES 09/05/2023**

*[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]*

**Witness:**

_____          _____
(signature)                                              (printed name)

_____          _____
(date)                                                    (telephone number)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Exhibit 78 - 038

NCS_0142



# YOUR SOCIAL SECURITY CARD

ns important

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job,
whichever is earlier.

iature line.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.



Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0143

Exhibit 78 - 039



## FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST LITTLETON, 80121 USA | ██████324 | ██████6@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info. (social security number, credit report, name etc..) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

| Fraudulent Rental of Apartment or House | | |
|---|---|---|
| **Company or Organization:** | Main Street Renewal LLC | |
| **Account Number:** | 000 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Exhibit 78 - 041

### Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**                                       **06/12/2020**

Robbin U Ward                                              Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

NCS_0146

Exhibit 78 - 042

Name _____ Phone number _____ *Page 5*

# Fraudulent Account Statement

| Completing this Statement |
|---|
| • Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit. |
| • List only the account(s) you're disputing with the company receiving this form. **See the example below.** |
| • If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original). |

**I declare (check all that apply):**

☒ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor Name/Address (the company that opened the account or provided the goods or services) | Account Number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/Value provided (the amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example Example National Bank 22 Main Street Columbus, Ohio 22722 | 01234567-89 | auto loan | 01/05/2002 | $25,500.00 |
| Main Street Renewal LLC. | Not sure ends w/ 20 | lease for a house. | 12/12/ 2019 | $5,375 |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name _____

Billing address _____

Account number _____

DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0147

Exhibit 78 - 043

| Creditor Name/Address | Account Number | Type of Unauthorized Debt | Date Issued or Opened | Amount/Value |
|---|---|---|---|---|
| Main Street Retrieval LLC | NOt Sure cross ref al 20 | lease for 12,14/ Plot 2019 | | $3,815 |

Exhibit 78 - 044

NCS_0148

## Sara Rennie

| | |
|---|---|
| **From:** | Megan Henderson <████████@gmail.com> |
| **Sent:** | Friday, July 10, 2020 2:57 PM |
| **To:** | Richard Chin |
| **Cc:** | ████████@yahoo.com |
| **Subject:** | Fwd: RE: R. Ward identity theft/collections |
| **Attachments:** | Robbin's Dec. Paystub.jpg; Robbin's Feb-March pay stubs.jpeg; Robbin's Jan-Feb pay stubs.jpeg; Dec. mortgage statement.jpeg |

I sent this email originally on June 29th, I am not sure why you did not receive it. Please let me know if any further documentation is needed.

Thank you,

Megan Henderson

---------- Forwarded message ---------
From: **Megan Henderson** ████████@gmail.com>
Date: Mon, Jun 29, 2020 at 12:56 PM
Subject: R. Ward proof of income and residents
To: <rchin@bborlandlaw.com>
Cc: ████████@yahoo.com>, Megan Henderson ████████@gmail.com>

I have attached Robbin Ward's paystubs from Dec. 2019 through March of 2020. I have also attached our December Mortgage statement with our current address. Robbin has resided at this residence in Colorado for the past 10 years.

I am asking that the collections be removed. I am not sure how Robbin's identifying information was acquired. We did travel to Dallas, to visit our daughter in October (at this time, my baggage was lost and never found). Robbin also provided his social and other information to his daughter, Quen Green, last fall so that she could add him as her beneficiary. Quen does work in Dallas for Neiman Marcus, in the accounting department.

 It is our belief that the person(s) who stole Robbin's identity committed forgery by using his daughter's pay stubs but adding Robbin's name to them. In December, the same time that the property at 229 Cliff Heights Circle was rented, someone also purchased a car using his daughter's identity.

Robbin has contacted the social security office and has been informed that there aren't any current benefits being paid out using his social security number. We have provided ample documentation to prove that the house was not leased by Robbin as we do not live in the state of Texas.

In addition to this information, it is important to note that the employment  number listed on the lease application is our daughter's number rather than Neiman Marcus. It seems to me that there was no employment verification just acceptance of pay stubs that are falsified. I encourage Main Street LLC or anyone else involved in this case to contact the HR department at Nemian Marcus to confirm that Robbin Ward has never been employed with their company. I would also request that someone confirm Robbin's residency in Colorado, as he has lived here for more than 30 years.

# Exhibit 78 - 045

NCS_0149

We are requesting a thorough investigation in order to clear up these fraudulent charges that have been placed on Robbin Ward's credit report.

We look forward to a resolution quickly,

Megan Henderson & Robbin Ward


--
gmail.com
@yahoo.com


@gmail.com

Exhibit 78 - 046

NCS_0150

SSN: ███████

Robbin U. Ward                    12/12/19

| Earning: | Rate | Hours | Amount |
|----------|------|-------|--------|
| Regular | 22.250 | 72.00 | 1,602.00 |
| O.T. | 33.375 | 16.50 | 550.69 |
| Holiday | 22.250 | 8.00 | 178.00 |
| Hourly Totals | | 96.50 | 2,330.69 |

EMJD Corporation
4590 S. Windermere Street

Englewood            CO    80110

| Taxes: | | This Check | Year-to-Date |
|--------|---|-----------|--------------|
| Gross | | 2,330.69 | 58,734.45 |
| FICA | | 170.26 | 4,292.37 |
| Federal | 1S | 231.91 | 5,894.27 |
| Colorado | 1S | 82.00 | 2,103.00 |

| Deductions: | | This Check | To-Date |
|-------------|----|-----------|---------|
| Health EE | 01 | 55.00 | 1,375.00 |
| Unif./Locker | 08 | 7.00 | 175.00 |
| Health HSA | 11 | 50.00 | 1,250.00 |
| 401K | 02 | 139.84 | 3,524.07 |
| Net Pay | | 1,594.68 | 40,120.74 |
| Pay Period | | 11/24/19 | To 12/ 7/19 |

| Contribution: | | This Check | To-Date |
|---------------|----|-----------|---------|
| Health-Emplr | 16 | 328.56 | 7,451.28 |

Product DLB261      USE WITH 91500 ENVELOPE      Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop      PRINTED IN U.S.A.      A

---

## EMJD CORPORATION

SSN: ███████        108

Robbin U. Ward                    12/26/19

| Earning: | Rate | Hours | Amount |
|----------|------|-------|--------|
| Regular | 22.250 | 80.00 | 1,780.00 |
| O.T. | 33.375 | 23.00 | 767.63 |
| Hourly Totals | | 103.00 | 2,547.63 |

EMJD Corporation
4590 S. Windermere Street

Englewood            CO    80110

| Taxes: | | This Check | Year-to-Date |
|--------|---|-----------|--------------|
| Gross | | 2,547.63 | 62,482.08 |
| FICA | | 186.86 | 4,571.03 |
| Federal | 1S | 276.77 | 6,171.04 |
| Colorado | 1S | 92.00 | 2,195.00 |

| Deductions: | | This Check | To-Date |
|-------------|----|-----------|---------|
| Health EE | 01 | 55.00 | 1,430.00 |
| Unif./Locker | 08 | 7.00 | 182.00 |
| Health HSA | 11 | 50.00 | 1,300.00 |
| 401K | 02 | 152.86 | 3,748.93 |
| Net Pay | | 1,727.14 | 42,884.08 |
| Pay Period | | 12/ 8/19 | To 12/21/19 |

| Contribution: | | This Check | To-Date |
|---------------|----|-----------|---------|
| Health-Emplr | 16 | 328.56 | 7,779.84 |

Product DLB261      USE WITH 91500 ENVELOPE      Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop      PRINTED IN U.S.A.      A

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC      NCS_0151

Exhibit 78 - 047

```
                SSN: ▮▮▮▮         108    Robbin U. Ward                    2/20/20
  Earning:    Rate   Hours      Amount   Taxes:           This Check Year-to-Date
                                         Gross            2,387.78      9,416.00
Regular      23.700  77.00    1,824.90   FICA               174.63        688.20
O.T.         35.550  10.50      373.28   Federal      1S    241.08        936.37
Pers Day     23.700   8.00      189.60   Colorado     1S     85.00        334.00
Hourly Totals        95.50    2,387.78    Deductions:   This Check     To-Date
EMJD Corporation                         Health EE     01     55.00        220.00
4590 S. Windermere Street                Unif./Locker  08      7.00         28.00
                                         Health HSA    11     50.00        200.00
Englewood          CO   80110            401K          02    143.27        564.97
                                         Net Pay            1,631.80      6,444.46
                                         Pay Period        2/ 2/20  To  2/15/20
                                          Contribution: This Check     To-Date
                                         Health-Emplr 16    328.56      1,314.24
```

Product DLB261    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

## EMJD CORPORATION

```
                SSN: ▮▮▮▮         108    Robbin U. Ward                    3/ 5/20
  Earning:    Rate   Hours      Amount   Taxes:           This Check Year-to-Date
                                         Gross            2,855.85     12,271.85
Regular      23.700  80.00    1,896.00   FICA               210.44        898.64
O.T.         35.550  27.00      959.85   Federal      1S    337.87      1,274.24
Hourly Totals       107.00    2,855.85   Colorado     1S    105.00        439.00
EMJD Corporation                          Deductions:   This Check     To-Date
4590 S. Windermere Street                Health EE     01     55.00        275.00
                                         Unif./Locker  08      7.00         35.00
Englewood          CO   80110            Health HSA    11     50.00        250.00
                                         401K          02    171.35        736.32
                                         Net Pay            1,919.19      8,363.65
                                         Pay Period       2/16/20  To  2/29/20
                                          Contribution: This Check     To-Date
                                         Health-Emplr 16    328.56      1,642.80
```

Product DLB261    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

## EMJD CORPORATION

```
                SSN: ▮▮▮▮         108    Robbin U. Ward                    3/19/20
  Earning:    Rate   Hours      Amount   Taxes:           This Check Year-to-Date
                                         Gross            2,529.98     14,801.83
Regular      23.700  80.00    1,896.00   FICA               185.51      1,084.15
O.T.         35.550  12.50      444.38   Federal      1S    270.48      1,544.72
Pers Day     23.700   8.00      189.60   Colorado     1S     91.00        530.00
Hourly Totals       100.50    2,529.98    Deductions:   This Check     To-Date
EMJD Corporation                         Health EE     01     55.00        330.00
4590 S. Windermere Street                Unif./Locker  08      7.00         42.00
                                         Health HSA    11     50.00        300.00
Englewood          CO   80110            401K          02    151.80        888.12
                                         Net Pay            1,719.19     10,082.84
                                         Pay Period       3/ 1/20  To  3/14/20
                                          Contribution: This Check     To-Date
                                         Health-Emplr 16    328.56      1,971.36
```

Product DLB261    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

Robbin Ward vs. TransUnion, LLC US District Court District of Colorado - 1:21-cv-02597-LTB-SKC    NCS_0152

Exhibit 78 - 048

SSN: ███████    108  Robbin U. Ward                1/ 9/20

| Earning: | Rate | Hours | Amount | | Taxes: | | This Check | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 22.250 | 61.00 | 1,357.25 | | Gross | | 2,113.75 | 2,113.75 |
| O.T. | 33.375 | 10.00 | 333.75 | | FICA | | 153.67 | 153.67 |
| Holiday | 22.250 | 16.00 | 356.00 | | Federal | 1S | 184.41 | 184.41 |
| Other Pd | 22.250 | 3.00 | 66.75 | | Colorado | 1S | 73.00 | 73.00 |
| Hourly Totals | | 90.00 | 2,113.75 | | Deductions: | | This Check | To-Date |

EMJD Corporation
4590 S. Windermere Street

Englewood          CO    80110

| Deductions: | | This Check | To-Date |
|---|---|---|---|
| Health EE | 01 | 55.00 | 55.00 |
| Unif./Locker | 08 | 7.00 | 7.00 |
| Health HSA | 11 | 50.00 | 50.00 |
| 401K | 02 | 126.83 | 126.83 |
| Net Pay | | 1,463.84 | 1,463.84 |
| Pay Period | | 12/22/19 To | 1/ 4/20 |
| Contribution: | | This Check | To-Date |
| Health-Emplr 16 | | 328.56 | 328.56 |

Product DLB261     USE WITH 91500 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.     A

---

## EMJD CORPORATION

SSN: ███████    108  Robbin U. Ward                1/23/20

| Earning: | Rate | Hours | Amount | | Taxes: | | This Check | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 22.250 | 80.00 | 1,780.00 | | Gross | | 2,455.84 | 4,569.59 |
| O.T. | 33.375 | 20.25 | 675.84 | | FICA | | 179.84 | 333.51 |
| Hourly Totals | | 100.25 | 2,455.84 | | Federal | 1S | 255.15 | 439.56 |
| | | | | | Colorado | 1S | 88.00 | 161.00 |

EMJD Corporation
4590 S. Windermere Street

Englewood          CO    80110

| Deductions: | | This Check | To-Date |
|---|---|---|---|
| Health EE | 01 | 55.00 | 110.00 |
| Unif./Locker | 08 | 7.00 | 14.00 |
| Health HSA | 11 | 50.00 | 100.00 |
| 401K | 02 | 147.35 | 274.18 |
| Net Pay | | 1,673.50 | 3,137.34 |
| Pay Period | | 1/ 5/20 To | 1/18/20 |
| Contribution: | | This Check | To-Date |
| Health-Emplr 16 | | 328.56 | 657.12 |

Product DLB261     USE WITH 91500 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.     A

---

## EMJD CORPORATION

SSN: ███████    108  Robbin U. Ward                2/ 6/20

| Earning: | Rate | Hours | Amount | | Taxes: | | This Check | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Regular | 22.250 | 72.00 | 1,602.00 | | Gross | | 2,458.63 | 7,028.22 |
| O.T. | 33.375 | 15.00 | 500.63 | | FICA | | 180.06 | 513.57 |
| Vacation | 22.250 | 8.00 | 178.00 | | Federal | 1S | 255.73 | 695.29 |
| Pers Day | 22.250 | 8.00 | 178.00 | | Colorado | 1S | 88.00 | 249.00 |
| Hourly Totals | | 103.00 | 2,458.63 | | Deductions: | | This Check | To-Date |

EMJD Corporation
4590 S. Windermere Street

Englewood          CO    80110

| Deductions: | | This Check | To-Date |
|---|---|---|---|
| Health EE | 01 | 55.00 | 165.00 |
| Unif./Locker | 08 | 7.00 | 21.00 |
| Health HSA | 11 | 50.00 | 150.00 |
| 401K | 02 | 147.52 | 421.70 |
| Net Pay | | 1,675.32 | 4,812.66 |
| Pay Period | | 1/19/20 To | 2/ 1/20 |
| Contribution: | | This Check | To-Date |
| Health-Emplr 16 | | 328.56 | 985.68 |

Product DLB261     USE WITH 91500 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.     A