

Name __Robbin Ward__   Phone number ▮▮▮▮▮-6324   Page 1

# ID Theft Affidavit

## Victim Information

(1) My full legal name is __Robbin   Undra   Ward__
     (First)         (Middle)        (Last)         (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as
     __Robbin          Ward_____
     (First)         (Middle)        (Last)         (Jr., Sr., III)

(3) My date of birth is __▮▮▮▮ 1961__
     (day/month/year)

(4) My Social Security number is __▮▮▮▮▮▮▮__

(5) My driver's license or identification card state and number are __▮▮▮▮▮▮▮__

(6) My current address is __5390 South Sherman St.__
     City __Littleton__   State __CO__   Zip Code __80121__

(7) I have lived at this address since __12 / 2010__
     (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was
     _____
     City _____   State _____   Zip Code _____

(9) I lived at the address in Item 8 from _____ until _____
     (month/year)      (month/year)

(10) My daytime telephone number is ( ▮▮▮ )__-6324__
     My evening telephone number is ( ___ ) __same as above__

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

Robbin Ward vs. TransUnion, LLC USADistrict Court District of Colorado - 1:21-cv-02597-LTB-SKC          NCS_0091

Exhibit 79 - 001

*Name* _____ *Phone number* _____ *Page 2*

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☒ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☒ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☐ My identification documents (for example, credit cards; birth certificate; driver's license; Social Security card; etc.) were  ☐ stolen ☐ lost  on or about _____.
(day/month/year)

(14) ☐ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

_____     _____
Name  (if known)                                         Name  (if known)

_____     _____
Address (if known)                                      Address (if known)

_____     _____
Phone number(s) (if known)                        Phone number(s) (if known)

_____     _____
Additional information (if known)                 Additional information (if known)

(15) ☒ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

I am trying to refinance my home and that is how I found out about a collections account on all of my credit reports. (See additional attached.)

(Attach additional pages as necessary.)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0092

Exhibit 79 - 002

Upon reviewing my credit reports with all 3 bureaus, I confirmed that there was a collections account issued by Main Street Renewal LLC. The account was not one I recognized so I called the collections company and they told me to contact Borland Law Firm. I did so on 6/11/20. I spoke with Virginia Patton. Virginia was able to provide the address of the house rented using my identity. The location of the house is in Dallas, TX. I would like it noted that I have neve lived in Texas. I have been a resident of Colorado since 1989.

Through the discussion, I learned that the work phone they provided was my daughter's. She actually lives in Dallas and works in the accounting department for Neiman Marcus. I also learned that they had provided paystubs from Neiman Marcus (my daughter's pay stubs) but they had my name on them. They listed my job title as Warehouse Supervisor at Neiman Marcus and provided the address of an office building in Dallas where Nemian Marcus houses administration, not a warehouse.The address is actually my daughter's place of employment. There was also mention of some social security documents (not sure exactly what they pertain to.)

I have contacted Main Street Renewal LLC, filed a fraud report with the Federal Trade Commision, contacted the local social security office and placed a one-year fraud alert with all three credit bureaus.

NCS_0093

Exhibit 79 - 003

NCS_0094

Exhibit 79 - 004

*Name* _____ *Phone number* _____ *Page 3*

## Victim's Law Enforcement Actions

(17) (check one)  I  ☒ am  ☐ am not  willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one)  I  ☒ am  ☐ am not  authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply)  I  ☒ have  ☐ have not  reported the events described in this affidavit to the police or other law enforcement agency. The police  ☐ did  ☒ did not  write a report. *In the event you have contacted the police or other law enforcement agency, please complete the following:*

Federal Trade Commission
**(Agency #1)** | (Officer/Agency personnel taking report)

06/12/20 | 119477 ??
(Date of report) | (Report number, if any)

_____ | _____
(Phone number) | (email address, if any)

_____ | _____
**(Agency #2)** | (Officer/Agency personnel taking report)

_____ | _____
(Date of report) | (Report number, if any)

_____ | _____
(Phone number) | (email address, if any)

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☒ A copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo-ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☒ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill). mortgage statement from Dec 2019 can provide more if needed

### DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0095

## Exhibit 79 - 005

Name _____    Phone number _____    Page 4

(22) ❏  A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

**Signature**

I declare under penalty of perjury that the information I have provided in this affidavit is true and correct to the best of my knowledge.

_Roffin Ward_                    _6-12-2020_
(signature)                      (date signed)

**Knowingly submitting false information on this form could subject you to criminal prosecution for perjury.**

_Hamilton Flah_
(Notary)

```
HAMILTON FLAKE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154032441
MY COMMISSION EXPIRES 09/05/2023
```

_[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]_

**Witness:**

_____    _____
(signature)                          (printed name)

_____    _____
(date)                               (telephone number)

## DO NOT SEND AFFIDAVIT TO THE FTC OR ANY OTHER GOVERNMENT AGENCY

NCS_0096

Exhibit 79 - 006