

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
119477722

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Robbin | Undra | Ward |
| **Address:** | **Phone:** | **Email:** |
| 5390 S SHERMAN ST<br>LITTLETON, 80121<br>USA | ███6324 | ███@yahoo.com |

## Personal Statement

I was trying to refinance my house (Colorado) and discovered collections on my account for an apartment mgmt. com. I called and was directed to Borland Law. I spoke with Virginia. She was able to tell me an apartment was rented in Dallas, TX. They used my daughter's phone number and her pay stubs from Neiman Marcus stamped with my name. There was also some social security paperwork under my name, not quite sure what. I will be filing a affidavit of fraud and contacting the social security office. I spoke with my daughter who lives in Dallas. She had someone use her credit to buy a car and someone was trying to garnish her wages for 2 children (she is a mother to only one child who resides with her.) The fraud involves her place of work and phone number but all my info, (social security number, credit report, name etc.) I have never lived in Texas and have resided in Colorado since 1989.

## Accounts Affected by the Crime

### Fraudulent Rental of Apartment or House

| Company or Organization: | Main Street Renewal LLC | |
|---|---|---|
| Account Number: | 000 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 12 / 2019 | 6 / 2020 | $ 5400 |

Robbin Ward vs. TransUnion, LLC USaDistrict Court District of Colorado - 1:21-cv-02597-LTB-SKC

Page 1 of 2
NCS_0099

Exhibit 80 - 001

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Robbin U Ward**                          **06/12/2020**

Robbin U Ward                              Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Exhibit 80 - 002