IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:21-CV-02597-LTB-SKC


ROBBIN WARD,

Plaintiff


V.


TRANS UNION, LLC,

EQUIFAX INFORMATION SERVICES, LLC,

EXPERIAN INFORMATION SOLUTIONS, INC.,

AND NATIONAL CREDIT SYSTEMS, INC.,

Defendants


DEPONENT:   DIANA WOODWARD

DATE:       MAY 4, 2022

REPORTER:   ANDIE LAYNE

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 82 - 001

STIPULATION


The deposition of DIANA WOODWARD was taken at PIKE REPORTING, 600 17TH STREET, SUITE 2800, DENVER, COLORADO 80202, via videoconference in which all participants attended remotely, on WEDNESDAY the 4TH day of MAY 2022 at 12:41 p.m.; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30.


It is agreed that ANDIE LAYNE, being a Notary Public and Court Reporter for the State of COLORADO, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com



Exhibit 82 - 002

The Deposition of DIANA WOODWARD, taken on May 04, 2022

12

I quit.

Q    Okay.  And how long were you working on identity theft disputes when you were with the company?

A    I would say about five years.

Q    Okay.  Do you remember ever being trained about like synthetic fraud or digital fraud or anything like that?

A    No.

Q    Okay.  All right.  Are you familiar with something called an ACDV?

A    No, I don't remember it.  I don't know if I was trained on it.  I'm not sure if I was.  I just -- there's a lot I don't remember.

Q    When you were investigating -- well, let me ask you this.  Would -- would you consider yourself an investigator of identity theft disputes or would you say that your job was more to match data in the collection system versus the e-OSCAR system?

MR. BUZZETTA:  Objection to the form of the question.  You can answer.

A    It's more data, and a little bit of research, but you know, I -- I just entered the information that need to be done.

Q    Okay.  I'm going to ask you to turn to an exhibit.  Let me just find it real quick.  All right. So

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 82 - 003

documents that were in NCS's file.  You understand what I mean?

A    No.  I didn't have access to that.

Q    Okay.  So you didn't have the ability to go into NCS's system and review their e-mails with the customer before you responded to TransUnion?

A    No only what I had in e-OSCAR.  I review all that.

Q    Oh.  All right.  I'm going to take -- I'm going to ask you to turn to Exhibit 1.

A    Okay.

Q    All right.  And if you can look at page 2, kind of in the second paragraph towards the top.  You see that it discusses people using fake pay stubs as a type of fraud in rental properties?

A    Uh-huh.  Yes.  I see that.

Q    Did you ever receive any training from NCS about how to investigate fake pay stubs?

A    I can't remember.

Q    Do you remember NCS ever telling you anything like rental fraud is on the rise and you got to be on the lookout for fake pay stubs, anything like that?

A    No.  I can't recall anything like that.  Not saying it didn't happen, it's just, I don't remember it.

Q    Did NCS ever train you on what motivations

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 82 - 004

influenced your decision for your investigation into identity theft claims?

MR. BUZZETTA:  Same objection.

A    It would be difficult for me to answer that, because I don't recall seeing the pay stubs.  I don't know if that was part of the e-OSCAR.  I just can't remember it.

Q    Okay.  Well, yeah, and I think my question was more asking if you assumed that you saw -- okay.  So assume that for purposes of my question.  Would that have influenced your investigation as to whether he was an identity theft victim?

MR. BUZZETTA:  Same objection.

A    Like I said, it's just hard for me to answer that because I -- I -- I can't remember what my exact job duties were, what I investigated and how I handled it.

Q    Okay.  Well, let me ask it a different way.  Okay.  So if the -- if the property management company gives you pay stubs that we looked at from Neiman Marcus, right?  Which -- and then the consumer says, "Those aren't my pay stubs.  Here's my pay stubs, and I worked at EMJD."  Would that factor into -- would you consider that as part of your investigation?

MR. BUZZETTA:  Objection of the form of the

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 82 - 005