IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 1:21-CV-02579-LTB-SKC


ROBBIN WARD,

Plaintiff,


V.


NATIONAL CREDIT SYSTEMS, INC.,

Defendant.


DEPONENT:   JOHN ULZHEIMER

DATE:       OCTOBER 19, 2022

REPORTER:   ANDIE LAYNE



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 001

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

4

STIPULATION

The deposition of JOHN ULZHEIMER was taken at PIKE REPORTING, 410 SEVENTEENTH STREET, SUITE 1350, DENVER, COLORADO 80202, via videoconference in which all participants attended remotely, on WEDNESDAY the 19TH day of OCTOBER 2022 at 11:01 a.m.; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. This notarial act involved the use of communication technology pursuant to 8CCR 1505-11.

It is agreed that ANDIE LAYNE, being a Notary Public and Court Reporter for the State of COLORADO, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 002

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

17

Q    -- shrink it, or scroll down or whatever.

A    Yeah.  Do you want to give me control, or do you want to keep -- keep control?  I mean, I can tell you what it is.  I don't need to even -- I don't need use the screen share for that --

Q    Yeah, I -- I don't know how to give you control.  I'm not opposed to it, I just don't know how to do it.  But --

A    Yeah, if you look about halfway down the list, you'll see "Champagne v. Cenlar" --

Q    Okay.

A    You see that?

Q    Yep.  Yep.

A    That's it.  So I was Mr. Champagne's expert in that trial.

Q    Okay.  And then had you ever testified against Cenlar?  Or I'm sorry, strike that.  Had -- had you ever served as Cenlar's expert prior to that trial?

A    So if -- if you go -- I don't know that I had ever been their expert.  I think they've changed names a few times, so I'm not exactly sure what they were known as before Cenlar.  Or -- so -- so I don't -- I don't think so, but I also don't know the history of their kind of acquisition/merger activity.  So you know, it's certainly a possibility, but I don't recall ever doing

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 003

anything on behalf of Cenlar prior to the Champagne trial.

Q    Okay.  Did the plaintiff win that case?

A    I do not know.  I don't know what the outcome was of it.

Q    Other than the Champagne case, of all the other cases that are listed as Exhibit B to your report, did you serve as an expert for the defendant in the remaining cases?

A    Let's see.  Can -- yeah, thank you.

Q    Sure.

A    Yeah, those all -- yes, I was the expert for the defendant.  Hey, could you mind paging up again? I'm sorry.

Q    Yeah, sure.

A    Yeah, that's good.  Yeah, I was the expert for the defendant in the other ones.

Q    You mention that one of the reasons plaintiff's attorneys, or plaintiffs, I guess, often didn't retain you was your fee.  Do you have a sense of how much it costs you to do a report, generally?

A    Yeah.  Well, I mean, it varies.  You know, it -- it varies pretty wildly depending on the amount of documents that make up the universe of documents in these lawsuits.  So I mean, I've -- you -- you're --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 004

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

19

look, you're not the first person who's ever asked me to -- I'm asked for budgets a lot. And I always give the same answer which I'm about to give you, which is, I don't know. It's dependent on the -- the number of documents. If you -- if you send me, you know, 50,000 documents to review, it's going to be expensive. If you send me three credit reports to review it's going to be pretty inexpensive. And so it -- it kind of varies wildly because of that.

Q    All right. And you're -- if I understand correctly, you're an hourly rate at $625?

A    That's correct.

Q    How many hours did it take you to write the report in this case?

A    I think it took me in the neighborhood of between 20 maybe 25 hours, give or take.

Q    Okay. Have you ever turned down work for a corporate defendant because you disagreed with their position?

A    I -- let me think about that. I don't recall that I have.

Q    Okay. So like I -- I think you had told me that for plaintiffs you had seen complaints where they had sent it to you and, you know, you said, "I fundamentally disagree with the arguments you're trying

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 005

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

20

to make."  Do -- do you recall ever having the same reaction to a corporate defendant, saying, "I fundamentally disagree with your defense in this case"?

A    Well, I -- defendants don't write complaints, so I don't know what their position generally is before that first conversation takes place.  So -- but I -- I don't recall any scenario where after I've heard what's -- and -- and usually the defense is my defense, right?  Because I'm the one who's tasked with crafting the rebuttal with respect to the plaintiffs expert vis-a-vis credit.  So really that's my job.  All the legal strategy stuff that you-all deal with, I don't have anything to do with that.  But having said that, with that caveat, I don't recall ever saying, "This would be my position" and, you know, "take it or leave it."  Or -- or, "If I'm not the right fit, then go somewhere else."  Certainly after conversations with defense counsel, I -- you know, they've moved on and went and -- and gone other directions.  That's not uncommon at all.  But I don't -- I don't know why they made those decisions.

Q    Okay.  So you -- you're the one that kind of is -- comes up with their defenses, if you will, as part of your report?

MS. DEMARTE:  Objection.  Form and foundation.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 006

You can answer if you're able.

A    Yeah, I think rebuttal is probably the more appropriate word for -- I think defenses maybe insinuates more legal, kind of legal stuff that you and Ms. DeMarte do.  For me, it would be rebuttal to -- you know, almost always would be to an expert who's crafted a report on behalf of a plaintiff.

Q    Okay.  So it's more or less -- it's kind of picking holes at the plaintiff's case?

A    To the extent there are -- to the extent that there are holes, then certainly identifying those. Or if there aren't holes, then making it known that there's really no holes here.  And then of course, then that's when the legal strategy generally changes.

Q    Have you ever written a report for a corporate defendant where you said there's no holes in the plaintiff's case?

A    No, usually I wouldn't get retained if that was my position.  I'm -- like I said earlier, sometimes I'm not a good fit.  And in that scenario I don't think I would be a good fit.

Q    Okay.  And you don't recall ever seeing a scenario where you thought there's no holes in the plaintiff's case?

A    Certainly.  And -- and when that's come up,

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 007

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

22

they've generally moved on and -- I guess, and -- and looked at other options.

Q    Okay.  And then can you walk me through a little bit of the process?  Like how does a defendant retain you?

A    Sure.  So what -- what -- well, geez, what happens almost every time is someone like Ms. DeMarte or, you know, someone's outside counsel will contact me somehow.  Either by phone call or maybe e-mail. And almost always request a meeting or a phone call, and just identify that they've got a case that they may need a credit expert for.  So that's usually step one. Step two, which is me, is I always ask for the parties and their lawyers, because I want to do conflicts -- a conflicts check prior to having any conversation or communication with them.  As we -- as we talked earlier, normally on the plaintiff's side, that's usually where the communication ends because I have a conflict. But to the extent that -- that there is no conflict, then usually the next step is I always ask for the complaint, just so I can at least read it and understand what's going on prior to a -- a phone call, to make it more efficient.  And to the extent that the phone call goes well, then -- then the timing works.  I mean, if someone needs a report by Friday, then usually it's --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 008

you got to go somewhere else.  Because I don't -- I can't do that.  But to the extent the timing works out, then usually the -- the administrative stuff takes place.  So like the executing of a retainer agreement, and getting the financial retainer in place.  And then afterwards it's usually, "Here's the universe of documents" and "have at it."

Q    Okay.  And -- and is this initial phone call, is this a free consultation or do you charge for that?

A    Yeah, no, and I only -- the only time I bill for is after the administer -- after the execution of the retainer agreement every -- it's after, none of the stuff before that.  I don't bill for that time.  I guess I should, a lot of people ask me that.  I guess maybe, Matt, I should expand my business to include consultations.

Q    Right.  See, I'm improving your revenue here, so.  What's the retainer you charge?

A    $7,500 refundable retainer.

Q    And then if it goes above that, do you just send them a bill or do you require another retainer?

A    So it's -- I don't use it for the -- I don't use it for the invoices.  So I send invoices out and those are paid.  And then once the case is done, however it is disposed of, then I'll apply the retainer to the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 009

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

24

last bill and then usually mail them back.  Sell them out as the -- as the difference.  Or if all the bills are pay, then I send them the check for the entire amount back.

Q    What's the amount you billed NCS for this case?

A    I think -- and I'm not trying to be on the hickey here with you.  I -- I'm actually billing Ms. DeMarte.  I'm not billing --

Q    Fair enough.

A    -- I'm not billing the company.  But I don't try to be nit-picky, I just don't want to create a false record.  I want to say maybe 20, 21,000 give or take.

Q    Okay.  And then is -- I assume your rate will be the same at trial, $625 an hour?

A    That's accurate.  Yes, sir.  That's right. Yeah, this doesn't -- I know some people charge a variable rate for testimony versus other stuff.  I -- I've never understood why, but -- so I -- just for me, I just keep it the same across the board.

Q    Do you also charge or do they pay you for your travel time?

A    They do.

Q    Okay.  And what's that rate?

A    Same.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 010

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

25

Q    Okay.  And I assume they reimburse all your out-of-pockets planes and hotels and all that?

A    You should not assume that, sir.  Sometimes yes, sometimes no.  But that's in the agreement.  But sometimes yes, and sometimes no.

Q    So under the agreement they're supposed to, is that what you mean?  But they don't always do it?

A    Correct.

Q    You ever send them to collections?

A    I -- I do not send them to collections.

Q    All right.  Do you -- you consider yourself an expert in identity theft?

A    I think so, yeah.  I certainly have, you know, specialized knowledge in identity theft that I wouldn't expect a lay person to have.

Q    Have you ever written -- I think you wrote a book about identity theft, didn't you?

A    Is my first book, that's right.  And who knows how many articles that touched on identity theft.  Probably hundreds if not thousands.

Q    Was that the one -- it was called, I think, "Surviving Identity Theft," that one?

A    That's right.  And -- and in and in all fairness, I wrote it, I had a co-author named -- actually, her name was Emily Davidson at the time.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 011

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

26

She's Emily Peters now.  So she and act -- she and I are the -- were the co-authors for -- of that -- of that book.

Q    Okay.  And is that book still in publication?

A    I -- I don't know.  I -- I actually don't know if any of my books are still being published, to be quite honest with you.

Q    Do you still have a copy of that book somewhere?

A    I have -- I don't have a copy of any of my books.

Q    You -- like you don't even have the rough draft or anything?

A    No, I don't own the copyright.  So that -- that's one of the -- that's one of the great ironies of being an author, is that even though your name is on something, you don't actually own it.  So I don't own the copyright to any of -- actually to anything that I've ever written, blogs or books.  And so I don't -- and -- and we're talking a really long time ago now, so that kind of stuff has long since been turned over to the -- the copyright owner.

Q    Okay.  Do you have any specialized knowledge about identity theft as it relates to rental properties?

A    Sure.  That's not an uncommon issue,

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 012

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

29

personally define it?

A    Let me think about that.  I guess it depends on the type of identity theft.  So I mean -- I mean, A, it's an attempt to defraud somebody or some entity, whether it's a creditor or another person.  And in many scenarios, it's both, accomplished by either abusing an existing account or creating a new account and then abusing that newly-created account.

Q    Now, if a family member steals somebody's identity, is it still identity theft?

A    Sure.

Q    Have you ever done any investigations on behalf of a furnisher?

MS. DEMARTE:  Objection to form.  You can answer if you're able.

A    I have not.

Q    Have you ever supervised any investigations for furnishers?

MS. DEMARTE:  Objection to form.  You can answer if you're able.

A    I have not.

Q    Have you ever written any policies and procedures on investigating claims of identity theft under the FCRA for furnishers?

A    I have not.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 013

The Deposition of JOHN ULZHEIMER, taken on October 19, 2022

57

because they're furnishing stuff to the credit bureaus
that it's false.  I -- I would suggest that they're
presuming that it's correct because they're no -- they
know they're not supposed to report stuff if they know
it to be false.

Q    Right.

A    So it -- it wouldn't -- it wouldn't -- it
wouldn't cut on whether or not the XB compliance
condition code is being -- and for the court reporter,
those are the letters "X" like X-ray and "B" like, boy.
It -- you know, No -- you're -- no furnisher is supposed
to report knowingly, or -- again, you -- if you're
reporting something you wouldn't know that -- you would
have to presume that it's correct because you know
you're not supposed to report incorrect information.
But that doesn't change simply because you're
associating the XB code with something.  That -- that's
not the purpose of the XB code, to allow you to report
stuff that you know is false.

Q    Right.  That -- yeah, that's what I'm saying.
So like, if the furnisher knows or should know
information is false, they can't just say, "Well, it
doesn't matter because we reported it with code XB, so"
--

A    I've -- I've never heard any furnisher -- and

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Exhibit 84 - 014