

PIKE REPORTING COMPANY

# CIVIL ACTION NO. 1:21-CV-02597-LTB-SKC

# ROBBIN WARD

# V.

# NATIONAL CREDIT SYSTEMS, INC.

# DEPOSITION OF:

# RON SAPP

# DATE:

# AUGUST 30, 2022



PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:21-CV-02597-LTB-SKC


ROBBIN WARD,

Plaintiff


V.


NATIONAL CREDIT SYSTEMS, INC.,

Defendant


DEPONENT:  RON SAPP

DATE:      AUGUST 30, 2022

REPORTER:  ANDIE LAYNE

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

APPEARANCES


ON BEHALF OF THE PLAINTIFF, ROBBIN WARD:

Matthew R. Osborne, Esquire

Matthew R. Osborne, P.C.

11178 Huron Street

Suite 7

Northglenn, Colorado 80234

Telephone No.: (303) 759-7018

E-mail: matt@mrosbornelawpc.com

(Appeared via videoconference)


AND


Craig Marchiando, Esquire

Consumer Litigation Associates

763 J. Clyde Morris Boulevard

Suite 1-A

Newport News, Virginia 23601

Telephone No.: (757) 930-3660

E-mail: ccmarchiando@gmail.com

(Appeared via videoconference)

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

APPEARANCES (CONTINUED)


ON BEHALF OF THE DEFENDANT, NATIONAL CREDIT SYSTEMS,

INC.:

Katrina M. DeMarte, Esquire

DeMarte Law

39555 Orchard Hill Place

Suite 600

Novi, Michigan 48375

Telephone No.: (313) 509-7047

E-mail: katrina@demartelaw.com

(Appeared via videoconference)

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

INDEX

                                                    Page

PROCEEDINGS                                            6

DIRECT EXAMINATION BY MR. OSBORNE                      6

CROSS EXAMINATION BY MS. DEMARTE                      92

REDIRECT EXAMINATION BY MR. OSBORNE                   96


                        EXHIBITS

Exhibit                                             Page

3 - Social Security Letter with Pay Stubs            31

15 - Approved Applicant Notification                 78

*Exhibits to be forwarded upon receipt.



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

STIPULATION

The deposition of RON SAPP was taken at PIKE REPORTING, 410 17th STREET, SUITE 1350, DENVER, COLORADO 80202, via videoconference in which all participants attended remotely, on TUESDAY, the 30TH day of AUGUST 2022 at 9:34 A.M.; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. This notarial act involved the use of communication technology pursuant to 8CCR 1505-11.

It is agreed that ANDIE LAYNE, being a Notary Public and Court Reporter for the State of COLORADO, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

PROCEEDINGS

COURT REPORTER:  On the record.  Will all parties, except for the witness, please state your appearance, how you're attending, and your location.

MR. OSBORNE:  Yeah, good morning.  This is Matt Osborne, for the plaintiffs, appearing by Zoom in Northglenn, Colorado.

MS. DEMARTE:  This is Katrina DeMarte, for the defendant, and Ron Sapp.  I'm located via -- well, in Highland, but I'm appearing via Zoom, Highland, Michigan.

COURT REPORTER:  And, Mr. Sapp, will you state your full name for the record?

THE WITNESS:  Yeah, this is Ron V. Sapp, and I'm located in Marietta, Georgia.

COURT REPORTER:  Thank you.  And if you'll raise your right hand for me.  Do you solemnly swear or affirm the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

COURT REPORTER:  Thank you.  You may begin.

MR. OSBORNE:  Thank you.

DIRECT EXAMINATION

BY MR. OSBORNE:

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 8 of 119
The Deposition of RON SAPP, taken on August 30, 2022

7

Q    And, Mr. Sapp, do you also reside in Marietta, Georgia?

A    No.

Q    Okay.  Where do you reside?

A    Johns Creek.

Q    Okay.  That's in Georgia as well?

A    Yes.

Q    All right.  And what's your position at the company, at NCS?

A    Vice president of operations.

Q    What do you do on a day-to-day basis?

A    Oversee the operational aspects of the company.  That includes training, policy and procedures, workflows and strategies, human resources issues, some compliance issues, a number of things.

Q    Okay.  And you're fairly high up at the company?

A    I -- yes, number two.

Q    Who do you -- who do you report to?

A    Joel Lackey.

Q    Is that the president?

A    Yes.

COURT REPORTER:  I'm sorry to interrupt, but someone named Craig came into the waiting room. Should I let them in?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

MR. OSBORNE:  Oh, yeah.  He's my co-Counsel.

COURT REPORTER:  Okay.

MR. OSBORNE:  We can let him in, sure.

COURT REPORTER:  Okay.  Thank you.  Sorry about that.

MR. OSBORNE:  That's okay.  I think he's just going to listen in, so -- all right.

BY MR. OSBORNE:

Q    So, Mr. Sapp, it's fair to say that you're quite familiar with the company's policies and procedures on the FCRA?

A    Yes.

Q    And you were involved in writing them, right?

A    I -- I was.

Q    And you were involved in training the people who would do the investigations under the FCRA, right?

A    Correct.

Q    What did you do to prepare for today's deposition?

A    I reviewed the complaint, the documents that we have and have received, and the notes made on the collection account itself.

Q    Did you read the depositions of Ms. Bowler and Ms. Woodward?

A    I have not as of yet.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 10 of 119
The Deposition of RON SAPP, taken on August 30, 2022
9

Q    Okay.  And Ms. Bowler still works for NCS?

A    Yes.

Q    Okay.  Did you ever speak to her about this case at any point in time?

A    I -- I believe I spoke to her at -- when she was preparing for the deposition and told her of the case, but not in detail, no.

Q    Okay.  What did you talk to her about?

A    That she was being deposed.  It was fairly straightforward.

Q    Okay.  So you didn't go over the facts of the case with her or anything?

A    No, I did not.

Q    And did you speak to Ms. Woodward at any point in time since this case was filed?

A    I did not.

Q    Okay.  NCS collects primarily rental debts; is that right?

A    Correct.

Q    Okay.  And are you familiar with identity theft in the context of rental property?

A    I am.

Q    Okay.  And what are the different types of identity thefts as it relates to rental property?

A    I don't know if I would classify them as

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

"different types."  It's someone using someone else's identification to obtain a -- a living shelter that -- that's -- obtain a housing, I should say.  Excuse me.

Q    Okay.  All right.  Well, let me show you a document real quick.  Give me a second.  All right. Do you see this is an article from September 5, 2018?

A    Yes.

Q    Okay.  And it mentions a study about fraud in the rental housing industry.  Do you see that?

A    I do.

Q    Okay.  And it mentions that fraud was rising in the rental industry, right?

A    That's what the article says, yes.

Q    Okay.  Do you agree with that statement?

A    I -- I couldn't verify that.  I -- I don't know.  I haven't seen this article, and I don't know if it's rising.  I -- I just don't know if that's accurate.

Q    Okay.  So you've never been told at all that fraud has been rising in the rental industry?

A    I have not been told that, no.

Q    Okay.  It also talks about TransUnion noting that one of the driving forces behind the increase in fraud is the increase in use of online applications. Do you see that?

A    I do see that, yes.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

 PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 12 of 119
The Deposition of RON SAMY, taken on August 30, 2022
11

Q    Is that something you've ever heard prior to this morning?

A    I haven't heard that.  No one's told me that.

Q    Have you ever read that anywhere --

A    I don't recall reading that.

Q    Okay.  And then it talks about TransUnion identifying three types of fraud: Property investors may face synthetic fraud, digital fraud, and true name fraud, correct?

A    It does say that.

Q    Okay.  Do you know what synthetic fraud is?

A    I have never looked up the definition.

Q    Okay.  Do you know what digital fraud is?

A    I can conclude that that's fraud committed through digital means.

Q    Okay.  And have you ever learned the different ways that an identity thief might commit identity theft in the context of renting out a property?

A    I can conclude the different ways that they would commit identity theft.

Q    Okay.  And have you ever received any training at all about, for example, spoofed IP addresses?

A    I have not received training, but I'm aware of what they are.

Q    Okay.  And what are they?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

A    They're a falsified IP address.  It appears to be coming from a different location than it actually is.

**Q    Have you ever trained your FCRA investigators on spoofed IP addresses?**

A    Not specifically.

**Q    Okay.  So you've never told them how to detect it or how to investigate it when they're doing an FCRA investigation?**

A    No, not on spoofed IP addresses.

**Q    Okay.  Have you ever provided training to the FCRA investigators about recognizing fake pay stubs?**

A    That's something that we don't typically encounter, actually.  Fake pay stubs are -- I don't think they're often used.  But no, there's not been any training to recognize a fake pay stub.  There's been training to ask for and identify pay stubs.

**Q    Okay.  So you're not familiar with fake pay stubs?**

A    Oh, I -- I didn't say I wasn't familiar with them.  But as far as identifying them, I -- that would be very difficult in many, many cases.

**Q    Okay.  Let me show you another document here. Give me one --**

COURT REPORTER:  Did you want to mark that one?

MR. OSBORNE:  Oh, that -- yeah, sorry.  That

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

one was previously Exhibit 2 from the prior depo, so instead of re-marking it, I'm going to keep going with those numbers.

COURT REPORTER:  Okay.

BY MR. OSBORNE:

Q    Okay.  So I'm going to show you what was previously marked as Exhibit 1 from the prior deposition.  It's another article, called, "Preventing Applicants from Scamming You."  And have you ever read this article?

A    No, I have not.

Q    All right.  And it talks about that there's apartment prospects that won't pass a background check, right?

A    Are you asking me if the article refers to that?

Q    Right.

A    What --

Q    That's just at the top here, right (indicating)?

A    Okay.  Yes, yes.

Q    And you understand that would be one of the primary motives for somebody to commit identity theft in a rental fraud situation, right?

A    Yes, I do.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SARPY taken on August 30, 2022

14

Q    Okay.  And another motive could be if they wanted to use the property to commit a crime such as cooking meth, for example, right?

A    Sure.

Q    Okay.  It also talks about, the result has been a significant rise in the use of fake or stolen Social Security numbers and fake pay stubs, right?

A    That's what the article says, yes.

Q    Okay.  And as far as you know, NCS has never trained its FCRA investigators on how to spot fake pay stubs, correct?

A    No, not on spotting fake pay stubs.

Q    Okay.  One of the things that NCS investigators would do in an identity theft situation is they would try to look at the pay stubs, wouldn't they?

A    They would review the documents provided by the creditor and the person claiming identity theft, yes.  And we look at all the documents, not just pay stubs.

Q    Right.  Look at everything in the file that you have that's relevant, right?

A    Correct.

Q    Okay.  And what is your understanding about how identity thieves acquire information about the victim?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

A    Can you repeat that, please?

Q    Sure.  What is your understanding of how identity thieves acquire personal identifying information of the victim?

A    I -- well, I'm not a -- I don't fashion myself someone that perpetrates identity theft.  I believe it could be acquired in all kinds of various ways.

Q    Yeah, and I'm not implying that you commit identity theft.  I know you wouldn't do something like that.  But in your industry, you would deal with identity theft disputes all the time, right?

A    Yes, we have a fair number.

Q    Okay.  And so you would want to know basic information about the various ways that thieves acquire information, right?

A    Well, as I said, I -- I think it can be acquired in many, many different ways.  Oftentimes there are many, many, many false claims.  I -- I would venture to say there are more false claims of identity theft than there are actual victims of identity theft.  It can be acquired through a theft itself.  It can be -- many times identity theft is done -- and I don't even think you would quantify [sic] it as identity theft -- it's done with the individual who's claiming theft's permission -- giving things to relatives, helping

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 17 of 119
The Deposition of RON SAPP, taken on August 30, 2022
16

friends rent apartments, things such as that.  It's --
there are a number of things that are done here.
How these people acquire the falsified information, it -
- it can run the gamut.

Q    Okay.  Do you think that Robbin Ward did a
false claim of identity theft with your company?

A    I -- I think the evidence supporting this
shows that Robbin Ward is aware of this particular debt,
and it certainly appears was instrumental in obtaining
this particular apartment -- or house.  I believe it's a
house if I'm not mistaken.

Q    Are you saying that you believe that Robbin
Word was aware that this debt was going to be taken out?

A    From the documentation that I have, it
certainly appears to be the -- that to be the case.

Q    Okay.  So you believe that his claim of
identity theft is false, right?

A    Given the information provided, the past
issues with Mr. Ward, I -- I do believe that very likely
to be the case.

Q    And what documents do you believe support
that?

A    Well, I'll probably start by addressing the
past issues with Mr. Ward, and that's the first account
that we have in our office, when he was evicted from his

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

apartment in 2003.  He -- he was -- we reached out to him at that point in time.  He owes a -- he has a secondary account in the amount of $1,600 in our office -- same name, same Social Security -- and was evicted, I believe in October of 2002.  Of course, that would've been the first thing that any investigator in our office looked at when they began this investigation of identity theft.  In addition to that, a year before this particular apartment was rented, we exchanged data with a -- an application -- or at the time, we exchanged data with an application check company called SafeRent. And they notified us -- and this would've been a year before -- I -- I don't remember the exact date, but they notified us well in advance that Mr. Ward had applied for an apartment in the Dallas area and he had applied for it using a Colorado address.  Okay?  We immediately sent a letter to Mr. Ward letting him know that he had applied for an apartment in Dallas, and asked him to contact us because we had an account here, another account here, and I had asked for -- sent him a letter to his Littleton address, I might add -- asked him to contact us about this application process and see if we could resolve the outstanding account.  Mr. Ward never did contact or reach out to us.  So right off the bat, we have someone with a known history of running up

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAFFY, taken on August 30, 2022

apartment debt, so to speak, and being evicted, and not responding to communications that let them know that they've applied for an apartment in the Dallas, Texas area.  So that's the first thing I would look at with dealing with Mr. Ward.

Q    Okay.  And you would agree with me that whatever letter you're referring to about this SafeRent situation has never been produced in this case by your company, right?

A    It was not -- it was on a different account. It wasn't involving this particular account.  But I don't believe it's been -- I do not believe it's been produced, no.

Q    Right.  Okay.  And number two -- well, let me show you some notes here.

A    Sure.

MR. OSBORNE:  Okay.  For the record, this will be Exhibit 11.  And this would be the account notes that your company produced in this case, true?

A    Correct.

Q    Okay.  And feel free to look at it.  I'll go to whatever page you want to go to.  But nowhere in these notes does it show that your company ever reviewed and considered an eviction from 2002 or 2003 as part of their investigation, does it?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

A    It wouldn't have to.  It -- it -- it's apparent.  You can -- the two accounts are packeted together.  You can -- as soon as you pull up one account, you will see that the other account is visible and easily viewed.

Q    Okay.  But --

A    You can --

Q    -- to answer my question, sir: These notes do not say anywhere that an NCS employee considered an eviction from 2002 or 2003 as part of their investigation, do they?

A    Well, the -- the -- the notes may not indicate that, but it would've been done based upon company policy and training.

Q    Okay.  Well, you --

A    Because --

Q    -- first of all, there's a saying in --

A    Go ahead.

Q    I'm sorry, were you finished?

A    I -- I -- I -- the -- the notes might not indicate that one of the investigators had a headache during the investigation, but it may have -- it certainly may have been factual.  This was certainly done because it's -- as soon as you pull up this account, you'll see the first account that Mr. Ward has

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 21 of 119
The Deposition of RON SAPP, taken on August 30, 2022
20

with our office.  And --

Q    Okay.  Well --

A    -- I -- I mean, it's just no way that you could avoid not seeing that during the investigation. And it would've certainly been considered in the investigation.

Q    Okay.  But the purpose of the notes is to document what work was performed on the account; isn't that true?

A    The purpose of the notes is to certainly show what was -- what was done, but it doesn't mean that something was done and it wasn't notated.  I mean, there -- there are things that could be considered that just weren't notated.

Q    Okay.  Well, first of all, there's a saying in the collection industry, and it's, "If it's not in the notes, it didn't happen," right?

A    That's not an accurate statement.

Q    Okay.  So you disagree with that?

A    I -- I do disagree with that.

Q    Okay.  And --

A    I could do a mental assessment of something and not note it, but it doesn't mean it didn't happen.

Q    All right.  Well, you were in Georgia when these investigations were performed by people in India



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 22 of 119
The Deposition of RON SAPP, taken on August 30, 2022
21

and in Arizona, right?

A    Correct.

Q    Okay.  No NCS employee has ever told you that they looked at a 2002 or 2003 investigation when they investigated the disputes in this case, right?

A    I haven't asked any employee as to what they looked at when they've investigated this particular case.

Q    Okay.  That wasn't my question.  My question was: No NCS employee has told you that they looked at a 2002 or 2003 eviction when they did the investigations in this case, correct?

A    That's not correct.  They don't have to tell me that.  That would've been part of company policy. It doesn't need to even be conveyed through -- through speech.  They would've looked at it.  It would've been impossible to avoid.

Q    Okay.  But, sir, just try to answer this question with a "yes" or "no."  Okay?  No employee has told you that they looked at an eviction from 2002 or 2003 when they investigated the disputes in this case?

A    I -- again, I haven't spoken to any employee about the investigations in this case.  So no, they haven't told me that, because I haven't spoken to them about it.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

 PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 23 of 119
The Deposition of RON SAPP, taken on August 30, 2022
22

Q    Okay.  And because you were in Georgia when these investigations took place, you don't know if they saw that or not?

A    Oh, I do know they saw that.  You cannot bring the account up without seeing it.  They're two accounts packeted together.  You -- you -- there's no way you could bring this account up and not see the secondary account.

Q    Okay.  So you think that they saw it and they just forgot to put it in the notes?

A    It doesn't need to be put in the notes.  They're not investigating that particular debt.  They're investigating this debt.  What I'm saying is -- is it has a -- sets a pattern right off that has to be considered in the investigation, that this is a secondary account.  This is not the first apartment debt, necessarily, but it's a second apartment debt that's with National Credit Systems.  And we certainly --

Q    Okay.

A    -- don't collect every apartment debt in the country.

Q    And so whatever became of that account from 2002?

A    He -- he ignored it, never did pay it, and

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 24 of 119
The Deposition of RON SAPP, taken on August 30, 2022
23

it's still owed.  I mean, of course, the statute of limitations has -- has passed and it's off of his credit by now, but the debt is still outstanding and owed.

Q    Okay.  So just because somebody had a collections 20 years ago, that means they can't be an identity theft victim in 2021?

A    Certainly not -- certainly not.  But it does -- it does lay some groundwork when conducting the investigation.

Q    All right.  And so you're just assuming that these investigators saw that other account.  But you don't actually know if that's -- if they did or not, right?

A    No, I'm not assuming.  As I've stated, there's no way you can bring up this particular account from Main Street Renewal and not see the other account and not see -- and not only that, but see the notes, see what occurred, see the amount that's owed, see the personal identification information.  There's no way you can bring up one without seeing the other.

Q    Okay.  But you don't know if they reviewed it and considered it as part of their investigation, do you?

A    Well, it would be part of policy.

Q    Okay.  But you don't know if they followed the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 25 of 119
The Deposition of RON SAPP, taken on August 30, 2022
24

policy, because you weren't there, right?

A    Well, I'm -- I'm not everywhere, but I would -- they should follow the policy.  And I do believe the policy was followed in this particular case.

Q    Okay.  And then I'm a little bit confused about your prior answer about SafeRent.  So you're telling me that -- when did you get a notice from SafeRent about Mr. Ward?

A    Approximately a -- a -- a -- a year before this apartment was rented -- or this house was rented.

Q    Okay.  And what did the notice say?

A    That a Robbin Ward with -- and -- and it matched based on his Social Security number -- had applied for an apartment in Dallas, Texas, and it had an address.  And we in turn sent Mr. Ward -- and it -- it -- it -- excuse me, it provided the address that was used on the application process, which we updated.  And we sent a letter to Mr. Ward asking him about his outstanding apartment and that he had seen -- we had seen that he had recently applied for an apartment, I believe in the Dallas area.  I believe that's what the letter states.  I don't recall verbatim.  And he never responded to it.

Q    Okay.  So you're telling me you sent a debt collection letter on an account that was at least 16

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

years old or more?

A    It wasn't a debt -- it -- actually -- very carefully worded -- it's not -- it's not a Dunning notice.  It's letting him know that there's an outstanding debt that's still owed, but yes, and that he had recently applied for another apartment.

Q    Okay.

A    And we invited him to contact us.

Q    Okay.  And nowhere in your notes in Exhibit 11 does it say that anybody who investigated Mr. Ward's disputes ever considered a notice from SafeRent as part of their investigation, right?

A    Oh, I'm sure it would've been considered, but it's not listed in the notes.  It was a separate account.  I said -- as I said, it laid the groundwork for the investigation here.

Q    Okay.  No NCS employee has ever told you that they considered a SafeRent notice about Mr. Ward as part of their investigations in this case, true?

A    I haven't spoken to any NCS employee about the investigations in this case.

Q    Okay.

A    So -- so if that answers your question as true, then yes, that's -- that's true.  But I haven't spoken to anyone about the investigations that occurred

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

in this case.  However, it would've been clearly visible to anyone that pulled up this particular account.

Q    Okay.  So you're assuming, again, that they would've seen it, but you don't actually know if they did?

A    No, I know they saw it.  They could not see one without the other.

Q    Okay.  Other than those two reasons -- meaning the eviction from 2002 and the SafeRent notice -- what other documents do you believe shows that Mr. Sapp is lying about being an identity theft victim?

MS. DEMARTE:  Form.  You -- I believe you said, "Mr. Sapp," instead of the plaintiff.

Q    Oh, I meant "Mr. Ward."  Sorry.

A    Well, Mr. Osborne, I'm going to have to say the biggest contributing factor in this case is during our investigation, we reached out to the original creditor -- not once, but twice, if I recall -- and they provided us with an actual color photocopy ID that was Mr. Ward's.  That matched the one he provided us.

Q    Right.  And your -- that's why I was asking you if you knew how thieves acquire information, because you can -- thieves can get a copy of an ID from a data breach, can't they?

A    I'm sure they could, but they don't typically

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 28 of 119
The Deposition of RON SABEY, taken on August 30, 2022
27

present a copy of an ID that has someone else's picture
on it.

Q    Well --

A    I'm aware of false, fake IDs.  And usually,
the person as they're presenting it has their picture,
not -- not the actual picture of the person who owns the
ID.  If a kid goes into a liquor store to buy something,
he doesn't have his dad's photo on the ID he presented,
99.9 percent of the time.

**Q    Well, sir, you're aware in this case that the
application was done online.  You didn't know that?**

A    Yes, I'm aware that it was done online.

**Q    And you're aware that whoever submitted it,
submitted the ID online to the rental company.
You didn't know that?**

A    I don't know how the ID was submitted.
In fact -- in fact, the original creditor told us that
it was given to someone, one of their employees who's no
longer there.

**Q    And where does it say that in your notes?**

A    That's what the original creditor had told us.

**Q    Right, but where does it say that in your
notes that the original --**

A    It doesn't say that in the notes.  It does not
say that in the notes.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 29 of 119
The Deposition of RON SAPP, taken on August 30, 2022
28

Q    Okay.

A    But I don't know how the ID -- I have no idea how -- but other than that statement -- that statement, I do not know that the ID was given online.  It appears to be a color ID.  I don't -- yeah, I don't know how -- I don't know how they obtained it, other than their statement.

Q    Okay.  So you're telling me that somebody at the original creditor's office verbally told somebody at your company that they got the ID in person?

A    From my understanding -- and I -- I -- and, Matt -- can I call you "Matt," or you want to go by "Mr. Osborne"?

Q    You can call me "Matt."

A    Okay.  I don't know when this information came to play, but I know that that was that -- through some -- whether it was done after the suit was filed, but they do state that it was provided, given to some -- a former employee who is no longer there.  So that's perhaps why it's not in the notes.  But I do not know that it was submitted online.  And to what we've discovered since the suit was filed, it does not appear that it was.

Q    Okay.  What have you discovered since the suit was filed that gives you that impression?

A    Well, again, that's what I'm saying.  I don't

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

know exactly when this came to fruition, but it may have been certainly after the suit was filed.  But the statement was from the original creditor that it was provided to one of their former employees.  So I can -- that's all I can add to that.  So I -- all I'm making -- all I'm stating that for is that I do not know that this was provided online.

Q    Okay.  What --

A    And, excuse me --

Q    What's the name --

A    -- and if I could add, I don't typically think that those -- I don't typically think that that's the way it's typically done.  I don't think identification, color ID, is provided online.  I think that when you come in, you actually have to provide some sort of identification when you pick up the keys.  They're not letting you come in and not provide that without picking up -- when you pick up the keys.  That's when you really need to provide the identification.  In fact, I just rented an apartment for my son at UGA a few years ago, and that's the way we did it.

Q    Okay.  But you have no evidence whatsoever that this rental company in Dallas did it that way, right?

MS. DEMARTE:  Objection to form.  You can

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 31 of 119
The Deposition of RON SAPP, taken on August 30, 2022
30

answer if you're able, Ron.

A    I don't have any evidence, other than the statement that was made by someone at the rental company, and I --

Q    What's the name of the person at the rental company that made this statement?

A    I -- I do not know the name.

Q    What's the name of the person at NCS that the statement was made to?

A    I do not know the name.  I don't know where that came -- again, that was -- I just remember -- remember seeing that when researching the facts involved in this case.  So it may have come after the suit was filed.  It may, it may not.  I don't know.  I don't know the answer.

Q    Okay.  So -- and it's not in a document? It's not in these notes, right?

A    Correct.

Q    Is there some secret document out there that hasn't been produced that would have that information?

A    No, not at all.

Q    Okay.  Any -- besides what you told me about the ID, any other reasons you believe Mr. Ward is lying about being a victim of identity theft?

A    Well, I -- I think -- what I think here is we

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

followed all of our policies and procedures in this case, and we were contacted regarding this.  We right off the bat saw that Mr. Ward had another outstanding debt with us.  We also saw that we had sent him notification of that, and that someone was applying for an apartment approximately a year before this apartment was obtained.  That was ignored.  We were provided with a photo ID that just, it had his picture on it.  We confirmed with the original creditor twice that this debt was outstanding, and they had the appropriate -- they had all sorts of documentation that they provided and confirmed that the debt was owing and outstanding. So we certainly followed our policies and procedures.

Q    Okay.  So there's no other reasons, other than what we've already discussed, that you believe Mr. Ward is lying about being an identity theft victim?

A    Those reasons are pretty compelling.

Q    Okay.  All right.  Let me show you another document.  Just give me a moment.  All right.  Can you see that okay?

MR. OSBORNE:  For the record, this is going to be Exhibit 3.

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

A    Yes, I can see it.

Q    Okay.  All right.  So I'm going to go -- I'm

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

going to start with the pay stubs.  Can you see those

okay?

    A    Yep, I can.

    Q    Okay.  You can tell these pay stubs are fake, can't you?

    A    No, I could not.  Looks like a legit pay stub to me.

    Q    All right.  You see how the font is slanted and to the right, where it says, "Robbin Ward" in the address?

    A    Yeah, but I've seen that on many documents when they drag through a copier.  I mean, that happens quite frequently in an office environment.

    Q    All right.  And you see how the font for the name and address is totally different from the rest of the font?

    A    I can see the font's different, but that looks like a legit -- I mean, that looks like an ADP-issued paycheck stub.

    Q    And do you see where the address for Mr. Ward is listed as Littleton, Colorado?

    A    I do.

    Q    What state is listed as the income tax on this pay stub?

    A    Texas.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

 PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 34 of 119
The Deposition of RON SAPP, taken on August 30, 2022
33

Q    Right.  You're telling me your investigators couldn't spot that?

A    That looks like a legitimate paycheck stub. No.  And there are a number of different variables as to what can happen.  My wife works here in Georgia, and her paycheck stub lists Texas.  Matter of fact, she couldn't get her -- the Covid relief money because they had her -- they were paying her out of a Texas department.  So there's all kinds of things that could happen there. That's -- that's -- that's a stretch to make an assumption of looking at, this was a fake stub.  I mean, that's a very big stretch.

Q    Okay.  But in any event, you -- like, you never trained your employees how to spot a fake pay stub anyway, right?

A    I don't know that there is a training that you can do.  A fake pay stub, if it looks fake, it looks fake.  This does not look fake.  This looks like a legitimate pay stub.  Especially you have to take it in conjunction with the other information that we've already discussed.  We've got his actual photo ID that was provided, matches the photo ID.

Q    Okay.  So you never invested in any technology referenced in the articles we looked at earlier about detecting fake pay stubs, right?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 35 of 119
The Deposition of RON SAPP, taken on August 30, 2022
34

A    I did not see technology referenced in the article. It may have been. I didn't read the article, but no, there's not. I don't even know if technology was, if mentioned, that that was something that was done, but I didn't see anything about certain technology that would identify that. And maybe there is. I'm unaware of that.

Q    Okay. And there's also a Social Security Administration letter. Do you see that?

A    I do.

Q    Okay. This is also clearly fake, isn't it?

A    No. How is it clearly fake? It looks legit to me.

Q    Well, the address at the bottom, that's not a real address.

A    That's -- that's what's been said at this point. I -- if it's -- the -- the letter looks legitimate to me. Identity thieves also work in conjunction with each other. They -- they -- they help each other out. Family members help each other out and do things in conjunction so that, a family, it's more than one person involved in identity theft oftentimes. Or it's done complicit with the supposed victim's knowledge that their identity was being used.

Q    Okay. But this address, 2431 Raindale

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 36 of 119
The Deposition of RON SAPP, taken on August 30, 2022
35

(phonetic) Drive, Littleton, Colorado, 80121, that's a fake address, isn't it?

A    I don't -- I -- if you say so.  I've never looked it up.  I -- I have no reason to doubt you.

Q    Okay.  I -- you want me to Google it for you right now?

A    No, I believe you.

Q    Okay.  And the amount of the benefits is $2,003.70, according to this letter.

A    What's that, now?  I can't hear you.

Q    The amount of the benefits is $2,003.  Do you see that?

A    I see that right there, yes.

Q    Okay.  So let me show you -- all right.  You see that it has -- well, let me ask -- let me ask you this: So Mr. Ward would have been 58 years old in 2019, right?

        MS. DEMARTE:  Objection.  Foundation.  You can answer if you're able.

A    I -- I -- I don't know how old he would have been.  I don't know his -- yeah, I don't know.

Q    Well, let's look at the notes here.  Give me

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

one second.  Looks like this is the redacted one.  Hold on.  Give me a minute here.

A    You know, for the purpose, I -- I'll concede that you're correct on this.  I don't know, but I'm not -- I have no reason to doubt what you're saying is true.

Q    All right.  Well --

A    He would have been 58 in 2019?  Is that what you're saying?

Q    Yeah.  I think it's important though to establish it for the record, so give me a second here.

A    Sure, sure.

        MR. OSBORNE:  All right.  This'll be Exhibit 9 from a prior deposition.  This is an ACDV with Robbin Ward's name on it, right?

A    Yes.

Q    Okay.  And it's got the date of birth as 4-26-1961, right?

A    Correct.

Q    Okay.  So if we take 2019 and we subtract 1961, he'd be 58 years old, correct?

A    Correct.

Q    Okay.  So going back to the letter: You've got to be 62 to get Social Security benefits, don't you?

        MS. DEMARTE:  Objection.  Form, foundation.

A    No, actually, no.  That's 62 to get Social

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAFFY, taken on August 30, 2022

37

Security benefits for non -- for retiring from work. Let's say that.  I'll use that terminology.  You can get Social Security benefits at almost any age, based upon a number of factors: Death, disability, things like that. 62 is just the age if you retire and that's the age you can begin collecting.  But no, people get Social Security benefits at all ages.  Children, if they lose a parent, get Social Security benefits, often.

Q    Okay.  And in order to get disability benefits, your income has to be below certain threshold amounts, true?

MS. DEMARTE:  Objection.  Foundation.

A    I don't know the answer to that.  I -- I -- I don't -- I don't know the answer to that.

Q    Okay.  So that's not something you've ever heard of?

A    I don't know that that's true.  I -- I -- as I said, the -- the loss of a spouse oftentimes may allow you to get benefits.  You know, if you're disabled.  I don't know what that threshold is or if there -- a threshold exists.

Q    Okay.

A    Or his income level.

Q    So that was -- that would not be something that NCS would have investigated as part of their

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

investigation, right?

A    No, we would not have looked at income levels and what qualifies for Social Security disability benefits based, what income level.  I think that's a variable thing anyway, and it could be an individual thing, if it exists.

Q    Okay.  And you -- and NCS wouldn't have done anything to determine if this Social Security letter is a fake or not, right, as part of its investigation?

A    Well, we would have done every -- we would have looked at it and reviewed it and acknowledged that it's an additional -- what appears to be an additional verification of a Robbin Ward who rented this particular apartment.

Q    Okay.  But you would have not ever Googled the address listed, right?

A    No, we would not have Googled that address. We'd have no reason to believe that address was fake.

Q    Okay.

A    Again, as I --

Q    Well, didn't --

A    -- stated many times --

Q    -- Mr. Ward --

A    I'm sorry, go ahead.

Q    Oh, sorry, I didn't mean to interrupt.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

39

But didn't Mr. Ward specifically say that he was not receiving Social Security benefits?  Wasn't that one of the things that he said in his dispute?

A    I seem to recall that -- I seem to recall that.  But as I stated, again, oftentimes people involved in identity theft are working in conjunction with family members and friends, and actually committing a crime together and attempting to -- attempting to get out of it.  There's just a lot of documentation that was provided here that just doesn't make sense as to how -- how all of this was obtained, how all -- how his address was known.  I -- I -- I mean, what -- why is an identity theft individual providing a, what you claim to be a falsified Social Security Administration letter, but they know his actual address in Littleton, Colorado?  They have his actual photo ID?

Q    Yeah, all that stuff's available on the dark web and through data breaches and stuff.  You didn't know that?

A    I've never been on the dark web.

Q    So why didn't you counterclaim Mr. Ward if you think that he's lying about all this stuff?

A    I -- why didn't we sue him?  Is that what you're asking?

Q    Why didn't -- yeah, why didn't you

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

counterclaim him in this case?

A    Oftentimes that's not the way to go about collecting debt.  You're usually throwing more good money after bad money.  We're -- we're -- we're just not -- we -- we do not file a lot of lawsuits.

**Q    And so your theory of this case is that Mr. Ward was working with his family members to commit identity or to open out this apartment?  Is that what you're saying?**

A    It's certainly a very distinct possibility.

**Q    Okay.  But do you believe that that's what actually happened in this case?**

A    I tend to believe that, given what the facts around this matter are, the other -- the other accounts that he's had, the -- the picture ID, which is just almost -- it's very rare, very rare for us to obtain an identification or an ID that has the actual person's photo on it and matches the photo that they provided.  That's a very rare occurrence.

**Q    Okay.  Let me switch gears a little bit here. So has NCS, in the past five years, ever been found to have willfully violated the FCRA by a jury or a judge?**

A    In the past five years?  By a jury or a judge? Are you talking about at trial?

**Q    Yeah.**

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

41

A    When's the last trial?  I -- I don't believe so -- I don't believe so.  I --

Q    Did you ever hear of a case called --

A    -- we've had was the Bumpus case, if I'm not mistaken.  And I don't recall if that was FCRA or FDCPA, and I don't recall if that was over five years ago.

Q    Okay.  So there was a Bumpus case, and was that in Georgia?

A    Yes, it was.

Q    Okay.  And what was the result in that case?

A    We lost.

Q    Was there punitive damages?

A    I believe there were.

Q    Okay.

A    It was not a matter of identity theft though. It had nothing to do with identity theft.

Q    But it was FCRA, right?

A    It was FCRA.  We had a creditor who provided us with information and then verified that information to be correct.  And the jury found -- decided that the information that they had provided to us on more than one occasion was incorrect.  So I don't think -- you know, my opinion -- my opinion, we were -- we didn't

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 43 of 119
The Deposition of RON SAPP, taken on August 30, 2022
42

have a good verdict, but the fault wasn't ours.

Q    Okay.  But the jury found that NCS willfully violated the FCRA in that case, didn't they?

A    That was the ruling.

Q    Okay.  And what changes to your investigations, if any, did you make after that case came out?

A    That -- well, as I stated, that case had nothing to do with identity theft.  Okay?  That case was information that was provided by the original creditor and then verified by the original creditor.  NCS really had very little to go on as far as being able to ascertain if that information provided was incorrect in that particular case, since it had to do with damages. It wasn't an identity theft case.  And that being said, that was, I think one trial case out of millions of accounts that are in our database.  It's a very low percentage.

Q    Well, my question, sir, was: What changes did the company make, after that case came out, to the way it does its FCRA investigations?

A    Well, we're -- we're looking for more supporting documentation from original creditors after that particular case.  We're going through their documentation and we're making sure not to -- to do our

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

own thinking, and not rely solely upon what they

provide.

Q   Okay.  So not just blindly relying on the creditor?

A   Correct, correct, correct.  Which, I'm going to add, was not done in this particular case.  This was investigated, and multiple documents were supplied with the -- with the preexisting issues that I already mentioned.  This -- this was -- well, I think we certainly followed our policies and procedures.

Q   Okay.  And the company never called Neiman Marcus to see if Mr. Ward worked there, did they?

A   I don't believe he gave us permission to do so.  That would be, we don't want to get in the habit of calling third parties in reference to debts.  I'm sure you're well aware of the FDCPA and the issues that could arise in doing things like that.

Q   Well, didn't he actually say in his dispute, "I encourage anyone working for NCS to call Neiman Marcus and confirm I never worked there"?

A   No, he didn't.  I believe his fianc Megan Henderson, made that statement.

Q   Okay.  But -- well, so somebody made that statement, and you guys never did it, right?

A   Well, again, he didn't make that statement.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

 PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 45 of 119
The Deposition of RON SARPY taken on August 30, 2022
44

That was another third party making that statement, another third party who appears to be very involved in this whole matter.  I -- but, you know, it's not Mister -- Mr. Ward did not make that statement.  That came from another third party, who is not a spouse.

    Q    Well, didn't Mr. Ward give you guys permission to talk to Megan Henderson?  Is that who you're talking about?

    A    I would assume he did.  I would assume so.

    Q    Okay.  So why didn't you guys call Neiman Marcus?

    A    Again, I'm not -- A, Mr. Ward didn't give explicit permission and, B, we're not discussing matters of a debt with -- with a third party.  So we didn't have permission from Mr. Ward explicitly himself.

    Q    Okay.  So if they would have told you that he never worked there, you think that would have had any impact on your investigation?

    A    Well, Mr. Osborne, there's oftentimes people that claim identity theft -- as I said from the beginning, people make identity theft claims quite frequently, and they're false identity theft claims. The issue is trying to decide which ones are real and which ones are fake.  And I can tell you from over 35 years in this industry, there are many, many more fake

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 46 of 119
The Deposition of RON SAFFY taken on August 30, 2022
45

allegations of identity theft than actual victims of identity theft.

Q   Okay.  Well, I appreciate that, sir, but that wasn't even remotely what I asked you.  Okay?  My question was: Had NCS called Neiman Marcus and verified that Mr. Ward never worked there, would that have had any impact on your investigation in light of the fact that pay stubs with his name from Neiman Marcus were submitted with this application?

A   I don't think it would have.  As I've stated oftentimes, there are oftentimes conspirators in identity theft.  And in this particular case, it -- there seems to be -- seems to be something that just isn't adding up -- something that just isn't adding up here.

Q   So even if Neiman Marcus told you, this guy's never worked here, you still wouldn't have believed it, that he was an identity theft victim?

A   Well, again, is Mr. Ward the victim of identity theft if he knowingly allows documents to be submitted -- falsified documents to be submitted or works in conjunction with a family member in order to obtain housing?  There was no police report ever provided on this.  That was a -- that was something that we looked for and, in fact, would have loved to have

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 47 of 119
The Deposition of RON SAPP, taken on August 30, 2022
46

received, but we never did.

Q    And when did you ever ask him for one? Because nowhere in your notes does it ever say that you guys asked him for a police report, does it?

A    Well, I think we provided him with an identity theft affidavit, and if I'm not mistaken, that asks for one.

Q    Well, he filled out an identity theft affidavit, didn't he?

A    But he didn't provide a police report accompanied with it.  And I can tell you from, again, experience in this industry, most -- most true victims of identity theft who have no idea who used their identification do file a police report and provide that.

Q    Well, actually, sir, on the FDC affidavit, it's optional to file a police report.

A    I -- I understand it's optional.  But I'm telling you, from over 35 years, most true victims of identity theft provide that police report.  I mean, it -- it - it -- it is done -- if someone is a true of victim of identity theft, they're usually filing a police report.

Q    And to confirm: Nobody at your company ever asked Mr. Ward to provide a police report, did they?

A    Again, the identity theft affidavit states it

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

right there.  We provided that to him.  We mailed that directly to them.  We didn't ask them to go out and obtain it on their own.  We mailed it to them.

Q    So you think somewhere on the FTC affidavit, it says that you must file a police report and send it to NCS?

A    No, I think it's an -- I -- I think it's an option.

Q    Okay.

A    And I think -- I think most -- and as I stated, I think most victims, true victims of identity thief -- theft do file a police report.

Q    So you have no actual evidence that Mr. Ward allowed anybody to use his information to fill out this apartment application, do you?

        MS. DEMARTE:  Objection.  Form, foundation.

A    I -- I -- I do think there's actual evidence. There's a -- a past history of -- of -- I -- I -- I -- I don't know if scamming, of what -- of not paying apartment communities, being evicted from apartment communities.  There are numerous documents, which -- you know, we can sit here and second-hand quarterback and point out some sort of slight inconsistency and make it appear as if it's not a -- an actual document.  There's an actual photo ID that I just really -- it -- it's

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 49 of 119
The Deposition of RON SAPP, taken on August 30, 2022
48

highly, highly unusual that someone has a fake ID with the actual person's picture.  They usually have -- the person that's presenting the ID usually has their picture on the ID, identification.

Q    Yeah, but people could get a color copy of an ID and submit it with an online application, couldn't they?

A    You -- you could do all kinds of things. I mean, the -- this is having to investigate and make the best decision, reasonable decision that we can make. And, again, there -- there are a lot of things that are questionable in this particular matter.  And questionable that -- questionable in Mr. Ward's -- regarding his allegations of an unbeknownst individual using his identification.

Q    Okay.  Nobody at the rental company specifically remembers dealing with anybody after whoever moved into this apartment, correct?

MS. DEMARTE:  Objection.

A    I -- I don't know.  I don't know what they remember over there that may -- I don't know.

Q    There's no maintenance records, right?

A    I don't know.  I don't -- I don't have any -- I don't have access to any of that.

Q    There was never even a payment made on this

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

lease, was there?  A rental payment.

A    Well, I saw some money order receipts that they provided, yeah.

Q    Okay.  Yeah, there was an initial money order. And other than that, there was not even one payment, a rental payment, ever made on this lease, was there?

MS. DEMARTE:  Objection.

A    There were no payments -- there -- there were payments, that the -- the original creditor provided those.  And yeah, the original creditor provided those actual payments.

Q    Right.  I'm talking about other than the initial money order, every single payment was a fake payment, wasn't it, after that?

A    Oh, I don't know.

MS. DEMARTE:  Foundation.

Q    That wasn't something you guys investigated?

A    I -- I -- I'm telling you, I personally don't know.  I don't -- I personally don't know if there -- I -- I don't know the answer to that.

Q    Well, isn't that like a telltale sign of identity theft, when the -- either no payments are made or only the first payment is made?

A    That's a -- that's a telltale sign of someone not paying their rent.  You know, we've -- we've got

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 51 of 119
The Deposition of RON SAFFY, taken on August 30, 2022
50

millions of accounts that have -- have that kind of scenario, and they have nothing to do with identity theft.  People move into apartments, and they can't afford them all the time.  People move into apartments, and they lose their job, and they're unable to pay.  I -- I -- I -- I -- I've been at this particular company for 30 years, so I -- I -- I know that happens very frequently.

Q    **Has NCS ever been sued in other FCRA cases where the person claimed identity theft?**

A    Yes.

Q    **All right.  And how many times does that happen?**

A    I -- I don't have that number.

Q    **Would you have a way of getting that number?**

A    I don't know.  Maybe.  I don't know.

Q    **Does NCS track the lawsuits that it receives?**

A    No.  We -- we -- we -- it's all available in Pacer.  That would be what I'm thinking of.  You could -- you could look at that.  I'm trying to think of how you would identify ID -- ID theft lawsuits.  You'd have to look through Pacer.

Q    **Okay.  So you -- NCS doesn't track internally what types of lawsuits it gets, whether it's identity theft, or FCRA, FDCPA, stuff like that?**

A    Our attorneys handle that stuff.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 52 of 119
The Deposition of RON SAPP, taken on August 30, 2022
51

Q    All right.  Is NCS facing other FCRA lawsuits right now?

A    Yes, I believe so.

Q    Okay.  How many?

A    I -- I don't know the answer to that.

Q    You got a ballpark?

A    I do not.

Q    Are you currently facing any other FCRA lawsuits that involve identity theft?

A    I do not know the answer to that.  Again, our attorneys handle that -- that stuff, Ms. DeMarte, here, being one of those (indicating).

Q    All right.  What is NCS' net worth?

A    I have no idea.  I -- I -- I -- I don't own the company, so I have no idea.

Q    How long have you worked there?

A    30 years, October.

Q    And as the VP, you don't have any idea how much the company makes or anything?

A    This is a sole ownership company.  It's a -- I do not know that -- that information is not shared with any of the employees.

Q    Okay.  So the only person that would know that would be your boss?

A    I'm sure he has an accountant that would know

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

that also.

Q    Okay.  Does NCS have insurance for FCRA lawsuits and FDCPA lawsuits?

A    We are self-insured.

Q    All right.

MR. OSBORNE:  We've been going for a while. Anybody want a break for five minutes, or a --

MS. DEMARTE:  Yeah, that'd be fine.

THE WITNESS:  That's fine.

MR. OSBORNE:  Okay.

(OFF THE RECORD)

COURT REPORTER:  Back on the record.

BY MR. OSBORNE:

Q    Okay.  So let's talk a little bit about FCRA investigators.  So it's my understanding that you have employees in India that investigate disputes; is that correct?

A    That is correct.

Q    Okay.  And are they NCS employees, or are they a third-party company?

A    It's a third-party company.  They're acting agents for NCS.

Q    Okay.  And what's the name of that company?

A    SV solutions.

Q    You said SV solutions?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 54 of 119
The Deposition of RON SAPP, taken on August 30, 2022

53

A    Yeah, S -- S and then -- letter S, the letter V.

Q    Who trains them on doing investigations? Is it you, or is it SV Solutions?

A    They're trained through national credit systems.

Q    Okay.  And how are they trained?  Is this, like, an online thing, or video, or what?

A    It's -- it's documentation training materials. It's not video, but it is conference calls that's done. All of that, just not video.

Q    Okay.  Who does the conference calls at NCS? Is that you?

A    No, that's not me.  I've been a part of them. I've been a part of them, but they're not always handled by me.

Q    Okay.  Who else handles them?

A    Currently?  Amanda Hansen handles them. And at the time that this was going on, Melanie Mayfield was handling those.

Q    All right.  And are there training materials given to the people in India at SV Solutions, or --

A    Yes.

Q    Okay.  What materials are provided to them?

A    Our policies and procedures, training them

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

what to look for in identifying accounts and Social Security numbers.  It's -- it runs the gamut.  It's quite a bit to try and sit here and -- and verbalize.

Q    Okay.  And why does NCS outsource that to SV Solutions as opposed to handling it in-house?

A    Quite frankly, we found that these companies specialize in handling these types of matters. And they're -- they're very systematic.  They're very -- very good at putting systems into place and -- and handling -- and handling disputes such as this.  And you -- and sometimes you have space limitations here also. But quite frankly, they're experts in doing this.

Q    And they do it a lot cheaper, right?

A    I don't know if it would be cheaper or not. I don't know how -- what the contractual agreement is. No, but that's not it.  They're -- they're -- they're - they're -- they're -- they're experts.  They're good. They're good with this.

Q    Okay.  Well, let's look at -- going back to Exhibit 11 here.  All right.  So it appears that the first credit bureau dispute was investigated by Neha Mahi on or around June 16, 2020.  Does that sound about right?

A    Sounds about right.

Q    All right.  And do you see -- well, first of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

55

all, so does Neha Mahi, does she have a phone on her desk?

A    I -- I -- I'm sorry, a what?

Q    Does she have a telephone on her desk that she can use to -- as part of her investigation?

A    I would assume she does have a telephone on her desk, but I haven't seen her desk.

Q    Okay.  Do you know if she's allowed to place calls as part of her investigation?

A    She's not prohibited from doing so.

Q    Does it say in her investigation that she ever contacted the original creditor?

A    No, not in this particular investigation, no. It does not.

Q    All right.  And the notes --

A    I'd -- I'd like to add, Matt, that in the investigations performed here, there was no -- if -- if you'll read, it was a very simple, "It" -- "It's not mine, not his."  There was no supporting documentation provided, or anything to substantiate anything, other than, "Hey, it's not me.  It's not" -- "This isn't me." This is just a -- a -- a --a -- it's not even a -- it's not -- that's another thing.  It's not even a claim of identity theft, and with no supporting documentation. So there would've been very little to do, other than to

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAFFY taken on August 30, 2022

56

verify that the information provided in this particular
case matches the debt that we're collecting, and matches
the person that we're collecting from.  And that's what
they did.  They compared the name, to Social Security
number, the date of birth, the address.  Everything
matched

     Q    Well, "Not his, not mine," that's a type of --
like, if an account is fraudulent, then it's not yours,
right?

     A    Well, actually, when it's a -- actually,
that's probably the most commonly used dispute code when
disputing the debt with the -- with the credit bureaus.
No, typically, if someone's the victim of identity
theft, that's a separate dispute code, and that is
displayed, and that's the dispute that comes over.

     Q    Okay.  So...

     A    This -- this code I can tell you -- and I'm
sure you could find it out on your own -- is either the
first or the second most commonly used dispute code.
Matter of fact, these CRAs are notorious for filing
disputes on behalf of individuals using this particular
code.  Excuse me, I said "CRAs."  I -- I -- I meant to
see -- seats -- say "CROs," credit repair organizations.

     Q    Oh.

     A    They file hundreds -- thousands, and

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

thousands, and thousands, using that very code right there, and do not provide supporting documentation.

Q    Okay.  But you would agree with me that if somebody was an identity theft victim, it would be accurate for them to say that, "The debt is not mine," right?

A    No, I would think that they would say, "I'm the victim of identity theft."  There's a separate -- there's an entirely separate code for that.

Q    Okay.

A    I think that, I -- I think that -- that -- that -- when we receive different dispute codes -- and I see that all three of these are the same, but they are not the -- the dispute code that would typically be used in a -- a -- a dispute involving identity theft. And they -- and they have the ability to select that. I -- I -- I'm not sure why that was not used.

Q    Well, it's actually -- it's the credit bureaus here that decides what code to use, not the consumer, right?

A    Well, I think they decide based upon what the -- the consumer -- the information the consumer gives them.  They don't decide on their own.

Q    Right, but they decide which one to pick. And as we sit here today, we don't know why the credit

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

bureaus picked that code, do we?

A    I -- as I sit here, I don't know that they picked it.  I -- I -- I -- I'm under the understanding that the consumer picks the code or provides the information so that the code is picked.

Q    Well, it's the credit bureau that fills out the ACDV and sends it to you, right?

A    Based upon the information provided by the consumer, yes.

Q    Right.

A    They are the ones that transcribed and sent it to us, yes.

Q    Right, and there's boxes for the credit bureaus to pick which dispute code they believe applies, right?

A    It's my understanding that the consumer picks that.  That's my understanding.

Q    Well, how would a consumer pick a dropdown box on an ACDV?

A    Well, they're going online and -- they're going online and completing the dispute.

Q    Okay.  So you think the consumers kind of fill out the ACVD and then it gets sent to the creditors?  Is that what you're saying?

MS. DEMARTE:  Objection.  Form.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 60 of 119
The Deposition of RON SAFFY, taken on August 30, 2022
59

A    Yeah, I -- I -- I'm -- I -- I think there are various ways that this can be done.  So I -- I -- I'm not sure how -- I'm not sure how this was done.

**Q    Okay.  Well, in any event, in response to this dispute on 6-16-2020, all this Neha Mahi did was just match the name, and the Social, and the address, and the date of birth, right?**

MS. DEMARTE:  Objection.  Form.

A    No, she matched the -- the creditor, the account number, that we're collecting -- who we say we're collecting from, that we're collecting the amount that we're supposed to be collecting, that we're collecting -- she -- she matched everything that she -- could have been done here.  There was -- again, there was no documentation provided in any dispute filed with the CRA, to my knowledge, as -- as stated in all three of these.

**Q    Okay.  Well, the note entry was actually in these notes on Exhibit 11.  That was actually not input by Neha Mahi, was it?  It was actually input by MAM. Would you say --**

A    Yes, that's -- exactly.  That's the person who I told you who was in charge of their oversight and training.  That's Melanie Mayfield, our compliance officer at the time.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 61 of 119
The Deposition of RON SAPP, taken on August 30, 2022

60

Q    Okay.  So the note's kind of misleading, right?  When it says, "I compared the name, SSN, DOB," I mean, that's not Neha Mahi writing that, is it?

A    No, it's not misleading at all.  It just means it's imported.  This is -- this is, of course, 2020.  We -- there's a lot of -- lot of things that are done much more efficiently than they used to be done.  And they're not misleading at all, because it was just simply imported by Melanie Mayfield that -- if they were misleading, it would've indicated that Melanie -- Melanie Mayfield made the note.  That's why it clearly states who performed the investigation.  I don't think that's misleading at all.

Q    But all Melanie is doing is putting in a code, and then the system automatically writes this verbiage verbatim, right?

A    Melanie is taking information and importing it into the system.  She's not putting in a code or -- of anything.  She's just importing the information that -- of the work that was performed.

Q    Okay.

And how -- so is there some kind of communication from the people in India at SV Solutions to NCS that -- when they do an investigation?

A    Oftentimes there is if there's things that

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

need to be communicated.  And it will be communicated -- then, in turn, can often be communicated to the original creditor.  Again, there was nothing provided here other than, "It's not my" -- not his or hers, which is, again, as I stated, if not the first, or the second most used dispute code that we receive from the CRAs.

Q    Well, what I'm getting at is, where it says, "During my investigation, I compared the name, SSN, DOB," does Neha Mahi tell that to NCS in some fashion, by e-mail or chat message?  Or how does Melanie know to write that in there?

A    She's following our policies and procedures, which require that.  That once we receive a dispute, we automatically mark the account as disputed.  Then we start comparing personal information to ensure that we are collect -- collecting this amount from the correct person.  We also want to compare the information that was supplied by the original creditor, and make sure that we're reporting that to the CRAs in the correct faction, and that we are collect -- we are collecting the debt that we were tasked to collect.  So I -- I'm -- I'm -- I hope that answers your question.

But yeah, if -- if -- if further -- if we see something that doesn't add up, then we're going to follow that up with a -- a deeper investigation.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 63 of 119
The Deposition of RON SAPP, taken on August 30, 2022

62

Oftentimes that requires, in -- in this case, collecting information from the consumer, contacting the creditor -- which we did here. We contacted him twice. Not necessarily with these indirect disputes, because the -- Mr. Ward did not provide anything other than a statement, a canned statement, saying, "This isn't mine." But once he started providing stuff, we reached out to the original creditor twice, and they confirmed that this was, in fact, the correct person, and that this amount was owed, and provided documentation that supported that. As a --

Q     So how many ACDVs does -- is Neha Mahi required to process in a day?

A     She's not -- there's not a number, a required number.

Q     Okay. So they can do --

A     Not to my knowledge. There's no required number whatsoever.

Q     Okay. And how much are the agents at SV Solutions paid by NCS to perform an investigation?

A     I do not have that information. I -- I -- I didn't sign that contract. I don't have that information.

Q     Okay. Do you know if it's on a flat fee, or if it's per job?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

A    I -- I -- I don't have that information.

Q    Okay.  So that would be in the contract between NCS and SV Solutions?

A    If one exists, I would assume there is, but I -- I -- I don't have that.  I don't have it.

Q    Okay.  And then -- so same thing, it looks like you -- that same day, June 16, 2020, there was another person in India named Nisha Raway (phonetic) that investigated a dispute you all received from the credit bureaus; is that right?

A    Sure.

Q    And she responded back to the credit bureaus that it was accurate, right?

A    Correct.

Q    Okay.  And you don't know how much time she spent on the investigation?

A    Not on this particular investigation, I do not.

Q    Okay.  Is there any way we could find that out, if she spent 30 seconds, one minute, two minutes, ten minutes?

A    Not to my knowledge.

Q    Okay.  Are you aware of any e-mails or chat messages from Nisha Raway or Neha Mahi to NCS about Mr. Ward's disputes?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

A    E-mails or chat messages?  No.

Q    Are you aware of any type of communication between those two people and NCS about Mr. Ward?

A    I -- I don't believe there would've been a need to communicate in a, what appears to be almost the most generic dispute that comes across there.  There -- there were no documentations provided.  Everything matched.  Everything looked like it should.  There should not have been any need for communication on this particular -- but with -- with the little amount of information provided --

Q    Okay.

A    -- well, actually, no information being provided, I would say.

Q    All right.  Let me ask you about some of NCS' policies here.

A    Okay.

Q    All right.  So for the record, I'm going to be referring to NCS Bates 383.  Do you see that?

A    Are you asking me, or the reporter?

Q    I'm asking you.

A    Yes, I do.

Q    Okay.  And it talks about "investigation of indirect disputes," meaning disputes coming from the credit bureaus, right?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 66 of 119
The Deposition of RON SAPP, taken on August 30, 2022
65

A     Right, right.

Q     Okay.  And it says, "Complete its investigation," right?

A     Correct.

Q     How does NCS define an investigation?

A     How do we define an investigation?

Q     Right.

A     By -- by examining the -- the -- the dispute that the consumer made and reviewing the information provided by that consumer, reviewing the information that we have on hand and making a decision as to what needs to be done, which I -- I stated it could include verifying the debt right there.  It could include reviewing additional documentation.  It could go -- include going up and contacting the original creditor and asking for supporting documentation and confirmation that the debt is owed.  I think that there's probably a definition in some of our policies and procedures that will make it sound a little bit better than what I've just tried to verbalize, but that's -- that's a pretty simple definition.

Q     Okay.  And you would agree with me, nowhere in the policy, under Section 8, does it say that NCS is to review all the documents in their possession, right?

A     It -- it -- it states that in some other --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 67 of 119
The Deposition of RON SAFFA, taken on August 30, 2022

66

it's -- you're look -- I -- I'm pretty sure that's elsewhere.  You're looking at this (indicating).  I don't know that I see it right here.

Q    Okay.  But it would never -- the investigation would never include interviewing the consumer, would it?

A    Well, certainly.  You're speaking -- oftentimes you're speaking -- well, if you're -- if you're speaking about an indirect dispute, or direct dispute?

Q    I'm talking about an indirect dispute.

A    I don't know that you have a way to interview the consumer.  We've often asked for that.  In fact, we would love for the CRAs, and e-OSCAR in particular, to allow us to communicate back with the consumer.

Q    Well, what stops NCS from just picking up the phone and talking to Mr. Ward?

A    Well, we oftentimes will do that.  But the CRAs do not allow us to perform that function back and forth with using e-OSCAR.  We -- we certainly would.  That'd be a great -- it would be great if we could do that.  We would love to ask for follow-up documentation, follow-up information.  But in this case --

Q    So you're telling me that the CRAs have told you that you're not allowed to contact the consumer and try to interview them as part of your investigation?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 68 of 119
The Deposition of RON SAPP, taken on August 30, 2022
67

Is that what you're telling me?

A    No, that's not what I'm telling you.  What I told you is they don't have a method for us to use the communication channel or portal e-OSCAR to go back and forth with the consumer.

Q    Oh.

A    And in this particular case, there was no information provided.  There was -- not his or hers, with no supporting documentation.  It -- that very well, and in most cases, usually comes from a credit repair organization.

Q    Okay.  Well, Ms. Boehler and Ms. Woodward did the identity theft disputes or what were coded as identity theft disputes, right?

A    I believe so, but I'm not looking at those notes at the moment.  I know that they did do -- that they did an investigation, yes.

Q    Okay.  And they're located in Arizona, right?

A    Correct.

Q    So why did you have people in Arizona do those disputes if the people in India are the experts?

A    Ms. Boehler has over 35 years in this business and is responsible, in addition to Melanie, for helping our India people do those.  It's just a matter of being an expert.  Doesn't mean that they can't use a second

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 69 of 119
The Deposition of RON SAPP, taken on August 30, 2022
68

set of eyes.  That doesn't have any -- if -- if we've got some documentation, we want to run it as far up the chain as we can and ensure that we're doing as thorough an investigation as we possibly can.

Q    Okay.  And Ms. Boehler and Ms. Woodward never called Mr. Ward as part of their investigation to interview him, did they?

A    I don't believe they did.

Q    And Ms. Boehler and Ms. Woodward did not call Neiman Marcus or any third party as part of their investigation, right?

A    That is correct.

Q    In fact, NCS' policies actually prohibit people from investigating employment, right?

A    We do not call -- typically call a third party to discuss a debt.  That's just going to -- you risk exposure, third-party exposure.  There are many other ways to conduct an investigation.

Q    Well, yeah, not -- I'm not saying to discuss a debt.  But you could call Neiman Marcus to verify employment, can't you?

A    Again -- once again, we were not given permission or instructions directly from Mr. Ward to contact them.  They were coming -- again, he's got another third party that's doing most of his

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 70 of 119
The Deposition of RON SAPP, taken on August 30, 2022

69

communication for him.

Q    At any point in time, did Ms. Woodward or Ms. Boehler ever ask Mr. Ward to provide more information?

A    Again, I'm not looking at the notes.  They certainly would've reviewed the information that has been provided.  And I'm not sure, the timeline, where Ms. Woodward and Ms. Boehler conducted their investigation as to what had occurred prior to their investigation.  They would've been able to see -- I just -- I'm not looking at the notes, so I don't -- I don't recall.

Q    Okay.  Well, I'll show you -- I'll show you the notes here.

A    Sure.

Q    All right.  So take a look at 7-21-20 entry, where it says, "Investigated by Diana Woodward." Is there anywhere in there where Diana Woodward asked Mr. Ward to provide more information?

A    Well, if you can -- Ms. Woodward -- if you can scroll up a little bit, let's see if additional information had already been asked from some other entity or elsewhere.  Yes, here we go.  If we could continue scrolling back up a little bit more, please.

Q    Okay.



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 71 of 119
The Deposition of RON SAPP, taken on August 30, 2022
70

A    Well, right here -- really, just right before. The information had already been provided.  We'd already reached out to the original creditor.

Q    **Well, sir, I'm not asking about the original creditor.  I'm asking about whether Ms. Woodward asked Mr. Ward to provide more information or asked any questions of Mr. Ward at all.**

A    No, she did not reach out and contact him. That information had already been provided, as you see. Client provided pay stub, Social Security benefits letter, the IDs matched.  They would've reviewed that information.

Q    **Okay.  So when Mr. Ward says on the next page, on June 29th, it says, "Debtor called in.  Talked to debtor.  Debtor never worked for Neiman Marcus.  Sending in more proof," that wasn't something you all ever investigated, right?**

A    Well, did he ever send in more proof?  Let's see if he did.

Q    **Yeah, actually, he did send in pay stubs from --**

A    Well, we would -- it should -- well, when did he send it in?  Let's -- let's see.

Q    **Well --**

A    I think it was done on 7-10, is when it may

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

have actually arrived.

Q    Okay.  And did anybody from NCS ever contact Mr. Ward's actual employer in Colorado and ask him if he had worked there?

A    No, we didn't.  As stated, there -- there's -- there are a number of issues here.  And -- and as I've previously stated, identity theft is often conspiratorial and committed amongst family members or with an individual's knowledge.  What we did certainly followed our policies and procedures, which was to reach out to the original creditor, attain supporting documentation, check that documentation, look, see any past history of previous debts, and confirm that the original creditor said that this was him, and provide -- and provided documentation supporting that.

Q    Okay.  And so you think Ms. Woodward, and Ms. Boehler, and Ms. Raway, and Ms. Mahi all did a good investigation on behalf of NCS?

A    Yes, I did.

Q    And unless the jury tells you otherwise, this is how we can expect NCS to continue investigating consumer disputes going forward, correct?

A    I've -- I -- I don't -- I don't see the issue with this investigation.  I see an issue here.  If -- if what you're alleging is true, then I -- I don't see --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 73 of 119
The Deposition of RON SAPP, taken on August 30, 2022
72

we followed our policies and procedures, which I've outlined.  I think that there was a thorough investigation done here.  I think there are a number of things that Mr. Ward seems to have left out here.

Q    Such as what?

A    Well, I'd like to know a little bit more about his daughter and where she was living during this time. The fact that he -- he -- I -- I -- I'm under the impression that -- why didn't he respond to that letter that we sent him in, I believe January of '19, let him know that someone was applying for an apartment in the Dallas area?

Q    Did you ever ask him any of those questions as part of the investigation?

A    I don't know if those questions were asked.

Q    Well, we know from the notes, they were definitely not asked, were they?

MS. DEMARTE:  Objection.  Form.

Q    I mean, I can scroll to whatever page you want.  There's nothing in these notes that ask some of these questions, is there?

A    There's a lot in those notes that -- I don't see it in the notes.

Q    You talked a lot about what Mr. Ward could have done.  Could -- would NCS do anything differently

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 74 of 119
The Deposition of RON SAPP, taken on August 30, 2022
73

if you could redo these investigations?

A   No, I don't think so.  I think we followed our policies and procedures.  Again, we -- we reviewed the documentation.  We -- we obtained additional documentation that matched the documentation he provided.  We reached out to the original creditor not once, but twice.  And if you -- if you look at the secondary time after they've provided this documentation, they confirmed this is -- this is correct, and it's him, and it's owed.  I think those notes are in there.

Q   Right, but you --

A   And we outlined -- we had outlined additional things for them to take into consideration if I recall correctly.

Q   Additional things for who to take into consideration?

A   Uh-huh.

Q   What do you mean by that?

A   If you can -- I -- I'd have to -- you have to scroll down the notes.  I mean, I'm -- I don't remember it specifically.  But if you can keep scrolling down -- I'm sorry.  Okay.  We provided the ID theft affidavit.  Well, wait a minute.  That's going -- scroll down -- scroll down a little bit further, please.  Okay.  Right

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 75 of 119
The Deposition of RON SAPP, taken on August 30, 2022
74

there.  "The former resident's claiming fraud and identity theft.  Please see the attached" -- which we would've provided everything that they had provided us to at that point in time -- "as Robbin claims to have never lived in Texas."  Now, Robbin knows someone that lives in Texas.

Q    Yeah.

A    Okay.  And then you'll see that we have sent over the exact same documents to you on our side.  The driver's license, et cetera, is a match.  "Is there anything further you need from me?"  And that's the original creditor.

Q    Yeah, and first of all, did you ever investigate his claims that he never lived in Texas?

A    It really doesn't matter if he lived in Texas.  You can make -- commit identity theft or you can rent an apartment for anyone in any state, and not live there, or allow them access to use your information because they perhaps -- perhaps have -- have bad credit and can't obtain something.  Maybe they've -- they've committed previous acts of identity theft with the knowledge of this person.  You -- you don't have to live someone to rent an -- live somewhere to rent an apartment.  That's -- that's done many, many times.

Q    Okay.  So just so the record's clear, the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 76 of 119
The Deposition of RON SAPP, taken on August 30, 2022
75

answer to my question is: "No, we never investigated whether he lived in Texas"?

A    No, there was -- no, we did not.

Q    Okay.  And then there's nothing in --

A    My son has an apartment in Athens.  I don't live in Athens.  That's -- and I'm on the lease.

Q    Is your son also on the lease?

A    He is, but that's not always the case. I'm just --

Q    Is there anybody else on this lease, other than somebody who says they're Robbin Ward?

A    There -- there was not -- there was not -- there was not.  But I'm not conspiring with my son to commit identity fraud.

Q    Okay.  Is there anywhere in these notes you ever asked the original creditor, "By the way, where'd you get the driver's license?"

A    Not -- not in those notes.

Q    You don't think that was important to ask them?

A    No, I really don't think it's important to ask.  If they have it -- again, the important issue there is that there's a driver's license with his picture matching him specifically.  I just don't see that happening.  You don't -- we do enough of these to

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 77 of 119
The Deposition of RON SAPP, taken on August 30, 2022
76

know that that -- that would be so rare -- so rare. It is an exact picture of him.  Usually, someone presenting a falsified ID doesn't have the individual's picture that they -- they have their picture, the person presenting the falsified ID.

Q    Well, it's not a falsified ID.  The point I'm trying to make to you is, it could be submitted online, and if nobody ever verifies it in person, nobody would -- you'd never detect it.  That's what I'm trying to get you to see here.

A    I don't -- that's a color photo submitted online?

Q    There's scanners and data breaches.

A    Yeah, I understand what scanners are.

Q    People can get driver's licenses all the time.

A    But someone's going to have to present an ID when they go to pick up the keys.

Q    Where does it say anywhere in your notes that the original creditor collected this driver's license when somebody picked up the keys?  It doesn't say that, does it?

A    It does not.  And as I stated initially, I -- that may have been information that came out after the lawsuit was filed.  But you're more than welcome to go to the original creditor and ask them.  I -- I -- I

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 78 of 119
The Deposition of RON SAPP, taken on August 30, 2022
77

think that's the answer you'll find.  That's -- I think that it's the answer you'll receive.

Q    Well, I mean, I issued a subpoena to them and they produced a bunch of records, and there's nothing in there showing that.

A    Okay.

Q    So I wanted to ask you too -- I saw a reference earlier: Who's this Richard Chin at Borland Law?  What's that about?

A    That's a law firm that we partner with.

Q    Okay.  What -- and what do you mean by "partner with"?

A    Once an account comes through National Credit Systems, oftentimes it will be turned over to the Law Offices of Brett Borland for additional work.

Q    And for -- some of the additional work is investigating identity theft?

A    Well, they -- they translate -- they trans -- they translated what had been said or written by -- not even Mr. Ward, it was by a Megan Henderson, to us for the investigation, yes.

Q    Okay.  So all of those e-mails, would NCS have had access to the e-mails with Robbin ward or Megan Henderson and this Borland law firm?

A    Yes.  We would've had access to anything that

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 79 of 119
The Deposition of RON SAPP, taken on August 30, 2022

78

Borland Law received.

Q    Okay.

MR. OSBORNE:  All right.  I think I've got just a few more minutes, maybe, like, ten, 15 minutes for you, and then I'll be done.  I just want to take a real quick restroom break and then we'll finish up if that works.

THE WITNESS:  Sure.

(OFF THE RECORD)

COURT REPORTER:  Back on the record.

MR. OSBORNE:  All right.  So I'm going to share an exhibit with you.  I'll go ahead and mark this one as Exhibit 15 and circulate a copy.  For the record, I'm referring to documents produced by Main Street.  And it'll be Bates, I think they have it as 53.  All right.

(EXHIBIT 15 MARKED FOR IDENTIFICATION)

BY MR. OSBORNE:

Q    **So, sir, have you ever reviewed the documents provided by Main Street in this case?**

A    I -- I have not.

Q    **Okay.  So this is an e-mail, at the top, from MS Renewal to robbinward61@gmail.com?**

A    Let me clarify here, Matt: I -- I -- I've reviewed the documents provided by Main Street for the



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

79

debt itself in our investigation.  If this is something that was obtained via subpoena, I have not -- I have not reviewed that.

Q    Okay.  But you can see that it's dated January 30, 2019, right?

A    Yes.

Q    And it says, "Approved," and it's sent to robbinward61@gmail.com?

A    Yes.

Q    All right.  Nobody at NCS during the FCRA investigations asked Mr. Ward if that was his e-mail address, did they?

A    I don't know if that's the case.  I don't know.

Q    Okay.  Well, you don't have any reason to believe that they ever asked him that, do you?

A    I have no reason to believe they didn't.  I don't know.

Q    Well, would that be something they would do as part of their policies?

A    Part of our policies is going to be to review everything: All the documents, everything we receive, everything we hear.  And a lot of that is done verbally, so I just don't know.

Q    Well, let me ask it a different way: Robbin

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 81 of 119
The Deposition of RON SAPP, taken on August 30, 2022

80

Ward never communicated with NCS using an e-mail address robbinward61@gmail.com, did he?

A    Quite frankly, I'm not sure that Robbin Ward did communications.  It seems to me that most everything I saw came from a Megan Henderson.

Q    Okay.  But to answer my question: NCS never got an e-mail from somebody at robbinward61@gmail.com?

A    Not that I'm aware of, no.

Q    Okay.  All right.  So as far as delivering the money, it gives people the option to drop it off in person or overnight it, right?

A    Yes.

Q    Okay.  Did you ever ask the original creditor how it was dropped off?

A    Not to my knowledge.

Q    Okay.  And then we know -- you would agree, the lease was all signed online, right?

A    Yeah, to my knowledge, yes.

Q    Okay.  And then it talks about accessing your keys, and it talks about how there's a lockbox code that the rental company has on the premises.  And they give the code to somebody, right?

A    That's what it says, yes.

Q    So it doesn't say what you stated earlier, that before you can get your keys, you have to go to the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 82 of 119
The Deposition of RON SAPP, taken on August 30, 2022
81

office and have them make a copy of your ID.  It doesn't say that at all, does it?

A   Well, what I said was you usually present an ID before obtaining your keys.  They don't just hand out keys to anyone.

Q   But in this case, they give the keys -- they put the keys in a lockbox and they give somebody a code, right?

A   Well, that's what this says.  I don't know how it was done.

Q   Okay.  All right.  And then let me look at some other stuff here.  Okay.  So I'm going to show you what was Exhibit 7 in a prior deposition.  And it's an e-mail on June 12, 2020, right?

A   Yes.

Q   Okay.  And at least it says it's from Robbin Ward, right?

A   No, it's from Megan Henderson.  You can look up at the top and see that clearly.

Q   I'm talking about in the signature block.  Do you see that?

A   Well, it looks like Megan Henderson is signing Robbin Ward's name or acting to be -- pretending to be Robbin Ward.

Q   Okay.  Or he's using his spouse's e-mail

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

82

address.  Doesn't that happen sometimes?

A    Well, based upon the conversations were coming from Megan Henderson that Mr. Chin had, I don't think that that's the case.

Q    Okay.  And he says, "If needed, I can provide mortgage statements for my home in Colorado during the time of the theft."  Is that something NCS ever asked for?

A    We asked for them to provide everything that they can.  I believe we sent a letter that asked -- that informed him to provide all supporting documentation. But as I stated, again, people rent apartments all over the country and live in different places.

Q    And when was this letter sent, do you believe?

A    It's dated June -- oh, when was the letter we sent?

Q    Yeah, the letter you just mentioned where you asked him to provide all supporting documentation.

A    I think it's -- it's in the notes.  I don't recall the day.  That's my recollection.

Q    All right.  And there was also an FTC affidavit attached to that e-mail, correct?

A    I believe so.

Q    All right.  So do you see where he talks about the work phone they provided was the daughter's, and she



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

lives in Dallas and works for Neiman Marcus?

A     Yes, I do -- yes, I do.

Q     Okay.  And so Mr. Ward didn't conceal anything about his daughter, did he?

A     I don't know -- I don't know.  I -- I -- the person that committed this identity theft is also his daughter, but he says it's not her that committed it. But she works at Neiman Marcus.  Her phone number is listed.

Q     Right, that's -- isn't that what we looked at in the article, synthetic fraud, where they create a fake -- using fake pay stubs and stuff like that, and mix and match?  So now you're telling me it was the daughter that did it, you think?

A     I -- I -- I don't know that it was done.  I -- I -- I -- I -- I -- I -- he claims it wasn't his daughter. That's his statement.

Q     Yeah, well, that's what I'm trying to get at. Are you trying -- are you telling me now that you think the daughter took out this lease in his name?

A     I'm telling you that we conducted an investigation and the outcome of that investigation was reported back to the CRAs.  I'm telling you that we looked at everything that was provided.  We took into consideration everything that we had available to us.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

We looked at all the documents and we reported the outcome that the debt was owed.  We went and contacted the original creditor.  We obtained additional documentation.  We asked for additional documentation.

Q    Well, as you sit here today, I mean, you really don't know if Robbin Ward was an identity theft victim or not, do you?

A    I do not know.

Q    And so you really don't know if the information that was reported by your company about Robbin Ward to the credit bureaus was accurate, right?

A    I think it was accurate to the best of our ability, yes.  We did everything we could to ensure the accuracy of the information that we reported.

Q    Okay.  But I didn't ask about to the best of your abilities.  I'm just saying "accurate."

A    Right, but -- well, if we -- if we had reason to believe it was inaccurate, we would not have reported it.

Q    All right.  Let me ask it a different way: So if Mr. Ward is telling the truth and he really wasn't an identity theft victim, then the information your company reported about him was false, right?

A    I don't -- I don't believe that.  I -- I -- I'm still curious why a police report was not provided.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

85

Almost across the board, true victims of identity theft typically provide a police report. It -- it even asks for that on the ID theft --

Q    And I'm not trying to be difficult, but that doesn't answer my question. Okay? So assume, for purposes of this question -- I'm not saying you agree with it, but just assume, for purposes of this question, that Mr. Ward's telling the truth and he was an identity theft victim. You with me so far?

A    Yeah, I -- I'm with you.

Q    Okay. So if that's true, then the information NCS reported about him to the credit bureaus was false, right?

A    If that's true. But I don't believe that we reported false information.

Q    Okay. So really, this case mostly turns on whether people believe Mr. Ward?

A    Those are your words. I didn't say that.

Q    You don't agree with that?

A    This involves our investigation of Mr. Ward's dispute and the outcome of that investigation by examining everything that we had available to us: Again, contacting the original creditor, retaining -- obtaining supporting documentation, verification, and following our policies.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Q   All right.  So let's look at the law enforcement page of the FTC affidavit.  So he says that he is willing to assist in the prosecution, right?

A   Correct.

Q   And he is authorizing the release of information to law enforcement, right?

A   Correct.

Q   And he says he has reported the events to the police or other law enforcement agencies, and then he lists the Federal Trade Commission, right?

A   He also says they -- the police did not write a report.  I -- I find that strange.

Q   Well, I don't know.  I see it all the time, but I guess...

A   My guess is I would see it a lot more than you, I would think.  And I'm not trying to be difficult in saying that.

Q   Okay.  Well, maybe.  I don't know.  Well, this is an FTC report on page 10.  Do you see that?  Do you see where he also mentions that his daughter had some issues with fraud too, and someone used her credit to buy a car?

A   I see where he -- that -- that states that, yes.

Q   Okay.  Was that something that NCS ever looked

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 88 of 119
The Deposition of RON SAPP, taken on August 30, 2022

87

into as part of the investigation?

A    We would've looked at everything provided.

Q    Okay.  So you would've looked at that specific statement, then?

A    We would've looked at every document provided. We certainly would have.

Q    Okay.  All right.  Let me show you one more. All right.  So this is a document that was previously Exhibit 8 and dated -- it's an e-mail, July 10th, right?

A    That's what it appears to be, yeah.

Q    Okay.  And you can see it attaches Robbin Ward's December pay stub and February/March pay stubs, at least according to the attachments, right?

A    Yes.

Q    Okay.  Would you have -- would your company have reviewed those pay stubs as part of the investigation, the Colorado pay stubs?

A    Yes.

Q    What about the statement, "Robbin has contacted the Social Security office and has been informed there aren't any current benefits being paid out using his Social Security number"?  Did your company consider that statement?

A    We would've reviewed everything and considered all the information.  This works both ways.  People

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO   Document 63-2   filed 01/06/23   USDC Colorado
pg 89 of 119
The Deposition of RON SAPP, taken on August 30, 2022

88

trying to get things off of their credit also are just as tricky as -- as those that are perpetrating identity theft.

Q   What do you mean by that?

A   I mean, we do see that also.  People present false documents frequently in trying to make claims that they're -- they've been the victim of identity theft, that -- that this shouldn't be on their credit, or all -- all kinds of things.  We've seen people falsify letters with -- saying that they've paid us.  The actual consumer that owes the money, falsifies letters and presents it to other creditors saying their debt is paid.  We see that all the time with our -- with our heading, actually coming from us.

Q   Sounds like there's a lot of fraud in that industry, huh?

A   Yeah, there is.  It's a lot to look at. It's not this industry.  It's credit.  It's people needing credit and needing things.

Q   Okay.  And then see where he says, "I encourage Main Street or anyone else involved in this case to contact the HR department at Neiman Marcus to confirm Robbin Ward has never been employed with their company," right?

A   I did.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Q    And then it says, "We look forward to a resolution quickly, Megan Henderson and Robbin Ward," right?

A    Correct.

Q    So he did actually give you permission to contact Neiman Marcus.  You guys just chose not to do it, right?

A    This wasn't written by Robbin.  This was written by Megan Henderson, for one thing.  You know, we can also look at those original paychecks, the money orders that were provided, and compare some writing on there that looks very similar to what the writing on the identity theft affidavit was.

Q    Well, I'd be happy to do that with you if you want.  Give me a minute and I'll pull them up.

A    Sure.

Q    All right.  You see the money orders?

A    Yeah, yeah.

Q    Okay.  And so -- hold on.  Let me figure out a better way to share this so I don't have to keep switching back and forth.  All right.  So you got the money orders, and you think that the handwriting on the money orders matches the ID theft affidavit?

A    I -- I think it's similar.  I'm not a handwriting analysis [sic], but, you know, anybody -- or

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

we're -- we do look at signatures and try to ascertain if things match.  I think they're -- they're similar, certainly.

Q    Okay.  Well, even the -- the Rs on these hand -- on these money orders don't even match.  You see the first R on the top one and then the second R on the bottom one?

A    I -- I -- I'm -- I'm speaking in a -- in a generalization.  You know, I --

Q    There's, like, this little squiggly --

A    -- I -- I write an R.  My -- my name starts with an R, and my R doesn't match every time I write it.

Q    Okay.  All right.  Well, let me go to the fraud affidavit.

A    Yeah, I believe that's it.

Q    So you think that that's a match?

A    I think they're similar.

Q    Well, you see how these R's are standing, like, straight up, and then on the money orders, they're slanted to the left?  Let me show it to you again.  See, these ones are slanted to the left (indicating)?

A    Yeah, yeah, but look at the B, D, and the I, and the N.  They seem very similar there.  Again, I -- I say they're similar.

Q    Well, and the -- your FCRA investigators,

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

they're not forensic handwriting experts, right?

A    No, not at all.  We look to see if we can see any similarities.  People that commit identity theft often disguise their -- their writing, as you -- it is -- you know.

Q    Well, in any event, there's no -- there's nothing in your notes that says your FCRA investigators performed a handwriting analysis between the money orders and the FTC affidavit, right?

A    No, there's something to say the signatures match.

Q    Right, which he -- which Ms. Woodward already testified she was referring to you the signature on the driver's license versus the FTC affidavit, right?

A    I -- I believe so.

Q    There's no other signatures you guys have in the file, right?

A    Not that I'm aware of, not on this file.  On the other file, we do.

Q    Okay.  Well, you see on the FTC affidavit, he puts a dot over the "i," and then there's no dot on the money orders?

A    Okay.  Again, I'm just pointing out there are some sims -- similarities.

MR. OSBORNE:  All right.  Well, I think that's

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

all the questions I have for you.  I don't know if your attorney has any.

THE WITNESS:  Sure.

MS. DEMARTE:  Maybe, like, five minutes or so.

CROSS EXAMINATION

BY MS. DEMARTE:

Q    To your knowledge, did your client ever provide you with any lawsuit or eviction paperwork when investigating this, or at placement?

A    Lawsuit or eviction?  Not that I'm aware of.

Q    Let's see.  Let me see if I can share my screen.

MS. DEMARTE:  Tell me, you guys, can you see what I'm showing on the screen?

MR. OSBORNE:  Yes.

THE WITNESS:  Yes.

MS. DEMARTE:  Okay.  Matt, I know you labeled this in another deposition.  Looks like it was Exhibit 5 from the Cathy Boehler deposition.

MR. OSBORNE: Yeah.

BY MS. DEMARTE:

Q    Does this refresh your memory?

A    I -- I don't know that I've seen that, but if -- I don't know.  If -- if -- if it was provided, I don't know that I've seen that.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Q    Well, are you aware of any paperwork that might have been sent in disputing this lawsuit or the eventual outcome of it?

A    I -- I am not.

Q    Okay.  Talking about policies and procedures, when Mr. Osborne was showing you some of the documents previously, he had centered on maybe one or two different pages.  Is that all of the policies and procedures that NCS has regarding investigations or identity theft, or are there more?

A    No, there's much more.

Q    And do you only keep policies and procedures written, or do you also have verbal policies and procedures?

A    Well, we have many verbal policies and procedures.

Q    Okay.  And would some of those policies and procedures be what you would've relied on in your investigation here?

A    Yes, they would have.

Q    Can you elaborate on what that might be?

A    Well, right off the bat, the fact that this is the second debt placed with National Credit Systems, it's completely visible when you begin your investigation.  The fact that there was, you know --

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 95 of 119
The Deposition of RON SAMEY, taken on August 30, 2022
94

that was never paid, that it was completely ignored. Those are some of them, just right off the top -- right off the top of my head.

Q    So are you saying it's not necessarily written that you would review all other potential accounts or documents relating to those accounts as a verbal procedure?

A    That is a verbal procedure.  If -- I don't recall that being in writing.

Q    Okay.  And --

A    It is -- it is written in a broader sense that we review everything.

Q    As far as training's concerned of your employees, do you train any of your employees or agents in India any differently than you would train just somebody located in Arizona or even Georgia?

A    No, it's the same training for all.

Q    Did you send any letters after the conclusion of an investigation to Mr. Ward?

A    Yes, we did.

Q    Do you recall what those letters would state?

A    They would ask him to provide -- well, the outcome of the investigation, and to provide any additional supporting documentation.

Q    Okay.  And is that something that you draft as

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 96 of 119
The Deposition of RON SAPP, taken on August 30, 2022

95

a one-off, or is that something where you can send it out to be mailed?  So do you draft it in-house at NCS and mail it, or do you have some third party do it?

A    We draft that in-house and mail it.

Q    So your record of that would then just be what shows up in your account notes, and providing any template if there were to be one that was sent?

A    Correct.

Q    Do you know what that's labeled as when you read through your account notes?

A    "Debt Investigated Letter 11."

Q    Do you know if that's in Mr. Ward's notes?

A    I -- I think it is.  I mean, I -- I'd have -- I believe it is.

Q    So just touching back again on the second account that's back from, I think you said 2002, what I guess I wasn't clear on when you were talking -- and maybe you can just help explain: How is it unavoidable to know that there are two accounts?  Like, is it that you're logging in and searching, and then both accounts come up at the same time, or how is it unavoidable?

A    You cannot pull up one without seeing the other.  You'll have a consumer's name and personal information, such as an address and phone number, in a portion of your screen.  And then at the top of the

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

Pike
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of RON SAPP, taken on August 30, 2022

96

screen, you will show the accounts that were placed for that particular consumer or owing by that consumer.  You have -- and you have two accounts up there.

Q    Okay.  And when you're training your investigators, generally, what do you train them to do as far as document review?

A    To review everything.

Q    And if there was something that didn't make sense, would they have to seek a supervisor?

A    Yes, or -- a supervisor, or actually contact the original creditor and ask for clarification.

Q    Okay.

A    But yes, ask a supervisor.  I'm asked questions all the time.

Q    Okay.  Do you know if any questions were asked in this case, or if anybody deemed anything to be out of the ordinary?

A    Not that I'm aware of.

        MS. DEMARTE:  That's all for me.

        MR. OSBORNE:  Okay.  I've got some follow-up.

                REDIRECT EXAMINATION

BY MR. OSBORNE:

Q    So, sir, NCS did 26(a) disclosures, supplemental disclosures, and discovery responses in this case, right?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 98 of 119
The Deposition of RON SAPP, taken on August 30, 2022
97

A    Yes, we did.

Q    So how is it possible that today is the first time that we're hearing about a 2002 account and some documents that supposedly exist for that, and this whole SafeRent thing?  How is it possible we're hearing about this for the first time today?

MS. DEMARTE:  I would object to the extent you're calling for attorney/client communications, but if it's something you think you can answer outside of that, Ron, you can go ahead.

THE WITNESS:  Well, no, that's going to stay within that.

MS. DEMARTE:  So you don't think you can answer without divulging attorney/client communications?

THE WITNESS:  Correct.

BY MR. OSBORNE:

Q    Well, let me ask it a different way: Were those documents provided to your attorney?

A    I do not believe they were, but this was involving another case.  This wasn't involving that case.  That was not a case.  That's just a collection account.  This is involving Main Street Renewal.

Q    Okay.  Did I hear you correctly that you -- your letter 11 tells the consumer the outcome of the investigation and then asks them for supporting

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 99 of 119
The Deposition of RON SAPP, taken on August 30, 2022

98

documentation?

A    Yes, that's my recollection.

Q    Shouldn't you be asking people for supporting documentation before you complete your investigation?

A    It asks for additional documentation, if there are any additional documentation -- if there is any additional documentation.

Q    Okay.  But wouldn't it make sense, just common sense, your investigator, why wouldn't he ask the person for all the information they had before you reach the conclusion of your investigation?

A    We would -- we -- hopefully, they -- oftentimes they're supplying the information.  We're -- we're conducting the investigation based upon the information supplied by them.  Conducting it, then following up and asking if there's any additional documentation.

Q    Right, and that's what I'm saying.  You -- the first step is you look at what they provide, then you look at what's in the file, and then you look for other documents that they might have, because the goal at the end is to get to the truth, right?

A    Well, they're pro -- they're providing the dispute.  We have to go on what they provide.  We're -- we're -- we're not out there asking them to please

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

99

dispute the debt.  We're going -- they dispute the debt, and that's what commences the investigation, based upon what they provide.

Q    Right, that's what I'm saying.  But the person doing the investigation, their job is to determine, is the information we reported about this person accurate or not, right?

A    Correct.

Q    And so they look at the documents the consumer provides, right?

A    Correct.

Q    They look at all of the information in the file that's relevant, right?

A    Correct.

Q    And then if there were other documents that the investigator thought were relevant, they should -- they could ask the consumer for that before they complete their investigation, right?

A    They -- they could ask, if provided, but they have to con -- excuse me -- complete the investigation. And I don't think there's anything wrong with completing an investigation and asking if there's any additional documents or information that can be provided.

Q    And you guys have, like, 30 days to complete an investigation, right?



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

A    Correct.

Q    And oftentimes we saw your company responding in two weeks, right?

A    In some, yes.  Some -- some take right up to day 31.  So, many -- many are closed, based upon our investigations.  Hundreds and hundreds are closed, and credit reporting has stopped and collections has stopped.

Q    All right.  About that lawsuit that you were asked about, you don't know if Mr. Ward was ever served with that lawsuit, right?

A    I -- I do not.

Q    You don't know if it was a default judgment, right?

A    I -- I don't.  I do not know.

Q    Okay.  Are there any other verbal policies about identity theft or FCRA investigations that we haven't talked about?

A    There are all sorts of verbal policies.  I couldn't -- I couldn't quote to you on that.  You know, there's a -- there's a verbal policy that you can't come into my office and punch me in the face, but it's not in writing.  It -- there -- every organization has all type -- types of verbal policies.

Q    Well, my question was specifically about

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 102 of 119
The Deposition of RON SAPP, taken on August 30, 2022

101

identity theft or FCRA investigations, because I don't want to be at trial, and you take the stand and you start saying, "Oh, there's all these verbal policies." So I want to know what they are.

A    I -- I -- I couldn't quote all the verbal policies to you right now.  I -- I just don't have them. They -- they've been stated in their policies, but I don't have them memorized.  But if -- if something's pointed out, I can tell you, you know, yes, we have a policy regarding that.  But I -- I don't have a -- a list of verbal policies.

Q    Okay.

A    Hence, that would make them written policies.

Q    So just so the record is clear: You're saying it's a verbal policy to cons -- when you're investigating identity theft, to consider if the person had an eviction from 20 years ago?  That's a verbal policy?

A    It's a policy to examine everything and all the evidence that we have.  I have people -- I have people that have five and six accounts that claim identity theft, and nine times out of ten, they're falsify -- falsifying that identity theft claim because they can't get another apartment to rent.

Q    Okay.  Do you guys keep copies of the Letter

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

11s you send off?

A    We have a template, yeah.  I don't have the actual letter that was sent, but we have a template.

Q    **You mail them in-house, or you have a vendor mail them?**

A    The Letter 11's are mailed -- well, those are mailed in-house -- oh, no, excuse me -- excuse me. They're generated in-house, and then I think we -- we have a vendor mail those.  We have a vendor mail those.

Q    **Okay.  What's the name of the vendor?**

A    CompuMail.

Q    **What is it?**

A    CompuMail.

MR. OSBORNE:  All right.  That's all I've got for you.

THE WITNESS:  Okay.

MS. DEMARTE:  I'm set.

THE WITNESS:  All right.  Thank you.

COURT REPORTER:  Mr. Osborne, how do you want your copy today?

MR. OSBORNE:  Electronic's good.

COURT REPORTER:  Okay.  And --

MS. DEMARTE:  Same for me.

COURT REPORTER:  Okay.  And would you guys like to read or waive today?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

MS. DEMARTE:  We'll read.

COURT REPORTER:  Okay.  Sounds good.

    (DEPOSITION CONCLUDED AT 12:11 P.M.)

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

CERTIFICATE OF REPORTER

STATE OF COLORADO

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

ANDIE MARIE LAYNE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214044568
MY COMMISSION EXPIRES NOVEMBER 12, 2025

ANDIE LAYNE,

COURT REPORTER / NOTARY

COMMISSION EXPIRES ON: 11/12/2025

SUBMITTED ON: 09/12/2022

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

**$**

**$1,600** 17:3

**$2,003** 35:11

**$2,003.70** 35:9

**-**

**--a** 55:22

**1**

**1** 13:7

**10** 86:19

**10th** 87:9

**11** 18:18 25:9 54:20 59:19 95:11 97:24

**11's** 102:6

**11s** 102:1

**12** 81:14

**12:11** 103:3

**15** 78:4,13,17

**16** 24:25 54:22 63:7

**19** 72:10

**1961** 36:20

**2**

**2** 13:1

**20** 23:5 101:17

**2002** 17:5 18:24 19:10 21:4,11,20 22:24 26:9 95:16 97:3

**2003** 17:1 18:24 19:10 21:4,11,21

**2018** 10:6

**2019** 35:16 36:7,19 79:5

**2020** 54:22 60:5 63:7 81:14

**2021** 23:6

**2431** 34:25

**26(a)** 96:23

**29th** 70:14

**3**

**3** 31:22,23

**30** 50:6 51:17 63:20 79:5 99:24

**31** 100:5

**35** 44:24 46:18 67:22

**383** 64:19

**4**

**4-26-1961** 36:17

**5**

**5** 10:6 92:19

**53** 78:16

**58** 35:16 36:7, 20

**6**

**6-16-2020** 59:5

**62** 36:23,25 37:5

**7**

**7** 81:13

**7-10** 70:25

**7-21-20** 69:16

**8**

**8** 65:23 87:9

**80121** 35:1

**9**

**9** 36:12

**99.9** 27:9

**A**

**abilities** 84:16

**ability** 57:16 84:13

**access** 48:24 74:18 77:23,25

**accessing** 80:19

**accompanied** 46:11

**account** 8:22 16:24 17:3,19, 20,23 18:10,11, 18 19:4,25 20:8 22:5,7,8,16,23 23:11,15,16 24:25 25:15 26:2 56:8 59:10 61:14 77:13 95:6,10,16 97:3,22

**accountant** 51:25

**accounts** 19:2 22:5 40:14 42:17 50:1 54:1 94:5,6 95:19,20 96:1,3 101:21

**accuracy** 84:14

**accurate** 10:17 20:18 57:5 63:13 84:11,12, 16 99:6

**ACDV** 36:13 58:7,19

**ACDVS** 62:12

**acknowledged** 38:11

**acquire** 14:24 15:3,14 16:3 26:22

**acquired** 15:7, 17,21

**acting** 52:21 81:23

**acts** 74:21

**actual** 15:20 26:19 27:6 33:21 39:15,16 40:17 45:1 47:13,17,24,25 48:2 49:11 71:3 88:10 102:3

**ACVD** 58:23

**add** 17:21 29:5, 11 43:6 55:16 61:24

**adding** 45:14

**addition** 17:8 67:23

**additional** 38:12 65:14 69:21 73:4,13, 16 77:15,16 84:3,4 94:24 98:5,6,7,16 99:22

**address** 12:1 17:16,21 24:15, 16 32:10,15,20 34:14,15,25 35:2 38:16,17, 18 39:11,15 56:5 59:6 79:12 80:1 82:1 95:24

**addresses** 11:22 12:4,9

**addressing** 16:23

**Administratio n** 34:9 39:14

**ADP-ISSUED**

32:18

**advance** 17:14

**affidavit** 46:6, 9,15,25 47:4 73:23 82:22 86:2 89:13,23 90:14 91:9,14, 20

**affirm** 6:18

**afford** 50:4

**age** 37:3,5,6

**agencies** 86:9

**agents** 52:22 62:19 94:14

**ages** 37:7

**agree** 10:14 18:6 57:3 65:22 80:16 85:6,19

**agreement** 54:15

**ahead** 19:18 38:24 78:12 97:10

**allegations** 45:1 48:14

**alleging** 71:25

**allowed** 47:14 55:8 66:24

**Amanda** 53:18

**amount** 17:3 23:18 35:8,11 59:11 61:16 62:10 64:10

**amounts** 37:11

**analysis** 89:25 91:8

**answers** 25:23 61:22

**apartment** 13:13 16:10 17:1,9,15,18 18:1,3 22:16, 17,21 24:10,14, 19,20 25:6 29:20 31:6



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:21-cv-02597-NYW-JPO    Document 63-2    filed 01/06/23    USDC Colorado
pg 107 of 119
The Deposition of RON SAPP, taken on August 30, 2022

106

38:14 40:8 47:15,20 48:18 72:11 74:17,24 75:5 101:24

**apartments** 16:1 50:3,4 82:12

**apparent** 19:2

**appearance** 6:4

**appearing** 6:6, 10

**appears** 12:1 16:9,15 28:4 38:12 44:2 54:20 64:5 87:10

**Applicants** 13:9

**application** 17:10,11,22 24:17 27:11 45:9 47:15 48:6

**applications** 10:23

**applied** 17:14, 15,18 18:3 24:14,20 25:6

**applies** 58:14

**applying** 31:5 72:11

**Approved** 79:7

**approximately** 24:9 31:6

**area** 17:15 18:4 24:21 72:12

**arise** 43:17

**Arizona** 21:1 67:18,20 94:16

**arrived** 71:1

**article** 10:6,13, 16 13:8,10,15 14:8 34:2 83:11

**articles** 33:24

**ascertain**

42:13 90:1

**asks** 46:6 85:2 97:25 98:5

**aspects** 7:12

**assessment** 20:22

**assist** 86:3

**assume** 44:9 55:6 63:4 85:5, 7

**assuming** 23:10,14 26:3

**assumption** 33:11

**Athens** 75:5,6

**attached** 74:2 82:22

**attaches** 87:11

**attachments** 87:13

**attain** 71:11

**attempting** 39:8

**attending** 6:4

**attorney** 92:2 97:18

**attorney/client** 97:8,14

**attorneys** 50:25 51:11

**authorizing** 86:5

**automatically** 60:15 61:14

**avoid** 20:4 21:17

**aware** 11:23 16:8,13 27:4, 10,12,13 43:16 63:23 64:2 80:8 91:18 92:10 93:1 96:18

— B —

**back** 36:22 52:12 54:19 63:12 66:14,18 67:4 69:24 78:10 83:23 89:21 95:15,16

**background** 13:13

**bad** 40:4 74:19

**ballpark** 51:6

**based** 19:13 24:13 37:4 38:4 57:21 58:8 82:2 98:14 99:2 100:5

**basic** 15:13

**basis** 7:11

**bat** 17:24 31:3 93:22

**Bates** 64:19 78:15

**began** 17:7

**begin** 6:22 37:6 93:24

**beginning** 44:21

**behalf** 56:21 71:18

**believed** 45:17

**benefits** 35:8, 11 36:23 37:1, 3,7,8,10,19 38:4 39:2 70:10 87:21

**big** 33:12

**biggest** 26:16

**birth** 36:16 56:5 59:7

**bit** 24:5 40:20 52:14 54:3 65:19 69:21,24 72:6 73:25

**blindly** 43:3

**block** 81:20

**board** 85:1

**Boehler** 67:12, 22 68:5,9 69:3, 8 71:17 92:19

**Borland** 77:8, 15,24 78:1

**boss** 51:24

**bottom** 34:14 90:7

**Bowler** 8:23 9:1

**box** 58:18

**boxes** 58:13

**breach** 26:24

**breaches** 39:18 76:13

**break** 52:7 78:6

**Brett** 77:15

**bring** 22:4,7 23:15,20

**broader** 94:11

**Bumpus** 41:6, 9

**bunch** 77:4

**bureau** 54:21 58:6

**bureaus** 56:12 57:18 58:1,14 63:10,12 64:25 84:11 85:12

**business** 67:22

**buy** 27:7 86:22

— C —

**call** 28:12,14 43:19 44:10 68:9,15,20

**called** 13:8

17:11 41:5 43:11 45:5 68:6 70:14

**calling** 43:15 97:8

**calls** 53:10,12 55:9

**canned** 62:6

**car** 86:22

**carefully** 25:3

**case** 9:4,7,12, 15 16:15,20 18:8,19 21:5,8, 12,21,23 24:4 25:19,21 26:1, 16 27:10 30:13 31:2 40:1,6,12 41:5,6,9,12 42:3,6,8,9,14, 15,16,20,24 43:6 45:12 56:2 62:1 66:22 67:7 75:8 78:20 79:13 81:6 82:4 85:16 88:22 96:16,25 97:20, 21

**cases** 12:21 50:8 67:10

**Cathy** 92:19

**centered** 93:7

**cetera** 74:10

**chain** 68:3

**channel** 67:4

**charge** 59:23

**chat** 61:10 63:23 64:1

**cheaper** 54:13, 14

**check** 13:13 17:11 71:12

**Children** 37:7

**Chin** 77:8 82:3

**chose** 89:6

**circulate** 78:13

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

claim 16:6,16 39:13 44:20 55:23 101:21, 23

claimed 50:9

claiming 14:17 15:24 74:1

claims 15:18, 19 44:21,22 74:4,14 83:16 88:6

clarification 96:11

clarify 78:24

classify 9:25

clear 74:25 95:17 101:14

client 70:10 92:7

closed 100:5,6

co-counsel 8:1

code 56:11,14, 17,19,22 57:1, 9,14,19 58:1,4, 5,14 60:14,18 61:6 80:20,22 81:7

coded 67:13

codes 57:12

collect 22:21 61:16,20,21

collected 76:19

collecting 37:6 40:3 56:2,3 59:10,11,12,13 61:16,20 62:1

collection 8:22 20:16 24:25 97:21

collections 23:5 100:7

collects 9:17

color 26:19

28:5 29:14 48:5 76:11

Colorado 6:7 17:16 32:21 35:1 39:15 71:3 82:6 87:17

commences 99:2

Commission 86:10

commit 11:17, 20 13:23 14:2 15:8 40:7 74:16 75:14 91:3

committed 11:14 71:8 74:21 83:6,7

committing 39:7

common 98:8

commonly 56:11,19

communicate 64:5 66:14

communicated 61:1,2 80:1

communication 60:23 64:2,9 67:4 69:1

communications 18:2 80:4 97:8,14

communities 47:20,21

companies 54:6

company 7:9, 13,17 16:6 17:11 18:9,19, 23 19:13 21:14 27:14 28:10 29:23 30:4,6 42:20 43:11 46:23 48:16 50:6 51:15,19, 20 52:20,21,23 80:21 84:10,23 87:15,22 88:24

100:2

company's 8:10

compare 61:17 89:11

compared 56:4 60:2 61:8

comparing 61:15

compelling 31:17

complaint 8:20

complete 65:2 98:4 99:18,20, 24

completely 93:24 94:1

completing 58:21 99:21

compliance 7:15 59:24

complicit 34:23

Compumail 102:11,13

con 99:20

conceal 83:3

concede 36:3

concerned 94:13

conclude 11:14,19

CONCLUDED 103:3

conclusion 94:18 98:11

conduct 68:18

conducted 69:8 83:21

conducting 23:8 98:14,15

conference 53:10,12

confirm 43:20 46:23 71:13 88:23

confirmation 65:16

confirmed 31:9,12 62:8 73:9

confused 24:5

conjunction 33:20 34:19,21 39:6 45:22

cons 101:15

consideration 73:14,17 83:25

considered 18:24 19:9 20:5,13 22:15 23:22 25:11,13, 18 87:24

conspiratorial 71:8

conspirators 45:11

conspiring 75:13

consumer 57:19,22 58:4, 9,16,18 62:2 65:9,10 66:5, 12,14,24 67:5 71:22 88:11 96:2 97:24 99:9,17

consumer's 95:23

consumers 58:22

contact 17:19, 22,24 25:8 66:24 68:24 70:8 71:2 88:22 89:6 96:10

contacted 31:2 55:12 62:3 84:2 87:20

contacting

62:2 65:15 85:23

context 9:21 11:18

continue 69:24 71:21

contract 62:22 63:2

contractual 54:15

contributing 26:16

conversations 82:2

conveyed 21:15

cooking 14:3

copier 32:12

copies 101:25

copy 26:23 27:1 48:5 78:13 81:1 102:20

correct 8:17 9:19 11:9 14:11,22 18:20 21:2,12,13 30:18 36:4,18, 20,21 41:22 43:5 48:18 52:17,18 61:16, 19 62:9 63:14 65:4 67:19 68:12 71:22 73:10 82:22 86:4,7 89:4 95:8 97:15 99:8,11,14 100:1

correctly 73:15 97:23

counterclaim 39:21 40:1

country 22:22 82:13

COURT 6:2,12, 16,22 7:23 8:2, 4 12:24 13:4

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

52:12 78:10 102:19,22,24 103:2

**Covid** 33:7

**CRA** 59:16

**Craig** 7:24

**CRAS** 56:20,22 61:6,19 66:13, 18,23 83:23

**create** 83:11

**credit** 22:18 23:2 53:5 54:21 56:12,23 57:18, 25 58:6,13 63:10,12 64:25 67:10 74:19 77:13 84:11 85:12 86:21 88:1,8,18,19 93:23 100:7

**creditor** 14:17 26:18 27:17,21 29:3 31:9 41:20 42:10,11 43:4 49:9,10 55:12 59:9 61:3,18 62:2,8 65:15 70:3,5 71:11,14 73:6 74:12 75:16 76:19,25 80:13 84:3 85:23 96:11

**creditor's** 28:9

**creditors** 42:23 58:23 88:12

**Creek** 7:5

**crime** 14:2 39:8

**CROS** 56:23

**CROSS** 92:5

**curious** 84:25

**current** 87:21

---

**D**

---

**dad's** 27:8

**Dallas** 17:15, 18 18:3 24:14, 21 29:23 72:12 83:1

**damages** 41:14 42:14

**dark** 39:17,20

**data** 17:9,10 26:23 39:18 76:13

**database** 42:17

**date** 17:13 36:16 56:5 59:7

**dated** 79:4 82:15 87:9

**daughter** 72:7 83:4,7,14,16,20 86:20

**daughter's** 82:25

**day** 62:13 63:7 82:20 100:5

**day-to-day** 7:11

**days** 99:24

**deal** 15:10

**dealing** 18:5 48:17

**Death** 37:4

**debt** 16:8,13 18:1 22:12,13, 17,21 23:3 24:24 25:2,5 31:4,10,12 40:3 44:14 56:2,12 57:5 61:21 65:13,17 68:16, 20 79:1 84:2 88:12 93:23 95:11 99:1

**debtor** 70:14, 15

**debts** 9:17 43:15 71:13

**December**

87:12

**decide** 44:23 57:21,23,24

**decided** 41:22

**decides** 57:19

**decision** 48:10 65:11

**deemed** 96:16

**deeper** 61:25

**default** 100:13

**defendant** 6:9

**define** 65:5,6

**definition** 11:12 65:18,21

**delivering** 80:9

**Demarte** 6:8 26:12 29:25 35:21 36:24 37:12 47:16 48:19 49:7,16 51:11 52:8 58:25 59:8 72:18 92:4,6, 13,17,21 96:19 97:7,13 102:17, 23 103:1

**department** 33:8 88:22

**depo** 13:1

**deposed** 9:9

**deposition** 8:19 9:6 13:8 36:13 81:13 92:18,19 103:3

**depositions** 8:23

**desk** 55:2,4,7

**detail** 9:7

**detect** 12:6 76:9

**detecting** 33:25

**determine**

38:8 99:5

**Diana** 69:17,18

**differently** 72:25 94:15

**difficult** 12:21 85:4 86:16

**digital** 11:8,13, 15

**direct** 6:24 66:8

**directly** 47:2 68:23

**disability** 37:4, 9 38:3

**disabled** 37:19

**disagree** 20:19,20

**disclosures** 96:23,24

**discovered** 28:21,23

**discovery** 96:24

**discuss** 68:16, 19

**discussed** 31:15 33:21

**discussing** 44:13

**disguise** 91:4

**displayed** 56:15

**dispute** 39:3 43:18 54:21 56:11,14,15,19 57:12,14,15 58:14,21 59:5, 15 61:6,13 63:9 64:6 65:8 66:8, 9,10 85:21 98:24 99:1

**disputed** 61:14

**disputes** 15:11 21:5,21 25:11 52:16 54:10

56:21 62:4 63:25 64:24 67:13,14,21 71:22

**disputing** 56:12 93:2

**distinct** 40:10

**divulging** 97:14

**DOB** 60:2 61:9

**document** 10:5 12:22 20:8 30:16,19 31:19 47:24 87:5,8 96:6

**documentatio n** 16:14 31:11 39:9 42:23,25 53:9 55:19,24 57:2 59:15 62:10 65:14,16 66:21 67:9 68:2 71:12,15 73:4, 5,9 82:11,18 84:4 85:24 94:24 98:1,4,5, 6,7,17

**documentatio ns** 64:7

**documents** 8:20 14:16,18 16:21 26:10 32:11 43:7 45:20,21 47:21 65:24 74:9 78:14,19,25 79:22 84:1 88:6 93:6 94:6 97:4, 18 98:21 99:9, 15,23

**dot** 91:21

**doubt** 35:4 36:5

**draft** 94:25 95:2,4

**drag** 32:12

**Drive** 35:1

**driver's** 74:10

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

75:17,23 76:15,
19 91:14

**driving** 10:22

**drop** 80:10

**dropdown**
58:18

**dropped** 80:14

**Dunning** 25:3

---

**E**

**e-mail** 61:10
78:22 79:11
80:1,7 81:14,25
82:22 87:9

**e-mails** 63:23
64:1 77:22,23

**e-oscar** 66:13,
19 67:4

**earlier** 33:24
77:8 80:24

**easily** 19:5

**efficiently** 60:7

**elaborate**
93:21

**Electronic's**
102:21

**else's** 10:1
27:1

**employed**
88:23

**employee** 19:9
21:3,6,10,19,22
25:17,20 28:19

**employees**
27:18 29:4
33:14 51:22
52:16,19 94:14

**employer** 71:3

**employment**
68:14,21

**encounter**
12:13

**encourage**

43:19 88:21

**end** 98:22

**enforcement**
86:2,6,9

**ensure** 61:15
68:3 84:13

**entity** 69:23

**entry** 59:18
69:16

**environment**
32:13

**establish**
36:10

**event** 33:13
59:4 91:6

**events** 86:8

**eventual** 93:3

**evicted** 16:25
17:4 18:1 47:20

**eviction** 18:24
19:10 21:11,20
26:9 92:8,10
101:17

**evidence** 16:7
29:22 30:2
47:13,17
101:20

**exact** 17:13
74:9 76:2

**EXAMINATIO**
**N** 6:24 92:5
96:21

**examine**
101:19

**examining**
65:8 85:22

**exchanged**
17:9,10

**excuse** 10:3
24:16 29:9
56:22 99:20
102:7

**exhibit** 13:1,7
18:18 25:9
31:22,23 36:12

54:20 59:19
78:12,13,17
81:13 87:9
92:19

**exist** 97:4

**exists** 37:21
38:6 63:4

**expect** 71:21

**experience**
46:12

**expert** 67:25

**experts** 54:12,
17 67:21 91:1

**explain** 95:18

**explicit** 44:13

**explicitly**
44:15

**exposure**
68:17

**extent** 97:7

**eyes** 68:1

---

**F**

**face** 11:8
100:22

**facing** 51:1,8

**fact** 27:17
29:19 33:6
45:8,25 56:20
62:9 66:12
68:13 72:8
93:22,25

**faction** 61:20

**factor** 26:16

**factors** 37:4

**facts** 9:11
30:12 40:13

**factual** 19:23

**fair** 8:9 15:12

**fairly** 7:16 9:9

**fake** 12:11,13,
15,17 14:6,7,

10,12 27:4 32:4
33:11,14,17,18,
25 34:11,12
35:2 38:9,18
44:24,25 48:1
49:13 83:12

**false** 15:18,19
16:6,17 27:4
44:22 84:23
85:12,15 88:6

**falsified** 12:1
16:3 39:14
45:21 76:3,5,6

**falsifies** 88:11

**falsify** 88:9
101:23

**falsifying**
101:23

**familiar** 8:10
9:20 12:17,19

**family** 34:20,21
39:7 40:7 45:22
71:8

**fashion** 15:5
61:9

**fault** 42:1

**FCRA** 8:11,16
12:3,7,11 14:10
40:22 41:7,19,
20 42:3,21
50:8,24 51:1,8
52:2,14 79:10
90:25 91:7
100:17 101:1

**FDC** 46:15

**FDCPA** 41:7
43:16 50:24
52:3

**February/**
**march** 87:12

**Federal** 86:10

**fee** 62:24

**feel** 18:21

**fianc** 43:21

**figure** 89:19

**file** 14:20 40:5
46:14,16 47:5,
12 56:25 91:17,
18,19 98:20
99:13

**filed** 9:15
28:17,22,24
29:2 30:14
59:15 76:24

**filing** 46:21
56:20

**fill** 47:14 58:22

**filled** 46:8

**fills** 58:6

**find** 56:18
63:19 77:1
86:12

**fine** 52:8,9

**finish** 78:6

**finished** 19:19

**firm** 77:10,24

**flat** 62:24

**follow** 24:3
61:25

**follow-up**
66:21,22 96:20

**font** 32:8,14,16

**font's** 32:17

**forces** 10:22

**forensic** 91:1

**forgot** 22:10

**form** 26:12
29:25 36:24
47:16 58:25
59:8 72:18

**forward** 71:22
89:1

**found** 40:21
41:22 42:2 54:6

**foundation**
35:21 36:24
37:12 47:16
49:16



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

**frankly** 54:6,12 80:3

**fraud** 10:8,11, 19,23 11:7,8,9, 11,13,14 13:24 74:1 75:14 83:11 86:21 88:15 90:14

**fraudulent** 56:8

**free** 18:21

**frequently** 32:13 44:22 50:7 88:6

**friends** 16:1 39:7

**fruition** 29:1

**FTC** 47:4 82:21 86:2,19 91:9, 14,20

**full** 6:13

**function** 66:18

---

**G**

**gamut** 16:4 54:2

**gave** 43:13

**gears** 40:20

**generalization** 90:9

**generally** 96:5

**generated** 102:8

**generic** 64:6

**Georgia** 6:15 7:2,6 20:24 22:1 33:5 41:10 94:16

**give** 6:18 10:5 12:23 31:19 35:25 36:2,10 44:6,12 80:21 81:6,7 89:5,15

**giving** 15:25

**goal** 98:21

**good** 6:5 40:3 42:1 54:9,17,18 71:17 102:21 103:2

**Google** 35:5

**Googled** 38:15,17

**great** 66:20

**groundwork** 23:8 25:15

**guess** 86:14,15 95:17

**guy's** 45:16

**guys** 43:24 44:6,10 46:3 49:17 89:6 91:16 92:13 99:24 101:25 102:24

---

**H**

**habit** 43:14

**hand** 6:17 65:11 81:4 90:4

**handle** 50:25 51:11

**handled** 53:15

**handles** 53:17, 18

**handling** 53:20 54:5,7,10

**handwriting** 89:22,25 91:1,8

**Hansen** 53:18

**happen** 20:17, 23 33:5,9 50:12 82:1

**happened** 40:12

**happening** 75:25

**happy** 89:14

**head** 94:3

**headache** 19:21

**heading** 88:14

**hear** 35:10 41:5 79:23 97:23

**heard** 11:1,3 37:16

**hearing** 97:3,5

**helping** 15:25 67:23

**Henderson** 43:22 44:7 77:20,24 80:5 81:18,22 82:3 89:2,9

**Hey** 55:21

**high** 7:16

**Highland** 6:10

**highly** 48:1

**history** 17:25 47:18 71:13

**hold** 36:1 89:19

**home** 82:6

**hope** 61:22

**house** 16:10, 11 24:10

**housing** 10:3,9 45:23

**HR** 88:22

**human** 7:14

**hundreds** 56:25 100:6

---

**I**

**ID** 26:19,23 27:1,7,8,14,16 28:2,4,5,10 29:14 30:23 31:8 33:21,22 39:16 40:15,17 47:25 48:1,3,4, 6 50:20 73:23

76:3,5,6,16 81:1,4 85:3 89:23

**idea** 28:2 46:13 51:14,15,18

**identification** 10:2 23:19 29:13,16,19 31:23 40:17 46:14 48:4,15 78:17

**identify** 12:16 34:6 50:20

**identifying** 11:7 12:20 15:3 54:1

**identity** 9:20, 24 11:17,20 13:23 14:14,17, 24 15:3,6,9,11, 19,20,22,23 16:6,17 17:7 23:6 26:11 30:24 31:16 34:18,22,24 39:6,12 40:8 41:17,18 42:9, 15 44:20,21,22 45:1,2,12,18,20 46:5,8,13,19, 21,25 47:11 49:22 50:2,9,23 51:9 55:24 56:13 57:4,8,15 67:13,14 71:7 74:2,16,21 75:14 77:17 83:6 84:6,22 85:1,8 88:2,7 89:13 91:3 93:10 100:17 101:1,16,22,23

**IDS** 27:4 70:11

**immediately** 17:16

**impact** 44:18 45:7

**implying** 15:8

**important** 36:9 75:19,21,22

**imported** 60:5, 9

**importing** 60:17,19

**impossible** 21:17

**impression** 28:24 72:9

**in-house** 54:5 95:2,4 102:4,7, 8

**inaccurate** 84:18

**include** 65:12, 13,15 66:5

**includes** 7:13

**income** 32:23 37:10,23 38:2,4

**inconsistency** 47:23

**incorrect** 41:24 42:13

**increase** 10:22,23

**India** 20:25 52:16 53:22 60:23 63:8 67:21,24 94:15

**indicating** 13:20 51:12 66:2 90:21

**indirect** 62:4 64:24 66:8,10

**individual** 15:24 38:5 39:13 48:14

**individual's** 71:9 76:3

**individuals** 56:21

**industry** 10:9, 12,19 15:10 20:16 44:25 46:12 88:16,18

**information** 14:24 15:4,14,

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

15 16:3,18 23:19 26:22 28:15 30:20 33:20 41:21,23 42:10,13 47:14 51:21 56:1 57:22 58:5,8 60:17,19 61:15,17 62:2,21,23 63:1 64:11,13 65:9,10 66:22 67:8 69:4,6,19,22 70:2,6,9,12 74:18 76:23 84:10,14,22 85:11,15 86:6 87:25 95:24 98:10,13,15 99:6,12,23

**informed** 82:11 87:21

**initial** 49:4,13

**initially** 76:22

**input** 59:19,20

**instructions** 68:23

**instrumental** 16:9

**insurance** 52:2

**internally** 50:22

**interrupt** 7:23 38:25

**interview** 66:11,25 68:7

**interviewing** 66:5

**invested** 33:23

**investigate** 12:7 48:9 52:16 74:14

**investigated** 21:5,7,21 25:10 37:25 43:7 49:17 54:21 63:9 69:17 70:17 75:1

95:11

**investigating** 22:12,13 68:14 71:21 77:17 92:9 101:16

**investigation** 12:8 17:7 18:25 19:11,22 20:4,6 21:4 22:15 23:9,22 25:12,16 26:17 38:1,9 44:18 45:7 55:5,9,11,13 60:12,24 61:8,25 62:20 63:16,17 64:23 65:3,5,6 66:4,25 67:17 68:4,6,11,18 69:9,10 71:18,24 72:3,14 77:21 79:1 83:22 85:20,21 87:1,17 93:19,25 94:19,23 97:25 98:4,11,14 99:2,5,18,20,22,25

**investigations** 8:16 20:25 21:11,23 22:2 25:19,21,25 42:6,21 53:3 55:17 73:1 79:11 93:9 100:6,17 101:1

**investigator** 17:6 98:9 99:16

**investigators** 12:3,11 14:10,14 19:21 23:11 33:1 52:15 90:25 91:7 96:5

**investors** 11:7

**invited** 25:8

**involve** 51:9

**involved** 8:13,15 30:12 34:22 39:6 44:2 88:21

**involves** 85:20

**involving** 18:11 57:15 97:20,22

**IP** 11:22 12:1,4,9

**issue** 44:23 71:23,24 75:22

**issued** 77:3

**issues** 7:14,15 16:19,24 43:8,16 71:6 86:21

---

**J**

**January** 72:10 79:4

**job** 50:5 62:25 99:5

**Joel** 7:20

**Johns** 7:5

**judge** 40:22,23

**judgment** 100:13

**July** 87:9

**June** 54:22 63:7 70:14 81:14 82:15

**jury** 40:22,23 41:22 42:2 71:20

---

**K**

**Katrina** 6:8

**keys** 29:16,18 76:17,20 80:20,25 81:4,5,6,7

**kid** 27:7

**kind** 50:1 58:22 60:1,22

**kinds** 15:7 33:9 48:8 88:9

**knew** 26:22

**knowingly** 45:20

**knowledge** 34:24 59:16 62:17 63:22 71:9 74:22 80:15,18 92:7

---

**L**

**labeled** 92:17 95:9

**Lackey** 7:20

**laid** 25:15

**law** 77:9,10,14,24 78:1 86:1,6,9

**lawsuit** 76:24 92:8,10 93:2 100:9,11

**lawsuits** 40:5 50:16,20,23 51:1,9 52:3

**lay** 23:8

**learned** 11:16

**lease** 49:1,6 75:6,7,10 80:17 83:20

**left** 72:4 90:20,21

**legit** 32:6,18 34:12

**legitimate** 33:3,19 34:18

**letter** 17:17,20 18:7 24:18,22,25 34:9,17 35:9 36:22 38:8 39:14 53:1 70:11 72:9 82:10,14,15,17 95:11 97:24 101:25 102:3,6

**letters** 88:10,11 94:18,21

**letting** 17:17 25:4 29:17

**level** 37:23 38:4

**levels** 38:2

**license** 74:10 75:17,23 76:19 91:14

**licenses** 76:15

**light** 45:7

**limitations** 23:2 54:11

**liquor** 27:7

**list** 101:11

**listed** 25:14 32:21,23 38:16 83:9

**listen** 8:7

**lists** 33:6 86:10

**Littleton** 17:21 32:21 35:1 39:15

**live** 74:17,22,23 75:6 82:13

**lived** 74:5,14,15 75:2

**lives** 74:6 83:1

**living** 10:2 72:7

**located** 6:9,15 67:18 94:16

**location** 6:4 12:2

**lockbox** 80:20 81:7

**logging** 95:20

**long** 51:16

**longer** 27:19 28:19

**looked** 11:12 17:7 21:4,7,10,16,20 33:24 35:4 38:2,11 45:25 64:8 83:10,24 84:1 86:25 87:2,3,5

**lose** 37:8 50:5

**loss** 37:18



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

lost 41:13

lot 39:9 40:5 48:11 54:13 60:6 72:22,24 79:23 86:15 88:15,17

love 66:13,21

loved 45:25

low 42:17

lying 26:11 30:23 31:16 39:22

## M

made 8:21 30:3,6,9 43:22, 23 48:25 49:6, 22,23 60:11 65:9

Mahi 54:22 55:1 59:5,20 60:3 61:9 62:12 63:24 71:17

mail 95:3,4 102:4,5,9

mailed 47:1,3 95:2 102:6,7

Main 23:16 78:15,20,25 88:21 97:22

maintenance 48:22

make 33:10 39:10 42:6,20 43:25 44:4,21 47:23 48:9,10 61:18 65:19 74:16 76:7 81:1 88:6 96:8 98:8 101:13

makes 51:19

making 29:5 42:25 44:1 65:11

MAM 59:20

Marcus 43:12,

20 44:11 45:5, 8,16 68:10,20 70:15 83:1,8 88:22 89:6

Marietta 6:15 7:1

mark 12:24 61:14 78:12

marked 13:7 31:23 78:17

match 59:6 74:10 83:13 90:2,5,12,16 91:11

matched 24:13 26:20 56:6 59:9,13 64:8 70:11 73:5

matches 33:22 40:18 56:2 89:23

matching 75:24

materials 53:9, 21,24

Matt 6:5 28:12, 14 55:16 78:24 92:17

matter 33:6 40:14 41:17 44:3 48:12 56:20 67:24 74:15

matters 44:13 54:7

Mayfield 53:19 59:24 60:9,11

meaning 26:8 64:24

means 11:15 23:5 60:4

meant 26:14 56:22

Megan 43:22 44:7 77:20,23 80:5 81:18,22 82:3 89:2,9

Melanie 53:19 59:24 60:9,10, 11,14,17 61:10 67:23

member 45:22

members 34:20 39:7 40:7 71:8

memorized 101:8

memory 92:22

mental 20:22

mentioned 34:4 43:9 82:17

mentions 10:8,11 86:20

message 61:10

messages 63:24 64:1

meth 14:3

method 67:3

Michigan 6:11

millions 42:16 50:1

mine 55:19 56:7 57:5 62:7

minute 36:2 63:20 73:24 89:15

minutes 52:7 63:20,21 78:4 92:4

misleading 60:1,4,8,10,13

mistaken 16:11 41:7 46:6

Mister 44:3

mix 83:13

moment 31:19 67:16

money 33:7 40:4 49:2,4,13 80:10 88:11

89:10,17,22,23 90:5,19 91:8,22

morning 6:5 11:2

mortgage 82:6

motive 14:1

motives 13:23

move 50:3,4

moved 48:18

multiple 43:7

## N

named 7:24 63:8

national 22:18 53:5 77:13 93:23

NCS 7:9 9:1,17 14:9,13 19:9 21:3,10 25:17, 20 30:8 37:25 38:7 40:21 42:2,11 43:19 45:5 47:6 50:8, 16,22 51:1 52:2,19,22 53:12 54:4 60:24 61:9 62:20 63:3,24 64:3,19 65:5,23 66:15 71:2,18, 21 72:25 77:22 79:10 80:1,6 82:7 85:12 86:25 93:9 95:2 96:23

NCS' 51:13 64:15 68:13

necessarily 22:17 62:4 94:4

needed 82:5

needing 88:19

Neha 54:21 55:1 59:5,20 60:3 61:9 62:12 63:24

Neiman 43:11, 20 44:10 45:5, 8,16 68:10,20 70:15 83:1,8 88:22 89:6

net 51:13

Nisha 63:8,24

Northglenn 6:7

notated 20:12, 14

note 20:23 59:18 60:11

note's 60:1

notes 8:21 18:15,18,23 19:8,12,20 20:7,10,17 22:10,11 23:17 25:9,14 27:20, 23,24,25 28:20 30:17 35:25 46:3 55:15 59:19 67:16 69:5,11,14 72:16,20,22,23 73:11,21 75:15, 18 76:18 82:19 91:7 95:6,10,12

notice 24:7,11 25:4,11,18 26:9

notification 31:5

notified 17:12, 14

noting 10:21

notorious 56:20

number 7:15, 18 15:12 16:2 18:14 24:13 33:4 37:4 50:13,14 56:5 59:10 62:14,15, 18 71:6 72:3 83:8 87:22 95:24

numbers 13:3



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

14:7 54:2

**numerous** 47:21

---

**O**

---

**object** 97:7

**Objection** 29:25 35:21 36:24 37:12 47:16 48:19 49:7 58:25 59:8 72:18

**obtain** 10:2,3 40:16 45:23 47:3 74:20

**obtained** 28:6 31:7 39:11 73:4 79:2 84:3

**obtaining** 16:9 81:4 85:24

**occasion** 41:24

**occurred** 23:18 25:25 69:9

**occurrence** 40:19

**October** 17:5 51:17

**office** 16:25 17:3,6 20:1 28:9 32:13 81:1 87:20 100:22

**officer** 59:25

**Offices** 77:15

**oftentimes** 15:17 34:22 37:18 39:5 40:2 44:19 45:11 60:25 62:1 66:7,17 77:14 98:13 100:2

**one's** 11:3

**one-off** 95:1

**online** 10:23 27:11,12,14

28:4,21 29:7,14 48:6 53:8 58:20,21 76:7, 12 80:17

**open** 40:8

**operational** 7:12

**operations** 7:10

**opinion** 41:25

**opposed** 54:5

**option** 47:8 80:10

**optional** 46:16, 17

**order** 37:9 45:22 49:2,4,13

**orders** 89:11, 17,22,23 90:5, 19 91:9,22

**ordinary** 96:17

**organization** 67:11 100:23

**organizations** 56:23

**original** 26:17 27:17,21,23 28:9 29:3 31:9 42:10,11,23 49:9,10 55:12 61:2,18 62:8 65:15 70:3,4 71:11,14 73:6 74:12 75:16 76:19,25 80:13 84:3 85:23 89:10 96:11

**Osborne** 6:5,6, 23,25 8:1,3,6,8 12:25 13:5 18:17 26:15 28:13 31:21 36:12 44:19 52:6,10,13 78:3,11,18 91:25 92:15,20 93:6 96:20,22 97:16 102:14,

19,21

**outcome** 83:22 84:2 85:21 93:3 94:23 97:24

**outlined** 72:2 73:13

**outsource** 54:4

**outstanding** 17:23 23:3 24:19 25:5 31:3,10,12

**overnight** 80:11

**Oversee** 7:12

**oversight** 59:23

**owed** 23:1,3,18 25:5 62:10 65:17 73:10 84:2

**owes** 17:2 88:11

**owing** 31:12 96:2

**ownership** 51:20

**owns** 27:6

---

**P**

---

**P.M.** 103:3

**Pacer** 50:18,21

**packeted** 19:2 22:6

**pages** 93:8

**paid** 62:20 87:21 88:10,13 94:1

**paperwork** 92:8 93:1

**parent** 37:8

**part** 18:24 19:10 21:14 23:22,24 25:11,

18 37:25 38:9 53:14,15 55:5,9 66:25 68:6,10 72:14 79:20,21 87:1,16

**parties** 6:3 43:15

**partner** 77:10, 12

**party** 44:1,2,5, 14 68:10,15,25 95:3

**pass** 13:13

**passed** 23:2

**past** 16:18,24 40:21,23 47:18 71:13

**pattern** 22:14

**pay** 12:11,13, 15,16,17 14:7, 10,12,15,18 22:25 32:1,4,6, 24 33:14,17,19, 25 45:8 50:5 70:10,20 83:12 87:12,16,17

**paycheck** 32:19 33:3,6

**paychecks** 89:10

**paying** 33:8 47:19 49:25

**payment** 48:25 49:1,5,6,13,14, 23

**payments** 49:8,9,11,22

**people** 8:15 16:3 20:25 37:6 39:5 44:19,21 48:5 50:3,4 53:22 60:23 64:3 67:20,21, 24 68:14 76:15 80:10 82:12 85:17 87:25 88:5,9,18 91:3 98:3 101:20,21

**percent** 27:9

**percentage** 42:18

**perform** 62:20 66:18

**performed** 20:8,25 55:17 60:12,20 91:8

**permission** 15:25 43:13 44:6,13,15 68:23 89:5

**perpetrates** 15:6

**perpetrating** 88:2

**person** 14:17 27:5,6 28:10 30:5,8 34:22 48:3 50:9 51:23 56:3 59:22 61:17 62:9 63:8 74:22 76:4,8 80:11 83:6 98:9 99:4,6 101:16

**person's** 40:17 48:2

**personal** 15:3 23:19 61:15 95:23

**personally** 49:18,19

**phone** 55:1 66:16 82:25 83:8 95:24

**phonetic** 35:1 63:8

**photo** 27:8 31:8 33:21,22 39:16 40:18 47:25 76:11

**photocopy** 26:19

**pick** 29:16,18 57:24 58:14,18 76:17

**picked** 58:1,3,

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

5 76:20

**picking** 29:17 66:15

**picks** 58:4,16

**picture** 27:1,5, 6 31:8 40:15 48:2,4 75:24 76:2,4

**place** 22:2 54:9 55:8

**placement** 92:9

**places** 82:13

**plaintiff** 26:13

**plaintiffs** 6:6

**play** 28:16

**point** 9:4,14 17:2 34:17 47:23 69:2 74:4 76:6

**pointed** 101:9

**pointing** 91:23

**police** 45:23 46:4,10,14,16, 19,22,24 47:5, 12 84:25 85:2 86:9,11

**policies** 8:10 31:1,13 43:10 53:25 61:12 64:16 65:18 68:13 71:10 72:1 73:3 79:20,21 85:25 93:5,8,12,13, 15,17 100:16, 19,24 101:3,6, 7,11,13

**policy** 7:13 19:14 21:14 23:24 24:1,3,4 65:23 100:21 101:10,15,18, 19

**portal** 67:4

**portion** 95:25

**position** 7:8

**possession** 65:24

**possibility** 40:10

**possibly** 68:4

**potential** 94:5

**preexisting** 43:8

**premises** 80:21

**prepare** 8:18

**preparing** 9:6

**present** 27:1 76:16 81:3 88:5

**presented** 27:8

**presenting** 27:5 48:3 76:3, 5

**presents** 88:12

**president** 7:10,21

**pretending** 81:23

**pretty** 31:17 65:20 66:1

**Preventing** 13:8

**previous** 71:13 74:21

**previously** 13:1,7 71:7 87:8 93:7

**primarily** 9:17

**primary** 13:23

**prior** 11:1 13:1, 7 24:6 36:13 69:9 81:13

**pro** 98:23

**procedure** 94:7,8

**procedures** 7:13 8:11 31:1, 13 43:10 53:25 61:12 65:18 71:10 72:1 73:3 93:5,9,12,14, 16,18

**PROCEEDINGS** 6:1

**process** 17:22 24:17 62:13

**produced** 18:8,13,19 30:20 77:4 78:14

**prohibit** 68:13

**prohibited** 55:10

**proof** 70:16,18

**property** 9:21, 24 11:7,18 14:2

**prosecution** 86:3

**presents** 88:12

**prospects** 13:13

**provide** 29:15, 17,19 43:2 46:10,14,19,24 57:2 62:5 69:3, 19 70:6 71:14 82:5,9,11,18 85:2 92:8 94:22,23 98:19, 24 99:3

**provided** 12:10 14:16 16:18 24:16 26:19,20 28:18 29:4,7,14 31:7, 11 33:22 39:10 40:18 41:20,23 42:10,13 45:24 46:5 47:1 49:3, 9,10 53:24 55:20 56:1 58:8 59:15 61:3 62:10 64:7,11, 14 65:10 67:8 69:7 70:2,9,10 71:15 73:6,8,23

74:3 78:20,25 82:25 83:24 84:25 87:2,5 89:11 92:24 97:18 99:19,23

**providing** 39:13 62:7 95:6 98:23

**pull** 19:3,24 89:15 95:22

**pulled** 26:2

**punch** 100:22

**punitive** 41:14

**purpose** 20:7, 10 36:3

**purposes** 85:6,7

**put** 22:10,11 81:7

**puts** 91:21

**putting** 54:9 60:14,18

---

**Q**

---

**qualifies** 38:3

**quantify** 15:23

**quarterback** 47:22

**question** 19:8 21:9,19 25:23 42:19 45:5 61:22 75:1 80:6 85:5,6,7 100:25

**questionable** 48:12,13

**questions** 70:7 72:13,15, 21 92:1 96:14, 15

**quick** 10:5 78:6

**quickly** 89:2

**quote** 100:20 101:5

---

**R**

---

**R's** 90:18

**Raindale** 34:25

**raise** 6:17

**rare** 40:16,19 76:1

**Raway** 63:8,24 71:17

**re-marking** 13:2

**reach** 17:24 70:8 71:10 98:10

**reached** 17:1 26:17 62:7 70:3 73:6

**read** 8:23 11:4 13:9 34:2 55:18 95:10 102:25 103:1

**reading** 11:5

**real** 10:5 34:15 44:23 78:6

**reason** 35:4 36:5 38:18 79:15,17 84:17

**reasonable** 48:10

**reasons** 26:8 30:23 31:14,17

**recall** 11:5 24:22 26:18 39:4 41:7,8 69:12 73:14 82:20 94:9,21

**receipts** 49:2

**receive** 57:12 61:6,13 77:2 79:22

**received** 8:21 11:21,23 46:1 63:9 78:1

**receives** 50:16



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

receiving 39:2

recently 24:20 25:6

recognize 12:15

recognizing 12:11

recollection 82:20 98:2

record 6:2,13 18:17 31:21 36:10 52:11,12 64:18 78:9,10, 14 95:5 101:14

record's 74:25

records 48:22 77:4

redacted 36:1

REDIRECT 96:21

redo 73:1

reference 43:15 77:8

referenced 33:24 34:1

referring 18:7 64:19 78:14 91:13

refers 13:15

refresh 92:22

relates 9:24

relating 94:6

relatives 15:25

release 86:5

relevant 14:21 99:13,16

relied 93:18

relief 33:7

rely 43:1

relying 43:3

remember 17:13 30:11,12 48:21 73:21

remembers 48:17

remotely 45:4

Renewal 23:16 78:23 97:22

rent 16:1 49:25 74:16,23 82:12 101:24

rental 9:17,21, 24 10:9,12,19 13:24 27:14 29:23 30:3,5 48:16 49:1,6 80:21

rented 17:9 24:10 29:20 38:13

renting 11:18

repair 56:23 67:10

repeat 15:1

report 7:19 45:23 46:4,10, 14,16,19,22,24 47:5,12 84:25 85:2 86:12,19

reported 83:23 84:1,10,14,18, 23 85:12,15 86:8 99:6

reporter 6:2, 12,16,22 7:23 8:2,4 12:24 13:4 52:12 64:20 78:10 102:19,22,24 103:2

reporting 61:19 100:7

require 61:13

required 62:13,14,17

requires 62:1

researching 30:12

reside 7:1,4

resident's 74:1

resolution 89:2

resolve 17:23

resources 7:14

respond 72:9

responded 24:23 63:12

responding 18:2 100:2

response 59:4

responses 96:24

responsible 67:23

rest 32:15

restroom 78:6

result 14:5 41:12

retaining 85:23

retire 37:5

retiring 37:1

review 14:16 65:24 79:21 94:5,12 96:6,7

reviewed 8:20 18:23 23:21 38:11 69:6 70:11 73:3 78:19,25 79:3 87:16,24

reviewing 65:9,10,14

Richard 77:8

rise 14:6

rising 10:11, 17,19

risk 68:16

Robbin 16:5,8, 12 24:12 32:9 36:14 38:13

74:4,5 75:11 77:23 79:25 80:3 81:17,23, 24 84:6,11 87:11,19 88:23 89:2,8

robbinward61 @gmail.com 78:23 79:8 80:2,7

Ron 6:9,14 30:1 97:10

room 7:24

Rs 90:4

ruling 42:4

run 16:4 68:2

running 17:25

runs 54:2

―――――

S

―――――

Saferent 17:11 18:7 24:6,8 25:11,18 26:9 97:5

Sapp 6:9,12,14 7:1 8:9 26:10, 13

scamming 13:9 47:19

scanners 76:13,14

scenario 50:2

screen 92:12, 14 95:25 96:1

scroll 69:21 72:19 73:21,24, 25

scrolling 69:24 73:22

searching 95:20

seats 56:23

second-hand 47:22

secondary 17:3 22:7,16 73:8

seconds 63:20

secret 30:19

Section 65:23

Security 14:7 17:4 24:13 34:8 36:23 37:1,3,7, 8 38:3,8 39:2, 14 54:2 56:4 70:10 87:20,22

seek 96:9

select 57:16

self-insured 52:4

send 47:5 70:18,20,23 94:18 95:1 102:1

Sending 70:15

sends 58:7

sense 39:10 94:11 96:9 98:8,9

separate 25:14 56:14 57:8,9

September 10:6

served 100:10

set 68:1 102:17

sets 22:14

share 78:11 89:20 92:11

shared 51:21

shelter 10:2

show 10:4 12:22 13:6 18:15,23 20:10 31:18 35:14 69:13 81:12 87:7 90:20 96:1

showing 77:5 92:14 93:6

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

shows 16:8 26:10 95:6

sic 15:23 89:25

side 74:9

sign 49:21,24 62:22

signature 81:20 91:13

signatures 90:1 91:10,16

signed 80:17

significant 14:6

signing 81:22

similar 89:12, 24 90:2,17,23, 24

similarities 91:3,24

simple 55:18 65:21

simply 60:9

sims 91:24

single 49:13

sir 19:8 21:18 27:10 42:19 45:3 46:15 70:4 78:19 96:23

sit 47:22 54:3 57:25 58:2 84:5

situation 13:24 14:14 18:8

slanted 32:8 90:20,21

slight 47:23

Social 14:7 17:4 24:13 34:8 36:23,25 37:3, 7,8 38:3,8 39:2, 14 54:1 56:4 59:6 70:10 87:20,22

sole 51:20

solely 43:1

solemnly 6:17

solutions 52:24,25 53:4, 22 54:5 60:23 62:20 63:3

someone's 56:13 76:16

something's 101:8

son 29:20 75:5, 7,13

sort 29:15 47:23

sorts 31:11 100:19

sound 54:22 65:19

Sounds 54:24 88:15 103:2

space 54:11

speak 9:3,14 18:1

speaking 66:6, 7,8 90:8

specialize 54:7

specific 87:3

specifically 12:5 39:1 48:17 73:22 75:24 100:25

speech 21:16

spent 63:16,20

spoke 9:5

spoken 21:22, 24 25:20,25

spoofed 11:22 12:4,9

spot 14:10 33:2,14

spotting 14:12

spouse 37:18 44:5

spouse's 81:25

squiggly 90:10

SSN 60:2 61:8

stand 101:2

standing 90:18

start 16:23 32:1 61:15 101:3

started 62:7

starts 90:11

state 6:3,12 28:18 32:23 74:17 94:21

stated 23:14 38:22 39:5 42:8 45:10 47:11 59:16 61:5 65:12 71:5,7 76:22 80:24 82:12 101:7

statement 10:14 20:18 28:3,7 29:3 30:3,6,9 43:22, 24,25 44:1,4 62:6 83:17 87:4,19,23

statements 82:6

states 24:22 46:25 60:12 65:25 86:23

stating 29:6

statute 23:1

stay 97:11

step 98:19

stolen 14:6

stopped 100:7, 8

stops 66:15

store 27:7

straight 90:19

straightforward 9:10

strange 86:12

strategies 7:14

Street 23:16 78:15,20,25 88:21 97:22

stretch 33:10, 12

stub 12:15 32:6,19,24 33:3,6,11,14, 17,19 70:10 87:12

stubs 12:11, 13,16,18 14:7, 11,12,15,19 32:1,4 33:25 45:8 70:20 83:12 87:12,16, 17

study 10:8

stuff 39:18,22 50:24,25 51:11 62:7 81:12 83:12

stuff's 39:17

submit 48:6

submitted 27:13,14,16 28:21 45:9,21 76:7,11

subpoena 77:3 79:2

substantiate 55:20

subtract 36:19

sue 39:23

sued 50:8

suit 28:17,22, 23 29:2 30:13

supervisor 96:9,10,13

supplemental 96:24

supplied 43:7 61:18 98:15

supplying 98:13

support 16:21

supported 62:11

supporting 16:7 42:23 55:19,24 57:2 65:16 67:9 71:11,15 82:11, 18 85:24 94:24 97:25 98:3

supposed 34:23 59:12

supposedly 97:4

SV 52:24,25 53:4,22 54:4 60:23 62:19 63:3

swear 6:17

switch 40:20

switching 89:21

synthetic 11:8, 11 83:11

system 60:15, 18

systematic 54:8

systems 22:18 53:6 54:9 77:14 93:23

---

**T**

taking 60:17

talk 9:8 44:7 52:14

talked 70:14 72:24 100:18

talking 40:24 44:7 49:12 66:10,16 81:20



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

93:5 95:17

**talks** 10:21 11:6 13:12 14:5 64:23 80:19,20 82:24

**tasked** 61:21

**tax** 32:23

**technology** 33:23 34:1,3,5

**telephone** 55:4,6

**telling** 24:7,24 28:8 33:1 46:18 49:18 66:23 67:1,2 83:13, 19,21,23 84:21 85:8

**tells** 71:20 97:24

**telltale** 49:21, 24

**template** 95:7 102:2,3

**ten** 63:21 78:4 101:22

**tend** 40:13

**terminology** 37:2

**testified** 91:13

**testimony** 6:18

**Texas** 18:3 24:14 32:25 33:6,8 74:5,6, 14,15 75:2

**that'd** 52:8 66:20

**theft** 9:21 11:17,20 13:23 14:14,17 15:6, 9,11,19,20,21, 22,23 16:6,17 17:8 23:6 26:11 30:24 31:16 34:22 39:6,13 41:17,18 42:9, 15 44:20,21,22

45:1,2,12,18,20 46:6,8,13,19, 21,25 47:12 49:22 50:3,9, 20,24 51:9 55:24 56:14 57:4,8,15 67:13,14 71:7 73:23 74:2,16, 21 77:17 82:7 83:6 84:6,22 85:1,3,9 88:3,7 89:13,23 91:3 93:10 100:17 101:1,16,22,23

**theft's** 15:24

**thefts** 9:24

**theory** 40:6

**thief** 11:17 47:12

**thieves** 14:24 15:3,14 26:22, 23 34:18

**thing** 17:6 18:4 38:5,6 53:8 55:23 63:6 89:9 97:5

**things** 7:15 14:13 15:25 16:1,2 20:13 33:9 34:21 37:5 39:3 43:17 48:8,11 60:6,25 72:4 73:14,16 88:1,9,19 90:2

**thinking** 43:1 50:18

**third-party** 52:20,21 68:17

**This'll** 36:12

**thought** 99:16

**thousands** 56:25 57:1

**threshold** 37:10,20,21

**throwing** 40:3

**time** 9:4,15 15:11 17:2,10

27:9 50:4 53:19 59:25 63:15 69:2 72:7 73:8 74:4 76:15 82:7 86:13 88:13 90:12 95:21 96:14 97:3,6

**timeline** 69:7

**times** 15:22 38:22 50:11 74:24 101:22

**today** 57:25 84:5 97:2,6 102:20,25

**today's** 8:18

**told** 9:6 10:18, 20 11:3 12:6 21:3,10,20,24 25:17 27:17,21 28:9 30:22 44:16 45:16 59:23 66:23 67:3

**top** 13:19 78:22 81:19 90:6 94:2,3 95:25

**totally** 32:15

**touching** 95:15

**track** 50:16,22

**Trade** 86:10

**train** 94:14,15 96:5

**trained** 12:3 14:10 33:14 53:5,7

**training** 7:13 8:15 11:21,23 12:10,15,16 19:14 33:16 53:9,21,25 59:24 94:17 96:4

**training's** 94:13

**trains** 53:3

**trans** 77:18

**transcribed** 58:11

**translate** 77:18

**translated** 77:19

**Transunion** 10:21 11:6

**trial** 40:24 41:1 42:16 101:2

**tricky** 88:2

**true** 11:8 18:19 20:9 25:19,24 36:5 37:11,17 46:12,18,20 47:11 71:25 85:1,11,14

**truth** 6:19,20 84:21 85:8 98:22

**turn** 24:15 61:2

**turned** 77:14

**turns** 85:16

**type** 56:7 64:2 100:23

**types** 9:23 10:1 11:7 50:23 54:7 100:24

**typically** 12:12 26:25 29:11,12, 13 56:13 57:14 68:15 85:2

---

**U**

**UGA** 29:20

**Uh-huh** 73:18

**unable** 50:5

**unavoidable** 95:18,21

**unaware** 34:7

**unbeknownst** 48:14

**understand** 13:22 46:17

76:14

**understanding** 14:23 15:2 28:11 52:15 58:3,16,17

**unusual** 48:1

**updated** 24:17

---

**V**

**variable** 38:5

**variables** 33:4

**vendor** 102:4, 9,10

**venture** 15:18

**verbal** 93:13, 15 94:6,8 100:16,19,21, 24 101:3,5,11, 15,17

**verbalize** 54:3 65:20

**verbally** 28:9 79:23

**verbatim** 24:22 60:16

**verbiage** 60:15

**verdict** 42:1

**verification** 38:13 85:24

**verified** 41:21 42:11 45:6

**verifies** 76:8

**verify** 10:15 56:1 68:20

**verifying** 65:13

**versus** 91:14

**Vice** 7:10

**victim** 14:25 15:4 23:6 26:11 30:24 31:16 45:18,19 46:21 56:13 57:4,8

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

84:7,22 85:9 88:7

**victim's** 34:23

**victims** 15:20 45:1 46:12,18 47:11 85:1

**video** 53:8,10, 11

**viewed** 19:5

**violated** 40:22 42:3

**visible** 19:4 26:1 93:24

**VP** 51:18

_____

### W

**wait** 73:24

**waiting** 7:24

**waive** 102:25

**wanted** 14:2 77:7

**ward** 16:5,8,19, 24 17:14,17,23 18:5 19:25 24:8,12,15,18 25:18 26:14 30:23 31:3,15 32:9,20 35:16 38:13,23 39:1, 21 40:7 43:12 44:4,6,12,15 45:6,19 46:24 47:13 62:5 64:3 66:16 68:6,23 69:3,19 70:6,7, 13 72:4,24 75:11 77:20,23 79:11 80:1,3 81:17,24 83:3 84:6,11,21 85:17 88:23 89:2 94:19 100:10

**Ward's** 25:10 26:20 36:14 48:13 63:25 71:3 81:23 85:8,20 87:12

95:12

**ways** 11:17,19 15:7,14,17 59:2 68:18 87:25

**web** 39:18,20

**weeks** 100:3

**whatsoever** 29:22 62:18

**When's** 41:1

**where'd** 75:16

**wife** 33:5

**willfully** 40:22 42:2

**Woodward** 8:24 9:14 67:12 68:5,9 69:2,8, 17,18,20 70:5 71:16 91:12

**Word** 16:13

**worded** 25:3

**words** 85:18

**work** 20:8 34:18 37:1 60:20 77:15,16 82:25

**worked** 43:12, 20 44:17 45:6, 17 51:16 70:15 71:4

**workflows** 7:14

**working** 39:6 40:7 43:19

**works** 9:1 33:5 45:22 78:7 83:1,8 87:25

**worth** 51:13

**would've** 17:5, 12 19:13 20:5 21:14,16 25:13 26:1,4 55:25 60:10 64:4 69:6,10 70:11 74:3 77:25 87:2,3,5,24 93:18

**write** 61:11 86:11 90:11,12

**writes** 60:15

**writing** 8:13 60:3 89:11,12 91:4 94:9 100:23

**written** 77:19 89:8,9 93:13 94:4,11 101:13

**wrong** 99:21

_____

### Y

_____

**year** 17:8,12 24:9 31:6

**years** 23:5 25:1 29:20 35:16 36:20 40:21,23 41:8 44:25 46:18 50:7 51:17 67:22 101:17

_____

### Z

_____

**Zoom** 6:6,10

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com