**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  21-cv-02597-LTB-SKC

ROBBIN WARD,

      Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


Plaintiff has filed a Motion to Exclude the Declaration and Testimony of Neal Maynard (Doc 64 - filed January 12, 2023).  Defendant has **up to and including February 3, 2023** to file a response.  Plaintiff has **up to and including February 17, 2023** to file a reply.

Also, in light of the pending Motion for Summary Judgment and the Motion to Exclude, the trial preparation conference set **April 14, 2023** and the trial set **May 15, 2023 are VACATED**, to be reset after the ruling of the referenced motions.


Dated:   January 13, 2023

_____