EXHIBIT A: RESPONSE IN OPPOSITION TO MOTION
TO EXCLUDE TESTIMONY OF NEAL MAYNARD

FILED
8/31/2022 4:59 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cynthia R Willis DEPUTY

**1 CIT ESERVE**

CAUSE NO. _____ DC-22-11280

| | | |
|---|---|---|
| NATIONAL CREDIT SYSTEMS, INC, | § | IN THE DISTRICT COURT |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| LAQUENCILLA GREEN a/k/a | § | |
| QUEN GREEN, | § 101st | |
| | § | |
| *Respondent.* | § | _____ JUDICIAL DISTRICT |

---

### PETITION REQUESTING DEPOSITION TO
### INVESTIGATE POTENTIAL CLAIM OR SUIT

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner National Credit Systems, Inc. ("Petitioner" or "NCS"), and files

this *Petition Requesting Deposition to Investigate Potential Claim or Suit* as follows:

STATEMENT REGARDING DISCOVERY CONTROL PLAN

1.  Discovery in this cause is intended to be conducted under TEX. R. CIV. P. 202.

TRCP 79 NAMES OF THE PARTIES

2.  **Petitioner.** Petitioner National Credit Systems, Inc. is a Georgia Corporation with

a principal place of business located at 1775 The Exchange SE, Ste 300, Atlanta, Georgia 30339.

3.  **Respondent Laquencilla Green**. Respondent **Laquencilla Green a/k/a Quen**

**Green** ("Petitioner" or "Green") is a Texas resident. Pursuant to TEX. R. CIV. P. 103 and 106,

Petitioner requests that Respondent Laquencilla Green a/k/a Quen Green be served by delivering

*Citation*, a copy of this *Petition Requesting Depositions to Investigate Potential Claim or Suit*, and

*Notice of Hearing on Petition Requesting Depositions to Investigate Potential Claim or Suit* to her

at **801 S Polk St., Apt 1728, Desoto, Texas 75115-7581, or wherever she may be found.**

PETITION REQUESTING DEPOSITION TO                                        Page 1
INVESTIGATE POTENTIAL CLAIM OR SUIT

## JURISDICTION

4.    This Court has jurisdiction over the parties because Respondent is a Texas resident. It has jurisdiction over the subject matter pursuant to TEX. R. CIV. P. 202.2.

## VENUE & VENUE FACTS

5.    Venue is, in all things, proper in Dallas County, Texas pursuant to TEX. R. CIV. P. 202.2(b), because witness Laquencilla Green resides in Dallas County, and Dallas County is the venue where suit would be filed, pursuant to TEX. CIV. PRAC. & REM. § 15.002(a), if Petitioner determines there is a claim.

## PETITIONER'S CAPACITY TO BRING THIS ACTION

6.    NCS has been sued by Respondent's father, Robbin Ward, in Case No. 1:21-cv-02597-LTB-SKC; *Robbin Ward v. Equifax Information Services, LLC, Experian Information Solutions, Inc. Trans Union, LLC, and National Credit Systems, Inc.*; In the United Stated District Court for the District of Colorado (the "Ward Lawsuit") regarding collection of amounts due pursuant to a Residential Lease ("Lease") for the home at 229 Cliff Height Cir., Dallas, Texas 75232 (the "Leased Premises") on behalf of its principal, the Original Creditor, US SFE Asset Company 3, LLC and its property manager Main Street Renewal, LLC (collectively "Original Creditor"). Petitioner has been hired to collect the debt resulting from the Lease and Leased Premises and Respondent may be a responsible party for such debt.

## BASIS FOR PETITION

7.    Pursuant to TEX. R. CIV. P. 202.2(g), Petitioner NCS seeks to investigate a potential claim by Petitioner concerning whether Respondent fraudulently signed the Lease and thus responsible for the debt or had Robbin Ward's permission to sign the Lease.

<u>PERSON TO BE DEPOSED AND EXPECTED TESTIMONY</u>

8.   Pursuant to TEX. R. CIV. P. 202.2(f) and (g), to the degree that suit is anticipated, Petitioner expects the following persons to have interests adverse to Petitioner's if such a suit is pursued:

**Laquencilla Green a/ka Quen Green**, who resides at 801 S Polk St., Apt 1728, Desoto, Texas 75115-7581, and whose telephone number is (214) 909-4111.

9.   Pursuant to TEX. R. CIV. P. 202.2(g), Petitioner seeks to depose the following:

**Laquencilla Green a/ka Quen Green**.

10.   The substance of the testimony Petitioner expects to elicit from the witness pertains to the following:

a.   Respondent's occupation of the Leased Premises from February, 2019 to July, 2019;

b.   Who made payments for the security deposit, application fee, or other charges to the Original Creditor regarding the Leased Premises from January, 2019 to July, 2019 (the "Relevant Time Period");

c.   ADP Earnings Statement from The Neiman Marcus Group for December, 2018 and January, 2019;

d.   The Lease Application for the Leased Premises;

e.   The Petitioner's Move-Out Statement and Ledger for the Leased Premises for the Relevant Time Period;

f.   IP Address from Respondent's computer at The Neiman Marcus Group;

g.  All communications between Respondent and Robbin Ward regarding the Lease, Lease Application, payments made for the Leased Premises, Petitioners housing January, 2019 to July, 2019.

h.  Use of the email address "robbinward61@gmail.com".

11.  The benefit of allowing the deposition outweighs the burden or expense of the procedure, because Petitioner does not know the nature of the relationship between Robbin Ward and Respondent with respect to the Lease and Leased Premises. Research indicated that Respondent lived at the Leased Premises and may have paid for all or a portion of the charges related to the Lease. Such information is important to determine whether Robbin Ward's claim of identity theft in the Ward Lawsuit has merit and determine whether Respondent is the identity thief at issue and thus liable for the debt (and fraud) or whether Respondent had permission from Robbin Ward to sign the Lease and occupy the Leased Premises. Moreover, the deposition can be completed in less than four hours.

**PRAYER**

WHEREFORE, Petitioner requests the following relief:

a.  That the Court set a date for hearing on this Petition, and after the hearing find that the likely benefit of allowing the Petitioner to take the requested deposition to investigate a potential claim outweighs the burden or expense of the procedure.

b.  That the Court issue an order, pursuant to TEX. R. CIV. P. 202.4, authorizing Petitioner to take the oral deposition of Quen Green at a time and place to be specified by Petitioner in a deposition notice as required by the Texas Rules of Civil Procedure on the following areas of inquiry:

    i. Respondent's occupation of the Leased Premises from February, 2019 to July, 2019;

    ii. Who made payments for the security deposit, application fee, or other charges to the Original Creditor regarding the Leased Premises from January, 2019 to July, 2019 (the "Relevant Time Period");

    iii. ADP Earnings Statement from The Neiman Marcus Group for December, 2018 and January, 2019;

    iv. The Lease Application for the Leased Premises;

    v. The Petitioner's Move-Out Statement and Ledger for the Leased Premises for the Relevant Time Period;

    vi. IP Address from Respondent's computer at The Neiman Marcus Group;

    vii. All communications between Respondent and Robbin Ward regarding the Lease, Lease Application, payments made for the Leased Premises, Petitioners housing January, 2019 to July, 2019.

    viii. Use of the email address "robbinward61@gmail.com".

c. Petitioner further requests that Respondent be ordered to produce at the deposition for inspection and copying the following documents and items (covering the time period November 2018 through December, 2019 (unless otherwise identified):

    i. Any and all e-mails in your possession or retrievable by you where the sender's e-mail address is: robbinward61@gmail.com;

    ii. Any and all e-mails in your possession or retrievable by you where the recipient's e-mail address is: robbinward61@gmail.com;

iii.  A list of all e-mail addresses you used in calendar years 2019, 2021, and 2022;

iv.  Any documents in your possession or retrievable by you that contain the phrase "Robbin Ward" or "Dad" or "Father";

v.  Any documents in your possession or retrievable by you which contain the phrase "Main Street Renewal";

vi.  Any documents in your possession or retrievable by you which contain the phrase "229 Cliff Heights Circle";

vii.  Any records of written communication between you and Robbin Ward in calendar years 2019, 2021, and 2022;

viii.  Any records of electronic communication between you and Robbin Ward in calendar years 2019, 2021, and 2022;

ix.  Any bills, invoices, and/or statements you have received in the postal mail during the calendar years 2019 and 2020;

x.  Any bills, invoices, and/or statements you have received by e-mail during the calendar years 2019 and 2020;

xi.  Your last three (3) filed Federal Income Tax Returns;

xii.  Your earnings statements (paystubs) from The Nieman Marcus Group;

xiii.  All invoices and bills for utilities for 2019;

xiv.  All documents to show where you lived during the Relevant Time Period;

xv.  Any criminal judgments entered against you;

xvi.  Any civil judgments entered against you;

xvii.  Any motor vehicle infractions or tickets you incurred;

PETITION REQUESTING DEPOSITION TO
INVESTIGATE POTENTIAL CLAIM OR SUIT

xviii.  A copy of your current driver's license;

xix.  A copy of any prior driver's licenses;

xx.  The registration paperwork for any vehicle registered in your name;

xxi.  The title for any vehicle you own;

xxii.  The registration paperwork for any vehicle that you frequently use that may not be in your name;

xxiii.  Any documentation regarding a vehicle bearing license plate 557-KWN;

xxiv.  Your medical records detailing treatment you received after a car accident in April of 2019;

d.  Such other relief to which Petitioner may be justly entitled.


Respectfully submitted,


By: _____

JOHN W. BOWDICH
State Bar No. 00796233
TODD J. LILES
State Bar No. 00796956

BOWDICH & ASSOCIATES, PLLC
8150 N. Central Expy., Suite 500
Dallas, Texas 75206
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com
tliles@bowdichlaw.com


ATTORNEYS FOR PETITIONER
NATIONAL CREDIT SYSTEMS, INC.


PETITION REQUESTING DEPOSITION TO
INVESTIGATE POTENTIAL CLAIM OR SUIT

## VERIFICATION

STATE OF GEORGIA                                      §
                                                     §
COUNTY OF FULTON                                      §

My name is Ron Sapp. My date of birth is ___8/3/67___, and my address is

1775 The Exchange SE, Ste 300, Atlanta, Georgia 30339. I declare under penalty of perjury that

the foregoing issues and facts set out in paragraphs 6 and 7 in the foregoing Petition Requesting

Deposition to Investigate Claim or Suit are true and correct.

Executed in Dallas County, State of Georgia on the 31st day of August, 2022.

By:_____

Ron Sapp