**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  21-cv-02597-LTB-SKC

ROBBIN WARD,

      Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


Defendant's Motion for Extension of Time to File Supplemental Briefing Regarding Neal Maynard in Support of Defendant's Motion for Summary Judgment (Doc 73 - filed April 27, 2023) is **GRANTED up to and including May 4, 2023.**

The Court reminds the parties that they may supplement their summary judgment briefing only to the extent that new information revealed during the additional limited discovery is relevant to the pending motion for summary judgment.

And a reminder that the supplemental briefing would be due on the same day (May 4, 2023) for both parties.


Dated:   April 28, 2023
_____