EXHIBIT 87 (EXHIBIT 5 TO TRANSCRIPT)

**From:** google-legal-support@google.com <google-legal-support@google.com>

**Sent:** Tuesday, October 4, 2022 12:53:57 PM

**To:** katrina@demartelaw.com <katrina@demartelaw.com>

**Subject:** Re: Robbin Ward v. Equivax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union, LLC., and National Credit Systems, Inc. (Internal Ref. No. 23149253)

Ms. DeMarte,

Apologies for the delayed response here. The provided .mbox files do not contain the content of the communications and only include header information for the requested emails. Files in the .mbox format can be opened using .mbox reader programs such as Mozilla Thunderbird, or can be opened using a plain text editor such as TextEdit.

As noted in our letter dated August 24, 2022, Google is prohibited by Section 2702(a) of the federal Stored Communications Act ("SCA") from disclosing the content of electronic communications or content stored on behalf of the user, pursuant to a subpoena. 18 U.S.C. § 2702(a) *see e.g., Suzlon Energy Ltd. v. Microsoft Corp*, 671 F.3d 726, 730 (9th Cir. 2011); *Theofel v. Farey-Jones*, 359 F.3d 1066 (9th Cir. 2004); *Mintz v. Mark Bartelstein & Assocs., Inc.* 885 F. Supp. 2d 987, 993-94 (C.D. Cal. 2012); *In re Subpoena Duces Tecum to AOL, LLC.*, 550 F.Supp.2d 606, 611 (E.D. Va. 2008); *Flagg v. City of Detroit*, 252 F.R.D. 346, 366 (E.D. Mich. 2008); *Viacom Int'l Inc. v. YouTube Inc.*, 253 F.R.D. 256 (S.D.N.Y. 2008); *O'Grady v. Superior Court of Santa Clara*, 139 Cal. App. 4th 1423, 1441-43 (2006).

Instead, the appropriate way to seek such content is to direct your request to the account holder who has custody and control of the data in the account, is not bound by the SCA, and is the party to whom discovery requests should be directed. Google users can easily obtain and produce their account content themselves by accessing their own account, or by using Google Takeout, available at https://www.google.com/takeout/.

I am happy to discuss this matter over a phone call this week as well. Please let me know if this helps to answer your questions or if you would like to discuss this matter over a call.

• • •

**EXHIBIT**

005