IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ROBBIN WARD, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:21-cv-02597 |
| § | |
| NATIONAL CREDIT SYSTEMS, INC., § | |
|    *Defendant*. § | |

**ORDER ON DEFENDANT'S MOTION IN LIMINE**

After considering Defendant National Credit Systems, Inc.'s ("NCS") *Omnibus Motion in Limine and Motion to Exclude or Limit Expert Testimony*, including the arguments and authority presented by the parties, the Court orders Plaintiff Robbin Ward ("Plaintiff"), Counsel for Plaintiff, and all witnesses called on behalf of Plaintiff to refrain from offering or attempting to offer, directly or indirectly, through suggestion, statement, argument, evidence, documents, testimony, or witnesses, about any of the following categories granted by the Court without first requesting and obtaining a ruling from the Court outside the presence of the and hearing of all prospective and impaneled jurors:

(1) Plaintiff's alleged economic damages or harm including, without limitation, any evidence or testimony suggesting that NCS (1) negatively impacted Plaintiff's credit, (2) prevented Plaintiff from obtaining additional loans, or (3) negatively impacted Plaintiff's finances;

        _____      _____
        GRANTED      DENIED

(2) any willful or reckless conduct in violation of the FCRA, including any request for punitive damages or damages to punish NCS;

        _____      _____
        GRANTED      DENIED

(3) any prior or other judgments, complaints, settlements or lawsuits against NCS;

_____         _____
GRANTED              DENIED

(4) a specific amount of damages sought or any computation of damages;

_____         _____
GRANTED              DENIED

(5) [ ] any emotional distress damages, or in the alternative, [ ] any medical conditions, documents or expert testimony supporting emotional distress or non-economic damages, or [ ] any physical manifestations of Plaintiff's alleged emotional distress damages; [opposed]

_____         _____
GRANTED              DENIED

(6) any documents or information that NCS should have considered in its investigations without establishing that such information or documents were in NCS's possession at the time of the investigation;

_____         _____
GRANTED              DENIED

(7) [ ] the proffered expert Report and testimony and opinions of Evan Hendricks, in whole, or alternatively, in part, excluding any opinions, testimony, or evidence regarding [ ] legal analysis or conclusions of law, [ ] whether NCS's conduct conformed to a particular legal standard, [ ] whether NCS's actions were unreasonable, unreliable, inadequate, negligent, willful, or in any other manner violative of the FCRA, and [ ] Plaintiffs' damages or the emotional and physical damages that generally arise from FCRA violations;

_____         _____
GRANTED              DENIED

(8) any matter previously determined in this case by the Order [ECF 76];

_____         _____
GRANTED              DENIED

So ORDERED.  Dated May \_\_\_\_, 2024.        BY THE COURT:

                                                                    _____

                                                                    Nina Y Wang
                                                                    United States District Judge