IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

---

Civil Action: 21-cv-02597-NYW-JPO          Date: May 23, 2024
Courtroom Deputy:  Sabrina Grimm          Court Reporter: Darlene Martinez

| *Parties* | *Counsel* |
|---|---|
| ROBBIN WARD, | Matthew Osborne |
| Plaintiff, | |
| v. | |
| NATIONAL CREDIT SYSTEMS, INC., | John Bowdich |
| | Katrina DeMarte |
| Defendant. | |

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE**

**1:30 p.m.      Court in session.**

Appearances of counsel.

Parties review the Joint Proposed Final Pretrial Order [Doc. 101].  Court notes that Judge Crews previously entered a Final Pretrial Order.  [Doc. 61].

Defendant confirms that there is no live standing issue after Judge Babcock's ruling on the Motions for Summary Judgment.  [Doc. 76].

Discussion regarding preliminary jury instructions and voir dire questions.  The Court will take a brief recess to allow Mr. Oborne an opportunity to review the defendant's proposed preliminary jury instructions.

**1:46 p.m.      Court in recess.**

**2:03 p.m.        Cour in session.**

Continued discussion regarding preliminary jury instructions.  All preliminary jury instructions are stipulated, except for No. 2.

Discussion regarding witnesses.  Parties indicate that they do not anticipate calling records custodians as they have stipulated to the exhibits at issues.

Witnesses shall be called once to testify at trial, unless good cause is established to recall a witness.

**ORDERED:   To the extent that the Parties are seeking to permit certain individuals to testify by remote live means, they shall meet and confer and file a motion.**

**ORDERED:   The Supplemental Final Pretrial Order [Doc. 101] is approved and filed with the corrections made of record.**

Argument by counsel regarding Plaintiff's Motion *in Limine* [Doc. 90] and National Credit Systems, Inc.'s Omnibus Motion *in Limine* and Motion to Exclude or Limit Expert Testimony [Doc. 91].

**ORDERED: Plaintiff's Motion *in Limine* [Doc. 90] is GRANTED as to the fee-shifting statute, GRANTED IN PART as to the criminal convictions older than 10 years, and TAKEN UNDER ADVISEMENT as to the information on Plaintiff's daughter, evidence of the Texas lawsuit against Plaintiff's daughter, and Plaintiff's settlement with the credit bureaus, as stated on the record.  The Court will issue a written order on the matters taken under advisement.**

**ORDERED: National Credit Systems, Inc.'s Omnibus Motion *in Limine* and Motion to Exclude or Limit Expert Testimony [Doc. 91] is GRANTED as to topic MIL 2, DENIED as to topic MIL 5, GRANTED IN PART AND DENIED IN PART as to topic MIL 4, as stated on the record, and TAKEN UNDER ADVISEMENT as topic MIL 1, topic MIL 3, and topic MIL 6.  The Court will issue a written order on the matters taken under advisement.**

Discussion regarding verdict form, jury instructions, and deposition designations.  The Court will rule on the disputed deposition designations by written order.  The Court anticipates a charge conference with respect to the final jury instructions and proposed verdict form the first or second day of trial.

**3:22 p.m.       Court in recess.**

Hearing concluded.
Total time in court:  1:35