IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02597-NYW-JPO | Date: June 17, 2024 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ROBBIN WARD, | Matthew Osborne |
| | Craig Marchiando |
| Plaintiff, | |
| v. | |
| NATIONAL CREDIT SYSTEMS, INC., | Katrina DeMarte |
| | John Bowdich |
| Defendant. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:34 a.m.      Court in session.  Jury panel not present.**

Appearances of counsel.  Also present at defendant's table are corporate representative Ron Sapp and general counsel John Green.

Jury selection seating and process reviewed.

Discussion held regarding Plaintiff's Motion in Limine [ECF 90]. The motion was granted in part at [ECF 106] as the plaintiff intended to keep his prior drug addiction issues out of the matter. Plaintiff's counsel made the Court aware that they now intend introduce that evidence. The Court noted for the record that to the extent that topic is introduced, that door is open for the defense.

Discussion held regarding defendant, National Credit Systems, Inc.'s, objection to jury voir dire question #27 with respect to the burden of proof.

**ORDERED:   Defendant's objection is overruled.**

**8:40 a.m.        Court in recess.**
**9:12 a.m.        Court in session.**

Jury panel present.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Jury panel sworn for voir dire.

9:24 a.m.        Voir dire by Court.

9:34 a.m. – 9:35 a.m. Bench conference:

Continued voir dire by Court.

9:38 a.m. – 9:41 a.m. Bench conference: Jurors 100477159, 100473461, 100484828, 100501826 are excused for hardship.

Continued voir dire by Court.

10:22 a.m. – 10:29 a.m. Bench conference: Jurors 100510169, 100519774, 100514107 are excused for hardship.

**10:33 a.m.        Court in recess.**
**10:44 a.m.        Court in session.**

Continued voir dire by Court.

10:58 a.m. – 11:00 a.m. Bench conference.

11:01 a.m.        Voir dire by Mr. Osborne.

11:15 a.m.        Voir dire by Ms. DeMarte.

11:30 a.m. – 11:30 a.m. Bench conference: Jurors 100481250 are excused for hardship.

Continued voir dire by Court.

11:36 a.m.        Voir dire by Mr. Osborne.

11:37 a.m.        Voir dire by Ms. DeMart.

11:57 a.m. – 11:58 a.m. Bench conference.

Plaintiff's Peremptory Challenges:

1) 100508091
2) 100501112
3) 100485815

Defendant's Peremptory Challenges:

1) 100482521
2) 100481030
3) 100516715

12:00 p.m.   Eight jurors sworn to try the case:

1) 100498244
2) 100475627
3) 100490699
4) 100503074
5) 100475588
6) 100513725
7) 100479463
8) 100517658

Court instructs the jury.

12:03 p.m.   Jury is excused.

Discussion regarding opening statements.

**12:08 p.m.   Court in recess.**
**1:21 p.m.    Court in session.**

Jury present.

Court reads preliminary instructions to the jury.

1:40 p.m.   Plaintiff's opening statement by Mr. Osborne.

1:57 p.m.   Defendant's opening statement by Mr. Bowdich.

Plaintiff's witness, Evan Hendricks, called and sworn.

2:18 p.m.    Direct examination of Mr. Hendricks by Mr. Marchiando.

Plaintiff offers Mr. Hendricks as an expert.

2:29 p.m. – 2:33 p.m. Bench Conference: Witness, Mr. Hendricks, is qualified under Rule 702 of Federal Rules of Evidence to testify about industry standards with respect to the investigations undertaken by furnishers with the limitations that was discussed at the bench conference.

**Exhibits 13, 5 are admitted.**

3:08 p.m. – 3:10 p.m.  Bench Conference

**3:12 p.m.    Court in recess.**
**3:31 p.m.    Court in session.**

Jury present.

Plaintiff's witness, Evan Hendricks, resumes.

3:32 p.m.    Cont. direct examination of Mr. Hendricks by Mr. Marchiando.

**Exhibits 4, 15, 14 are admitted.**

3:45 p.m.    Cross examination of Mr. Hendricks by Ms. DeMarte.

4:08 p.m. – 4:09 p.m. Bench Conference

4:23 p.m.    Redirect examination of Mr. Hendricks by Mr. Marchiando.

Plaintiff's witness, Megan Ward, called and sworn.

4:29 p.m.    Direct examination of Mrs. Ward by Mr. Marchiando.

4:35 p.m. – 4:37 p.m.  Bench Conference: Objection is sustained in part with the limitation as discussed with the parties.

5:00 p.m. – 5:02 p.m.  Bench Conference

**Exhibits 6, 7, 8 are admitted.**

Court advises jury regarding admonitions of trial.

5:05 p.m.    Jury excused until June 18, 2024, at 9:00 a.m.

Discussion regarding the trial schedule.

**5:14 p.m.        Court in recess.**

Trial continued.
Total time in court: 6:25