IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02597-NYW-JPO | Date: June 18, 2024 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ROBBIN WARD, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT SYSTEMS, INC., <br><br> Defendant. | Matthew Osborne <br> Craig Marchiando <br><br><br><br><br> Katrina DeMarte <br> John Bowdich |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 2**

**9:09 a.m.      Court in session.**

Appearances of counsel.  Also present at defendant's table are corporate representative Ron Sapp and general counsel John Green.

Appearances of counsel.

9:10 a.m.      Jury present.

Plaintiff's witness, Megan Ward, resumes and remains under oath.

9:11 a.m.      Cross examination of Mrs. Ward by Ms. DeMarte.

**Exhibits 76, 77, 78, 79 are admitted.**

9:53 a.m.        Redirect examination of Mrs. Ward by Mr. Marchiando.
**Exhibit 2 is admitted.**

Plaintiff's witness, Ron Sapp, called and sworn.

10:01 a.m.       Direct examination of Mr. Sapp by Mr. Osborne.

**Exhibits 22, 16, 56, 23, 26, 28, 49, 29, 30, 45, 51, 1 are admitted.**

**10:54 a.m.       Court in recess.**
**11:15 a.m.       Court in session.**

11:16 a.m.       Cont. direct examination of Mr. Sapp by Mr. Osborne.

**Exhibits 3, 9 are admitted.**

11:29 a.m. – 11:30 a.m. Bench Conference

11:30 a.m.       Cont. direct examination of Mr. Sapp by Mr. Osborne.

**11:59 a.m.       Court in recess.**
**1:06 p.m.        Court in session.**

Jury not present.

Discussion held on Plaintiff's objection to Defendant's disclosure over the recess that they plan to play a Tik Tok video during cross examination of witness, Ron Sapp

**ORDERED:**   The Court will SUSTAIN the objection under Rule 901 of the Federal Rules of Evidence, find that the probative value is outweighed by any prejudicial impact and so it will be excluded.

1:10 p.m.        Jury present.

Plaintiff's witness, Ron Sapp, resumes.

1:11 p.m.        Cross examination of Mr. Sapp by Mr. Bowdich.

**Exhibits 60 are admitted.**

1:38 p.m. – 1:42 p.m.  Bench Conference

1:59 p.m. – 2:03 p.m.  Bench Conference: Exhibit 68 will be admitted as stipulated.

1:11 p.m.	Cont. cross examination of Mr. Sapp by Mr. Bowdich.

**Exhibits 68, 38 are admitted.**

**2:13 p.m.	Court in recess.**
**2:34 p.m.	Court in session.**

Jury not present.

Discussion held on timing of witnesses.

2:35 p.m.	Jury present.

Plaintiff's witness, Ron Sapp, resumes.

2:36 p.m.	Cont. cross examination of Mr. Sapp by Mr. Bowdich.

2:46 p.m. – 2:49 p.m. Bench Conference: Exhibit 18 is admitted as to page 2, page 1 is reserved at this time.

**Exhibit 18 (Page 2) is admitted.**

2:49 p.m.	Cont. cross examination of Mr. Sapp by Mr. Bowdich.

**Exhibits 37 are admitted.**

2:58 p.m.	Redirect examination of Mr. Sapp by Mr. Osborne.

2:58 p.m. – 3:00 p.m.  Bench conference.

**3:20 p.m.	Court in recess.**
**3:39 p.m.	Court in session.**

Plaintiff's witness, Cathy Boehler, called and sworn.

3:42 p.m.	Direct examination of Ms. Boehler via videoconference by Mr. Marchiando.

4:15 p.m.	Cross examination of Ms. Boehler via videoconference by Ms. DeMarte.

4:29 p.m.	Redirect examination of Ms. Boehler via videoconference by Mr. Marchiando.

Court advises jury regarding admonitions of trial.

4:32 p.m.	Jury excused until June 20, 2024, at 9:00 a.m.

Discussion regarding the timing of remaining witnesses and timing of charging conference. Plaintiff's counsel states they will propose two additional jury instructions. The Courts directs counsel to email proposed instructions to chambers as soon as possible.

The Court with hold argument on **Thursday, June 20, 2024, at 8:00 a.m**. to finalize the jury instructions.

**4:41p.m.       Court in recess.**

Trial continued.
Total time in court: 5:24