IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 21-cv-02597-NYW-JPO | Date: June 20, 2024 |
|---|---|
| Courtroom Deputy: Meghan Smotts | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ROBBIN WARD, | Matthew Osborne |
| | Craig Marchiando |
| Plaintiff, | |
| v. | |
| NATIONAL CREDIT SYSTEMS, INC., | Katrina DeMarte |
| | John Bowdich |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 3**

**8:02 a.m.   Court in session.**

Appearances of counsel. Also present at defendant's table are corporate representative Ron Sapp and general counsel John Green.

Jury not present.

Discussion held on Defendant's request for their expert witness to be permitted to listen to the plaintiff and Mainstreet Renewal LLC corporate rep's testimony prior to testifying and Plaintiff's objection.

**ORDERED:   Defendant's request is GRANTED. The witness's scope cannot be expanded outside the scope of his expert report as stated on the record.**

Jury instruction charging conference held.

**9:23 a.m.**     **Court in recess.**
**9:34 a.m.**     **Court in session.**

Plaintiff's witness, Robbin Ward, called and sworn.

9:36 a.m.     Direct examination of Mr. Ward by Mr. Osborne.

9:52 a.m. – 9:52 a.m. Bench Conference

10:01 a.m. – 10:04 a.m. Bench Conference

10:06 a.m. – 10:11 a.m. Bench Conference

10:14 a.m. – 10:14 a.m. Bench Conference

10:18 a.m.     Cross examination of Mr. Ward by Mr. Bowdich.

10:22 a.m. – 10:24 a.m. Bench Conference

10:34 a.m. -10:36 a.m. Bench Conference: Plaintiff's objection to exhibit 58 is overruled.

**Exhibit 58 is admitted.**

10:36 a.m.     Cont. cross examination of Mr. Ward by Mr. Bowdich.

**Exhibits 33, 34 are admitted.**

**11:08 a.m.**     **Court in recess.**
**11:25 a.m.**     **Court in session.**

Jury not present.

The Court has made a determination with respect to the deposition of Diana Woodward.

**ORDERED:**   **To the extent the Plaintiff offers the video deposition of Diana Woodward, the entirety of the video would need to come in and the time would be charged 50/50 to each side.**

Discussion held on timing of remaining witnesses.

11:29 a.m.     Jury present.

Plaintiff's witness, Robbin Ward, resumes.

11:29 a.m.     Cont. cross examination of Mr. Ward by Mr. Bowdich.

11:34 a.m. – 11:34 a.m. Bench Conference

11:51 a.m. – 11:51 a.m. Bench Conference

11:57 a.m. – 11:58 a.m. Bench Conference

12:09 p.m. – 12:09 p.m. Bench Conference: Plaintiff's objection to exhibit 80 is overruled.

**Exhibits 80, 81 are admitted.**

12:15 p.m.     Redirect examination of Mr. Ward by Mr. Osborne.

Plaintiff rests.

Jury excused.

Discussion held regarding jury instructions and verdict form.

**12:37 p.m.     Court in recess.**
**1:32 p.m.      Court in session.**

Jury present.

Defendant's witness, Stacy Holmes, called and sworn.

1:34 p.m.      Direct examination of Ms. Holmes via videoconference by Mr. Bowdich.

1:57 p.m.      Cross examination of Ms. Holmes via videoconference by Mr. Osbourne.

2:05 p.m.       Redirect examination of Ms. Holmes via videoconference by Mr. Bowdich.

**2:06 p.m.     Court in recess.**
**2:20 p.m.     Court in session.**

Defendant's witness, Kerry Sullivan, called and sworn.

2:22 p.m.      Direct examination of Ms. Sullivan via videoconference by Mr. Bowdich.

2:31 p.m. -2:32 p.m. Bench Conference

**Exhibit 31, 32 is admitted.**

2:58 p.m.	Cross examination of Ms. Sullivan via videoconference by Mr. Osbourne.

Defendant's witness, John Ulzheimer, called and sworn.

3:09 p.m.	Direct examination of Mr. Ulzheimer by Ms. DeMarte.

Defendant offers Mr. Ulzheimer as an expert in credit scoring and credit investigation.

3:17 p.m. – 3:18 p.m. Bench Conference

Court finds Mr. Ulzheimer is so qualified.

**3:31 p.m.	Court in recess.**
**3:50 p.m.	Court in session.**

Discussion held on trial timing.

3:52 p.m.	Jury present.

3:52 p.m.	Cont. direct examination of Mr. Ulzheimer by Ms. DeMarte.

4:00 p.m. - 4:01 p.m. Bench Conference

4:09 p.m.	Cross examination of Mr. Ulzheimer by Mr. Osbourne.

4:31 p.m.	Redirect examination of Mr. Ulzheimer by Ms. DeMarte.

Defendant rests.

Court advises jury regarding admonitions of trial.

4:38 p.m.	Jury excused until June 21, 2024, at 9:30 a.m.

Jury instructions finalized as stated on the record.

4:40 p.m.	Argument by Mr. Bowdich regarding Defendant's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.

4:46 p.m.	Response by Mr. Marchiando.

**ORDERED:	Defendant's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is TAKEN UNDER ADVISEMENT.**

**4:57 p.m.     Court in recess.**

Trial continued.
Total time in court: 6:59