IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 1:21-cv-02597-NYW

ROBBIN WARD,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

## VERDICT FORM

We, the jury, being duly empaneled and sworn to try the above-captioned case, do unanimously find our Verdict as follows:

QUESTION NO. 1: Did Plaintiff Robbin Ward prove that Defendant National Credit Systems, Inc. furnished inaccurate, incomplete, or misleading information to the credit reporting agencies?

YES __X__   NO _____

**If you answered "YES," please proceed to Question No. 2.**

**If you answered "NO" to Question No. 1, then your verdict is for Defendant National Credit Systems, Inc. and your deliberations are complete. Do not answer the remaining questions. Please stop your deliberations, then sign and date this Verdict Form.**

QUESTION NO. 2: Did Plaintiff Robbin Ward prove by a preponderance of the evidence that Defendant's investigation of Plaintiff's disputes was unreasonable?

YES __X__   NO _____

1

If you answered "YES" to Question No. 2, please proceed to answer Question No. 3.

If you answered "NO" to Question No. 2, then your verdict is for Defendant National Credit Systems, Inc. and your deliberations are complete. Do not answer the remaining questions. Please stop your deliberations, then sign and date this Verdict Form.

QUESTION NO. 3: Has Plaintiff Robbin Ward proved, by a preponderance of the evidence, that he suffered emotional distress as a result of Defendant National Credit Systems, Inc.'s negligent violation of the Fair Credit Reporting Act?

YES __X__     NO _____

If you answered "YES" to Question No. 3, please proceed to answer Question No. 4.

If you answered "NO" to Question No. 3, then your verdict is for Defendant National Credit Systems, Inc. and your deliberations are complete. Do not answer the remaining questions. Please stop your deliberations, then sign and date this Verdict Form.

QUESTION NO. 4: State the total amount of damages for emotional distress, quantified in terms of a dollar amount, that Plaintiff Robbin Ward proved that he suffered as a result of the violation of the Fair Credit Reporting Act.

$ _500,000_

2

**If you answered Question No. 4 with a dollar amount greater than $0, please proceed to Question 5.**

**If you answered Question No. 4 with $0, then your deliberations are complete. Do not answer the remaining questions. Please stop your deliberations, then sign and date this Verdict Form.**

QUESTION NO. 5: Did Defendant prove by a preponderance of the evidence that Plaintiff had an opportunity to mitigate or avoid some or all of his damages?

YES _____    NO __X__

**If your answer is Yes, go to Question No. 6.**

**If your answer is No, then your deliberations are complete. Do not answer the remaining questions. Please stop your deliberations, then sign and date this Verdict Form.**

QUESTION NO. 6: What dollar amount did Defendant prove by a preponderance of the evidence that Plaintiff had an opportunity to avoid?

$_____

Please subtract your answer to Question No. 6 from your answer to Question No. 4, to calculate the TOTAL AWARD to Plaintiff Robbin Ward: $_____

The jury members should sign and date the bottom of the Verdict Form and inform the Court's representative that the jury has finished deliberations.

**SO SAY WE ALL.**

DATED this 21 day of June, 2024

