# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02597-NYW-JPO

ROBBIN WARD,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This matter was tried on June 17, 2024 through June 18, 2024 and June 20, 2024 through June 21, 2024 before a duly sworn jury of eight, United States District Judge Nina Y. Wang presiding. The trial proceeded to conclusion and the jury rendered its Verdict Form.

Accordingly, it is ORDERED that final judgment is hereby entered in favor of Plaintiff, Robbin Ward and against Defendant, National Credit Systems, Inc. as to the Plaintiff's Fair Credit Reporting Act violation claims. It is

FURTHER ORDERED that damages were rendered by the jury, and judgment is entered in favor of plaintiff, in the amount of $500,000.00. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 5.12%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment. It is

FURTHER ORDERED that Plaintiff, Robbin Ward shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 25th day of June, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Meghan Smotts
Meghan Smotts, Deputy Clerk