| District Court, Larimer County, Colorado<br>Court Address: 201 LaPorte Ave.<br>Fort Collins, CO 80521 | |
|---|---|
| Plaintiff: Justin Peters<br><br>v.<br><br>Defendant: American Pacific Mortgage Corporation | ▲ COURT USE ONLY ▲ |
| | Case Number: 2022CV030141<br>Division 5A |
| **VERDICT FORM** | |

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

QUESTION 1: Has the Plaintiff Justin Peters proved by a preponderance of the evidence that Defendant American Pacific Mortgage Corporation or its Agent negligently violated the Fair Credit Reporting Act as set forth in these instructions as read together?

Answer: __X__ Yes _____ No

QUESTION 2: If your answer to Question No. 1, is Yes, state the dollar amount of the damages described by Instruction No. 19, if any, that Plaintiff sustained:

$ _800,000.00_

QUESTION 3: Has the Plaintiff Justin Peters proved by a preponderance of the evidence that Defendant American Pacific Mortgage Corporation or its Agent willfully violated the Fair Credit Reporting Act as defined in these instructions?

Answer: _____ Yes __X__ No



Foreperson

Exhibit 4