The November 9, 2023, judgment is hereby **AMENDED** to $2,002,920.84 reflecting (1) the judgment pursuant to the noneconomic cap as required by C.R.S. § 13-21-102.5(3)(a) and (2) the mandatory trebling as required by C.R.S. § 6-1-113(2)(a)(III).

SO ORDERED April 11, 2024.

BY THE COURT:

Sarah E. Stout
District Court Judge

16

Exhibit 5