AO 450 (Rev. 5/85)   Judgment in a Civil Case

# United States District Court

_____DISTRICT OF _____NEW JERSEY_____

STEVEN R. FARRINGTON,

          JUDGMENT IN A CIVIL CASE

    Plaintiff

v.

          CASE NO.   20-4432 (KMW-AMD)

FREEDOM MORTGAGE CORPORATION,

    Defendant

**X**    **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that a JUDGMENT be entered in favor of Steven R. Farrington and against Freedom Mortgage Corporation in the amount of $3,522,000.00 without costs.

Date:   12/19/2023

                                    KAREN M. WILLIAMS
                                    United States District Judge

Exhibit 6