STATE OF INDIANA                         )
                                         )    IN THE TIPPECANOE CIRCUIT COURT
COUNTY OF TIPPECANOE                     )
                                         )    CASE: 79C01-1908-CT-114
ALEXANDRA HUSTEDT-MAI                    )
     Plaintiff,                          )
                                         )
     v.                                  )
                                         )
                                         )
HUNTER WARFIELD, INC.                    )
     Defendant.                          )
                                         )

## VERDICT

### Fair Debt Collection Practices Act (FDCPA) & Fair Credit Reporting Act (FCRA)

As to the FDCPA, we find Defendant Hunter Warfield, Inc. (check one):

_____✓_____                            _____
   Liable                                   Not Liable

As to the FCRA, we find Defendant Hunter Warfield, Inc. (check one):

_____✓_____                            _____
   Liable                                   Not Liable

We, the Jury, find that Defendant willfully or recklessly violated the FCRA (check one).

_____✓_____                            _____
Willful/Reckless                         Not Willful/Reckless

We, the Jury, award damages, if any, against Defendant as follows:

$____200,000_____    actual damages

$____1.75 million_____    punitive damages


__June 7, 2024__                  __Michelle Brand__
     Date                              Foreperson