**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:21-cv-02597-NYW-JPO

Robbin Ward,
　　　Plaintiff,

v.

National Credit Systems, Inc,
　　　Defendant.

---

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

On September 16, 2024, three days after Plaintiff filed his Opposition (Doc. #145) to Defendant's Motion for Application of One Satisfaction Rule (Doc. #138), a new case from the Middle District of Florida was issued on this exact issue. *Scudder v. Sofi Lending Corp.*, No. 3:21-cv-741-TJC-SJH, 2024 U.S. Dist. LEXIS 165961, at *4 (M.D. Fla. Sep. 16, 2024).

In *Scudder*, the consumer sued the furnishers for violating the FCRA. Prior to trial, the consumer settled with the consumer reporting agencies (CRAs). The jury awarded $30,000. Post-trial, the furnishers filed essentially the same Motion that Defendant does here, seeking to reduce the jury's verdict by the amount of the settlements with the credit bureaus. The Court rejected the Defendant's argument, finding that it could not apply the "One Satisfaction Rule" because the settlements with the CRAs were lump-sum, and did not state what amount was for punitive damages, what amount was for attorney fees, what amount was for actual damages, etc. *Id*.

Here, Plaintiff's settlements with the credit bureaus are also lump sum, and do not provide any breakdown just like the agreements in *Scudder.*  As such, it would be impossible for this Court to apply the One Satisfaction Rule to this case.

Respectfully submitted,

By:  /s/ Matthew R. Osborne
Matthew R. Osborne
RAMOS LAW
10190 Bannock St., Suite 200
Northglenn, Colorado, 80260
Telephone: (303) 733-6353
Email: mosborne@ramoslaw.com

Leonard A. Bennett, VSB #37523 – *Pro Hac Vice*
Craig Marchiando, VSB #89736 – *Pro Hac Vice*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email:  lenbennett@clalegal.com
Email:  craig@clalegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on 9/20/2024, I served a true and correct copy of the Plaintiff's Notice of Supplemental Authority on:

Katrina Demarte and John Bowdich, Counsel for NCS

s/ Matthew Osborne