# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

ROBBIN WARD

       Plaintiff,

vs.                                  CASE NO. 1:21-cv-02597-NYW-JPO

TRANSUNION, LLC, *et al.*,

       Defendants.

## JOINT TRIAL EXHIBITS

Plaintiff Robbin Ward, by and through his undersigned counsel, hereby submits the attached admitted trial exhibits per this Court's December 20, 2024 order (Doc. 151). The parties believe that the only accurate copies of Exhibit 76 and 77 are in possession of the trial court reporter.

Dated: January 10, 2025                Respectfully submitted,

                                 */s/ Matthew R. Osborne*
                                  Matthew R. Osborne
RAMOS LAW
10190 Bannock St., Suite 200
Northglenn, Colorado, 80260
Telephone: (303) 733-6353
Email: mosborne@ramoslaw.com

Leonard A. Bennett (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 fax
len@clalegal.com
craig@clalegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on 01/10/2025, I served a true and correct copy of the foregoing Admitted Trial Exhibits via CM/ECF to:

John W. Bowdich and Katrina M. DeMarte
*Attorneys for Defendant National Credit Systems, Inc.*

<u>s/ Mike Nobel</u>