**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cv-2597-NYW-JPO

**ROBBIN WARD,**

**Plaintiff,**

**v.**

**NATIONAL CREDIT SYSTEMS, INC.,**

**Defendant.**

_____

**REPORTER'S TRANSCRIPT**
**(Jury Trial - Day 4)**
_____

        Proceedings before the HONORABLE NINA Y. WANG,
Judge, United States District Court, for the District of
Colorado, commencing at 9:35 a.m. on the 21st day of June,
2024, Alfred A. Arraj United States Courthouse, Denver,
Colorado.

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
CRAIG CARLEY MARCHIANDO, Consumer Litigation Associates,
763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, VA
23601

MATTHEW ROSS OSBORNE, Ramos Law LLC, 10190 Bannock Street
Suite 200, Northglenn, CO 80260

**FOR THE DEFENDANT:**
JOHN WHITNEY BOWDICH, Bowdich & Associates, PLLC,
8150 North Central Expressway, Suite 500, Dallas, TX 75206

KATRINA MARIE DEMARTE, DeMarte Law, PLLC, PMB 6338
39555 Orchard Hill Place, Suite 600, Novi, MI 48375

1              **JUNE 21, 2024**

2              (Outside the presence of the jury.)

3              THE COURT:  On the record in 21-cv-2597-NYW-JPO,

4       Ward v. National Credit Systems, for day four of trial.

5              Appearances of counsel, please.

6              MR. OSBORNE:  Good morning, Your Honor, Matt

7       Osborne.  And Robbin Ward is here and Craig Marchiando.

8              THE COURT:  Good morning.

9              MR. BOWDICH:  Good morning, Your Honor, John

10      Bowdich on behalf of defendant, along with Katrina

11      DeMarte, along with John Sapp and John Green.

12             THE COURT:  Good morning.

13             All right.  The first order of business before we

14      bring in the jury is the ruling on the motion for judgment

15      as a matter of law.

16             This matter is before me on defendant, National

17      Credit Systems, Inc.'s, oral motion for judgment as a

18      matter of law under Rule 50(a) of the Federal Rules of

19      Civil Procedure.  Rule 50(a)(1) provides, "In general, if

20      a party has been fully heard on an issue during a jury

21      trial and the Court finds a reasonable jury would not have

22      a legally sufficient evidentiary basis to find for the

23      party on that issue, the Court may, (A) resolve the issue

24      against the party and, (B) grant the motion for judgment

25      as a matter of law against the party on a claim or defense

1    that, under the controlling law, can be maintained or

2    defeated only with a favorable finding on that issue."

3          A motion for judgment under Rule 50(a)(1) may be

4    made any time before the case is submitted to the jury;

5    that is Rule 50(a)(2).  The jury trial in this case was

6    commenced on June 17, 2024.  Defendant's Rule 50(a) motion

7    was made on June 20, 2024, following the close of

8    defendant's case.  The Court heard oral argument on the

9    motion and took it under advisement at that time.

10          To establish liability on his claim for a negligent

11    violation of the Fair Credit Reporting Act and to recover

12    in this jury trial, Plaintiff Robbin Ward must prove each

13    of the following by a preponderance of the evidence:

14          One, NCS furnished inaccurate, incomplete, or

15    misleading account information.

16          Two, NCS did not conduct a reasonable

17    investigation.

18          And, three, NCS's failure to conduct a reasonable

19    investigation caused plaintiff's emotional distress

20    damages.

21          Defendant's Rule 50 motion is aimed at the first

22    element of defendant's case; whether NCS furnished

23    inaccurate, incomplete, or misleading information to the

24    credit reporting agencies.

25          The Tenth Circuit has explained that litigants like

1    Mr. Ward bear the burden of showing that the information

2    furnished was inaccurate or incomplete.  That is *Schueller*

3    *v. Wells Fargo & Co.,* 559 Fed. Appx. 733, 737, Tenth

4    Circuit, 2014.

5         Generally, a plaintiff can meet this burden by

6    showing that "by a preponderance of the evidence," as

7    assessed by the fact finder, weighs in his favor.  Rule 50

8    generally directs this Court's focus upon whether at the

9    current stage of the trial a reasonable jury would have a

10   legally sufficient evidentiary basis to find for a certain

11   party on a given issue.

12        A typical Rule 50 motion aimed at this element

13   would thus focus on whether plaintiff has failed to adduce

14   sufficient evidence to permit a fact finder to reasonably

15   conclude that the Main Street Renewal account was

16   inaccurate, incomplete, or misleading.

17        But defendant has not brought the typical Rule 50

18   motion.  Rather, the focus on this jury's ability's to

19   find in plaintiff's favor on the inaccuracy element based

20   on the trial record in this case, the defendant questions

21   the jury's ability to find in plaintiff's favor on this

22   element on any record in light of the circumstances with

23   respect to plaintiff's daughter and the Main Street

24   Renewal account and the particular facts adduced at trial.

25        Specifically, defendant argues that the inaccuracy

1    element presents a legal issue for the Court rather than a

2    factual issue for the jury -- I am sorry, the inaccuracy

3    element presents a legal issue rather than a factual issue

4    that can be resolved by the jury, because in defendant's

5    view, only a court, and not this one, can resolve whether

6    or not Mr. Ward is liable on the account in the Dallas

7    lease.

8          The defendant has repeatedly referred to this as

9    the Court's gatekeeper role.  Just as defendant has not

10   brought an ordinary motion under Rule 50, however, this

11   Court does not encounter this argument in an ordinary

12   posture.

13         Plaintiff filed this action in September 2021, and

14   the case was assigned to the Honorable Lewis T. Babcock.

15   Judge Babcock presided over this action for two years,

16   handling all substantive pretrial proceedings, including

17   the Motion for Summary Judgment filed by NCS on November

18   15, 2022.

19         In that motion, NCS argued that the plaintiff has

20   brought a legal dispute, as opposed to a factual dispute,

21   Docket Entry No. 55, at 12.  The motion elaborated that to

22   the extent that the plaintiff had submitted a dispute, it

23   is clear that such a dispute presented a legal question,

24   as opposed to a factual question and, as such, the FCRA

25   standards would be inapplicable as it relates to the

1    alleged violations of the FCRA; that is Docket Entry No.

2    55, at page 21.

3         Judge Babcock rejected this argument in his 28-page

4    May 12, 2023 Order granting in part and denying in part

5    the Motion for Summary Judgment.  Judge Babcock explained

6    as follows:  "Finally, NCS argues that it cannot be liable

7    for failing to conduct a reasonable investigation because

8    plaintiff's dispute constitutes a question of law as to

9    whether or not plaintiff is in fact not liable on the

10   account.

11        NCS claims that this is a matter that can only be

12   resolved by the judiciary and not an entity like NCS, who

13   is not meant to be the arbiter of claims or equipped to

14   decide the legal sufficiency of a debtor's allegation.  I

15   do not agree that the plaintiff's claims against NCS is a

16   legal dispute as to the liability on his lease.  Rather,

17   his claim is that he reported being a victim of identity

18   fraud and his dispute was not reasonably investigated at

19   that time.

20        Moreover, there is no indication that during the

21   relevant time period; i.e. during NCS's investigation of

22   plaintiff's dispute before this lawsuit was filed, that

23   NCS ever suspected that plaintiff might be legally liable

24   on the lease, as a conspirator or a principal, thus giving

25   NCS an excuse to relax or cease its investigation."  That

1     is Docket Entry No. 78, at 27.

2          No party, including NCS, sought reconsideration of

3     Judge Babcock's order from Judge Babcock.  After the

4     plaintiff and defendant failed to resolve their dispute at

5     an October 2023 settlement conference before the Honorable

6     S. Kato Crews; that is Docket Entry No. 82, this action

7     was reassigned to this particular judicial officer for the

8     purposes of trial; Docket Entry No. 83.

9          In that capacity, I have entered a trial

10    preparation order, at Docket Entry No. 86; resolved the

11    parties' motions in limine; and presided over this week's

12    jury trial.  Notably, in resolving the defendant's motion

13    in limine, I specifically held that Judge Babcock's ruling

14    with respect to the legal factual distinction is law of

15    the case and would be followed for the purposes of trial;

16    that is Docket Entry No. 112, at 9.

17         Accordingly, I precluded defendant from arguing

18    before the jury that this case presents a legal question

19    outside of their purview.  The law of the case doctrine

20    posits that when a court decides upon a rule of law, that

21    decision should continue to govern the same issues in

22    subsequent stages in the same case.  *Roth v. Green*, 466

23    F.3d 1179, 1187, Tenth Circuit, 2006, quoting *Christianson*

24    *v. Colt Industries Operating Corp*, 486 U.S. 800, 816,

25    1988.

1          As it is most frequently applied, the law of the

2     case encompasses a lower court's adherence to its own

3     prior rulings, to the rulings of the superior court in the

4     case, or to the rulings of another judge or the court in

5     the same case or a closely related case.  That is *Aguinaga*

6     *v. United Food & Community Workers International Union,*

7     854 F.Supp 757, 773, District of Kansas, 1994.

8          The law of the case doctrine is a restriction self

9     imposed by the courts in the interest of judicial

10    efficiency.  It is a rule based on sound public policy

11    that litigation should come to an end and is designed to

12    bring about a quick resolution of disputes by preventing

13    continued reargument of issues already decided.  That is

14    *Fox v. Mazda Corporation of America*, 868 F.2d 1190, 1194,

15    Tenth Circuit, 1989, citations omitted.

16         Defendant once again argues that the accuracy

17    element of plaintiff's FCRA claim requires a legal

18    determination that cannot be made by the jury.  This

19    argument was rejected by Judge Babcock at summary judgment

20    and again rejected by this judicial officer in connection

21    with the parties' motion in limine, both as the law of the

22    case and on the merits.

23         Defendant contends that an exception to the law of

24    the case doctrine applies because it introduced evidence

25    at a trial of a default judgment entered against Mr. Ward

1     in Texas.  The United States Court of Appeals for the

2     Tenth Circuit has held that the circumstances justifying a

3     departure from the law of the case are exceedingly narrow

4     and that the law of the case must be followed unless the

5     evidence on a subsequent trial was substantially

6     different, controlling authority has since made a contrary

7     decision of the law applicable to such issues, or the

8     decision was clearly erroneous and would work a manifest

9     injustice.  See *United States v. Monsisvais*, 946 F.2d 114,

10    117, Tenth Circuit, 1991.

11          Despite defendant's argument that the default

12    judgment in this case was substantially different from the

13    record before Judge Babcock on summary judgment, this

14    Court respectfully disagrees.  This Court further notes

15    that Judge Babcock specifically ruled that there is no

16    indication during the relevant time period; i.e., during

17    NCS's investigation of plaintiff's dispute before this

18    lawsuit was filed, NCS ever suspected that the plaintiff

19    might be legally liable on the lease as a conspirator or a

20    principal, thus giving NCS an excuse to relax or cease its

21    investigation.  It is not clear to this Court that the

22    certified judgment was before NCS at the time that Judge

23    Babcock was focused on in his ruling.

24          And despite defendant's argument that the pendulum

25    is swinging in its direction as to these issues, it

1    concedes that there is no controlling authority from the

2    Tenth Circuit that applies this legal standard that it

3    advocates at this point.

4            Under these circumstances, I respectfully see no

5    grounds for departing from the law of the case doctrine.

6    The Court reaffirms its ruling and reasoning from these

7    prior orders.  The defendant is not entitled to judgment

8    as a matter of law with respect to plaintiff's FCRA claim

9    on this ground pursuant to Rule 50.

10           Therefore, it is ordered that the defendant's oral

11   motion for entry of Judgment as a matter of law under

12   Federal Rule of Civil Procedure 50(a)(1) made at the close

13   of defendant's evidence is respectfully denied.

14           All right.  Anything further before we bring in the

15   jury?

16           MR. OSBORNE:  No, Your Honor.

17           MR. BOWDICH:  No, Your Honor.

18           (In the presence of the jury.)

19           THE COURT:  Thank you.  Please be seated.

20           (Jury instructions read in open court but not

21   reported per agreement of counsel.)

22           THE COURT:  I have more instructions after the

23   parties do their closing arguments, but I will hand it

24   over to the parties to make their closing arguments, then

25   I will do some final instructions with you and go through

1     the verdict.

2          Mr. Osborne.

3          MR. OSBORNE:  Thank you, Your Honor.  May I reserve

4     some time for rebuttal?

5          THE COURT:  You should talk to the courtroom deputy

6     and let her know how much time you want to reserve.

7          MR. OSBORNE:  Can I reserve 15 minutes, please?

8                    **CLOSING ARGUMENT**

9     **BY MR. OSBORNE:**

10          Good morning, everybody.  I've seen that all of you

11    have been paying attention, taking lots of notes in this

12    case, and I really appreciate that.  And I know you have

13    heard all of the evidence, but what you haven't heard is

14    how the story ends, and that is because you all write the

15    ending to this story.

16          You may have noticed whenever you come in or leave

17    the courtroom, we all stand for you, that is because you

18    are the most powerful people in the courtroom, because it

19    is you, as the jury, that decides the facts of this case,

20    and it is you guys who will decide what justice is in this

21    case.

22          I have to be honest, this is the time of the trial

23    when I get the most nervous because I know I have done my

24    best for Mr. Ward and I have put in a lot of time, put on

25    the best case I can for him, but it is going to be out of

1    my hands when it goes back to the deliberation room, and I

2    will have done everything I can do.

3         So essentially you can decide that you want to hold

4    them liable or you can decide to let them get away with

5    it.  And if you want to decide to hold them accountable, I

6    will show you how.  You are going to get a verdict form

7    with some questions.  The first question is:  "Did

8    Mr. Ward prove that NCS furnished inaccurate, incomplete,

9    or misleading information?"  The answer should be yes.

10        If you believe him, that he did not open this

11   account and he did not give his daughter permission to

12   steal his identity, the answer would be yes.  If you

13   believe that it was a conspiracy, then you would say no.

14        Now, I hope you all can see through this conspiracy

15   stuff, because if you look at Exhibit 1, their notes,

16   before this lawsuit was filed, they never considered this

17   to be a conspiracy, it wasn't even mentioned.  This was

18   something that they came up with after this case was

19   filed.  They have not given any evidence of a conspiracy,

20   and, frankly, it doesn't make any sense.

21        When you look at -- and I know he has made

22   mistakes, but he's changed and he got clean.  He has

23   worked so hard.  He got his credit back.  He has got a

24   family.  He is doing the right things.  It makes no sense

25   that he would taint his credit and form a conspiracy.

 1          Now, another thing is what does it mean to prove

 2     something in a civil case?  You probably heard in criminal

 3     cases of "proof beyond a reasonable doubt," but that is

 4     not the standard in a civil case.  In a civil case it is

 5     called "preponderance of the evidence."  It is a much

 6     lower standard.

 7          It basically means we have to prove our case by 51

 8     percent.  I think we've proved it much higher than that,

 9     but we don't have to prove it beyond a reasonable doubt.

10     So if you are deliberating and somebody says, I just don't

11     think the plaintiff proved this, ask him, are you sure

12     that, you know, you are 51 percent sure, because you can

13     have 49 percent doubt and still vote for us.

14          Question No. 2:  "Did Mr. Ward prove by a

15     preponderance of the evidence that the defendant's

16     investigation of plaintiff's disputes was unreasonable?"

17     I think the answer should be yes to that.

18          Now, importantly, our expert, Mr. Hendricks, gave

19     you all of the reasons why their investigation was not

20     compliant with industry standards.  I thought it was very

21     telling that they brought an expert who they paid about

22     $30,000, who did not tell you they did a good

23     investigation, who did not even say it was within industry

24     standards; that's got to tell you something.  The guy who

25     doesn't disagree with corporate opinions does not even say

1    that their investigation was within industry standards.

2            Now, also I know the term "investigation" is not

3    defined for you because it is just a word that we all know

4    what it means, but what does it mean to investigate

5    something?  It means you search for the truth and you try

6    to figure out, was the information that we previously

7    reported, was it accurate?

8            And when you look at what they do, the process is

9    not geared towards figuring out if anything was true.  If

10   you are just matching the Social and a color copy of an

11   ID, that anybody could upload, how does that figure out if

12   somebody was an identity theft victim?  It doesn't.  It is

13   just a simple data matching procedure.  That can't be

14   reasonable.

15           Now, the other thing I think is really important is

16   what do they do if they can't be sure?  What are they

17   supposed to do?  You heard from multiple witnesses, and

18   even their own witnesses say you would have to delete

19   it in that situation.  At best, at best for them, they

20   couldn't be sure.

21           So you have got an identity theft report under

22   oath, and then you have an email from Main Street that

23   says, here is the ID and the pay stub and the Social

24   Security benefits letter, which is not under oath, and if

25   you look closely at the account notes, Main Street doesn't

 1    even tell them that they're saying it is not fraud.  They

 2    just say, these are the documents we have.  That was the

 3    first time.  The second time, they just say, can I provide

 4    anything else, and then NCS doesn't ask them for anything

 5    else.

 6         Now, there has been some talk about this judgment

 7    from Texas, and I think it is important to note a few

 8    things about that because I think that might be a little

 9    bit confusing.  So it is what is called a default

10    judgment.  Now, a default judgment is where the other

11    person doesn't respond and you automatically win -- the

12    person filing in the case automatically wins because the

13    other person doesn't respond.

14         Now, if you look closely at that judgment, they

15    served it at the Texas address, where Mr. Ward was not.

16    So he never had a chance to even respond to it.  He didn't

17    even know about it.  In fact, if you look at their notes,

18    he didn't even know about it.  They didn't even consider

19    that in the investigation.

20         But think about this for a minute, a fundamental

21    right in our legal system is that everybody at least has

22    the right to respond to a lawsuit and to be heard with

23    what you have to say.  I mean, that would be like if we

24    sue National Credit Systems, and instead of serving it at

25    their headquarters in Atlanta, I just go hand the papers

1    to some random person on the street, and then they never

2    know about it, they never get to respond, and then I get a

3    judgment.  That judgment wouldn't be worth the paper it

4    was written on.  That is what they have.  He never had the

5    chance to put on his defense in that case.  So I would

6    submit to you that that judgment is really not that

7    important.

8              Now, I thought it was also telling that none of

9    their notes ever specifically asks them to provide any

10   information that he didn't provide.  All there is is one

11   entry that says you will need to provide an ID theft

12   affidavit or a police report, and that was already after

13   he had provided an identity theft affidavit.

14             Now, they also, when they respond back to the

15   credit bureaus, if they are going -- remember they have

16   three choices, we can say we verified it is accurate, we

17   modify it, or we can't verify it.  So the word "verify,"

18   again, is not defined for you, but it is a word that you

19   all know what it means; right.  "Verified" means you find

20   information to prove something is true.  You have to go

21   find the evidence and prove it's true.  Did they ever do

22   that?  No, they never verified anything.

23             So question number three:  "Has Mr. Ward proved by

24   a preponderance of the evidence that he suffered emotional

25   distress as a result of defendant NCS's negligent

1    violation of the Fair Credit Reporting Act?"  The answer

2    should be yes.

3         And I was thinking about this, I actually never

4    thought about this until we had jury selection, and I

5    think somebody said, I don't really like that term.  And I

6    thought about it and, you know, I kind of agree with that.

7    It is a legal term, so let's call it what it really is;

8    loss of time, loss of sleep, embarrassment, being so

9    worried about the situation you can't focus at your job,

10   can't perform in the bedroom, an inconvenience of talking

11   to your wife all these nights about how are we going to do

12   this.  That's what emotional distress is.

13        And, ladies and gentlemen, if you believe that

14   Robbin Ward took the stand and lied to you about that, you

15   shouldn't give him emotional distress.  And if you believe

16   that Ms. Ward took the stand and lied to you about the

17   emotional distress she observed, then you shouldn't give

18   him anything.

19        But if you believe that they were telling the

20   truth, that we proved emotional distress, the law says you

21   have to value that.  You have to use your own judgment and

22   decide, what is that worth?  And unfortunately I can't

23   give you a mathematical formula.  I can't say it is X

24   times 10 by this and that.  You just have to figure out,

25   what do we believe this is worth.  And I would suggest to

1    you that we believe it is worth 1.5 million.  You may

2    think it is worth something different, and that is fine.

3    But if you think that it was proven, you have to put

4    something down.  And so if anybody believes -- doesn't

5    believe in this kind of damages, you know, the law says

6    you have got to award them anyway if we prove them.

7        Now, for their -- they have this affirmative

8    defense, Question No. 5, and I am not sure I even

9    understand what they mean by this, but they are saying --

10   okay, so the question is:  "Did defendant prove by a

11   preponderance of the evidence that plaintiff had an

12   opportunity to mitigate or avoid some or all of his

13   damages?"  I request you answer that question no.

14       So what could he have done to minimize his damages?

15   I challenge them to name anything, because I haven't seen

16   anything, but I suggest to you that the evidence shows the

17   opposite.  So he knew that Experian had deleted it from

18   his credit report, and when he needed credit, he went and

19   he found lenders that only used Experian.  That shows that

20   he is mitigating his damages.

21       He could have went and had lenders pull Equifax and

22   TransUnion and get denied and come in here and say, oh, I

23   am so sad about that and stuff.  He didn't do that.  He

24   went and he found the lenders that only use Experian.

25   That is mitigating damages.

1        What else could he have done?  I don't know.  And

2    so if you say "no" to Question No. 5, then you don't

3    answer Question 6.  Question 6 is saying that if you

4    answered Question 5 "yes," then you would have to put a

5    dollar amount that he failed to mitigate.  And I challenge

6    the defense to give you a number that even makes sense.

7        So because it is on the plaintiff, and I represent

8    the plaintiff, we have the burden of proof, so you will

9    get to hear from me one more time.  I will try to keep it

10    brief, but I want to respond to what they say next.  Thank

11    you, ladies and gentlemen.

12                        **CLOSING ARGUMENT**

13    **BY MR. BOWDICH:**

14        May it please the Court, members of the jury.  I

15    don't have as much time as the plaintiff and so I am going

16    talk really fast and I will run through a whole lot of

17    information, so this is just me apologizing in advance.

18    We spent too much time presenting the evidence to you,

19    which squeezes me out of time, so accept my apology.

20        First, I want to thank everyone for their service.

21    Like I said at the beginning, you are the most vital role

22    in the process.  First I want to play another video clip,

23    this one is really short.  Let me make sure my volume is

24    up.

25        (Videotape played in open court.)

1          MR. BOWDICH:  I think most of you have probably

2     seen that reel, it is from The Town.  I would suggest to

3     you that as father, I would be Jeremy Renner.  My daughter

4     asks for something, I am going to need to find a way to

5     get it to her.  Get it to her, whatever it takes, right.

6          This isn't a conspiracy, this is a father helping

7     his daughter, that's it.  And if it is something that the

8     step-mom wouldn't approve of, you know what, as the dad, I

9     am not telling her, either; right.  All of this is just, I

10    think common sense; right.  It is not a conspiracy, and we

11    never alleged it was a conspiracy.  So I think that has to

12    be your guiding principle.

13         Every time NCS verified this debt, it was their

14    belief that in some way the father was involved.  And so I

15    just got to press that upon you guys.  One thing I like to

16    do in my closing arguments is say something about each

17    witness, so I am going to do that fairly quickly.

18         For Hendricks, as soon as he got up there and said

19    that NCS only did ID matching, when everything in the

20    notes shows for the second set of disputes everything that

21    they did, including contacting the original creditor, I

22    don't know how you give his testimony any credibility at

23    all.  You just can't.  It is as if he didn't even review

24    the notes, the same thing that Mr. Osborne is asking you

25    to do.

1          With respect to NCS's expert, he did say that NCS

2     followed all of the industry standards.  I don't know how

3     Mr. Osborne could get up and say otherwise.  When the

4     plaintiff's attorney, his best attack on your expert is to

5     talk about how much money he makes and what he charges,

6     and a 17-year-old book about credit bureaus, that means

7     they are scared that that expert might have anything to

8     contradict his opinion.  They just don't.

9          Regarding Ms. Ward, she struck me as a very smart

10    woman who has raised four daughters.  The fact that she

11    looked at that application and just did a blind eye as to

12    what it would tell any investigator, just attacks her

13    credibility; right.  I just don't know how a mom wouldn't

14    know.  It just doesn't compute with me at all.

15         With respect to Mr. Ward, certainly there were a

16    lot of discrepancies in his testimony, and I hope you

17    don't hold it against my client that I had to attack all

18    those things.  But here is the most telling about his

19    testimony:  At the very end of it, he wanted to tell you

20    something; right.  He said:  Can I tell the jury

21    something?  The Judge said:  Well, only if there is a

22    question pending.  Mr. Osborne could walk up here and say,

23    Mr. Ward, what would you like to tell the jury, and he

24    would have got to say whatever he wanted to.  His lawyer

25    didn't trust him enough to let him testify.  What does

1    that tell you?

2         Okay.  I did want to bring you back to the

3    timeline.

4         MR. BOWDICH:  Your Honor, can I do this at the

5    screen, it will go quicker?

6         THE COURT:  Okay.

7         MR. BOWDICH:  It puts everything in perspective.

8    You don't get to take this back with you, this is your

9    only chance to see it.

10        So we know we have got the letter that was sent to

11   Dallas -- I am sorry, sent to Mr. Ward about the Dallas

12   application.  We already know Mr. Ward is not paying

13   attention to his mail, he had credit notifications for

14   months, months, and months before he realized this was on

15   his credit, and he just ignored it.  I am sure he ignored

16   the letter, too.

17        Then you have got five different investigations.

18   The two FCRA investigations were done by two different

19   investigators.  You actually had one, two, three, four,

20   five, six, seven -- seven different investigators looked

21   at all of this information and all came to the same

22   result; that somehow the information is fishy; right.  And

23   based on the totality of things, and the original creditor

24   validating the debt, that we are going to verify it.

25        You can see there when NCS actually received the

1    information on certain days, they didn't receive the

2    information until July 30th.  That was provided to

3    Borland's office.  The two FCRA investigations, which are

4    the two you have got to focus on, the first one, no

5    information whatsoever; right.  Just that it is not

6    his/hers, nothing in support, and that they used the

7    industry standard to only match the information.

8         Then the second FCRA investigation that came after

9    they already had more information from Main Street that

10   validated the debt, they look at everything, they now have

11   the absolutely -- I am calling it "fishy," I think

12   Mr. Sapp said it just doesn't add up -- the ID theft

13   report that basically sabotaged his own dispute.

14        So they review all of that, and no police report or

15   anything else, and that is why in the two FCRA

16   investigations you get a "verified."  But then, you know,

17   they still had two more direct dispute investigations

18   afterwards where they are reviewing everything, and there

19   they are reviewing other information that was provided by

20   Ms. Ward, and in those two, same two results; right.

21        They had other information that they could have

22   provided and never did.  Never gave any information.  And

23   this goes to Mr. Sapp's testimony.  I though the most

24   important thing he testified about is if they had provided

25   more information, right, if they had provided a statement

1    from Quen Green, if they had provided a police report, if

2    they had come clean with what really supposedly happened

3    with Quen Green, then the result would have been

4    different.  And so that is how he failed to mitigate his

5    damages.

6            I guess I can probably do it from the stand, but I

7    will have you guys focus on the screen.  Right there it

8    lists all of the activities that were performed for the

9    first set of disputes.  You'll get the account notes.

10   They are always going to say that they reviewed the

11   account, which means they reviewed everything available on

12   the on that WinDebt system that Mr. Sapp and Ms. Boehler

13   described.

14           So they are matching personal identifiers and they

15   are reviewing everything in the account.  Of course there

16   wasn't much to review because nothing was provided.  Then

17   you have the first direct dispute, that is where they go

18   to the original creditor, they verify with the original

19   creditor, and they also then have the documents to review

20   and they have got the fishy ID theft affidavit.

21           Then you have got the second set of FCRA disputes.

22   Again, you can see everything that they did and the NCS

23   actions.  And every time they are getting whatever

24   information that they are relying on, they send to the

25   Wards.  So the Wards had what they were relying on, and

1    saying we need more information every time it happened.

2         They knew a police report was important, they tried

3    to get it the first day.  I don't know why they never got

4    a police report; right, that would have solved things.

5    But I think the real reason is because they were trying to

6    protect the daughter if, in fact, she had stolen it;

7    right.

8         So you have got to pick your poison there.  You are

9    either going to throw your daughter under the bus, right,

10   or you are just going to rely on this fishy information

11   that, again like I said, self-sabotages their own dispute.

12        Then you have -- and I will go through this

13   quickly, just two more direct disputes again.  They review

14   everything that comes in, nothing changed the result.  And

15   even -- here is what is important.  Once the lawsuit

16   started and they could use subpoena power and found out a

17   whole bunch of stuff, including that absolutely positively

18   it was the daughter, the results are still the same.

19        There is not something that they could have done

20   that would have changed the result, absent the Wards

21   giving them what they needed; a statement from Quen Green,

22   a police report, some at least explanation that was

23   forthcoming.  Then you have the third dispute, which is

24   the same thing.

25        I do want to take you through some of the

```
 1    instructions.  These were the instructions that the Court

 2    just read to you.  Hopefully they pop up relatively soon.

 3    But I will start going through Instruction 15, that is

 4    where the plaintiff has to prove that the debt was

 5    inaccurate.  And I would suggest to you that the plaintiff

 6    cannot do that.  They can't do it because think about it,

 7    you can't have a resolution as to whether or not this was

 8    ID theft until and unless there is a jury that is supposed

 9    to decide that; right.

10         So that has got to take a lawsuit between Main

11    Street Renewal, Mr. Ward, and Ms. Green.  How else are you

12    going to have all of the evidence from the parties

13    involved to make that decision?  We would advocate it is

14    impossible for this jury to decide that it was

15    inaccurate -- that it was accurate because they don't have

16    a resolution about the debt.

17         So then you will sort of have to survive with my

18    handwriting, but the only thing in support of identity

19    theft is Mr. Ward's statement that says, I didn't give my

20    ID and permission to anyone to use it, which, of course,

21    we know isn't entirely true.  We have nothing from Quen

22    Green to corroborate it.  You don't have an ID theft

23    report -- or, sorry, the ID theft report says no lost or

24    stolen ID.  So now we know that whoever has it; right, has

25    some connection to Mr. Ward.
```

1              No police report.  You have the matching IDs.  You

2       have MSR's validation.  You have the second account that

3       would have given them notice that there was a Dallas

4       application.  You have got the problem that there is

5       already a judgment in Texas and that this would have to be

6       decided in a direct attack.

7              And then I think it is important to just note, it

8       is not the same as a conspiracy, but based on everything

9       provided, we did our review and we are verifying the debt;

10      that means we are saying we believe Mr. Ward is liable,

11      and we have no incentive to get it wrong.  What incentive

12      would there be?

13             Somebody is not going to pay a debt that they don't

14      owe if you are just "parking debt," all that happens is

15      that you get sued and somebody asks for you for $1.5

16      million.  It makes no sense.

17             Instruction 16 on reasonableness, this is the whole

18      point about the self-sabotage, the disputes.  They were

19      never forthcoming, just like I said in the opening

20      statement.  This is the thing, they say, I didn't lose or

21      have my ID stolen.  And they never told NCS that the ID

22      was provided to the daughter, which then would have made

23      things make sense; right.  Instead, it just looks like you

24      are trying to avoid your debt because you have all this

25      mismatched information between the application, which was

```
 1    Exhibit 16, and his ID theft report, which you can find in
 2    Exhibit 4.
 3         And then you also got have to remember on this
 4    reasonableness standard, NCS, by the law, is not required
 5    to get it right.  Even if you think it is ID theft, that
 6    doesn't mean that Mr. Ward wins this case, because there
 7    is no requirement that the furnisher has to "get it
 8    right."  We just have to review everything that comes in,
 9    have a reasonable procedure, follow it, and reply.  That
10    is all that is required.  You don't have to get it right.
11         I do want to jump to damages, obviously that is one
12    of the things you have got to decide.  I wanted to really
13    highlight this part.  Obviously you saw some breaks in
14    trial and saw I was objecting to certain things, and it is
15    because Mr. Ward has no economic damages.  He has zero
16    credit damages.  No adverse action letter, no denials of
17    credit.
18         You heard Mr. Ulzheimer get up there and testify.
19    As soon as the first investigations happened, that is when
20    NCS adds the XB code.  And so if you can't recover any
21    damages before he makes a dispute, which that was the
22    housing thing; right.  So you can't recover any damages
23    for that because it was before he made his FCRA dispute.
24         As soon as he makes his FCRA dispute, the resulting
25    thing from NCS is that they add the XB code.  So he has an
```

1    800 score.  As soon as he does his dispute and we answer

2    it -- and we answer it quickly, in one day; right, from

3    the first set, then the XB code is added.  He is right

4    back to 800.  He never suffered anything.

5         If he had actually gone and paid attention to the

6    Credit Karma report that he was getting every two weeks,

7    he would have seen that there was no difference in his

8    credit score.  All this emotional damage and everything

9    else that he said, look, I don't even want to comment on

10   it because it doesn't exist.

11        If he is following his Credit Karma alerts, he

12   knows his score is right back to 800.  There is no

13   testimony otherwise.  He never showed you any credit score

14   that was below 800 during the time of his disputes.  You

15   saw one that was before his dispute, but that doesn't

16   matter for damages.  All of that, I mean, I hate to say

17   it, it is contrived.  If he is paying attention to his

18   Credit Karma reports, he knows his score is 800.

19        All right.  On the mitigation, just to touch on it,

20   it is the same thing, if he had provided all these things

21   he was asked to supply, then there would have been a

22   different result in the investigations and he wouldn't

23   have suffered any damages, either, so that is the

24   mitigation aspect.

25        Twenty-five years ago when I tried my first case,

1     my partner screamed at me because I didn't actually answer

2     your verdict form.  And so what I really want to close

3     with is, if you can see the first question:  "Did

4     plaintiff, Robbin Ward, prove that defendant, NCS,

5     furnished inaccurate, incomplete, or misleading

6     information to the credit reporting agencies?"  No.  You

7     are done right there.  He didn't supply anything other

8     than his own conclusory statement to support that it was

9     inaccurate.  Again, you have got the whole Texas problem.

10    But follow me through it.

11          "Did plaintiff, Robbin Ward, prove by a

12    preponderance of the evidence that the defendant's

13    investigation of plaintiff's disputes was unreasonable?"

14    Just remember, we were guided by what is provided to us,

15    and we don't have to get it right, we just have to have a

16    reasonable procedure, which I know I rushed through those

17    slides, but we did.  That, too, would be no.

18          Question 3:  "Has Robbin Ward proved by a

19    preponderance of the evidence that he suffered emotional

20    distress as a result of NCS's negligent violations of the

21    FCRA?"  Actually, you would have had to have answered the

22    other question yes to even get here.  But, no, it is

23    impossible for him to have had any damages.  His credit

24    was never impaired.  If he did have any of those damages,

25    it is because he is ignoring his credit report that he was

1    so hyped up about keeping his credit clean.

2         Again, if you did happen to answer 3 yes, then you

3    are going to damages.  He did not have any emotional

4    distress damages if there wasn't a problem on his credit.

5         Question 5, here, obviously I think he did fail to

6    mitigate.  They never provided something that would

7    actually corroborate his testimony or come clean about

8    Quen Green, or even just, it is your daughter.  She did

9    it, get her to say it.  That just doesn't seem hard to me.

10        Then, of course, the last question would only be if

11   you actually awarded some money and you decided then to

12   pull back some money because of the mitigation.

13        COURTROOM DEPUTY:  One minute, counsel.

14        MR. BOWDICH:  Look at that, I did not think I could

15   do that in 17 minutes.  Again, I completely apologize, I

16   know I was nervous and running through it a little too

17   fast.  I am sure I was nervous because I had to run

18   through it too fast.  I appreciate your service.  NCS

19   appreciates your service.  It is the only way that our

20   legal system works.

21        I hope you just carefully deliberate and come to

22   the conclusion that in this particular case, where you

23   don't have a typical ID theft situation, that you realize

24   NCS did fulfill its obligations.  Thank you.

25                    **REBUTTAL CLOSING ARGUMENT**

1    BY MR. OSBORNE:

2         And that is why I reserved some time.  So it is

3    easy to play quips of Yellowstone and The Town and just

4    sort of accuse people of being in cahoots with each other

5    in a conspiracy or collusion, or whatever term you want to

6    throw out there, but remember the evidence comes from the

7    witness stand and the documents, not from Yellowstone and

8    The Town.  And you literally saw no evidence of any

9    conspiracy or any collusion at all.

10         I mean, to say a father would help his daughter, I

11   mean, yeah, that is obviously generally true within

12   limits.  I mean, you are not going to tell your daughter,

13   go steal my identity and pretend to be me.  I mean, that

14   just makes no sense.

15         I did want to say one thing, the reason I didn't

16   ask Mr. Ward that question, it wasn't because I didn't

17   trust him, we were on a time limit, too, and I was

18   terrified I wasn't going to get through the witnesses,

19   okay.  So I just want that to be clear.

20         Remember in opening Mr. Bowdich had told you they

21   were going to show you that Mr. Ward received the letter

22   in January, opened it, and did nothing about it.  Now they

23   have pivoted and said, well, he probably ignored it.  I

24   still want to know, where is that letter?  How is it

25   possible for a company to claim to send a letter and not

1    have a copy of it?

2         He says seven investigators came to the same

3    conclusions and they all believed that there was some kind

4    of collusion.  That is just not supported by the account

5    notes.  None of them reference "collusion."  It is all

6    just data matching.  And then he says, oh, the industry

7    standard is data matching.  What witness said that?  It

8    wasn't their guy that they paid $30,000, and it sure

9    wasn't our guy, and that is not the standard.

10        They want us to get a statement from the thief?

11   That's crazy.  How would we do that?  How can I get

12   somebody to sign a statement saying, yes, I admit that I

13   committed theft?  We can't do that.

14        They are trying to say he changed his story.  They

15   didn't even take his deposition.  The first time they

16   heard his story was in trial.  I would suggest he was, at

17   a minimum, irresponsible to accuse somebody of a

18   conspiracy or collusion without even speaking to them.

19        He says, oh, it was impossible for us to decide if

20   it was accurate.  Remember that?  Well, if that is true,

21   you have to delete it.  Even their own witness, Mr. Sapp,

22   said, yeah, if we can't be sure, we have to delete it.

23   Even their own expert said that.  They can't dispute that.

24   By the way, the word "accurate" doesn't mean we believe it

25   is true, it means it is actually true in reality.

```
 1              They say we have no incentive to get it wrong.
 2      Well, they do have an incentive to do these kinds of
 3      "investigations," but I am not sure what they do meets
 4      that term, even the dictionary definition of
 5      "investigation."  The incentive is to save wages, because
 6      the more money that you pay people to investigate, that is
 7      less profits for the company.  There is an incentive
 8      there.
 9              This is the same guy who looked you in the eye and
10      said, we don't outsource this to India to save money on
11      wages, we do it because they are the "experts."  But then
12      why do we have level two going to Phoenix?  Their
13      procedures are not what is in question, it is whether they
14      performed a reasonable investigation.
15              And, finally, it is never good to have a
16      collections on your credit report, even their own expert
17      said that.  Everybody knows that.  Just because they throw
18      an XB code on there, they say that that is somehow okay,
19      that would be like somebody coming up and busting your
20      kneecaps out and then saying, oh, here is a Band-Aid.
21      That doesn't -- you can't just get out of it by putting an
22      XB code.
23              Thank you, ladies and gentlemen.
24              (Jury instructions read in open court but not
25      reported per agreement of counsel.)
```

1        THE COURT:  Would the courtroom deputy please come

2    forward for the administration of the oath.

3        (The Court Security Officer is sworn.)

4        THE COURT:  You have copies of the Original Verdict

5    Form and the Final Instructions, if you can give those to

6    the jury, and verify that anyone who may be taking your

7    place has also undertaken the oath.

8        COURT SECURITY OFFICER:  Yes.

9        THE COURT:  All right.  Ladies and gentlemen of the

10   jury, if you could follow our courtroom deputy.

11       (Deliberations commence at 10:57 a.m.)

12       (Outside the presence of the jury.)

13       THE COURT:  All right.  Counsel, so our courtroom

14   deputy is with the jury, so you need to stick around just

15   to make sure that she has a full and complete set of the

16   exhibits that she can take back to the jury, with the ones

17   not admitted taken out, and the ones added, added in.

18       Also, please give her your phone number, your

19   cellphone numbers to where you can be reached in the event

20   that the jury has questions or returns a verdict.  We ask

21   you be within 15-20 minutes of the courthouse so we can

22   get you back for that.

23       It is not my practice for you to have to come back

24   for me to excuse the jury at the end of the day.  If they

25   are not done deliberating, we will just have our courtroom

1    deputy alert you all that they are not done deliberating.

2    If the jury has not reached a verdict by 5 o'clock,

3    Ms. Smotts will allow them to leave for the evening and

4    they will tell us when they have decided to return on

5    Monday.

6            I want to take this opportunity to thank you all.

7    I know that trials are not generally the most fun that

8    anyone has, so I appreciate how hard each of you have

9    worked, and I recognize that you all have made sacrifices

10   to be here, too, and I appreciate that.  So thank you very

11   much, and we will be in recess.

12           (2:29 p.m.)

13           THE COURT:  We are back on the record in

14   21-cv-2597.  My understanding is that the jury has reached

15   a verdict in the case.  Anything to raise before we bring

16   in the jury?

17           MR. OSBORNE:  No, Your Honor.

18           MR. BOWDICH:  No.

19           (In the presence of the jury.)

20           THE COURT:  Thank you.  Please be seated.

21           I have been informed by a note from the jury's

22   foreperson that the jury has reached a verdict in this

23   case.  Would the foreperson of the jury please stand.

24           Has the jury reached a unanimous verdict concerning

25   the claim in this case?

1            JURY FOREPERSON:  Yes, Your Honor.

2            THE COURT:  And have you signed the verdict form?

3            JURY FOREPERSON:  Yes, Your Honor.

4            THE COURT:  Mr. Revielle, would you please hand the

5    verdict form to the courtroom deputy.

6            I will now read the verdict.

7            Question No. 1:  Did plaintiff Robbin Ward prove

8    that defendant National Credit Systems, Inc., furnished

9    inaccurate, incomplete, or misleading information to the

10   credit reporting agencies?  Answer:  Yes.

11           Question No. 2:  Did plaintiff Robbin Ward prove by

12   a preponderance of the evidence, that the defendant's

13   investigation of plaintiff's disputes was unreasonable?

14   Answer:  Yes.

15           Question No. 3:  Has Robbin Ward proved by a

16   preponderance of the evidence that he suffered emotional

17   distress as a result of defendant National Credit Systems,

18   Inc.'s negligent violation of the Fair Credit Reporting

19   Act:  Answer:  Yes.

20           Question No. 4:  Did the total amount of damages

21   for emotional distress, quantified in terms of a dollar

22   amount, that plaintiff Robbin Ward proved that he suffered

23   as a result of a violation of the Fair Credit Reporting

24   Act?  Answer, $500,000.

25           Question No. 5:  Did the defendant prove by a

1    preponderance of the evidence that the plaintiff had an

2    opportunity to mitigate or avoid some or all of his

3    damages?  Answer:  No.

4         So the total award to the plaintiff is left blank,

5    but because there is no mitigation of damages it would be

6    the answer to Question 4, which is $500,000.

7         And the verdict form is signed by all of the jurors

8    and dated with today's date.

9         Counsel, do you wish me to poll the jury?

10        MR. OSBORNE:  No, Your Honor.

11        THE COURT:  Mr. Bowdich?

12        MR. BOWDICH:  No, Your Honor.

13        THE COURT:  All right.  So counsel has waived the

14   ability to poll the jurors as to the unanimity of the

15   verdict.

16        Ladies and gentlemen of the jury, you have now

17   completed your duties as jurors in this case and are

18   discharged with the thanks of the Court.  The question may

19   arise as to whether now you may discuss the case.  For

20   your guidance, the Court instructs you that whether you

21   talk to anyone is entirely your own decision.  It is

22   proper for others to discuss the case with you, and you

23   may talk with them as much or as little as you would like

24   about the deliberations or facts that influenced your

25   decision.

1          If any person persists in discussing the case over

2     your objection or becomes critical of your service, either

3     before or after any discussion has begun, please report it

4     to me.

5          I will be back personally to be thank each of you

6     before you leave, so just hang on for a few minutes, just

7     let me get my robe off, then I will meet you back there.

8          All rise for the jury.

9          (Outside the presence of the jury.)

10          THE COURT:  All right.  Counsel and parties, thank

11     you very much.  Anything else before we close the record

12     on this trial?

13          MR. OSBORNE:  No, Your Honor.

14          THE COURT:  All right.  Thank you.  We will be in

15     recess.

16               (Proceedings conclude at 2:35 p.m.)

17          **R E P O R T E R ' S     C E R T I F I C A T E**

18          I, Darlene M. Martinez, Official Certified

19     Shorthand Reporter for the United States District Court,

20     District of Colorado, do hereby certify that the foregoing

21     is a true and accurate transcript of the proceedings had

22     as taken stenographically by me at the time and place

23     aforementioned.

24          Dated this 2nd day of May, 2025.

25          s/Darlene M. Martinez, RMR, CRR